NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Deborah S. Mallgrave (198603)
Joshua M. Robbins (270553)
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 334-7000

ATTORNEY(S) FOR: Plaintiff Sochil Martin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN<br><br>Plaintiff(s),<br>v.<br><br>LA LUZ DEL MUNDO, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-1437<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Sochil Martin
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| See Attachment A | |

| | |
|---|---|
| February 12, 2020<br>Date | /s/ Deborah S. Mallgrave<br>Signature<br>Deborah S. Mallgrave |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Sochil Martin

CV-30 (05/13)      **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com

**ATTACHMENT A**

| **Party** | **Connection/Interest** |
|---|---|
| SOCHIL MARTIN | Plaintiff |
| LA LUZ DEL MUNDO, an unincorporated association, | Defendant |
| NAASÓN JOAQUÍN GARCÍA, an individual, | Defendant |
| EL CONSEJO DE OBISPOS, an unincorporated association, | Defendant |
| INTERNATIONAL BEREA USA, an unincorporated association, | Defendant |
| GILBERTO GARCÍA GRANADOS, an individual, | Defendant |
| JOSE HERNANDEZ, an individual, | Defendant |
| UZZIEL JOAQUÍN, an individual, | Defendant |
| SILVERIO CORONADO, an individual, | Defendant |
| AURELIO ZAVALETA, an individual, | Defendant |
| JOSE LUIS ESTRADA, an individual, | Defendant |

| **Party** | **Connection/Interest** |
|---|---|
| JONATHAN MENDOZA, an individual, | Defendant |
| ALMA ZAMORA DE JOAQUÍN, an individual, | Defendant |
| BENJAMIN JOAQUÍN GARCÍA, an individual, | Defendant |
| RAHEL JOAQUÍN GARCÍA, an individual, | Defendant |
| ADORAIM JOAQUÍN ZAMORA, an individual | Defendant |
| DAVID MENDOZA, an individual | Defendant |