AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SOCHIL MARTIN

*Plaintiff(s)*

v.

See Attachment A

*Defendant(s)*

Civil Action No. 2:20-cv-1437   DDP (ASx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LA LUZ DEL MUNDO, NAASÓN JOAQUÍN GARCÍA, EL CONSEJO DE OBISPOS, INTERNATIONAL BEREA USA, GILBERTO GARCÍA GRANADOS, JOSE HERNANDEZ, UZZIEL JOAQUÍN, SILVERIO CORONADO, AURELIO ZAVALETA, JOSE LUIS ESTRADA, JONATHAN MENDOZA, ALMA ZAMORA DE JOAQUÍN, BENJAMIN JOAQUÍN GARCÍA, RAHEL JOAQUÍN GARCÍA, ADORAIM JOAQUÍN ZAMORA, DAVID MENDOZA, and DOES 1 through 10, inclusive.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Deborah S. Mallgrave and Joshua M. Robbins, Greenberg Gross LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017; and
Michael G. Finnegan and Jennifer E. Stein, Jeff Anderson & Associates
11812 San Vincente Boulevard, #503, Los Angeles, CA 90049.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/13/2020

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A

LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.