**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCHIL MARTIN | CASE NUMBER |
| | |
| PLAINTIFF(S) | CV 20-01437 DDP (ASx) |
| v. | |
| LA LUZ DEL MUNDO | **ORDER RETURNING CASE** |
| | **FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

March 11, 2020
Date

United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___Otis D. Wright, II___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___ODW___ after the case number in place of the initials of the prior judge so that the case number will read ___2:20-cv-01437 ODW(ASx)___ . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (03/19)                    ORDER RETURNING CASE  FOR REASSIGNMENT