**Deborah S. Mallgrave, Esq.  SBN:  198603**
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Tel 949.383.2775 | Fax 949.383.2801

# United States District Court Central District of California
## Western Division

| | |
|---|---|
| **SOCHIL MARTIN**            Plaintiff(s) <br><br> v. <br><br> **LA LUZ DEL MUNDO**, an unincorporated association, et al. <br>           Defendant(s) | **CASE NUMBER:** <br> **2:20-cv-01437-DDP-AS** <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> *(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons       ☐ first amended complaint       ☐ third party complaint
       ☑ complaint       ☐ second amended complaint       ☐ counter claim
       ☐ alias summons       ☐ third amended complaint       ☐ cross claim
       ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **RAHEL JOAQUIN GARCIA**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served: **118 N. Arizona Ave**
                                                       **Los Angeles, CA 90022**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked):*

   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☐ **Papers were served on** *(date):* **at** *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **"John Doe" (refused name) - Occupant**
         Age: 56-60       Weight: 181-200       Hair: Black       Sex: Male
         Height: 5'7 - 6'0       Eyes: Brown       Race:       Marks:

       1. ☑ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☑ **Papers were served on** *(date):* **5/1/2020** at *(time):* **11:01 AM**

       4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☑ **papers were mailed on** May 01, 2020 - DECLARATION OF MAILING ATTACHED

       6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC**
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
Phone: (714) 558-2400   Fax: (714) 558-2401

Continued from Proof of Service

**CLIENT:** NATIONWIDE LEGAL / OC
**CLIENT FILE #:** 10221.0002                    **DATE:** May 14, 2020
**SUBJECT:** RAHEL JOAQUIN GARCIA
**SERVED:** "John Doe" (refused name) - Occupant

Summons in a Civil Action; Complaint; Civil Cover Sheet; Certificate and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program;

**NATIONWIDE**
LEGAL

Order#: OC26154/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   **Title of person served:**

   **Date and time of service:** *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **Luis Verjan**
   **Nationwide Legal, LLC**
   **200 West Santa Ana Blvd., Suite 300**
   **Santa Ana, CA 92701**
   **(714) 558-2400**

   a. Fee for service: $ **258.65**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**2018251867**
      County: **Los Angeles**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 14, 2020**      <u>     **Luis Verjan**     </u>
                           *Type or Print Server's Name*                 *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                                                                     PAGE 2

**OC26154**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Deborah S. Maligrave, Esq. | SBN: 198603<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, California 92626<br>Tel 949.383.2775 | Fax 949.383.2801<br>ATTORNEY FOR *(Name)*:  Plaintiff: Sochil Martin | |

**United States District Court Central District of California**

STREET ADDRESS: 350 W. 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| PLAINTIFF/PETITIONER: SOCHIL MARTIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LA LUZ DEL MUNDO, an unincorporated association, et al. | 2:20-cv-01437-DDP-AS |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: 10221.0002 |

I, Luis Verjan , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: RAHEL JOAQUIN GARCIA as follows:
Documents:

   **Summons in a Civil Action; Complaint; Civil Cover Sheet; Certificate and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program;**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 4/29/2020 | 5:52 PM | Home | No access to the premises. The gate was closed and locked. I honked my horn, but no one came out.<br>120 N. Arizona Ave,  Los Angeles, CA 90022 |
| 4/29/2020 | 5:53 PM | Home | I was unable to gain access to the premises. The gate was closed and locked.<br>120 N. Arizona Ave,  Los Angeles, CA 90022 |
| 4/30/2020 | 7:32 AM | Home | No access into the property. The gate was locked. There were no cars in the driveway. No help from the neighbors.<br>120 N. Arizona Ave,  Los Angeles, CA 90022 |
| 5/1/2020 | 11:01 AM | Home | Substituted service on: RAHEL JOAQUIN GARCIA; 118 N. Arizona Ave, Los Angeles, CA 90022; by serving: "John Doe" (refused name) - Occupant. |

Fee for Service: $ 258.65

County: **Los Angeles**
Registration No.: **2018251867**
**Nationwide Legal, LLC**
**200 West Santa Ana Blvd.,**
**Suite 300**
**Santa Ana, CA 92701**
**(714) 558-2400**

I declare under penalty of perjury under the laws of the State of California that I am over the age of 18, not a party to this action and that the foregoing is true and correct.  This declaration was executed on  May 14, 2020.

Signature: _____
                  **Luis Verjan**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: OC26154

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Deborah S. Mallgrave, Esq. | SBN: 198603<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, California 92626<br>Tel 949.383.2775 | Fax 949.383.2801 | E-MAIL ADDRESS (Optional): | |
| Attorney for: Plaintiff Sochil Martin | Ref No. or File No.:<br>10221.0002 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District of California - Western Division

Petitioner: SOCHIL MARTIN

Respondent: LA LUZ DEL MUNDO, an unincorporated association, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:20-cv-01437-DDP-AS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certificate and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

   a. Date of Mailing:        May 1, 2020
   b. Place of Mailing:       Santa Ana, CA
   c. Addressed as follows:   RAHEL JOAQUIN GARCIA
                              118 N. Arizona Ave
                              Los Angeles, CA 90022

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: $ 258.65
  Nationwide Legal, LLC REG: 12-234648
  200 West Santa Ana Blvd., Suite 300
  Santa Ana, CA 92701
  (714) 558-2400
  www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 14, 2020.

Signature: *Sheri Nadari*
           Sheri Nadari

**PROOF OF SERVICE BY MAIL**

Order#: OC26154/mailproof