# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN <br><br> Plaintiff(s), <br><br> v. <br><br> LA LUZ DEL MUNDO, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:20–cv–01437–ODW–AS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   5/15/2020

Document Number(s):   21

Title of Document(s):   Service of Summons and Complaint Returned Executed (21 days)

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

Other:

This filing has incorrect case number as:2:20–cv–01437–DDP–AS. Per 3/12/2020 case was reassigned to Judge Otis D. Wright II, docket no. 8. Complete and Correct case number is to read as: 2:20–cv–01437–ODW–AS. Clerk notes filer has previously left the Official Judge and Magistrate's initials off the multiple waivers efiled ( docket no. 9–20)... Henceforth,Please always cite the Complete case number in future filings

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: May 15, 2020          By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                           Deputy Clerk

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS