# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SOCHIL MARTIN

Plaintiff(s),

v.

LA LUZ DEL MUNDO, et al.

Defendant(s).

CASE NUMBER:

2:20−cv−01437−ODW−AS

CORRECTED*

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   5/19/2020

Document Number(s):   23, 24, 25, 26, 27, 28; * 30, 31, 32, 33, 34

Title of Document(s):   RE Answers   *by Jose Luis Estrada, Silverio Coronado, Benjamin Joaquin Garcia, Jose Hernandez, Uzziel Joaquin, David Mendoza, Jonathan Mendoza, Naason Joaquin Garcia. Aurelio Zavaleta, Adoraim Joaquin Zamora, Alma Zamora De Joaquin

**ERROR(S) WITH DOCUMENT:**
Local Rule 7.1−1 No Notice of Interested Parties and/or no copies.
Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: May 20, 2020          By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**