NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Reed Aljian (SBN 211010); Rochelle Rotea (SBN 325417)
Daily Aljian LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Tel: (949) 861-2524
Fax: (949) 269-6364

ATTORNEY(S) FOR: COMMUNICATION CENTER BEREA U.S.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SOCHIL MARTIN | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:20-cv-01437 ODW (ASx) |
| v. | |
| LA LUZ DEL MUNDO, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   COMMUNICATION CENTER BEREA U.S.A. LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| See Attachment A | |

June 1, 2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Reed Aljian

# ATTACHMENT A

| PARTY | CONNECTION / INTEREST |
|---|---|
| SOCHIL MARTIN | Plaintiff |
| NAASÓN JOAQUÍN GARCÍA, an individual | Defendant |
| COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA, an unincorporated association | Defendant |
| JOSE HERNANDEZ, an individual | Defendant |
| UZZIEL JOAQUÍN, an individual | Defendant |
| SILVERIO CORONADO, an individual | Defendant |
| AURELIO ZAVALETA, an individual | Defendant |
| JOSE LUIS ESTRADA, an individual | Defendant |
| JONATHAN MENDOZA, an individual | Defendant |
| ALMA ELIZABETH JOAQUIN erroneously sued as ALMA ZAMORA DE JOAQUIN, an individual | Defendant |

| | |
|---|---|
| BENJAMIN JOAQUÍN GARCÍA, an individual | Defendant |
| ADORAIM JOSADAC JOAQUIN erroneously sued as ADORAIM JOAQUÍN ZAMORA, an individual | Defendant |
| DAVID MENDOZA, an individual | Defendant |

# **PROOF OF SERVICE**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:** **SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.**

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **June 2, 2020**, I caused the foregoing document(s) to be served on:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X] (BY CM/ECF ELECTRONIC FILING) I caused such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **June 2, 2020**, at Newport Beach, California.

                    */s/* Courtney Dorner
                    Courtney Dorner

- 1 -

PROOF OF SERVICE

## **SERVICE LIST**

Deborah S. Mallgrave
  *DMallgrave@GGTrialLaw.com*
Joshua M. Robbins
  *JRobbins@ggtriallaw.com*
GREENBERG GROSS LLP
601 South Figueroa St, 30th Floor
Los Angeles, CA 90017
Telephone: 213.334.7000
Facsimile: 213.334.7001
  *Attorneys for Plaintiff, SOCHIL MARTIN*

Michael G. Finnegan
  *Mike@AndersonAdvocates.com*
Jennifer E. Stein
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Blvd, #503
Los Angeles, CA 90049
Telephone: 310.357.2425
Facsimile: 651.297.6543
  *Attorneys for Plaintiff, SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
Michael G. Freedman
*mfreedman@werksmanjackson.com*
WERKSMAN JACKSON & QUINN LLP
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
Telephone: 213.688.0460
Facsimile: 213.624.1942
  *Attorneys for Defendant, NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Telephone: 310.593.9890
Facsimile: 310.593.9980
  *Attorneys for Defendants, JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN AND JOSE LUIS ESTRADA*