# EXHIBIT A

# Arielle A. Seidman

| | |
|---|---|
| **From:** | Alan Jackson <ajackson@werksmanjackson.com> |
| **Sent:** | Thursday, May 28, 2020 6:55 PM |
| **To:** | Deborah Mallgrave |
| **Cc:** | Michael Freedman; Caleb Mason; Joshua M. Robbins; Arielle A. Seidman; Jenira Velez |
| **Subject:** | [EXT] Re: Martin v. LLDM: meet and confer |

Tomorrow at 10:00 works for me.

AJ

Alan Jackson
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
213-688-0460 ph


> On May 28, 2020, at 6:49 PM, Deborah Mallgrave <DMallgrave@ggtriallaw.com> wrote:
>
> Counsel,
>
> Plaintiff intends to file a motion to strike the answer of Naason Garcia. Pursuant to Local Rule 7-3, please let me know when you are available to discuss the substance and potential resolution of this motion.  I'm available to discuss tomorrow between 10am – 2:30 pm, Monday from 9-10am, and Tuesday from 10am – 1:30pm.  Please let me know the time that works best for you.
>
> Thank you,
> Deb
>
> **Deborah S. Mallgrave**
> *Partner*
> 601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
> 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
> Tel 949.383.2790 | Fax 949.383.2801
> DMallgrave@GGTrialLaw.com| www.GGTrialLaw.com
>
> <image001.png>
>
> This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

1