DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
JOSHUA M. ROBBINS, State Bar No. 270553
  *JRobbins@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
  *Mike@AndersonAdvocates.com*
JENNIFER E. STEIN, State Bar No. 300775
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an | Case No. 2:20-cv-01437-ODW-AS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SOCHIL MARTIN'S MOTION TO STRIKE DEFENDANT NAASÓN JOAQUÍN GARCÍA'S ANSWER TO THE COMPLAINT**<br><br>Filed Concurrently with Notice of Motion and Motion to Strike, Memorandum of Points and Authorities in Support Thereof, and Declaration of Deborah S. Mallgrave<br><br>Date:       July 13, 2020<br>Time:       1:30 p.m.<br>Courtroom: 5D |

1  individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.

          Defendants.

THIS MATTER having come before the Court on Plaintiff's Motion to Strike Defendant Naasón Joaquín García's Answer to Plaintiff's Complaint and the Court having considered the moving and responding papers filed by the parties and having heard the arguments of counsel, and with good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike is **GRANTED** and Defendant Naasón Joaquín García's Answer is hereby stricken in its entirety with leave to amend.

**OR**

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike is **GRANTED** with respect to those allegations detailed below, and the corresponding paragraphs in Defendant Naasón Joaquín García's Answer are hereby stricken with leave to amend:

- Paragraphs 10 through 12, 14, 18, 23, 40 through 44, 50, 53, 158, 159, 170, 179, 188, 202, 207, 215 through 221, 223 through 230, 232, 250, 251, 261, 262, and 264, in their entirety;
- Paragraph 13, the first sentence;
- Paragraph 15, the first sentence;
- Paragraph 17, the first sentence;
- Paragraph 19, the first sentence;
- Paragraph 20, the first sentence;
- Paragraph 22, the first sentence;
- Paragraph 25, the first and second sentences;
- Paragraph 26, the first and second sentences;
- Paragraphs 27 through 29, the first, second, and third sentences;
- Paragraphs 30 through 32, the first and second sentences;
- Paragraphs 34 through 36, the first and second sentences;

- Paragraph 82, the first sentence;
- Paragraph 85, the first sentence; and,
- Paragraph 127, the first sentence.

**IT IS SO ORDERED.**

DATED: July ___, 2020

_____
Honorable Judge Otis D. Wright II