Reed Aljian (SBN 211010)
 ra@dallp.com
Rochelle Calderon Rotea (SBN 325417)
 rochelle@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Tel: (949) 861-2524
Fax: (949) 269-6364

Attorneys for Defendants
COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA, ALMA ELIZABETH JOAQUIN, erroneously sued as ALMA ZAMORA DE JOAQUIN, and ADORAIM JOSADAC JOAQUIN, erroneously sued as ADORAIM JOAQUIN ZAMORA

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>　　　　Defendants. | Case No.: 2:20−cv−01437 ODW (ASx)<br><br>**DEFENDANTS' NOTICE OF JOINT MOTION AND JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE IN RULE 26 CONFERENCE**<br><br>[Filed concurrently herewith: Memorandum of Points and Authorities; Declarations of Reed Aljian and Alan Jackson; and [Proposed] Order]<br><br>District Judge:　Otis D. Wright, II<br>Courtroom:　　5D, 5th Floor<br><br>Magistrate Judge:　Alka Sagar<br>Courtroom:　　540, 5th Floor<br><br>DATE: July 13, 2020<br>TIME:  1:30 p.m.<br>CTRM: 5D |

DEFENDANTS' NOTICE OF JOINT MOTION AND JOINT MOTION TO ORDER
PLAINTIFF TO PARTICIPATE IN RULE 26 CONFERENCE

Ethan J. Brown (SBN 218814)
 *ethan@bnsklaw.com*
Geoffrey A. Neri (SBN 258802)
 *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
Tel: (310) 593-9890
Fax: (310) 593-9980

Attorney for Defendants
JOSE HERNANDEZ,
SILVERIO CORONADO,
AURELIO ZAVALETA,
UZZIEL JOAQUIN, JONATHAN
MENDOZA, DAVID MENDOZA,
BENJAMIN JOAQUIN and
JOSE LUIS ESTRADA

DAILY ALJIAN LLP
Newport Beach, California

DEFENDANTS' NOTICE OF JOINT MOTION AND JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE IN RULE 26 CONFERENCE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 13, 2020, at 1:30 p.m., before the Honorable Otis D. Wright II, in Courtroom 5D of the United States Courthouse for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA. 90012, the following Defendants ("Moving Defendants") — Communication Center Berea U.S.A., LLC, erroneously sued as International Berea U.S.A., Alma Elizabeth Joaquin, erroneously sued as Alma Zamora de Joaquin, Adoraim Josadac Joaquin, erroneously sued as Adoraim Joaquin Zamora, Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin and Jose Luis Estrada — will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 26 ("Rule 26") and Local Rule 26-1, for an order requiring Plaintiff Sochil Martin and her counsel of record to attend and participate in the discovery conference and formulation of a discovery plan required by Rule 26(f). Plaintiff has unreasonably refused to participate in a discovery conference or even provide a date certain for one, despite repeated attempts from Defendants, all of whom have appeared and answered Plaintiff's complaint in this action. Plaintiff's refusal to participate in a Rule 26(f) conference is causing an unnecessary and prejudicial delay of initial disclosures, discovery, and litigation on the merits.

**PLEASE TAKE FURTHER NOTICE** that, in the alternative, Moving Defendants will and hereby does move the Court for an order granting all defendants the right to take discovery in advance of the Rule 26(f) conference.

/ / /

/ / /

/ / /

This Motion is made following the conference of counsel held pursuant to Local Rule 7-3, which took place on May 27, 2020. This Motion is based upon this Notice of Motion and Motion, the concurrently filed memorandum of points and authorities, supporting declarations of Reed Aljian and Alan Jackson, [Proposed] Order, and all papers and pleadings currently on file with the Court, and such oral and documentary evidence as may be presented to the court at the time of hearing.

Dated: June 10, 2020                     DAILY ALJIAN LLP

                                         By: _____
                                             Reed Aljian

                                         Attorneys for Defendants,
                                         COMMUNICATION CENTER
                                         BEREA U.S.A. LLC,
                                         erroneously sued as
                                         INTERNATIONAL BEREA USA,
                                         ALMA ELIZABETH JOAQUIN,
                                         erroneously sued as
                                         ALMA ZAMORA DE JOAQUIN,
                                         and ADORAIM JOSADAC
                                         JOAQUIN, erroneously sued as
                                         ADORAIM JOAQUIN ZAMORA


DATED: June 10, 2020                     BROWN, NERI, SMITH & KHAN LLP

                                         By: _____
                                             Geoffrey A. Neri

                                         Attorneys for Defendants JOSE
                                         HERNANDEZ, SILVERIO
                                         CORONADO, AURELIO
                                         ZAVALETA, UZZIEL JOAQUIN,
                                         JONATHAN MENDOZA, DAVID
                                         MENDOZA, BENJAMIN JOAQUIN
                                         and JOSE LUIS ESTRADA