**EXHIBIT 4**

# GREENBERG GROSS LLP

Deborah S. Mallgrave
Direct Dial: (949) 383 2790
Direct Fax: (949) 383 2801
DMallgrave@GGTrialLaw.com

May 6, 2020

**VIA ELECTRONIC MAIL: ra@dallp.com**

Reed Aljian
DAILY ALJIAN
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660

      Re:    **Sochil Martin v. La Luz Del Mundo, et al., Case No. 2:20-cv-01437**

Dear Mr. Aljian:

    We have reviewed and considered your letter, and decline your request to dismiss the claims against Ms. Alma Zamora De Joaquin and Mr. Adoraim Joaquin Zamora. Contrary to your assertions, we not only have more than probable cause to name them in the complaint in good faith, but fully expect that the jury will find them liable at trial on all relevant causes of action. Your request for premature discovery is improper, and our refusal to accede to it indicates nothing. As I have told you, we intend to proceed to discovery once the various defendants have answered the complaint, as provided in the Federal Rules of Civil Procedure. As to your threat of a malicious prosecution claim, we presume you are aware that any such claim would be subject to an anti-SLAPP motion, and that after prevailing on such a motion, we would seek attorney fees and costs. We thus invite you to reconsider your position, and we look forward to working with you in this case.

                        Very truly yours,

                        Deborah S. Mallgrave

cc:    Joshua Robbins
       Michael Finnegan
       Jennifer Stein

650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626 | Phone (949) 383-2800 | Fax (949) 383-2801 | www.GGTrialLaw.com