**EXHIBIT 5**

| | |
|---|---|
| **From:** | Reed Aljian |
| **Sent:** | Wednesday, May 20, 2020 9:46 AM |
| **To:** | Alan Jackson; Caleb Mason; Geoff Neri; Ethan Brown; Deborah Mallgrave; Joshua M. Robbins; Jennifer@andersonadvocates.com; mike@andersonadvocates.com |
| **Cc:** | Courtney Dorner; Kenia Galeana; Rochelle Rotea |
| **Subject:** | Martin v. La Luz Del Mundo, et al. - Rule 26 Conference |

To all counsel:

I hope that you and your families are doing well during these difficult times. I write to schedule the Rule 26 Conference. Please advise whether you are available to participate this Friday, May 22, at 11 a.m. via tele-conference.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL