**EXHIBIT 6**

| | |
|---|---|
| From: | Deborah Mallgrave <DMallgrave@GGTrialLaw.com> |
| Sent: | Thursday, May 21, 2020 2:52 PM |
| To: | Reed Aljian; Alan Jackson; Caleb Mason; Geoff Neri; Ethan Brown; Courtney Dorner; Kenia Galeana; Rochelle Rotea |
| Cc: | Joshua M. Robbins; Jennifer@andersonadvocates.com; mike@andersonadvocates.com |
| Subject: | RE: Martin v. La Luz Del Mundo, et al. - Rule 26 Conference |

All,

We are not available this Friday and, in light of the Court's scheduling order, it appears that we have until late August to do the Rule 26 conference and report. While we don't expect it would take that long, we would like to wait until all the parties have been served and answered. We are still in the process of serving defendant LDM and waiting for answers from three defendants who have been served (Gilberto Granados, Rahel Garcia, and Jose Estrada). If anyone can help facilitate these outstanding items, we can move this forward more quickly. (Mr. Neri, I understand you represent Mr. Estrada, so if an answer was filed for him, I'd appreciate you sending me a copy as we don't have that one from Tuesday's filings).

On a related note, we intend to file a motion to extend the time to serve defendant LDM. Since California's jails and prisons are still closed, we have not been able to serve Naason Garcia, as the head of LDM, with the complaint. Pursuant to Local Rule 7-3, I ask counsel from the different firms to let me know when you are available to discuss the substance and potential resolution of this motion. We could have one call, but separate calls will work too. I am available Tuesday at 11:30am or 3pm, or Wednesday at 1pm for this purpose. Please let me know if one or more of those times works for you all.

Thank you,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Reed Aljian <ra@dallp.com>
**Sent:** Thursday, May 21, 2020 12:30 PM
**To:** Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Geoff Neri <geoff@bnsklaw.com>; Ethan Brown <ethan@bnsklaw.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Joshua M. Robbins <JRobbins@GGTrialLaw.com>; Jennifer@andersonadvocates.com; mike@andersonadvocates.com
**Cc:** Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>; Rochelle Rotea <Rochelle@dallp.com>
**Subject:** [EXT] Re: Martin v. La Luz Del Mundo, et al. - Rule 26 Conference

To Plaintiff's counsel:

Please kindly respond and confirm you will participate in the Rule 26 conference tomorrow at 11 a.m.

39

1

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

On May 20, 2020, at 9:45 AM, Reed Aljian <ra@dallp.com> wrote:

To all counsel:

I hope that you and your families are doing well during these difficult times. I write to schedule the Rule 26 Conference. Please advise whether you are available to participate this Friday, May 22, at 11 a.m. via tele-conference.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL


This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.