**EXHIBIT 9**

| | |
|---|---|
| **From:** | Reed Aljian |
| **Sent:** | Wednesday, May 27, 2020 11:18 AM |
| **To:** | Deborah Mallgrave |
| **Cc:** | Jenira Velez; Joshua M. Robbins; mike@andersonadvocates.com; jennifer@andersonadvocates.com; Alan Jackson; Caleb Mason; Geoff Neri; ethan@bnsklaw.com; Michael Freedman; Courtney Dorner; Kenia Galeana |
| **Subject:** | Martin v. La Luz Del Mundo, et al. |

Hi Deborah,

I will be on the call. I hope to proceed with the Rule 26 Conference and will give you every effort to reconsider your refusal to do so. If Plaintiff continues to refuse to participate in the conference, including a refusal to participate in good faith to frame a discovery plan as required under Rule 26(f) and the Court's scheduling order, we will transition the call into a Local Rule 7-3 Meet and Confer regarding a Rule 37(f) Motion by Defendants Mrs. Joaquin and Mr. Joaquin against Plaintiff and Request for Sanctions. I hope to reach a reasonable compromise to avoid seeking relief of Court. The proposed compromise that I envision will be your agreement to participate in the conference on a date certain in the immediate future and entering a stipulation and proposed order to that effect, which is then enforceable as a Court Order. Thereafter, we can address your proposed motion and related meet and confer. That is what I meant by a combo call. My apologies for the confusion.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL


> On May 27, 2020, at 10:02 AM, Deborah Mallgrave <DMallgrave@GGTrialLaw.com> wrote:
>
> Reed,
>
> We are not sure what you mean by "combo conference." As explained in my letter yesterday, it is inappropriate to hold a Rule 26 conference at this stage, and we will not be doing so today. The sole purpose of today's call is to meet and confer as to our proposed motion to extend the time to serve LDM. If you are not willing to participate in the call on those terms, please so advise, and we will note your position in our motion.
>
> If you are willing to participate, the call-in information is below:
> 1 (605) 475-5604, 897316#
>
> Regards,
> Deb
>
> **Deborah S. Mallgrave**
> *Partner*
> 601 South Figueroa Street, 30th Floor | Los Angeles, California 90017

650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

---

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Wednesday, May 27, 2020 9:05 AM
**To:** Jenira Velez <JVelez@GGTrialLaw.com>
**Cc:** Joshua M. Robbins <JRobbins@GGTrialLaw.com>; mike@andersonadvocates.com; jennifer@andersonadvocates.com; ajackson@werksmanjackson.com; cmason@werksmanjackson.com; geoff@bnsklaw.com; ethan@bnsklaw.com; mfreedman@werksmanjackson.com; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** [EXT] Re: Sochil Martin v. La Luz Del Mundo, et al.

Hi,

We will be ready for the combo conference at 1 pm. Please send a call in number.

Sincerely,

Reed


> On May 26, 2020, at 4:56 PM, Jenira Velez <JVelez@ggtriallaw.com> wrote:
>
>
> Please see attached correspondence.
>
> *Jenira Velez*
> *Legal Assistant to*
> *David M. Stein | Deborah Mallgrave | Lee K. Fink | Arielle A. Seidman*
> Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
> Tel 949.383.2771 | Fax 949.383.2801
> JVelez@GGTrialLaw.com | www.GGTrialLaw.com
> <image002.png>
>
> This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
> <2020.05.26 Letter to R Aljian.pdf>

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

51