**EXHIBIT 11**

| | |
|---|---|
| **From:** | Reed Aljian |
| **Sent:** | Wednesday, May 27, 2020 2:42 PM |
| **To:** | Deborah Mallgrave |
| **Cc:** | Jenira Velez; Joshua M. Robbins; mike@andersonadvocates.com; jennifer@andersonadvocates.com; Alan Jackson; Caleb Mason; Geoff Neri; ethan@bnsklaw.com; Michael Freedman; Courtney Dorner; Kenia Galeana |
| **Subject:** | Re: Martin v. La Luz Del Mundo, et al. |

Hi Deb,

Thank you for participating in the Rule 7-3 Conference regarding my clients' proposed motion, which we anticipate will be brought under Rule 16(f) and Rule 37(f). My proposed compromise was to set a date certain in the short term for the Rule 26 conference and get that in stone via a stipulation and order. Unfortunately, my efforts to reach a compromise were not successful. You refused to agree to my proposed compromise and did not offer any other suggestions. My understanding is that you will not agree to participate in a Rule 26 Conference until the defendant Plaintiff named in the complaint as La Luz Del Mundo is served and answers the complaint. During the call, Mr. Neri proposed that you send an email articulating your position in your words so that we could accurately present it to the Court in the motion. I agree that is a good idea. Therefore, please kindly respond to this email and provide Plaintiff's reason(s) for refusing to participate in the Rule 26 Conference during today's call and why you would not agree to set a date certain in the near future. Please also provide any legal authority for your position(s), including any authority for the proposition that the Rule 26 Conference may not go forward until all defendants Plaintiff names in the complaint are served and answer.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

> On May 27, 2020, at 12:56 PM, Reed Aljian <ra@dallp.com> wrote:
>
> Deb,
>
> 1. As I said, yes, I will be on the call and I will meet and confer on your issue.
> 2. We will address the issues I have raised or, if you refuse to do so, we will proceed accordingly and seek the appropriate relief. I requested the Rule 26 Conference first and, therefore, my issue is first line line - whether it be the Rule 26 Conference or the Rule 37 motion meet and confer.
>
> Sincerely,
>
> Reed Aljian
> DAILY ALJIAN LLP

949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

On May 27, 2020, at 12:48 PM, Deborah Mallgrave <DMallgrave@GGTrialLaw.com> wrote:

Reed,

We seem to be talking past each other.  We requested the meet-and-confer call regarding our motion to extend the deadline for serving LDM.  Please advise whether you will be willing to meet and confer on that issue.

As we have told you repeatedly, it is not appropriate to conduct a Rule 26 conference until all the defendants have answered and can participate.  We have asked you and other defense counsel to help facilitate that process, so that we can then conduct a single, appropriate Rule 26 conference by the deadline set in the Court's order, and ideally before then.  We still await a response.  In any event, there is no basis for a Rule 37(f) Motion because we are not refusing to participate in developing or submitting a proposed discovery plan – we are just insisting on doing it in a proper manner.  If you intend to file such a motion, which would be baseless, please be sure to include all of my correspondence with you as attachments.

To be clear, the Rule 26 conference will not be taking place today.

Thank you,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Wednesday, May 27, 2020 11:18 AM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Cc:** Jenira Velez <JVelez@GGTrialLaw.com>; Joshua M. Robbins <JRobbins@GGTrialLaw.com>; mike@andersonadvocates.com; jennifer@andersonadvocates.com; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Geoff Neri <geoff@bnsklaw.com>; ethan@bnsklaw.com; Michael Freedman <mfreedman@werksmanjackson.com>; Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>
**Subject:** [EXT] Martin v. La Luz Del Mundo, et al.

Hi Deborah,

57
2

I will be on the call. I hope to proceed with the Rule 26 Conference and will give you every effort to reconsider your refusal to do so. If Plaintiff continues to refuse to participate in the conference, including a refusal to participate in good faith to frame a discovery plan as required under Rule 26(f) and the Court's scheduling order, we will transition the call into a Local Rule 7-3 Meet and Confer regarding a Rule 37(f) Motion by Defendants Mrs. Joaquin and Mr. Joaquin against Plaintiff and Request for Sanctions. I hope to reach a reasonable compromise to avoid seeking relief of Court. The proposed compromise that I envision will be your agreement to participate in the conference on a date certain in the immediate future and entering a stipulation and proposed order to that effect, which is then enforceable as a Court Order. Thereafter, we can address your proposed motion and related meet and confer. That is what I meant by a combo call. My apologies for the confusion.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL


On May 27, 2020, at 10:02 AM, Deborah Mallgrave <DMallgrave@GGTrialLaw.com> wrote:

Reed,

We are not sure what you mean by "combo conference." As explained in my letter yesterday, it is inappropriate to hold a Rule 26 conference at this stage, and we will not be doing so today. The sole purpose of today's call is to meet and confer as to our proposed motion to extend the time to serve LDM. If you are not willing to participate in the call on those terms, please so advise, and we will note your position in our motion.

If you are willing to participate, the call-in information is below:
1 (605) 475-5604, 897316#

Regards,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

58

3

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Wednesday, May 27, 2020 9:05 AM
**To:** Jenira Velez <JVelez@GGTrialLaw.com>
**Cc:** Joshua M. Robbins <JRobbins@GGTrialLaw.com>; mike@andersonadvocates.com; jennifer@andersonadvocates.com; ajackson@werksmanjackson.com; cmason@werksmanjackson.com; geoff@bnsklaw.com; ethan@bnsklaw.com; mfreedman@werksmanjackson.com; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** [EXT] Re: Sochil Martin v. La Luz Del Mundo, et al.

Hi,

We will be ready for the combo conference at 1 pm. Please send a call in number.

Sincerely,

Reed


> On May 26, 2020, at 4:56 PM, Jenira Velez <JVelez@ggtriallaw.com> wrote:
>
> Please see attached correspondence.
>
> *Jenira Velez*
> *Legal Assistant to*
> *David M. Stein | Deborah Mallgrave | Lee K. Fink | Arielle A. Seidman*
> Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
> Tel 949.383.2771 | Fax 949.383.2801
> JVelez@GGTrialLaw.com | www.GGTrialLaw.com
> <image002.png>
>
> This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
> <2020.05.26 Letter to R Aljian.pdf>

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.