**EXHIBIT 12**

| | |
|---|---|
| **From:** | Donna Dean <Donna.Dean@doj.ca.gov> |
| **Sent:** | Wednesday, May 27, 2020 4:47 PM |
| **To:** | Jennifer@andersonadvocates.com; Mike@andersonadvocates.com; Jrobbins@ggtriallaw.com; Dmallgrave@ggtriallaw.com; Ethan@bnsklaw.com; Geoff@bnsklaw.com; Reed Aljian; Cmason@werksmanjackson.com |
| **Subject:** | Sochil Martin v. La Luz Del Mundo, et. al., C.D. Cal. Case No. 2:20-cv-01437 |
| **Attachments:** | LR 7-3 Conference of Counsel Letter.pdf; Stip and Proposed Order.pdf |

Counsel,

Please see the attached letter dated May 27, 2020, and the attached proposed stipulation and order in the above-referenced case.

Donna M. Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6509
E-Mail: Donna.Dean@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.