**EXHIBIT 13**

**XAVIER BECERRA**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA  90013

Public:  (213) 269-6000
Telephone:  (213) 269-6509
Facsimile:  (916) 731-2120
E-Mail:  Donna.Dean@doj.ca.gov

May 27, 2020

**VIA EMAIL ONLY**

Jennifer Elizabeth Stein
Michael George Finnegan
Jeff Anderson and Associates PA
11812 San Vicente Boulevard No 503
Los Angeles, CA  90049
Email:Jennifer@andersonadvocates.com
Email:Mike@andersonadvocates.com

Joshua M. Robbins
Deborah S Mallgrave
Greenberg Gross LLP
601 South Figueroa Street 30th Floor
Los Angeles, CA  90017
Email:Jrobbins@ggtriallaw.com
Email:Dmallgrave@ggtriallaw.com

Ethan J Brown
Geoffrey A Neri
Brown Neri Smith and Khan LLP
11601 Wilshire Boulevard Suite 2080
Los Angeles, CA  90025
Email:Ethan@bnsklaw.com
Email:Geoff@bnsklaw.com

Reed T Aljian
DAILY ALJIAN LLP
100 Bayview Circle Suite 5500
Newport Beach, CA  92660
Email:Ra@dallp.com

Caleb E Mason
Werksman Jackson and Quinn LLP
888 West Sixth Street Fourth Floor
Los Angeles, CA  90017
Email:Cmason@werksmanjackson.com

RE:   *Sochil Martin v. La Luz Del Mundo, et. al.,*
        United States District Court, Central District of California:  Case No. 2:20-cv-01437

Dear Counsel:

      Pursuant to Central District of California Local Rule 7-3, this letter will serve as the People of the State of California's request to have a conference of counsel prior to filing a Motion to Intervene and Stay Discovery in the above-referenced case during the pendency of the criminal matter entitled *People v. Naason Garcia, et al.*, Case No. BA475856, currently pending before the Los Angeles County Superior Court.  Attached is a Proposed Stipulation and Order for your review.

All Counsel
May 27, 2020
Page 2

      I would like to have the conference of counsel on or before Tuesday, June 2, 2020 to discuss the proposed stipulation. My hope is to informally resolve this issue short of filing the motion. In the event we are not able to reach a stipulation regarding the proposed intervention and stay, the People will proceed with filing the motion.

      I look forward to hearing from you to schedule the conference of counsel.

      Sincerely,

      DONNA M. DEAN
      Deputy Attorney General

      For    XAVIER BECERRA
              Attorney General