**EXHIBIT 15**

| | |
|---|---|
| From: | Reed Aljian |
| Sent: | Thursday, May 28, 2020 7:48 AM |
| To: | Deborah Mallgrave |
| Cc: | Courtney Dorner; Kenia Galeana; Rochelle Rotea; Joshua M. Robbins |
| Subject: | Fwd: Sochil Martin v. La Luz Del Mundo, et. al., C.D. Cal. Case No. 2:20-cv-01437 |
| Attachments: | LR 7-3 Conference of Counsel Letter.pdf; Stip and Proposed Order.pdf |

Please kindly provide Plaintiff's position regarding the request in the letter from the Attorney General, including whether Plaintiff will be opposing the proposed stay.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

Begin forwarded message:

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Subject: Sochil Martin v. La Luz Del Mundo, et. al., C.D. Cal. Case No. 2:20-cv-01437**
**Date:** May 27, 2020 at 4:46:39 PM PDT
**To:** "Jennifer@andersonadvocates.com" <Jennifer@andersonadvocates.com>, "Mike@andersonadvocates.com" <Mike@andersonadvocates.com>, "Jrobbins@ggtriallaw.com" <Jrobbins@ggtriallaw.com>, "Dmallgrave@ggtriallaw.com" <Dmallgrave@ggtriallaw.com>, "Ethan@bnsklaw.com" <Ethan@bnsklaw.com>, "Geoff@bnsklaw.com" <Geoff@bnsklaw.com>, "Ra@dallp.com" <Ra@dallp.com>, "Cmason@werksmanjackson.com" <Cmason@werksmanjackson.com>

Counsel,

Please see the attached letter dated May 27, 2020, and the attached proposed stipulation and order in the above-referenced case.

Donna M. Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6509
E-Mail: Donna.Dean@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.