1  Alan J. Jackson (State Bar No. 173647)
2    ajackson@werksmanjackson.com
   Caleb Mason (State Bar No. 246653)
3    cmason@werksmanjackson.com
4  WERKSMAN JACKSON & QUINN LLP
   888 W 6th St
5  Los Angeles, CA 90017
6  Telephone: 213.688.0460
   Facsimile: 213.624.1942
7
8  Attorneys for Defendant
   NAASÓN JOAQUÍN GARCÍA
9

10               UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| SOCHIL MARTIN, | Case No.: 2:20−cv−01437 ODW (ASx) |
|---|---|
| Plaintiff, | **DECLARATION OF ALAN JACKSON IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE IN RULE 26 CONFERENCE** |
| v. | |
| LA LUZ DEL MUNDO, an unincorporated association, et al. | |
| Defendants. | [Filed concurrently herewith: Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Reed Aljian; and [Proposed] Order] |
| | District Judge:   Otis D. Wright, II |
| | Courtroom:        5D, 5th Floor |
| | Magistrate Judge: Alka Sagar |
| | Courtroom:        540, 5th Floor |
| | DATE: July 13, 2020 |
| | TIME: 1:30 p.m. |
| | CTRM: 5D |

## DECLARATION OF ALAN J. JACKSON

1. I am a partner at the law firm of Werksman Jackson & Quinn LLP (the "Firm"), counsel of record for Defendant NAASON JOAQUIN-GARCIA ("Mr. Garcia" or "Defendant"). I am licensed to practice before all courts in the State of California and the United State District Court for the Central District of California. I am the attorney primarily responsible for the representation of Defendant in this Action and in the Criminal Action. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based upon my own personal knowledge or upon my review of the records and files maintained by the Firm in the ordinary course of its representation of Defendant.

2. On June 4, 2019, the Attorney General for the State of California (the "AG") filed a criminal complaint against Mr. Garcia and three others, making allegations of child pornography, human trafficking, and sexual assault ("Criminal Action"), later amended on July 15, 2019. Attached as Exhibit A is a true and correct copy of the second amended criminal complaint.

3. The only pending criminal case against Mr. Garcia is the Criminal Action brought by the Attorney General for the State of California.

4. On June 6, 2019, the Attorney General held a press conference regarding the Criminal Action against Mr. Garcia. Attached as Exhibit B is a true and correct copy of the June 6, 2019 Press Conference Transcripts.

5. During the course of the Criminal Action, the AG has claimed it has allegedly uncovered evidence of child pornography. Upon motion by Mr. Garcia in September 2019, the Court ordered the AG to produce to Mr. Garcia the alleged evidence. The AG violated that order. The Court then held the AG and the individual prosecutors in contempt and sanctioned each prosecutor $5,000 for defying the Court's order. The Court also ordered the AG to produce the alleged evidence in court the following morning. The Superior Court later withdrew the

individual monetary sanctions after the prosecutors produced the alleged evidence. However, the AG later admitted that it had not produced all of the alleged evidence and, rather, had withheld a portion of it. This issue will be litigated in due course in the Superior Court. The discovery issues in the Criminal Action remain unresolved because the AG violated another of Mr. Garcia rights, which led to appellate review. Attached as Exhibit C is a true and correct copy of the September 19, 2019 Order for Sanctions.

6. The referenced appellate review involved the AG's failure to provide Mr. Garcia with a timely preliminary hearing. As a result, Mr. Garcia moved to dismiss the Criminal Action. The Superior Court denied the request. Mr. Garcia sought interlocutory writ relief in the Court of Appeal. On April 7, 2020, the Court of Appeal granted the writ, reversed the Superior Court, and ordered the Superior Court to dismiss the Criminal Action against Mr. Garcia. Attached as Exhibit D is a true and correct copy of the Court of Appeal's decision and order. The Criminal Action is to be dismissed in the Superior Court upon issuance of the remittitur on or about July 8, 2020.

7. On May 19, 2020, my office filed an answer to Plaintiff's Complaint in this Civil Action on behalf of Mr. Garcia. In that answer, Mr. Garcia asserted his Fifth Amendment privilege in response to the allegations in the Complaint.

8. On May 27, 2020, I received a letter from the AG seeking to intervene in the Civil Action against Mr. Garcia. In response to the AG's letter, I expressed my concerns regarding the timing of the letter and what appeared to be coordination with Plaintiff's counsel as it relates to tactics in this Civil Action. Attached as Exhibit E is a true and correct copy of my response to deputy attorney general Donna Dean's May 27, 2020 letter.

9. The day after the AG explained that it would be seeking to intervene in the action and to stay discovery only, Plaintiff's counsel Deborah Mallgrave

contacted me by email. In that email, Ms. Mallgrave explained that Plaintiff intended to move to strike Mr. Garcia's answer. Attached as Exhibit F is a true and correct copy of the May 28, 2020 email from Plaintiff's counsel D. Mallgrave.

The foregoing is true and correct to the best of my knowledge and belief, under penalty of perjury under the laws of the United States and the State of California. Executed this date of June 10, 2020, at Los Angeles, California.

_____
Alan Jackson