**EXHIBIT A**



XAVIER BECERRA
Attorney General of California
JAMES ROOT
Senior Assistant Attorney General
PATRICIA FUSCO
Supervising Deputy Attorney General
AMANDA G. PLISNER (SBN 258157)
DIANA CALLAGHAN (SBN 132460)
NICHOLAS SCHULTZ (SBN 302151)
Deputy Attorneys General
 California Department of Justice
 300 South Spring Street, Suite 1702
 Los Angeles, California 90013
 Telephone: (213) 269-6000
 Facsimile: (916) 731-2122
 E-mail: Amanda.Plisner@doj.ca.gov
*Attorneys for People of the State of California*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 23 2019

Sherri R. Carter, Executive Officer/Clerk of Court
By: Ayanna Wilson, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**NAASON JOAQUIN GARCIA (05/07/1959),**<br><br>**ALONDRA MARGARITA OCAMPO (02/07/1983),**<br><br>**AZALIA RANGEL GARCIA AKA: AZALEA RANGEL MELENDEZ (08/13/1978),**<br><br>**SUSANA MEDINA OAXACA (11/08/1994),**<br><br>*Defendants.* | Case No.  BA475856<br><br>**SECOND AMENDED FELONY COMPLAINT**<br><br>Action Filed:  June 4, 2019 |

THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA accuses the above-named defendants of the following crimes, which are connected to one another in their commission:

5    1

**COUNT ONE**

On or between August 1, 2017 and February 1, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of LEWD ACT UPON A CHILD, a violation of PENAL CODE SECTION 288(c)(1), a Felony, in that they did willfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body, or any part thereof, of JANE DOE 1, who was 15 years old, with the intent of arousing, appealing to, or gratifying, the lust, passions, or sexual desires of said defendant who was at least 10 years older than JANE DOE 1.

**COUNT TWO**

On or between August 1, 2017, and February 15, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of CONSPIRACY, a violation of PENAL CODE SECTION 182(a)(1), a Felony, in that they did unlawfully conspire together to commit the crime of HUMAN TRAFFICKING BY PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 236.1(b)/266j, a Felony, and that pursuant to and for the purpose of carrying out the objectives and purposes of the aforesaid conspiracy, the said defendants committed the following overt acts at and in the County of Los Angeles:

OVERT ACT I

In or about August 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO met with JANE DOE 1, along with other minor members of a La Luz Del Mundo church sub group.

OVERT ACT II

In or about August 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO a group of minor girls that if they went against any desires or wishes of "the Apostle," defendant NAASON JOAQUIN GARCIA, that they were going against god.

///

///

///

6     2

OVERT ACT III

In or about September of 2017, in the county of Los Angeles, defendant ALONDRA OCAMPO directed JANE DOE 1, along with the other minors, to perform "flirty" dances for defendant NAASON JOAQUIN GARCIA wearing as little clothing as possible.

OVERT ACT IV

In or about September of 2017, in the county of Los Angeles, and after JANE DOE 1 and the other minors completed their September 2017 dance, defendant NAASON JOAQUIN GARCIA gave them a speech about a king having mistresses and stated that an apostle of god can never be judged for his actions.

OVERT ACT V

On and between September 2017 and January of 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO directed JANE DOE 1 and other minors to take off their clothing and touch each other sexually.

OVERT ACT VI

On and between September 2017 and January of 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO took photos of minor girls touching each other sexually at her direction for the purpose of sending the photographs to defendant NAASON JOAQUIN GARCIA.

OVERT ACT VII

On a between August 2017 and February 1, 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO called JANE DOE 1 to the home of defendant NAASON JOAQUIN GARCIA and asked her to serve him coffee in his office.

OVERT ACT VIII

On a between August 2017 and February 1, 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO walked JANE DOE 1 to the defendant NAASON JOAQUIN GARCIA's office, grabbed the coffee JANE DOE 1 was holding, and told JANE DOE 1 to remove her dress.

///

///

7    3

OVERT ACT IX

On a between August 2017 and February 1, 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO then returned the coffee to JANE DOE 1.

OVERT ACT X

On a between August 2017 and February 1, 2018, in the county of Los Angeles JANE DOE 1 entered the office and defendant NAASON JOAQUIN GARCIA put his arms around her, kissed her on the lips, touched her buttocks, and attempted to touch her vagina.

**COUNT THREE**

On or between August 1, 2017, and February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING BY PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal liberty of JANE DOE 1 with the intent to maintain a violation of PENAL CODE SECTION 266j.

**COUNT FOUR**

On or between August 1, 2017, and February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 266j, a Felony, in that she did unlawfully and intentionally provide or make available JANE DOE 1, a child under the age of 16 years, to another person for the purpose of a lewd and lascivious act as defined in Penal Code section 288.

**COUNT FIVE**

On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE RAPE OF A MINOR, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 2, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

8    4

1    It is further alleged that in the commission of the above offense the said defendants

2    personally inflicted great bodily injury upon JANE DOE 2, not an accomplice to the above

3    offense, within the meaning of Penal Code section 12022.7(a) and also causing the above offense

4    to become a serious felony within the meaning of Penal Code section 1192.7(c)(8) and a violent

5    felony within the meaning of Penal Code section 667.5(c)(8).

6                                    **COUNT SIX**

7    On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

8    defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

9    UNLAWFUL SEXUAL INTERCOURSE, a violation of PENAL CODE SECTION 261.5(c), a

10   Felony, in that they engaged in an act of unlawful sexual intercourse with JANE DOE 2, a minor

11   not the spouse of the defendant, and the minor being more than three years younger than the

12   defendants.

13   It is further alleged that in the commission of the above offense the said defendants

14   personally inflicted great bodily injury upon JANE DOE 2, not an accomplice to the above

15   offense, within the meaning of Penal Code section 12022.7(a) and also causing the above offense

16   to become a serious felony within the meaning of Penal Code section 1192.7(c)(8) and a violent

17   felony within the meaning of Penal Code section 667.5(c)(8).

18                                   **COUNT SEVEN**

19   On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

20   defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

21   FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(C), a

22   Felony, in that they did unlawfully accomplish and act of oral copulation with a person, to wit

23   JANE DOE 2, against said person's will by means of force, violence, duress, menace, or fear of

24   immediate and unlawful bodily injury on said person or another.

25                                   **COUNT EIGHT**

26   On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

27   defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

28   ORAL COPULATION OF A PERSON UNDER 18, a violation of PENAL CODE SECTION

1    287(b)(1), a Felony, in that they did unlawfully participate in an act of oral copulation with JANE

2    DOE 2, a person under the age of 18 years.

3                                    **COUNT NINE**

4        On or between January 1, 2017, and January 31, 2018, in the County of Los Angeles,

5    defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA MEDINA

6    OAXACA committed the crime of FORCIBLE ORAL COPULATION OF A PERSON UNDER

7    18, a violation of PENAL CODE SECTION 287(c)(2)(C), a Felony, in that they did unlawfully

8    accomplish an act of oral copulation with a person, to wit JANE DOE 3, against said person's

9    will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury

10   on said person or another.

11                                    **COUNT TEN**

12       On or between January 1, 2017, and January 31, 2018, in the County of Los Angeles,

13   defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA MEDINA

14   OAXACA committed the crime of ORAL COPULATION OF A PERSON UNDER 18, a

15   violation of PENAL CODE SECTION 287(b)(1), a Felony, in that they did unlawfully participate

16   in an act of oral copulation with JANE DOE 3, a person under the age of 18 years.

17                                  **COUNT ELEVEN**

18       On or between August 1, 2017, and April 30, 2018, in the County of Los Angeles,

19   defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

20   CONSPIRACY, a violation of PENAL CODE SECTION 182(a)(1), a Felony, in that they did

21   unlawfully conspire together to commit the crime of HUMAN TRAFFICKING FOR

22   PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

23   236.1(b))/311.2(c), a Felony, and that pursuant to and for the purpose of carrying out the

24   objectives and purposes of the aforesaid conspiracy, the said defendants committed the following

25   overt acts at and in the County of Los Angeles:

26                                    OVERT ACT I

27       On and between September 1, 2017, and January 31, 2018, in the county of Los Angeles,

28   defendant ALONDRA OCAMPO sent a message to JANE DOE 1, JANE DOE 2, and JANE

                                        10  6

1    DOE 3 saying that defendant NAASON JOAQUIN GARICA ["the servant of god"] would be

2    really happy if they sent OCAMPO nude photos for NAASON JOAQUIN GARICA.

3 OVERT ACT II

4       On and between September 1, 2017, and January 31, 2018, defendant ALONDRA

5    OCAMPO sent a message to JANE DOE 1, JANE DOE 2, and JANE DOE 3 telling them to take

6    photos without their underwear and with their legs open, and to send the photos to her.

7 OVERT ACT III

8       On one occasion between September 1, 2017, and January 31, 2018, in the county of Los

9    Angeles, defendant ALONDRA OCAMPO took JANE DOE 1, JANE DOE 2, and JANE DOE 3

10    to an unknown office building, provided them with school girl outfits, directed them to touch their

11    own breasts and buttocks, as well as each other's, and took photos of them doing so.

12 OVERT ACT IV

13       In or about December of 2017, defendant ALONDRA OCAMPO, in the county of Los

14    Angeles, took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to defendant NAASON JOAQUIN

15    GARCIA'S home and told them to remove their clothing.

16 OVERT ACT V

17       In or about December of 2017, Defendant ALONDRA OCAMPO, in the county of Los

18    Angeles, had JANE DOE 1, JANE DOE 2, and JANE DOE 3 touch each other's breasts and

19    vaginas for photos, and directed them to open their legs so she could take photos of their vaginal

20    areas.

21 OVERT ACT VI

22       In or about January of 2017, defendant ALONDRA OCAMPO in the county of Los

23    Angeles took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to a hotel.

24 OVERT ACT VII

25       In or about January of 2017, defendant ALONDRA OCAMPO in the county of Los

26    Angeles had JANE DOE 1, JANE DOE 2, and JANE DOE 3 take off their clothing, touch each

27    other's breasts and vaginas, and lick whipped cream off each other's breasts.

28    ///

11   7

1                                       OVERT ACT VIII

2        In and between 2017 and 2018, Defendant ALONDRA OCAMPO, in the county of Los

3  Angeles told JANE DOE 1, JANE DOE 2, and JANE DOE 3 that the photos she took of them

4  were for defendant NAASON JOAQUIN GARCIA ["the servant of god"].

5                                         OVERT ACT IX

6        In and between 2017 and 2018 and on at least one occasion, defendant NAASON

7  JOAQUIN GARCIA thanked JANE DOE 1, JANE DOE 2, and JANE DOE 3 for the photos he

8  received of them.

9                                    **COUNT TWELVE**

10        On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

11  defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR

12  PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

13  236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal

14  liberty of JANE DOE 1 with the intent to maintain a violation of PENAL CODE SECTION

15  311.2(c).

16                                    **COUNT THIRTEEN**

17        On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

18  defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR

19  PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

20  236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal

21  liberty of JANE DOE 2 with the intent to maintain a violation of PENAL CODE SECTION

22  311.2(c).

23                                  **COUNT FOURTEEN**

24        On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

25  defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR

26  PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

27  236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal

28

Second Amended Felony Complaint

1 | liberty of JANE DOE 3 with the intent to maintain a violation of PENAL CODE SECTION

2 | 311.2(c).

3 | **COUNT FIFTEEN**

4 | On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

5 | defendant ALONDRA OCAMPO committed the crime of PRODUCTION/DISTRIBUTION OF

6 | CHILD PORNOGRAPHY, in violation of PENAL CODE SECTION 311.2(c), in that she did

7 | unlawfully and knowingly send or cause to be sent, and in the State of California did possess,

8 | prepare, public, produce, photographs and video, with the intent to distribute, exhibit to, or

9 | exchange with a person 18 years of age and older, knowing that the matter depicted a person

10 | under the age of 18 years personally engaging in and personally simulating sexual conduct as

11 | defined in Penal Code section 311.4.

12 | **COUNT SIXTEEN**

13 | On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

14 | defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

15 | CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

16 | DOE 1 by means of force and threat such as is mentioned in Section 519.

17 | **COUNT SEVENTEEN**

18 | On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

19 | defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

20 | CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

21 | DOE 2 by means of force and threat such as is mentioned in Section 519.

22 | **COUNT EIGHTEEN**

23 | On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

24 | defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

25 | CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

26 | DOE 3 by means of force and threat such as is mentioned in Section 519.

27 | ///

28 | ///

Second Amended Felony Complaint

1

## COUNT NINETEEN

2        On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

3   defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR

4   SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did

5   unlawfully contact and communicate with a minor, JANE DOE 1, knowing that JANE DOE 1

6   was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or

7   311.2 involving JANE DOE 1.

8

## COUNT TWENTY

9        On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

10  defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR

11  SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did

12  unlawfully contact and communicate with a minor, JANE DOE 2, knowing that JANE DOE 2

13  was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or

14  311.2 involving JANE DOE 2.

15

## COUNT TWENTY-ONE

16       On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

17  defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR

18  SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did

19  unlawfully contact and communicate with a minor, JANE DOE 3, knowing that JANE DOE 3

20  was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or

21  311.2 involving JANE DOE 3.

22

## COUNT TWENTY-TWO

23       On or between June 1, 2015 and July 30, 2015, in the County of Los Angeles, defendants

24  NAASON JOAQUIN GARCIA and AZALIA RANGEL GARCIA committed the crime of

25  FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did

26  unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 4, not his

27  spouse, against said person's will by means of force, violence, duress, menace, or fear of

28  immediate and unlawful bodily injury on said person or another.

14   10

1

### COUNT TWENTY-THREE

2    On or between June 1, 2015 and July 30, 2015, in the County of Los Angeles, defendants

3    NAASON JOAQUIN GARCIA and AZALIA RANGEL GARCIA committed the crime of

4    FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a

5    Felony, in that they did unlawfully accomplish and act of oral copulation with a person, to wit

6    JANE DOE 4, against said person's will by means of force, violence, duress, menace, or fear of

7    immediate and unlawful bodily injury on said person or another.

8

### COUNT TWENTY-FOUR

9    On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles,

10   defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE RAPE, a violation

11   of PENAL CODE SECTION 261(a)(2), a Felony, in that he did unlawfully accomplish an act of

12   sexual intercourse with a person, to wit JANE DOE 4, not his spouse, against said person's will

13   by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on

14   said person or another.

15

### COUNT TWENTY-FIVE

16   On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles,

17   defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE ORAL

18   COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that he did

19   unlawfully accomplish an act of oral copulation with a person, to wit JANE DOE 4, against said

20   person's will by means of force, violence, duress, menace, or fear of immediate and unlawful

21   bodily injury on said person or another.

22

### COUNT TWENTY-SIX

23   On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles,

24   defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of

25   PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from

26   JANE DOE 4, by means of force and threat such as is mentioned in Section 519.

27   ///

28   ///

15   11

Second Amended Felony Complaint

1

### COUNT TWENTY-SEVEN

On June 3, 2019, in the County of Los Angeles, NAASON JOAQUIN GARCIA, committed the crime of POSSESSION OF CHILD PORNOGRAPHY in violation of PENAL CODE SECTION 311.11(a), a felony, in that he did knowingly possess and control an image, the production of which involved the use of a person under the age of 18 years, knowing that the matter depicted a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).

### COUNT TWENTY-EIGHT

On June 3, 2019, in the County of Los Angeles, NAASON JOAQUIN GARCIA, committed the crime of POSSESSION OF CHILD PORNOGRAPHY in violation of PENAL CODE SECTION 311.11(a), a felony, in that he did knowingly possess and control an image, the production of which involved the use of a person under the age of 18 years, knowing that the matter depicted a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).

### COUNT TWENTY-NINE

On June 3, 2019, in the County of Los Angeles, NAASON JOAQUIN GARCIA, committed the crime of POSSESSION OF CHILD PORNOGRAPHY in violation of PENAL CODE SECTION 311.11(a), a felony, in that he did knowingly possess and control an image, the production of which involved the use of a person under the age of 18 years, knowing that the matter depicted a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).

### SPECIAL ALLEGATION – VIOLENT SEX OFFENSES

It is further alleged that defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, SUSANA OAXACA MEDINA, and AZALIA RANGEL GARCIA are ineligible for probation or suspension of sentence pursuant to PENAL CODE SECTION 1203.065(a).

///

///

///

16   12

1   **NOTICE**: Convictions for the offenses alleged in counts 1, 3-5, 7-10, 12-15, 19-23, 24, and 25

2   of this Complaint will require the defendants to register pursuant to Penal Code section 290 et

3   seq. Willful failure to register is a crime.

4

5   **NOTICE**: Conviction of these offenses will require the defendant to provide DNA samples and

6   print impressions pursuant to Penal Code section 296 and 296.1. Willful refusal to provide the

7   samples and impressions is a crime.

8

9   **NOTICE**: The People of the State of California intend to present evidence and seek jury findings

10  regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b)

11  and *Cunningham v. California* (2007) 549 U.S. 270 [127 S.Ct. 856, 166 L.Ed.2d 856].

12

13  I declare under the penalty of perjury that the foregoing is true and correct. Executed this

14  23rd day of August, 2019, at Los Angeles, California.

15

16  _____

17  TROY HOLMES
    DECLARANT AND COMPLAINANT

18  Respectfully Submitted,

19  XAVIER BECERRA
    Attorney General of California

20  JAMES ROOT
    Senior Assistant Attorney General

21  PATRICIA FUSCO
    Supervising Deputy Attorney General

22

23

24  AMANDA G. PLISNER
    Deputy Attorney General

25  *Attorneys for People of the State of California*

26  LA2017801101
    62464597.docx

27

28

17   13

Second Amended Felony Complaint

**NOTICE TO DEFENDANT AND ATTORNEY**

Pursuant to Penal Code section 1054.5(b), the People of the State of California hereby informally request that defense counsel provide discovery to the People as required by Penal Code section 1054.3.

**NOTICE TO ATTORNEY**

Any materials accompanying this complaint or provided by the People in this case may contain information about witnesses. Such information is subject to Penal Code section 1054.2, which provides, "No attorney may disclose or permit to be disclosed to a defendant the address or telephone number of a victim or witness whose name is disclosed to the attorney pursuant to subdivision (a) of Section 1054.1 unless specifically permitted to do so by the court after a hearing and a showing of good cause."

AGENCY: CALIFORNIA BUREAU OF INVESTIGATION AND INTELLIGENCE

PRELIM. TIME. EST.:  5 days

| DEFENDANT | CII | DOB | BAIL RECOM'D | BOOKING NO. |
|---|---|---|---|---|
| NAASON JOAQUIN GARCIA | | 05/07/69 | None | |
| ALONDRA MARGARITA OCAMPO | | 02/07/83 | $25 million | |
| AZALIA RANGEL GARCIA | | 08/13/78 | $5 million | |
| SUSANA MEDINA OAXACA | | 11/08/94 | $150,000 | |

Second Amended Felony Complaint

1

<u>Order Holding To Answer - Felony Complaint (P.C. § 872)</u>

2    It appearing to me that the offenses in the complaint have been committed and there is

3  sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to

4  answer for the following:

5  DEFENDANT: **NAASON JOAQUIN GARCIA**

6

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|---|---|---|---|---|
| 1. | PC 288(c)(1) | 1/2/3 | | |
| 2. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 5. | PC 261(a)(2)/ 264(c)(2) | 7/9/11 | | |
| 6. | PC 261.5(c) | 16 mos./2/3 | 12022.7 | +5 |
| 7. | PC 287(c)(2)(C) | 6/8/10 | | |
| 8. | PC 287(b)(1) | 16 mos./2/3 | | |
| 9. | PC 287(c)(2)(C) | 6/8/10 | | |
| 10. | PC 287(b)(1) | 16 mos./2/3 | | |
| 11. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 22. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 23. | PC 287(c)(2)(A) | 3/6/8 | | |
| 24. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 25. | PC 287(c)(2)(A) | 3/6/8 | | |
| 26. | PC 518 | 2/3/4 | | |
| 27. | PC 311.11(a) | 16/2/3 | | |
| 28. | PC 311.11(a) | 16/2/3. | | |
| 29. | PC 311.11(a) | 16/2/3 | | |

    I ORDER that the defendant named below be held to answer for the above-described

offenses and allegations and be admitted to bail in the sum of:

        **NAASON JOAQUIN GARCIA**        $ _____

    And that said defendant be committed to the custody of the Sheriff until such bail is given.

The date of Felony arraignment is set for:

        _____ in Department _____ at _____ a.m.
        (Date)

        _____        _____
        Magistrate                         Date
        Superior Court of California

                            19   15

                                    Second Amended Felony Complaint

| | | | | |
|---|---|---|---|---|

## Order Holding To Answer - Felony Complaint (P.C. § 872)

It appearing to me that the offenses in the complaint have been committed and there is sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to answer for the following:

DEFENDANT: **ALONDRA OCAMPO**

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|---|---|---|---|---|
| 1. | PC 288(c)(1) | 1/2/3 | | |
| 2. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 3. | PC 236.1(b) | 8/14/20 | | |
| 4. | PC 266j | 3/6/8 | | |
| 5. | PC 261(a)(2)/ 264(c)(2) | 7/9/11 | | |
| 6. | PC 261.5(c) | 16 mos./2/3 | 12022.7 | +5 |
| 7. | PC 287(c)(2)(C) | 6/8/10 | | |
| 8. | PC 287(b)(1) | 16 mos./2/3 | | |
| 9. | PC 287(c)(2)(C) | 6/8/10 | | |
| 10. | PC 287(b)(1) | 16 mos./2/3 | | |
| 11. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 12. | PC 236.1(b) | 8/14/20 | | |
| 13. | PC 236.1(b) | 8/14/20 | | |
| 14. | PC 236.1(b) | 8/14/20 | | |
| 15. | PC 311.2(c) | 16 mos./2/3 | | |
| 16. | PC 518 | 2/3/4 | | |
| 17. | PC 518 | 2/3/4 | | |
| 18. | PC 518 | 2/3/4 | | |
| 19. | PC 288.3 | 8 mos./1/18 mos. | | |
| 20. | PC 288.3 | 8 mos./1/18 mos. | | |
| 21. | PC 288.3 | 8 mos./1/18 mos. | | |

I ORDER that the defendant named below be held to answer for the above-described offenses and allegations and be admitted to bail in the sum of:

**ALONDRA OCAMPO** $ _____

And that said defendant be committed to the custody of the Sheriff until such bail is given.

The date of Felony arraignment is set for:

_____ in Department _____ at _____ a.m.
      (Date)

_____      _____
Magistrate                Date
Superior Court of California

20  16

1

## Order Holding To Answer - Felony Complaint (P.C. § 872)

2     It appearing to me that the offenses in the complaint have been committed and there is

3  sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to

4  answer for the following:

5

6  DEFENDANT:  **AZALIA RANGEL GARCIA**

7

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|-----------|--------|-------|----------------|---------------|
| 22. | PC 261(a)(2) | 3/6/8 | | |
| 23. | PC 287(c)(2)(A) | 3/6/8 | | |

8

9

10

11     I ORDER that the defendant named below be held to answer for the above-described

12  offenses and allegations and be admitted to bail in the sum of:

13          **AZALIA RANGEL GARCIA**          $ _____

14     And that said defendant be committed to the custody of the Sheriff until such bail is given.

15  The date of Felony arraignment is set for:

16

17  _____ in Department _____ at _____ a.m.

18  (Date)

19

20  _____          _____

    Magistrate                 Date
    Superior Court of California

21

22

23

24

25

26

27

28

21   17

Second Amended Felony Complaint

1

**Order Holding To Answer - Felony Complaint (P.C. § 872)**

2       It appearing to me that the offenses in the complaint have been committed and there is

3    sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to

4    answer for the following:

5

6    DEFENDANT: **SUSANA MEDINA OAXACA**

7
    | Count |         |         | Special |              |
    | No.   | Charge  | Range   | Alleg.  | Alleg. Effect |
8    | 9.    | PC 287(c)(2)(C) | 6/8/10 |  |  |
9    | 10.   | PC 287(b)(1) | 16 mos./2/3 |  |  |

10      I ORDER that the defendant named below be held to answer for the above-described

11   offenses and allegations and be admitted to bail in the sum of:

12         **SUSANA MEDINA OAXACA**              $ _____

13      And that said defendant be committed to the custody of the Sheriff until such bail is given.

14   The date of Felony arraignment is set for:

15

16

17   _____ in Department _____ at _____ a.m.
         (Date)

18

19   _____         _____
     Magistrate                          Date
20   Superior Court of California

21

22

23

24

25

26

27

28

Second Amended Felony Complaint