**EXHIBIT B**

Case 2:20-cv-01437-FWS-AS Document 49-21 Filed 06/10/20 Page 1 of 9 Page ID #:808

TRANSCRIPT

## California Attorney General Xavier Becerra

Press Conference
June 6, 2019
Sacramento, California

BECERRA: Tell me when you're ready. Listos, listos?

Good morning, buenos dias.

I want to thank everyone for being here. I have with me John Marshall the Assistant Chief of the Division of Law Enforcement here at the Department of Justice. I want to thank him and his team for the work that was done on the case that we are getting ready to announce.

Let me actually begin by mentioning the people who have been important here at the Department of Justice making sure that we could make today's announcement. I mentioned Assistant Chief Marsh, Luis Lopez who is the Assistant Director also within the Division of Law Enforcement, Troy Holmes a special agent within the division of law enforcement, Andy Alvarado a Special Agent Supervisor, on our legal side Amanda Plisner who is the Deputy Attorney General and Statewide human trafficking coordinator here at the Department of Justice, Diana Callaghan Deputy Attorney General, Nicholas Schultz Deputy Attorney General and Patricia Fusco who is the supervising Deputy Attorney General, all at the Department of Justice. I'd also like to give special thanks as well, when we do these operations we require the assistance of a partners, federal and local law enforcement authorities to make this happen. You can't do this work by yourself you need your partners, the brothers and sisters in law enforcement who make all this work and so I'd like to give a special shout-out to the Department of Homeland Security investigations Personnel, to the Customs and Border US Customs and Border Protection Agency at the Department of Homeland Security and the police department at the Los Angeles airport for the work that they did to make today's announcement possible.

On Monday night my office arrested Naason Joaquin Garcia  *Points to Photo*, you see his photograph there, and two of his co defendants in a major sex traffic and sex abuse case. Charges were filed against them on Tuesday. The charges include a series of 26 alleged felonies committed in Los Angeles county between 2015 through 2018.

Joaquin Garcia was arrested in Los Angeles following an investigation into those alleged crimes. The type of crimes that belong nowhere in our society. From human trafficking, production of child pronography, oral copulation, rape, statutory rape, child molestation, extortion, conspiracy and more.

These crimes are alleged to have been committed during the time that Joaquin Garcia was leading as the so-called "Servant of God" as "The Disciple" as he is known within this religious organization called "La Luz del Mundo" an international religious organization that is headquartered in Mexico.

His co defendants acted in concert with him to accomplish the crimes alleged and they were also members of this organization.

24

The co-defendants named in the complaint are: Alondra Ocampo, Susana Medina Oaxaca, and Azalia Rangel Melendez. Ocampo and Medina Oaxaca were arrested on Monday and an arrest warrant has been issued for Rangel Melendez who is currently at large.

I want to make an admonition here that please recognize that charges in this point are only allegations. These defendants, these four defendants are presumed innocent unless and until proven guilty, but make no mistake we are going to act vigorously to prosecute these individuals and bring this case to a close.

Why are we going to do that?

Right now California is the center of human trafficking, we have the highest number of human trafficking cases reported in the country. There were more than 1,300 cases reported here in California in 2017 alone and we know that there are far more than those that are reported and that's why this case is so important. Human trafficking is among the fastest growing crimes and criminal enterprises in the world and it is estimated to bring in some 150 billion dollars around the world every year. This is going on in our state much more than we can prosecute it. We need to make it a priority and here at the California Department of Justice we do. We helped bring down the world's largest online brothel, the former backpage.com and we convicted it's CEO. I testified back in 2017 before the US Senate to push for the passage of the federal "Stop Enabling Sex Traffickers Act" which became law in 2018. We have fought to protect juveniles who are victims of trafficking bringing in 54 felony charges against alleged operators of a statewide sex trafficking ring in Tulare in 2017 and in 2018 we charged operators of an organization called Rainbow Bright in the Bay area with 59 criminal counts for alleged human trafficking among other violations. Human trafficking changes lives it, it kills. It doesn't belong on this planet. We want to and we have to take it on wherever it is happening.

How were we able to uncover these crimes that were in we are announcing today? We set up a website last year for clergy abuse. That website which is oag.ca.gov\clergyabuse is an important site. It's been used. I want to take a moment to talk about how important that website is in these types of cases, because that websites gives those who are survivors of abuse by members of the clergy or religious organizations a direct line to the California Department of Justice and it gives them a way to submit those report that they want to get to us confidentially and to law enforcement.

This case which goes far beyond an incidence of abuse came to us through a tip sent in through the clergy abuse website. As you can see, if you report it we will act on it and we will follow through. And as you can see this has become a case that goes far beyond one individual, one clergy member, one victim. Someone who is the victim of some form of abuse, if you are a survivor of abuse in this particular case or you have information about the misconduct of anyone involved in this case, we want to hear from you. We want you to report any incident that you are aware of. You deserve justice and we want to help you pursue it. We are asking you to please come forward and share what you know. You can call us at (323) 765-2100 or you can file your complaint online oag.ca.gov\lldm .

I think it's also important to point out that our office can make resources available to those who have come forward based on the needs of those individuals. We want you to know that we don't consider you defendants or perpetrators. We want you to know that we consider you victims if you have suffered from this abuse or you haven't gotten caught in this cycle. The California Department of Justice will never turn a blind eye to sexual violence and trafficking. You are victims and you deserve our support and our assistance. We will do everything in our power to keep our community safe.

25

And here I want to point out two related matters that are critical to cases like this. I often get asked the question about any work that we are doing on these investigations: wildfires, political abuse, criminal wrongdoing within a governmental agency, and oftentimes I have to give the response "we don't discuss our investigations" and I'm often asked, "Why? Are you trying to hide something?" This is an example of why we do not talk about our investigations.

This is a reason why we do not talk about who is providing us with tips or responding to a request for information on these websites and hotlines. We took this information and we acted on it. And we did not discuss it with anyone because we wanted to protect the victims who oftentimes our deadly afraid to come forward. We hope to prosecute this to the end, but we were able to succeed in finding victims who came forward because we guaranteed them confidentiality and we hope now we will be able to confidently assure them success in this prosecution.

The final thing I want to mention is something that I hadn't talked about before. Right now Naason Garcia is in custody facing 50 million dollars in bail to be able to remove himself from detention.

Last year California decided to pass a law to change the way we handle bail because if you are dangerous or a risk of flight we should be able to detain you, but we should not be able to detain you simply because you don't have money to remove yourself from pretrial detention. That would be unfair and I believe unconstitutional for Americans to be detained simply because they don't have the money in their pocket to pay for their bail, but in some cases some individuals can pay a very high bail.

My understanding is that the 50 million dollar bail that has been imposed on Mr. Garcia is the highest bail ever imposed in LA county for any individual because there is a real fear that because he has this church with more than a million followers that he will raise the money and he will bail himself out, and if he bails himself out he may try to flee to the place where he had just come from when we captured him at LA airport back to Mexico or somewhere else.

It is important that we have the tools to keep those who are dangerous or dangerous risk flights from fleeing the hands of justice, but it would not be fair to keep those Americans who are not in either of those two categories locked up even if they though they haven't gone through trial. That has nothing to do with this particular case on bail reform but it is important reminder why we always have to strive to do this system of justice the best we can and I often get asked questions about why we're trying to make it easier for folks to bail out of a system, we're not. We're just trying to make it right, and fair, and just.

Because no one wants to see Naason Garcia bail himself out of jail simply because he takes money from his religious followers and then can abscond justice because he's got the dollars.

With that we will take questions.

BECERRA: Hoy estamos anunciando que después de una investigación extensiva y porque tuvimos el apoyo de varias víctimas pudimos arrestar a este tipo Nasson Joaquin Garcia, quién es el… no sé que llamarlo en español porque no es para mí pensar alguien que es líder religioso, pero eso es lo que indica el que es.

Lo hemos arrestado y está bajo cargos de explotar a niños, de tener relaciones sexuales con niños, de violar mujeres, de tener un esfuerzo de tratar trabajando con los otros detenidos de usar los humanos para usos ilegales. Y este día tenemos bajo detención a tres de los cuatro personas cargadas con cargos criminales y esperamos poder tener un juicio sobre estos cargos y esperamos tener el apoyo de víctimas.

26

Tenemos 4 personas que son víctimas que nos han dado información y esperamos tener otras personas ayudarnos con este caso porque creemos que hay más víctimas del abuso, la criminalidad del señor García.

REPORTER: quienes son esas victimas que aun no han dicho nada por miedo? Ayer yo fui a la Iglesia que está aquí en Sacramento y nadie quiere hablar conmigo. Tienen miedo, no se si los están amenazando o intimidando. Que les decimos a esas personas?

BECCERA: I'll say this in english as well because that's a very important question. Yo entiendo lo que están experimentando en este momento muchos familias, especialmente algunos niños, algunas muchachas qué tiene miedo que no saben qué hacer. Los padres que están confundidos que no entienden lo que está sucediendo especialmente si verdaderamente tiene en su fe que este señor era un discípulo de Dios.

Solo les puedo decir que nosotros trabajamos solo con los hechos, la evidencia, nosotros no podemos cargar poner cargos contra una persona, cargos criminales, contra una persona sin tener los hechos y tenemos los hechos para cargar a Naasón Joaquín García de criminalidad que no solo es, no es permitido en California pero no es permitido bajo los ojos de Dios.

Y esperamos que el pueblo nos ayude porque si verdaderamente uno tiene fe que nuestro Señor quiere darnos justicia y protegernos por favor ayúdanos descubrir los acontecimientos en este caso para llevar a justicia a alguien que tal vez violo no solamente las leyes de California pero las leyes de Dios.

In English the question, "was what do you say to the parishioners the members of this religious organization right now?" and I would simply say I understand that many families, many of the young girls are probably very frightened, very confused. I know this is not easy and some of these folks depended on this religious organization, this church for much of their support. Many of these folks are not well-versed in American society and are not totally fluent and depend quite a bit on what this organization provided to them. So I can understand the concern I would simply say to them that no law of California, no law of humankind, and certainly no law of God will permit to occur what Naason Joaquin Garcia is alleged to have committed in this case against young girls and others.

And so we hope that they will come forward, we will treat them with respect, will give them the confidentiality and the services that they require and we will do everything in our power to let them know that we want them to be able to have justice as we move forward in this case and so that they can feel comfortable moving forward in their lives

REPORTER: Si una víctima no tiene papeles, por ejemplo, tiene miedo de hablar con las autoridades.


BECERRA: Aquí en California si uno es víctima de un crimen usted tiene el derecho de salir a hablar de su caso y saber que en California nosotros no somos los que vamos a tratar de hacer algo de deportar a una persona así y también al mismo tiempo bajo las leyes federales si uno es testigo en un caso criminal, en un caso judicial usted tiene el derecho de pedir permiso de quedarse aquí en el país a lo menos durante la estancia del caso y tal vez recibir una estancia más permanente por el hecho de haber sido una víctima o un testigo de un crimen.

REPORTER: Senor Becerra, un par de preguntas-

27

BECERRA: I'll try to repeat some of these in english

REPORTER: Que nos puede decir sobre el papel de Azalia Rangel, puede hablarnos sobre cuales victimas han hecho acusaciones en contra de estas personas y cuando **Inaudible**

BECERRA: Déjame decirle lo que le puedo decir en este momento del caso. Tenemos cuatro personas bajo cargos. La investigación sigue adelante estamos colectando evidencia. En este momento tres de las personas bajo cargos están detenidos. Estamos buscando a Rangel Meléndez. Si alguien tiene información sobre dónde se puede encontrar la señorita Rangel Meléndez por favor les pedimos esa información. Y los cargos son similares en muchos casos de los cargos que hemos lanzado contra Naasón Joaquín García.

REPORTER: **Inaudible**

BECERRA: Eso no lo puedo decir.

REPORTER: **Inaudible** el tiene visa para entrar a los Estados Unidos?

BECERRA: Yes. He was arrested at the airport.

REPORTER: Si puede contestar en español para nosotros, como es que usted comenzar la investigación?

BECERRA: En español? Esta investigación empezó porque lanzamos un sitio del internet "website" donde personas que tenían información sobre casos de abuso sexual contra personas en organizaciones religiosas sacerdotes etc. podían reportar estos incidentes con la confianza de saber que iba a ser información privada que se comunicaba. Y bajo esa website recibimos información que por medio de esta investigación pudimos determinar que era creíble que había información, evidencia que podía comprobar la criminalidad de Naasón Joaquín García y varios miembros de su organización religiosa. Por medio de ese website hemos colectado información que a brindado personas de California sobre casos de abuso.

REPORTER: Nos podría decir si García tiene residencia permanente en los estados unidos, es una visa lo que tiene, cual es su estado?

BECERRA: tendría que proveer esa información no estoy seguro. Pero iba entrando bajo visa creo, pero no quiero ser incorrecto. Do we know if he was coming in under visa, Garcia, when he was coming in? We'll have to find that out.

REPORTER: Attorney General, can you talk about what was it that came up through the warrants that prompted the increase in bail and also can you talk a little bit about how this victims were trafficked, were these people from Los Angeles, are the victims from California, from Mexico, from elsewhere?

BECERRA: So we have a great apprehension that Mr. Garcia will raise the money to get a bond to bail himself out and we have provided the court information to backup that credible fear we have that he can bail himself out. The bail we should note started at 25 million dollars, it was increased to 50 million dollars.

REPORTER: that's why, was there anything particular that came out through the warrants that lead to…

BECERRA: There is information that we have provided the court. The court has to base it's bail determinations on the information it's getting, credible information. We believe that we have provided very credible information

to substantiate our concern that he would try to flee not just California but the U.S. if he were to bail himself out. The other question was?

REPORTER: How were they trafficked, were they from Los Angeles, Mexico, from elsewhere?

BECERRA: This is a case where the four victims are from LA county in the LA County area. They were essentially part of the organization, they were parishioners if you wish to call him that. This is a pretty large organization. I hesitate to call it a church, mega church - and it has a lot of followers. And these are - some people will probably call this a case of brainwashing where these families were influenced, but we have victims where we have solid evidence of activity that amounts to the crimes that I indicated and we're hoping that others will come forward as well.

REPORTER: If I may one more. The defense said yesterday that this a case closer what they would call statutory rape. That these were victims who were teens, he wasn't a stranger to them. What's your response to that?

BECERRA: He's sick. I don't care what he calls it. He committed crimes. We're going to prove it. You don't do that to children. You don't do that to adults. You can't hide behind some religious veil. You can't act like this is something that people do all the time. It's sick.

REPORTER: Hasta ahorita se sabe cuántas víctimas hay, y esas victimas, bueno vaya, básicamente lo que acaba de responder, de donde son la mayoría de estas víctimas?

BECERRA: Las víctimas que nos han ayudado a colectar evidencia vienen de el condado de Los Ángeles, son miembros de la organización o son hijos de miembros de la organización. Cuál fue la primera pregunta?

REPORTER: Se sabe hasta ahorita cuántas víctimas hay?

BECERRA: Quién sabe. Quién sabe cuántas víctimas hay. Ojalá más gente, más familias, más víctimas, deciden ponerse en contacto con nosotros. Lo sabemos pero esperamos que cualquier persona que tiene información se ponga en contacto con nosotros para poder avanzar este caso.

REPORTER: Señor Becerra, usted mencionó algo muy importante que me gustaría que lo mencionara también sobre el hecho que el siendo un líder religioso aprovecha su puesto como líder religioso para aprovecharse de estas personas que son menores de edad y usted comentó al respecto, por favor nuevamente si lo puede decir en espanol sobre la actividad de este señor bajo el velo de un líder religioso.

BECERRA: Hay mucha gente que depende mucho en su iglesia, su religión porque a veces no tiene mucho más, verdad? Trabajan bien duro, pero no son ricos, no son personas de influencia y buscan salvación, ayuda de lo que no se puede ver, de Dios, de ese poder que espiritual. Cuándo hay alguien que abusa de esa fe de esa devoción, jugar con la mente de una persona, de una familia, de unos padres, de niños, y de niñas de 14 años, eso para mí ese no es un líder religioso es una persona - how do you say "sick" in spanish? - pero más que enfermo, esto no es ser enfermo esto es ser demented - como se dice "demented" - dementado? Es un persona demente para mí pensar. Yo no sé, yo tengo 3 hijas, yo no sé cómo alguien puede creer que yo como padre quisiera ver que mi hija estuviera una situación donde alguien se puede aprovechar de cualquiera de ellas. Demente, como más se puede explicar algo como esto?

29

Y por favor si ustedes es parte de esta iglesia, de esta religión y sabe de casos donde no lo creían, pensaba que no era así o pensaba que tal vez era algo necesario para poder avanzar los principios de esta religión por favor recuérdese que estamos hablando de su hija. Esto no se hace.

REPORTER: De las víctimas cuántas son niños, adolescentes, varones y hembras?

BECERRA: En este momento creo - the question that I want to make sure that I say it in english as well so I'm not wrong. The majority of the victims are underage, but there are victims who are adults. La mayoría de las víctimas en este momento de que tenemos esta información son menores de edad, pero también hay víctimas que son adultos.

REPORTER: Y son 4 dice?

BECERRA: En este momento.

REPORTER: y cuántos de ellos son hombre y mujeres?

BECERRA: Todas mujeres.

REPORTER: Do you think you can answer her question in English as well, and for his first question.

BECERRA: Oh gosh, let me remember what the questions were.

REPORTER: Apologies.

BECERRA: Yeah, no problem. But do you remember what the question was?

REPORTER: Um, it was about the 4 victims who had come forward was the first question, is there a -

BECERRA: What was the-? Cuál fue la pregunta? What was just the question?

REPORTER: Pues básicamente sobre lo de las víctimas, hasta ahorita cuantas han venida a hacer acto de presencia y denunciar esto, y si se sabe por ejemplo donde también van a estar las jovencillas, van a estar, se les va a castigar aquí o en Los Ángeles?

BECERRA: So right now we are fortunate enough to have 4 victims come forward, 3 minors and 1 adult all from LA County. All members of this organization or at least children of members of the organization. What else? Ask me?

REPORTER: How do you know that there are - how do you take that information that you are getting from the people that are coming forward and pursue others, other stories?

BECERRA: It would be hard to believe that based on the information that we are collecting that it's only these four individuals. There is a pattern here. As I said it's sick. And it's hard to believe that it was just these 4.

REPORTER: Do I understand correctly though that it is unclear how many victims there may be?

30

BECERRA: You probably, maybe we don't understand how tough it is to come forward in a case like this if your a victim. Especially if you're young girl and you're not on your own, you don't call the shots. You don't get to decide where you go once you come out and identify this stuff. We're hoping folks will come forward. We worked this case as confidentially as we could so we would give victims a chance to believe that they could come forward. But here's the difficult part about this this: this is just one case, we know this is going on.

I wish California would focus more on human trafficking whether it's sex or labor trafficking. It's going on a lot and it's not going on with just young girls who are imported from other countries and sold for sex, it's going on with our own kids. Most of the girls - they are mostly girls, but they're boys as well, most of them underage - most of these kids who are victims of sex trafficking are American citizens. They are born and raised here. The case I mentioned where we caught this ring based out of Tulare they were taking mostly young girls out of the Central Valley and they were shopping them in LA, San Francisco, Las Vegas. I mean, it's going on and I hope that we wake up, I wish I had more resources because we can do more of these cases, but it's tough.

REPORTER: Are all the people that are in custody right now, the bail for each one of them is 50 million dollars or just for Naasón Joaquin.

BECERRA: No. No. Naasón Joaquin Garcia is 50 million. It is substantial for all of them, but it is highest for him. Alondra Ocampo has a high bail number - I forget the number - 25 million. And I believe Medina Oaxaca is about 5 million.

REPORTER: Ok and they will be in court on Monday again?

BECERRA: we're hoping to arraign them on Monday. Thank you all very much. Again any help that you can provide, please any tips. We're searching for those tips. Thank you all very much.

31