**EXHIBIT C**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. BA475856                                              PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.    CURRENT DATE 10/04/19
DEFENDANT 01:  NAASON JOAQUIN GARCIA
LAW ENFORCEMENT AGENCY EFFECTING ARREST: L.A. AIRPORT POLICE DEPT.

BAIL: APPEARANCE   AMOUNT    DATE     RECEIPT OR   SURETY COMPANY    REGISTER
        DATE      OF BAIL  POSTED    BOND NO.                        NUMBER

CASE FILED ON 06/04/19.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 08/01/17 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 288(C)(1) PC FEL
    COUNT 02: 182(A)(1) PC FEL
    COUNT 05: 261(A)(2) PC FEL
    COUNT 06: 261.5(C) PC FEL
    COUNT 07: 287(C)(2)(C) PC FEL
    COUNT 08: 287(B)(1) PC FEL
    COUNT 09: 287(C)(2)(C) PC FEL

    COUNT 10: 287(B)(1) PC FEL
    COUNT 11: 182(A)(1) PC FEL
    COUNT 22: 261(A)(2) PC FEL
    COUNT 23: 287(C)(2)(A) PC FEL
    COUNT 24: 261(A)(2) PC FEL
    COUNT 25: 287(C)(2)(A) PC FEL
    COUNT 26: 518 PC FEL
NEXT SCHEDULED EVENT:
  06/04/19   830 AM  ARRAIGNMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 030


ON 06/04/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR ARRAIGNMENT
PARTIES: TERESA T. SULLIVAN (JUDGE)  ASHLEY LOPEZ  (CLERK)
           SYDNEY LAWRENCE         (REP)   STEVEN L. GATES   (DA)
THE DEFENDANT FAILS TO APPEAR, WITH SUFFICIENT EXCUSE. (MISS-OUT) AND NOT
  REPRESENTED BY COUNSEL
BAIL SET AT $25,000,000
  DEFENDANT IS A MISS-OUT.

  .
DEFENDANT ORDERED OUT TO NEXT COURT DATE.

  .
REMAND ORDER ISSUED #5648267

  .
  I. MARISCAL
NO STATUTORY TIME WAIVED.
NEXT SCHEDULED EVENT:
  06/05/19   830 AM  ARRAIGNMENT AND PLEA   DIST CRIM JUSTICE CTR (LAC) DEPT
    030

CUSTODY STATUS: REMANDED TO CUSTODY


ON 06/05/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

 NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
 IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE

```
CASE NO. BA475856                           PAGE NO.    2
DEF NO.  01                                 DATE PRINTED 10/04/19
```

TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR ARRAIGNMENT AND PLEA
PARTIES: FRANCIS B. BENNETT (JUDGE)  ASHLEY LOPEZ  (CLERK)
             JESSIE FREY  (REP)     DIANA L. CALLAGHAN  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DMITRY GORIN PRIVATE COUNSEL
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
  THE MATTER IS CALLED FOR HEARING.
    .
  DEPUTY ATTORNEY GENERAL, AMANDA PLISNER, IS ALSO PRESENT FOR
  THE PEOPLE.
    .
  THE COURT GRANTS THE MEDIA REQUEST WITH RESTRICTIONS FURTHER
  REFLECTED ON THE MEDIA REQUEST ORDER AND IN THE OFFICIAL
  NOTES OF THE COURT REPORTER.
    .
  THE MATTER IS CONTINUED TO 06/10/2019, AT 8:30 A.M. IN THIS
  DEPARTMENT FOR ARRAIGNMENT AND PLEA.


    .
  THE DEFENDANT WAIVES TIME FOR ARRAIGNMENT AND COUNSEL JOINS
  IN THE TIME WAIVER.
    .
  ENTRY BY: A.LOPEZ
    .
  NUNC PRO TUNC LANGUAGE GENERATED IN ERROR.
ORDER PURSUANT TO 1275PC
BAIL SET AT $50,000,000.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
06/10/19   830 AM  ARRAIGNMENT AND PLEA    DIST CRIM JUSTICE CTR (LAC) DEPT 030

CUSTODY STATUS: REMANDED TO CUSTODY


ON 06/10/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR ARRAIGNMENT AND PLEA
PARTIES: FRANCIS B. BENNETT (JUDGE)  AYANNA WILSON  (CLERK)
             JESSIE FREY   (REP)  AMANDA GAIL PLISNER  (AG)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALLEN SAWYER PRIVATE COUNSEL
BEGONYA SALVO, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 301773,
  INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
  HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
  DEPUTY ATTORNEY GENERAL, DIANA CALLAGHAN IS ALSO APPEARING FOR
    THE PEOPLE.
BAIL SET AT $50,000,000
ORDER PURSUANT TO 1275PC
  THE COURT READS AND CONSIDERS MEDIA REQUEST TO PHOTOGRAPH,
  RECORD, OR BROADCAST FROM THE FOLLOWING AGENCIES:
  ASSOCIATED PRESS, KABC TV, ESTRELLA TV, KCBS/ KCAL,
  TELEMUNDO NETWORK, TELEMUNO, FOX 11 NEWS, SPECTRUM NEWS 1, KNBC,
  KABC TV, CNN EN ESPANOL, UNIVISION LOS ANGELES, AND LAW & CRIME
  NETWORK.
    .
```

CASE NO. BA475856                              PAGE NO.    3
DEF NO.  01                                    DATE PRINTED 10/04/19

THE COURT READS AND CONSIDERS DEFENSE'S MOTION TO EXCLUDE
CAMERAS FROM THE COURTROOM AND PERMIT THE THE DEFENDANT TO
APPEAR IN CIVILIAN CLOTHING.

SAID MOTION IS HEARD, ARGUED, AND DENIED.

OVER THE OBJECTION OF THE DEFENDANT THE COURT GRANTS ORDER ON
MEDIA REQUEST TO PERMIT COVERAGE RECEIVED FROM THE MENTIONED
AGENCIES.

ATTORNEY, ALLEN SAWYER'S REQUEST TO BE SUBSTITUTED IN AS THE
ATTORNEY OF RECORD IS HEARD AND GRANTED.

ATTORNEY, ALAN EISNER'S REQUEST TO BE RELIEVED AS ATTORNEY OF
RECORD IS HEARD AND GRANTED THIS DATE.

THE COURT ORDERS THE PEOPLE'S PREVIOUSLY GRANTED APPLICATION
TO RESET  BAIL PURSUANT TO PENAL CODE SECTION 815A TO BE FILED

UNDER SEAL THIS DATE.

THE PEOPLE'S PROPOSED PROTECTIVE ORDER RE: DISCOVERY IS ARGUED
THIS DATE.

THE COURT DOES NOT MAKE A RULING REGARDING THE PEOPLE'S PROPSED
PROTECTIVE ORDER THIS DATE.

ALL PARTIES ARE ORDERED TO MEET AND CONFER RE: THE PEOPLE'S
PROPOSED PROTECTIVE ORDER RE: DISCOVERY; AND THE PEOPLE ARE TO
SUBMIT A MODIFIED PROTECTIVE ORDER RE: DISCOVERY FOR THE COURT'S
CONSIDERATION.

A COPY OF THE PEOPLE'S PROTECTIVE ORDER RE: DISCOVERY IS LODGED
IN THE COURT FILE THIS DATE.

DEFENSE COUNSEL'S REQUEST FOR THE MATTER TO BE CONTINUED IS
HEARD AND GRANTED.

THE MATTER IS CONTINUED TO JUNE 21, 2019, AT 8:30 A.M., IN
DEPARTMENT 30 FOR ARRAIGNMENT AND PLEA / BAIL REVIEW HEARING.


TCIS ENTRY BY: A. WILSON
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NO STATUTORY TIME WAIVED.
NEXT SCHEDULED EVENT:
  06/21/19   830 AM  ARRAIGNMENT AND PLEA   DIST CRIM JUSTICE CTR (LAC) DEPT
    030

CUSTODY STATUS: REMANDED TO CUSTODY


ON 06/21/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR ARRAIGNMENT AND PLEA
PARTIES: TERESA T. SULLIVAN (JUDGE)  ASHLEY LOPEZ  (CLERK)
               JOANNE AYOTTE  (REP)     AMANDA GAIL PLISNER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALLEN SAWYER PRIVATE COUNSEL

```
CASE NO. BA475856                          PAGE NO.    4
DEF NO.  01                                DATE PRINTED 10/04/19
```

SERGIO CAFARO, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 301642,
   INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
   HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
   CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 288(C)(1) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 02, 182(A)(1) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 05, 261(A)(2) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 06, 261.5(C) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 07, 287(C)(2)(C) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 08, 287(B)(1) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 09, 287(C)(2)(C) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 10, 287(B)(1) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 11, 182(A)(1) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 22, 261(A)(2) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 23, 287(C)(2)(A) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 24, 261(A)(2) PC.

DEFENDANT PLEADS NOT GUILTY TO COUNT 25, 287(C)(2)(A) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 26, 518 PC.
   THE MATTER IS CALLED FOR ARRAIGNMENT AND BAIL REVIEW HEARING.
   .
   THE COURT GRANTS THE MEDIA REQUEST WITH RESTRICTIONS FURTHER
   REFLECTED ON THE MEDIA REQUEST ORDER AND IN THE OFFICIAL
   NOTES OF THE COURT REPORTER.
   .
   PRIVATE COUNSEL, KEN ROSENFELD, IS ALSO PRESENT ON THE
   DEFENDANT'S BEHALF.
   .
   THE DEFENDANT DENIES ANY AND ALL SPECIAL ALLEGATIONS.
   .
   DEFENDANT'S ORAL MOTION FOR BAIL REDUCTION IS ARGUED AND DENIED
   AS MORE FULLY REFLECTED IN THE NOTES IN THE OFFICIAL
   COURT REPORTER.
   .
   THE BAIL REMAINS IN THE AMOUNT AS PREVIOUSLY SET.
   .
   THE PEOPLE'S ORAL MOTION TO RESET BAIL IN THE AMOUNT OF
   NO BAIL IS HEARD AND DENIED PENDING ADDITIONAL SUPPORTING

   EVIDENCE.
   .
   UPON STIPULATION OF COUNSEL, THE MATTER IS SET FOR A FURTHER
   BAIL REVIEW HEARING AND DISCOVERY COMPLIANCE ON JULY 15, 2019,
   AT 8:30 A.M. IN DEPARTMENT 30.
   .
   THE MATTER IS FURTHER SET FOR PRELIMINARY HEARING SETTING ON
   AUGUST 2, 2019, AT 8:30 A.M. IN DEPARTMENT 30.
   .
   10 AND 60 DAY TIME WAIVERS ARE TAKEN. COUNSEL JOINS IN THE
   WAIVER.
   .
   ENTRY BY: A.LOPEZ
BAIL SET AT $50,000,000.
NEXT SCHEDULED EVENT:

```
CASE NO. BA475856                          PAGE NO.   5
DEF NO.  01                                DATE PRINTED 10/04/19

07/15/19   830 AM  BAIL REVIEW   DIST CRIM JUSTICE CTR (LAC) DEPT 030
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT :
  08/02/19   830 AM  PRELIM SETTING/RESETTING   DIST CRIM JUSTICE CTR (LAC)
     DEPT 030
DAY 00 OF 30

CUSTODY STATUS: REMANDED TO CUSTODY


ON 07/15/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

   NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
 IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
 TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
 CASE CALLED FOR BAIL REVIEW
 PARTIES: TERESA T. SULLIVAN (JUDGE)  AYANNA WILSON   (CLERK)

              JOANNE AYOTTE       (REP)  AMANDA GAIL PLISNER  (AG)
 THE DEFENDANT IS PRESENT(IN LOCK UP) AND REPRESENTED BY ALLEN SAWYER PRIVATE
   COUNSEL
 BAIL SET AT $50,000,000
   ALL PARTIES ANNOUNCE READY FOR HEARING.
   .
   ON ORDER OF THE COURT WITH THE ASSISTANCE OF THE COORDINATOR
   THE MATTER IS TRANSFERRED TO DEPARTMENT 127 FOR BAIL REVIEW.
   .
   THE MATTER REMAINS SET ON AUGUST 2, 2019, AT 8:30 A.M., IN
   DEPARTMENT 30 FOR PRELIMINARY HEARING, AS DAY 8 OF 10.
   .
   THE PEOPLE ARE TO TRANSPORT THE CASE FILE.
   .

   TCIS ENTRY BY: A. WILSON

   .
 ***********************************************************************
   NUNC PRO TUNC ORDER PREPARED JULY 18, 2019, BY
   A. WILSON, CLERK. IT APPEARING TO THE COURT THAT THROUGH

   INADVERTENCE AND CLERICAL ERROR THAT THE MINUTE ORDER OF
   JULY 15, 2019, IN THE ABOVE ENTITLED ACTION DOES NOT
   PROPERLY REFLECT THE COURTS ORDER. SAID MINUTE ORDER IS AMENDED
   NUNC PRO TUNC AS OF THAT DATE AS FOLLOWS:
   BY STRIKING:
   "THE MATTER REMAINS SET ON AUGUST 2, 2019, AT 8:30 A.M., IN
   DEPARTMENT 30 FOR PRELIMINARY HEARING, AS DAY 8 OF 10."
   .
   BY ADDING:
   "THE MATTER REMAINS SET ON AUGUST 2, 2019, AT 8:30 A.M., IN
   DEPARTMENT 30 FOR PRELIMINARY HEARING SETTING, AS DAY 0 OF 30."
   .
   ALL OTHER ORDERS ARE TO REMAIN IN FULL FORCE AND EFFECT.
 ***********************************************************************
 NEXT SCHEDULED EVENT:
```

```
CASE NO. BA475856                              PAGE NO.    6
DEF NO.  01                                    DATE PRINTED 10/04/19

   07/15/19  1030 AM  BAIL REVIEW   DIST CRIM JUSTICE CTR (LAC) DEPT 527

CUSTODY STATUS: REMANDED TO CUSTODY


ON 07/15/19 AT 1030 AM  IN CRIM JUSTICE CTR (LAC) DEPT 527

CASE CALLED FOR BAIL REVIEW
PARTIES: DAVID R. FIELDS (JUDGE)   SYLVIA M. CEDENO  (CLERK)
              PATRICIA MCNEAL    (REP)  AMANDA GAIL PLISNER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH ROSENFELD PRIVATE
   COUNSEL
JENNY FAURE, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 301148,
   INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
   HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
BAIL SET AT $50,000,000
   THE MATTER IS RECEIVED FROM DEPARTMENT 30 FOR BAIL REVIEW.
   DEPUTY ATTORNEY GENERAL DIANA CALLAGHAN IS ALSO PRESENT FOR THE

   PEOPLE.
   PRIVATE COUNSEL STEPHEN TAYLOR AND ALLEN SAWYER ALSO PRESENT
   ON BEHALF OF DEFENDANT NAASON GARCIA.
   .
   MEDIA REQUESTS TO PHOTOGRAPH, RECORD, OR BROADCAST ARE SUBMITTED
   BY:
   LAW & CRIME NETWORK, KNBC, TELEMUNDO 52, LOS ANGELES TIMES,
   KABC TV, ASSOCIATED PRESS PHOTOS, KNX, AND KCBS KCAL,
   .
   AN AMENDED COMPLAINT IS FILED.
   .
   COURT AND COUNSEL CONFER AT SIDEBAR RE MEDIA REQUESTS.
   .
   ORDERS ON MEDIA REQUEST TO PERMIT COVERAGE SIGNED AND FILED.
   .
   BAIL MOTION IS CALLED FOR HEARING.
   .
   THE PEOPLE REQUEST A SETTING OF "NO BAIL" AS TO DEFENDANT NAASON
   GARCIA ONLY.
   DEFENDANT GARCIA IS REQUESTING A REDUCTION OF BAIL.
   .
   THE PEOPLE ARE NOT SEEKING "NO BAIL" AS TO DEFENDANT ALONDRA
   OCAMPO.
   DEFENDANT ALONDRA OCAMPO JOINS IN DEFENDANT GARCIA'S MOTIONS TO
   REDUCE BAIL.
   .
   DEFENSE REQUEST TO CALL PROPOSED WITNESSES IS HEARD AND DENIED.
   .
   STEVEN STOVER AND TROY HOLMES ARE PLACED UNDER OATH AND TESTIFY
   ON BEHALF OF THE PEOPLE.
   .
   HEARING IS CONTINUED AND ALL PARTIES ARE ORDERED TO RETURN TO
   THIS DEPARTMENT ON JULY 16, 2019, AT 1:30 P.M.
   .
   COURT ORDERS AND FINDINGS:
   -CERTIFIED/REGISTERED SPANISH LANGUAGE COURT INTERPRETER LUIS
```

CASE NO. BA475856                           PAGE NO.   7
DEF NO.  01                                 DATE PRINTED 10/04/19

     MENA , 301817 , INTERPRETED FOR DEFENDANT . INTERPRETER'S BADGE
       HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  07/16/19   130 PM  BAIL REVIEW    DIST CRIM JUSTICE CTR (LAC) DEPT 527

CUSTODY STATUS: REMANDED TO CUSTODY


ON 07/16/19 AT  130 PM  IN CRIM JUSTICE CTR (LAC) DEPT 527

CASE CALLED FOR BAIL REVIEW
PARTIES: DAVID R. FIELDS (JUDGE)  SYLVIA M. CEDENO  (CLERK)
              PATRICIA MCNEAL  (REP)     AMANDA GAIL PLISNER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH ROSENFELD PRIVATE
   COUNSEL
JENNY FAURE, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 301148,
  INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE

  HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
 ON PEOPLE'S MOTION, COURT ORDERS COMPLAINT AMENDED BY INTERLINEATION TO ADD
   VIOLATION 311.11(A) PC FEL  AS COUNT 27.
 ON PEOPLE'S MOTION, COURT ORDERS COMPLAINT AMENDED BY INTERLINEATION TO ADD
   VIOLATION 311.11(A) PC FEL  AS COUNT 28.
 ON PEOPLE'S MOTION, COURT ORDERS COMPLAINT AMENDED BY INTERLINEATION TO ADD
   VIOLATION 311.11(A) PC FEL  AS COUNT 29.
DEFENDANT PLEADS NOT GUILTY TO COUNT 27, 311.11(A) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 28, 311.11(A) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 29, 311.11(A) PC.
NEXT SCHEDULED EVENT:
  BAIL REVIEW
  -DEPUTY ATTORNEY GENERAL DIANA CALLAGHAN IS ALSO PRESENT FOR
   THE PEOPLE.
  -PRIVATE COUNSEL STEPHEN TAYLOR AND ALLEN SAWYER ARE ALSO
   PRESENT ON BEHALF OF DEFENDANT GARCIA.
  -CERTIFIED/REGISTERED SPANISH LANGUAGE COURT INTERPRETER LUIS
   MENA, 301817, ALSO INTERPRETED FOR DEFENDANT GARCIA.
   INTERPRETER'S BADGE HAS BEEN VERIFIED BY THE COURT AND THE
   OATH IS ON FILE.
   .

BAIL HEARING, CONTINUED FROM JULY 15, 2019, RESUMES.
.
OUT OF THE PRESENCE OF THE DEFENDANTS:
.
AN IN CHAMBERS CONFERENCE IS HELD IN THE PRESENCE COUNSEL.
.
THE COURT REPORTER'S NOTES ARE ORDERED SEALED AND NOT TO
BE UNSEALED WITHOUT FURTHER ORDER OF THE COURT, EXCEPT FOR
FOR APPELLATE REVIEW.
.
IN THE PRESENCE OF THE DEFENDANTS IN OPEN COURT:
.
AS TO THE AMENDED COMPLAINT FILED JULY 15, 2019, DEFENDANT
GARCIA WAIVES ARRAIGNMENT AND ENTERS A PLEA OF NOT GUILTY TO ALL

CASE NO. BA475856
DEF NO.  01

PAGE NO.    8
DATE PRINTED 10/04/19

COUNTS AND A DENIAL OF ALL ALLEGATIONS.
.
A LETTER SUBMITTED BY DEFENSE COUNSEL, ON BEHALF OF DEFENDANT
OAXACA (-04), IS RECEIVED AND LODGED IN THE COURT FILE FOR THE
COURT'S REVIEW.
.
BAIL MOTIONS ARE HEARD, ARGUED, AND RULED UPON AS FOLLOWS:
.
AS TO DEFENDANT GARCIA: BAIL REDUCTION IS DENIED AND THE
PEOPLE'S MOTION FOR SETTING BAIL AT "NO BAIL" IS GRANTED,
AS MORE FULLY REFLECTED IN THE NOTES OF THE OFFICIAL COURT
REPORTER.
.
AT DEFENSE COUNSEL'S REQUEST, ON BEHALF OF DEFENDANT GARCIA,
DECLARATION AND TRANSCRIPTS RECEIVED THIS DATE ARE LODGED UNDER
SEAL.
.
PRELIMINARY HEARING SETTING PREVIOUSLY SCHEDULED FOR AUGUST 2,

2019, AT 8:30 A.M., IN DEPARTMENT 30, REMAINS ON CALENDAR.
.
REMAND ORDER NOTING BAIL RESET (NO BAIL) FOR DEFENDANT GARCIA
IS ISSUED.
COURT ORDERS AND FINDINGS:
-BAIL MOTION IS HEARD AND DENIED.
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
-.
MATTER PREV SET/REMAIN ON CLDR

CUSTODY STATUS: REMANDED TO CUSTODY


ON 08/02/19 AT  800 AM :

    PARTIES:  FRANCIS B. BENNETT (JUDGE)    AYANNA WILSON    (CLERK)
            JESSIE FREY        (REP)    AMANDA GAIL PLISNER (DA)
        .
    DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH
    ROSENFELD PRIVATE COUNSEL.
        .

    ATTORNEY, ALLAN SAWYER ALSO APPEARS ON BEHALF OF THE DEFENSE.
THE COURT INFORMS COUNSEL THAT IS IN RECEIPT OF NOTICE OF
REQUEST FOR DISQUALIFICATION OF THE HONERABLE TERESA SULLIVAN.
.
THE COURT FINDS THAT SAID MOTION WAS NOT PROPERLY SERVED OR
PROPERLY FILED.
.
THE COURT ORDERS SAID MOTION STRICKEN.
.
SAID MOTION IS RETURNED TO DEFENSE COUNSEL THIS DATE.
.
.
TCIS ENTRY BY: A. WILSON


ON 08/02/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: FRANCIS B. BENNETT (JUDGE)  AYANNA WILSON  (CLERK)
            JESSIE FREY        (REP)  AMANDA GAIL PLISNER  (DA)

40

```
CASE NO. BA475856                           PAGE NO.   9
DEF NO.  01                                 DATE PRINTED 10/04/19
```

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH ROSENFELD PRIVATE
  COUNSEL
LUIS MENA, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 301817, INTERPRETED
  ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE HAS BEEN
  VERIFIED BY THE COURT AND THE OATH IS ON FILE.
  ATTORNEY, ALLEN SAWYER ALSO APPEARS ON BEHALF OF THE DEFENSE.
BAIL SET AT NO BAIL
  ALL MEDIA REQUESTS RECEIVED ARE GRANTED THIS DATE OVER THE
  OBJECTION OF THE DEFENSE.

  THE COURT INDICATES THAT IT IS IN RECEIPT OF THE REPLY TO
  PEOPLE'S OPPPOSITION TO DEFENDANT GARCIA'S MOTION TO COMPEL
  DISCLOSURE OF VICTIMS' AND WITNESSES' PERSONAL IDENTIFYING
  INFORMATION FILED ON BEHALF OF DEFENDANT ONE AND POINTS AND
  AUTHORITIES IN SUPPORT OF PRELIMINARY HEARING WITHIN THE
  CURRENT TIME PERIOD OVER CO-DEFENDANT'S OBJECTION FILED ON
  BEHALF OF DEFENDANT FOUR.

  THE COURT INDICATES THAT SAID MOTIONS WILL BE HEARD AT THE
  NEXT COURT DATE.

  ALL PARTIES CONFER REGARDING SCHEDULING.

  PURSUANT TO STIPULATION THE MATTER IS SET ON AUGUST 23, 2019,
  AT 8:30 A.M., IN DEPARTMENT 30 FOR PRELIMINARY HEARING,
  AS DAY 0 OF 30.

  *** 10 AND 60 DAY TIME WAIVERS ARE TAKEN THIS DATE ***

  A MEDICAL ORDER IS SIGNED AND FORWARDED TO THE SHERIFF'S
  DEPARTMENT THIS DATE.

  TCIS ENTRY BY: A. WILSON
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  08/23/19   830 AM  PRELIM SETTING/RESETTING   DIST CRIM JUSTICE CTR (LAC)

     DEPT 030
DAY 00 OF 30

CUSTODY STATUS: REMANDED TO CUSTODY


ON 08/07/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR JUDICIAL ACTION
PARTIES: TERESA T. SULLIVAN (JUDGE)  NONE   (CLERK)
              NONE     (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  WRITTEN EX PARTE ORDER SUBMITTED BY DEFENSE COUNSEL IS
  RECEIVED, FILED, AND SIGNED.

  THE PREVIOUSLY SET DATE FOR PRELIMINARY HEARING SETTING
  REMAINS ON CALENDAR.

  ENTRY BY: A.LOPEZ

```
CASE NO. BA475856                          PAGE NO.  10
DEF NO.  01                                DATE PRINTED 10/04/19

NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR


ON 08/23/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

   NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
  IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
  MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
  TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: TERESA T. SULLIVAN (JUDGE)  AYANNA WILSON   (CLERK)
                MELINDA DELGADO       (REP)  AMANDA GAIL PLISNER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH ROSENFELD PRIVATE
  COUNSEL
JOAQUIN CHAN-SANCHEZ, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 300226,
  INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE

  HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
  DEPUTY ATTORNEY GENERAL, DIANA  CALLAGHAN IS ALSO PRESENT ON
    BEHALF OF THE PEOPLE.
  .
    ATTORNEY, ALLEN SAWYER IS ALSO PRESENT ON BEHALF OF THE DEFENSE.
BAIL SET AT NO BAIL
  THE COURT IS IN RECEIPT OF MEDIA REQUESTS FROM THE FOLLOWING
  AGENCIES: LAW & CRIME NETWORK, KRECYTE VILLARREAL, AND HUMAN
  FLOW PRODUCTIONS.
  .
  ORDERS ON MEDIA REQUEST TO PERMIT COVERAGE RECEIVED FROM THE
  FOREMENTIONED NETWORKS ARE GRANTED OVER THE OBJECTION OF THE
  DEFENSE.
  .
  THE MATTER IS TRANSFERRED TO DEPARTMENT 132 AT 1:30 P.M., FOR
  DEFENSE'S MOTION TO COMPEL DISCOVERY PURSUANT TO PENAL CODE
  SECTION 1054.7.
  .
  THE MATTER IS SET ON SEPTEMBER 19, 2019, AT 8:30 A.M., IN
  DEPARTMENT 30 FOR PRELIMINARY HEARING, AS DAY 26 OF 30.
  .


TCIS ENTRY BY: A. WILSON

*
*****************************************************************
NUNC PRO TUNC ORDER PREPARED SEPTEMBER 13, 2019 BY
A. WILSON, CLERK. IT APPEARING TO THE COURT THAT THROUGH
INADVERTENCE AND CLERICAL ERROR THAT THE MINUTE ORDER OF
AUGUST 23, 2019,  IN THE ABOVE ENTITLED ACTION DOES NOT
PROPERLY REFLECT THE COURTS ORDER. SAID MINUTE ORDER IS AMENDED
NUNC PRO TUNC AS OF THAT DATE AS FOLLOWS:
BY STRIKING: "THE MATTER IS SET FOR PRELIMINARY HEARING, AS DAY
                  26 OF 30"
  .
BY ADDING:"THE MATTER IS SET FOR PRELIMINARY HEARING, AS DAY
                  28 OF 30"
```

42

```
CASE NO. BA475856                           PAGE NO.  11
DEF NO.  01                                 DATE PRINTED 10/04/19
```

ALL OTHER ORDERS ARE TO REMAIN IN FULL FORCE AND EFFECT.
*****************************************************************
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
 08/23/19   130 PM  MOTION    DIST CRIM JUSTICE CTR (LAC) DEPT 532
NEXT SCHEDULED EVENT:
 09/19/19   830 AM  PRELIMINARY HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 030
DAY 28 OF 30


CUSTODY STATUS: REMANDED TO CUSTODY


ON 08/23/19 AT  130 PM  IN CRIM JUSTICE CTR (LAC) DEPT 532

  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
 IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE

TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR MOTION
PARTIES: DAVID V. HERRIFORD (JUDGE)   DERRICK CALLICOATTE   (CLERK)
            ANNETTE BLANCO     (REP)  AMANDA GAIL PLISNER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH ROSENFELD PRIVATE
  COUNSEL
RODOLFO MARTINEZ, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 300970,
  INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
  HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
  -BKG 5648267 /DAG:AMANDA PLISNER & DIANA CALLAHAN
  THE MATTER IS RECEIVED FROM DEPT. 30 FOR HEARING ON DEFENSE
  MOTION TO COMPEL DISCOVERY UNDER PENAL CODE SECTION 1054.7
  .
  CO-COUNSEL, ALLEN SAWYER IS PRESENT AT COUNSEL TABLE. THE
  DEFENDANT IS USING THE SERVICES OF SPANISH LANGUAGE INTERPRETERS
  SILVIA VICO AND RODOLFO MARTINEZ.
  .
  THE COURT HAS READ AND CONSIDERED MOVING, OPPOSITION AND REPLY
  PAPERS AS WELL AS SUPPLEMENTAL PAPERS.
  .
  THE COURT HEARS FROM THE PARTIES ON THE ISSUES.
  .

  THE COURT CONDUCTS AN IN-CAMERA REVIEW OF MATERIALS WITH DAG
  CUSTODIAN OF RECORDS.
  .
  AFTER REVIEW, THE COURT RULES THAT THE PEOPLE DO NOT NEED TO
  DISCLOSE THE NAMES AND ADDRESSES OF WITNESSES.
  .
  THE COURT FURTHER RULES THAT THE ATTORNEY GENERAL IS TO PROVIDE
  DEFENSE COUNSEL DISCOVERY DISCLOSING WHICH "JANE DOE" WITNESS
  WAS TESTIFIED ABOUT AT THE BAIL HEARING. THAT DISCOVERY TO BE
  PROVIDED ON OR BEFORE AUGUST 30, 2019
  .
  FURTHER, THE COURT RULES THE PEOPLE SHALL DISCLOSE WHICH "JANE
  DOE" WITNESS MADE WHAT PARTICULAR STATEMENTS. THAT DISCOVERY TO
  BE PROVIDED TO DEFENSE BY SEPTEMBER 6, 2019
```

CASE NO. BA475856                              PAGE NO.  12
DEF NO.  01                                    DATE PRINTED 10/04/19

```
    .
    DEFENDANT'S REQUEST FOR SANCTIONS IS DENIED.

    .
    DEFENDANT'S REQUEST FOR APPOINTMENT OF A SPECIAL MASTER IS
    DENIED.

    .
    THE MATTER HAS BEEN PREVIOUSLY SET FOR PRELIMINARY HEARING.
    PARTIES ARE ORDERED TO APPEAR.

    .
    DEFENDANT IS REMANDED, BAIL REMAIN AT NO BAIL.
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
PRELIMINARY HEARING


ON 09/11/19 AT  830 AM :


    AT THE REQUEST OF DEFENSE COUNSEL THE MATTER IS ADVANCED TO
    SEPTEMBER 13, 2019, AT 8:30 A.M., IN DEPARTMENT 30 FOR
    SUBSTITUTION OF COUNSEL AND TO ADDRESS DISCOVERY.

    .
    A REMOVAL ORDER IS ISSUED THIS DATE.

    .
    TCIS ENTRY BY: A. WILSON
NEXT SCHEDULED EVENT:
 09/13/19   830 AM  ADVANCEMENT    DIST CRIM JUSTICE CTR (LAC) DEPT 030


ON 09/13/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR ADVANCEMENT
PARTIES: TERESA T. SULLIVAN (JUDGE)  ALAIN GALINDO  (CLERK)
               YVETTE BURLEY      (REP)  DIANA L. CALLAGHAN  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALAN J. JACKSON PRIVATE
    COUNSEL

BAIL SET AT NO BAIL
    THE COURT IS IN RECEIPT OF THE DECLARATIONS OF ALLEN SAWYER AND
    RAQUEL ARAGON SUBMITTED IN SUPPORT OF DEFENDANT NAASON JOAQUIN
    GARCIA'S REQUEST TO PERMIT DEFENSE ACCESS TO ELECTRONIC
    EVIDENCE IN ADVANCE OF PRELIMINARY HEARING, FILED THIS DATE.

    .
    THE COURT ORDERS ALL DEFENDANTS TO ACCESS DATA BY THE CLOSE
    OF BUSINESS DAY ON MONDAY, SEPTEMBER 16, 2019.

    .
    THE MATTER SET FOR PRELIMINARY HEARING ON 9-19-19 REMAINS SET.
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR

CUSTODY STATUS: DEFENDANT REMANDED
```

44

```
CASE NO. BA475856                        PAGE NO.  13
DEF NO.  01                              DATE PRINTED 10/04/19
```

ON 09/17/19 AT  830 AM :

   AT THE REQUEST OF DEFENSE COUNSEL THE MATTER IS CALENDARED
FOR SEPTEMBER 18, 2019, AT 8:30 A.M., IN DEPARTMENT 31.
   .
THE DEFENDANT IS ORDERED OUT FOR THE ABOVE HEARING DATE.
NEXT SCHEDULED EVENT:
 09/18/19   830 AM  ADVANCEMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 031


ON 09/18/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 031

  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE

TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR ADVANCEMENT
PARTIES: TERESA T. SULLIVAN (JUDGE)  AYANNA WILSON   (CLERK)
       JOANNE AYOTTE     (REP)  NICHOLAS SCHULTZ   (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALAN J. JACKSON PRIVATE
 COUNSEL
300554, OFFICIAL COURT INTERPRETER, PRESENT  AS SPANISH INTERPRETER.
  SOFIA GUTIERREZ, SPANISH CERTIFIED/ REGISTERED COURT INTERPRETER
   301758, ALSO INTERPRETED FOR THE DEFENDANT ON THE ABOVE ENTITLED
   CASE. INTERPRETER'S IDENTIFICATION BADGE HAS BEEN VERIFIED BY
   THE COURT AND THE OATH IS ON FILE.
BAIL SET AT NO BAIL
  THIS MATTER WAS ADVANCED AT THE REQUEST OF DEFENSE COUNSEL.
   .
DEFENSE COUNSEL INFORMS THE COURT THAT THE PEOPLE ARE NOT IN
COMPLIANCE WITH THE COURT ORDER MADE SEPTEMBER 13, 2019
RE: EVIDENCE.
   .
ALL PARTIES ARE HEARD AS TO THE COMPLIANCE OF THE COURT'S PRIOR
ORDERS RE: EVIDENCE AS MORE FULLY REFLECTED IN THE NOTES OF THE
COURT REPORTER.

   .
THE COURT REITERATES THE THE SEPTEMBER 13, 2019 ORDERS AND
ORDERS THE PEOPLE TO IMMEDIATELY PROVIDE THE DEFENSE ALL
ELECTRONIC EVIDENCE THAT IS IN THE PEOPLE'S POSSESSION.
   .
THE COURT ORDERS THE PEOPLE TO PROVIDE THE DEFENSE ALL WARRANTS
AND RETURNS.
   .
THE COURT INDICATES THAT THE DEFENSE IS TO PROPERLY AND TIMELY
FILE ANY NECESSARY MOTIONS RE: AFFIDAVIT(S).
   .
THE MATTER REMAINS SET IN DEPARTMENT 30 ON SEPTEMBER 19, 2019,
AT 8:30 A.M., FOR PRELIMINARY HEARING, AS DAY 28 OF 30.
   .
THE MATTER IS ALSO SET IN DEPARTMENT 31 ON SEPTEMBER 19, 2019,
```

CASE NO. BA475856                              PAGE NO.   14
DEF NO.  01                                    DATE PRINTED 10/04/19

    FOR AN ORDER TO SHOW CAUSE HEARING RE: CONTEMPT OF COURT ORDER
    IN THE EVENT THAT THE PEOPLE ARE NOT IN COMPLIANCE WITH THE
    COURT'S ORDERS.
        .
        .
    NUNC PRO TUNC GENERATED IN ERROR
    COURT ORDERS AND FINDINGS:
      -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   09/19/19   900 AM  ORDER TO SHOW CAUSE   DIST CRIM JUSTICE CTR (LAC) DEPT 031
NEXT SCHEDULED EVENT:
   09/19/19   900 AM  FELONY ARRAIGNMENT/PLEA   DIST CRIM JUSTICE CTR (LAC) DEPT
     031

CUSTODY STATUS: REMANDED TO CUSTODY


ON 09/19/19 AT  900 AM  IN CRIM JUSTICE CTR (LAC) DEPT 031


CASE CALLED FOR ORDER TO SHOW CAUSE
PARTIES: TERESA T. SULLIVAN (JUDGE)  AYANNA WILSON  (CLERK)
                JOANNE AYOTTE     (REP)  AMANDA GAIL PLISNER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALAN J. JACKSON PRIVATE
   COUNSEL
MARGARITA ABRIL, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 300554,
   INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
   HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
   DEPUTY ATTORNEY GENERAL, DIANA CALLAGHAN ALSO APPEARS ON
     BEHALF OF THE PEOPLE.
        .
        .
     KEILA RODRIGUEZ-GRANADOS SPANISH CERTIFIED/ REGISTERED COURT
     INTEPRETER 300193, ALSO INTERPRETED FOR THE DEFENDANT ON THE
     ABOVE ENTITLED CASEE. INTERPRETER'S IDENTIFICATION BADGE HAS
     BEEN VERIFIED BUY THE COURT AND THE OATH IS ON FILE.
BAIL SET AT NO BAIL
   THE COURT IS IN RECEIPT OF MEDIA REQUESTS FROM THE FOLLOWING
   AGENCIES: LAW AND CRIME NETWORK, TMZ, TELEMUNDO NETWORK, AND
   ESTRELLA TV.
        .
   ORDERS ON MEDIA REQUEST TO PERMIT COVERAGE RECEIVED FROM THE
   FOREMENTIONED AGENCIES ARE GRANTED OVER THE OBJECTION OF THE
   DEFENDANT.
        .
   ALL PARTIES ARE HEARD AS TO THE PEOPLE'S NON COMPLIANCE WITH THE
   COURTS ORDERS RE: EVIDENCE MADE SEPTEMBER 13, 2019 AND
   SEPTEMBER 18, 2019 AS MORE FULLY REFLECTED IN THE NOTES OF THE
   COURT REPORTER.
        .
   THE COURT FINDS THAT THE PEOPLE ARE NOT IN COMPLIANCE WITH THE
   COURTS PREVIOUS ORDERS, AND THE COURT FINDS THE PEOPLE IN
   CONTEMPT OF THE PREVIOUS ORDERS RE: EVIDENCE MADE
   SEPTEMBER 13, 2019 AND SEPTEMBER 18, 2019.
        .

CASE NO. BA475856                                    PAGE NO.  15
DEF NO.  01                                          DATE PRINTED 10/04/19

    THE COURT ORDERS THE PEOPLE TO PROVIDE ALL EVIDENCE IN THEIR
    POSSESSION TO THE DEFENSE IMMEDIATELY AND NO LATER THAN
    SEPTEMBER 20, 2019.

    THE COURT ORDERS SANCTIONS IN THE AMOUNT OF $5,000.00 EACH AS
    TO DEPUTY ATTORNEY GENERAL (SBN: 258157) AND  DEPUTY ATTORNEY
    GENERAL, DIANA CALLAGHAN (SBN: 132460). SAID SANCTIONS ARE TO
    BE PAID TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS
    ANGELES PURSUANT TO SECTION 177.5 CODE OF CIVIL PROCEDURES FOR
    FAILURE TO COMPLY WITH COURT ORDERS. FAILURE TO PAY THE ORDERED
    SANCTIONS WILL RESULT IN THIS MATTER BEING FORWARDED TO THE
    COLLECTIONS DIVISION AT 111 N. HILL STREET, ROOM 422F, LOS
    ANGELES, CA 90012 FOR REFERRAL TO A PRIVATE COLLECTIONS VENDOR
    WITHOUT FURTHER NOTICE OR ORDER OF THE COURT.

    THE MATTER IS TRAILED WITHIN THE PERIOD TO SEPTEMBER 20, 2019,
    AT 8:30 A.M., IN DEPARTMENT 31 FOR PRELIMINARY HEARING, AS
    DAY 29 OF 30.

    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  09/20/19   830 AM   PRELIMINARY HEARING    DIST CRIM JUSTICE CTR (LAC) DEPT 031
DAY 29 OF 30

CUSTODY STATUS: REMANDED TO CUSTODY


ON 09/20/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 031

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: TERESA T. SULLIVAN (JUDGE)  AYANNA WILSON  (CLERK)
              JOANNE AYOTTE       (REP)  ELISABETH ANN FRATER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALAN J. JACKSON PRIVATE
  COUNSEL
URI YAVAL, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 300544, INTERPRETED
  ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE HAS BEEN
  VERIFIED BY THE COURT AND THE OATH IS ON FILE.
  DEPUTY ATTORNEY GENERALS, JAMES ROOT, PATRICIA FUSCO, AND
    NICHOLAS SCHULTZ ARE ALSO PRESENT ON BEHALF OF THE PEOPLE.


    JORGE VILLAGRA, SPANISH CERTIFIED/ REGISTERED COURT INTERPRETER
    300846, ALSO INTERPRETED FOR THE DEFENDANT ON THE ABOVE ENTITLED
    CASE. INTERPRETER'S IDENTIFICATION BADGE HAS BEEN VERIFIED BY
    THE COURT AND THE OATH IS ON FILE.
BAIL SET AT NO BAIL
  THE COURT IS IN RECEIPT OF MEDIA REQUESTS FROM THE FOLLOWING
  AGENCIES: CNN (EN ESPANOL), KVEA TELEMUNDO, AND ESTRELLA TV.

  ORDERS ON MEDIA REQUEST TO PERMIT COVERAGE RECEIVED FROM THE
  FOREMENTIONED AGENCIES ARE GRANTED OVER THE OBJECTION OF THE
  THE DEFENDANT.

  THE PEOPLE FILE A MOTION FOR RECONSIDEARTION OF SANCTIONS.
  THIS DATE.

CASE NO. BA475856                          PAGE NO.  16
DEF NO.  01                                DATE PRINTED 10/04/19

  .
ALL PARTIES ARE HEARD AS TO THE STATE OF EVIDENCE AND THE
PEOPLE'S COMPLIANCE WITH THE COURT'S ORDERS RE: EVIDENCE AS
MORE FULLY REFELCTED IN THE NOTES OF THE COURT REPORTER.
  .
THE PEOPLE'S MOTION FOR THE COURT TO RECONSIDER SANCTIONS IS
HEARD AND GRANTED.
  .
THE COURT ORDERS THE ORDERS MADE SEPTEMBER 19, 2019
RE: SANCTIONS RESCINDED THIS DATE.
  .
THE PEOPLE'S PROTECTIVE ORDER PURSUANT TO PENAL CODE
SECTION 1054.10 IS SIGNED AND FILED THIS DATE.
  .
THE PEOPLE ANNOUNCE READY FOR PRELIMINARY HEARING.
  .
THE MATTER IS TRAILED TO SEPTEMBER 23, 2019, AT 8:30 A.M., IN
DEPARTMENT 30 FOR PRELIMINARY HEARING, AS DAY 30 OF 30.

  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  09/23/19   830 AM  PRELIMINARY HEARING    DIST CRIM JUSTICE CTR (LAC) DEPT 030
DAY 30 OF 30

CUSTODY STATUS: REMANDED TO CUSTODY


ON 09/23/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: FRANCIS B. BENNETT (JUDGE)   JOSHUA ROSENFIELD  (CLERK)
                KIMBERLY DORN       (REP)  AMANDA GAIL PLISNER   (DA)
THE DEFENDANT IS PRESENT(IN LOCK UP) AND REPRESENTED BY ALAN J. JACKSON PRIVATE
  COUNSEL
BAIL SET AT NO BAIL
  THE MATTER IS SET FOR PRELIMINARY HEARING ON 09/23/19, AT 10:00
  A.M. IN DEPARTMENT 100.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

NEXT SCHEDULED EVENT:
  09/23/19  1000 AM  FURTHER PROCEEDINGS    DIST CRIM JUSTICE CTR (LAC) DEPT 500
DAY 10 OF 10

CUSTODY STATUS: DEFENDANT REMANDED


ON 09/23/19 AT 1000 AM  IN CRIM JUSTICE CTR (LAC) DEPT 500

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: SAM OHTA (JUDGE)  JESSICA CASTELLANOS  (CLERK)
                GEORGETTE RODARTE        (REP)  AMANDA GAIL PLISNER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALAN J. JACKSON PRIVATE
  COUNSEL
ALEXANDER OLSON, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 301915,
  INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
  HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
BAIL SET AT NO BAIL
  THE MATTER IS TRANSFERRED, FORTHWITH FOR PRELIMINARY HEARING

48

```
CASE NO. BA475856                          PAGE NO.   17
DEF NO.  01                                DATE PRINTED 10/04/19
```

AS WELL AS ALL OTHER PURPOSES, TO DEPARTMENT 107 AT 1:30 P.M.
NEXT SCHEDULED EVENT:
   09/23/19   130 PM   PRELIMINARY HEARING    DIST CRIM JUSTICE CTR (LAC) DEPT 507
DAY 10 OF 10

CUSTODY STATUS: REMANDED TO CUSTODY


ON 09/23/19 AT  100 PM :

   RECEIVED AND FILED THIS DATE PRIOR TO CALLING OF MATTER:
   1. DECLARATION OF ALAN JACKSON.
   2. DECLARATION OF CALEB MASON REGARDING STATUS OF THE
      PEOPLE'S COMPLIANCE WITH THE COURT'S DISCOVERY ORDER
      OF SEP. 13, 2019.

   ENTRY BY JUDICIAL ASSISTANT DAVID MARQUEZ.
PRELIM SETTING/RESETTING



ON 09/23/19 AT  130 PM  IN CRIM JUSTICE CTR (LAC) DEPT 507

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)   DAVID MARQUEZ  (CLERK)
            ROSEMARY H. ARTEAGA       (REP)  AMANDA GAIL PLISNER  (AG)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALAN J. JACKSON PRIVATE
   COUNSEL
ARIEL TORRONE, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 300288,
   INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
   HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
BAIL SET AT NO BAIL
   PRESENT ON BEHALF OF THE OFFICE THE ATTORNEY GENERAL ARE
   AMANDA PLISNER, DIANA CALLAGHAN AND PATRICIA FUSCO.

   ISSUES OF CONTINUANCE AND DISCOVERY ARE ARGUED AS MORE
   ACCURATELY REFLECTED IN THE NOTES OF THE COURT'S REPORTER.

   THE COURT FINDS THAT THE PEOPLE HAVE SUBSTANTIALLY COMPLIED

   WITH DISCOVERY.

   COURT FINDS GOOD CAUSE, OVER THE OBJECTION OF ALL DEFENDANTS,
   TO CONTINUE THIS MATTER TO SEPTEMBER 26, 2019, AT 10:00 A.M.

   THIS COURT ORDERS A TRANSCRIPT OF THE PROCEEDINGS HELD IN
   DEPARTMENT 31 ON SEPTEMBER 20, 2019.

   OFF THE RECORD: THIS COURT'S JUDICIAL ASSISTANT HAS CONFIRMED
   WITH THE JUDICIAL ASSISTANT IN DEPARTMENT 31 THAT THE BENCH
   OFFICER, HONORABLE JUDGE TERESA SULLIVAN, HAS ORDERED THAT A
   TRANSCRIPT OF THAT DATE'S PROCEEDINGS BE PRODUCED.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:

```
CASE NO. BA475856                          PAGE NO.  18
DEF NO.  01                                DATE PRINTED 10/04/19
```

UPON MOTION OF COURT
  09/26/19  1000 AM   PRELIMINARY HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 507

CUSTODY STATUS: DEFENDANT REMANDED


ON 09/23/19 AT  200 PM :

  MEDIA REQUEST TO PHOTOGRAPH, RECORD, OR BROADCAST RECEIVED FROM
  KABC TV, NEXT COURT DATE IS SEPTEMBER 26, 2019, AND FILED.

  ENTRY BY JUDICIAL ASSISTANT DAVID MARQUEZ.
PRELIMINARY HEARING


ON 09/24/19 AT  830 AM :


  MEDIA REQUEST RECEIVED FROM KABC TV ON SEPTEMBER 23, 2019 IS
  GRANTED AND ORDER IS AUTHORIZED, FAXED TO THE COURT'S MEDIA
  RELATIONS AND FILED.

  ENTRY BY JUDICIAL ASSISTANT DAVID MARQUEZ.
PRELIMINARY HEARING


ON 09/25/19 AT  830 AM :

  RECEIVED AND FILED THIS DATE:

   1. PEOPLE'S MEMORANDUM OF POINTS AND AUTHORITIES REGARDING THE
      PEOPLE'S READINESS FOR PRELIMINARY HEARING.
   2. PEOPLE'S (PROPOSED) ORDER FOR RELEASE OF PROPERTY SEIZED
      FROM DEFENDANTS GARCIA, OCAMPO, AND OAXACA PURSUANT TO
      SEARCH WARRANTS.
   3. DEFENDANT GARCIA'S NOTICE OF MOTION; MOTION TO DISMISS AND
      MOTION FOR IMMEDIATE RELEASE FROM CUSTODY; MEMORANDUM OF
      POINTS AND AUTHORITIES.

   4. MEDIA REQUEST TO PHOTOGRAPH, RECORD, OR BROADCAST FROM LAW
      AND CRIME NETWORK "BRIAN ROSS INVESTIGATES," FOR COURT DATE
      OF SEPTEMBER 26, 2019.

  ENTRY BY JUDICIAL ASSISTANT DAVID MARQUEZ.
PRELIMINARY HEARING


ON 09/26/19 AT  800 AM :

  RECEIVED AND FILED THIS DATE:

   1. DEFENDANT GARCIA'S SUPPLEMENTALAL EXHIBIT IN SUPPORT
      OF MOTION TO DISMISS: TRANSCRIPTS OF AUGUST 2, 2019
      PROCEEDINGS.
   2. DEFENDANT JACKSON'S DECLARATION OF RICHARD GREEN REGARDING
      GOVERNMENT'S LACK OF COMPLIANCE WITH SEPTEMBER 13, 2019
      COURT ORDERS.

CASE NO. BA475856                           PAGE NO.  19
DEF NO.  01                                 DATE PRINTED 10/04/19

    3. DEFENDANT OCAMPO'S NOTICE OF MOTION; MOTION TO DISMISS AND
       MOTION FOR IMMEDIATE RELEASE FROM CUSTODY; MEMORANDUM OF
       POINTS AND AUTHORITIES.
    4. MEDIA REQUEST TO PHOTOGRAPH, RECORD, OR BROADCAST FROM KVEA
       TELEMUNDO AND ESTRELLA TV FOR TODAY'S COURT DATE.
    5. MEDIA REQUEST TO PHOTOGRAPH, RECORD, OR BROADCAST FROM KNX
       FOR TODAY'S COURT DATE AT 10:03 A.M.

    MEDIA REQUEST RECEIVED FROM LAW & CRIME NETWORK "BRIAN ROSS
    INVESTIGATES" ON SEPTEMBER 25, 2019, AND FROM KVEA TELEMUNDO AND
    ESTRELLA ARE ALL GRANTED AND EACH ORDER IS AUTHORIZED, FAXED TO
    THE COURT'S MEDIA RELATIONS OFFICE AND FILED.

    ENTRY BY JUDICIAL ASSISTANT DAVID MARQUEZ.
PRELIMINARY HEARING


ON 09/26/19 AT 1000 AM  IN CRIM JUSTICE CTR (LAC) DEPT 507

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
         CHRISTINE TAYLOR    (REP)  AMANDA GAIL PLISNER  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALAN J. JACKSON PRIVATE
   COUNSEL
URI YAVAL, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 300544, INTERPRETED
   ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE HAS BEEN
   VERIFIED BY THE COURT AND THE OATH IS ON FILE.
BAIL SET AT NO BAIL
   PRESENT ON BEHALF OF THE OFFICE THE ATTORNEY GENERAL ARE
   AMANDA PLISNER AND DIANA CALLAGHAN.

   CERTIFIED/REGISTERED SPANISH LANGUAGE COURT INTERPRETERS URI
   YAVAL, #300544, AND GIOCONDA AVILES, #300539, INTERPRETED FOR
   DEFENDANT NAASON GARCIA. INTERPRETER'S BADGES HAVE BEEN VERIFIE
   BY THE COURT AND OATHS ARE ON FILE.

CAUSE CALLED TO ADDRESS THE FOLLOWING ISSUES:
   1. MOTION TO DISMISSED, AS TO ALL DEFENDANTS, IS HEARD, ARGUED

      AND DENIED.
   2. MOTION FOR AN OWN RECOGNIZANCE RELEASE, AS TO DEFENDANTS
      NAASON GARCIA AND ALONDRA OCAMPO, IS HEARD, ARGUED AND
      DENIED.
   3. THE COURT FINDS THAT ALTHOUGH DISCOVERY OCCURRED 9/20/19,
      IT IS STILL ONGOING.
   4. DEFENSE ARE REQUESTING DISCOVERY REGARDING COMPLAINING
      WITNESSES. THE PEOPLE OBJECT. ALL DEFENSE COUNSEL REQUEST
      AN IN CAMERA HEARING WITHOUT THE PEOPLE, TO EXPLAIN THEIR
      REASONING.  IN CAMERA HEARING GRANTED OVER THE PEOPLE'S
      OBJECTION.

IN CAMERA HEARING HAD ON THE RECORD.  UPON COMPLETION OF THE
IN CAMERA HEARING, THE COURT RULES THAT THE ELEMENTS OF PENAL
CODE SECTION 866 HAVE NOT BEEN ESTABLISHED AND THE WITNESS

CASE NO. BA475856                          PAGE NO.  20
DEF NO.  01                                DATE PRINTED 10/04/19

     REQUEST IS DENIED.
     IN CAMERA HEARING PROCEEDINGS ARE ORDERED SEALED.
     .
     DEFENSE COUNSEL FOR NAASON GARCIA ORALLY NOTICES THE COURT OF
     INTENT TO FILE EMERGENCY WRIT.
     .
     THE COURT ORDERS ALL PROCEEDINGS STAYED PENDING FILING AND
     RULING OF DEFENSE WRIT.
     .
     WITH THE STIPULATION OF ALL COUNSEL, CASE IS ORDERED CONTINUED
     TO NOVEMBER 7, 2019 FOR WRIT STATUS.
     .
     THE PEOPLE INFORM THE COURT THAT THEY ARE READY TO PROCEED ON
     PRELIMINARY HEARING.
     .
     COURT REPORTER CHRISTINE TAYLOR IS ORDERED TO PROVIDE THIS COURT
     WITH A TRANSCRIPT (ORIGINAL + 4 COPIES) OF TODAY'S PROCEEDINGS
     BY OCTOBER 6, 2019.


     COSTS FOR THE PRODUCTION OF ORDERED TRANSCRIPTS TO BE BORNE BY
     THE COUNTY OF LOS ANGELES.
     .
     COURT ADVISES ALL COUNSEL THAT THE DEFENDANTS WILL BE ARRAIGNED
     ON THE AMENDED COMPLAINT UPON THE REINSTATEMENT OF PROCEEDINGS.
     COURT ORDERS AND FINDINGS:
     -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  BY STIPULATION CAUSE CONTINUED TO
   11/07/19    830 AM   PRELIM SETTING/RESETTING    DIST CRIM JUSTICE CTR (LAC)
     DEPT 507

CUSTODY STATUS: DEFENDANT REMANDED


ON 09/26/19 AT   130 PM  IN CRIM JUSTICE CTR (LAC) DEPT 507

CASE CALLED FOR JUDICIAL ACTION
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
         NONE      (REP)  NONE  (DDA)

DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   UPON THE REQUEST OF THE PEOPLE, VIA TELEPHONIC CONTACT, COURT
   REPORTER ROSEMARY ARTEAGA IS ORDERED TO PROVIDE THIS COURT WITH
   A TRANSCRIPT (ORIGINAL + 4 COPIES) OF SEPTEMBER 23, 2019 COURT
   PROCEEDINGS BY SEPTEMBER 30, 2019, BY 1:30 P.M.
     .
   COSTS FOR THE PRODUCTION OF ORDERED TRANSCRIPTS TO BE BORNE BY
   THE COUNTY OF LOS ANGELES.
NEXT SCHEDULED EVENT:
PRELIM SETTING/RESETTING