Reed Aljian (State Bar No. 211010)
  ra@dallp.com
Rochelle Calderon Rotea (State Bar No. 325417)
  rochelle@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:   949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants
COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA, ALMA ELIZABETH JOAQUIN, erroneously sued as ALMA ZAMORA DE JOAQUIN, and ADORAIM JOSADAC JOAQUIN, erroneously sued as ADORAIM JOAQUIN ZAMORA

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SOCHIL MARTIN,<br><br>            Plaintiff,<br><br>      v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>            Defendants. | Case No.: 2:20−cv−01437 ODW (ASx)<br><br>**[PROPOSED] ORDER**<br><br>[Filed herewith: Notice of Motion and Motion; Memorandum of Points and Authorities; and Declarations of Reed Aljian and Alan Jackson]<br><br>Complaint Filed: February 12, 2020<br>Trial Date: None Set<br><br>District Judge: Otis D. Wright, II<br>Courtroom: 5D, 5th Floor<br><br>Magistrate Judge: Alka Sagar<br>Courtroom: 540, 5th Floor<br><br>DATE: July 13, 2020<br>TIME:  1:30 p.m.<br>CTRM: 5D |

Ethan J. Brown (SBN 218814)
 *ethan@bnsklaw.com*
Geoffrey A. Neri (SBN 258802)
 *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
Tel: (310) 593-9890
Fax: (310) 593-9980

Attorney for Defendants
JOSE HERNANDEZ,
SILVERIO CORONADO,
AURELIO ZAVALETA,
UZZIEL JOAQUIN, JONATHAN
MENDOZA, DAVID MENDOZA,
BENJAMIN JOAQUIN and
JOSE LUIS ESTRADA

DAILY ALJIAN LLP
Newport Beach, California

[PROPOSED] ORDER

The Court, upon consideration of the parties' evidence and arguments, and for good cause appearing, hereby ORDERS as follows:

Defendants COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA, ALMA ELIZABETH JOAQUIN, erroneously sued as ALMA ZAMORA DE JOAQUIN, ADORAIM JOSADAC JOAQUIN, erroneously sued as ADORAIM JOAQUÍN ZAMORA, JOSE HERNANDEZ, UZZIEL JOAQUÍN, SILVERIO CORONADO, AURELIO ZAVALETA, JOSE LUIS ESTRADA, JONATHAN MENDOZA, BENJAMIN JOAQUÍN GARCÍA, and DAVID MENDOZA's Joint Motion For Order Requiring Plaintiff to Participate in a Rule 26 Conference Is GRANTED.

Plaintiff is hereby ordered to participate in the Rule 26 Conference, with the conference to take place within seven days of execution of this Order.

**IT IS SO ORDERED:**

Dated: _____     _____

HONORABLE OTIS D. WRIGHT II