1   Reed Aljian (State Bar No. 211010)
      *ra@dallp.com*
2   Rochelle Calderon Rotea (State Bar No. 325417)
      *rochelle@dallp.com*
3   DAILY ALJIAN LLP
    100 Bayview Circle, Suite 5500
4   Newport Beach, CA  92660
    Telephone:   949.861.2524
5   Facsimile:   949.269.6364

6   Attorneys for Defendants,
    COMMUNICATION CENTER BEREA U.S.A. LLC,
7   erroneously sued as INTERNATIONAL BEREA USA,
    ALMA ELIZABETH JOAQUIN, erroneously sued as
8   ALMA ZAMORA DE JOAQUIN, and ADORAIM
    JOSADAC JOAQUIN, erroneously
9   sued as ADORAIM JOAQUIN ZAMORA

*Additional counsel on following page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>　　　　Defendants.<br>　　　　Defendants. | Case No.: 2:20−cv−01437 ODW (ASx)<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed:　February 12, 2020<br>Trial Date:　　　None Set<br><br>District Judge:　Otis D. Wright, II<br>Courtroom:　　5D, 5th Floor<br><br>Magistrate Judge:　Alka Sagar<br>Courtroom:　　540, 5th Floor<br><br>DATE: July 13, 2020<br>TIME: 1:30 p.m.<br>CTRM: 5D |

DAILY ALJIAN LLP
Newport Beach, California

Ethan J. Brown (SBN 218814)
 *ethan@bnsklaw.com*
Geoffrey A. Neri (SBN 258802)
 *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendants
JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN and JOSE LUIS ESTRADA

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:**   *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **June 10, 2020**, I caused the foregoing document(s) to be served on:

1. **DEFENDANTS' NOTICE OF JOINT MOTION AND JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE IN RULE 26 CONFERENCE**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE IN RULE 26 CONFERENCE**

3. **DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE IN RULE 26 CONFERENCE**

4. **DECLARATION OF ALAN JACKSON IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE IN RULE 26 CONFERENCE**

5. **[PROPOSED] ORDER**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]   (BY CM/ECF ELECTRONIC FILING) I caused such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **June 10, 2020**, at Newport Beach, California.

*/s/* Courtney Dorner
Courtney Dorner

# **SERVICE LIST**

Deborah S. Mallgrave
  *DMallgrave@GGTrialLaw.com*
Joshua M. Robbins
  *JRobbins@ggtriallaw.com*
GREENBERG GROSS LLP
601 South Figueroa St, 30th Floor
Los Angeles, CA 90017
Telephone: 213.334.7000
Facsimile: 213.334.7001
  *Attorneys for Plaintiff, SOCHIL MARTIN*

Michael G. Finnegan
  *Mike@AndersonAdvocates.com*
Jennifer E. Stein
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Blvd, #503
Los Angeles, CA 90049
Telephone: 310.357.2425
Facsimile: 651.297.6543
  *Attorneys for Plaintiff, SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
Michael G. Freedman
*mfreedman@werksmanjackson.com*
WERKSMAN JACKSON & QUINN LLP
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
Telephone: 213.688.0460
Facsimile: 213.624.1942
  *Attorneys for Defendant, NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Telephone: 310.593.9890
Facsimile: 310.593.9980
  *Attorneys for Defendants, JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN AND JOSE LUIS ESTRADA*