1  XAVIER BECERRA
   Attorney General of California
2  MARK T. CUMBA
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone:  (213) 269-6509
6   Fax:  (916) 731-2120
    E-mail:  Donna.Dean@doj.ca.gov
7  *Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>　　　　　　　　　　　Defendants. | 2:20-cv-01437-ODW-AS<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO INTERVENE AND TO STAY CIVIL DISCOVERY DURING PENDENCY OF CRIMINAL PROCEEDINGS**<br><br>Date:　　　　July 13, 2020<br>Time:　　　　1:30 p.m.<br>Courtroom:　5D<br><br>Judge:　　　Hon. Otis D. Wright, II<br><br>Trial Date:  Not set<br><br>Action Filed: February 12, 2020 |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that on July 13, 2020, at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 5D of the above-entitled Court, located at 350 West First Street, Los Angeles, California, 90012, the People of the State of California, pursuant to Rule 24 of the Federal Rules of Civil Procedure, will and hereby do move this Court for an Order permitting the People to intervene in this civil action. The People also move this Court for an Order staying the disclosure of witnesses pursuant to Fed. R. Civ. P. 16 and staying all discovery with respect to all parties in this action until the matter of *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA475856, is resolved by way of a judgment of conviction, acquittal, or dismissal with prejudice. This motion is brought on the grounds that there are overlapping issues of fact and law in the criminal case pending before the Los Angeles Superior Court and this civil action, and the victims and witnesses in the criminal matter – whose identities are protected by court orders – will likely be the subject of discovery in this case.

 As set forth in the accompanying memorandum of points and authorities, a stay of disclosure of witnesses and discovery in this civil action is necessary to provide safety and privacy for the victims and witnesses in the criminal matter, and to maintain the public's faith in the criminal prosecution of an alleged child molester. Allowing civil discovery to proceed would permit defendants to circumvent the rules and orders restricting discovery in the criminal matter. A stay will also accommodate judicial efficiency and allow both actions to proceed at different times without disruption or confusion being caused by the other case. In addition, the Trafficking Victims Protection and Reauthorization Act provides that "[a]ny civil action filed under this section shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." 18 U.S.C. § 1595(b)(1).

1    This motion is made following the conference of counsel pursuant to Central
2 District of California Local Rule 7-3 which took place on June 3, 2020. Dean
3 Decl., ¶¶ 2-4, Exs. 4-7. Counsel for plaintiff advised that plaintiff does not oppose
4 the motion. *Id*., ¶¶ 3 and 4, Ex. 7. The People and counsel for defendants were
5 unable to reach an agreement on the People's proposed intervention and stay of
6 discovery, thereby necessitating this motion. *Id*., ¶ 4.

7    The motion is based on this Notice of Motion and Motion, the concurrently
8 filed Memorandum of Points and Authorities, the concurrently filed Declarations of
9 Jeffrey Segal and Donna M. Dean, the file and all pleadings in this matter, any oral
10 argument, any matters upon which judicial notice may be taken, and any and all
11 other matters this court deems just and necessary.

12 Dated:  June 12, 2020                                   Respectfully submitted,

13                                                        XAVIER BECERRA
                                                          Attorney General of California
14                                                        MARK T. CUMBA
                                                          Supervising Deputy Attorney General
15

16                                                        /s/ Donna M. Dean

17                                                        DONNA M. DEAN
                                                          Deputy Attorney General
18                                                        *Attorneys for the People of the State of California*
19