IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUIN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUIN,** *an individual*, **BENJAMIN JOAQUIN GARCÍA,** *an individual*, **RAHEL JOAQUIN GARCIA,** *an individual*, **ADORAIM JOAQUIN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No. 2:20-cv-01437-ODW-AS<br><br>**[PROPOSED] ORDER GRANTING THE PEOPLE OF THE STATE OF CALIFORNIA'S MOTION TO INTERVENE AND STAY DISCOVERY**<br><br>Date:       July 13, 2020<br>Time:      1:30 p.m.<br>Courtroom: 5D<br><br>Judge:     Hon. Otis D. Wright, II<br><br>Trial Date:    Not set<br>Action Filed:  February 12, 2020 |

      The Motion of the People of the State of California to Intervene and to Stay Civil Discovery During Pendency of Criminal Proceedings came on for hearing before this Court on July 13, 2020. All parties appeared. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefor, the Court grants the People's motion and further orders as follows:

      1.    The People of the State of California are permitted to intervene in this case for the limited purpose of seeking a stay of discovery; and

      2.    Disclosure of witnesses pursuant to Fed. R. Civ. P. 16 is stayed with respect to all parties in this action until the matter of *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA475856, is resolved by way of a judgment of conviction, acquittal, or dismissal with prejudice.

      3.    All discovery in this case is stayed with respect to all parties in this action until the matter of *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA475856, is resolved by way of a judgment of conviction, acquittal, or dismissal with prejudice.

      4.    The People of the State of California shall file a notice every six months informing the Court of the status of the matter of *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA475856,

      IT IS SO ORDERED.

Dated: _____          _____

                                                              Hon. Otis D. Wright, II