
1  XAVIER BECERRA
   Attorney General of California
2  MARK T. CUMBA
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
    300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
    Telephone:  (213) 269-6509
6   Fax:  (916) 731-2120
    E-mail:  Donna.Dean@doj.ca.gov
7  *Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMÍN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>　　　　　　　　　　Defendants. | 2:20-cv-01437-ODW-AS<br><br>**DECLARATION OF JEFFREY SEGAL IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIA'S MOTION TO INTERVENE AND TO STAY CIVIL DISCOVERY DURING PENDENCY OF CRIMINAL PROCEEDINGS**<br><br>Date:　　　　July 13, 2020<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5D<br><br>Judge:　　　　Hon. Otis D. Wright, II<br><br>Trial Date: Not set<br>Action Filed: February 12, 2020 |

1

# DECLARATION OF JEFFREY SEGAL

I, Jeffrey Segal, declare as follows:

1. I am a duly appointed Deputy Attorney General and am assigned to represent the People of the State of California in the matter entitled *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA475856. The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2. On June 4, 2019, Defendant Naasón Garcia, the leader of the La Luz del Mundo (LLDM) church was charged, along with three co-defendants, with sexually assaulting and/or trafficking four Jane Does, three of whom were minors, in the matter entitled *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA475856. The Department of Justice's (DOJ) investigation revealed a lengthy pattern of Garcia's sexually predatory practices targeting minors and young women in the LLDM community with the aid of "assistants." The assistants are charged as co-defendants in the criminal case. Garcia, along with the co-defendants, is alleged to have groomed the young Jane Does, indoctrinating them and incrementally exposing them to sexualized behavior toward Garcia. Ultimately, the Jane Does were brought to Garcia by his co-conspirators, and forced to comply with his sexual demands. In addition, the young women were recruited to participate in pornographic photo shoots, the product of which were provided to Garcia for his personal enjoyment. A true and correct copy of the Second Amended Felony Complaint in Case No. BA475856 is attached hereto as Exhibit 1.

3. The criminal matter was the subject of review by the California Court of Appeal, Second District, Case No. B302119, and the Court of Appeal ruled that the superior court failed to take a proper preliminary hearing time waiver, requiring the case to be dismissed. According to the Court of Appeal docket, it appears the remittitur will issue on approximately July 8, 2020. The DOJ intends to immediately re-file the case, preventing any undue delay or change in

1 circumstances. The DOJ has been ready to proceed in the criminal case and will be
2 seeking to advance the case within the statutory time frames – 30 days for
3 preliminary hearing and, after filing the information, 60 days for trial. The DOJ
4 does not intend to seek any continuances which would further delay this civil
5 litigation and in fact will seek to move the criminal case forward as expeditiously as
6 possible.

7     4. The conduct Plaintiff describes in her civil complaint is, in significant
8 part, inextricably interwoven with the conduct alleged in the criminal complaint
9 against the defendants in Los Angeles County Superior Court. Although Sochil
10 Martin is not an alleged victim in the underlying criminal case, the incidents alleged
11 in both cases arise out of the same scheme and pattern of conduct of sexual abuse
12 against girls and young women over the same time frame by defendant Garcia.
13 Moreover, discovery in the civil case will necessarily involve most, if not all, of the
14 victims alleged in the criminal complaint. I am informed and believe that many of
15 the victims and witnesses to this conduct live with family members who are still
16 LLDM church members, live in neighborhoods along with other members, and
17 even frequent LLDM churches and other locations. I am further informed and
18 believe that throughout the criminal case these victims and witnesses have been
19 subjected to harassment and intimidation from other members that has made them
20 feel threatened and unsafe, similar to what Plaintiff describes in her complaint in
21 this case. This has also caused the prosecution to be concerned for their safety.

22     5. On August 23, 2019, the Los Angeles Superior Court granted the
23 People's motion pursuant to California Penal Code section 1054.7 to restrict the
24 identities of the victims and witnesses in the criminal case and denied the defense
25 motion to discover this information. A true and correct copy of the state court's
26 minute order pursuant to California Penal Code section 1054.7 is attached hereto as
27 Exhibit 2. A true and correct copy of the transcript of the hearing is attached hereto
28 as Exhibit 3. Also, the alleged victims in the case are identified as Jane Does in the

1   documents in the criminal matter to protect their identities pursuant to California
2   Penal Code section 293.5(a).

3       6.    As a result of the state court orders, the People are not required to
4   provide the defense in the state criminal matter with victim and witness
5   information.  See Exhibits 2 and 3.  Defendant Garcia has the same counsel in both
6   the state criminal matter and the instant civil case.  Defense counsel in the criminal
7   matter filed and lost motions to obtain information regarding the identities of the
8   victims and witnesses in the criminal matter.  The fact that defense counsel sought
9   this information in the criminal matter indicates that Garcia's counsel would likely
10  seek to obtain this information via discovery in this civil case.

11      7.    The safety of the victims and other witnesses remains at issue, and the
12  disclosure of their information in the civil case before disclosure in the criminal
13  case will subject them to continued harassment, and quite possibly physical danger.
14  The People have a compelling interest in protecting the physical safety and privacy
15  of the victims and witnesses in the criminal case.  Several individuals would likely
16  be identified through discovery in this civil matter before being identified in the
17  criminal matter, thereby allowing the defense to use the civil case to circumvent the
18  court orders in the criminal matter.  Absent intervention and a stay of discovery, the
19  People's interests cannot be adequately represented in this civil matter.  In fact, the
20  People's interests are likely to be seriously impaired absent a ruling by this Court
21  allowing the People to intervene and stay discovery and disclosure of witnesses in
22  this action.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

8. I am informed and believe that, to date, discovery in this matter has not commenced, but that answers by the defendants have been filed or will be filed in the near future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2020, at Los Angeles, California.

*/s/ Jeffrey Segal*
Jeffrey Segal
Deputy Attorney General