# EXHIBIT "2"

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 09/26/19

---

CASE NO. BA475856

THE PEOPLE OF THE STATE OF CALIFORNIA
                    VS.
DEFENDANT 01:  NAASON JOAQUIN GARCIA

---

NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER

IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE TO
REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.

```
BAIL: APPEARANCE   AMOUNT     DATE      RECEIPT OR   SURETY COMPANY    REGISTER
      DATE         OF BAIL    POSTED    BOND NO.                       NUMBER
```

CASE FILED ON 06/04/19.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/01/17 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 288(C)(1) PC FEL
COUNT 02: 182(A)(1) PC FEL
COUNT 05: 261(A)(2) PC FEL
COUNT 06: 261.5(C) PC FEL
COUNT 07: 287(C)(2)(C) PC FEL
COUNT 08: 287(B)(1) PC FEL
COUNT 09: 287(C)(2)(C) PC FEL

COUNT 10: 287(B)(1) PC FEL
COUNT 11: 182(A)(1) PC FEL
COUNT 22: 261(A)(2) PC FEL
COUNT 23: 287(C)(2)(A) PC FEL
COUNT 24: 261(A)(2) PC FEL
COUNT 25: 287(C)(2)(A) PC FEL
COUNT 26: 518 PC FEL
COUNT 27: 311.11(A) PC FEL
COUNT 28: 311.11(A) PC FEL
COUNT 29: 311.11(A) PC FEL


ON 08/23/19 AT  130 PM  IN CRIM JUSTICE CTR (LAC) DEPT 532

CASE CALLED FOR MOTION

PARTIES: DAVID V. HERRIFORD (JUDGE)   DERRICK CALLICOATTE  (CLERK)
         ANNETTE BLANCO        (REP)  AMANDA GAIL PLISNER  (AG)

                                            MOTION
                    PAGE NO.   1            HEARING DATE: 08/23/19

```
CASE NO. BA475856
DEF NO.  01                                          DATE PRINTED 09/26/19
```

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH ROSENFELD PRIVATE COUNSEL

RODOLFO MARTINEZ, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 300970, INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.

-BKG 5648267 /DAG:AMANDA PLISNER & DIANA CALLAHAN
THE MATTER IS RECEIVED FROM DEPT. 30 FOR HEARING ON DEFENSE MOTION TO COMPEL DISCOVERY UNDER PENAL CODE SECTION 1054.7
.
CO-COUNSEL, ALLEN SAWYER IS PRESENT AT COUNSEL TABLE. THE

DEFENDANT IS USING THE SERVICES OF SPANISH LANGUAGE INTERPRETERS SILVIA VICO AND RODOLFO MARTINEZ.
.
THE COURT HAS READ AND CONSIDERED MOVING, OPPOSITION AND REPLY PAPERS AS WELL AS SUPPLEMENTAL PAPERS.
.
THE COURT HEARS FROM THE PARTIES ON THE ISSUES.
.
THE COURT CONDUCTS AN IN-CAMERA REVIEW OF MATERIALS WITH DAG CUSTODIAN OF RECORDS.
.
AFTER REVIEW, THE COURT RULES THAT THE PEOPLE DO NOT NEED TO DISCLOSE THE NAMES AND ADDRESSES OF WITNESSES.
.
THE COURT FURTHER RULES THAT THE ATTORNEY GENERAL IS TO PROVIDE DEFENSE COUNSEL DISCOVERY DISCLOSING WHICH "JANE DOE" WITNESS WAS TESTIFIED ABOUT AT THE BAIL HEARING. THAT DISCOVERY TO BE PROVIDED ON OR BEFORE AUGUST 30, 2019
.
FURTHER, THE COURT RULES THE PEOPLE SHALL DISCLOSE WHICH "JANE DOE" WITNESS MADE WHAT PARTICULAR STATEMENTS. THAT DISCOVERY TO

BE PROVIDED TO DEFENSE BY SEPTEMBER 6, 2019
.
DEFENDANT'S REQUEST FOR SANCTIONS IS DENIED.
.
DEFENDANT'S REQUEST FOR APPOINTMENT OF A SPECIAL MASTER IS DENIED.
.
THE MATTER HAS BEEN PREVIOUSLY SET FOR PRELIMINARY HEARING. PARTIES ARE ORDERED TO APPEAR.
.
DEFENDANT IS REMANDED, BAIL REMAIN AT NO BAIL.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

NEXT SCHEDULED EVENT:
PRELIMINARY HEARING

```
                                              MOTION
              PAGE NO.   2                    HEARING DATE: 08/23/19
```

CASE NO. BA475856
DEF NO. 01

DATE PRINTED 09/26/19

PAGE NO.   3

MOTION
HEARING DATE: 08/23/19