1  XAVIER BECERRA
   Attorney General of California
2  MARK T. CUMBA
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6509
6    Fax:  (916) 731-2120
     E-mail:  Donna.Dean@doj.ca.gov
7  *Attorneys for the People of the State of California*

8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| **SOCHIL MARTIN,** <br><br> Plaintiff, <br><br> v. <br><br> **LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCIA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUIN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUIN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUIN GARCIA,** *an individual*, **ADORAIM JOAQUIN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,** <br><br> Defendants. | 2:20-cv-01437-ODW-AS <br><br> **DECLARATION OF DONNA M. DEAN IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIA'S MOTION TO INTERVENE AND TO STAY CIVIL DISCOVERY DURING PENDENCY OF CRIMINAL PROCEEDINGS** <br><br> Date:           July 13, 2020 <br> Time:          1:30 p.m. <br> Courtroom:  5D <br><br> Judge:         Hon. Otis D. Wright, II <br><br> Trial Date: Not set <br> Action Filed: February 12, 2020 |

1

# **DECLARATION OF DONNA M. DEAN**

I, Donna M. Dean, declare as follows:

1. I am a duly appointed Deputy Attorney General and am assigned to represent the People of the State of California in the above-entitled action. The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2. On May 27, 2020, I sent a letter to all counsel in this case via email requesting to schedule a telephonic meet and confer discussion pursuant to Central District Local Rule 7-3 no later than June 2, 2020. A true and correct copy of my letter dated May 27, 2020, is attached hereto as Exhibit 4. At the request of Reed Aljian, counsel for some of the defendants, I sent a more detailed letter on May 29, 2020. A true and correct copy of my letter dated May 29, 2020, is attached hereto as Exhibit 5. Again at Mr. Aljian's request, I sent additional information regarding the People's proposed motion on June 2, 2020. A true and correct copy of my email message dated June 2, 2020, is attached hereto as Exhibit 6.

3. On May 29, 2020, I received an email message from Deborah Mallgrave, counsel for plaintiff, stating, among other things, that she did not believe there was a basis for plaintiff to oppose the People's motion to intervene and stay discovery in this action. Attached hereto as Exhibit 7 is a true and correct copy of Ms. Mallgrave's email message dated May 29, 2020.

4. On June 3, 2020, counsel for all parties met and conferred via telephone to discuss the People's proposed motion to intervene and stay discovery. The attendees included, among others: Joshua Robbins and Deborah Mallgrave on behalf of the plaintiff; Alan Jackson, Caleb Mason, Geoff Neri, and Reed Aljian on behalf of various defendants; and Supervising Deputy Attorney General Mark Cumba and me on behalf of the People. During the conference, counsel for plaintiff confirmed that plaintiff will not oppose the motion. Counsel for

defendants would not agree to stipulate to intervention by the People or the requested discovery stay. In addition, counsel for defendants stated that defendants intend to begin discovery as soon as possible and, in so doing, would not agree to refrain from seeking discovery of information regarding the identities of the victims and witnesses in the criminal case. Rather, defense counsel's discussion focused primarily on collateral issues such as demands for information regarding communications between the Office of the Attorney General and counsel for the plaintiff. In addition, counsel for defendants sought my input regarding our office's position with respect to Defendant Garcia's response to the civil complaint and waiver of his Fifth Amendment rights, to which I responded that I am not part of the prosecutorial team and, as such, could not take a position on the issue. I advised defense counsel to contact the prosecutorial team with respect to matters in the criminal case. Accordingly, the parties were not able to reach a resolution of any of the issues presented in the People's motion.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on June 12, 2020, at Los Angeles, California.

/s/ Donna M. Dean
DONNA M. DEAN