# EXHIBIT "6"

| | |
|---|---|
| **From:** | Donna Dean |
| **To:** | "Reed Aljian" |
| **Cc:** | Geoff Neri; Jennifer@andersonadvocates.com; Mike@andersonadvocates.com; Jrobbins@ggtriallaw.com; Deborah Mallgrave; Ethan Brown; Caleb Mason; Alan Jackson; Rochelle Rotea; Courtney Dorner; Kenia Galeana |
| **Bcc:** | Mark Cumba |
| **Subject:** | RE: Sochil Martin v. La Luz Del Mundo, et. al., C.D. Cal. Case No. 2:20-cv-01437 |
| **Date:** | Tuesday, June 2, 2020 1:01:00 PM |
| **Attachments:** | Second Amended Felony Complaint.pdf<br>Minute Order.pdf |

Dear Mr. Ajian:

The documents that will be relied on in support of the motion are the civil complaint in the above-referenced case, the attached Second Amended Felony Complaint, and the attached Minute Order.

Sincerely,

Donna M. Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6509
E-Mail: Donna.Dean@doj.ca.gov

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Monday, June 1, 2020 7:45 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Jennifer@andersonadvocates.com; Mike@andersonadvocates.com; Jrobbins@ggtriallaw.com; Deborah Mallgrave <Dmallgrave@ggtriallaw.com>; Ethan Brown <ethan@bnsklaw.com>; Caleb Mason <Cmason@werksmanjackson.com>; Alan Jackson <ajackson@werksmanjackson.com>; Rochelle Rotea <Rochelle@dallp.com>; Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>
**Subject:** Re: Sochil Martin v. La Luz Del Mundo, et. al., C.D. Cal. Case No. 2:20-cv-01437

Ms. Dean,

After 3 is best for me. However, in order to better understand the basis of the motion and meet and confer in good faith, please kindly send me the documents that will be relied upon to support the motion. The documents will presumably be filed with the Court if a motion is filed, so it is unclear why the information is being withheld.

In addition, please kindly copy Rochelle, Courtney, and Kenia on all correspondence. I have included them on this email.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)

310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

On Jun 1, 2020, at 1:33 PM, Donna Dean <Donna.Dean@doj.ca.gov> wrote:

Counsel,

I am available on Wednesday, June 3, between 10:00 a.m. and 12:00 p.m., between 1:00 p.m. and 2:00 p.m., or after 3:00 p.m.

Please let me know your availability, and I will set up a conference bridge.

Thank you,

Donna M. Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6509
E-Mail: Donna.Dean@doj.ca.gov


**From:** Reed Aljian <ra@dallp.com>
**Sent:** Saturday, May 30, 2020 2:47 PM
**To:** Geoff Neri <geoff@bnsklaw.com>
**Cc:** Donna Dean <Donna.Dean@doj.ca.gov>; Jennifer@andersonadvocates.com; Mike@andersonadvocates.com; Jrobbins@ggtriallaw.com; Deborah Mallgrave <Dmallgrave@ggtriallaw.com>; Ethan Brown <ethan@bnsklaw.com>; Caleb Mason <Cmason@werksmanjackson.com>; Alan Jackson <ajackson@werksmanjackson.com>
**Subject:** Re: Sochil Martin v. La Luz Del Mundo, et. al., C.D. Cal. Case No. 2:20-cv-01437

Counsel,

I can make myself available for the call. However, at present, my clients' position is that Ms. Dean has failed to provide sufficient information for the matter to be discussed in good faith and, indeed, that she is seeking the conference as a mere pro forma discussion, in violation of Rule 8 of the Civility and Professionalism Guidelines for the US District Court, Central District of California. I have requested specific information to better understand and discuss the merits of the threatened motion and my requests were largely denied. At present, not only is the motion without merit, but she has failed to satisfy her statutory obligations to even permit the filing of the threatened motion.

Reed Aljian

DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

On May 30, 2020, at 11:50 AM, Geoff Neri <geoff@bnsklaw.com> wrote:

Dear counsel,

I am available anytime this Wednesday or Thursday for the requested Local Rule 7-3 conference. I assume there is no objection to conducting this conference telephonically rather than in-person, as encouraged by the local rules. If so, please send call-in information once a convenient time for all counsel has been arranged.

Best regards,

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980
Email: geoff@bnsklaw.com

<image001.png>


**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Friday, May 29, 2020 6:04 PM
**To:** 'Jennifer@andersonadvocates.com' <Jennifer@andersonadvocates.com>; 'Mike@andersonadvocates.com' <Mike@andersonadvocates.com>; 'Jrobbins@ggtriallaw.com' <Jrobbins@ggtriallaw.com>; 'Dmallgrave@ggtriallaw.com' <Dmallgrave@ggtriallaw.com>; Ethan Brown <ethan@bnsklaw.com>; Geoff Neri <geoff@bnsklaw.com>; 'Ra@dallp.com' <Ra@dallp.com>; 'Cmason@werksmanjackson.com' <Cmason@werksmanjackson.com>; ajackson@werksmanjackson.com
**Subject:** Sochil Martin v. La Luz Del Mundo, et. al., C.D. Cal. Case No. 2:20-cv-01437

Counsel,

Please see the attached letter dated May 29, 2020.

Donna M. Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General

300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6509
E-Mail: Donna.Dean@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.