| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Deborah S. Mallgrave (#198603)<br>GREENBERG GROSS, LLP<br>650 TOWN CENTER DRIVE SUITE 1750<br>COSTA MESA , CA 92626<br>  *Telephone No:*  (949) 383-2800<br><br>  *Attorney For:*  Plaintiff         *Ref. No. or File No.:*  10221.0002 | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court for the Central District of California

  *Plaintiff:*  SOCHIL MARTIN
  *Defendant:*  LA LUZ DEL MUNDO, ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-01437-ODW-AS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program

3. a.  Party served:      LA LUZ DEL MUNDO
   b.  Person served:    "John Doe", Person in Charge (Hispanic , Male , Age: 55 , Hair: Black , Eyes: Brown , Height: 5'10" , Weight: 200), Iglesia Del Dios Vivo Columna Y Apoyo De La Verdad on Behalf of La Luz Del Mundo/Served under F.R.C.P. Rule 4.

4. Address where the party was served:    112 N Arizona Ave, Los Angeles, CA 90022

5. I served the party:
   a. **by substituted service.**   On: Tue, May 12 2020 at: 02:46 PM by leaving the copies with or in the presence of: "John Doe", Person in Charge (Hispanic , Male , Age: 55 , Hair: Black , Eyes: Brown , Height: 5'10" , Weight: 200), Iglesia Del Dios Vivo Columna Y Apoyo De La Verdad on Behalf of La Luz Del Mundo/Served under F.R.C.P. Rule 4. .

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

*4530690*
*(11544266)*
Page 1 of 2

| Attorney or Party without Attorney:<br>Deborah S. Mallgrave (#198603)<br>GREENBERG GROSS, LLP<br>650 TOWN CENTER DRIVE SUITE 1750<br>COSTA MESA , CA 92626<br>   Telephone No: (949) 383-2800<br>   Attorney For: Plaintiff | | Ref. No. or File No.:<br>10221.0002 | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Central District of California | | | |
| Plaintiff: SOCHIL MARTIN<br>Defendant: LA LUZ DEL MUNDO, ET AL. | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-01437-ODW-AS |

6. **Person Who Served Papers:**
   a. Henry Flores (2013126339, Los Angeles )
   b. **FIRST LEGAL**
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $264.46
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/13/2020
(Date)                              (Signature)



PROOF OF SERVICE

4530690
(11544266)
Page 2 of 2

| Attorney or Party without Attorney: <br> Deborah S. Mallgrave (#198603) <br> GREENBERG GROSS, LLP <br> 650 TOWN CENTER DRIVE SUITE 1750 <br> COSTA MESA , CA 92626 <br> *Telephone No:* (949) 383-2800 <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> 10221.0002 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court for the Central District of California | | |
| *Plaintiff:* SOCHIL MARTIN <br> *Defendant:* LA LUZ DEL MUNDO, ET AL. | | |

| **PROOF OF SERVICE** <br> By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 2:20-cv-01437-ODW-AS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, May 13, 2020
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: LA LUZ DEL MUNDO
                            112 N Arizona Ave, Los Angeles, CA 90022

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, May 13, 2020 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. DAVID LEDESMA (2891, Orange County)
   b. FIRST LEGAL
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

05/13/2020                                    *David Ledesma*
(Date)                                        (Signature)