| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Deborah S. Mallgrave (#198603)<br>GREENBERG GROSS, LLP<br>650 TOWN CENTER DRIVE SUITE 1750<br>COSTA MESA , CA 92626<br>*Telephone No:* (949) 383-2800<br><br>*Attorney For:* Plaintiff | *For Court Use Only* |

| | |
|---|---|
| *Ref. No. or File No.:*<br>10221.0002 | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court for the Central District of California

*Plaintiff:* SOCHIL MARTIN
*Defendant:* LA LUZ DEL MUNDO, ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:20-cv-01437-ODW-AS |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program

3.   *a.*  *Party served:*    LA LUZ DEL MUNDO
    *b.*  *Person served:*  "John Doe", Person in Charge (Hispanic , Male , Age: 55 , Hair: Black , Eyes: Brown , Height: 5'10" , Weight: 200), Iglesia Del Dios Vivo Columna Y Apoyo De La Verdad on Behalf of La Luz Del Mundo/Served under F.R.C.P. Rule 4.

4. *Address where the party was served:*  112 N Arizona Ave, Los Angeles, CA 90022

5. *I served the party:*
    a. **by substituted service.**    On: Tue, May 12 2020 at: 02:46 PM by leaving the copies with or in the presence of:
    "John Doe", Person in Charge (Hispanic , Male , Age: 55 , Hair: Black , Eyes: Brown , Height: 5'10" , Weight: 200), Iglesia Del Dios Vivo Columna Y Apoyo De La Verdad on Behalf of La Luz Del Mundo/Served under F.R.C.P. Rule 4. .

    (1)  [   ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
    (2)  [ X ]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (3)  [ X ]  **(Declaration of Mailing)** is attached.
    (4)  [   ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Deborah S. Mallgrave (#198603)<br>GREENBERG GROSS, LLP<br>650 TOWN CENTER DRIVE SUITE 1750<br>COSTA MESA , CA 92626<br>_Telephone No:_ (949) 383-2800 | | |
| _Attorney For:_ Plaintiff | _Ref. No. or File No.:_<br>10221.0002 | |

| _Insert name of Court, and Judicial District and Branch Court:_<br>United States District Court for the Central District of California |
|---|
| _Plaintiff:_ SOCHIL MARTIN<br>_Defendant:_ LA LUZ DEL MUNDO, ET AL. |

| **PROOF OF SERVICE** | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>2:20-cv-01437-ODW-AS |
|---|---|---|---|---|

6. *Person Who Served Papers:*
   a. Henry Flores (2013126339, Los Angeles )     **d.** *The Fee* for Service was: $264.46
   **b. FIRST LEGAL**                        **e.** I am: A Registered California Process Server
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                         05/13/2020
                          *(Date)*                                          *(Signature)*



| Attorney or Party without Attorney:<br>Deborah S. Mallgrave (#198603)<br>GREENBERG GROSS, LLP<br>650 TOWN CENTER DRIVE SUITE 1750<br>COSTA MESA , CA 92626<br>*Telephone No:*  (949) 383-2800<br><br>*Attorney For:*  Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:*<br>10221.0002 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Central District of California | | |
| *Plaintiff:*  SOCHIL MARTIN<br>*Defendant:*  LA LUZ DEL MUNDO, ET AL. | | |

| PROOF OF SERVICE<br>By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:20-cv-01437-ODW-AS |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Wed, May 13, 2020
    b. Place of Mailing: SANTA ANA, CA 92701
    c. Addressed as follows: LA LUZ DEL MUNDO
        112 N Arizona Ave, Los Angeles, CA 90022

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, May 13, 2020 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
    a. DAVID LEDESMA (2891, Orange County)
    **b. FIRST LEGAL**
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
    c. (714) 541-1110

    d. *The Fee for Service was:*
    e. I am: Not a Registered California Process Server

6.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| 05/13/2020 | *David Ledesma* |
|---|---|
| *(Date)* | *(Signature)* |

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | *4530690*<br>*(11544266)* |
|---|---|---|