# EXHIBIT A

## Jenira Velez

| | |
|---|---|
| **From:** | Vanessa <Vanessa@asaplegal.com> |
| **Sent:** | Wednesday, February 26, 2020 3:18 PM |
| **To:** | Jenira Velez |
| **Cc:** | Desiree N. Murray |
| **Subject:** | [EXT] RE: 31273718 LA LUZ DEL MUNDO DBA LGLESIA DEL /EL CONSEJO DE OBISPOS, AN UNINCORPO |

Good afternoon,

Server returned to the new address, business is still closed

2.26 @ 1511 (2930 W. VALLEY BLVD) BUSINESS IS CLOSED AND LOCKED- SERVER CALLED THE NUMBER AGAIN, NO ANSWER NO ACTIVITY

*THANK YOU!*

Vanessa Padilla
Process Department
*ASAP* LEGAL, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
T 714.543.5100
Email: vanessa@asaplegal.com



**From:** Vanessa
**Sent:** Monday, February 24, 2020 11:19 AM

1

**To:** 'Jenira Velez' <JVelez@GGTrialLaw.com>
**Subject:** RE: 31273718 LA LUZ DEL MUNDO DBA LGLESIA DEL /EL CONSEJO DE OBISPOS, AN UNINCORPO

NEW ADDRESS 2930 W. VALLEY BLVD
2.24 @ 1110AM- (2930 W. VALLEY BLVD) BUSINESS IS CLOSED AND LOCKED- HOURS ARE
POSTED MON/WED/THU/FRI 10-530PM TUES/SAT/SUN-CLOSED- SERVER CALLED NUMBER
ON BUILDING NO ANSWER
**\*\* WE WILL RETURN TWICE MORE**

*THANK YOU!*

Vanessa Padilla
Process Department
*ASAP* LEGAL, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
T 714.543.5100
Email: vanessa@asaplegal.com



---

**From:** Vanessa
**Sent:** Monday, February 24, 2020 9:04 AM
**To:** Jenira Velez <JVelez@GGTrialLaw.com>
**Subject:** 31273718 LA LUZ DEL MUNDO DBA LGLESIA DEL /EL CONSEJO DE OBISPOS, AN UNINCORPO

Control Number: 31273718
Reference: MATIN V LA LUZ DEL
Service Type: SPLPRSS
Case Number: 2:20-CV-01437
Case Name: MARTIN V LA LUZ DEL
Documents: S&C

      ALT ADDRESS
      2930 W. VALLEY BLVD
      ALHAMBRA CA 91803

2.22 @ 1255 GIVEN ADDRESS HAS A CHURCH AND A HOME
     LOCATED ON THIS PROPERTY, CHURCH WAS CLOSED AND LOCKED
     NO ANSWER AT THE DOOR AT THE HOME -NO SIGN OF ANYONE
     BEING HOME
2.23 @ 0802AM- CHURCH REMAINS CLOSED AND LOCKED, NO
     ANSWER AT THE DOOR OF THE RESIDENCE
 2.23 @ 1525 CHURCH REMAINS CLOSED - NO SIGN OF ANYONE
     AROUND
     ** PER YELP- THIS CHURCH IS CLOSED DOWN

*** DID YOU want us to attempt the second address in Alhambra?

**THANK YOU!**

Vanessa Padilla
Process Department
*ASAP* LEGAL, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
T 714.543.5100
Email: vanessa@asaplegal.com

