# EXHIBIT C

https://lancasteronline.com/features/faith_values/the-light-of-the-world-church-celebrates-its-annual-communion/article_f184af2c-1347-11e8-9087-47c22a38419a.html

# The Light of the World Church celebrates its annual Communion

JOAN KERN | LNP CORRESPONDENT

Feb 17, 2018



Photograph shows a crowd estimated at 100,000, who attended the recent La Luz del Mundo (The Light of the World Church) gathering at the Glen Helen Amphitheater, in San Bernardino, California.

PHOTOGRAPH COURTESY OF CESIA MINEMANN

Some churches celebrate Holy Communion once a week or once a month. La Luz del Mundo (The Light of the World Church) celebrates Holy Supper just once a year.

And until this year, the entire denomination celebrated together, in Guadalajara, Mexico. But the church has "grown exponentially," says spokeswoman Cesia Minemann.

So this year, for the first time, members from all 50 states, along with delegates from Europe, Asia and Australia, met last Saturday through Wednesday in the Glen Helen Amphitheatre in San Bernardino, California, where the Apostle of Jesus Christ Naason Joaquin Garcia led more than 100,000 church delegates in the closing ceremony of the Last Supper.

"It's very profound and solemn," said Minemann, "representing peace and fraternal love. Through it, we recognize that the church is the body of Christ. ... It teaches us we need to love one another."

Minemann is an attorney who serves as an in-house council for the church, with the full name of Iglesia del Dios Vivo, Columna Y Apoyo de la Verdad, La Luz del Mundo (Church of the Living God, Column and Ground of the Truth, The Light of the World).

Her husband, the Rev. Josue Jovel, served as missionary leader of Light of the World in Lancaster from 2012 to 2015. Since then, they have resided in Utah, where he leads Light of the World in Ogden.

The Rev. Ruben Thavez now leads the Lancaster congregation and also was in California for the Holy Convocation. Last year, about 400,000 worshipped in Mexico, Minemann said.

"It's something really amazing," said Minemann. "It's a beautiful convergence of many different cultures, of meeting people who don't speak Spanish. It represents the love of your neighbor. It's a meeting in harmony, happiness and excitement."

## More Headlines

- Phish returns to Hershey for the first time in a decade for two shows; here's how to get tickets
- Wacker Brewing Company to move taproom from Lancaster city to Willow Street
- SPOTLIGHT PA Pennsylvania House Speaker Mike Turzai will not seek reelection
- THE CAUCUS Gov. Tom Wolf, state top elected officials vow transparency with campaign spending; push for tighter restrictions
- Pa. town mourns death of Mr. Peanut, national icon with regional roots
- Here's how many people in Lancaster County had medical debt retired from LCBC contributions
- Stedman submits bill for lawsuit against commissioners, teeing up new legal battle
- F&M's Connor Whitacre, D3soccer.com's Defender of the Year, reflects on college career
- Meet the 13 dogs from Pennsylvania starring in Puppy Bowl 2020 [photos]
- Pa. Auto Show opens today and runs through Sunday at the Pa. Farm Show Complex
- Backed by a trio of Lancaster County goaltenders, National Team tops American Team in CPIHL All-Star Game