# EXHIBIT E

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature<br>X ☐ Agent ☐ Addressee |
| La Luz Del Mundo c/o<br>Cesia Keren Minemann<br>4726 NE 106th Ave NB<br>Portland, OR 97220-2501 | B. Received by (Printed Name) \| C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 4325 8190 8550 99

| 3. Service Type | ☐ Priority Mail Express® |
|---|---|
| ☐ Adult Signature | ☐ Registered Mail™ |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail Restricted Delivery |
| ☒ Certified Mail® | |
| ☐ Certified Mail Restricted Delivery | ☒ Return Receipt for Merchandise |
| ☐ Collect on Delivery | |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Insured Mail | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)

7018 2290 0000 0397 0990

PS Form 3811, July 2015 PSN 7530-02-000-9053                 Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4325 8190 8550 99

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**GREENBERG GROSS LLP**

650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626

10221.0001