# EXHIBIT H

**Jenira Velez**

| | |
|---|---|
| **From:** | Nationwide Legal - OC Process <ocprocess@nationwidelegal.com> |
| **Sent:** | Monday, May 11, 2020 3:45 PM |
| **To:** | Desiree N. Murray |
| **Cc:** | Judie Bristow |
| **Subject:** | [EXT] RE: Inquiry re Service in LA County Jail |

Hello Desiree,

Here's what I found from their website:

## https://app5.lasd.org/iic/details.cfm

Booking No.: **5648267**     Last Name: **JOAQUIN**     First Name: **NAASSON**     Middle Name: **GARCIA**

Sex: **M**     Race: **H**     Date Of Birth: **05/07/1969**     Age: **50**     Hair: **BLK**     Eyes: **BRO**     Height: **510**     Weight: **220**

Charge Level: **F   (Felony)**

| ARREST |
|---|
| Arrest Date: **06/03/2019**     Arrest Time: **1940**     Arrest Agency: **1943**     Agency Description: **LOS ANGELES AIRPORT PD** |
| Date Booked: **06/03/2019**     Time Booked: **2104**     Booking Location: **4214**     Location Description: **LAPD - PACIFIC** |

| BAIL |
|---|
| Total Bail Amount: **NO BAIL**     Total Hold Bail Amount: **0.00**     Grand Total: **NO BAIL** |

| HOUSING LOCATION |
|---|
| Housing Location: **CJ** |
| Permanent Housing Assigned Date: **01/18/2020**     Assigned Time: **1926** |
| Facility: **MEN'S CENTRAL JAIL**<br>Address: **441 BAUCHET STREET**     City: **LOS ANGELES** |
| **Facility Visiting Information          Schedule A Visit** |
| *For County facility visiting hours, Please call (213) 473-6100 at Inmate Information Center.* |

| COURT |
|---|
| Next Court Code: **S107**     Next Court Date: **06/08/2020**     Next Court Time: **0800**     Next Court Case: **BA475856RM** |

| Court Name: **L A SUPERIOR COURT DEPT 107** |
|---|
| Court Address: **210 W. TEMPLE STREET**     Court City: **LOS ANGELESUPT** |

| RELEASE |
|---|
| No information on Release Date. |

| CASE INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case No. | Court Name | Court Address | Court City | Bail Amt. | Fine Amt. | Court Date | Sent. Date | Sent. Day(s) | Disp Code |
| BA******** | | | | 0 | .00 | 06/08/2020 | | 0 | |
| BA******** | | | | NO BAIL | .00 | 06/08/2020 | | 0 | |
| Click on specific Case No. for detailed information. | | | | | | | | | |

https://visit.lasd.org/app

**Welcome to the Los Angeles County Sheriff's Department Inmate Visitation Scheduling System.**  As we work together through this **COVID-19** pandemic, it is important to know we are doing everything we can to ensure the health and welfare of all those who live, work, and visit the County jails and patrol stations.

At the recommendation of the Los Angeles County Correctional Health Services, and as part of the County's COVID-19 mandates, **ALL public visits at our jail facilities will be suspended until further notice.** Attorney and professional visits will be allowed during select business hours during this period.  The patrol stations' jails remain normal operation at this time.

As this Department values visitation as an essential part of rehabilitation, we will remain committed to providing public visiting alternatives once these unique circumstances allow for in the nearby future.  For the latest COVID-19 information updates, please click here: COVID-19 VisitingInfo

213-473-6100 – referred to another number

213-972-3930 Sheriff's Civil Management Office
8:30a-4:30p  Mon-Fri
Civil.lasd.org

Per female at 213-972-3930 the Sheriffs  are only serving Restraining Orders (Emergency) at this time due to COVID.  S&C is not an emergency.

No one is allowed and they do not know when they will be open.

Sorry I wished I could've given you better info 🙁

**Thank You,**

**Sheri N.**
Process Supervisor – Orange County

NATIONWIDE LEGAL

200 W. Santa Ana Blvd. | Suite 300 | Santa Ana | CA | 92701
T (714) 558-8769 | F (714) 558-2401
ocprocess@nationwidelegal.com

---

**From:** Desiree N. Murray <DMurray@GGTrialLaw.com>
**Sent:** Monday, May 11, 2020 3:25 PM
**To:** Nationwide Legal - OC Process <ocprocess@nationwidelegal.com>
**Subject:** RE: Inquiry re Service in LA County Jail

Thank you!

---

**From:** Nationwide Legal - OC Process <ocprocess@nationwidelegal.com>
**Sent:** Monday, May 11, 2020 3:25 PM
**To:** Desiree N. Murray <DMurray@GGTrialLaw.com>
**Subject:** [EXT] RE: Inquiry re Service in LA County Jail

Hello Desiree,

Let me see what I can find out 😊

**Thank You,**

**Sheri N.**
Process Supervisor – Orange County

NATIONWIDE LEGAL

200 W. Santa Ana Blvd. | Suite 300 | Santa Ana | CA | 92701
T (714) 558-8769 | F (714) 558-2401
ocprocess@nationwidelegal.com

---

**From:** Desiree N. Murray <DMurray@GGTrialLaw.com>
**Sent:** Monday, May 11, 2020 3:12 PM
**To:** Nationwide Legal - OC Process <ocprocess@nationwidelegal.com>
**Subject:** Inquiry re Service in LA County Jail

Hi Sheri,

3

Thank you so much for speaking with me today.  We are looking to serve  Naason Garcia Joaquin, who is currently in, Men's Central Jail in LA (booking number:  5648267).  He is being served on behalf of our defendant La Luz Del Mundo, with the same documents we served Rahel.  Please let me know what information you can obtain on properly serving him. Thank you!

**Desiree N. Murray**
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2775 | Fax 949.383.2801
DMurray@GGTrialLaw.com | www.GGTrialLaw.com



This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.