# EXHIBIT 1

XAVIER BECERRA
Attorney General of California
JAMES ROOT
Senior Assistant Attorney General
PATRICIA FUSCO
Supervising Deputy Attorney General
AMANDA G. PLISNER (SBN 258157)
DIANA CALLAGHAN (SBN 132460)
NICHOLAS SCHULTZ (SBN 302151)
Deputy Attorneys General
 California Department of Justice
 300 South Spring Street, Suite 1702
 Los Angeles, California 90013
 Telephone: (213) 269-6000
 Facsimile: (916) 731-2122
 E-mail: Amanda.Plisner@doj.ca.gov
*Attorneys for People of the State of California*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 23 2019

Sherri R. Carter, Executive Officer/Clerk of Court

By: Ayanna Wilson, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,** | Case No.  BA475856 |
| *Plaintiff,* | **SECOND AMENDED FELONY COMPLAINT** |
| v. | |
| **NAASON JOAQUIN GARCIA (05/07/1959),** | Action Filed:  June 4, 2019 |
| **ALONDRA MARGARITA OCAMPO (02/07/1983),** | |
| **AZALIA RANGEL GARCIA AKA: AZALEA RANGEL MELENDEZ (08/13/1978),** | |
| **SUSANA MEDINA OAXACA (11/08/1994),** | |
| *Defendants.* | |

THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA accuses the above-named defendants of the following crimes, which are connected to one another in their commission:

1

**COUNT ONE**

On or between August 1, 2017 and February 1, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of LEWD ACT UPON A CHILD, a violation of PENAL CODE SECTION 288(c)(1), a Felony, in that they did willfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body, or any part thereof, of JANE DOE 1, who was 15 years old, with the intent of arousing, appealing to, or gratifying, the lust, passions, or sexual desires of said defendant who was at least 10 years older than JANE DOE 1.

**COUNT TWO**

On or between August 1, 2017, and February 15, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of CONSPIRACY, a violation of PENAL CODE SECTION 182(a)(1), a Felony, in that they did unlawfully conspire together to commit the crime of HUMAN TRAFFICKING BY PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 236.1(b)/266j, a Felony, and that pursuant to and for the purpose of carrying out the objectives and purposes of the aforesaid conspiracy, the said defendants committed the following overt acts at and in the County of Los Angeles:

OVERT ACT I

In or about August 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO met with JANE DOE 1, along with other minor members of a La Luz Del Mundo church sub group.

OVERT ACT II

In or about August 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO a group of minor girls that if they went against any desires or wishes of "the Apostle," defendant NAASON JOAQUIN GARCIA, that they were going against god.

///

///

///

2

OVERT ACT III

In or about September of 2017, in the county of Los Angeles, defendant ALONDRA OCAMPO directed JANE DOE 1, along with the other minors, to perform "flirty" dances for defendant NAASON JOAQUIN GARCIA wearing as little clothing as possible.

OVERT ACT IV

In or about September of 2017, in the county of Los Angeles, and after JANE DOE 1 and the other minors completed their September 2017 dance, defendant NAASON JOAQUIN GARCIA gave them a speech about a king having mistresses and stated that an apostle of god can never be judged for his actions.

OVERT ACT V

On and between September 2017 and January of 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO directed JANE DOE 1 and other minors to take off their clothing and touch each other sexually.

OVERT ACT VI

On and between September 2017 and January of 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO took photos of minor girls touching each other sexually at her direction for the purpose of sending the photographs to defendant NAASON JOAQUIN GARCIA.

OVERT ACT VII

On a between August 2017 and February 1, 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO called JANE DOE 1 to the home of defendant NAASON JOAQUIN GARCIA and asked her to serve him coffee in his office.

OVERT ACT VIII

On a between August 2017 and February 1, 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO walked JANE DOE 1 to the defendant NAASON JOAQUIN GARCIA's office, grabbed the coffee JANE DOE 1 was holding, and told JANE DOE 1 to remove her dress.

///

///

3

OVERT ACT IX

On a between August 2017 and February 1, 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO then returned the coffee to JANE DOE 1.

OVERT ACT X

On a between August 2017 and February 1, 2018, in the county of Los Angeles JANE DOE 1 entered the office and defendant NAASON JOAQUIN GARCIA put his arms around her, kissed her on the lips, touched her buttocks, and attempted to touch her vagina.

**COUNT THREE**

On or between August 1, 2017, and February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING BY PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal liberty of JANE DOE 1 with the intent to maintain a violation of PENAL CODE SECTION 266j.

**COUNT FOUR**

On or between August 1, 2017, and February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 266j, a Felony, in that she did unlawfully and intentionally provide or make available JANE DOE 1, a child under the age of 16 years, to another person for the purpose of a lewd and lascivious act as defined in Penal Code section 288.

**COUNT FIVE**

On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE RAPE OF A MINOR, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 2, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

4

1     It is further alleged that in the commission of the above offense the said defendants

2     personally inflicted great bodily injury upon JANE DOE 2, not an accomplice to the above

3     offense, within the meaning of Penal Code section 12022.7(a) and also causing the above offense

4     to become a serious felony within the meaning of Penal Code section 1192.7(c)(8) and a violent

5     felony within the meaning of Penal Code section 667.5(c)(8).

6                              **COUNT SIX**

7     On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

8     defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

9     UNLAWFUL SEXUAL INTERCOURSE, a violation of PENAL CODE SECTION 261.5(c), a

10    Felony, in that they engaged in an act of unlawful sexual intercourse with JANE DOE 2, a minor

11    not the spouse of the defendant, and the minor being more than three years younger than the

12    defendants.

13    It is further alleged that in the commission of the above offense the said defendants

14    personally inflicted great bodily injury upon JANE DOE 2, not an accomplice to the above

15    offense, within the meaning of Penal Code section 12022.7(a) and also causing the above offense

16    to become a serious felony within the meaning of Penal Code section 1192.7(c)(8) and a violent

17    felony within the meaning of Penal Code section 667.5(c)(8).

18                             **COUNT SEVEN**

19    On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

20    defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

21    FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(C), a

22    Felony, in that they did unlawfully accomplish and act of oral copulation with a person, to wit

23    JANE DOE 2, against said person's will by means of force, violence, duress, menace, or fear of

24    immediate and unlawful bodily injury on said person or another.

25                             **COUNT EIGHT**

26    On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

27    defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

28    ORAL COPULATION OF A PERSON UNDER 18, a violation of PENAL CODE SECTION

1   287(b)(1), a Felony, in that they did unlawfully participate in an act of oral copulation with JANE

2   DOE 2, a person under the age of 18 years.

### COUNT NINE

4   On or between January 1, 2017, and January 31, 2018, in the County of Los Angeles,

5   defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA MEDINA

6   OAXACA committed the crime of FORCIBLE ORAL COPULATION OF A PERSON UNDER

7   18, a violation of PENAL CODE SECTION 287(c)(2)(C), a Felony, in that they did unlawfully

8   accomplish an act of oral copulation with a person, to wit JANE DOE 3, against said person's

9   will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury

10  on said person or another.

### COUNT TEN

12  On or between January 1, 2017, and January 31, 2018, in the County of Los Angeles,

13  defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA MEDINA

14  OAXACA committed the crime of ORAL COPULATION OF A PERSON UNDER 18, a

15  violation of PENAL CODE SECTION 287(b)(1), a Felony, in that they did unlawfully participate

16  in an act of oral copulation with JANE DOE 3, a person under the age of 18 years.

### COUNT ELEVEN

18  On or between August 1, 2017, and April 30, 2018, in the County of Los Angeles,

19  defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

20  CONSPIRACY, a violation of PENAL CODE SECTION 182(a)(1), a Felony, in that they did

21  unlawfully conspire together to commit the crime of HUMAN TRAFFICKING FOR

22  PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

23  236.1(b))/311.2(c), a Felony, and that pursuant to and for the purpose of carrying out the

24  objectives and purposes of the aforesaid conspiracy, the said defendants committed the following

25  overt acts at and in the County of Los Angeles:

### OVERT ACT I

27  On and between September 1, 2017, and January 31, 2018, in the county of Los Angeles,

28  defendant ALONDRA OCAMPO sent a message to JANE DOE 1, JANE DOE 2, and JANE

1  DOE 3 saying that defendant NAASON JOAQUIN GARICA ["the servant of god"] would be

2  really happy if they sent OCAMPO nude photos for NAASON JOAQUIN GARICA.

OVERT ACT II

4  On and between September 1, 2017, and January 31, 2018, defendant ALONDRA

5  OCAMPO sent a message to JANE DOE 1, JANE DOE 2, and JANE DOE 3 telling them to take

6  photos without their underwear and with their legs open, and to send the photos to her.

OVERT ACT III

8  On one occasion between September 1, 2017, and January 31, 2018, in the county of Los

9  Angeles, defendant ALONDRA OCAMPO took JANE DOE 1, JANE DOE 2, and JANE DOE 3

10  to an unknown office building, provided them with school girl outfits, directed them to touch their

11  own breasts and buttocks, as well as each other's, and took photos of them doing so.

OVERT ACT IV

13  In or about December of 2017, defendant ALONDRA OCAMPO, in the county of Los

14  Angeles, took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to defendant NAASON JOAQUIN

15  GARCIA'S home and told them to remove their clothing.

OVERT ACT V

17  In or about December of 2017, Defendant ALONDRA OCAMPO, in the county of Los

18  Angeles, had JANE DOE 1, JANE DOE 2, and JANE DOE 3 touch each other's breasts and

19  vaginas for photos, and directed them to open their legs so she could take photos of their vaginal

20  areas.

OVERT ACT VI

22  In or about January of 2017, defendant ALONDRA OCAMPO in the county of Los

23  Angeles took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to a hotel.

OVERT ACT VII

25  In or about January of 2017, defendant ALONDRA OCAMPO in the county of Los

26  Angeles had JANE DOE 1, JANE DOE 2, and JANE DOE 3 take off their clothing, touch each

27  other's breasts and vaginas, and lick whipped cream off each other's breasts.

28  ///

7

OVERT ACT VIII

In and between 2017 and 2018, Defendant ALONDRA OCAMPO, in the county of Los Angeles told JANE DOE 1, JANE DOE 2, and JANE DOE 3 that the photos she took of them were for defendant NAASON JOAQUIN GARCIA ["the servant of god"].

OVERT ACT IX

In and between 2017 and 2018 and on at least one occasion, defendant NAASON JOAQUIN GARCIA thanked JANE DOE 1, JANE DOE 2, and JANE DOE 3 for the photos he received of them.

**COUNT TWELVE**

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal liberty of JANE DOE 1 with the intent to maintain a violation of PENAL CODE SECTION 311.2(c).

**COUNT THIRTEEN**

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal liberty of JANE DOE 2 with the intent to maintain a violation of PENAL CODE SECTION 311.2(c).

**COUNT FOURTEEN**

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal

8

1    liberty of JANE DOE 3 with the intent to maintain a violation of PENAL CODE SECTION

2    311.2(c).

3                                **COUNT FIFTEEN**

4          On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

5    defendant ALONDRA OCAMPO committed the crime of PRODUCTION/DISTRIBUTION OF

6    CHILD PORNOGRAPHY, in violation of PENAL CODE SECTION 311.2(c), in that she did

7    unlawfully and knowingly send or cause to be sent, and in the State of California did possess,

8    prepare, public, produce, photographs and video, with the intent to distribute, exhibit to, or

9    exchange with a person 18 years of age and older, knowing that the matter depicted a person

10   under the age of 18 years personally engaging in and personally simulating sexual conduct as

11   defined in Penal Code section 311.4.

12                               **COUNT SIXTEEN**

13         On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

14   defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

15   CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

16   DOE 1 by means of force and threat such as is mentioned in Section 519.

17                              **COUNT SEVENTEEN**

18         On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

19   defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

20   CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

21   DOE 2 by means of force and threat such as is mentioned in Section 519.

22                              **COUNT EIGHTEEN**

23         On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

24   defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

25   CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

26   DOE 3 by means of force and threat such as is mentioned in Section 519.

27   ///

28   ///

9

Second Amended Felony Complaint

**COUNT NINETEEN**

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did unlawfully contact and communicate with a minor, JANE DOE 1, knowing that JANE DOE 1 was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or 311.2 involving JANE DOE 1.

**COUNT TWENTY**

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did unlawfully contact and communicate with a minor, JANE DOE 2, knowing that JANE DOE 2 was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or 311.2 involving JANE DOE 2.

**COUNT TWENTY-ONE**

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did unlawfully contact and communicate with a minor, JANE DOE 3, knowing that JANE DOE 3 was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or 311.2 involving JANE DOE 3.

**COUNT TWENTY-TWO**

On or between June 1, 2015 and July 30, 2015, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and AZALIA RANGEL GARCIA committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 4, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

10

### COUNT TWENTY-THREE

On or between June 1, 2015 and July 30, 2015, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and AZALIA RANGEL GARCIA committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that they did unlawfully accomplish and act of oral copulation with a person, to wit JANE DOE 4, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

### COUNT TWENTY-FOUR

On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that he did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 4, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

### COUNT TWENTY-FIVE

On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that he did unlawfully accomplish an act of oral copulation with a person, to wit JANE DOE 4, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

### COUNT TWENTY-SIX

On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from JANE DOE 4, by means of force and threat such as is mentioned in Section 519.

///

///

11

Second Amended Felony Complaint

**COUNT TWENTY-SEVEN**

On June 3, 2019, in the County of Los Angeles, NAASON JOAQUIN GARCIA, committed the crime of POSSESSION OF CHILD PORNOGRAPHY in violation of PENAL CODE SECTION 311.11(a), a felony, in that he did knowingly possess and control an image, the production of which involved the use of a person under the age of 18 years, knowing that the matter depicted a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).

**COUNT TWENTY-EIGHT**

On June 3, 2019, in the County of Los Angeles, NAASON JOAQUIN GARCIA, committed the crime of POSSESSION OF CHILD PORNOGRAPHY in violation of PENAL CODE SECTION 311.11(a), a felony, in that he did knowingly possess and control an image, the production of which involved the use of a person under the age of 18 years, knowing that the matter depicted a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).

**COUNT TWENTY-NINE**

On June 3, 2019, in the County of Los Angeles, NAASON JOAQUIN GARCIA, committed the crime of POSSESSION OF CHILD PORNOGRAPHY in violation of PENAL CODE SECTION 311.11(a), a felony, in that he did knowingly possess and control an image, the production of which involved the use of a person under the age of 18 years, knowing that the matter depicted a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).

**SPECIAL ALLEGATION – VIOLENT SEX OFFENSES**

It is further alleged that defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, SUSANA OAXACA MEDINA, and AZALIA RANGEL GARCIA are ineligible for probation or suspension of sentence pursuant to PENAL CODE SECTION 1203.065(a).

///

///

///

12

1  **NOTICE:** Convictions for the offenses alleged in counts 1, 3-5, 7-10, 12-15, 19-23, 24, and 25

2  of this Complaint will require the defendants to register pursuant to Penal Code section 290 et

3  seq.  Willful failure to register is a crime.

4

5  **NOTICE:**  Conviction of these offenses will require the defendant to provide DNA samples and

6  print impressions pursuant to Penal Code section 296 and 296.1.  Willful refusal to provide the

7  samples and impressions is a crime.

8

9  **NOTICE:**  The People of the State of California intend to present evidence and seek jury findings

10  regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b)

11  and *Cunningham v. California* (2007) 549 U.S. 270 [127 S.Ct. 856, 166 L.Ed.2d 856].

12

13      I declare under the penalty of perjury that the foregoing is true and correct.  Executed this

14  23rd day of August, 2019, at Los Angeles, California.

15

16  _____

17  TROY HOLMES
    DECLARANT AND COMPLAINANT

18  Respectfully Submitted,

19  XAVIER BECERRA
    Attorney General of California

20  JAMES ROOT
    Senior Assistant Attorney General

21  PATRICIA FUSCO
    Supervising Deputy Attorney General

22

23

24  AMANDA G. PLISNER
    Deputy Attorney General

25  *Attorneys for People of the State of
    California*

26  LA2017801101
    62464597.docx

27

28

13

Second Amended Felony Complaint

## NOTICE TO DEFENDANT AND ATTORNEY

Pursuant to Penal Code section 1054.5(b), the People of the State of California hereby informally request that defense counsel provide discovery to the People as required by Penal Code section 1054.3.

## NOTICE TO ATTORNEY

Any materials accompanying this complaint or provided by the People in this case may contain information about witnesses. Such information is subject to Penal Code section 1054.2, which provides, "No attorney may disclose or permit to be disclosed to a defendant the address or telephone number of a victim or witness whose name is disclosed to the attorney pursuant to subdivision (a) of Section 1054.1 unless specifically permitted to do so by the court after a hearing and a showing of good cause."

AGENCY: CALIFORNIA BUREAU OF INVESTIGATION AND INTELLIGENCE

PRELIM. TIME. EST.:  5 days

| DEFENDANT | CII | DOB | BAIL RECOM'D | BOOKING NO. |
|---|---|---|---|---|
| NAASON JOAQUIN GARCIA | | 05/07/69 | None | |
| ALONDRA MARGARITA OCAMPO | | 02/07/83 | $25 million | |
| AZALIA RANGEL GARCIA | | 08/13/78 | $5 million | |
| SUSANA MEDINA OAXACA | | 11/08/94 | $150,000 | |

14

Second Amended Felony Complaint

1

## Order Holding To Answer - Felony Complaint (P.C. § 872)

It appearing to me that the offenses in the complaint have been committed and there is

sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to

answer for the following:

DEFENDANT: **NAASON JOAQUIN GARCIA**

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|---|---|---|---|---|
| 1. | PC 288(c)(1) | 1/2/3 | | |
| 2. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 5. | PC 261(a)(2)/ 264(c)(2) | 7/9/11 | | |
| 6. | PC 261.5(c) | 16 mos./2/3 | 12022.7 | +5 |
| 7. | PC 287(c)(2)(C) | 6/8/10 | | |
| 8. | PC 287(b)(1) | 16 mos./2/3 | | |
| 9. | PC 287(c)(2)(C) | 6/8/10 | | |
| 10. | PC 287(b)(1) | 16 mos./2/3 | | |
| 11. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 22. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 23. | PC 287(c)(2)(A) | 3/6/8 | | |
| 24. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 25. | PC 287(c)(2)(A) | 3/6/8 | | |
| 26. | PC 518 | 2/3/4 | | |
| 27. | PC 311.11(a) | 16/2/3 | | |
| 28. | PC 311.11(a) | 16/2/3. | | |
| 29. | PC 311.11(a) | 16/2/3 | | |

I ORDER that the defendant named below be held to answer for the above-described

offenses and allegations and be admitted to bail in the sum of:

**NAASON JOAQUIN GARCIA**                    $ _____

And that said defendant be committed to the custody of the Sheriff until such bail is given.

The date of Felony arraignment is set for:

_____ in Department _____ at _____ a.m.
(Date)

_____          _____
Magistrate                                   Date
Superior Court of California

15

Second Amended Felony Complaint

## Order Holding To Answer - Felony Complaint (P.C. § 872)

It appearing to me that the offenses in the complaint have been committed and there is sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to answer for the following:

DEFENDANT: **ALONDRA OCAMPO**

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|---|---|---|---|---|
| 1. | PC 288(c)(1) | 1/2/3 | | |
| 2. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 3. | PC 236.1(b) | 8/14/20 | | |
| 4. | PC 266j | 3/6/8 | | |
| 5. | PC 261(a)(2)/ 264(c)(2) | 7/9/11 | | |
| 6. | PC 261.5(c) | 16 mos./2/3 | 12022.7 | +5 |
| 7. | PC 287(c)(2)(C) | 6/8/10 | | |
| 8. | PC 287(b)(1) | 16 mos./2/3 | | |
| 9. | PC 287(c)(2)(C) | 6/8/10 | | |
| 10. | PC 287(b)(1) | 16 mos./2/3 | | |
| 11. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 12. | PC 236.1(b) | 8/14/20 | | |
| 13. | PC 236.1(b) | 8/14/20 | | |
| 14. | PC 236.1(b) | 8/14/20 | | |
| 15. | PC 311.2(c) | 16 mos./2/3 | | |
| 16. | PC 518 | 2/3/4 | | |
| 17. | PC 518 | 2/3/4 | | |
| 18. | PC 518 | 2/3/4 | | |
| 19. | PC 288.3 | 8 mos./1/18 mos. | | |
| 20. | PC 288.3 | 8 mos./1/18 mos. | | |
| 21. | PC 288.3 | 8 mos./1/18 mos. | | |

I ORDER that the defendant named below be held to answer for the above-described offenses and allegations and be admitted to bail in the sum of:

**ALONDRA OCAMPO**          $ _____

And that said defendant be committed to the custody of the Sheriff until such bail is given. The date of Felony arraignment is set for:

_____ in Department _____ at _____ a.m.
(Date)

_____     _____
Magistrate                                    Date
Superior Court of California

16

1  **<u>Order Holding To Answer - Felony Complaint (P.C. § 872)</u>**

2    It appearing to me that the offenses in the complaint have been committed and there is

3  sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to

4  answer for the following:

5

6  DEFENDANT: **AZALIA RANGEL GARCIA**

7  Count
                   Special
8  <u>No.</u> <u>Charge</u>    <u>Range</u>       <u>Alleg.</u>      <u>Alleg. Effect</u>

| No. | Charge | Range | Special Alleg. | Alleg. Effect |
|-----|--------|-------|----------------|---------------|
| 22. | PC 261(a)(2) | 3/6/8 | | |
| 23. | PC 287(c)(2)(A) | 3/6/8 | | |

10

11    I ORDER that the defendant named below be held to answer for the above-described

12  offenses and allegations and be admitted to bail in the sum of:

13      **AZALIA RANGEL GARCIA**    $ _____

14    And that said defendant be committed to the custody of the Sheriff until such bail is given.

15  The date of Felony arraignment is set for:

16

17  _____ in Department _____ at _____ a.m.
   (Date)

18

19

20  _____  _____
  Magistrate         Date
  Superior Court of California

21

22

23

24

25

26

27

28

              17

<u>**Order Holding To Answer - Felony Complaint (P.C. § 872)**</u>

It appearing to me that the offenses in the complaint have been committed and there is sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to answer for the following:

DEFENDANT: **SUSANA MEDINA OAXACA**

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|---|---|---|---|---|
| 9. | PC 287(c)(2)(C) | 6/8/10 | | |
| 10. | PC 287(b)(1) | 16 mos./2/3 | | |

I ORDER that the defendant named below be held to answer for the above-described offenses and allegations and be admitted to bail in the sum of:

**SUSANA MEDINA OAXACA** $ _____

And that said defendant be committed to the custody of the Sheriff until such bail is given. The date of Felony arraignment is set for:

_____ in Department _____ at _____ a.m.
(Date)

_____     _____
Magistrate                                    Date
Superior Court of California

18

Second Amended Felony Complaint

# EXHIBIT 2

TRANSCRIPT

## California Attorney General Xavier Becerra

Press Conference
June 6, 2019
Sacramento, California

BECERRA: Tell me when you're ready. Listos, listos?

Good morning, buenos dias.

I want to thank everyone for being here. I have with me John Marshall the Assistant Chief of the Division of Law Enforcement here at the Department of Justice. I want to thank him and his team for the work that was done on the case that we are getting ready to announce.

Let me actually begin by mentioning the people who have been important here at the Department of Justice making sure that we could make today's announcement. I mentioned Assistant Chief Marsh, Luis Lopez who is the Assistant Director also within the Division of Law Enforcement, Troy Holmes a special agent within the division of law enforcement, Andy Alvarado a Special Agent Supervisor, on our legal side Amanda Plisner who is the Deputy Attorney General and Statewide human trafficking coordinator here at the Department of Justice, Diana Callaghan Deputy Attorney General, Nicholas Schultz Deputy Attorney General and Patricia Fusco who is the supervising Deputy Attorney General, all at the Department of Justice. I'd also like to give special thanks as well, when we do these operations we require the assistance of a partners, federal and local law enforcement authorities to make this happen. You can't do this work by yourself you need your partners, the brothers and sisters in law enforcement who make all this work and so I'd like to give a special shout-out to the Department of Homeland Security investigations Personnel, to the Customs and Border US Customs and Border Protection Agency at the Department of Homeland Security and the police department at the Los Angeles airport for the work that they did to make today's announcement possible.

On Monday night my office arrested Naason Joaquin Garcia  *Points to Photo*, you see his photograph there, and two of his co defendants in a major sex traffic and sex abuse case. Charges were filed against them on Tuesday. The charges include a series of 26 alleged felonies committed in Los Angeles county between 2015 through 2018.

Joaquin Garcia was arrested in Los Angeles following an investigation into those alleged crimes. The type of crimes that belong nowhere in our society. From human trafficking, production of child pronography, oral copulation, rape, statutory rape, child molestation, extortion, conspiracy and more.

These crimes are alleged to have been committed during the time that Joaquin Garcia was leading as the so-called "Servant of God" as "The Disciple" as he is known within this religious organization called "La Luz del Mundo" an international religious organization that is headquartered in Mexico.

His co defendants acted in concert with him to accomplish the crimes alleged and they were also members of this organization.

The co-defendants named in the complaint are: Alondra Ocampo, Susana Medina Oaxaca, and Azalia Rangel Melendez. Ocampo and Medina Oaxaca were arrested on Monday and an arrest warrant has been issued for Rangel Melendez who is currently at large.

I want to make an admonition here that please recognize that charges in this point are only allegations. These defendants, these four defendants are presumed innocent unless and until proven guilty, but make no mistake we are going to act vigorously to prosecute these individuals and bring this case to a close.

Why are we going to do that?

Right now California is the center of human trafficking, we have the highest number of human trafficking cases reported in the country. There were more than 1,300 cases reported here in California in 2017 alone and we know that there are far more than those that are reported and that's why this case is so important. Human trafficking is among the fastest growing crimes and criminal enterprises in the world and it is estimated to bring in some 150 billion dollars around the world every year. This is going on in our state much more than we can prosecute it. We need to make it a priority and here at the California Department of Justice we do. We helped bring down the world's largest online brothel, the former backpage.com and we convicted it's CEO. I testified back in 2017 before the US Senate to push for the passage of the federal "Stop Enabling Sex Traffickers Act" which became law in 2018. We have fought to protect juveniles who are victims of trafficking bringing in 54 felony charges against alleged operators of a statewide sex trafficking ring in Tulare in 2017 and in 2018 we charged operators of an organization called Rainbow Bright in the Bay area with 59 criminal counts for alleged human trafficking among other violations. Human trafficking changes lives it, it kills. It doesn't belong on this planet. We want to and we have to take it on wherever it is happening.

How were we able to uncover these crimes that were in we are announcing today? We set up a website last year for clergy abuse. That website which is oag.ca.gov\clergyabuse is an important site. It's been used. I want to take a moment to talk about how important that website is in these types of cases, because that websites gives those who are survivors of abuse by members of the clergy or religious organizations a direct line to the California Department of Justice and it gives them a way to submit those report that they want to get to us confidentially and to law enforcement.

This case which goes far beyond an incidence of abuse came to us through a tip sent in through the clergy abuse website. As you can see, if you report it we will act on it and we will follow through. And as you can see this has become a case that goes far beyond one individual, one clergy member, one victim. Someone who is the victim of some form of abuse, if you are a survivor of abuse in this particular case or you have information about the misconduct of anyone involved in this case, we want to hear from you. We want you to report any incident that you are aware of. You deserve justice and we want to help you pursue it. We are asking you to please come forward and share what you know. You can call us at (323) 765-2100 or you can file your complaint online oag.ca.gov\lldm .

I think it's also important to point out that our office can make resources available to those who have come forward based on the needs of those individuals. We want you to know that we don't consider you defendants or perpetrators. We want you to know that we consider you victims if you have suffered from this abuse or you haven't gotten caught in this cycle. The California Department of Justice will never turn a blind eye to sexual violence and trafficking. You are victims and you deserve our support and our assistance. We will do everything in our power to keep our community safe.

And here I want to point out two related matters that are critical to cases like this. I often get asked the question about any work that we are doing on these investigations: wildfires, political abuse, criminal wrongdoing within a governmental agency, and oftentimes I have to give the response "we don't discuss our investigations" and I'm often asked, "Why? Are you trying to hide something?" This is an example of why we do not talk about our investigations.

This is a reason why we do not talk about who is providing us with tips or responding to a request for information on these websites and hotlines. We took this information and we acted on it. And we did not discuss it with anyone because we wanted to protect the victims who oftentimes our deadly afraid to come forward. We hope to prosecute this to the end, but we were able to succeed in finding victims who came forward because we guaranteed them confidentiality and we hope now we will be able to confidently assure them success in this prosecution.

The final thing I want to mention is something that I hadn't talked about before. Right now Naason Garcia is in custody facing 50 million dollars in bail to be able to remove himself from detention.

Last year California decided to pass a law to change the way we handle bail because if you are dangerous or a risk of flight we should be able to detain you, but we should not be able to detain you simply because you don't have money to remove yourself from pretrial detention. That would be unfair and I believe unconstitutional for Americans to be detained simply because they don't have the money in their pocket to pay for their bail, but in some cases some individuals can pay a very high bail.

My understanding is that the 50 million dollar bail that has been imposed on Mr. Garcia is the highest bail ever imposed in LA county for any individual because there is a real fear that because he has this church with more than a million followers that he will raise the money and he will bail himself out, and if he bails himself out he may try to flee to the place where he had just come from when we captured him at LA airport back to Mexico or somewhere else.

It is important that we have the tools to keep those who are dangerous or dangerous risk flights from fleeing the hands of justice, but it would not be fair to keep those Americans who are not in either of those two categories locked up even if they though they haven't gone through trial. That has nothing to do with this particular case on bail reform but it is important reminder why we always have to strive to do this system of justice the best we can and I often get asked questions about why we're trying to make it easier for folks to bail out of a system, we're not. We're just trying to make it right, and fair, and just.

Because no one wants to see Naason Garcia bail himself out of jail simply because he takes money from his religious followers and then can abscond justice because he's got the dollars.

With that we will take questions.

BECERRA: Hoy estamos anunciando que después de una investigación extensiva y porque tuvimos el apoyo de varias víctimas pudimos arrestar a este tipo Nasson Joaquin Garcia, quién es el… no sé que llamarlo en español porque no es para mí pensar alguien que es líder religioso, pero eso es lo que indica el que es.

Lo hemos arrestado y está bajo cargos de explotar a niños, de tener relaciones sexuales con niños, de violar mujeres, de tener un esfuerzo de tratar trabajando con los otros detenidos de usar los humanos para usos ilegales. Y este día tenemos bajo detención a tres de los cuatro personas cargadas con cargos criminales y esperamos poder tener un juicio sobre estos cargos y esperamos tener el apoyo de víctimas.

Tenemos 4 personas que son víctimas que nos han dado información y esperamos tener otras personas
ayudarnos con este caso porque creemos que hay más víctimas del abuso,  la criminalidad del señor García.

REPORTER: quienes son esas victimas que aun no han dicho nada por miedo? Ayer yo fui a la Iglesia que
está aquí en Sacramento y nadie quiere hablar conmigo. Tienen miedo, no se si los están amenazando o
intimidando. Que les decimos a esas personas?

BECCERA:  I'll say this in english as well because that's a very important question. Yo entiendo lo que están
experimentando en este momento muchos familias, especialmente algunos niños, algunas muchachas qué
tiene miedo que no saben qué hacer. Los padres que están confundidos que no entienden lo que está
sucediendo especialmente si verdaderamente tiene en su fe que este señor era un discípulo de Dios.

Solo les puedo decir que nosotros trabajamos solo con los hechos, la evidencia, nosotros no podemos cargar
poner cargos contra una persona, cargos criminales, contra una persona sin tener los hechos y tenemos los
hechos para cargar a Naasón Joaquín García de criminalidad que no solo es, no es permitido en California
pero no es permitido bajo los ojos de Dios.

Y esperamos que el pueblo nos ayude porque si verdaderamente uno tiene fe que nuestro Señor quiere
darnos justicia y protegernos por favor ayúdanos descubrir los acontecimientos en este caso para llevar a
justicia a alguien que tal vez violo no solamente las leyes de California pero las leyes de Dios.

In English the question, "was what do you say to the parishioners the members of this religious organization
right now?" and I would simply say I understand that many families, many of the young girls are probably very
frightened, very confused. I know this is not easy and some of these folks depended on this religious
organization, this church for much of their support. Many of these folks are not well-versed in American society
and are not totally fluent and depend quite a bit on what this organization provided to them. So I can
understand the concern I would simply say to them that no law of California, no law of humankind, and
certainly no law of God will permit to occur what Naason Joaquin Garcia is alleged to have committed in this
case against young girls and others.

And so we hope that they will come forward, we will treat them with respect, will give them the confidentiality
and the services that they require and we will do everything in our power to let them know that we want them to
be able to have justice as we move forward in this case and so that they can feel comfortable moving forward
in their lives

REPORTER: Si una víctima no tiene papeles, por ejemplo, tiene miedo de hablar con las autoridades.


BECERRA: Aquí en California si uno es víctima de un crimen usted tiene el derecho de salir a hablar de su
caso y saber que en California nosotros no somos los que vamos a tratar de hacer algo de deportar a una
persona así y también al mismo tiempo bajo las leyes federales si uno es testigo en un caso criminal, en un
caso judicial usted tiene el derecho de pedir permiso de quedarse aquí en el país a lo menos durante la
estancia del caso y tal vez recibir una estancia más permanente por el hecho de haber sido una víctima o un
testigo de un crimen.

REPORTER: Senor Becerra, un par de preguntas-

BECERRA: I'll try to repeat some of these in english

REPORTER: Que nos puede decir sobre el papel de Azalia Rangel, puede hablarnos sobre cuales victimas han hecho acusaciones en contra de estas personas y cuando **Inaudible**

BECERRA: Déjame decirle lo que le puedo decir en este momento del caso. Tenemos cuatro personas bajo cargos. La investigación sigue adelante estamos colectando evidencia. En este momento tres de las personas bajo cargos están detenidos. Estamos buscando a Rangel Meléndez. Si alguien tiene información sobre dónde se puede encontrar la señorita Rangel Meléndez por favor les pedimos esa información. Y los cargos son similares en muchos casos de los cargos que hemos lanzado contra Naasón Joaquín García.

REPORTER: **Inaudible**

BECERRA: Eso no lo puedo decir.

REPORTER: **Inaudible** el tiene visa para entrar a los Estados Unidos?

BECERRA: Yes. He was arrested at the airport.

REPORTER: Si puede contestar en español para nosotros, como es que usted comenzar la investigación?

BECERRA: En español? Esta investigación empezó porque lanzamos un sitio del internet "website" donde personas que tenían información sobre casos de abuso sexual contra personas en organizaciones religiosas sacerdotes etc. podían reportar estos incidentes con la confianza de saber que iba a ser información privada que se comunicaba. Y bajo esa website recibimos información que por medio de esta investigación pudimos determinar que era creíble que había información, evidencia que podía comprobar la criminalidad de Naasón Joaquín García y varios miembros de su organización religiosa. Por medio de ese website hemos colectado información que a brindado personas de California sobre casos de abuso.

REPORTER: Nos podría decir si García tiene residencia permanente en los estados unidos, es una visa lo que tiene, cual es su estado?

BECERRA: tendría que proveer esa información no estoy seguro. Pero iba entrando bajo visa creo, pero no quiero ser incorrecto. Do we know if he was coming in under visa, Garcia, when he was coming in? We'll have to find that out.

REPORTER: Attorney General, can you talk about what was it that came up through the warrants that prompted the increase in bail and also can you talk a little bit about how this victims were trafficked, were these people from Los Angeles, are the victims from California, from Mexico, from elsewhere?

BECERRA: So we have a great apprehension that Mr. Garcia will raise the money to get a bond to bail himself out and we have provided the court information to backup that credible fear we have that he can bail himself out. The bail we should note started at 25 million dollars, it was increased to 50 million dollars.

REPORTER: that's why, was there anything particular that came out through the warrants that lead to…

BECERRA: There is information that we have provided the court. The court has to base it's bail determinations on the information it's getting, credible information. We believe that we have provided very credible information

to substantiate our concern that he would try to flee not just California but the U.S. if he were to bail himself out. The other question was?

REPORTER: How were they trafficked, were they from Los Angeles, Mexico, from elsewhere?

BECERRA: This is a case where the four victims are from LA county in the LA County area. They were essentially part of the organization, they were parishioners if you wish to call him that. This is a pretty large organization. I hesitate to call it a church, mega church - and it has a lot of followers. And these are - some people will probably call this a case of brainwashing where these families were influenced, but we have victims where we have solid evidence of activity that amounts to the crimes that I indicated and we're hoping that others will come forward as well.

REPORTER: If I may one more. The defense said yesterday that this a case closer what they would call statutory rape. That these were victims who were teens, he wasn't a stranger to them. What's your response to that?

BECERRA: He's sick. I don't care what he calls it. He committed crimes. We're going to prove it. You don't do that to children. You don't do that to adults. You can't hide behind some religious veil. You can't act like this is something that people do all the time. It's sick.

REPORTER: Hasta ahorita se sabe cuántas víctimas hay, y esas victimas, bueno vaya, básicamente lo que acaba de responder, de donde son la mayoría de estas víctimas?

BECERRA: Las víctimas que nos han ayudado a colectar evidencia vienen de el condado de Los Ángeles, son miembros de la organización o son hijos de miembros de la organización. Cuál fue la primera pregunta?

REPORTER: Se sabe hasta ahorita cuántas víctimas hay?

BECERRA: Quién sabe. Quién sabe cuántas víctimas hay. Ojalá más gente, más familias, más víctimas, deciden ponerse en contacto con nosotros. Lo sabemos pero esperamos que cualquier persona que tiene información se ponga en contacto con nosotros para poder avanzar este caso.

REPORTER: Señor Becerra, usted mencionó algo muy importante que me gustaría que lo mencionara también sobre el hecho que el siendo un líder religioso aprovecha su puesto como líder religioso para aprovecharse de estas personas que son menores de edad y usted comentó al respecto, por favor nuevamente si lo puede decir en espanol sobre la actividad de este señor bajo el velo de un líder religioso.

BECERRA: Hay mucha gente que depende mucho en su iglesia, su religión porque a veces no tiene mucho más, verdad? Trabajan bien duro, pero no son ricos, no son personas de influencia y buscan salvación, ayuda de lo que no se puede ver, de Dios, de ese poder que espiritual. Cuándo hay alguien que abusa de esa fe de esa devoción, jugar con la mente de una persona, de una familia, de unos padres, de niños, y de niñas de 14 años, eso para mí ese no es un líder religioso es una persona - how do you say "sick" in spanish? - pero más que enfermo, esto no es ser enfermo esto es ser demented - como se dice "demented" - dementado? Es un persona demente para mí pensar. Yo no sé, yo tengo 3 hijas, yo no sé cómo alguien puede creer que yo como padre quisiera ver que mi hija estuviera una situación donde alguien se puede aprovechar de cualquiera de ellas. Demente, como más se puede explicar algo como esto?

Y por favor si ustedes es parte de esta iglesia, de esta religión y sabe de casos donde no lo creían, pensaba que no era así o pensaba que tal vez era algo necesario para poder avanzar los principios de esta religión por favor recuérdese que estamos hablando de su hija. Esto no se hace.

REPORTER: De las víctimas cuántas son niños, adolescentes, varones y hembras?

BECERRA: En este momento creo - the question that I want to make sure that I say it in english as well so I'm not wrong. The majority of the victims are underage, but there are victims who are adults. La mayoría de las víctimas en este momento de que tenemos esta información son menores de edad, pero también hay víctimas que son adultos.

REPORTER: Y son 4 dice?

BECERRA: En este momento.

REPORTER: y cuántos de ellos son hombre y mujeres?

BECERRA: Todas mujeres.

REPORTER: Do you think you can answer her question in English as well, and for his first question.

BECERRA: Oh gosh, let me remember what the questions were.

REPORTER: Apologies.

BECERRA: Yeah, no problem. But do you remember what the question was?

REPORTER: Um, it was about the 4 victims who had come forward was the first question, is there a -

BECERRA: What was the-? Cuál fue la pregunta? What was just the question?

REPORTER: Pues básicamente sobre lo de las víctimas, hasta ahorita cuantas han venida a hacer acto de presencia y denunciar esto, y si se sabe por ejemplo donde también van a estar las jovencillas, van a estar, se les va a castigar aquí o en Los Ángeles?

BECERRA: So right now we are fortunate enough to have 4 victims come forward, 3 minors and 1 adult all from LA County. All members of this organization or at least children of members of the organization. What else? Ask me?

REPORTER: How do you know that there are - how do you take that information that you are getting from the people that are coming forward and pursue others, other stories?

BECERRA: It would be hard to believe that based on the information that we are collecting that it's only these four individuals. There is a pattern here. As I said it's sick. And it's hard to believe that it was just these 4.

REPORTER: Do I understand correctly though that it is unclear how many victims there may be?

BECERRA: You probably, maybe we don't understand how tough it is to come forward in a case like this if your a victim. Especially if you're young girl and you're not on your own, you don't call the shots. You don't get to decide where you go once you come out and identify this stuff. We're hoping folks will come forward. We worked this case as confidentially as we could so we would give victims a chance to believe that they could come forward. But here's the difficult part about this: this is just one case, we know this is going on.

I wish California would focus more on human trafficking whether it's sex or labor trafficking. It's going on a lot and it's not going on with just young girls who are imported from other countries and sold for sex, it's going on with our own kids. Most of the girls - they are mostly girls, but they're boys as well, most of them underage - most of these kids who are victims of sex trafficking are American citizens. They are born and raised here. The case I mentioned where we caught this ring based out of Tulare they were taking mostly young girls out of the Central Valley and they were shopping them in LA, San Francisco, Las Vegas. I mean, it's going on and I hope that we wake up, I wish I had more resources because we can do more of these cases, but it's tough.

REPORTER: Are all the people that are in custody right now, the bail for each one of them is 50 million dollars or just for Naasón Joaquin.

BECERRA: No. No. Naasón Joaquin Garcia is 50 million. It is substantial for all of them, but it is highest for him. Alondra Ocampo has a high bail number - I forget the number - 25 million. And I believe Medina Oaxaca is about 5 million.

REPORTER: Ok and they will be in court on Monday again?

BECERRA: we're hoping to arraign them on Monday. Thank you all very much. Again any help that you can provide, please any tips. We're searching for those tips. Thank you all very much.

# EXHIBIT 3

Jeff Anderson:          All right, my name is Jeff Anderson. I am the founder of the law firm Jeff Anderson & Associates. I am here today with Deborah Mallgrave and Josh Robbins of the Greenberg Gross Firm. We stand here today privileged and honored to stand with the very courageous **[inaudible] [00:00:43]** who has found her voice and encouraged to speak. Also, the courage to file federal action, a lawsuit, just late yesterday in the central district of California.

                It is titled, "Sochil Martin vs. La Luz del Mundo," as an organization, and all the leaders on it who either knew of and/or have participated in a very grave criminal enterprise, RICO, sexual assault and the coverup of it, human trafficking, among other things.

                In a few moments, you will hear from Sochil. Before you do, I want you to hear from Deb Mallgrave. Then, also, we'll go to Josh Robbins, who is a former federal prosecutor who has had experience in investigating and looking at serious criminal enterprises such as this, we believe to be. With that in mind, Deb Mallgrave, please step forward. Well, this is Sochil here. Share with us more about today.

Deborah Mallgrave:     Good morning. Sochil Martin has a story unlike anything you've ever heard. The day she walked into our offices and told me about her life at La Luz del Mundo, I admit it, it's strained belief to imagine that such a large, corrupt, and criminal organization could exist right under my own nose, undetected. With a global membership reaching into the millions. As I got to know Sochil and spoke to more LDM survivors, a tangled web of human trafficking, sexual abuse, and forced labor began to emerge.

                We stand here today, and we are moving forward in court, to speak for literally thousands of victims of Naason Joaquin Garcia and his conspirators. Sochil's entire life, every memory, every crossroads, every relationship was defined and controlled by a circle of pernicious, profiteering men who took her body, her labor, and her childhood for their own benefit and sexual enjoyment.

                Sochil was trained as a sexual servant at the tender age of nine. She began to work over 40 hours a week for LDM when she was just 14. Every extra penny that she earned for over 30 years went to the pockets of the men who built their lavish lifestyle off the backs of their members. Even today, Sochil is stopped, threatened, and harassed by the institution that lied to her every day of her life. Not a day has gone by in Sochil's 33 years that has not been haunted by abuse, coercion, and lies. What begs belief is that there are literally thousands like her.

                The lawsuit filed yesterday is the first step in dismantling a complex, corrupt, and powerful institution built on human trafficking and sexual abuse. Some problems are so pervasive, so daunting that only by appealing

to fundamental concepts of justice and righteousness can we begin to heal. **[Inaudible] [00:06:00]** individuals fight against the Goliath behind human rights violations, modern-day slavery, and criminal enterprises requires aggressive, audacious legal undertakings.

LDM is precisely the kind of organization, and their abuse of Sochil is precisely the kind of injury behind sweeping laws like the Trafficking Victim Protections Through Reauthorization Act, RICO, and the new national wave of sexual assault legislation. Behind every fight against Goliath, there is the David. It is an honor and a privilege to represent a true lawyer of justice, Sochil Martin. No one can tell her story like she can. It is with great honor I present to you my client, Sochil Martin.

Sochi Martin:  Hello, my name is Sochil Martin. I am 33 years old. I grew up here in Los Angeles. In 1986, I was born in the inner circle of La Luz del Mundo and raised to be the property of the apostle, Samuel Joaquin, and his son after, Naason Joaquin Garcia. For the first 33 years of my life, I was taught to believe that my body, my mind, my soul belonged to La Luz del Mundo because it was the Will of God. At the age of nine, I was taught that my own family, and community, and my eternal soul depended on me sexually pleasing La Luz del Mundo apostles.

For nearly 22 years, I was made to work for, travel for, lie for, and give my body to an organization that saw me as nothing more than a source of profit and sexual pleasure. Hundreds, if not thousands, of other children before me and after me suffered the same fate. I come forward today because this has to stop. Generations of young children raised in La Luz del Mundo have been forced to become the sexual servants of La Luz del Mundo's apostles.

Girls that should be playing with friends and enjoying their youth spend their time learning how to dance for or touch apostles. As they grow up, these children are forced into more horrific sexual acts, and they can never say no. Their parents, their community, and their ministers teach them that God wants this, that God wants them to please their apostles. Anyone who speaks out – I am someone who has done that, and I have gone through this. The risks of being shamed and abused by the community that raised them and myself. For far too many La Luz del Mundo members, everything they have is taken by La Luz del Mundo. Every dollar they make goes to La Luz del Mundo because they truly believe their money will be used to do the work of God on Earth.

All of the hard-earned money goes to making Naason and his enablers rich. Even the treasured golden family heirlooms of La Luz del Mundo members are melted down to paint the house of the apostles. La Luz del Mundo not only takes children and money from its members but their labor, too. Many thousands of La Luz del Mundo members are coerced into working

tirelessly in all conditions to provide La Luz del Mundo and its leaders.

La Luz del Mundo temples in your own town, those are built by coerced, unpaid La Luz del Mundo members. The propaganda that La Luz del Mundo spreads online, that was created by coerced, unpaid La Luz del Mundo members. The food that the pastors eat, the celebrations that La Luz del Mundo holds, and the goods that La Luz del Mundo sells, all of them come from the hard work of La Luz del Mundo members that have no choice but to do whatever La Luz del Mundo asks of them.

La Luz del Mundo has taken everything from its members, and it will never stop unless we make it stop. Naason Joaquin Garcia isn't there, but La Luz del Mundo and Naason's enablers continue to commit crimes every day. I know, standing here today, that coming forward and bringing this case will make me a villain at thousands of La Luz del Mundo services this week. Hundreds of thousands of La Luz del Mundo members will gather to celebrate the holy supper. Samuel's birthday, holy supper, all the same thing.

Naason's enablers will call me a liar and a conspirator and then coerce their members into giving their last pennies to help Naason fight me and people like me. While they do that, Naason's family, friends, and bishops will sit back comfortably in a lavish lifestyle as they build off the backs of their members. Planning their next generation of abuse and theft. It is time to say, "No more."

Stopping La Luz del Mundo from victimizing its followers is not something that I can do alone. There are countless more of you like me, and I need your help. I hope as I'm standing here today, some of you will see yourself and a very good friend of mine. He's an activist for human trafficking, and he says he does this because he sees all those little children out there like it was him, when he was younger. A very, very dear friend of mine. I see a lot of Sochilitas out there, all of the Jane Does. Not just the ones in the California case. They're everywhere. It's international.

I hope you see yourself in me and decide you do not have to be silent anymore. That you can speak up and say, "Stop." That you won't be afraid any longer, and that you will tell the world what has happened to you, and what happened to you is not right. What happened to us is not right. It is not a blessing. It is not from God. It is not right. Your stories can help us bring down this corrupt organization. If we all come together and speak as one voice, there is nothing La Luz del Mundo can do to silence us. Thank you very much.

Jeff Anderson:      Sochil, please know that your hope that those **[inaudible][00:13:59]** as we speak can now get help, and something can be done through the effort and

|  | your courage today. Other **[inaudible]** know that this action that you are taking today and to that end is a realization of the hope **[inaudible] [00:14:21]**. Thank you. |
|---|---|
| Male Speaker 1: | When do we speak in Spanish? |
| Jeff Anderson: | We'll do it at the end. Josh Robbins, former federal prosecutor, tell us more about this lawsuit, these claims, and the magnitude of them. |
| Joshua Robbins: | There are various dimensions to this case. It's a human rights case. It's a case about the sexual abuse of children. It is also a case about organized crime. As detailed in the complaint that we filed, La Luz del Mundo is a massive, global organization that for decades has systematically exploited its members in ways that are not only gross violations of human rights but are also federal and state crimes. It's been happening right here in our backyard. |

The complaint details one of the largest and most insidious human trafficking operations ever seen in which LDM members are coerced into giving out their own children to be raped and abused by the leaders of the organization. It also describes the widespread practice of forced, unpaid labor as well as extortion and money laundering, all of which serve to enrich the leadership of LDM.

As described in the complaint, these schemes have gone on for many years. They've involved at least dozens of participants and thousands of victims. They've been directed from the very top of the LDM organization, which has taken extraordinary steps to silence Ms. Martin and other survivors who would dare to speak the truth about LDM. She's not being silent today.

It is no accident that many of the claims that we have filed in this case are based on federal criminal laws. Among those is the Trafficking Victims Protection Act, which Congress enacted and strengthened over the years to fight exactly the sorts of schemes that LDM has been engaged in.

We've also filed a claim under the Racketeer Influenced and Corrupt Organizations Statute, that is, RICO. That law was designed to combat organized crime, and it specifically extends to human trafficking organizations, which is one of its most important uses today. This case calls out for law enforcement action. We applaud the efforts of the authorities thus far, and we are committed to cooperating with them to help bring LDM and its leadership to justice.

This case is also very much about Sochil Martin. She is both a survivor of and a witness to LDM's extensive crimes. She has the right and, in her view, the duty to take action in her own name and to fight for other survivors like

her. This civil action and the laws upon which it is based empower her to do just that.

Sochil Martin, the voice that you have shared today and the action that you take in this lawsuit is **[inaudible][00:18:05]**. You know that you did not have to use your name. You did not have to stand here today. In this lawsuit, Sochil Martin, under the California Child Protection Act and under the laws, could have remained confidential. Sochil, you made a choice to stand here today, and use your name, and file this claim. This racketeering claim, this trafficking claim, this sexual assault and coverup claim, because you want kids to be protected the way you weren't.

You have broken the bonds and holds upon you by this culture and found that voice. What Sochil wants folks in this community to know is that it's not just about this community, or this state, or this country. This is a worldwide enterprise engaged as we speak in the very things detailed in the complaint filed yesterday. The details of which you can't **[inaudible]**.

What I want you to know, Sochil, is we applaud your courage and are grateful to you. I also want to say that I have been, and our firm has a privilege to work with survivors of sexual assault, abuse, institutionally and otherwise for over 38 years across this country and in California. As we stand here today, and as we prepare for this lawsuit, it is, to me, the greatest peril we have ever faced or I have ever seen.

We are here today, standing with Sochil, to sound the alarm and to expose the culture and the predators that are active as we speak. Not just in trafficking. Not just in sexual assault. Not just in the coverup of it, but in the silencing of anyone who would speak against it. I have never, ever, in the 38 years I have been in this work been more alarmed about the safety of children than in this situation. To you, Sochil. All right.

Sochi Martin:        I'm gonna say it in Spanish now for the people that have come. I'm gonna say it in Spanish for the people who have accompanied me. We're Latinos. My name is Sochil Martin. I'm 36 years old, and I grew up here in Los Angeles. I was born here in Los Angeles. In 1986, I was born within the inner circle of La Luz del Mundo, and I was raised to be the property of the apostle, Samuel Joaquin Flores and his son, Naason Joaquin Garcia.

During the first 33 years of my life, I was taught to believe that my body, my mind, my soul belonged to La Luz del Mundo because it was the Will of God. At the age of nine years old, my own family and community taught me that my eternal soul depended on me sexually pleasing La Luz del Mundo apostles.

For nearly 22 years, I was made to work for, travel for, lie for, and give my

20

body to an organization that saw me as nothing more than financial profit and sexual pleasure. Hundreds, if not thousands, of other children before me and after me have suffered the same fate. I share my story because we must stop what is happening. Several generations of children raised in La Luz del Mundo have been forced to become the sexual servants of La Luz del Mundo's apostles.

Girls that should be playing with their friends and enjoying their youth spend their time learning how to dance for or touch the apostles of La Luz del Mundo. As they grow up, these children are forced into more and more horrific sexual acts, and they can never say no. Their parents, their community, and their ministers teach them that God wants them to please the apostles.

Anyone who speaks out risks being shamed and abused by the community that raised them. For many members, everything they have is taken by La Luz del Mundo. Every dollar they make goes to La Luz del Mundo because they believe that their money will be used to do the work of God here on Earth.

All of the hard-earned money goes to making Naason and his enablers richer. Even the treasured golden family heirlooms of La Luz del Mundo members are melted down to paint the houses of the apostles. La Luz del Mundo not only takes children and money from its members but their labor, too. Thousands of La Luz del Mundo members are coerced into working tirelessly under all conditions to provide La Luz del Mundo and its leaders.

La Luz del Mundo temples in your own town, those are built by coerced, unpaid La Luz del Mundo members. The propaganda that La Luz del Mundo spreads on social networks, that was created by coerced, unpaid La Luz del Mundo members. The food that the pastors eat, the celebrations that La Luz del Mundo has, and the goods that La Luz del Mundo sells come from the hard work of each of the  La Luz del Mundo members that have no choice but to do whatever La Luz del Mundo asks of them.

La Luz del Mundo has taken everything from its members, and this won't unless we make it stop. Naason Joaquin Garcia is in jail, but La Luz del Mundo and Naason's enablers continue to commit those crimes every day. I know that standing here today, presenting myself before you, bringing this case, La Luz del Mundo will make me a villain at thousands of services this week. While hundreds of thousands of La Luz del Mundo members will gather to celebrate the birthday or the holy supper. It's the same thing. They use whatever excuse to get more money from their members.

Naason's enablers will say that I'm a liar and a conspirator. Then, they'll coerce their members into giving their last pennies to help Naason fight

21

against me and people like me. While they do that, Naason's family, friends, and bishops will sit back comfortably in a lavish lifestyle that they created with the work off of our backs. Planning for the next generation of abuse and theft. It is time to say, "No more."

Stopping La Luz del Mundo from victimizing its followers is not something that I can do alone. I know that there are countless people like you and me, and I need your help. I hope as I'm standing here today, some of you will see yourself in me. I want you all to know that you no longer have to remain silent. You can speak up and put a stop to it. That you won't be afraid any longer, and that you will tell the world that what happened to you is not right. It is not from God. It is not a blessing.

They abused you, they abused me, and they continue to do it. Your stories can help us bring down this corrupt organization. If we all come together and speak as one voice, there is nothing that La Luz del Mundo can do to silence us. Let's take care of, let's protect the children, our children. Thank you very much.

Jeff Anderson:    We can take a few questions. Before we do, let's first, on behalf of Sochil, there is a body of evidence that has been set forth in this complaint. We're not going to go into that. To every victim and every witness that has been out there and that still is, they're suffering in silence or witnessing in fear. It's time. It's time to call law enforcement. This enterprise is claiming to have five million members across the globe in 58 nations, 15,000 properties. It's time for law enforcement to know.

While the current apostle, Naason, is in jail right now, this is a global enterprise that needs to be stopped. It's time to call law enforcement, federal and state, wherever they are. You can share your story out with them privately, and you can also, under the California Child Protection, bring action that can punish these wrongdoers in a civil action such as this and preserve your privacy. It's time for the truth. It's time for action. Evangela, do you want to just summarize in Spanish? Please.

Evangela:    Good morning. We're here thanks to Sochil. She was brave to share her story. Sochil, thank you very much. Because we know that there are a lot like her who don't know that they have the opportunity to present their story. Through that new law, Law AB 218, you can bring a lawsuit when abuse occurs. You have a three-year window. But this story, as we just heard, isn't just a case of sexual abuse. This is a case of the violation of the human rights of these children who have been under this institution.

Therefore, we ask all of you who know this institution. You know people who work there, people who have gone to that church. If you're afraid, we have Sochil here. We also have representatives who work with people who

have been abused. They've also been abused. As far as traveling, I've gone to Mexico to speak with people. There are very ferocious, horrific sexual cases of children that have occurred for a long time. Now, it's time to put a stop to that institution, which is an institution of crime. It's a corrupt institution.

Thanks to Sochil, who has shared her story. We hope that you all who are here, by means of communication, reach out to a lot of children so that they come and share their stories. They must understand that they can remain silent, and they will be protected. Thank you very much.

Male Speaker 1:       Your name?

Female Speaker 1:     Beatriz **[inaudible] [00:32:20]**.

Male Speaker 2:       Sochil, come on, here. All right, we're gonna take a few questions here. We'll start right here.

Female Speaker 2:     Can you describe your cooperation with law enforcement? Who have you met with? When did you meet? Are you concerned that your principal theme – ?

Male Speaker 2:       The question that he's concerned about, law enforcement and has she been cooperating with them. The answer is she has been cooperating. There is an active investigation underway. To that, we have nothing more to say other than they are doing their job.

Female Speaker 2:     Can you say which agency?

Male Speaker 2:       Well, we're not here to talk about that today.

Female Speaker 3:     Sochil, can you – ?

Male Speaker 2:       Question over here.

Male Speaker 1:       How did you get to La Luz del Mundo church, Sochil?

Sochi Martin:         I'm the fourth generation. My grandparents on my grandfather's side, their parents belong to the church, and I was born in the church. Sorry, I'm the fourth generation of my family in La Luz del Mundo. It's my grandparents – my great grandparents, my grandfather, my grandmother, my mother. My mother, at a very young age, left the church. My aunt raised me and my four siblings. She raised me as Samuel's property.

23

| | |
|---|---|
| Male Speaker 3: | In English, Sochil, please? |
| Sochi Martin: | In English, yes. |
| Male Speaker 3: | In English, please? |
| Sochi Martin: | He asked how did I come about The Light of the World, and I mentioned to him that I'm the fourth generation. My grandfather's parents, they were born in the church. My grandfather was one of the first members of the United States for La Luz del Mundo. I was raised in the church. My biological mother, she was very young. Me and my brother, we lost her to drugs. I have my brother here with me. My aunt raised us, and she raised all four of us in the church. As a slave, we personally Samuel and Naason as she was to Samuel when she was 15. |
| Female Speaker 3: | Can you talk about – ? |
| Jeff Anderson: | Sochil's story is one replicated by hundreds of kids and families across the globe. It's not in isolation. |
| Female Speaker 3: | Can you talk about when you left LDM and how you decided to come forward? |
| Jeff Anderson: | The question is what caused you to leave LDM and what caused you to come forward? |
| Sochi Martin: | For the last year before, when I was with Naason, it was a nightmare. Through my entire life, it was a bad dream. I was just living it over and over. Towards the last few, I just saw and lived so many things that I really don't wanna talk about right now. I fell into a depression so many times because of the things that I saw him do. Me and the other girls as well, and young men.

When my husband saw the text messages, and he said, "This is very wrong. You're all being used, and this is not a church of God. It's extremely wrong, and what we're doing here is a lie." Sorry to say that I still wanted to go back to church. Just the brainwashing of that religious institution. All I knew my entire life, so it's very difficult to just wake up one day and say, "Oh, you know what? It is a lie." That wasn't the case. I wanted to believe that he was an apostle of God. When his bishops came and tried to buy us out, we were like, "This is a lie. It is a business." |
| Female Speaker 3: | When did you leave? Can you provide us with a date? |
| Male Speaker 1: | Can you say it in Spanish? |

| Female Speaker 3: | Can you just answer that part of the question? |
|---|---|
| Jeff Anderson: | Briefly in Spanish, do you wanna give a brief presentation of what caused you, in Spanish, to realize what had been done to you was wrong and to leave this organization? |
| Sochi Martin: | Okay. Yeah, just really quick – |
| Female Speaker 3: | Thank you. |
| Sochi Martin: | When was the exact date that we left, love? |
| Male Speaker 4: | I'll never forget. October 13, 2016. |
| Female Speaker 3: | Thank you. |
| Sochi Martin: | Oh, the 13th of October of 2016 is the exact day that my husband and I chose to leave. |
| Female Speaker 3: | Thank you. |
| Sochi Martin: | Sorry? |
| Male Speaker 1: | If you could repeat for me, please. |
| Sochi Martin: | Oh, in Spanish, yes. |
| Male Speaker 1: | How you managed to leave the church. |
| Sochi Martin: | My whole life, since I was a girl, there were a lot of things, a lot of questions that I had in order to move ahead. I didn't understand a lot of things. When you're there, though, with your friends, your family, who all agree, you get used to it. You think it's right. That last year, when I returned to Naason, that whole year was the worst year of my life. Because I saw things and lived through things that were very hard. Things that I don't like to go into detail about because they bring me back to very difficult moments.

I went into a lot of depression. They were such horrible things that I said to myself, inside of my soul, "This could be a lie. How could God allow this?" Then, I said, "**[Inaudible][00:38:17]**. He's an apostle," and I would be quiet again." Then, when my husband found texts that were sent to me and to all of the secretaries. We received the same texts, pornographic texts and everything. It scared my husband, and he said, "This is wrong. This isn't right. This isn't from God. This isn't a blessing, Sochil." |

So many moves that Naason and his bishops made me and my family do. Finally, I still wanted to go to church. I wanted to believe that he was an apostle. His bishops started to treat it as if it were a business. Finally, we said, "This isn't from God. It's a company. It's a business."

Deborah Mallgrave:   Real quick, I just wanna clarify that Sochil and her husband may have stopped –

Jeff Anderson:   If you could move closer to the mic, please.

Deborah Mallgrave:   Sorry. I just wanted to clarify that Sochil and her husband may have stopped attending services in the fall of 2016, but I'm not sure there is any actual leaving La Luz del Mundo. She has continued to be harassed, coerced, and threatened to this day.

Sochi Martin:   I actually have my brother here, and I have – it's LDM members here who have suffered the same harassment on social media, discussing things that they throw at us. It's terrible because if they really knew who this person was, they'd be scared. Because they swear by it, and they say they know him. No, they don't. I know him, and those that are around him know him. What's scary is that they're okay with it.

The other girls have left, just far away. They want nothing to do with him. They are still being harassed that they'd better not speak, that they'd better not say. It's all about, "I'll do something to your kids." It's, "I'll do something to your parents." I'm standing here before you today, holding the hand of my family members, my husband, and with the hopes that we're not alone.

That with your help and the outlets that are here today, we're gonna let the world know that this institution needs to stop. Because having sex with children is the most disgusting act that you can commit. He's a dangerous criminal, and so are those around him.

Male Speaker 1:   Can you say that last part in Spanish, please?

Sochi Martin:   Yes.

Jeff Anderson:   A last, final comment. This powerful lawsuit brought by this powerful woman is designed to not just to stop him, the man known – who calls himself the apostle, who's in prison. All those in leadership and in

|  |  |
|---|---|
|  | participating in this ongoing criminal enterprise that involves the exploitation of vulnerable adults and children as we speak. As we speak. Thank you, Sochil. |
| Male Speaker 1: | Could she relay the last message in Spanish, the last part, how she's being harassed? |
| Sochi Martin: | Yeah. I – |
| Male Speaker 1: | You said that he was dangerous. |
| Sochi Martin: | Yes. I was just saying that it's through the support of the media that the topic could be addressed that this religion isn't a religion. It's a mafia. It's a business. They're dangerous. Naason isn't the only problem. The problem is the institution. His bishops, pastors, his friends who are with him are dangerous. We have to put a stop to it. |
|  | Because in the same way that I have my friends who are here, I have family, too. Also, on social media, I've received letters from his people saying, "I'm going to do something to your parents, to your family, to your kids." It's out of fear, but I'm here before you all to tell you that I don't feel alone. I feel the support that I have here now with you all. Thank you very much. |
| Jeff Anderson: | Thank you, Sochil, to all the survivors, yourself in particular today. All those witnesses and survivors that are coming forward, willing to expose this culture and stop this criminal enterprise. Thank you, Sochil. We'll come back there. **[Crosstalk]** |
| Male Speaker 4: | It's 11:00. **[Crosstalk]** |

**[End of Audio]**

**Duration: 44 minutes**

# EXHIBIT 4

ectronically FILED by Superior Court of California, County of Los Angeles on 11/14/2019 04:57 PM Sherri R. Carter, Executive Officer/Clerk of Court, by C. Monroe,Deputy Clerk
19STCV41115

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Christopher Lui

1   Michael Reck, State Bar No. 209895
    *mreck@andersonadvocates.com*
2   Michael G. Finnegan, State Bar No. 241091
    *mike@andersonadvocates.com*
3   Jennifer E. Stein, State Bar No. 300775
    *jennifer@andersonadvocates.*com
4   **JEFF ANDERSON & ASSOCIATES**
    11812 San Vicente Boulevard, Suite 503
5   Los Angeles, California 90049
    Tel: 310-357-2425
6   Fax: 651-297-6543

7   Attorneys for Plaintiff AIMEE GALICIA TORRES

8            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                  **FOR THE COUNTY OF LOS ANGELES**

10                                              Case No.   **19STCV41115**
                                                )
11  AIMEE GALICIA TORRES, an individual         )  **COMPLAINT FOR DAMAGES:**
                                                )
12                    Plaintiff,                )     1. **NEGLIGENCE—NEGLIGENT**
                                                )        **SUPERVISION, NEGLIGENT**
13            vs.                               )        **HIRING/RETENTION**
                                                )
14                                              )  **DEMAND FOR JURY TRIAL**
    THE ROMAN CATHOLIC ARCHBISHOP OF            )
15  LOS ANGELES A/K/A ARCHDIOCESE OF            )
    LOS ANGELES, a Corporation Sole, and DOES   )
16  2-100.                                      )
                                                )
17                    Defendant(s).             )
                                                )
18                                              )
                                                )
19                                              )
                                                )
20                                              )
                                                )
21                                              )
                                                )
22                                              )
                                                )
23                                              )

STATE OF MINNESOTA

COUNTY OF ST. LOUIS

DISTRICT COURT

SIXTH JUDICIAL DISTRICT
Case Type: Personal Injury

Doe 28,

        Plaintiff,

vs.

Diocese of Duluth,

        Defendant.

**COMPLAINT**

Plaintiff, for his causes of action against Defendant, alleges that:

## PARTIES

1.     Plaintiff Doe 28 was a minor resident of the State of Minnesota at the time of his sexual abuse. His identity has been provided under separate cover to Defendant.

2.     At all times material, Defendant Diocese of Duluth ("Diocese") was and continues to be an organization or entity, which includes, but is not limited to, civil corporations, decision making entities, officials, and employees, authorized to conduct business and conducting business in the State of Minnesota with its principal place of business at 2830 East 4th Street, Duluth, Minnesota. The Bishop is the top official of the Diocese and is given authority over all matters within the Diocese as a result of his position. The Diocese functions as a business by engaging in numerous revenue producing activities and soliciting money from its members in exchange for its services. The Diocese has several programs which seek out the participation of children in the Diocese's activities. The Diocese, through its officials, has control over those activities involving children. The Diocese has the power to appoint, supervise, monitor, and fire each person working with children within the Diocese.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph McLean, Paul Dunn, Phillip DiWilliams,          Case No.: 18-cv-3175
Darin Buckman, Mark Pinkosh and Troy Franks,

Plaintiffs,

v.                                                                          **COMPLAINT**

United States Conference of Catholic Bishops,

Defendant.

Plaintiffs, for their cause of action against Defendant, allege that:

## PARTIES

1.    Plaintiff Joseph McLean is an adult male resident of the State of Minnesota.

2.    Plaintiff Paul Dunn is an adult male resident of the State of New York.

3.    Plaintiff Phillip DiWilliams is an adult male resident of the State of Pennsylvania.

4.    Plaintiff Darin Buckman is an adult male resident of the State of Illinois.

5.    Plaintiff Mark Pinkosh is an adult male resident of the State of California.

6.    Plaintiff Troy Franks is an adult male resident of the State of California.

7.    Defendant United States Conference of Catholic Bishops (hereinafter "USCCB") was and continues to be an organization or entity, which includes but is not limited to civil corporations, decision making entities, officials and employees authorized to conduct business and conducting business across the United States of America with its principal place of business at 3211 Fourth Street, N.E., Washington, DC 20017. Defendant USCCB was created in approximately 1966. Later, Defendant USCCB created a corporation called the United States Conference of Catholic Bishops to conduct some of its affairs.

31

# EXHIBIT 5

Paragraphs 10-12, which read: This Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it arises under the Trafficking Victims Protection Reauthorization Act (18 U.S.C. §§ 1589 *et. seq.*), the Fair Labor Standards Act (29 U.S.C. §§ 201 *et. seq.*), and the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1961 *et. seq.*). This Court has supplemental jurisdiction over all asserted state law claims pursuant to 28 U.S.C. § 1367 because all state law claims are so related to, and arise from, the same common nucleus of operative facts from which the federal claims arise and, therefore, they form part of the same case or controversy under Article III of the United States Constitution. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events and omissions giving rise to the claims occurred in this District.

Paragraph 13, first sentence, which reads: Plaintiff Sochil Martin is a citizen and resident of California.

Paragraph 14, which reads: Defendant La Luz Del Mundo ("LDM"), headquartered in Guadalajara, Mexico, with at least fifty locations in the state of California, is an unincorporated association conducting business as a religious institution in the United States, with affiliates operating in more than fifty countries worldwide. LDM, at all times relevant to the events that form the basis of this Complaint, has also done business in California as "Iglesia Del Dios Vivo Columna y Apoyo De La Verdad." Many, but not all, individual locations of LDM within California have registered with the California Department of Justice as Charitable Trusts. Many, but not all, individual locations of

33

LDM within California have registered with the Secretary of State as incorporated
entities.


Paragraph 15, first sentence, which reads: Defendant LDM has ecclesiastical,
governmental, and administrative authority over the business and conduct of all locations
of LDM, Defendant el Consejo de Obispos, and Defendant International Berea USA,
d/b/a Casa Cultural Berea USA ("CCB").


Paragraph 17, first sentence, which reads: Defendant LDM had direct control of the
operations of Defendants el Consejo de Obispos and CCB at all times relevant to the
events that form the basis of this Complaint.


Paragraph 18, which reads: Defendant LDM's Mexican counterpart maintains
multiple corporate registries within the country of Mexico, as well as registered real
estate and communications entities. LDM also possesses many registered trademarks and
copyrights within Mexico. LDM employs its own general counsel, and has recorded
corporate policies and procedures related to myriad subjects, including the allocation of
shares, handling of corporate funds, and a mandatory reporting policy for sexual abuse
within LDM.

Paragraph 19, first sentence, which reads: Defendant Naasón Joaquín García is a United States citizen, currently detained in the Los Angeles Men's Central Jail.

Paragraph 20, first sentence, which reads: Before December 14, 2014, Defendant Naasón held a senior position within the unincorporated association of Defendant LDM as the son of the prior "Apostle," Samuel Joaquín Flores.

Paragraph 22, first sentence, which reads: Defendant Naasón, since December 14, 2014, has held the position of "Apostle" within the unincorporated association of Defendant LDM, additionally holding the titles of "International Director" and "President" of LDM and affiliated associations.

Paragraph 23, which reads: Defendant International Berea USA, d/b/a Casa Cultural Berea USA ("CCB") is an unincorporated association that holds itself out as a non-profit entity designed and organized by defendant Naasón in 2009 for the purpose of broadcasting LDM's doctrine, including services, Bible studies, temple inaugurations, addresses from Apostles (including Naasón), and important events. Defendant CCB maintains offices throughout the state of California and the United States, with, upon

information and belief, a principal place of business at 127 North Kern Avenue, Los Angeles, California – adjacent to the East Los Angeles location of LDM at 112 North Arizona Avenue, Los Angeles, California.

Paragraph 25, first and second sentences, which read: Defendant el Consejo de Obispos (translation, Council of Bishops) is an unincorporated association that holds itself out as the administrative and ministerial executive board of unincorporated association LDM. El Consejo de Obispos constitutes the upper echelon of LDM leadership.

Paragraph 26, first and second sentences, which read: Defendant Gilberto García Granados is a Mexican citizen who, upon information and belief, regularly resides in the United States for extended periods in his role as a bishop of LDM. Granados is a constituent member of el Consejo de Obispos.

Paragraph 27, first, second, and third sentences, which read: Defendant Jose Hernandez, upon information and belief, is a United States citizen and California resident. Hernandez is a bishop of LDM and a constituent member of el Consejo de Obispos. At certain times relevant to this Complaint, Hernandez served as the minister of

the East Los Angeles location of LDM located at 112 North Arizona Avenue, Los Angeles, California.

Paragraph 28, first, second, and third sentences, which read: Defendant Uzziel Joaquín, upon information and belief, is a United States citizen and California resident. Uzziel is a son of the Apostle Samuel and brother to Apostle Naasón. Uzziel is also a bishop of LDM and a constituent member of Defendant unincorporated association el Consejo de Obispos.

Paragraph 29, first, second, and third sentences, which read: Defendant Silverio Coronado, upon information and belief, is a California resident. Coronado is a bishop of LDM and a constituent member of Defendant unincorporated association el Consejo de Obispos.  At certain times relevant to the basis of this Complaint, Coronado worked in an executive role with Defendant CCB in the Redlands, California location of LDM.

Paragraph 30, first and second sentences, which read: Defendant Aurelio Zavaleta, upon information and belief, is a California resident. Zavaleta is a bishop of LDM and a constituent member of Defendant unincorporated association el Consejo de Obispos.

Paragraph 31, first and second sentences, which read: Defendant Jose Luis Estrada, upon information and belief, is a California resident. Estrada is a bishop of LDM and a member of LDM's executive treasury in the United States, known as el Tesoreria.

Paragraph 32, first and second sentences, which read: Defendant Jonathan Mendoza, upon information and belief, is a California resident. Mendoza is a bishop of LDM and a constituent member of Defendant unincorporated association of Consejo de Obispos.

Paragraph 34, first and second sentences, which read: Defendant Alma Zamora de Joaquín, upon information and belief, is a United States citizen who regularly resides in California and Texas. Zamora is the wife of Defendant Naasón.

Paragraph 35, first and second sentences, which read: Defendant Benjamin Joaquin Garcia, upon information and belief, is a United States citizen who regularly resides in California and Texas. Benjamin is the brother of Defendant Naasón.

Paragraph 36, first and second sentences, which read: Defendant Rachel Joaquin Garcia, upon information and belief, is a United States citizen who regularly resides in California and Texas. Rahel is the sister of Defendant Naasón.

Paragraphs 40 through 44, which read: LDM holds itself out as a religious sect that originated in Mexico around 1926 at the direction of Eusebio Joaquin Gonzalez, known within the sect as "Aaron." According to LDM, the sect was first founded by Jesus Christ during his lifetime and was subsequently lost after the death of the last of his apostles. Pursuant to these teachings, in 1926, God appeared to Eusebio, and named him "Aaron," the next Apostle, and charged him with restoring the original Christian religion (also referred to by LDM as the primitive religion). LDM teaches that its Apostle is the only true servant of God, and the only apostle of Jesus Christ in current times. LDM is led by its Apostle with the coordination of his closest advisors, el Consejo do Obispos, and teaches that salvation can be attained only by following its Apostle. According to LDM, its Apostles are chosen and sent by God. While succession of the Apostle is by divine calling, leadership of LDM has remained in the Joaquín family since LDM's inception. When Aaron died in 1964, his son Samuel declared himself the next Apostle. When Samuel died in 2014, his son,  Naasón, declared himself the next Apostle, a position he still holds. As of 1934, LDM has been headquartered in Guadalajara, Mexico. According to its website, LDM has more than 15,000 houses of prayer and has grown to reach 5 million people (baptized) in 58 nations on 5 continents, constituting the second largest

religious body in Mexico after the Roman Catholic Religion. While LDM holds itself out as a religious sect, it has historically operated as a social, governmental, and commercial institution. Beginning with the creation of the "Hermosa Provincia" neighborhood in Guadalajara in 1952,  LDM has purchased large parcels of land in urban centers that typically house the poorest populations of the community. LDM then builds its "temples" in the center of those parcels, establishing businesses and housing centers in its vicinity for the residence and employment of its members. By centralizing its membership, LDM gained political power, directing its membership to vote in civic elections as a "bloc" and thus gaining sway with the local and national political parties.

Paragraph 50, which reads: In addition to el Consejo and el Tesorería, LDM leadership includes a legal team, IT personnel, public relations personnel, and the leadership of the media and propaganda arms of LDM. The media and propaganda division of LDM In Mexico is called Berea International, otherwise known as Casa Cultural Berea. In the United States, this branch operates as Berea International USA, d/b/a/ Casa Cultural Berea USA ("CCB")

Paragraph 53, which reads: LDM, with roots in mysticism and Pentecostalism, holds itself out as a Nontrinitarian Christian sect that identified its founder Aaron as the first new apostle since the first century. LDM teaches that the word of God speaks only

through the Bible and the Apostle's teachings. With an emphasis on the old testament and

Jewish symbology, LDM preaches that its membership constitutes the "new Israel,"

elevating the Apostle to ta level of "kingship." Within LDM, the family of the Apostle is

referred to with royal titles, with his sons and daughters called "Princes" and

"Princesses."

Paragraph 81, first sentence, which reads: Within LDM's membership, an elite

group of members exist, known as *Los Incondicionales* (the "Unconditionals").

Paragraph 85, first, second, third, and fourth sentences, which read: Sochil Martin

was born in 1986 in Monterey Park, California. She is a third generation Unconditional.

Her mother, and her parents before her, were Unconditionals within LDM. When Ms.

Martin was three, after her mother was deemed an unfit parent by the state due to drug

abuse, Ms. Martin and her three brothers went to live with their aunt, also an

Unconditional.

Paragraph 127, first sentence, which reads: In December 2014, Samuel died.

Paragraph 158, which reads: Ms. Martin brings this claim for relief under the private cause of action provided by 18 U.S.C. § 1584, which prohibits involuntary servitude.

Paragraph 159, which reads: Ms. Martin is permitted to bring a civil cause of action under 18 U.S.C. § 1595.

Paragraph 170, which reads: Ms. Martin is permitted to bring a civil cause of action under 18 U.S.C. § 1595.

Paragraph 179, which reads: Ms. Martin is permitted to bring a civil cause of action under 18 U.S.C. § 1595.

Paragraph 188, which reads: Ms. Martin is permitted to bring a civil cause of action under 18 U.S.C. § 1595.

Paragraph 202, which reads: Ms. Martin is permitted to bring a civil cause of action under 18 U.S.C. § 1595.

Paragraph 207, which reads: Ms. Martin is permitted to bring a civil cause of action under 18 U.S.C. § 1595.

Paragraphs 215 through 221, which read: Ms. Martin brings this claim for relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et. seq.*, which prohibits any employer engaged in commerce from receiving unpaid labor from employees. Ms. Martin provided daily and weekly services to Defendants LDM and CCB, such that at all relevant times each of the Defendants was a single employer or joint employer of Ms. Martin within the meaning of 29 U.S.C.§ 203(d). Defendants LDM and CCB never paid Ms. Martin the minimum wage for the services that she provided for them. During all relevant times, Defendants knew that Ms. Martin was providing labor without pay. Defendants have violated 29 U.S.C. § 206 by failing to pay Ms. Martin the applicable minimum wage for every compensable hour of labor she performed. Defendants have violated 29 U.S.C. § 207 by failing to pay Ms. Martin the applicable overtime wages for every compensable hour of labor she performed. Defendants have violated 29 U.S.C. § 211(c) by failing to make, keep, and preserve specific employment-related records, including records of their employees and of the wages, hours, and other conditions and practices of employment maintained by Defendants. Defendants have not accurately recorded the actual number of hours that each employee works. Defendants have failed to keep adequate employment records and have not properly or adequately recorded Ms.

Martin's hours worked during her employment. Ms. Martin estimates that she has worked at least 30,000 hours of unpaid labor for Defendants during her lifetime, including a considerable amount of overtime hours. This estimate is preliminary and is not intended to preclude, through discovery and trial, a conclusion that Ms. Martin's unpaid work exceeds this amount. Plaintiff is therefore entitled, under 29 U.S.C. § 216(b) to recover all unpaid wages, an additional equal amount as liquidated damages, all appropriate penalties, and reasonable attorney's fees and costs in amounts to be proven at trial.

Paragraphs 223 through 230, which read: Ms. Martin brings this claim for relief under California Labor Code § 1197, which prohibits any employer in the state of California from failing to pay their employees minimum wages for their work, in amounts set by state law. Ms. Martin is permitted to bring a civil cause of action under California Labor Code §§ 1194(a) and 1194.2(a). Defendants have violated California Labor Code § 1197 by failing to pay Ms. Martin the applicable minimum wage and overtime wage for every compensable hour of labor she performed. Defendants have violated California Labor Code § 226.7 by failing to provide Ms. Martin with required meal and rest breaks, compensable according to statutory rates fixed by the Industrial Welfare Commission ("IWC") for all persons employed in the state of California. Defendants have violated California Labor Code § 1198.5 by failing to make, keep, and preserve specific employment-related records, including records of their employees and of the wages, hours, and other conditions and practices of employment maintained by

Defendants. Defendants have not accurately recorded the actual number of hours that each employee works. Defendants have failed to keep adequate employment records and have not properly or adequately recorded Ms. Martin's hours worked during her employment. Defendants have violated California Labor Code § 203 by failing to pay Ms. Martin all owed wages and compensatory payments at the time of the cessation of her labor, thereby entitling her to recover waiting time penalties equal to thirty days' pay, as established by the IWC Wage Orders. Ms. Martin estimates that she has worked at least 30,000 hours of unpaid labor for Defendants during her lifetime, including a considerable amount of overtime hours. This estimate is preliminary and is not intended to preclude, through discovery and trial, a conclusion that Ms. Martin's unpaid work exceeds this amount. Plaintiff is therefore entitled to recover all unpaid wages, an additional equal amount as liquidated damages, statutory damages, and appropriate penalties and reasonable attorney's fees and costs in amount to be proven at trial.

Paragraph 232, which read: Ms. Martin brings this claim for relief under the private cause of action provided by 18 U.S.C. § 1984(c), which prohibits violations of the Federal RICO Act insofar as such violation injures any person in his business or property.

Paragraphs 250 and 251, which read: Ms. Martin brings this claim for relief under Cal. Civ. Code Section 1708.5, which prohibits sexual battery. Ms. Martin brings this

claim pursuant to California Assembly Bill 218, amending Sections 340.1 and 1002 of the Code of Civil Procedure and Section 905 of the Government Code, relating to childhood sexual assault, reviving until December 31, 2023 the statute of limitations for all previously extinguished claims for damages suffered as a result of childhood sexual assault for victims within 22 years of the age of majority.

Paragraphs 261and 262, which read: Ms. Martin brings this claim for relief under Cal. Civ. Code Section 52.4, which prohibits acts of gender violence. Ms. Martin brings this claim pursuant to California Assembly Bill 218, amending Sections 340.1 and 1002 of the California Code of Civil Procedure and Section 905 of the Government Code, relating to childhood sexual assault, reviving until December 31, 2023 the statute of limitations for all previously extinguished claims for damages suffered as a result of childhood sexual assault for victims within 22 years of the age of majority.

Paragraph 264, which reads: Cal. Civ. Code § 52.4 prohibits commission of acts of gender violence, defined to include a physical intrusion or physical invasion of a sexual nature under coercive conditions, whether or not those acts have resulted in criminal complaints, charges, prosecution, or conviction.

# EXHIBIT 6

Sochil Martin v. La Luz Del Mundo, et. al., C.D. Cal. Case No. 2:20-cv-01437



Counsel,

Please see the attached letter dated May 27, 2020, and the attached proposed stipulation and order in the above-referenced case.

Donna M. Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6509
E-Mail: Donna.Dean@doj.ca.gov

48



**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 269-6000
Telephone: (213) 269-6509
Facsimile: (916) 731-2120
E-Mail: Donna.Dean@doj.ca.gov

May 27, 2020

**VIA EMAIL ONLY**
Jennifer Elizabeth Stein
Michael George Finnegan
Jeff Anderson and Associates PA
11812 San Vicente Boulevard No 503
Los Angeles, CA 90049
Email:Jennifer@andersonadvocates.com
Email:Mike@andersonadvocates.com

Joshua M. Robbins
Deborah S Mallgrave
Greenberg Gross LLP
601 South Figueroa Street 30th Floor
Los Angeles, CA 90017
Email:Jrobbins@ggtriallaw.com
Email:Dmallgrave@ggtriallaw.com

Ethan J Brown
Geoffrey A Neri
Brown Neri Smith and Khan LLP
11601 Wilshire Boulevard Suite 2080
Los Angeles, CA 90025
Email:Ethan@bnsklaw.com
Email:Geoff@bnsklaw.com

Reed T Aljian
DAILY ALJIAN LLP
100 Bayview Circle Suite 5500
Newport Beach, CA 92660
Email:Ra@dallp.com

Caleb E Mason
Werksman Jackson and Quinn LLP
888 West Sixth Street Fourth Floor
Los Angeles, CA 90017
Email:Cmason@werksmanjackson.com

RE:  *Sochil Martin v. La Luz Del Mundo, et. al.,*
United States District Court, Central District of California: Case No. 2:20-cv-01437

Dear Counsel:

Pursuant to Central District of California Local Rule 7-3, this letter will serve as the People of the State of California's request to have a conference of counsel prior to filing a Motion to Intervene and Stay Discovery in the above-referenced case during the pendency of the criminal matter entitled *People v. Naason Garcia, et al.*, Case No. BA475856, currently pending before the Los Angeles County Superior Court. Attached is a Proposed Stipulation and Order for your review.

All Counsel
May 27, 2020
Page 2

I would like to have the conference of counsel on or before Tuesday, June 2, 2020 to
discuss the proposed stipulation.  My hope is to informally resolve this issue short of filing the
motion.  In the event we are not able to reach a stipulation regarding the proposed intervention
and stay, the People will proceed with filing the motion.

I look forward to hearing from you to schedule the conference of counsel.

Sincerely,

DONNA M. DEAN
Deputy Attorney General

For    XAVIER BECERRA
Attorney General

Martin v. LLDM: meet and confer

DM   Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
To  Alan Jackson; Michael Freedman; Caleb Mason
Cc  Joshua M. Robbins; Arielle A. Seidman; Jenira Velez

↩ Reply   ↩ Reply All   → Forward   ⋯
Thu 5/28/20 6:49 PM

Suggested Meetings                                               ＋ Get more add-ins

Counsel,

Plaintiff intends to file a motion to strike the answer of Naason Garcia. Pursuant to Local Rule 7-3, please let me know when you are available to discuss the substance and potential resolution of this motion.  I'm available to discuss tomorrow between 10am – 2:30 pm, Monday from 9-10am, and Tuesday from 10am – 1:30pm.  Please let me know the time that works best for you.

Thank you,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



Re: Martin v. LLDM: meet and confer

AJ   Alan Jackson
To  Deborah Mallgrave
Cc  Michael Freedman; Caleb Mason; Joshua M. Robbins; Arielle A. Seidman; Jenira Velez

↩ Reply   ↩ Reply All   → Forward   ⋯
Thu 5/28/2020 6:55 PM

Tomorrow at 10:00 works for me.

AJ

Alan Jackson
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
213-688-0460 ph

Re: Martin v. LLDM: meet and confer

AJ   Alan Jackson
To  Deborah Mallgrave
Cc  Michael Freedman; Caleb Mason; Joshua M. Robbins; Arielle A. Seidman; Jenira Velez

↩ Reply   ↩ Reply All   → Forward   ⋯
Thu 5/28/2020 7:54 PM

Counsel,

I indicated that I (at least) am potentially available at 10am tomorrow. However, before we schedule the 7-3 conference, we ask that you please provide your authority for the proposition that the Answer should be stricken pursuant to Rule 12(f) or any other Rule.

In addition, for purposes of us preparing for the Rule 7-3 conference, I ask that you clarify exactly what you are seeking by the contemplated motion and your vision of any potential resolution.

Once we hear from you, we will be happy to discuss the scheduling of such conference.

Sincerely,

AJ

Alan Jackson
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
213-688-0460 ph