**EXHIBIT A**

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 2 of 15   Page ID #:1202

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

1

| | |
|---|---|
| Jeff Anderson: | All right, my name is Jeff Anderson. I am the founder of the law firm Jeff Anderson & Associates. I am here today with Deborah Mallgrave and Josh Robbins of the Greenberg Gross Firm. We stand here today privileged and honored to stand with the very courageous **[inaudible] [00:00:43]** who has found her voice and encouraged to speak. Also, the courage to file federal action, a lawsuit, just late yesterday in the central district of California.<br><br>It is titled, "Sochil Martin vs. La Luz del Mundo," as an organization, and all the leaders on it who either knew of and/or have participated in a very grave criminal enterprise, RICO, sexual assault and the coverup of it, human trafficking, among other things.<br><br>In a few moments, you will hear from Sochil. Before you do, I want you to hear from Deb Mallgrave. Then, also, we'll go to Josh Robbins, who is a former federal prosecutor who has had experience in investigating and looking at serious criminal enterprises such as this, we believe to be. With that in mind, Deb Mallgrave, please step forward. Well, this is Sochil here. Share with us more about today. |
| Deborah Mallgrave: | Good morning. Sochil Martin has a story unlike anything you've ever heard. The day she walked into our offices and told me about her life at La Luz del Mundo, I admit it, it's strained belief to imagine that such a large, corrupt, and criminal organization could exist right under my own nose, undetected. With a global membership reaching into the millions. As I got to know Sochil and spoke to more LDM survivors, a tangled web of human trafficking, sexual abuse, and forced labor began to emerge.<br><br>We stand here today, and we are moving forward in court, to speak for literally thousands of victims of Naason Joaquin Garcia and his conspirators. Sochil's entire life, every memory, every crossroads, every relationship was defined and controlled by a circle of pernicious, profiteering men who took her body, her labor, and her childhood for their own benefit and sexual enjoyment.<br><br>Sochil was trained as a sexual servant at the tender age of nine. She began to work over 40 hours a week for LDM when she was just 14. Every extra penny that she earned for over 30 years went to the pockets of the men who built their lavish lifestyle off the backs of their members. Even today, Sochil is stopped, threatened, and harassed by the institution that lied to her every day of her life. Not |

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 3 of 15   Page ID #:1203

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

2

a day has gone by in Sochil's 33 years that has not been haunted by abuse, coercion, and lies. What begs belief is that there are literally thousands like her.

The lawsuit filed yesterday is the first step in dismantling a complex, corrupt, and powerful institution built on human trafficking and sexual abuse. Some problems are so pervasive, so daunting that only by appealing to fundamental concepts of justice and righteousness can we begin to heal. **[Inaudible] [00:06:00]** individuals fight against the Goliath behind human rights violations, modern-day slavery, and criminal enterprises requires aggressive, audacious legal undertakings.

LDM is precisely the kind of organization, and their abuse of Sochil is precisely the kind of injury behind sweeping laws like the Trafficking Victim Protections Through Reauthorization Act, RICO, and the new national wave of sexual assault legislation. Behind every fight against Goliath, there is the David. It is an honor and a privilege to represent a true lawyer of justice, Sochil Martin. No one can tell her story like she can. It is with great honor I present to you my client, Sochil Martin.

Sochi Martin: Hello, my name is Sochil Martin. I am 33 years old. I grew up here in Los Angeles. In 1986, I was born in the inner circle of La Luz del Mundo and raised to be the property of the apostle, Samuel Joaquin, and his son after, Naason Joaquin Garcia. For the first 33 years of my life, I was taught to believe that my body, my mind, my soul belonged to La Luz del Mundo because it was the Will of God. At the age of nine, I was taught that my own family, and community, and my eternal soul depended on me sexually pleasing La Luz del Mundo apostles.

For nearly 22 years, I was made to work for, travel for, lie for, and give my body to an organization that saw me as nothing more than a source of profit and sexual pleasure. Hundreds, if not thousands, of other children before me and after me suffered the same fate. I come forward today because this has to stop. Generations of young children raised in La Luz del Mundo have been forced to become the sexual servants of La Luz del Mundo's apostles.

Girls that should be playing with friends and enjoying their youth spend their time learning how to dance for or touch apostles. As they grow up, these children are forced into more horrific sexual acts, and they can never say no. Their parents, their community,

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 4 of 15   Page ID #:1204

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4,
Female Speakers 1-3

3

and their ministers teach them that God wants this, that God wants them to please their apostles. Anyone who speaks out – I am someone who has done that, and I have gone through this. The risks of being shamed and abused by the community that raised them and myself. For far too many La Luz del Mundo members, everything they have is taken by La Luz del Mundo. Every dollar they make goes to La Luz del Mundo because they truly believe their money will be used to do the work of God on Earth.

All of the hard-earned money goes to making Naason and his enablers rich. Even the treasured golden family heirlooms of La Luz del Mundo members are melted down to paint the house of the apostles. La Luz del Mundo not only takes children and money from its members but their labor, too. Many thousands of La Luz del Mundo members are coerced into working tirelessly in all conditions to provide La Luz del Mundo and its leaders.

La Luz del Mundo temples in your own town, those are built by coerced, unpaid La Luz del Mundo members. The propaganda that La Luz del Mundo spreads online, that was created by coerced, unpaid La Luz del Mundo members. The food that the pastors eat, the celebrations that La Luz del Mundo holds, and the goods that La Luz del Mundo sells, all of them come from the hard work of La Luz del Mundo members that have no choice but to do whatever La Luz del Mundo asks of them.

La Luz del Mundo has taken everything from its members, and it will never stop unless we make it stop. Naason Joaquin Garcia isn't there, but La Luz del Mundo and Naason's enablers continue to commit crimes every day. I know, standing here today, that coming forward and bringing this case will make me a villain at thousands of La Luz del Mundo services this week. Hundreds of thousands of La Luz del Mundo members will gather to celebrate the holy supper. Samuel's birthday, holy supper, all the same thing.

Naason's enablers will call me a liar and a conspirator and then coerce their members into giving their last pennies to help Naason fight me and people like me. While they do that, Naason's family, friends, and bishops will sit back comfortably in a lavish lifestyle as they build off the backs of their members. Planning their next generation of abuse and theft. It is time to say, "No more."

Stopping La Luz del Mundo from victimizing its followers is not something that I can do alone. There are countless more of you like

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 5 of 15   Page ID #:1205

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

4

|  |  |
|---|---|
|  | me, and I need your help. I hope as I'm standing here today, some of you will see yourself and a very good friend of mine. He's an activist for human trafficking, and he says he does this because he sees all those little children out there like it was him, when he was younger. A very, very dear friend of mine. I see a lot of Sochilitas out there, all of the Jane Does. Not just the ones in the California case. They're everywhere. It's international. |
|  | I hope you see yourself in me and decide you do not have to be silent anymore. That you can speak up and say, "Stop." That you won't be afraid any longer, and that you will tell the world what has happened to you, and what happened to you is not right. What happened to us is not right. It is not a blessing. It is not from God. It is not right. Your stories can help us bring down this corrupt organization. If we all come together and speak as one voice, there is nothing La Luz del Mundo can do to silence us. Thank you very much. |
| Jeff Anderson: | Sochil, please know that your hope that those **[inaudible][00:13:59]** as we speak can now get help, and something can be done through the effort and your courage today. Other **[inaudible]** know that this action that you are taking today and to that end is a realization of the hope **[inaudible] [00:14:21]**. Thank you. |
| Male Speaker 1: | When do we speak in Spanish? |
| Jeff Anderson: | We'll do it at the end. Josh Robbins, former federal prosecutor, tell us more about this lawsuit, these claims, and the magnitude of them. |
| Joshua Robbins: | There are various dimensions to this case. It's a human rights case. It's a case about the sexual abuse of children. It is also a case about organized crime. As detailed in the complaint that we filed, La Luz del Mundo is a massive, global organization that for decades has systematically exploited its members in ways that are not only gross violations of human rights but are also federal and state crimes. It's been happening right here in our backyard. |
|  | The complaint details one of the largest and most insidious human trafficking operations ever seen in which LDM members are coerced into giving out their own children to be raped and abused by the leaders of the organization. It also describes the widespread practice of forced, unpaid labor as well as extortion and money |

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 6 of 15   Page ID #:1206

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

5

laundering, all of which serve to enrich the leadership of LDM.

As described in the complaint, these schemes have gone on for many years. They've involved at least dozens of participants and thousands of victims. They've been directed from the very top of the LDM organization, which has taken extraordinary steps to silence Ms. Martin and other survivors who would dare to speak the truth about LDM. She's not being silent today.

It is no accident that many of the claims that we have filed in this case are based on federal criminal laws. Among those is the Trafficking Victims Protection Act, which Congress enacted and strengthened over the years to fight exactly the sorts of schemes that LDM has been engaged in.

We've also filed a claim under the Racketeer Influenced and Corrupt Organizations Statute, that is, RICO. That law was designed to combat organized crime, and it specifically extends to human trafficking organizations, which is one of its most important uses today. This case calls out for law enforcement action. We applaud the efforts of the authorities thus far, and we are committed to cooperating with them to help bring LDM and its leadership to justice.

This case is also very much about Sochil Martin. She is both a survivor of and a witness to LDM's extensive crimes. She has the right and, in her view, the duty to take action in her own name and to fight for other survivors like her. This civil action and the laws upon which it is based empower her to do just that.

Sochil Martin, the voice that you have shared today and the action that you take in this lawsuit is **[inaudible][00:18:05]**. You know that you did not have to use your name. You did not have to stand here today. In this lawsuit, Sochil Martin, under the California Child Protection Act and under the laws, could have remained confidential. Sochil, you made a choice to stand here today, and use your name, and file this claim. This racketeering claim, this trafficking claim, this sexual assault and coverup claim, because you want kids to be protected the way you weren't.

You have broken the bonds and holds upon you by this culture and found that voice. What Sochil wants folks in this community to know is that it's not just about this community, or this state, or this country. This is a worldwide enterprise engaged as we speak in the

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 7 of 15   Page ID #:1207

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

6

|  |  |
|---|---|
|  | very things detailed in the complaint filed yesterday. The details of which you can't **[inaudible]**. |
|  | What I want you to know, Sochil, is we applaud your courage and are grateful to you. I also want to say that I have been, and our firm has a privilege to work with survivors of sexual assault, abuse, institutionally and otherwise for over 38 years across this country and in California. As we stand here today, and as we prepare for this lawsuit, it is, to me, the greatest peril we have ever faced or I have ever seen. |
|  | We are here today, standing with Sochil, to sound the alarm and to expose the culture and the predators that are active as we speak. Not just in trafficking. Not just in sexual assault. Not just in the coverup of it, but in the silencing of anyone who would speak against it. I have never, ever, in the 38 years I have been in this work been more alarmed about the safety of children than in this situation. To you, Sochil. All right. |
| Sochi Martin: | I'm gonna say it in Spanish now for the people that have come. I'm gonna say it in Spanish for the people who have accompanied me. We're Latinos. My name is Sochil Martin. I'm 36 years old, and I grew up here in Los Angeles. I was born here in Los Angeles. In 1986, I was born within the inner circle of La Luz del Mundo, and I was raised to be the property of the apostle, Samuel Joaquin Flores and his son, Naason Joaquin Garcia. |
|  | During the first 33 years of my life, I was taught to believe that my body, my mind, my soul belonged to La Luz del Mundo because it was the Will of God. At the age of nine years old, my own family and community taught me that my eternal soul depended on me sexually pleasing La Luz del Mundo apostles. |
|  | For nearly 22 years, I was made to work for, travel for, lie for, and give my body to an organization that saw me as nothing more than financial profit and sexual pleasure. Hundreds, if not thousands, of other children before me and after me have suffered the same fate. I share my story because we must stop what is happening. Several generations of children raised in La Luz del Mundo have been forced to become the sexual servants of La Luz del Mundo's apostles. |
|  | Girls that should be playing with their friends and enjoying their youth spend their time learning how to dance for or touch the |

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 8 of 15   Page ID #:1208

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

7

apostles of La Luz del Mundo. As they grow up, these children are forced into more and more horrific sexual acts, and they can never say no. Their parents, their community, and their ministers teach them that God wants them to please the apostles.

Anyone who speaks out risks being shamed and abused by the community that raised them. For many members, everything they have is taken by La Luz del Mundo. Every dollar they make goes to La Luz del Mundo because they believe that their money will be used to do the work of God here on Earth.

All of the hard-earned money goes to making Naason and his enablers richer. Even the treasured golden family heirlooms of La Luz del Mundo members are melted down to paint the houses of the apostles. La Luz del Mundo not only takes children and money from its members but their labor, too. Thousands of La Luz del Mundo members are coerced into working tirelessly under all conditions to provide La Luz del Mundo and its leaders.

La Luz del Mundo temples in your own town, those are built by coerced, unpaid La Luz del Mundo members. The propaganda that La Luz del Mundo spreads on social networks, that was created by coerced, unpaid La Luz del Mundo members. The food that the pastors eat, the celebrations that La Luz del Mundo has, and the goods that La Luz del Mundo sells come from the hard work of each of the La Luz del Mundo members that have no choice but to do whatever La Luz del Mundo asks of them.

La Luz del Mundo has taken everything from its members, and this won't unless we make it stop. Naason Joaquin Garcia is in jail, but La Luz del Mundo and Naason's enablers continue to commit those crimes every day. I know that standing here today, presenting myself before you, bringing this case, La Luz del Mundo will make me a villain at thousands of services this week. While hundreds of thousands of La Luz del Mundo members will gather to celebrate the birthday or the holy supper. It's the same thing. They use whatever excuse to get more money from their members.

Naason's enablers will say that I'm a liar and a conspirator. Then, they'll coerce their members into giving their last pennies to help Naason fight against me and people like me. While they do that, Naason's family, friends, and bishops will sit back comfortably in a lavish lifestyle that they created with the work off of our backs. Planning for the next generation of abuse and theft. It is time to

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 9 of 15   Page ID #:1209

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4,
Female Speakers 1-3

8

|   |   |
|---|---|
|   | say, "No more." |
|   | Stopping La Luz del Mundo from victimizing its followers is not something that I can do alone. I know that there are countless people like you and me, and I need your help. I hope as I'm standing here today, some of you will see yourself in me. I want you all to know that you no longer have to remain silent. You can speak up and put a stop to it. That you won't be afraid any longer, and that you will tell the world that what happened to you is not right. It is not from God. It is not a blessing. |
|   | They abused you, they abused me, and they continue to do it. Your stories can help us bring down this corrupt organization. If we all come together and speak as one voice, there is nothing that La Luz del Mundo can do to silence us. Let's take care of, let's protect the children, our children. Thank you very much. |
| Jeff Anderson: | We can take a few questions. Before we do, let's first, on behalf of Sochil, there is a body of evidence that has been set forth in this complaint. We're not going to go into that. To every victim and every witness that has been out there and that still is, they're suffering in silence or witnessing in fear. It's time. It's time to call law enforcement. This enterprise is claiming to have five million members across the globe in 58 nations, 15,000 properties. It's time for law enforcement to know. |
|   | While the current apostle, Naason, is in jail right now, this is a global enterprise that needs to be stopped. It's time to call law enforcement, federal and state, wherever they are. You can share your story out with them privately, and you can also, under the California Child Protection, bring action that can punish these wrongdoers in a civil action such as this and preserve your privacy. It's time for the truth. It's time for action. Evangela, do you want to just summarize in Spanish? Please. |
| Evangela: | Good morning. We're here thanks to Sochil. She was brave to share her story. Sochil, thank you very much. Because we know that there are a lot like her who don't know that they have the opportunity to present their story. Through that new law, Law AB 218, you can bring a lawsuit when abuse occurs. You have a three-year window. But this story, as we just heard, isn't just a case of sexual abuse. This is a case of the violation of the human rights of these children who have been under this institution. |

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 10 of 15   Page ID #:1210

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

9

|  |  |
|---|---|
|  | Therefore, we ask all of you who know this institution. You know people who work there, people who have gone to that church. If you're afraid, we have Sochil here. We also have representatives who work with people who have been abused. They've also been abused. As far as traveling, I've gone to Mexico to speak with people. There are very ferocious, horrific sexual cases of children that have occurred for a long time. Now, it's time to put a stop to that institution, which is an institution of crime. It's a corrupt institution. |
|  | Thanks to Sochil, who has shared her story. We hope that you all who are here, by means of communication, reach out to a lot of children so that they come and share their stories. They must understand that they can remain silent, and they will be protected. Thank you very much. |
| Male Speaker 1: | Your name? |
| Female Speaker 1: | Beatriz **[inaudible] [00:32:20]**. |
| Male Speaker 2: | Sochil, come on, here. All right, we're gonna take a few questions here. We'll start right here. |
| Female Speaker 2: | Can you describe your cooperation with law enforcement? Who have you met with? When did you meet? Are you concerned that your principal theme – ? |
| Male Speaker 2: | The question that he's concerned about, law enforcement and has she been cooperating with them. The answer is she has been cooperating. There is an active investigation underway. To that, we have nothing more to say other than they are doing their job. |
| Female Speaker 2: | Can you say which agency? |
| Male Speaker 2: | Well, we're not here to talk about that today. |
| Female Speaker 3: | Sochil, can you – ? |
| Male Speaker 2: | Question over here. |
| Male Speaker 1: | How did you get to La Luz del Mundo church, Sochil? |
| Sochi Martin: | I'm the fourth generation. My grandparents on my grandfather's side, their parents belong to the church, and I was born in the |

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 11 of 15   Page ID #:1211

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

10

|                    |                                                                                                                                                                                                                                                                                                                                                             |
|--------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                    | church. Sorry, I'm the fourth generation of my family in La Luz del Mundo. It's my grandparents – my great grandparents, my grandfather, my grandmother, my mother. My mother, at a very young age, left the church. My aunt raised me and my four siblings. She raised me as Samuel's property.                                                            |
| Male Speaker 3:    | In English, Sochil, please?                                                                                                                                                                                                                                                                                                                                 |
| Sochi Martin:      | In English, yes.                                                                                                                                                                                                                                                                                                                                            |
| Male Speaker 3:    | In English, please?                                                                                                                                                                                                                                                                                                                                         |
| Sochi Martin:      | He asked how did I come about The Light of the World, and I mentioned to him that I'm the fourth generation. My grandfather's parents, they were born in the church. My grandfather was one of the first members of the United States for La Luz del Mundo. I was raised in the church. My biological mother, she was very young. Me and my brother, we lost her to drugs. I have my brother here with me. My aunt raised us, and she raised all four of us in the church. As a slave, we personally Samuel and Naason as she was to Samuel when she was 15. |
| Female Speaker 3:  | Can you talk about – ?                                                                                                                                                                                                                                                                                                                                      |
| Jeff Anderson:     | Sochil's story is one replicated by hundreds of kids and families across the globe. It's not in isolation.                                                                                                                                                                                                                                                  |
| Female Speaker 3:  | Can you talk about when you left LDM and how you decided to come forward?                                                                                                                                                                                                                                                                                   |
| Jeff Anderson:     | The question is what caused you to leave LDM and what caused you to come forward?                                                                                                                                                                                                                                                                           |
| Sochi Martin:      | For the last year before, when I was with Naason, it was a nightmare. Through my entire life, it was a bad dream. I was just living it over and over. Towards the last few, I just saw and lived so many things that I really don't wanna talk about right now. I fell into a depression so many times because of the things that I saw him do. Me and the other girls as well, and young men. |
|                    | When my husband saw the text messages, and he said, "This is very wrong. You're all being used, and this is not a church of God. It's extremely wrong, and what we're doing here is a lie." Sorry to say that I still wanted to go back to church. Just the brainwashing |

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 12 of 15   Page ID #:1212

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

11

|                   |                                                                                                                                                                                                                                                                              |
|-------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                   | of that religious institution. All I knew my entire life, so it's very difficult to just wake up one day and say, "Oh, you know what? It is a lie." That wasn't the case. I wanted to believe that he was an apostle of God. When his bishops came and tried to buy us out, we were like, "This is a lie. It is a business." |
| Female Speaker 3: | When did you leave? Can you provide us with a date? |
| Male Speaker 1:   | Can you say it in Spanish? |
| Female Speaker 3: | Can you just answer that part of the question? |
| Jeff Anderson:    | Briefly in Spanish, do you wanna give a brief presentation of what caused you, in Spanish, to realize what had been done to you was wrong and to leave this organization? |
| Sochi Martin:     | Okay. Yeah, just really quick – |
| Female Speaker 3: | Thank you. |
| Sochi Martin:     | When was the exact date that we left, love? |
| Male Speaker 4:   | I'll never forget. October 13, 2016. |
| Female Speaker 3: | Thank you. |
| Sochi Martin:     | Oh, the 13th of October of 2016 is the exact day that my husband and I chose to leave. |
| Female Speaker 3: | Thank you. |
| Sochi Martin:     | Sorry? |
| Male Speaker 1:   | If you could repeat for me, please. |
| Sochi Martin:     | Oh, in Spanish, yes. |
| Male Speaker 1:   | How you managed to leave the church. |
| Sochi Martin:     | My whole life, since I was a girl, there were a lot of things, a lot of questions that I had in order to move ahead. I didn't understand a lot of things. When you're there, though, with your friends, your family, who all agree, you get used to it. You think it's right. That last year, when I returned to Naason, that whole year was the worst |

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 13 of 15   Page ID #:1213

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

12

year of my life. Because I saw things and lived through things that were very hard. Things that I don't like to go into detail about because they bring me back to very difficult moments.

I went into a lot of depression. They were such horrible things that I said to myself, inside of my soul, "This could be a lie. How could God allow this?" Then, I said, "**[Inaudible][00:38:17]**. He's an apostle," and I would be quiet again." Then, when my husband found texts that were sent to me and to all of the secretaries. We received the same texts, pornographic texts and everything. It scared my husband, and he said, "This is wrong. This isn't right. This isn't from God. This isn't a blessing, Sochil."

So many moves that Naason and his bishops made me and my family do. Finally, I still wanted to go to church. I wanted to believe that he was an apostle. His bishops started to treat it as if it were a business. Finally, we said, "This isn't from God. It's a company. It's a business."

Deborah Mallgrave: Real quick, I just wanna clarify that Sochil and her husband may have stopped –

Jeff Anderson: If you could move closer to the mic, please.

Deborah Mallgrave: Sorry. I just wanted to clarify that Sochil and her husband may have stopped attending services in the fall of 2016, but I'm not sure there is any actual leaving La Luz del Mundo. She has continued to be harassed, coerced, and threatened to this day.

Sochi Martin: I actually have my brother here, and I have – it's LDM members here who have suffered the same harassment on social media, discussing things that they throw at us. It's terrible because if they really knew who this person was, they'd be scared. Because they swear by it, and they say they know him. No, they don't. I know him, and those that are around him know him. What's scary is that they're okay with it.

The other girls have left, just far away. They want nothing to do with him. They are still being harassed that they'd better not speak, that they'd better not say. It's all about, "I'll do something to your kids." It's, "I'll do something to your parents." I'm standing here before you today, holding the hand of my family members, my husband, and with the hopes that we're not alone.

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 14 of 15   Page ID #:1214

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

13

|  |  |
|---|---|
|  | That with your help and the outlets that are here today, we're gonna let the world know that this institution needs to stop. Because having sex with children is the most disgusting act that you can commit. He's a dangerous criminal, and so are those around him. |
| Male Speaker 1: | Can you say that last part in Spanish, please? |
| Sochi Martin: | Yes. |
| Jeff Anderson: | A last, final comment. This powerful lawsuit brought by this powerful woman is designed to not just to stop him, the man known – who calls himself the apostle, who's in prison. All those in leadership and in participating in this ongoing criminal enterprise that involves the exploitation of vulnerable adults and children as we speak. As we speak. Thank you, Sochil. |
| Male Speaker 1: | Could she relay the last message in Spanish, the last part, how she's being harassed? |
| Sochi Martin: | Yeah. I – |
| Male Speaker 1: | You said that he was dangerous. |
| Sochi Martin: | Yes. I was just saying that it's through the support of the media that the topic could be addressed that this religion isn't a religion. It's a mafia. It's a business. They're dangerous. Naason isn't the only problem. The problem is the institution. His bishops, pastors, his friends who are with him are dangerous. We have to put a stop to it.<br><br>Because in the same way that I have my friends who are here, I have family, too. Also, on social media, I've received letters from his people saying, "I'm going to do something to your parents, to your family, to your kids." It's out of fear, but I'm here before you all to tell you that I don't feel alone. I feel the support that I have here now with you all. Thank you very much. |
| Jeff Anderson: | Thank you, Sochil, to all the survivors, yourself in particular today. All those witnesses and survivors that are coming forward, willing to expose this culture and stop this criminal enterprise. Thank you, Sochil. We'll come back there. **[Crosstalk]** |
| Male Speaker 4: | It's 11:00. **[Crosstalk]** |

Case 2:20-cv-01437-FWS-AS   Document 58-1   Filed 06/22/20   Page 15 of 15   Page ID #:1215

19797_Video Re Naason Audio
Jeff Anderson, Deborah Mallgrave, Joshua Robbins, Sochi Martin, Evangela, Male Speakers 1-4, Female Speakers 1-3

14

**[End of Audio]**

**Duration: 44 minutes**