1  Ethan J. Brown (SBN 218814)
    (ethan@bnsklaw.com)
2  Geoffrey A. Neri (SBN 258802)
    (geoff@bnsklaw.com)
3  BROWN, NERI, SMITH & KHAN LLP
   11601 Wilshire Blvd., Suite 2080
4  Los Angeles, California 90025
   Telephone:  (310) 593-9890
5  Facsimile:  (310) 593-9980

6

7  Attorneys for Defendants
   *Jose Hernandez, Silverio Coronado, Aurelio Zavaleta,*
   *Uzziel Joaquin, Jonathan Mendoza, David Mendoza,*
8  *Benjamin Joaquin Garcia and Jose Luis Estrada*

9

10                    UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

12

| | |
|---|---|
| 13  SOCHIL MARTIN,<br>14         Plaintiff,<br>15  v.<br>16  LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br>              Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**DEFENDANTS JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, BENJAMIN JOAQUIN GARCIA, AND JOSE LUIS ESTRADA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE AND STAY**<br><br>Date: July 13, 2020<br>Time: 1:30 p.m.<br>Ctrm: 5D<br><br>Action filed: February 12, 2020<br><br>[Filed concurrently: Opposition to Motion to Intervene and Stay and Declaration of Geoffrey A. Neri] |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin Garcia, and Jose Luis Estrada (the "Individual Defendants") hereby request that this Court take judicial notice two transcripts of press conferences held by Plaintiff Sochil Martin.

Federal Rule of Evidence 201 provides that courts may take judicial notice of facts that "can be accurately and readily determined by resort to sources whose accuracy cannot be questioned." FRE 201(b)(2). The Individual Defendants request that the Court take judicial notice of the transcript attached to the Declaration of Geoffrey Neri ("Neri Decl.") filed concurrently, for the fact that Plaintiff Sochil Martin held the press conferences, for which the transcripts represent occurred. *See U.S. v. Cauble*, 532 F. Supp. 804, n. 6 (E.D. Tex., 1982) aff'd, 757 F.2d 282 (5th Cir. 1985) [taking judicial notice of the fact that programs broadcast by television stations were available to many viewers in the district]; *Golub v. Gigamon Inc.*, 372 F. Supp. 3d 1033, 1043 (N.D. Cal. 2019) [taking judicial notice of conference call transcripts and press releases that were referred to in plaintiff's complaint].

Based on the above authorities, the Individual Defendants request the Court take judicial notice of the following documents, which are attached to the concurrently filed declaration of Geoffrey A. Neri.

- **Ex. A**– Transcript of February 13, 2020 "News Conference" held by Plaintiff Sochil Martin, and her attorneys, Jeff Anderson, Deborah Mallgrave, and Joshua Robbins.

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   | DATED: June 22, 2020 | BROWN, NERI, SMITH & KHAN LLP |
| 3   |     | By: <u>   /s/ Geoffrey A. Neri   </u> |
| 4   |     |     Geoffrey A. Neri |
| 5   |     | Attorneys for Defendants Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin Garcia, and Jose Luis Estrada |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 22, 2020.

DATED: June 22, 2020

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
     Geoffrey A. Neri