Alan Jackson (SBN 173647)
ajackson@werksmanjackson.com
Caleb Mason (SBN 246653)
cmason@werksmanjackson.com
WERKSMAN, JACKSON & QUINN LLP
888 W. 6th St. 4th Floor
Los Angeles, California 90017
Telephone:  (213) 688-04600
Facsimile:   (213) 624-1942
Attorneys for Defendant
*Naason Joaquin-Garcia*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**DEFENDANT NAASON JOAQUIN-GARCIA'S JOINDER IN OPPOSITION TO MOTION TO INTERVENE; DECLARATION OF CALEB MASON**<br><br>Date:  July 13, 2020<br>Time: 1:30 p.m.<br>Ctrm: 5D<br><br>Action filed:  February 12, 2020 |

Defendant Naason Joaquin-Garcia ("Mr. Garcia") joins the Opposition to the Motion to Intervene, ECF Doc. 57 ("Opposition"), filed by co-Defendants Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin Garcia and Jose Luis Estrada.

Mr. Garcia concurs with the arguments of counsel in the Opposition, and wishes to add only that the Superior Court order in *People v. Naason Joaquin-Garcia et al.*, No. BA-47856 ("Criminal Case"), upon which the Attorney General's Motion to Intervene is based will have expired by the time of this Court's hearing on the Motion to Intervene. On April 7, 2020, the Court of Appeals ordered the Criminal Case dismissed, for failure to provide Mr. Garcia with a timely preliminary hearing. The Court of Appeals decision ordering dismissal is provided to the Court herewith as Exhibit 1 to the Declaration of Caleb Mason ("Mason Decl."). Exhibit 2 to the Mason Declaration is the Court of Appeal's Notice regarding the application of the Supreme Court's emergency COVID-19-related order delaying finality of Court of Appeal decisions. The Notice provides that the Court of Appeal's decision was final in the Court of Appeal on June 6, 2020. Mason Decl. Ex. 2. Per Rule of Court 8.500(e)(2), the time for filing a petition for review in the Supreme Court is 10 days. That period has expired. The Superior Court has set July 9, 2020, as the date for proceedings regarding remand and dismissal. Mason Decl. ¶ 4.

DATED: June 22, 2020          Respectfully submitted,
                              WERKSMAN JACKSON & QUINN LLP
                    By:       /s/ *Caleb E. Mason*
                              ALAN J. JACKSON
                              CALEB E. MASON
                              Attorneys for Defendant
                              Naason Joaquin-Garcia