# EXHIBIT B

Sochil Martin:  (00:02:46)  He is Jesus. He's Jesus on Earth.// (00:07:45) He was the purest, most perfect man on earth

Nasson Joaquin Garcia is called the apostle by the millions of followers who he claims belong to the Light of the World church, an evangelical fundamentalist church active in every state in the United States and in dozens of other countries around the world.

Sochil Martin:.//So everything that I was taught to do for him. It wasn't wrong. It was, it was, it was a blessing. It was a blessing.

But now Sochil Martin says she knows better, that what she did for the Apostle was very wrong and now she is coming forward in this interview and in a lawsuit set to be filed soon, claiming the Apostle turned her into a sex slave and ordered her to help him recruit young girls and boys for sex trafficking.

Brian Ross: (00:33:21) Did you see times where there were girls under the age of 17 who were involved in sexual relationships of having sex?

Sochil Martin: With Nasson?  Yes. All the time.

Brian Ross: (00:35:45) Which he was?

Sochil Martin: Yes.

Brian Ross: Having sex with? Essentially raping them?

Sochil Martin: Yes. I was there?

Brian Ross: You saw that?

Sochil Martin: I saw that.

Brian Ross: (00:35:58) Often? Occasionally?

Sochil Martin: Often. It was an everyday thing.

Her account comes as the church leader is already behind bars in Los Angeles, awaiting trial on sex trafficking charges brought by the California attorney general.  He has pleaded not guilty.

California attorney general:

Sochil says she is now cooperating with the California attorney general and with the FBI and federal prosecutors, the first alleged victim of Garcia to speak publicly.

Sochil Martin: (00:01:25) I was a member of the church for 30 years of my life. I was born into the church fourth generation. My great grandparents, my grandparents were on the first members of the Los Angeles church.

The church is run like a family business.  It was founded by Garcia's grandfather in Guadalajara, Mexico, He was the  first self-proclaimed Apostle, a title he passed on to his son Samuel.

Sochil says it was Samuel who first introduced her to the dark side of the church.

Sochil Martin: (00:13:47) I was nine, nine, ten years old and you're right when you says it's a dark place, just because even when you're that young, you know something's off no matter what they tell you.

But she says inside the church, the young girls recruited for the Apostle are considered special, encouraged by their own mothers to serve him.

Sochil Martin: (00:13:09) You think that you're chosen and you're taught that you're lucky. You're lucky to be there and that the rest of girls are like wow.//(00:19:09) you're taken to a private room or to one of his private homes of his private properties, and you're forced to take you clothes off for them and touch them and seduce them in a way that an older woman would.

Brian Ross: (00:24:16) Your mother was actually encouraging you to do this?

Sochil Martin: She took me. Yes. She would buy things for me and she would take me physically and

Brian Ross: Knowing what was going on?

Sochil Martin: yes. And she would speak to him before and after.

Brian Ross: Why would she do that?

Sochil Martin: She thought it was OK. she herself, she was young, she was, she was with him. She was one of his concubines. So I'm guessing that she thought that it Was OK to do it.

Later, as a high school student in Los Angeles, attending John Marshal high school, Sochil says she was then seduced and molested by Nasson Garcia, who was married but not yet crowned the Apostle.

Sochil Martin: (00:31:47) He would caress my buttocks and my waist and the size of my breasts. So in my head again, I still try to believe that, it wasn't that bad, but it's bad. And I guess if you want to call it that, it is. He molested me at age 16 and I didn't see it that way.

When Nasson took over running the church following the death of his Sochil only grew more extensive and weirder, Sochil says. Including recording scenes of group sex with Sochil and underaged girls.

Sochil Martin: (01:42:04) Naked during sexual affairs. And you know, the groups of group sex. And he would record with phones and iPod and tablets. And he had his computer. He would download all of it. And he would keep that with him.

In fact, the California prosecutors have said in court they have recovered score of the Apostle's phones and tablets and computers with sex tapes of underage children.

Prosecutor:

Brian Ross: (01:55:17) Does it bother you that you're in those videos?

Sochil Martin: It does. Just because in the moment when you're there, you think it's a blessing. But things came to a head, Sochil Martin says, when she refused to perform a sex act on a 14-year old boy in front of the boy's mother and the Apostle.

She says the Apostle was furious at her refusal and gave her a beating.

Sochil Martin: (01:05:28) After the situation with him, the little boy.(01:06:03) He calls me back and that's what happened. He leaned me over and he struck me until I couldn't feel my right leg.

Brian Ross: You tell him to stop?

Sochil Martin: You can't tell him to stop. You can't tell him no, you can't tell him this isn't right. You can't tell him it hurts. You can't tell him. You can't tell him that you're unhappy. You can't tell him that you're in pain. You can't tell him that you're confused. You can't say any of that.

Lawyers for the Apostle have already attacked Sochil Martin, saying in court papers they have "uncovered new evidence of Sochil Martin's own criminal conduct."

Saying she "groomed underage girls in an attempt to extort Mr. Garcia," showing them "how to pose sexy" and allegedly telling others "she was in love with Mr. Garcia and repeatedly describe him as "her everything."

Brian Ross: (01:02:40) When he asked you to be with these young women, minor girls, You went along with it?

Sochil Martin: You don't have a choice, you don't have a choice, like everything is my being, my mind, my body, everything I was taught my entire life was that that was OK. It was done to me, was done to my mom. It was done to all those other girls that I grew up around. And their moms were OK with it.

Sochil Martin has now left the church and is in the California witness relocation program.

Treated as an outcast by her family, with the church denouncing her wherever they can.

Sochil Martin: (01:47:51) I lost my family. I lost friends. I lost my society. I lost my world.//(01:35:40) I fell down. I was beat up. I was kicked, I was emotionally, physically, mentally.//the bravest thing I ever did was get back up when I wanted to die. And that's what I feel happened. So now that I'm up, I feel like it's my responsibility to keep going.//(01:37:25)It's try all you want, but the truth is there and justice is there and it's waiting for you.