# EXHIBIT C



| Noticias | Opinión | Nuestra Barra | Programación | ¿Quiénes somos? | Contacto |

### Nacional

# Defensa de Naasón acusa conspiración

06-02-2020



Por: Staff quierotv.mx

La defensa del líder de la iglesia La Luz del Mundo, Naasón Joaquín García, acusó conspiración por parte de una de las de denunciantes de su cliente.

Ante la Corte de California, la defensa indicó que la denunciante número cuatro tenía un acuerdo de inmunidad para no ser investigada y que no debería ser tratada como víctima ya que, presuntamente, está envuelta en una conducta criminal, lo que viola el código penal. También reclamó que no se haya revelado su identidad.

En un documento emitido por la defensa, se acusa a esta denunciante de formar parte de una conspiración contra su cliente, a quien intentaba extorsionar. Añade que la denunciante conspiró con Sochil Martin, una testigo de la fiscalía de California para involucrar a Naason en los casos de abuso de menores y producción de pronografía infantil.

Según la defensa, ambas tenían acceso a los dispositivos electrónicos de Naasón, pues una era su secretaria y otra su asistente personal, por lo que presumió que pudieron haber planeado las imágenes poronográficas que se presentan en contra de Naasón.

Así la defensa argumentó que el líder religioso no es un peligro potencial para menores de edad y debe ser liberado bajo fianza.

Naasón Joaquín es acusado de crímenes de abuso, tráfico y producción de pornografía de menores.



**Comentarios**

0 comentarios    Ordenar por  Más antiguos

Agregar un comentario...

Plugin de comentarios de Facebook



Facebook | Twitter | Email | WhatsApp | More 26

## Ver más Nacional




2020-06-22
**Anonymous hackea portal de Conapred; denuncian gobierno de AMLO**


2020-06-22
**Loret acusa embestida de la 4T tras reportaje de Irma Eréndira**


2020-06-22
**Ackerman demandará a Loret de Mola en México y EUA**


2020-06-22
**PAN, PRI y PRD visualizan alianza contra Morena en la CDMX**


2020-06-22
**Autoridades electorales deberían renunciar por caso Odebrecht: AMLO**

Ver más...



© Todos los dererechos reservados quiero tv 2018

Aviso de Privacidad

Este material cuenta con derechos de propiedad intelectual. De no existir previa autorización por escrito de quiero tv, Quiero Media S. A. de C. V., queda expresamente prohibida la publicación, retransmisión, distribución, venta, edición y cualquier otro uso de los contenidos (De manera descriptiva pero no limitativa, a los logotipos, diseños, contenido, texto, fotografías, audios, videos, etc.) Si desea hacer uso de cualquier contenido de quiero tv, por favor comuníquese a las Oficinas de quiero tv, al 33 28 74 18 00. Gracias.