# EXHIBIT D

Case 2:20-cv-01437-FWS-AS   Document 62-5   Filed 06/22/20   Page 2 of 14   Page ID #:1404

Court of Appeal, Second Appellate District
Daniel P. Potter, Clerk
Electronically RECEIVED on 11/12/2019 at 3:19:20 PM

Court of Appeal, Second Appellate District
Daniel P. Potter, Clerk
Electronically FILED on 11/12/2019 by Melissa Uribe, Deputy Clerk

CASE #: B302119

# COURT OF APPEAL
## STATE OF CALIFORNIA
### SECOND APPELLATE DISTRICT

| | |
|---|---|
| NAASON JOAQUIN GARCIA, ) | WRIT NO.: |
| ) | |
| Petitioner, ) | TRIAL CASE NO.: |
| ) | BA475856 |
| v. ) | |
| ) | |
| SUPERIOR COURT OF CALIFORNIA ) | |
| FOR THE COUNTY OF LOS ANGELES,) | |
| ) | |
| Respondent, ) | |
| _____ ) | |
| ) | |
| THE PEOPLE OF THE STATE OF ) | |
| CALIFORNIA, ) | |
| ) | |
| Real Party in Interest. ) | |
| _____ ) | |

## LODGING OF EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF PROHIBITION AND/OR MANDAMUS

The following exhibits are hereby lodged in support of the Petition for Writ of Prohibition and/or Mandamus filed concurrently herewith:

### EXHIBIT INDEX

| EXHIBIT | DOCUMENT | BATES # |
|---|---|---|
| | **VOLUME I OF III** | |
| Exhibit A | Felony Complaint | BS000003 |
| Exhibit B | Reporter's Transcript of June 21, 2019 Proceedings | BS000023 |
| Exhibit C | Amended Felony Complaint | BS000068 |
| Exhibit D | Reporter's Transcript of July 15, 2019 Proceedings | BS000087 |
| Exhibit E | Reporter's Transcript of July 16, 2019 Proceedings | BS000218 |

BS000001

| Exhibit F | Reporter's Transcript of August 2, 2019 Proceedings | BS000274 |

DATED: November 12, 2019         WERKSMAN JACKSON & QUINN LLP

By: _____
   Alan Jackson
   Kelly C. Quinn
   Caleb Mason
   Attorneys for Defendant
   Naason Joaquin Garcia

# EXHIBIT D

BS000087

```
 1   CASE NO:              BA475856
 2   NAME:                 PEOPLE VS. NAASON J. GARCIA
 3                         ALONDRA OCAMPO AND
 4                         SUSANA M. OAXACA
 5   LOS ANGELES, CA       MONDAY, JULY 15, 2019
 6   DEPT. 127             DAVID R. FIELDS, JUDGE
 7   REPORTER:             PATRICIA MCNEAL, CSR NO. 4458
 8   TIME:                 1:38 P.M.
 9
10
11   APPEARANCES:
12        DEFENDANT NAASON J. GARCIA, PRESENT IN COURT
13        UTILIZING THE SERVICES OF THE SPANISH INTERPRETER
14        AND BEING REPRESENTED BY KENNETH ROSENFELD AND
15        ALLEN SAWYER AND STEPHEN E. TAYLOR, PRIVATELY
16        RETAINED COUNSEL; DEFENDANT ALONDRA OCAMPO, PRESENT
17        IN COURT AND BEING REPRESENTED BY RYAN F. RODRIGUEZ,
18        PRIVATELY RETAINED COUNSEL; DEFENDANT SUSANA M.
19        OAXACA, PRESENT IN COURT AND BEING REPRESENTED BY
20        JOHN P. CAREY, PRIVATELY RETAINED COUNSEL; AND DIANA
21        CALLAGHAN AND AMANDA G. PLISNER, DEPUTIES ATTORNEY
22        GENERAL, PRESENT AND REPRESENTING THE PEOPLE OF THE
23        STATE OF CALIFORNIA.
24
25        THE FOLLOWING PROCEEDINGS WERE HELD:
26
27        THE COURT:  OKAY.  CALLING THE CASE PEOPLE OF THE
28   STATE OF CALIFORNIA VERSUS NAASON JOAQUIN GARCIA, ALONDRA
```

1  OCAMPO, AND SUSANA MEDINA OAXACA.  IT'S B.A. 475856 IS THE
2  CASE NUMBER.
3              COUNSEL, PLEASE MAKE YOUR APPEARANCES FOR THE
4  RECORD.
5        MR. ROSENFELD:  GOOD AFTERNOON, YOUR HONOR.
6              KENNETH ROSENFELD ON BEHALF OF MR. GARCIA WHO
7  IS PRESENT IN CUSTODY.
8        MR. SAWYER:  ALLEN SAWYER FOR MR. GARCIA.
9        MR. TAYLOR:  STEPHEN TAYLOR FOR MR. GARCIA.
10        MR. RODRIGUEZ:  GOOD AFTERNOON, YOUR HONOR.
11              RYAN RODRIGUEZ APPEARING ON BEHALF OF MRS.
12  OCAMPO WHO IS PRESENT IN COURT IN CUSTODY SEATED BEHIND ME.
13        MR. CAREY:  AND PAT CAREY ON BEHALF OF SUSANA MEDINA
14  OAXACA.  AND SHE IS PRESENT IN COURT ON BOND.
15        THE COURT:  THANK YOU.
16              PEOPLE.
17        MS. PLISNER:  GOOD AFTERNOON, YOUR HONOR.
18              DEPUTY ATTORNEY GENERAL AMANDA PLISNER FOR THE
19  PEOPLE.
20        MS. CALLAGHAN:  GOOD AFTERNOON, YOUR HONOR.
21              DIANA CALLAGHAN, DEPUTY ATTORNEY GENERAL FOR
22  THE PEOPLE.
23        THE COURT:  THANK YOU ALL VERY MUCH.
24              ALL RIGHT.  SO WE ARE HERE FOR BAIL REVIEW.
25  THERE'S BEEN A MOTION BASED FOR, ON BEHALF OF DEFENDANT
26  GARCIA AND DEFENDANT OCAMPO TO REDUCE BAIL; IS THAT CORRECT?
27  IS THAT WHAT YOU WOULD LIKE TO DO?
28        MR. SAWYER:  YES, YOUR HONOR.

1    TRUE, YOUR CLIENT HAS VICTIMIZED FOUR YOUNG WOMEN, FOUR
2    YOUNG WOMEN.
3            AND THE FACT OF THE MATTER IS, OKAY, SOMEONE
4    IS GOING TO COME UP AND SAYS "WELL, THE RELIGION DOESN'T
5    ALLOW FOR GROOMING OF YOUNG WOMEN" AND MAYBE THE ATTORNEY
6    GENERAL SAID THIS.  BUT THE FACT OF THE MATTER IS I HAVE TO
7    LOOK AT WHAT YOUR, WHAT I BELIEVE YOUR CLIENT MAY OR MAY NOT
8    DO BASED UPON THE EVIDENCE THAT I HAVE BEFORE ME.
9         MR. ROSENFELD:  TWOFOLD, YOUR HONOR.
10           ONE, UNDER ARTICLE 1 SECTION 12, THE COURT CAN
11   CONSIDER ADDITIONAL EVIDENCE.  AND THE SUPPLEMENTAL BRIEF
12   THAT WE FILED SHOWS THAT THIS IS A CONSPIRACY, THAT WE HAVE
13   WITNESSES.  I HAVE THEIR STATEMENTS RIGHT HERE WHICH I SAID
14   I WOULD PROVIDE IN MY MOTION TO THE COURT ABOUT ONE OF THE
15   COMPLAINING WITNESSES APPROACHING TWO MINORS ASKING THEM TO
16   TAKE SEXUAL PICTURES TO SEND TO MY CLIENT TO SET HIM UP --
17        THE COURT:  I READ THAT.
18           AND TO ME, THAT REALLY DOESN'T CONVINCE ME.
19   THE FACT OF THE MATTER IS THAT YOUR -- THE ALLEGATIONS OF
20   THESE WOMEN ARE NOT IMPAIRED BY WHAT YOU ARE ALLEGING HERE.
21   YOU HAVE GOT FOUR SEPARATE WOMEN, YOU KNOW, JANE DOE'S 1, 2,
22   3, AND 4 WHO -- THE ALLEGATIONS ARE THAT THEY WERE, YOU
23   KNOW, THE ALLEGATIONS, VERY VIOLENT SEXUAL OFFENSES AGAINST
24   HIM.
25        MR. ROSENFELD:  AN ALLEGATION, THAT IS TRUE, YOUR
26   HONOR.
27           BUT THE COURT CAN HEAR ADDITIONAL EVIDENCE WE
28   HAVE SUBMITTED.  IN THIS MATTER, WHEN YOU TALK ABOUT BAIL,

1        THE COURT:  ON HIS PERSON.
2        MS. PLISNER:  THE DEVICES WERE FOUND ON THE
3   DEFENDANT'S PERSON, AND THE IMAGES WERE FOUND ON THOSE
4   DEVICES.
5        MR. ROSENFELD:  I WOULD ASK THE COURT TO CONSIDER AND
6   KEEP IN MIND MY SUPPLEMENTAL BRIEF THAT WE HAVE PROVIDED
7   EVIDENCE -- WE HAVE IT RIGHT HERE -- THAT THERE WAS A
8   CONSPIRACY WITH THE COMPLAINING WITNESS THAT WANTED TO SEND
9   NAKED PICTURES OF MINORS TO MY CLIENT TO EXTORT HIM FOR
10  MONEY.  I WOULD LIKE TO KEEP THAT IN MIND WHILE THIS WITNESS
11  IS TESTIFYING.
12       THE COURT:  UNDERSTOOD.
13            GO AHEAD.  CALL A WITNESS.  WHO ARE YOU GOING
14  TO CALL?
15       MS. PLISNER:  THE PEOPLE WOULD CALL TASK FORCE AGENT
16  STEVEN STOVER.
17       THE COURT:  REMEMBER, NO CAMERAS ON THIS WITNESS.
18            COME ON UP, SIR.  STAND OVER HERE BY THE
19  CHAIRS.
20       THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.
21            DO YOU SOLEMNLY STATE THAT THE TESTIMONY YOU
22  MAY GIVE IN THE CAUSE NOW PENDING BEFORE THIS COURT SHALL BE
23  THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO
24  HELP YOU GOD?
25       THE WITNESS:  I DO.
26
27
28

1      Q      SO, SO YOU'RE, ALL THESE IDENTIFICATIONS OF
2   AGE AND NAME IS DONE BY A COMPLAINING WITNESS; IS THAT
3   CORRECT?
4      A      RIGHT NOW, YES.
5      Q      OKAY.  SO WOULD IT BE NICE TO KNOW A LITTLE
6   ABOUT THAT COMPLAINING WITNESS?
7          THE COURT:  COUNSEL, AGAIN YOU ARE ARGUMENTATIVE.
8          MR. SAWYER:  IN ORDER TO MAKE AN OPINION WHETHER IT'S
9   RELIABLE FOR YOU TO RELY ON IT -- THAT IS KIND OF COMPOUND.
10  I WILL REPHRASE THAT QUESTION.
11     Q      IN ORDER TO KNOW -- PROFESSIONALLY, YOU ARE
12  RELYING ON THIS WITNESS' STATEMENTS TO IDENTIFY THESE
13  IMAGES; IS THAT CORRECT?
14     A      YES.
15     Q      OKAY.  WOULD IT BE NICE TO KNOW IF THAT
16  PERSON, FOR EXAMPLE, IS INVOLVED IN A CONSPIRACY?
17     A      IF THEY WERE INVOLVED IN A CONSPIRACY?
18     Q      CORRECT.
19     A      IF I KNEW THAT INFORMATION AHEAD OF TIME?  IS
20  THAT WHAT YOU ARE ASKING?
21     Q      YES.
22            WOULD THAT BE RELEVANT?
23     A      YES.
24     Q      OKAY.  SO IF, FOR EXAMPLE, IF A PERSON THAT IN
25  NINE MONTHS EARLIER --
26          MS. PLISNER:  OBJECTION.  ASSUMES FACTS NOT IN
27  EVIDENCE.
28          THE COURT:  SUSTAINED, COUNSEL.

1          YOU CAN ARGUE THIS. I READ YOUR PAPERS. BUT

2  HE TESTIFIED THAT HE KNEW THE PERSON WAS ENGAGED IN A

3  CONSPIRACY WOULD BE RELEVANT. THIS IS ARGUMENTATIVE.

4          MOVE ON.

5     MR. SAWYER: WE HAVE EVIDENCE WE ARE GOING TO PROVIDE

6  UNDER SEAL THAT A PERSON THAT PLOTTED TO PUT --

7     MR. PLISNER: OBJECTION.

8     MR. SAWYER: CAN I MAKE MY OFFER OF PROOF?

9     THE COURT: COUNSEL, TALK TO ME NOT TO HER.

10    MR. SAWYER: I AM.

11         YOUR HONOR, SO WE HAVE AN OFFER OF PROOF THAT

12  WE WOULD LIKE TO MAKE TO YOU WHICH IS THAT WE HAVE EVIDENCE

13  OF MINORS THAT WERE APPROACHED BY A COMPLAINING WITNESS OF

14  THE PROSECUTION.

15    THE COURT: YOU KNOW IF THIS IS JANE DOE 4?

16    MR. SAWYER: THEY ARE CONNECTED TO JANE DOE 4.

17    THE COURT: COUNSEL, MOVE ON THEN. MOVE ON.

18         NEXT INQUIRY TO THIS WITNESS.

19         YOU ARE NOT AWARE OF ANY CONSPIRACY THIS

20  PERSON IS INVOLVED IN WITH JANE DOE 4; IS THAT CORRECT?

21    THE WITNESS: NONE WHATSOEVER.

22    THE COURT: SO MOVE ON.

23    MR. SAWYER: I WILL MOVE ON. BUT I WOULD LIKE TO

24  MAKE A REQUEST THAT, FOR YOU TO RECONSIDER US BEING ABLE TO

25  PRESENT THAT EVIDENCE IN COURT TODAY.

26    THE COURT: OKAY. IT'S OVERRULED. AND MOVE ON.

27         I HAVE READ YOUR PAPERS, HOWEVER. GO AHEAD.

28    MR. SAWYER: THANK YOU, YOUR HONOR.

```
 1   TALK TO YOU.
 2
 3            (WHEREUPON, A DISCUSSION WAS HELD AT
 4             THE BENCH, NOT REPORTED. )
 5
 6        THE COURT:  SO FOR THE RECORD, BECAUSE OF THE ISSUES
 7   WE HAVE WITH SCHEDULING FOR ATTORNEYS -- AND IT DOES HAPPEN
 8   YOU HAVE MULTIPLE ATTORNEYS, YOU HAVE WITNESSES TRYING TO
 9   GET EVERYONE AT THE SAME PLACE AT THE SAME TIME.  SO.
10             MR. ROSENFELD, IF YOU HAVE CROSS, YOU CAN DO
11   IT NOW.
12
13                      CROSS-EXAMINATION
14   BY MR. ROSENFELD:
15        Q    GOOD AFTERNOON, AGENT HOLMES.
16        A    GOOD AFTERNOON COUNSEL.
17        Q    IF YOU HAD INFORMATION THERE WAS A CONSPIRACY
18   AGAINST SOMEBODY AND YOU HAD INFORMATION THAT COULD LEAD TO
19   INVESTIGATION REGARDING THAT CONSPIRACY, WOULD THAT BE
20   IMPORTANT TO YOU AS AN OFFICER?
21        A    IT WOULD.
22        Q    HAVE YOU BEEN MADE AWARE THAT THERE IS
23   INFORMATION IN THIS CASE THAT THERE WAS A COMPLAINING
24   WITNESS THAT WAS MAKING A DOCUMENTARY LONG BEFORE EVER
25   REPORTING AGAINST MR. GARCIA?
26        MS. CALLAGHAN:  OBJECTION.  RELEVANCE.
27        MS. PLISNER:  OBJECTION.  RELEVANCE.
28        THE COURT:  OVERRULED.
```

```
 1                    YOU CAN ANSWER.  ARE YOU AWARE OF THAT?
 2              THE WITNESS:  I AM NOT.
 3    BY MR. ROSENFELD:
 4         Q     WERE YOU AWARE THERE IS A COMPLAINING WITNESS
 5    THAT ATTEMPTED TO GET TWO MINORS TO TAKE NAKED PICTURES --
 6              MS. PLISNER:  OBJECTION.
 7              MS. CALLAGHAN:  OBJECTION.  ASSUMES FACTS NOT IN
 8    EVIDENCE.
 9              THE COURT:  SUSTAINED.  HE IS NOT AWARE OF IT.
10                    MOVE ON, COUNSEL.
11              MR. ROSENFELD:  WELL, I WAS JUST ASKING IF HE WAS
12    AWARE OF IT.
13              THE COURT:  HE IS NOT AWARE.
14    BY MR. ROSENFELD:
15         Q     THE TEXT MESSAGES YOU ARE TALKING ABOUT, DID
16    YOU PHYSICALLY SEE MR. GARCIA SEND THOSE TEXT MESSAGES OR
17    RESPOND?
18         A     I AM NOT.
19         Q     ARE YOU AWARE MR. GARCIA HAS MANY PEOPLE THAT
20    WORK FOR HIM?
21         A     YES, I UNDERSTAND HE HAS A LARGE CONGREGATION,
22    YES.
23         Q     DO YOU UNDERSTAND HE HAS A LARGE EXECUTIVE
24    STAFF THAT ANSWERS PHONE CALLS AND TEXT MESSAGES AND EMAILS?
25         A     I DON'T KNOW THAT.  BUT --
26         Q     WOULD IT SURPRISE YOU?
27                    YOU ARE AN AGENT.  YOU HAVE BEEN AROUND --
28              MS. CALLAGHAN:  OBJECTION.  RELEVANCE.
```

```
 1            THE COURT: YOU ARE ASKING HIM NOW TO SPECULATE.
 2                 YOU ARE AWARE THAT HE HAS A LARGE STAFF THAT
 3    WORKS FOR HIM; IS THAT CORRECT?
 4            THE WITNESS: YES, YOUR HONOR.
 5            THE COURT: ARE YOU AWARE WHETHER OR NOT THEY RESPOND
 6    TO TEXT MESSAGES OR NOT?
 7            THE WITNESS: I DO NOT KNOW THE INTERWORKINGS OF THE
 8    CHURCH IN THAT RESPECT.
 9            THE COURT: OKAY. MOVE ON, COUNSEL.
10    BY MR. ROSENFELD:
11        Q    DO YOU KNOW HOW MANY PEOPLE WOULD HAVE HAD
12    ACCESS TO HIS PHONE?
13        A    I DO NOT.
14        Q    AND AGAIN, YOU ARE NOT AWARE THAT HE
15    PERSONALLY, YOU HAVE NO EVIDENCE THAT HE PERSONALLY WAS
16    RESPONDING TO OR SENDING TEXT MESSAGES, CORRECT?
17            MS. PLISNER: OBJECTION. MISSTATES THE TESTIMONY.
18            THE COURT: WHICH? YOU MEAN THE ONES HE'S TESTIFIED
19    TO TODAY?
20    BY MR. ROSENFELD:
21        Q    THE ONE YOU TESTIFIED TO, YOU HAVE NO
22    KNOWLEDGE, NO EVIDENCE THAT YOU HAVE PERSONAL KNOWLEDGE THAT
23    HE SENT THOSE TEXT MESSAGES OR THAT HE WAS RECEIVING THEM?
24    TRUE?
25            THE COURT: WHAT DO YOU MEAN BY "EVIDENCE?"
26                 HE TESTIFIED THAT SOMEONE WAS COMMUNICATING
27    WITH A PERSON THEY REFERRED TO AS THE PERSON, THE TITLE THAT
28    HE'S REFERRED TO. HE DID TESTIFY ALREADY THAT HE DOESN'T
```

1  KNOW WHETHER OR NOT YOUR CLIENT ACTUALLY SENT THEM OR NOT.
2  SO I DON'T KNOW.
3          MR. ROSENFELD:  THEN I WILL MOVE ON.
4          THE COURT:  YEAH.  MOVE ON.
5  BY MR. ROSENFELD:
6      Q    MEXICAN PASSPORT, YOU HAVE NO EVIDENCE AS YOU
7  SIT HERE RIGHT NOW, PERSONAL KNOWLEDGE, THAT THERE IS A
8  VALID MEXICAN PASSPORT THAT MY CLIENT HAS TO THAT?
9      A    VALID, NO.  WE ARE STILL IN THE WORKS ON THAT.
10     Q    YOU HAD AN OLD PASSPORT NUMBER, CORRECT,
11 MEXICAN PASSPORT NUMBER?
12     A    WE WERE PROVIDED BY THE MEXICAN CONSULATE A
13 PASSPORT NUMBER THAT WAS ISSUED TO NAASON JOAQUIN GARCIA.
14     Q    AND THAT'S EXPIRED?
15     A    THEY DON'T KNOW.  THEY ARE STILL TRYING TO
16 WORK THROUGH THEIR SYSTEM.  I DON'T KNOW HOW MEXICO RUNS
17 THEIR PASSPORT DOWN THERE, BUT THEY ARE HAVING PROBLEMS DOWN
18 THERE.
19     Q    THE BANK ACCOUNT YOU TALKED ABOUT, THAT WAS IN
20 THE DEFENSE OF MR. GARCIA, THAT WAS OPENED ON 6-19, CORRECT?
21     A    I DON'T KNOW WHEN IT WAS OPENED, COUNSEL.
22     Q    YOU TESTIFIED TO THAT FROM --
23     A    I HAVE TO LOOK AT THE ACTUAL SAR.  I DON'T
24 WANT TO MISQUOTE ANYTHING.  SO I HAVE TO LOOK AT THE SAR.
25     Q    DID YOU KNOW MR. GARCIA WAS IN CUSTODY ON
26 6-19, OR DO YOU KNOW THAT?
27     A    YES, I DO.
28          MS. PLISNER:  OBJECTION.  ASSUMES FACTS NOT IN