# EXHIBIT E

**Excerpt From Press Conference of Light of the World Church, streamed live on February 14, 2020**
*Original video available online at*
https://www.youtube.com/watch?v=En1J_5A8aA0&feature=youtu.be

| | |
|---|---|
| **Unidentified Female LDM Spokesperson** | Good afternoon and thank you for coming to our press conference. The 2020 Holy Supper, it's the event that allows us to commemorate the sacrifice of our redeemer Jesus Crist, as well as his glorious resurrection. Allowing all participants to continuing proclaiming from our faith, full of hope, the same message that Christians hold through time – Jesus will come back. The Light of The World Church thanks the Los Angeles County and the City of Pomona for the warm hospitality for our celebration. With the presence of more than 30 thousand delegates representing congregations of the states of Washington, Oregon, Wyoming, Nevada, Idaho, Montana, Utah, Alaska, Hawaii, as well as counties of Central and Northern California. We invite you to learn more of our celebration in a tour that will take place after this conference. The church spokesman will remain pending for any questions. Thank you for your attention. |
| **Jack Freeman** | Good afternoon and thank you very much for coming and accepting our invitation for this press conference. My name is Jack Freeman. I am co-director of corporate communications for the Church of the Light of the World and a minister in Redlands, California. We have a prepared statement that I will read, and after that we will open up to a few questions.<br><br>The Light of the World Church respects the laws, legal system, and its public institutions of every country. We believe and trust that that the public authorities are guarantors of ensuing peace and maintaining a healthy coexistence within our society. We are convinced that in order to achieve wellbeing in a society it is necessary to hold spiritual values that lead us to personal development considering that humanity's greatest objectives is to achieve love, peace, and happiness for all.<br><br>As a responsible religious entity, we do not generate conflict with governments nor do we ask of any resources for them. We self-sufficiently serve the needs of our houses of prayers, our gatherings, the expansion of the gospel, and the livelihood of our worshipers. It is accomplished in accordance with the provisions of all legal systems and not as a for-profit making organization.<br><br>Respect for human dignity is a rule of life. We reject any and all types of acts that violate the dignity of an individual. And furthermore reject any |

1

actions that limit the liberty and fundamental rights of all of human kind. As a church we have established partnerships with the Human Right Commissions worldwide and have hosted workshops and seminars to empower families, women, and children in protecting their inherent human rights.

In regards to religious liberty, we believe that each person has a right to practice their faith and to determine their membership in a religious institution of their choosing.  We do not in any way or form impose a doctrine on any person.  The members of The Church of the Light of the World, the youth and adults alike, through the baptism demonstrate their voluntary decision to become a part of this church.  No one here is forced to act to their own harm, to claim otherwise offends the dignity and intelligence of hundreds of thousands of families around the world.  We want to endorse the moral principles that define our behavior in society.  We recognize one's free will as the guiding principle of this conduct.  We accept sincere, honest, and open dialogue which in turn develops our judgment and skills.  We consider religious fanaticism and intolerance to be limitations on the development of countries.

Consequently, we open up our doors to the knowledge that will eradicate poverty, ignorance, vices, and drug dependencies.  We believe in science as it is a gift from God, whose knowledge is served for the greater causes of humanity, favoring the progress and development of countries.  We affirm that every person has a right to freedom of thought and therefore can chose the religious creed of his choice without any threat of injury.  We consider that unnatural roles such as imposing a certain marital status, dispositions of property, or harming family integrity are contrary to the ethical and moral principles that we follow.  We respect nondiscrimination in the treatment of believers who enjoy the benefits to which they are entitled according to the norms of our church.

Today, February 14, The Light of the World Church is hosting the 2020 Holy Super in the County of Los Angeles, in the beautiful city of Pomona.  We would like to thank both the City of Pomona and the County of Los Angeles for allowing us to host our most sacred event in this location.  Delegates from diverse backgrounds are representing the congregations that have come from different states.  They have gathered from across the United States to commemorate the sacrifices of our Lord and Savior, Jesus Christ, that he made for all humanity.

For this occasion, it has not been possible to acquire a venue to host all of the members of the church in the United States in one sole location.  Therefore, The Light of the World Church has gathered in six different locations throughout our country to celebrate the Holy Supper.  Los

Angeles and San Diego, California, Phoenix, Arizona, Dallas, Texas, Chicago, Illinois and in our great nation's capital of Washington DC.

Today, we the faithful of the church, reaffirm our commitment as human beings to thrive and grow in our respective communities each day practicing the morals and values and instilled in each and every one of us through the gospel of Jesus Christ.  We come together to unite in a common cause to be the light of the world in our homes, our schools, communities, places of employment, on social media platforms, and in our places of worship.

With respect to the heightened media attention cause by the civil lawsuit filed in the Court of Los Angeles, California against the Light of the World Church, we are confident that the matter at hand will be settled in accordance with the legal procedures set by the California judicial system. All information disseminated in a biased manner prior to the official court decision harms the development of due process, the human right to the presumption of innocence, and is a potential influence to a jury.

Furthermore, this can result in the continued discrimination of millions of people worldwide, including highly vulnerable sectors such as children and women who have been subjected to hate speech, cyber bullying, and whose religious rights have been violated.  Therefore, any accusation must be presented to the competent authority providing evidence to support it under the general principles of law that is established - he who accuses is obligated to prove.  Otherwise, any accusation will be biased, self-serving, manipulative with the sole purpose to generate various prejudice, moral damages to the persons and institutions, as well as contaminate the judicial process deliberately causing further damages of impossible repair.

That is why in a respectful way we ask the media to avoid drawing conclusion in advance, and act within the framework of journalist ethics and current regulations.  Furthermore, the length of the trial and the pre-trial detention should never be taken as an indication of guilt or degree of guilt.  We ask that the media respect the legality of the case, its legal process, and its development to ensure that the matter is resolved by the corresponding authorities charged with administering justice.  We reiterate with confidence that these cases will be resolved in accordance with the law and that the innocence of the Apostle of Jesus Christ, Naason Joaquin Garcia will be validated.

From this place, the Light of the World Church makes a cordial invitation to the world to come to get to know us, to come and visit us at our gatherings, to come and know our church, the doors of the houses of prayers are wide open, and we will receive you with open arms.  We have

|  |  |
|---|---|
|  | nothing to hide, for as you know we are the light of the world. Thank you. |
| **[ -- ]** | [Discussion among three persons on screen as to whether to offer a Spanish translation. Video continues in English.] |
| **Jack Freeman** | We're going to do questions first. Being that the majority of the media here is English, I will open it up to questions. |
| **Unknown [Female] Questioner #1** | Will you be addressing any of the specific allegations in the lawsuit? |
| **Jack Freeman** | I will answer your questions. The Church has not been provided with anything written. |
| **Unknown [Female] Questioner #1** | I sent you the lawsuit. |
| **Jack Freeman** | Yeah, we have it, but we have not had time. We are in the middle of our festivity. Our legal department is also involved in this great festivity. But, um, we, we believe wholeheartedly that this country provides the rights to, to be able to have freedom of speech, to be able to provide, uh, an accusation. But we also believe that those that, that accuse are under the obligations of having to prove it, and that is done in a, in a court of law. The church itself is not an entity that is in a place to determine guilt or innocent. But we believe in the innocence and we believe the honorability of the Apostle of Jesus Christ. |
| **Unknown [Female] Questioner #1** | Ok, so, the lawsuit makes allegations that Ms. Sochil Martin, that her aunt and her foster mother, who were part of the church, groomed her to serve as an erotic dancer and sexual servant, first to Samuel Joaquin Flores, um, who passed away, and later to Flores' successor, um, Nasson Joaquin Garcia. Do you have any state- comments towards that? |
| **Jack Freeman** | Um, Wholeheartedly we find these, these accusations to be absolutely untrue and ridiculous. Um, we, we are a church that is, is, is guiding, with honorability with, with peace with love, with respect for, for mankind. Um, I have been in this church for, for many years, for 28 years and I have raised a family in this church. I have a daughter, I have a son who I have raised in this church. I have been a minister for 10 years. I have been in all levels from a member to a minister and, and these accusations, |

| | |
|---|---|
| | there is no proof, no evidence, and there is no possible way that those could have taken place. |
| **Unknown [Female] Questioner #1** | And there were also claims that there were, uh, members of the church who worked unpaid, forced labor. Um, do you have any, um…. |
| **Jack Freeman** | Yes, we, we, we understand that, that that is something that this individual is bringing up. The Church is a certified 501(c)(3) non-profit organization and as you know, that non-profit organizations accept volunteer work. It is not forced. And if, if an individual wishes to, and I think that in the society that we live in non-profit work is looked upon as something that is good. To be able to volunteer their time for an organization and, and, we have individuals in our church that do volunteer their time and they do it with free will and with the desire to, ah, to help the church prosper. |
| **Unknown [Female] Questioner #1** | [ ] And the lawsuit also made allegations that some of the sexual abuse and grooming of young girls came from the top. It says here that church leaders, including the so-called Consejo de Obisopos allegedly supplied victims to the Apostles in order to gain their favor. What is your response to that? |
| **Jack Freeman** | I know the Council of Bishops. I work with them very closely. They are an honorable group. They have responsibilities within the church that is, that is righteous. And in no way, shape, or form is, is any of these accusations in this, in this, tremendously created story, factual. Um, I work with them, there is a system put in place, there is, is, are, there are systems that are put in place to ensure the safety of, of children and the sanctity of young ladies and young men. And it is backed up by the Apostle of Jesus Christ himself and also with this Council of Bishops. Like I said, I have worked directly with them and I work with them now. By no means is any of that factual. |
| **Unknown [Female] Questioner #1** | And how does the church [inaduible] … |
| **Unidentified Female LDM Spokesperson** | Thank you for your questions. As we said earlier, we have, we have been, our legal team has not been served a copy of the lawsuit. Um, so, we don't have a full statement at the moment, but we can answer any of the questions in regards of our celebration. We are shortly going to take you on a tour and maybe we will have some follow-up questions. So [inaudible] |

5

| | |
|---|---|
| **Unknown [Male] Questioner #2** | I want to ask another question on the previous topic, though.  Um, I asked this a bit yesterday, but I wondered if you had anything more to say about, uh, anything we should know about the church's relationship with Sochil Martin.  Obviously in her allegations she, she details a long and complicated relationship with the church and having family members within the church.  Uh, anything you, anything you can tell us about, about what, what, what's true in that regard.  About her relationship with the church, her employment within the church, that would help us understand this [inaudible]. |
| **Jack Freeman** | I know that Sochil Martin was a member of the church.  I met her at one time for 30 seconds.  We had a conversation.  I, I worked in Berea.  I've worked within the church as well.  I've not worked with her.  I do not know the details of her relationship with what she's claiming in the church.  That's as far as I know. |
| **Unknown [Male] Questioner #2** | Sure  And do you have any theory, if, if - if what she's claiming is incorrect, do you have a theory as to why she's making these claims?  All these claims? |
| **Jack Freeman** | Well, I would like to answer that.  Because I think it's very clear.  And if we look at this logically, and I'm glad you're here and I'm glad you're giving me the opportunity to answer this question.  I think that's a question for her.  Why is she doing this?  But if you would, for a moment, step back, and look at the situation, Sochil Martin has been involved with the case at hand since the beginning in June of last year.  Nothing new has happened since then to her.  Why did she wait till this moment, if you think about it, I think it will manifest her character.  We are in the middle of our most Holy and righteous event of the entire year.  She was a member, she knows what we're doing.  She chose to file this lawsuit in a time where it would directly affect the celebration of the Holy Supper.  She could have done it at any moment in the last eight months.  She could have waited till next week.  But the timing of this manifests her character.  There is no sincerity.  There is no care for victims.  There's no care for abuse.  She did this directly to affect the celebration.  So I think you, as media, if you would recognize the situation and understand the timing of this, I think it would tell a lot about the individual who has presented this case.<br><br>And I think we're going to stop right there.  We're now going to turn it over to Elizar Gutierez and he will read the statement in Spanish and answer any questions in Spanish.  Thank you very much. |

**[End of Excerpt]**

6

**Duration: 17 Minutes**