# EXHIBIT F

DEBORAH S. MALLGRAVE  SBN: 198603
GREENBERG GROSS LLP
601 S. FIGUEROA ST., 30TH FLOOR
LOS ANGELES, CA 90017
(213) 334-7000

## UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN<br><br>v.<br><br>LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL. | **CASE NUMBER:**<br>2:20-CV-1437 DDP (ASX) |
| | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons     [ ] first amended complaint     [ ] third party complaint
      [X] complaint     [ ] second amended complaint     [ ] counter claim
      [ ] alias summons     [ ] third amended complaint     [ ] cross claim
      [X] other **SEE ATTACHED DOCUMENT LIST**

2. **Person served:**

   **a.** [X] Defendant *(name:)* **SILVERIO CORONADO, AN INDIVIDUAL**
   **b.** [ ] Other *(specify name and title or relationship to the party/business named):*

   **c.** [X] Address where the papers were served: **1848 LOGAN AVE.**
                                                       **SAN DIEGO, CA 92113**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked):*

   a. [X] Federal Rules of Civil Procedure

   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [X] **By Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [X] Papers were served on *(date):* **02/24/2020** at *(time):* **06:06 pm**

   b. [ ] **By Substituted Service.** By leaving copies:

      **1.** [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      **2.** [ ] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      **3.** [ ] **Papers were served on** *(date):* at *(time):*

      **4.** [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      **5.** [ ] **papers were mailed on**

      **6.** [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**ASAP Legal, LLC**
404 West 4th St., Suite B
Santa Ana, CA 92701
Phone: (714) 543-5100    Fax: (714) 543-5111

Continued from Proof of Service

**CASE #:**   2:20-CV-1437 DDP (ASX)                    **DATE:** February 26, 2020

**CASE NAME:**   SOCHIL MARTIN VS. LA LUZ DEL MUNDO, AN UNINCORPORATED
ASSOCIATION; ET AL.

**SUMMONS; COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF
INTERESTED PARTIES**



ATTORNEY SERVICES LLC

Order#: 31273729/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date):*  at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

**DEBRA SOUSA**
**ASAP Legal, LLC**
**404 West 4th St., Suite B**
**Santa Ana, CA 92701**
**(714) 543-5100**

a. Fee for service: $ **188.00**

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server
Registration # :**3088**
County: **SAN DIEGO**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 26, 2020** _____   **DEBRA SOUSA** _____
                                *Type or Print Server's Name*            *(Signature)*

---

# ASAP ILS
## LEGAL SOLUTION
### ATTORNEY SERVICES LLC
**COURT • PROCESS • MESSENGER**

| DATE 02/21/20 | CONTROL # 31273729 |
|---|---|

Los Angeles    CA    PH (213) 252-2000    FAX (213) 252-2003
Santa Ana      CA    PH (714) 543-5100    FAX (714) 543-5111

• San Francisco, CA • San Diego, CA • Riverside, CA
• Sacramento, CA • Phoenix, AZ
• Tucson, AZ • Las Vegas, NV • Irvine, CA

---

Firm:
GREENBERG GROSS LLP

Attorney:
Secretary:  JENIRA VELEZ
Email:

Telephone:  949 383-2800   Acct. # 31093

Ref./Billing #:  MATIN V LA LUZ DEL

## SERVICE TYPE:  SPECIAL PROCESS

## MESSENGER SERVICES

From:
GREENBERG GROSS LLP
650 TOWN CENTER DRIVE
1750
COSTA MESA,        CA    92626
Sender:

To:
SILVERIO CORONADO
1848 LOGAN AVE.

SAN DIEGO        CA    92113
Attention:

## COURT SERVICES

Case Number:

Case Name:    2:20-CV-01437

MARTIN V LA LUZ DEL

- [ ] Court Filing
- [ ] Research/Copy
- [ ] Courtesy Copy
- [ ] Recording

### DO NOT ADVANCE
Fees Attached $_____
Advance Fees  $_____
Check Number :_____

## DRIVER NOTES

NOTES:

- [ ] Office Service
- [ ] Business
- [ ] Residence
- [ ] Substituted OK

### DO NOT ADVANCE
Fees Attached $_____
Advance Fees $_____
Check Number :_____

**Service Deadline**

## DOCUMENTS / SPECIAL INSTRUCTIONS:

S&C

---

Received By:                Date:            Time:

Exchange 9.406 Rev. Jul '10