# EXHIBIT G

DEBORAH S. MALLGRAVE  SBN: 198603
GREENBERG GROSS LLP
601 S. FIGUEROA ST., 30TH FLOOR
LOS ANGELES, CA 90017
(213) 334-7000

# UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

| SOCHIL MARTIN | CASE NUMBER:<br>2:20-CV-1437 DDP (ASX) |
|---|---|
| v. | |
| LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL. | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☒ summons ☐ first amended complaint ☐ third party complaint
   ☒ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☒ other **SEE ATTACHED DOCUMENT LIST**

2. **Person served:**

   a. ☒ Defendant *(name:)* **ALMA ZAMORA DE JOAQUIN, AN INDIVIDUAL**
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☒ Address where the papers were served: **214 N. DANGLER AVE.**
   **LOS ANGELES, CA 90022**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☒ By **Substituted Service.** By leaving copies: **JULIO CUELLAR - OCCUPANT**

   1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. ☒ **Papers were served on** *(date):* **02/22/2020** at *(time):* **02:10 pm**

   4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. ☒ **papers were mailed on** Feb 24, 2020 - DECLARATION OF MAILING ATTACHED

   6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**ASAP Legal, LLC**
404 West 4th St., Suite B
Santa Ana, CA 92701
Phone: (714) 543-5100   Fax: (714) 543-5111

Continued from Proof of Service

**CASE #:**   2:20-CV-1437 DDP (ASX)                **DATE:** February 24, 2020

**CASE NAME:**   SOCHIL MARTIN VS. LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL.

**SERVED:**   JULIO CUELLAR - OCCUPANT

**SUMMONS; COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES**



ASAP
ATTORNEY SERVICES LLC

- d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

- e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

- f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

- g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

- h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   - a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

     Name of person served:

     Title of person served:

     Date and time of service: *(date):*   at *(time):*

   - b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   - c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **LUIS VERJAN**
   **ASAP Legal, LLC**
   **404 West 4th St., Suite B**
   **Santa Ana, CA 92701**
   **(714) 543-5100**

   a. Fee for service: $ **167.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :**2018251867**
      County: **LOS ANGELES**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 24, 2020**     **LUIS VERJAN**
                                 *Type or Print Server's Name*                     *(Signature)*

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (03/10)                                                                                          PAGE 2
                                                                                                      31273733

| Attorney or Party without Attorney: <br> DEBORAH S. MALLGRAVE, SBN: 198603 <br> GREENBERG GROSS LLP <br> 601 S. FIGUEROA ST., 30TH FLOOR <br> LOS ANGELES, CA 90017 <br> TELEPHONE No.: (213) 334-7000   FAX No. (Optional): (213) 334-7001 <br> E-MAIL ADDRESS (Optional): <br> Attorney for: | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: 31273733M1T | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA -

Plaintiff: SOCHIL MARTIN
Defendant: LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL.

| AFFIDAVIT OF REASONABLE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:20-CV-1437 DDP (ASX) |
|---|---|---|---|---|

I, LUIS VERJAN, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: ALMA ZAMORA DE JOAQUIN, AN INDIVIDUAL as follows:
Documents:
SUMMONS;COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES

I attempted personal service on the following dates and times with the following results:

| Date | Time | Results |
|---|---|---|
| 02/21/2020 | 07:32 pm | NO ANSWER AT THE DOOR. NO MOVEMENT HEARD WITHIN. at: (Home) - 214 N. DANGLER AVE., LOS ANGELES, CA 90022 |
| 02/22/2020 | 07:50 am | NO ANSWER AGAIN. at: (Home) - 214 N. DANGLER AVE., LOS ANGELES, CA 90022 |
| 02/22/2020 | 02:10 pm | SUB-SERVED THE DOCUMENTS BY LEAVING THEM WITH JULIO CUELLAR, OCCUPANT. at: (Home) - 214 N. DANGLER AVE., LOS ANGELES, CA 90022 |

County: LOS ANGELES
Registration No.: 2018251867
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
www.legalsolutionasap.com

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on 02/24/2020.

Signature: _____
LUIS VERJAN

AFFIDAVIT OF REASONABLE DILIGENCE

Order#: 31273733/DilFormat.mdl

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| DEBORAH S. MALLGRAVE, SBN: 198603<br>GREENBERG GROSS LLP<br>601 S. FIGUEROA ST., 30TH FLOOR<br>LOS ANGELES, CA 90017<br>TELEPHONE No.: (213) 334-7000   FAX No. (Optional): (213) 334-7001 | E-MAIL ADDRESS (Optional): | |
| Attorney for: | Ref No. or File No.:<br>31273733M1T | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA - |
| Plaintiff: SOCHIL MARTIN |
| Defendant: LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL. |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:20-CV-1437 DDP (ASX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS; COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:          February 24, 2020
   b. Place of Mailing:         SANTA ANA, California
   c. Addressed as follows:     ALMA ZAMORA DE JOAQUIN, AN INDIVIDUAL
                                214 N. DANGLER AVE.
                                LOS ANGELES, CA 90022

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 167.00
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
www.legalsolutionasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 24, 2020**.

Signature: _____
MELISSA TEJEDA

PROOF OF SERVICE BY MAIL

Order#: 31273733/mailproof

# ASAP LS
## ATTORNEY SERVICES LLC
### COURT • PROCESS • MESSENGER

| DATE | 02/21/20 | CONTROL # | 31273733 |

Los Angeles  CA  PH (213) 252-2000  FAX (213) 252-2003
Santa Ana  CA  PH (714) 543-5100  FAX (714) 543-5111

• San Francisco, CA • San Diego, CA • Riverside, CA
• Sacramento, CA • Phoenix, AZ
• Tucson, AZ • Las Vegas, NV • Irvine, CA

Firm: GREENBERG GROSS LLP

Attorney:
Secretary: JENIRA VELEZ
Email:

Telephone: 949 383-2800  Acct. # 31093

Ref./Billing #: MATIN V LA LUZ DEL

**SERVICE TYPE:** SPECIAL PROCESS

## MESSENGER SERVICES

From:
GREENBERG GROSS LLP
650 TOWN CENTER DRIVE
1750
COSTA MESA, CA  92626
Sender:

To:
ALMA ZAMORA DE JOAQUIN
214 N DANGLER AVE.

LOS ANGELES  CA  90022
Attention:

## COURT SERVICES

Case Number:
Case Name:  2:20-CV-01437
            MARTIN V LA LUZ DEL

☐ Court Filing
☐ Research/Copy    Fees Attached $_____
☐ Courtesy Copy    Advance Fees $_____
☐ Recording        Check Number :_____

**DO NOT ADVANCE**

## DRIVER NOTES

NOTES:

☐ Office Service
☐ Business         Fees Attached $_____
☐ Residence        Advance Fees $_____
☐ Substituted OK   Check Number :_____

**Service Deadline**

**DO NOT ADVANCE**

DOCUMENTS / SPECIAL INSTRUCTIONS:

S&C

Received By:                Date:              Time:

Exchange 9.406 Rev. Jul '10

DEBORAH S. MALLGRAVE  SBN: 198603
GREENBERG GROSS LLP
601 S. FIGUEROA ST., 30TH FLOOR
LOS ANGELES, CA 90017
(213) 334-7000

# UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN<br><br>v.<br><br>LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL. | **CASE NUMBER:**<br>2:20-CV-1437 DDP (ASX)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons         [ ] first amended complaint      [ ] third party complaint
      [X] complaint        [ ] second amended complaint    [ ] counter claim
      [ ] alias summons    [ ] third amended complaint     [ ] cross claim
      [X] other **SEE ATTACHED DOCUMENT LIST**

2. **Person served:**

   a. [X] Defendant *(name:)* **ADORAIM JOAQUIN ZAMORA, AN INDIVIDUAL**
   b. [ ] Other *(specify name and title or relationship to the party/business named)*:

   c. [X] Address where the papers were served: **214 N. DANGLER AVE.**
                                                 **LOS ANGELES, CA 90022**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] **Papers were served on** *(date):* **at** *(time):*

   b. [X] By **Substituted Service.** By leaving copies: **JULIO CUELLAR - OCCUPANT**

      1. [X] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [X] Papers were served on *(date):* **02/22/2020** at *(time):* **02:10 pm**

      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] papers were mailed on Feb 24, 2020 - DECLARATION OF MAILING ATTACHED

      6. [X] due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**ASAP Legal, LLC**
404 West 4th St., Suite B
Santa Ana, CA 92701
Phone: (714) 543-5100   Fax: (714) 543-5111

Continued from Proof of Service

**CASE #:** 2:20-CV-1437 DDP (ASX)   **DATE:** February 24, 2020

**CASE NAME:** SOCHIL MARTIN VS. LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL.

**SERVED:** JULIO CUELLAR  - OCCUPANT

**SUMMONS; COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES**


ASAP ATTORNEY SERVICES LLC

Order#: 31273739/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** **(C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   **LUIS VERJAN**
   **ASAP Legal, LLC**
   **404 West 4th St., Suite B**
   **Santa Ana, CA 92701**
   **(714) 543-5100**

   a. Fee for service: $ **25.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :**2018251867**
      County: **LOS ANGELES**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 24, 2020**     **LUIS VERJAN**
                               *Type or Print Server's Name*                    *(Signature)*

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (03/10)                                                                                      PAGE 2
                                                                                                  31273739

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| DEBORAH S. MALLGRAVE, SBN: 198603<br>GREENBERG GROSS LLP<br>601 S. FIGUEROA ST., 30TH FLOOR<br>LOS ANGELES, CA 90017<br>TELEPHONE No.: (213) 334-7000 | FAX No. (Optional): (213) 334-7001 | E-MAIL ADDRESS (Optional): | |
| Attorney for: | | Ref No. or File No.:<br>31273739M1T | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA -

Plaintiff: SOCHIL MARTIN

Defendant: LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL.

| AFFIDAVIT OF REASONABLE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:20-CV-1437 DDP (ASX) |
|---|---|---|---|---|

I, LUIS VERJAN, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: ADORAIM JOAQUIN ZAMORA, AN INDIVIDUAL as follows:

Documents:
SUMMONS; COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES

I attempted personal service on the following dates and times with the following results:

| Date | Time | Results |
|---|---|---|
| 02/21/2020 | 07:32 pm | NO ANSWER AT THE DOOR. NO MOVEMENT HEARD WITHIN. at: (Home) - 214 N. DANGLER AVE., LOS ANGELES, CA 90022 |
| 02/22/2020 | 07:50 am | NO ANSWER AGAIN. at: (Home) - 214 N. DANGLER AVE., LOS ANGELES, CA 90022 |
| 02/22/2020 | 02:10 pm | SUB-SERVED THE DOCUMENTS BY LEAVING THEM WITH JULIO CUELLAR, OCCUPANT. at: (Home) - 214 N. DANGLER AVE., LOS ANGELES, CA 90022 |

County: **LOS ANGELES**
Registration No.: **2018251867**
**ASAP Legal, LLC**
**404 West 4th St., Suite B**
**Santa Ana, CA 92701**
**(714) 543-5100**
**www.legalsolutionasap.com**

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on 02/24/2020.

Signature: _____
LUIS VERJAN

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 31273739/DilFormat.mdl

| Attorney or Party without Attorney: DEBORAH S. MALLGRAVE, SBN: 198603<br>GREENBERG GROSS LLP<br>601 S. FIGUEROA ST., 30TH FLOOR<br>LOS ANGELES, CA 90017<br>TELEPHONE No.: (213) 334-7000   FAX No. (Optional): (213) 334-7001 | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: | Ref No. or File No.: 31273739M1T | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA -

Plaintiff: SOCHIL MARTIN

Defendant: LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION; ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:20-CV-1437 DDP (ASX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS; COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:        February 24, 2020
   b. Place of Mailing:       SANTA ANA, California
   c. Addressed as follows:   ADORAIM JOAQUIN ZAMORA, AN INDIVIDUAL
                              214 N. DANGLER AVE.
                              LOS ANGELES, CA 90022

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 25.00
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
www.legalsolutionasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 24, 2020.

Signature: _____
MELISSA TEJEDA

**PROOF OF SERVICE BY MAIL**

Order#: 31273739/mailproof

# ASAP ILS
## ATTORNEY SERVICES LLC
### COURT • PROCESS • MESSENGER

DATE: 02/21/20  
CONTROL #: 31273739

Los Angeles CA   PH (213) 252-2000   FAX (213) 252-2003  
Santa Ana CA   PH (714) 543-5100   FAX (714) 543-5111

• San Francisco, CA • San Diego, CA • Riverside, CA  
• Sacramento, CA • Phoenix, AZ  
• Tucson, AZ • Las Vegas, NV • Irvine, CA

**Firm:** GREENBERG GROSS LLP  
**Attorney:**  
**Secretary:** JENIRA VELEZ  
**Email:**  

**Telephone:** 949 383-2800   **Acct. #** 31093  
**Ref./Billing #:** MATIN V LA LUZ DEL

**SERVICE TYPE:** RELATED ENTITY

## MESSENGER SERVICES

**From:**  
GREENBERG GROSS LLP  
650 TOWN CENTER DRIVE 1750  
COSTA MESA, CA 92626  
**Sender:**

**To:**  
ADORAIM JOAQUIN ZAMORA  
214 N. DANGLER AVE.  
LOS ANGELES CA 90022  
**Attention:**

## COURT SERVICES

**Case Number:**  
**Case Name:** 2:20-CV-01437  
MARTIN V LA LUZ DEL

- [ ] Court Filing
- [ ] Research/Copy   Fees Attached $_____
- [ ] Courtesy Copy   Advance Fees $_____
- [ ] Recording   Check Number :_____

## DRIVER NOTES

**NOTES:**

- [ ] Office Service
- [ ] Business   Fees Attached $_____
- [ ] Residence   Advance Fees $_____
- [ ] Substituted OK   Check Number :_____

**Service Deadline**

**DOCUMENTS / SPECIAL INSTRUCTIONS:**

S&C

**Received By:**   **Date:**   **Time:**

Exchange 9.406 Rev. Jul '10