# EXHIBIT J

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVE…

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70182290000003971003

Remove X

Your item arrived at our USPS facility in SANTA ANA, CA 92711 on April 19, 2020 at 9:37 pm. The item is currently in transit to the destination.

Feedback

## In-Transit

April 19, 2020 at 9:37 pm
Arrived at USPS Facility
SANTA ANA, CA 92711

---

**Tracking History** ^

April 19, 2020, 9:37 pm
Arrived at USPS Facility
SANTA ANA, CA 92711
Your item arrived at our USPS facility in SANTA ANA, CA 92711 on April 19, 2020 at 9:37 pm. The item is currently in transit to the destination.

### April 19, 2020
In Transit to Next Facility

### April 18, 2020, 7:15 am
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

### April 17, 2020, 1:07 pm
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

### April 15, 2020, 8:09 am
Unclaimed/Being Returned to Sender
PORTLAND, OR 97230

### March 10, 2020, 12:12 pm
Notice Left (No Authorized Recipient Available)
PORTLAND, OR 97220

### March 9, 2020, 3:09 pm
Delivery Attempted - No Access to Delivery Location
PORTLAND, OR 97220

### March 9, 2020, 7:10 am
Out for Delivery
PORTLAND, OR 97230

Feedback

**March 9, 2020, 6:11 am**
Arrived at Unit
PORTLAND, OR 97230

**March 8, 2020, 5:36 pm**
Departed USPS Facility
PORTLAND, OR 97215

**March 8, 2020, 3:34 am**
Arrived at USPS Facility
PORTLAND, OR 97215

**March 7, 2020, 3:04 am**
Arrived at USPS Regional Facility
CITY OF INDUSTRY CA DISTRIBUTION CENTER

**March 7, 2020, 2:24 am**
Departed USPS Regional Facility
ANAHEIM CA DISTRIBUTION CENTER

**March 6, 2020, 2:36 am**
Arrived at USPS Regional Facility
ANAHEIM CA DISTRIBUTION CENTER

Feedback

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback