# EXHIBIT L

**Jenira Velez**

| | |
|---|---|
| **From:** | Erik Syverson <erik@syversonlaw.com> |
| **Sent:** | Wednesday, February 26, 2020 2:59 PM |
| **To:** | Deborah Mallgrave |
| **Cc:** | Joshua M. Robbins; mike@andersonadvocates.com; jennifer@andersonadvocates.com; Scott Lesowitz; Steven Gebelin |
| **Subject:** | Re: [EXT] martin v. la luz del mundo et al. |

deborah thank you for your quick response - i've been entertaining family so forgive my 48 hour delay in responding.  your position is completely reasonable, however, we have no info regarding counsel of the other defendants.  we certainly don't represent any other defendants.  would you consider conferring with us in satisfaction of our rule 26 obligations this week?  we plan to file an answer friday.  obviously, we will want to thoroughly examine all of your client's devices including phones and computers in addition to email and social media accounts.  please confirm that you have instructed your client to preserve all such evidence.  many thanks we look forward to a cooperative relationship with you and your colleagues.  we also want to depose your client at our earliest opportunity.


All the best,
Erik Syverson
8383 Wilshire Blvd., Suite 520
Beverly Hills, CA  90211
www.syversonlaw.com
office:  310-270-6000


On Mon, Feb 24, 2020 at 6:45 PM Deborah Mallgrave <DMallgrave@ggtriallaw.com> wrote:

> Erik,
>
> Thank you for reaching out.  You're actually the first firm or party to contact us.  If you know the lawyers representing other defendants, please forward their contact information to me.  As soon as is practicable, we look forward to scheduling a Rule 26 meeting with all parties.
>
> Thank you,
>
> Deb
>
> **Deborah S. Mallgrave**
> *Partner*
>
> Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
>
> Tel 949.383.2790 | Fax 949.383.2801

1

DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Erik Syverson <erik@syversonlaw.com>
**Sent:** Monday, February 24, 2020 1:05 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Joshua M. Robbins <JRobbins@GGTrialLaw.com>; mike@andersonadvocates.com; jennifer@andersonadvocates.com
**Cc:** Scott Lesowitz <scott@syversonlaw.com>; Steven Gebelin <steven@syversonlaw.com>
**Subject:** [EXT] martin v. la luz del mundo et al.

all, we represent alma and adoriam joaquin in this matter.  we plan to file an answer denying the allegations then move into discovery as soon as possible.  to this end, we would like to conduct a rule 26 meeting soon.  our door is always open to you to discuss this matter.  please advise regarding your availability for a rule 26 meeting.

All the best,

Erik Syverson

8383 Wilshire Blvd., Suite 520

Beverly Hills, CA  90211

www.syversonlaw.com

office:  310-270-6000

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.