# EXHIBIT M

**Jenira Velez**

| | |
|---|---|
| **From:** | Deborah Mallgrave |
| **Sent:** | Saturday, February 29, 2020 7:01 AM |
| **To:** | Erik Syverson |
| **Cc:** | Steven Gebelin; Scott Lesowitz |
| **Subject:** | Re: [EXT] Checking in |

Erik,

We have not yet heard from other defendants, so a Rule 26 conference is still not practical (nor the deposition of Sochil in March). We will proceed when we can develop a joint discovery plan with all parties as provided by the rules. As for the preservation of documents and devices, yes, we have advised Sochil of her obligations.

Best,
Deb

Sent from my iPhone

> On Feb 29, 2020, at 5:50 AM, Erik Syverson <eriksyverson@syversonlaw.com> wrote:
>
> Deborah I hate to be a pest but since we are keen to examine sochils devices and digital accounts ASAP can you confirm that you have instructed her to preserve all such evidence?  Also, have you heard from other parties and their lawyers?  We'd like to depose sochil in March .  We'd like to have a rule 26 conference this week.  We are available at your convenience.  Just name your time and date.  Thanks, we look forward to your response and wish to foster an open communication channel with you and friendly atmosphere if professionalism.
>
> Sent from my iPhone