# EXHIBIT N

# Jenira Velez

| | |
|---|---|
| **From:** | Dorothee A. Thompson |
| **Sent:** | Monday, March 16, 2020 11:24 AM |
| **To:** | Reed Aljian |
| **Cc:** | Deborah Mallgrave; Joshua M. Robbins; Rochelle Rotea; Kenia Galeana; Courtney Dorner; Arielle A. Seidman; Desiree N. Murray |
| **Subject:** | RE: Martin v. La Luz Del Mundo |
| **Attachments:** | Waiver of Service of Summons - Alma Joaquin.pdf; Waiver of Service of Summons - Adoraim Zamora .pdf; Docket 001 Complaint.PDF; Docket 002 Civil Case Coversheet.PDF; Docket 004 Certificate of Interested Parties.PDF; Docket 007 LDM - Summons (Issued) 2020.02.13.PDF; Docket 006 LDM - Notice of Court ADR Program 2020.02.13.PDF; Docket 005 LDM - Notice of Assignment 2020.02.13.PDF; Docket 008 - Order Returning Case for Reassignment (Judge Otis D. Wright II).PDF |

Reed,

Thank you for understanding.  Pursuant to service under FRCP 4(d), please find attached the following documents:

1. Waiver of Service of Summons – Alma Joaquin
2. Waiver of Service of Summons – Adoraim Zamora
3. Summons
4. Complaint
5. Civil Case Coversheet
6. Certificate of Interested Parties
7. Notice of Court ADR Program
8. Notice of Assignment
9. Order Returning Case for Reassignment

Sincerely,

**Dorothee A. Thompson**
*Paralegal*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2866 | Fax 949.383.2801
DThompson@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Reed Aljian <ra@dallp.com>
**Sent:** Monday, March 16, 2020 10:57 AM
**To:** Dorothee A. Thompson <DThompson@GGTrialLaw.com>
**Cc:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Joshua M. Robbins <JRobbins@GGTrialLaw.com>; Rochelle Rotea <Rochelle@dallp.com>; Kenia Galeana <kg@dallp.com>; Courtney Dorner <cd@dallp.com>
**Subject:** [EXT] Re: Martin v. La Luz Del Mundo

Hi Dorothee,

Yes, I will accept service via email. However, please understand that there is no rush from my perspective. Health comes first.

Reed

On Mar 16, 2020, at 10:52 AM, Dorothee A. Thompson <DThompson@GGTrialLaw.com> wrote:

Reed,

We are preparing the Waiver of Service of Summons under FRCP 4(d) and the necessary documents. You and Deborah agreed to have the documents go out today but I our office is currently working remotely. I wanted to see if you would accept service via email?

Sincerely,

**Dorothee A. Thompson**
*Paralegal*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2866 | Fax 949.383.2801
DThompson@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

**From:** Deborah Mallgrave
**Sent:** Friday, March 13, 2020 11:17 AM
**To:** 'Reed Aljian' <ra@dallp.com>; Joshua M. Robbins <JRobbins@ggtriallaw.com>
**Cc:** Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>; Rochelle Rotea <Rochelle@dallp.com>
**Subject:** RE: Martin v. La Luz Del Mundo

Reed,

I understand you spoke with Josh, and I wanted to confirm that, without getting into a debate over service issues, we will proceed with service on the two defendants that you represent under FRCP 4(d). We will send the appropriate forms and documents to your office today.

Best,
Deb

**Deborah S. Mallgrave**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Thursday, March 12, 2020 12:27 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Joshua M. Robbins <JRobbins@GGTrialLaw.com>
**Cc:** Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>; Rochelle Rotea <Rochelle@dallp.com>
**Subject:** [EXT] Martin v. La Luz Del Mundo

Dear Deborah and Joshua,

My name is Reed Aljian. I write regarding the above-referenced lawsuit. I will be counsel of record for Alma Zamora De Joaquin and Adoraim Joaquin Zamora. My understanding is that you may have had brief communications with another set of attorneys regarding these defendants. My apologies for the confusion. We'll be handling their defense.

We understand that there may be some issues with service of process, as there often is. We are investigating that issue further. However, rather than incur the parties' time and expense continuing to look at that issue, whether it be investigating it or litigating it, I would like to discuss an arrangement under FRCP 4(d) wherein my office waives service of process on behalf of these two defendants, which in turn will resolve service issues and set our deadline to file responsive pleadings per code. Please note that we intend to file responsive pleadings much sooner than code provides. We wish to address the merits without delay. Please kindly advise today whether my proposal is agreeable.

Also, I would like to jump on a call with you today to make more formal introductions, if that would work with your calendar. During that call, I'd be glad to discuss any other topic you may want to raise. Incidentally, if you are having issues serving other defendants, perhaps arrangements can be made to address that as well, where appropriate.

I look forward to working with both of you and I hope to hear from you in short course.

Sincerely,

Reed Aljian
Daily Aljian LLP
949-861-2524

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.