# EXHIBIT P

**Jenira Velez**

| | |
|---|---|
| **From:** | Adrianna D. Gutierrez |
| **Sent:** | Tuesday, March 24, 2020 11:45 AM |
| **To:** | geoff@bnsklaw.com |
| **Cc:** | Deborah Mallgrave; Joshua M. Robbins; Joshua M. Robbins; Arielle A. Seidman; Desiree N. Murray; mike@andersonadvocates.com; Jennifer Stein |
| **Subject:** | Martin v. La Luz Del Mundo |
| **Attachments:** | Waiver of Service of Summons - Benjamin Joaquin.pdf; Waiver of Service of Summons - David Mendoza.pdf; Waiver of Service of Summons - Jonathan Mendoza.pdf; Waiver of Service of Summons - Jose Hernandez.pdf; Waiver of Service of Summons - Jose Luis Estrada.pdf; Waiver of Service of Summons - Aurelio Zavaleta.pdf; Waiver of Service of Summons - Uzziel Joaquin.pdf; Waiver of Service of Summons - Silverio Coronado.pdf; Docket 008 - Order Returning Case for Reassignment (Judge Otis D. Wright II).PDF; Docket 001 Complaint.PDF; Docket 002 Civil Case Coversheet.PDF; Docket 004 Certificate of Interested Parties.PDF; Docket 005 LDM - Notice of Assignment 2020.02.13.PDF; Docket 006 LDM - Notice of Court ADR Program 2020.02.13.PDF; Docket 007 LDM - Summons (Issued) 2020.02.13.PDF |

Counsel,

Pursuant to service under FRCP 4(d), please find attached the following documents:

1. Waiver of Service of Summons – Jose Hernandez
2. Waiver of Service of Summons – Silverio Coronado
3. Waiver of Service of Summons – Aurelio Zavaleta
4. Waiver of Service of Summons – Uzziel Joaquin
5. Waiver of Service of Summons – Jonathan Mendoza
6. Waiver of Service of Summons – David Mendoza
7. Waiver of Service of Summons – Benjamin Joaquin
8. Waiver of Service of Summons – Jose Luis Estrada
9. Summons
10. Complaint
11. Civil Case Coversheet
12. Certificate of Interested Parties
13. Notice of Court ADR Program
14. Notice of Assignment
15. Order Returning Case for Reassignment

Thanks,

**Adrianna D. Gutierrez**
*Paralegal*
Greenberg Gross LLP | 601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
Tel 213.334.7046 | Fax 213.334.7001
AGutierrez@GGTrialLaw.com | www.GGTrialLaw.com

