# EXHIBIT Q

# Jenira Velez

| | |
|---|---|
| **From:** | Alan Jackson <ajackson@werksmanjackson.com> |
| **Sent:** | Monday, March 23, 2020 1:19 PM |
| **To:** | Deborah Mallgrave; Joshua M. Robbins |
| **Cc:** | Caleb Mason; Michael Freedman; Elizabeth Little |
| **Subject:** | [EXT] RE: Martin v. LLDM et al: service |

Dear Deborah,

At this point I am speaking only for Naason, not for any other person or entity. Yes, please feel free to send over the docs via email. Happy to oblige.

All best,

AJ

Alan Jackson
WERKSMAN JACKSON & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
213-688-0460 ph

**From:** Deborah Mallgrave
**Sent:** Monday, March 23, 2020 12:12 PM
**To:** Alan Jackson; Joshua M. Robbins
**Cc:** Caleb Mason; Michael Freedman; Elizabeth Little
**Subject:** RE: Martin v. LLDM et al: service

Alan,

These are certainly interesting times, and I hope all is well with you, too.

Are you also authorized to accept service for La Luz Del Mundo? Please also confirm that you will accept the waiver and service documents by email and we will get those to you in the next day or so.

Thank you,
Deb

**Deborah S. Mallgrave**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Alan Jackson <ajackson@werksmanjackson.com>
**Sent:** Friday, March 20, 2020 6:08 PM
**To:** Joshua M. Robbins <JRobbins@GGTrialLaw.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Cc:** Caleb Mason <cmason@werksmanjackson.com>; Michael Freedman <mfreedman@werksmanjackson.com>; Elizabeth Little <elittle@werksmanjackson.com>
**Subject:** [EXT] Martin v. LLDM et al: service

Dear Deborah and Joshua,

I hope you and your families are well. I write regarding the above-referenced lawsuit. We will be counsel of record for Naason Garcia. Given the current issues we are all facing, I imagine service of process is a presenting a challenge. As a professional courtesy, and pursuant to FRCP 4(d), please send over a waiver of service form for review and execution.

Sincerely,

AJ

Alan Jackson
WERKSMAN JACKSON & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
213-688-0460 ph

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.