# EXHIBIT R

**Jenira Velez**

---

| | |
|---|---|
| **From:** | Geoff Neri <geoff@bnsklaw.com> |
| **Sent:** | Tuesday, March 24, 2020 9:48 AM |
| **To:** | Deborah Mallgrave; Joshua M. Robbins; mike@andersonadvocates.com; jennifer@andersonadvocates.com |
| **Cc:** | Ethan Brown; Arielle A. Seidman |
| **Subject:** | [EXT] Re: Martin adv La Luz del Mundo et al. |

Thank you Deborah, we're all still healthy and I wish the same to you and your loved ones.  Yes we will accept service of the appropriate documents by email.  However, we only represent the eight individual defendants identified below in my initial email and are not authorized to waive service on behalf of any other defendant.  As for the conference call I proposed, I think we can hold off until we have sorted a few things out.

Best regards,

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T:  (310) 593-9890
F: (310) 593-9980
Email:  geoff@bnsklaw.com



---

**From:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Sent:** Monday, March 23, 2020 12:25 PM
**To:** Geoff Neri; Joshua M. Robbins; mike@andersonadvocates.com; jennifer@andersonadvocates.com
**Cc:** Ethan Brown; Arielle A. Seidman
**Subject:** RE: Martin adv La Luz del Mundo et al.

Geoffrey,

Thank you for reaching out.  I agree that service disputes are not productive, and appreciate your clients agreeing to waive service under FRCP 4(d).  Can you please confirm that you will accept service of the appropriate documents by email?  Please also let me know if you are authorized to accept service for defendant el Consejo de Obispos.  We will try to get the waiver and service documents to you in the next few days.  Once all defendants have been served and answered, we can consider a Rule 26 conference.

If you still wish to discuss these matters by phone, I'm available tomorrow at 11am or after 3pm (on my office number).

I hope you and your loved ones are healthy and safe.

Best,
Deb

**Deborah S. Mallgrave**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



---

**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Monday, March 23, 2020 9:48 AM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Joshua M. Robbins <JRobbins@GGTrialLaw.com>; mike@andersonadvocates.com; jennifer@andersonadvocates.com
**Cc:** Ethan Brown <ethan@bnsklaw.com>
**Subject:** [EXT] RE: Martin adv La Luz del Mundo et al.

Dear counsel,

I've left you voicemails this morning, but I assume you may not be in the office under the circumstances.   Please let me know if and when you are available for a telephone call today and a good number to call.

Best regards,

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T:  (310) 593-9890
F: (310) 593-9980
Email:  geoff@bnsklaw.com



---

**From:** Geoff Neri
**Sent:** Friday, March 20, 2020 3:58 PM
**To:** DMallgrave@ggtriallaw.com; JRobbins@ggtriallaw.com; mike@andersonadvocates.com; jennifer@andersonadvocates.com
**Cc:** Ethan Brown <ethan@bnsklaw.com>
**Subject:** RE: Martin adv La Luz del Mundo et al.

2

Dear counsel,

Please confirm receipt of the email below.

Best regards,

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T:  (310) 593-9890
F: (310) 593-9980
Email:  geoff@bnsklaw.com



---

**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Wednesday, March 18, 2020 12:32 PM
**To:** DMallgrave@ggtriallaw.com; JRobbins@ggtriallaw.com; mike@andersonadvocates.com; jennifer@andersonadvocates.com
**Cc:** Ethan Brown <ethan@bnsklaw.com>
**Subject:** Martin adv La Luz del Mundo et al.

Dear counsel,

Our law firm will be representing the following individuals - Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin and Jose Luis Estrada - in connection with their defense of the lawsuit referenced in the subject line above.

It is our understanding that there are issues related to service of the summons and complaint.  However, rather than waste time and effort on a dispute over service-related issues, we propose a waiver and acceptance of service under FRCP 4(d).  We intend to respond to the Complaint in fewer than 60 days and more likely in fewer than 30 days, so there will be no substantial delay should you agree with the proposal.

Also, we would like to conduct a Rule 26 conference as soon as practicable.  Please let us know if and when you have been contacted by counsel for the other defendants and perhaps we can arrange a conference call to discuss scheduling.

Best regards,

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T:  (310) 593-9890
F: (310) 593-9980
Email:  geoff@bnsklaw.com



This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.