# EXHIBIT X

**"Sochil Martin es una delincuente confesa: Silem Garcia", posted February 17, 2020**

*Original video available online at*
https://www.youtube.com/watch?v=reGfsdldRsk&feature=youtu.be

---

| | |
|---|---|
| A. Domínguez | [Intro] |
| S. García | Thank you, Alejandro. I appreciate the opportunity to speak with you and your audience. |
| A. Domínguez | Yes. If I may, what is the exact response of La Luz del Mundo to the lawsuit and are they any new advancements in the case? |
| S. Garcia | I would also like to, aside from thanking you for invitation, speak with your audience and clarify a few things before we begin. |
| A. Rodriguez | Go ahead. |
| S. Garcia | Today I will be speaking out regarding the case of the apostle of Jesus Christ Naason Joaquin Garcia that is being heard by the appeals division of the superior court of California. In the past interview that we had, we thoroughly spoke about the topic and there are no updates at the moment. I consider that there is no need to delve into the topic again. |
| A. Rodriguez | OK. I will be posing a few questions pertaining to that. If you decide not to answer, we will accept that. |
| S. Garcia | I would like to touch on, in particular, to the latest developments of the lies, the slanders, the defamations and false accusations by the woman Sochil Martin that have been broadcast on various media outlets, including yours. She has sought to confuse and shock the public opinion regarding that there are new accusations against our international director, against our ministry, and against the church La Luz del Mundo as an ethical person, implying that there are people that have filed a criminal complaint. I would like to make the distinction between what a complaint is and what a lawsuit is. |
| A. Rodriguez | This is a lawsuit filed by Sochil Martin. |
| S. Garcia | That is why, if you will allow it, I would like to make the distinction between a complaint and a lawsuit. A complaint is characteristic of crime. These are aimed to, in the case that the person indicated is found guilty, imprison the accused. Lawsuits, which are of civilian nature, are aimed at procuring financial benefit. |

1

| | |
|---|---|
| A. Rodriguez | A compensation, as we've mentioned before. |
| S. Garcia | At this moment, we are speaking about the fact that Sochil Martin solicited, or filed, a lawsuit, in which she solicits, as you've just mentioned, various sums, which you've just mentioned can be found in the lawsuit, which, by the way, the church has not been formally notified of. |
| A. Rodriguez | We saw that the court documents have supposedly been filed since the 13th, but you say you have not received anything. |
| S. Garcia | La Luz del Mundo has not been formally notified. We discovered this through media outlets. |
| A. Rodriguez | OK. |
| S. Garcia | Under that previous understanding, I would like to reaffirm that there are no new supposed victims like she has led the public opinion to believe. This pertains to the same people that led the criminal proceedings in a civil case, demanding a financial reimbursement. |
| A. Rodriguez | In particular, Sochil Martin. |
| S. Garcia | In particular. OK. Then we are talking about a person, in particular, who is part of a criminal proceeding that is now being led in a civil case, to be very clear. There has been talk that there are new accusations, new victims—supposed victims, and in this sense I would like to be very prompt. This pertains to the same person who only filed a criminal complaint and have now made it into a civil lawsuit. We respect the right of all people to file an accusation before the competent authorities, that is a right we all have. But also, there is a responsibility to prove the events in their lawsuits. That is what we have been asking for. And also, to reiterate, that an accusation or lawsuit, even if its been filed, does not implicate guilt. We must wait for the corresponding solution from the authorities. I would also like to tell you what I mentioned in the past. Complaints and lawsuits are not for the media outlets to litigate. Through the media and the claims of these people, they've sought to hurt the image of an institution like the church of La Luz del Mundo, which at the length of 100 years, has operated transparently, honorably, and has been the witness to the entire Mexican society. We see this opportunism in part by Sochil Martin to file this lawsuit to pursue financial reimbursement, at the same time that the church is carrying out an event in the United States that is called LaSanta Cena (The Holy Supper) which is one of the most important events for the church that was held in six different locations, where we had 100,000 delegates gather in each venue to celebrate the Holy Supper. She intended to position her economic interests and tried to |

2

|   |   |
|---|---|
|   | obscure the production of our event. Without fail, our event was success. I would also like to make clear that aside from seeking economic benefit, this person intends to tarnish the image of the institution, and impede in the church's followers' exercising their liberty of religion. I would like to say to you, member of the church of La Luz del Mundo, these types of lawsuits, seek to impede in your right to profess your faith at all times. They seek to impede in your freedom of belief, freedom of religion through these lawsuits and we will not allow it, Alejandro. I reaffirm that, aside from falsely accusing our international director, she sues our institution, our ministry, implying irresponsibly, that there are hundreds-- and she even mentioned this to you—thousands, of abused children and young people who have been abused, of which there are no existing accusations aside from the ones we all know about. In this context, she is lynching this vulnerable group through the media. With this language there is allowance of discriminatory acts, Alejandro, hate crimes, like we saw occur in 2019 that we documented through the complaints we filed with CONAPRED and with the national commission of human rights. Aside from that, she is also implying that the members of the church, which are family-oriented people, commit the criminal act of preparing and handing over their children to be abused. Alejandro, I am a family man, it hurts me, offends me, that there is a person who would affirm these types of occurrences. The treatment the children of La Luz del Mundo receive is of respect to their persons, their faith, and their human rights. We profoundly deplore someone who is—and I say this with every extension of the word—a confessed delinquent. You can prove this through the interview she had with Brian Ross, in which she confesses to committing criminal acts. |
| A. Rodriguez | Yes. Even in the actual lawsuit she mentions that she and other persons, according to her, were obligated to commit these acts. |
| S. Garcia | She committed criminal acts. She is a confessed delinquent that has received protection from California public prosecutors, according to her, to make her a protected witness. This is a contradiction. The confessed delinquent is found giving interviews. And the honorable and innocent person, who has declared innocence as he rightfully is, the apostle of Jesus Christ, Naason Joaquin Garcia, who has not been found guilty of any accusations, today, 9 months later, is found still detained in prison. However, the church La Luz del Mundo continues to operate normally. It continues its successful growth while we keep carrying out our activities. |
| A. Rodriguez | Silem, I ask you in the case, as you've said she is a confessed delinquent, because she states, even in the lawsuit as I've already told you, that she and other people, they argue, were forced to commit these actions: bring people (to be abused) and photograph minors. Ultimately, would you file |

3

| | |
|---|---|
| | a counter suit against her or pursue any other form of legal action against her? |
| S. Garcia | At the moment, Alejandro, the lawyers are evaluating the situation. Understand that this is something recent that has just been filed and that everything we are discovering of it is through the media. Again, there has been absolutely no formal public notification. |
| A. Rodriguez | Now that you've said it, does this relate to the previous case? I will ask you and you tell me if you'd like to respond or not. In the arguments of the defense filed in the court of Los Angeles, it's reported by investigators hired for the defense of Naason Joaquin Garcia that they investigated Sochil as much as the fourth whistleblower and they make serious accusations therein that they planted evidence in Naason Joaquin Garcia's devices. They looked for the minors and photographed them without Naason's knowledge. Let's say this is a similar accusation to Naason's, but against the whistleblower and Sochil Martin. Do you have knowledge of a response and will there will be legal action taken in that aspect or do you plan to? |
| S. Garcia | That is a case that the lawyers are discussing. In this sense, Alejandro, I would like to tell you something. I do not wish to advance or anticipate a situation in which the lawyers have not adequately had a chance to review so as to avoid a subsequent accusation that we are lying. We would like to inform the public in a transparent manner. I believe this case, which has sadly been taken to the media when it should only be heard in a court of law and be resolved by the competent authority, has been manipulating information. I appreciate the opportunity to speak with your audience and to convey this message to them. And, if you'll allow, I would like to pose an invitation. How many times did you attend an interview with Sochil Martin? |
| A. Rodriguez | I first attended the case, in the audience of the case, on the 13th where it was cancelled and postponed for May. And with your permission I would like to interview Naason Joaquin Garcia. |
| S. Garcia | I would like you to visit our international temple. And I would like for you to include the testimony, as you've included the testimony of one person, of thousands of people—millions of people—who will affirm everything contradicting what she has said. What do you say if you'll allow me to invite you to our international temple so that way, the same careful way you broadcasted Sochil's information, you can also broadcast the information of the church of La Luz del Mundo so that your audience can take a critical… |
| A. Rodriguez | …evaluation of both parts. |

4

| | |
|---|---|
| S. Garcia | Exactly. |
| A. Rodriguez | We will go to Guadalajara. Without a doubt. Now, I will simply ask, you accuse these people to be possible delinquents and imply that these people committed delinquencies as constituents of La Luz del Mundo. I am referring to Sochil and the fourth whistleblower. If you have any knowledge… |
| S. Garcia | We are not accusing them. They are accusing themselves. |
| A. Rodriguez | But the defense investigation came out accusing them both, clearly. |
| S. Garcia | I repeat, they are accusing themselves. That's why I'm telling you… |
| A. Rodriguez | But also, in the defense, what I would like to know is if you have a ministry of justice. Is there an internal investigation pertaining to the internal affairs of Luz del Mundo—not about the leader—because you have told me on various occasions that the leader has nothing to do with it. That the bishops and apostles do not either. The leaders… |
| S. Garcia | Pardon, they have nothing to do with what? |
| A. Rodriguez | The last time we spoke you told me that they are not guilty of anything, that their trustworthiness will be proven. |
| S. Garcia | We were talking about the proceedings that are being carried out in California and I said that he is an honorable person and I reaffirm that he is innocent and that his trustworthiness and innocence will be proven before the competent authorities that are the court of appeals. |
| A. Rodriguez | I understand that topic perfectly. Now, if members of La Luz del Mundo like Sochil Martin alongside the fourth whistleblower admitted to committing illegal acts within the church, do you take any actions against these people? |
| S. Garcia | The church receives, permanently, an orientation of children, young people, and adults, all of whom know where to go and in what instances they should go before the competent authorities to file a suit in the case that they should suffer such circumstances. |
| A. Rodriguez | And there have been no suits. They are confined by the same people. |
| S. Garcia | Like I have just told you. |
| A. Rodriguez | Thank you. |

5

| | |
|---|---|
| S. Garcia | I appreciate your support, Alejandro, and we are here to help. |
| A. Rodriguez | [Outro] |

**[End of Audio]**

**Duration: 13 Minutes**