1 DEBORAH S. MALLGRAVE, State Bar No. 198603
   *DMallgrave@GGTrialLaw.com*
2 JOSHUA M. ROBBINS, State Bar No. 270553
   *JRobbins@GGTrialLaw.com*
3 GREENBERG GROSS LLP
  650 Town Center Drive, Suite 1700
4 Costa Mesa, California 92626
  Telephone: (949) 383-2800
5 Facsimile: (949) 383-2801

6 MICHAEL G. FINNEGAN, State Bar No. 241091
   *Mike@AndersonAdvocates.com*
7 JENNIFER E. STEIN, State Bar No. 300775
   *Jennifer@AndersonAdvocates.com*
8 JEFF ANDERSON & ASSOCIATES
  11812 San Vincente Boulevard, #503
9 Los Angeles, California, 90049
  Telephone: (310) 357-2425
10 Facsimile: (651) 297-6543

11 Attorneys for Plaintiff SOCHIL MARTIN

12

13 **UNITED STATES DISTRICT COURT**

14 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

16 SOCHIL MARTIN,                          Case No. 2:20-cv-01437-ODW-AS

17         Plaintiff,                      **[PROPOSED] ORDER DENYING
                                           DEFENDANTS' JOINT MOTION
18     v.                                  TO ORDER PLAINTIFF TO
                                           PARTICIPATE IN RULE 26
19 LA LUZ DEL MUNDO, an                    CONFERENCE**
   unincorporated association, NAASÓN
20 JOAQUÍN GARCÍA, an individual, EL       [Filed concurrently with Opposition to
   CONSEJO DE OBISPOS, an                  Defendants' Joint Motion to Order
21 unincorporated association,             Plaintiff to Participate in Rule 26
   INTERNATIONAL BEREA USA, an             Conference and Declaration of Deborah
22 unincorporated association, GILBERTO    S. Mallgrave ]
   GARCÍA GRANADOS, an individual,
23 JOSE HERNANDEZ, an individual,
   UZZIEL JOAQUÍN, an individual,          Date:        July 13, 2020
24 SILVERIO CORONADO, an                   Time:        1:30 p.m.
   individual, AURELIO ZAVALETA, an        Courtroom:   5D
25 individual, JOSE LUIS ESTRADA, an
   individual, JONATHAN MENDOZA,
26 an individual, ALMA ZAMORA DE
   JOAQUÍN, an individual, BENJAMIN
27 JOAQUÍN GARCÍA, an individual,
   RAHEL JOAQUÍN GARCÍA, an
28 individual, ADORAIM JOAQUÍN

ZAMORA, an individual, DAVID
MENDOZA, an individual and DOES 1
through 10, inclusive.

Defendants.

[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE
IN A RULE 26 CONFERENCE

1    THIS MATTER having come before the Court on Defendants' Joint Motion

2  to Order Plaintiff to Participate in a Rule 26 Conference and the Court having

3  considered the moving and responding papers filed by the parties and having heard

4  the arguments of counsel,

5    **IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Joint

6  Motion to Order Plaintiff to Participate in a Rule 26 Conference is **DENIED.**

7

8    **IT IS SO ORDERED.**

9

10  Dated: July___,2020

11    _____
     Honorable Otis D. Wright II

12    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION TO ORDER PLAINTIFF TO PARTICIPATE
IN A RULE 26 CONFERENCE