1  DEBORAH S. MALLGRAVE, State Bar No. 198603
     *DMallgrave@GGTrialLaw.com*
2  JOSHUA M. ROBBINS, State Bar No. 270553
     *JRobbins@GGTriallaw.com*
3  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Telephone: (949) 383-2800
5  Facsimile: (949) 383-2801

6  MICHAEL G. FINNEGAN, State Bar No. 241091
     *Mike@AndersonAdvocates.com*
7  JENNIFER E. STEIN, State Bar No. 300775
     *Jennifer@AndersonAdvocates.com*
8  JEFF ANDERSON & ASSOCIATES
   11812 San Vincente Boulevard, #503
9  Los Angeles, California, 90049
   Telephone: (310) 357-2425
10 Facsimile: (651) 297-6543

11 Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN | Case No. 2:20-cv-01437-ODW-AS<br><br>**AMENDED NOTICE OF MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT LA LUZ DEL MUNDO**<br><br>Date:        August 3, 2020<br>Time:       1:30 p.m.<br>Courtroom:   5D |

1 | ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.
2 |
3 |     Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-  Case No. 2:20-cv-01437-ODW-AS
AMENDED NOTICE OF MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT LA LUZ DEL MUNDO

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  NOTICE IS HEREBY GIVEN that the Motion for Extension of Time to Serve La Luz Del Mundo [Docket #53] with a hearing date on **July 13, 2020**, is hereby amended and the hearing date is hereby changed to **August 3, 2020**, at 1:30 p.m., before the Honorable Otis D. Wright II, in Courtroom 5D of the United States Courthouse for the Central District of California, Western Division, 350 West First Street, Los Angeles.

DATED: June 24, 2020

GREENBERG GROSS LLP
Deborah S. Mallgrave
Joshua M. Robbins

JEFF ANDERSON & ASSOCIATES
Michael Finnegan
Jennifer E. Stein


By: _____/s/ Deborah S. Mallgrave_____
Deborah S. Mallgrave
Attorneys for Plaintiff SOCHIL MARTIN