# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN<br><br>Plaintiff(s),<br><br>v.<br><br>LA LUZ DEL MUNDO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20-cv-01437-ODW-AS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   6/24/2020

Document Number(s):   63

Title of Document(s):   Amendment to motion docket no. 53

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Proposed Document was not submitted as separate attachment.

Incorrect event selected. Correct event to be used is: Incorrect Event and Procedure...SEE UNDER BELOW OTHER...

Filer attempted to Continue hearing on Pending motion from July 13 to August 3 1:30 PM. Filer should file proper formatted document seeking continuance, to which a separate formal proposed order should be submitted as an attachment thereto. Incorrect event did NOT the relief sought. Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 24, 2020          By:  /s/ *Linda Chai Linda_Chai@cacd.uscourts.gov*
                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS