# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN ZAMORA, an individual, DAVID | Case No. 2:20-cv-01437-ODW(AS)<br><br>**Order Granting Plaintiff Sochil Martin's Motion for Extension of Time to Serve Defendant LDM and for Service by United States Marshal**<br><br>Filed Concurrently with Motion for Extension of Time and Declaration for Deborah S. Mallgrave<br><br>Date:         July 13, 2020<br>Time:        1:30 p.m.<br>Courtroom:  5D |

1  MENDOZA, an individual and DOES 1 through 10, inclusive.
2
3            Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

THIS MATTER having come before the Court on Plaintiff's Motion for Extension of Time to Serve Defendants and the Court having considered the moving and responding papers filed by the parties and having heard the arguments of counsel, and with good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time to Serve Defendant LDM is **GRANTED**. The deadline to serve Defendants is extended to **August 10, 2020 OR until such time as service of process is permitted in the Los Angeles Men's Central Jail.**

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's request for service by the United States Marshals Service ("USMS") is **GRANTED.** The United States Marshals Service ("USMS") shall serve a completed summons, a copy of the Complaint, and a copy of this order on Naasón Joaquín García in the Los Angeles Men's Central Jail, on behalf of Defendant La Luz del Mundo.

**IT IS SO ORDERED.**

Dated: July 29, 2020

_____
Honorable Otis D. Wright II
United States District Judge