XAVIER BECERRA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6509
 Fax:  (916) 731-2120
 E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUIN GARCIA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCIA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUIN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUIN,** *an individual*, **BENJAMIN JOAQUIN GARCÍA,** *an individual*, **RAHEL JOAQUIN GARCIA,** *an individual*, **ADORAIM JOAQUIN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>　　　　　　　　　　Defendants. | 2:20-cv-01437-ODW-AS<br><br>**SUPPLEMENTAL DECLARATION OF DONNA M. DEAN IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIA'S MOTION TO INTERVENE AND TO STAY CIVIL DISCOVERY DURING PENDENCY OF CRIMINAL PROCEEDINGS**<br><br>Date:　　　　July 13, 2020<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5D<br><br>Judge:　　　　Hon. Otis D. Wright, II<br><br>Trial Date:  Not set<br>Action Filed: February 12, 2020 |

## DECLARATION OF DONNA M. DEAN

I, Donna M. Dean, declare as follows:

1. I am a duly appointed Deputy Attorney General and am assigned to represent the People of the State of California in the above-entitled action. The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2. On Friday, June 26, 2020, I received email messages from Reed Aljian, counsel for some of the defendants in this case, demanding that I advise him by the end of the day whether I would accept electronic service of subpoenas to Deputy Attorney General Jeffrey Segal and me to produce documents and testify at the hearing on the People's motion on July 13, 2020. The email further stated that, "If not agreeable, we will proceed with service by Rule." I understood the email to convey that if I did not agree by 5:00 p.m. on Friday to accept service of the subpoenas, then defendants would attempt service at Mr. Segal's and my homes as early as Saturday. A true and correct copy of the email messages and enclosure are attached hereto as Exhibit 8.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2020, at Los Angeles, California.

/s/ Donna M. Dean
DONNA M. DEAN