**EXHIBIT B**

**Courtney Dorner**

| | |
|---|---|
| **From:** | Deborah Mallgrave <DMallgrave@GGTrialLaw.com> |
| **Sent:** | Friday, June 26, 2020 1:37 PM |
| **To:** | Reed Aljian; Courtney Dorner |
| **Cc:** | Joshua M. Robbins; mike@andersonadvocates.com; Jennifer@AndersonAdvocates.com; Alan Jackson; Caleb Mason; Michael Freedman; Ethan Brown; Geoff Neri; Rochelle Rotea; Arielle A. Seidman; Jenira Velez |
| **Subject:** | RE: Martin v. La Luz Del Mundo, et al. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Reed,

I will certainly accept service by email. I'm sure we all agree there is no justification for being obstructionist about service issues.

Best,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Reed Aljian <ra@dallp.com>
**Sent:** Friday, June 26, 2020 9:16 AM
**To:** Courtney Dorner <cd@dallp.com>
**Cc:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Joshua M. Robbins <JRobbins@GGTrialLaw.com>; mike@andersonadvocates.com; Jennifer@AndersonAdvocates.com; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Michael Freedman <mfreedman@werksmanjackson.com>; Ethan Brown <ethan@bnsklaw.com>; Geoff Neri <geoff@bnsklaw.com>; Rochelle Rotea <Rochelle@dallp.com>
**Subject:** [EXT] Re: Martin v. La Luz Del Mundo, et al.

Ms. Mallgrave,

Please advise whether you will accept service of subpoena via electronic mail as a complete substitute for personal service. Please contact me today to advise. If not agreeable, we will proceed with service by Rule.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP

33

1

949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

On Jun 24, 2020, at 6:33 PM, Courtney Dorner <cd@dallp.com> wrote:

Please see the attached.

Courtney Dorner
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
ph: 949.861.2524
fax: 949.269.6364
www.dailyaljian.com

<20200624.LLDM.disc.Notice of Subpoenas.pdf>

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.