**EXHIBIT C**

**Courtney Dorner**

| | |
|---|---|
| **From:** | Donna Dean <Donna.Dean@doj.ca.gov> |
| **Sent:** | Friday, June 26, 2020 4:34 PM |
| **To:** | Reed Aljian |
| **Cc:** | Courtney Dorner; Kenia Galeana; Rochelle Rotea |
| **Subject:** | RE: Subpoena For Appearance and Testimony At Hearing |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

Counsel,

I will accept service of the subpoena on me via electronic mail, and I am authorized to accept service of the subpoena on behalf of Jeffrey Segal via electronic mail. The acceptance of service of the subpoenas via email is subject to and without waiving all objections to the subpoenas, and subject to and without waiving all arguments (other than based on the service by email) with respect to the anticipated motion/ex parte application to quash the subpoenas.

Sincerely,

Donna M. Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6509
E-Mail: Donna.Dean@doj.ca.gov

---

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Friday, June 26, 2020 9:19 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>; Rochelle Rotea <Rochelle@dallp.com>
**Subject:** Subpoena For Appearance and Testimony At Hearing

Ms. Dean,

Please advise whether you will accept service of subpoena via electronic mail as a complete substitute for personal service. Please contact me today to advise. If not agreeable, we will proceed with service by Rule. Attached is the notice of subpoenas served upon the parties to the case, for your reference.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

36

1

PRIVILEGED & CONFIDENTIAL

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.