DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
JOSHUA M. ROBBINS, State Bar No. 270553
  *JRobbins@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
  *Mike@AndersonAdvocates.com*
JENNIFER E. STEIN, State Bar No. 300775
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>       Plaintiff,<br><br>       v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an | Case No. 2:20-cv-01437-ODW-AS<br><br>**SUPPLEMENTAL DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF PLAINTIFF SOCHIL MARTIN'S MOTION TO STRIKE NAASON JOAQUÍN GARCIA'S ANSWER TO THE COMPLAINT**<br><br>Filed Concurrently with Reply Memorandum in Support of Plaintiff's Motion to Strike |

individual, ADORAIM JOAQUIN
ZAMORA, an individual, DAVID
MENDOZA, an individual and DOES 1
through 10, inclusive.

Defendants.

SUPPLEMENTAL DECLARATION OF DEBORAH S. MALLGRAVE

## DECLARATION OF DEBORAH S. MALLGRAVE

I, Deborah S. Mallgrave, declare as follows:

1.    I am an attorney, duly licensed to practice law in the State of California.  I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for Plaintiff Sochil Martin in this action.  The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2.    As stated in my initial declaration in support of Plaintiff's Motion to Strike, I attended the June 3, 2020, meet and confer conference between the parties, along with my colleagues, Joshua Robbins and Arielle Seidman.  During that call Mr. Robbins stated there were a number of paragraphs in Plaintiff's Complaint that did not appear to implicate Defendant Naasón Joaquín García's Fifth Amendment rights, including allegations relating to jurisdiction and venue.  When asked if this concern was limited to paragraphs relating to jurisdiction and venue, Mr. Robbins said it was not.  As a result, García's counsel asked Plaintiff's counsel to compile a list of all of the paragraphs that, if amended or addressed via stipulation, could avoid the present motion.  I provided that list via email to García's counsel on June 4, 2020.  (*See* Mot. Strike Def. Naasón Joaquín García's Answer to Compl., Mallgrave Decl., Ex. B, Jun. 9, 2020, Dkt. 48-1).

3.    During the same meet and confer, Deputy Attorney General Donna Dean—who was on the call to discuss the Attorney General's then-proposed motion for a stay of discovery in this case—was asked whether she would agree that any amendment to García's Answer to Plaintiff's case would not constitute a waiver of García's Fifth Amendment rights in his criminal case.  Dean stated that she was not a part of the Attorney General's prosecution team for the criminal proceedings against García, that she was only assisting with the motion to stay, and that therefore she was not in a position to provide the requested assurances.

4.     On that same meet and confer, counsel for the parties and Dean discussed the Attorney General's then-proposed motion for a stay of discovery in these proceedings.  When Defendants objected to a stay of only discovery, both Dean and Plaintiff's counsel asked whether Defendants would agree to a stay of all proceedings.  Counsel for Defendant García and the other Defendants refused to agree to a stay of the entire case.

5.     Neither Plaintiff nor Plaintiff's counsel was in communication with the Attorney General's office about the filing of this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 29, 2020

/s/ Deborah S. Mallgrave
Deborah S. Mallgrave

Case No. 2:20-cv-01437-ODW-AS
SUPPLEMENTAL DECLARATION OF DEBORAH S. MALLGRAVE