<div style="margin-left: 2em;">

Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Rochelle Calderon Rotea (State Bar No. 325417)
  *rochelle@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone: 949.861.2524
Facsimile: 949.269.6364

Attorneys for Defendants
COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA, ALMA ELIZABETH JOAQUIN, erroneously sued as ALMA ZAMORA DE JOAQUIN, and ADORAIM JOSADAC JOAQUIN, erroneously sued as ADORAIM JOAQUIN ZAMORA

*Additional counsel on following page*

</div>

<div style="text-align: center;">

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

</div>

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>    Defendants. | Case No.: 2:20−cv−01437 ODW (ASx)<br><br>**DEFENDANTS' OBJECTION AND REQUEST TO STRIKE THE DOJ'S 22-PAGE REPLY FOR VIOLATION OF RULE VII(A)(3) OF THE COURT'S STANDING ORDER**<br><br>Complaint Filed: February 12, 2020<br>Trial Date: None Set<br><br>District Judge: Otis D. Wright, II<br>Courtroom: 5D, 5th Floor<br><br>Magistrate Judge: Alka Sagar<br>Courtroom: 540, 5th Floor<br><br>Date: JULY 13, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5D |

DEFENDANTS' OBJECTION TO REPLY AND REQUEST TO STRIKE

Ethan J. Brown (SBN 218814)
  *ethan@bnsklaw.com*
Geoffrey A. Neri (SBN 258802)
  *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:  (310) 593-9980

Attorneys for Defendants
JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN and JOSE LUIS ESTRADA

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Communication Center Berea U.S.A. LLC, erroneously sued as International Berea USA, Alma Elizabeth Joaquin, erroneously sued as Alma Zamora De Joaquin, Adoraim Josadac Joaquin, erroneously sued as Adoraim Joaquín Zamora, Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin Garcia, and Jose Luis Estrada (collectively "Defendants") hereby object to the People of the State of California's (the "DOJ") Reply Memorandum of Points and Authorities In Support Of Motion To Intervene And To Stay Civil Discovery During Pendency of Criminal Proceeding (the "Reply").

Rule VII(A)(3) of this Court's Standing Order provides as follows: "Replies shall not exceed 12 pages. Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations." Here, the Reply is 22 pages in length, not including the caption page, table of contents, table of authorities, the supplemental attorney declaration, and the exhibit to that declaration. The DOJ did not seek leave of Court to file a reply in excess of the page limitations and, consequently, did not provide evidence of good cause to file a brief almost twice as long as permitted by the Court's Standing Order. An order striking the Reply for violation of the page limitations is warranted. *See e.g., Bostick v. Herbalife International of America, Inc.*, No. CV1302488BROSHX 2015 WL 12745798, n. *4 (C.D. Cal. Aug. 18, 2015).

For the reasons stated herein, Defendants respectfully request that the Court strike the DOJ's Reply in its entirety.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: June 30, 2020 | | DAILY ALJIAN LLP |

By: /s/ Reed Aljian
    Reed Aljian
    Attorneys for Defendants, COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA, ALMA ELIZABETH JOAQUIN, erroneously sued as ALMA ZAMORA DE JOAQUIN, and ADORAIM JOSADAC JOAQUIN, erroneously sued as ADORAIM JOAQUÍN ZAMORA

DATED: June 30, 2020    BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
    Geoffrey A. Neri
    Attorneys for Defendants, JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN GARCIA and JOSE LUIS ESTRADA

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:**   *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

     I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **June 30, 2020**, I caused the foregoing document(s) to be served on:

**DEFENDANTS' OBJECTION AND REQUEST TO STRIKE THE DOJ'S 22-PAGE REPLY FOR VIOLATION OF RULE VII(A)(3) OF THE COURT'S STANDING ORDER**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]   (BY CM/ECF ELECTRONIC FILING) I caused such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **June 30, 2020**, at Newport Beach, California.

                                                  */s/* Courtney Dorner
                                                       Courtney Dorner

DAILY ALJIAN LLP
Newport Beach, California

# SERVICE LIST

Deborah S. Mallgrave
  *DMallgrave@GGTrialLaw.com*
GREENBERG GROSS LLP
601 South Figueroa St, 30th Floor
Los Angeles, CA 90017
  *Attorneys for Plaintiff, SOCHIL MARTIN*

Michael G. Finnegan
  *Mike@AndersonAdvocates.com*
Jennifer E. Stein
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Blvd, #503
Los Angeles, CA 90049
  *Attorneys for Plaintiff, SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
Michael G. Freedman
  *mfreedman@werksmanjackson.com*
WERKSMAN JACKSON & QUINN LLP
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
  *Attorneys for Defendant, NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
  *Attorneys for Defendants, JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN AND JOSE LUIS ESTRADA*

Donna M. Dean - Deputy Attorney General
  *Donna.Dean@doj.ca.gov*
CAAG - OFFICE OF ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
*Attorneys for THE PEOPLE OF THE STATE OF CALIFORNIA*