XAVIER BECERRA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6509
  Fax: (916) 731-2120
  E-mail: Donna.Dean@doj.ca.gov
*Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>    Plaintiff,<br><br>v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMÍN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>    Defendants. | 2:20-cv-01437-ODW-AS<br><br>**DECLARATION OF DONNA M. DEAN IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIA'S EX PARTE APPLICATION TO QUASH SUBPOENAS FOR TESTIMONY PURSUANT TO LOCAL RULE 7-8**<br><br>Judge:     Hon. Otis D. Wright, II<br><br>Trial Date: Not set<br>Action Filed: February 12, 2020 |

1

## DECLARATION OF DONNA M. DEAN

I, Donna M. Dean, declare as follows:

1. I am a duly appointed Deputy Attorney General and am assigned to represent the People of the State of California in the above-entitled action. The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2. On June 26, 2020, I received email messages from Reed Aljian, counsel for some of the defendants in this case, demanding that I advise him by the end of the day whether I would accept electronic service of subpoenas to Deputy Attorney General Jeffrey Segal and me to produce documents and testify at the hearing on the People's motion on July 13, 2020. The email further stated that, "If not agreeable, we will proceed with service by Rule." I understood the email to convey that if I did not agree by 5:00 p.m. on Friday to accept service of the subpoenas, then defendants would attempt service at Mr. Segal's and my homes as early as Saturday. A true and correct copy of the email message without the enclosure is attached hereto as Exhibit 1.

3. On June 26 2020, I replied to Mr. Aljian that I would accept service of the subpoena on me and that I was authorized to accept service of the subpoena on Mr. Segal via electronic mail, subject to all objections and an ex parte application to quash the subpoenas. A true and correct copy of my email message dated June 26, 2020, is attached hereto as Exhibit 2.

4. On June 29, 2020, Mr. Aljian's office served the subpoenas by electronic mail. Attached hereto as Exhibits 3 and 4 are true and correct copies of the subpoenas.

5. On June 29, 2020, this court vacated the July 13 hearing date for several motions and took the motions under submission, including The People of the State

2

of California's Motion to Intervene and to Stay Civil Discovery During Pendency of Criminal Proceedings.  Dkt. No. 67.

6. On June 29, 2020, I sent an email message to Mr. Aljian asking him to confirm that the subpoenas would be withdrawn given the court's vacation of the hearing date.  Mr. Aljian responded that he would be filing "a request per LR 7-8, seeking cross-examination either at the hearing or at a deposition in advance of the hearing."  A true and correct copy of this email message exchange is attached hereto as Exhibit 5.  Later that day, Mr. Aljian filed a document entitled "Request Pursuant to Local Rule 7–8 to Cross-Examine Jeffrey Segal, Donna Dean, and Deborah Mallgrave" (Request).  Dkt. No. 68-2.

7. Given the short time frames set forth in the Request and pursuant to Central District of California Local Rule 7-8, there is insufficient time to bring a regularly noticed motion to address this issue.  In addition, the Central District Local Rules do not provide a mechanism to object to the subpoenas other than on the ground that a declarant lives and works more than 100 miles from the courthouse (C.D. Cal. Local Rule 7-8); therefore, the People seek relief via this ex parte application.

8. Good cause to quash the subpoenas exists because:

(a) The subpoenas are moot given the vacation of the July 13 hearing date.

(b) The subpoena to Jeffrey Segal is improper because Mr. Segal resides and works more than 100 miles from the courthouse.

(c) Central District Local Rule 7-8 does not apply to the motions that were set for hearing on July 13.

(d) The subpoenas seek information that is not relevant to the issues in the pending Motion to Intervene and to Stay Civil Discovery During Pendency of Criminal Proceedings.

//

1      (e) The subpoenas seek information and documents protected by the
2  attorney-client privilege and attorney work product doctrine.
3      (f) Litigation counsel are presumptively entitled to a protective order
4  against being deposed by an adversary, and defendant cannot demonstrate that
5  the information sought is relevant, non-privileged, and crucial to the
6  preparation of defendants' case.
7      (g) The subpoenas were served for the purpose harassment.
8      9. Plaintiff Sochil Martin is represented by Jennifer Elizabeth Stein and
9  Michael George Finnegan of Jeff Anderson and Associates PA, 11812 San Vicente
10 Boulevard, No. 503, Los Angeles, CA 90049, 310-357-2425, Fax: 651-297-6543,
11 Email:Jennifer@andersonadvocates.com and Mike@andersonadvocates.com and
12 Deborah S. Mallgrave, Greenberg Gross LLP, 601 South Figueroa Street, 30th
13 Floor, Los Angeles, CA 90017, 213-334-7000, Fax: 213-334-7001,
14 Email:Dmallgrave@ggtriallaw.com
15     10. Defendant Naason Garcia is represented by Caleb E. Mason and Alan
16 Jackson, Werksman Jackson and Quinn LLP, 888 West Sixth Street, Fourth Floor,
17 Los Angeles, CA 90017, 213-688-0460, Fax: 213-624-1942, Email:
18 Cmason@werksmanjackson.com and ajackson@werksmanjackson.com.
19     11. Defendants Communication Center Berea U.S.A. LLC, erroneously sued
20 as International Berea USA, Alma Elizabeth Joaquin, erroneously sued as Alma
21 Zamora De Joaquin, and Adoraim Josadac Joaquin, erroneously sued as Adoraim
22 Joaquín Zamora are represented by Reed T. Aljian and Rochelle Calderon Rotea,
23 Daily Aljian LLP, 100 Bayview Circle, Suite 5500, Newport Beach, CA 92660,
24 949-861-2524, Fax: 949-269-6364, Email:Ra@dallp.com and rochelle@dallp.com.
25     12. Defendants Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel
26 Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin and Jose Luis
27 Estrada are represented by Ethan J. Brown and Geoffrey A. Neri, Brown Neri
28 Smith and Khan LLP, 11601 Wilshire Boulevard, Suite 2080, Los Angeles, CA

1 | 90025, 310-593-9890, Fax: 310-593-9980, Email:Ethan@bnsklaw.com and
2 | Geoff@bnsklaw.com.

3 |     13.  On June 30, 2020, I sent an email message to counsel for all parties advising of the People's intention to file an ex parte application to quash subpoenas. A true and correct copy of my email message dated June 30, 2020 is attached hereto as Exhibit 6.

    14.  On July 1, 2020, I received an email message from counsel for plaintiff indicating that plaintiff would not oppose this ex parte application.  A true and correct copy of the email message from Deborah Mallgrave is attached hereto as Exhibit 7.

    15. On July 1, 2020, I received email messages from counsel for Defendants Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin Garcia and Jose Luis Estrada and counsel for Defendants Communication Center Berea U.S.A. LLC, Alma Elizabeth Joaquin, and Adoraim Josadac Joaquin stating that these defendants would oppose the ex parte application.  True and correct copy of these email messages are attached hereto as Exhibits 8 and 9.  Counsel for Defendant Garcia did not respond.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on July 1, 2020, at Los Angeles, California.

                                          /s/ Donna M. Dean
                                          DONNA M. DEAN