**Donna Dean**

| | |
|---|---|
| **From:** | Reed Aljian <ra@dallp.com> |
| **Sent:** | Friday, June 26, 2020 9:22 AM |
| **To:** | Donna Dean |
| **Cc:** | Courtney Dorner; Kenia Galeana; Rochelle Rotea |
| **Subject:** | Re: Subpoena For Appearance and Testimony At Hearing |

Ms. Dean,

Please kindly also advise whether Mr. Segal will do the same and, if so, please provide his email or advise that you have authority to accept for him by email.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

On Jun 26, 2020, at 9:18 AM, Reed Aljian <ra@dallp.com> wrote:

Ms. Dean,

Please advise whether you will accept service of subpoena via electronic mail as a complete substitute for personal service. Please contact me today to advise. If not agreeable, we will proceed with service by Rule. Attached is the notice of subpoenas served upon the parties to the case, for your reference.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL
<20200624.LLDM.disc.Notice of Subpoenas.pdf>