**Donna Dean**

| | |
|---|---|
| **From:** | Reed Aljian <ra@dallp.com> |
| **Sent:** | Monday, June 29, 2020 5:31 PM |
| **To:** | Donna Dean |
| **Cc:** | Courtney Dorner; Kenia Galeana; Rochelle Rotea |
| **Subject:** | Re: Subpoena For Appearance and Testimony At Hearing |
| **Importance:** | High |

Ms. Dean,

Today, we are filing a request per LR 7-8, seeking cross-examination either at the hearing or at a deposition in advance of the hearing. Therefore, at this time, we will not be withdrawing the subpoenas. However, once the LR 7-8 request is adjudicated by the Court, we can revisit the issue, at which time I would anticipate the subpoenas would either be amended or withdrawn, depending upon the outcome of the request.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

> On Jun 29, 2020, at 4:27 PM, Donna Dean <Donna.Dean@doj.ca.gov> wrote:
>
> Counsel,
>
> Please confirm that defendants withdraw their subpoenas in light of the court's order taking the July 13 hearing date off calendar (Dkt. No. 67).
>
> Thank you,
>
> Donna M. Dean
> Deputy Attorney General
> California Department of Justice
> Office of the Attorney General
> 300 S. Spring Street, Suite 1702
> Los Angeles, California 90013
> Phone: (213) 269-6509
> E-Mail: Donna.Dean@doj.ca.gov
>
> ---
>
> **From:** Reed Aljian <ra@dallp.com>
> **Sent:** Friday, June 26, 2020 9:22 AM
> **To:** Donna Dean <Donna.Dean@doj.ca.gov>
> **Cc:** Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>; Rochelle Rotea

1

<Rochelle@dallp.com>

**Subject:** Re: Subpoena For Appearance and Testimony At Hearing

Ms. Dean,

Please kindly also advise whether Mr. Segal will do the same and, if so, please provide his email or advise that you have authority to accept for him by email.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

On Jun 26, 2020, at 9:18 AM, Reed Aljian <ra@dallp.com> wrote:

Ms. Dean,

Please advise whether you will accept service of subpoena via electronic mail as a complete substitute for personal service. Please contact me today to advise. If not agreeable, we will proceed with service by Rule. Attached is the notice of subpoenas served upon the parties to the case, for your reference.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL
<20200624.LLDM.disc.Notice of Subpoenas.pdf>

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.