1  XAVIER BECERRA
   Attorney General of California
2  MARK T. CUMBA
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone:  (213) 269-6509
6   Fax:  (916) 731-2120
    E-mail:  Donna.Dean@doj.ca.gov
7  *Attorneys for the People of the State of California*

8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  **SOCHIL MARTIN,** | 2:20-cv-01437-ODW-AS |
| 13  Plaintiff, | **DECLARATION OF JEFFREY SEGAL IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIA'S EX PARTE APPLICATION TO QUASH SUBPOENAS FOR TESTIMONY PURSUANT TO LOCAL RULE 7-8** |
| 14  v. | |
| 15  **LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual,* **EL CONSEJO DE OBISPOS,** *an unincorporated association,* **INTERNATIONAL BEREA USA,** *an unincorporated association,* **GILBERTO GARCÍA GRANADOS,** *an individual,* **JOSE HERNANDEZ,** *an individual,* **UZZIEL JOAQUÍN,** *an individual,* **SILVERIO CORONADO,** *an individual,* **AURELIO ZAVALETA,** *an individual,* **JOSE LUIS ESTRADA,** *an individual,* **JONATHAN MENDOZA,** *an individual,* **ALMA ZAMORA DE JOAQUÍN,** *an individual,* **BENJAMÍN JOAQUÍN GARCÍA,** *an individual,* **RAHEL JOAQUÍN GARCÍA,** *an individual,* **ADORAIM JOAQUÍN ZAMORA,** *an individual,* **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,** | Judge: Hon. Otis D. Wright, II  Trial Date: Not set  Action Filed: February 12, 2020 |
| Defendants. | |

1

## DECLARATION OF JEFFREY SEGAL

I, Jeffrey Segal, declare as follows:

1. I am a duly appointed Deputy Attorney General and am assigned to represent the People of the State of California in the matter entitled *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA475856. The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2. My residence and place of employment are in the County of San Diego, more than 100 driving miles from the Central District of California Courthouse located at 350 W. 1st Street, Los Angeles, California, according to Google Maps.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2020, at San Diego, California.

_____
Jeffrey Segal
Deputy Attorney General