IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,** <br><br> Plaintiff, <br><br> v. <br><br> **LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,** <br><br> Defendants. | Case No. 2:20-cv-01437-ODW-AS <br><br> **[PROPOSED] ORDER GRANTING THE PEOPLE OF THE STATE OF CALIFORNIA'S EX PARTE APPLICATION TO QUASH SUBPOENAS** <br><br> Judge:   Hon. Otis D. Wright, II <br><br> Trial Date:   Not set <br> Action Filed:   February 12, 2020 |

1

1  FOR GOOD CAUSE SHOWN, the Ex Parte Application of the People of the
2  State of California to Quash Subpoenas is GRANTED.
3
4
5  Dated: _____          _____
6                                           Hon. Otis D. Wright, II
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28