Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Rochelle Calderon Rotea (State Bar No. 325417)
  *rochelle@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone:  949.861.2524
Facsimile:  949.269.6364

Attorneys for Defendants
COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA, ALMA ELIZABETH JOAQUIN, erroneously sued as ALMA ZAMORA DE JOAQUIN, and ADORAIM JOSADAC JOAQUIN, erroneously sued as ADORAIM JOAQUIN ZAMORA

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SOCHIL MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>  Defendants. | Case No.: 2:20−cv−01437 ODW (ASx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING STATE OF CALIFORNIA'S *EX PARTE* APPLICATION TO QUASH SUBPOENAS**<br><br>Complaint Filed: February 12, 2020<br>Trial Date: None Set<br><br>District Judge: Otis D. Wright, II<br>Courtroom: 5D, 5th Floor<br>Magistrate Judge: Alka Sagar<br>Courtroom: 540, 5th Floor |

[PROPOSED] ORDER DENYING EX PARTE APP. TO QUASH SUBPOENAS

Ethan J. Brown (SBN 218814)
 *ethan@bnsklaw.com*
Geoffrey A. Neri (SBN 258802)
 *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:  (310) 593-9980

Attorneys for Defendants
JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN and JOSE LUIS ESTRADA

DAILY ALJIAN LLP
Newport Beach, California

Upon consideration of the evidence and arguments, the State of California's *Ex Parte* Application to Quash Supboenas served upon Jeffrey Segal and Donna Dean is DENIED.

**IT IS SO ORDERED:**

Dated: _____        _____
                                              HONORABLE ALKA SAGAR