1  Reed Aljian (State Bar No. 211010)
    *ra@dallp.com*
2  Rochelle Calderon Rotea (State Bar No. 325417)
    *rochelle@dallp.com*
3  DAILY ALJIAN LLP
   100 Bayview Circle, Suite 5500
4  Newport Beach, CA  92660
   Telephone:   949.861.2524
5  Facsimile:    949.269.6364

6  Attorneys for Defendants,
   COMMUNICATION CENTER BEREA U.S.A. LLC,
7  erroneously sued as INTERNATIONAL BEREA USA,
   ALMA ELIZABETH JOAQUIN, erroneously sued as
8  ALMA ZAMORA DE JOAQUIN, and ADORAIM
   JOSADAC JOAQUIN, erroneously
9  sued as ADORAIM JOAQUIN ZAMORA

10  *Additional counsel on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

DAILY ALJIAN LLP
Newport Beach, California

| | |
|---|---|
| SOCHIL MARTIN, | Case No.: 2:20−cv−01437 ODW (ASx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **PROOF OF SERVICE** |
| LA LUZ DEL MUNDO, an unincorporated association, et al. | Complaint Filed: February 12, 2020<br>Trial Date: None Set |
| Defendants. | District Judge: Otis D. Wright, II<br>Courtroom: 5D, 5th Floor |
| | Magistrate Judge: Alka Sagar<br>Courtroom: 540, 5th Floor |

Ethan J. Brown (SBN 218814)
 *ethan@bnsklaw.com*
Geoffrey A. Neri (SBN 258802)
 *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendants
JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN and JOSE LUIS ESTRADA

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:** *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **July 2, 2020**, I caused the foregoing document(s) to be served on:

1. **DEFENDANTS' JOINT OPPOSITION TO STATE OF CALIFORNIA'S *EX PARTE* APPLICATION TO QUASH SUBPOENAS**

2. **[PROPOSED] ORDER DENYING STATE OF CALIFORNIA'S *EX PARTE* APPLICATION TO QUASH SUBPOENAS**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]  (BY CM/ECF ELECTRONIC FILING) I caused such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **July 2, 2020**, at Newport Beach, California.

                                           */s/* Courtney Dorner
                                             Courtney Dorner

# **SERVICE LIST**

Deborah S. Mallgrave
  *DMallgrave@GGTrialLaw.com*
GREENBERG GROSS LLP
601 South Figueroa St, 30th Floor
Los Angeles, CA 90017
  *Attorneys for Plaintiff, SOCHIL MARTIN*

Michael G. Finnegan
  *Mike@AndersonAdvocates.com*
Jennifer E. Stein
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Blvd, #503
Los Angeles, CA 90049
  *Attorneys for Plaintiff, SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
Michael G. Freedman
  *mfreedman@werksmanjackson.com*
WERKSMAN JACKSON & QUINN LLP
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
  *Attorneys for Defendant, NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
  *Attorneys for Defendants, JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN AND JOSE LUIS ESTRADA*

Donna M. Dean - Deputy Attorney General
  *Donna.Dean@doj.ca.gov*
CAAG - OFFICE OF ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
*Attorneys for THE PEOPLE OF THE STATE OF CALIFORNIA*