IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No. 2:20-cv-01437-ODW(AS)<br><br>**ORDER GRANTING THE PEOPLE OF THE STATE OF CALIFORNIA'S EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMITS FOR REPLY IN SUPPORT OF MOTION TO INTERVENE AND TO STAY CIVIL DISCOVERY DURING PENDENCY OF CRIMINAL PROCEEDINGS [DKT. No. 66]**<br><br>Judge:   Hon. Otis D. Wright, II<br><br>Trial Date:   Not set<br>Action Filed:   February 12, 2020 |

1  FOR GOOD CAUSE SHOWN, the Ex Parte Application of the People of the State of California for Leave to Exceed Page Limits for Reply in Support of Motion to Intervene and to Stay Civil Discovery During Pendency of Criminal Proceedings [DKT. No. 66] is GRANTED.

Dated: __July 2, 2020_____   _____
                                                                Hon. Otis D. Wright, II