XAVIER BECERRA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6509
  Fax:  (916) 731-2120
  E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>                         Plaintiff,<br><br>v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMÍN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>                         Defendants. | 2:20-cv-01437-ODW-AS<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA'S OBJECTIONS TO DEFENDANTS' SUBPOENAS AND NOTICE OF REQUEST TO CROSS-EXAMINE DEPUTY ATTORNEYS GENERAL JEFFREY SEGAL AND DONNA DEAN**<br><br>Judge:       Hon. Otis D. Wright, II<br><br>Trial Date:  Not set<br>Action Filed: February 12, 2020 |

1

**TO THE COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The People of the State of California hereby object to Defendants' Subpoenas and Request Pursuant to Local Rule 7–8 to Cross-Examine Deputy Attorneys General Jeffrey Segal and Donna Dean on the grounds of the lack of subpoena power, relevance, and the improper request for privileged information as stated in further detail below.

Objection: Lack of subpoena power.  Jeffrey Segal resides and works in the County of San Diego, more than 100 miles from the courthouse.  See Dkt. No. 73-11 (Declaration of Jeffrey Segal).  Local Rule 7-8 provides: "If the party offering the declaration disputes that the declarant is within the subpoena power of the Court and reasonably available to the offering party, such party shall serve and file an objection to the notice of request to cross-examine not later than eleven (11) days prior to the hearing."  For subpoenas issued to nonparty witnesses for hearings, the subpoena can only require that a person travel "within 100 miles" of the person's residence, place of employment, or place where the person regularly conducts business in person.  Fed. R. Civ. P. 45(c)(1)(A)).  Given that Mr. Segal is not within the subpoena power of the Court, the People object to Defendants' subpoena and request to cross-examine Mr. Segal.

Objection:  Relevance.  Central District Local Rule 7-8 does not apply to the motions that were set for hearing on July 13.  Local Rule 7-8 applies to "motions for and orders to show cause re preliminary injunctions, motions to be relieved from default and other motions *where an issue of fact is to be determined*."  C.D. Cal. Local Rule 7-8 (emphasis added).  There are no factual issues to be determined with respect to the People's Motion to Intervene and Stay Discovery.  Defendants seek to cross-examine Deputy Attorneys General Donna Dean and Jeffrey Segal on wholly collateral issues that are not relevant to the motion.  Thus, the People object to Defendants' subpoenas and request to cross-examine Ms. Dean and Mr. Segal.

1  Objection: Improper request for privileged information.  The subpoenas
2  served by defendants and information sought are protected by the attorney-client
3  privilege and attorney work product doctrine.  Although the categories set forth in
4  the subpoenas seek information and documents regarding communications between
5  counsel for plaintiff and the DOJ, the categories are such that they also include
6  communications solely among DOJ attorneys.  Communications among DOJ
7  attorneys are protected by the attorney-client privilege and the work product
8  doctrine.  The People, therefore, object to Defendants' subpoenas and request to
9  cross-examine Ms. Dean and Mr. Segal.

11  Dated:  July 2, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General

/s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for the People of the State of California*