IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCIA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No. 2:20-cv-01437-ODW(ASx)<br><br>**[PROPOSED] ORDER GRANTING THE PEOPLE OF THE STATE OF CALIFORNIA'S EX PARTE APPLICATION TO QUASH SUBPOENAS**<br><br>Judge:   Hon. Otis D. Wright, II<br><br>Trial Date:      Not set<br>Action Filed:   February 12, 2020 |

1

FOR GOOD CAUSE SHOWN, the Ex Parte Application of the People of the State of California to Quash Subpoenas is GRANTED.

Dated: July 2, 2020

/ s / Sagar
Hon. Alka Sagar
United States Magistrate Judge