DEBORAH S. MALLGRAVE, State Bar No. 198603
  DMallgrave@GGTrialLaw.com
DESIREE N. MURRAY, State Bar No. 330079
  DMurray@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
  Mike@AndersonAdvocates.com
JENNIFER E. STEIN, State Bar No. 300775
  Jennifer@AndersonAdvocates.com
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an | Case No. 2:20-cv-01437-ODW-AS<br><br>**DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST PURSUANT TO RULE 7-8 TO CROSS-EXAMINE**<br><br>Filed Concurrently with Opposition to Defendants' Request to Cross-Examine<br><br>District Judge:   Otis D. Wright, II<br>Courtroom:        5D, 5th Floor<br><br>Magistrate Judge: Alka Sagar<br>Courtroom:        540, 5th Floor |

1 | individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.
2 |
3 |       Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF DEBORAH S. MALLGRAVE

I, Deborah S. Mallgrave, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California. I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for Plaintiff Sochil Martin in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. After the Court vacated the hearing in this action scheduled for July 13, 2020, I emailed counsel for Defendants Alma Zamora de Joaquín, Adoraim Joaquín Zamora, and International Berea USA, Reed Aljian, and asked for his confirmation that the subpoenas to appear and testify in connection with the July 13, 2020 hearing were moot. Attached as **Exhibit A** is a true and correct copy of my email to Mr. Aljian, dated July 1, 2020, and our subsequent exchange. As indicated in Exhibit A, Mr. Aljian replied that same day, noting at this time he would not be withdrawing the subpoenas.

3. On July 2, 2020, after the Court granted the Attorney General's ex parte to quash the subpoenas directed to attorneys in that office, Mr. Aljian notified me that he would withdraw the subpoena directed to me. Attached as **Exhibit B** is a true and correct copy of Mr. Aljian's email communication to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 2, 2020

/s/ Deborah S. Mallgrave
Deborah S. Mallgrave