# EXHIBIT B

| | |
|---|---|
| **From:** | Reed Aljian <ra@dallp.com> |
| **Sent:** | Thursday, July 2, 2020 7:45 PM |
| **To:** | Deborah Mallgrave |
| **Cc:** | Rochelle Rotea; Alan Jackson; Caleb Mason; Geoff Neri; Ethan Brown; Jennifer Stein; Courtney Dorner; Kenia Galeana; Mike@andersonadvocates.com; Donna Dean; Arielle A. Seidman; Jenira Velez; Desiree N. Murray |
| **Subject:** | [EXT] Re: Martin v. La Luz Del Mundo, et. al. |

Understood. Enjoy your 4th of July weekend.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

On Jul 2, 2020, at 7:41 PM, Deborah Mallgrave <DMallgrave@GGTrialLaw.com> wrote:

Reed,

Thank you for the email. Based on the representation below, we will not file our *ex parte* application to quash the subpoena.

Regards,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Thursday, July 2, 2020 7:06 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Cc:** Rochelle Rotea <Rochelle@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Geoff Neri <geoff@bnsklaw.com>; Ethan Brown <ethan@bnsklaw.com>; Jennifer Stein <jennifer@andersonadvocates.com>; Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>; Mike@andersonadvocates.com; Donna Dean <Donna.Dean@doj.ca.gov>; Arielle A. Seidman <ASeidman@GGTrialLaw.com>; Jenira Velez <JVelez@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>
**Subject:** [EXT] Re: Martin v. La Luz Del Mundo, et. al.

Ms. Mallgrave,

In light of the Magistrate's ruling granting the DOJ's *Ex Parte* Application to quash, we hereby withdraw the subpoena served on you on Monday, June 29, 2020 to cause you to appear, testify, and produce at the July 13, 2020 hearing.

All rights reserved.

Sincerely,

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

On Jul 2, 2020, at 4:11 PM, Deborah Mallgrave <DMallgrave@GGTrialLaw.com> wrote:

Reed,

We intend to file our application this evening.

- Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Thursday, July 2, 2020 3:18 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Cc:** Rochelle Rotea <Rochelle@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Geoff Neri <geoff@bnsklaw.com>; Ethan Brown <ethan@bnsklaw.com>; Jennifer Stein <jennifer@andersonadvocates.com>; Courtney Dorner <cd@dallp.com>; Kenia Galeana <kg@dallp.com>; Mike@andersonadvocates.com; Donna Dean <Donna.Dean@doj.ca.gov>; Arielle A. Seidman <ASeidman@GGTrialLaw.com>; Jenira Velez <JVelez@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>
**Subject:** [EXT] Re: Martin v. La Luz Del Mundo, et. al.

Ms. Mallgrave,

As an additional note, your email does not explain when the application will be filed. With that said, my office is closed tomorrow for the national holiday. You have been on notice of the subpoena since last Wednesday and you were served with the subpoena this Monday. However, despite the alleged emergency presented by the subpoena, you chose not to move to quash at that time and, instead, you chose to delay over a week until the eve of the national holiday to seek this relief, which requires our opposition within 24 hours. This apparent tactical decision does not go unnoticed.

Please kindly include this email with your application.

All rights reserved.

Reed Aljian

DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

On Jul 2, 2020, at 12:39 PM, Reed Aljian <ra@dallp.com> wrote:

Ms. Mallgrave,

On behalf of my clients, we will oppose, for the same reasons stated in our opposition to the DOJ's application, which we will be filing shortly.

As I have stated previously, please copy Courtney and Kenia on all communications, especially ones purporting to provide *ex parte* notice.

Sincerely,

Reed Aljian

> On Jul 2, 2020, at 11:44 AM, Deborah Mallgrave <DMallgrave@GGTrialLaw.com> wrote:
>
> Counsel,
>
> To ensure that the objections to the subpoena directed to me are properly before the Court, Plaintiff intends to file an ex parte application to quash the subpoena on the grounds that: (1) the subpoena is moot in light of the fact that the July 13 hearing was vacated; (2) Central District Local Rule 7-8 does not apply to the motions for which Defendants' seek testimony; (3) the subpoena seeks information and documents protected by the attorney-client privilege and attorney work product doctrine, and the law enforcement privilege; (4) the subpoena seeks information that is not relevant to the issues in the motions for which Defendants' seek testimony; (5) the subpoena was served for the purpose harassment; and (6) litigation counsel are presumptively entitled to a protective order against being deposed by an adversary, and Defendants cannot demonstrate that the information sought is relevant, non-privileged, and crucial to the preparation of Defendants' case.
>
> The relief is sought on an ex parte basis because there is insufficient time for a regularly-noticed motion.  Per Judge Wright's procedures, any opposition to the ex parte applications will be due 24 hours (or one court day) following service of the moving papers.  In this case, the filing and service will be effected via the ECF system.
>
> Based on previous communications and Defendants' response to oppose a similar ex parte application filed by the State, I assume Defendants will oppose this ex parte, but please advise me of your position by 5:00 p.m. today, July 2, 2020.
>
> Kind regards,
> Deb
>
> **Deborah S. Mallgrave**
> *Partner*
> 601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
> 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626

Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.


This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.