1  Ethan J. Brown (SBN 218814)
    (ethan@bnsklaw.com)
2  Geoffrey A. Neri (SBN 258802)
    (geoff@bnsklaw.com)
3  BROWN, NERI, SMITH & KHAN LLP
   11601 Wilshire Blvd., Suite 2080
4  Los Angeles, California 90025
   Telephone:  (310) 593-9890
5  Facsimile:   (310) 593-9980

6
7  Attorneys for Defendants

8  *Jose Hernandez, Silverio Coronado, Aurelio Zavaleta,*
   *Uzziel Joaquin, Jonathan Mendoza, David Mendoza,*
9  *Benjamin Joaquin and Jose Luis Estrada and Rahel Garcia*

10              UNITED STATES DISTRICT COURT
11         CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| 12  SOCHIL MARTIN, | Case No.: 2:20-CV-01437-OWD (ASx) |
| 13              Plaintiff, | |
| 14       v. | **SPECIALLY APPEARING DEFENDANT RAHEL GARCIA'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2) FOR DEFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION** |
| 15  LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive. | |
| | Date:  Aug. 31, 2020 |
| | Time:  1:30 p.m. |
| | Ctrm:  5D |
| | [Concurrently filed herewith: (1) Memorandum of Points and Authorities; (2) Declaration of Rahel Garcia; (3) Declaration of Oracio De La Paz; (4) Declaration of Leticia Rosales: (5) Declaration of Geoffrey A. Neri; and (6) [Proposed] Order] |
|             Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 31, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 5D of the above-entitled Court, located at 350 West 1st Street, Los Angeles, CA 90012, Defendant Rahel Garcia ("Defendant") will and hereby does appear specially to move the Court for an order dismissing the action or, alternatively, quashing service and setting a deadline to properly effect service pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(2) for insufficient service of process and lack of personal jurisdiction.

This Motion is made on the grounds that the summons and complaint were not sufficiently served on Defendant. Defendant is a citizen and resident of Mexico, as attested to in the declaration submitted herewith. Both Mexico and the United States are signatories to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters (the "Hague Convention").

Thus, the Hague Convention governs the service of process on Defendant and failure to comply with its mandatory procedures voids the service, even if it is made in compliance with federal or state law and even where a defendant has actual notice of the lawsuit. Plaintiff did not serve Defendant under the Hague Convention or even attempt to do so. Nor did Plaintiff properly serve Defendant under the rules governing service in California, even if the Hague Convention were not to be applied.

Furthermore, even if service were sufficient, which it was and is not, this Court would still lack personal jurisdiction over Defendant. Plaintiff cannot establish that the Defendant has the minimum contacts sufficient to comport with due process and to allow this Court to exercise general or specific jurisdiction over Defendant.

The motion is and will based upon this Notice of Motion and Motion, the concurrently-filed Memorandum of Points and Authorities, Declarations of Rahel Garcia, Oracio De La Paz, Leticia Rosales, and Geoffrey A. Neri, and [Proposed]

Order], as wells as the pleadings and papers filed herein, and such oral or documentary evidence that may be presented at the hearing.

This motion is made following a conference of counsel pursuant to L.R. 7-3 which took place on June 29, 2020.  (Declaration of Geoffrey A. Neri at ¶ 2.)

Respectfully submitted,

| | |
|---|---|
| DATED: July 15, 2020 | BROWN, NERI, SMITH & KHAN LLP |
| | By:  /s/ Geoffrey A. Neri |
| | Geoffrey A. Neri |
| | Attorneys for Defendants |
| | *Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin, Jose Luis Estrada and Rahel Garcia* |

# CERTIFICATE OF SERVICE

I, Geoffrey A. Neri, declare as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California, and my business address is 11601 Wilshire Blvd., Suite 2080, Los Angeles, CA 90025.

On July 15, 2020, I electronically filed the following document—SPECIALLY APPEARING DEFENDANT RAHEL GARCIA'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2) FOR DEFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION—with the United States District Court for the Central District of California by using the court's CM/ECF system and all participants in the case who are registered CM/ECF users will thereby be served on July 15, 2020.

/s/ Geoffrey A. Neri
Geoffrey A. Neri