# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT RAHEL GARCIA'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2) FOR DEFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**<br><br>Action filed: February 12, 2020 |

[PROPOSED] ORDER

Having considered Defendant Rahel Garcia's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(2) for Deficient Service and Lack of Personal Jurisdiction (the "Motion"), and accompanying papers, the papers filed in response thereto, all other argument, and the pleadings on file in this case, the Court hereby **GRANTS** the Motion as follows:

(1) The Complaint against Defendant Rahel Garcia is dismissed; and/or

(2) service of process on Defendant Rahel Garcia is quashed.

**IT IS SO ORDERED**.

Dated: _____       _____
                                HON. OTIS D. WRIGHT II
                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 15, 2020.

DATED: July 15, 2020

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
     Geoffrey A. Neri

[CERTIFICATE OF SERVICE