1  Ethan J. Brown (SBN 218814)
    (ethan@bnsklaw.com)
2  Geoffrey A. Neri (SBN 258802)
    (geoff@bnsklaw.com)
3  BROWN, NERI, SMITH & KHAN LLP
   11601 Wilshire Blvd., Suite 2080
4  Los Angeles, California 90025
   Telephone:  (310) 593-9890
5  Facsimile:   (310) 593-9980

6

7  Attorneys for Defendants
   *Jose Hernandez, Silverio Coronado, Aurelio Zavaleta,
   Uzziel Joaquin, Jonathan Mendoza, David Mendoza,
8  Benjamin Joaquin and Jose Luis Estrada*

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN, | Case No.: 2:20-CV-01437-OWD (ASx) |
| Plaintiff, | |
| v. | **DECLARATION OF ORACIO DE LA PAZ** |
| LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive. | |
| Defendants. | |

## DECLARATION OF ORACIO DE LA PAZ

I, ORACIO DE LA PAZ, declare as follows:

1. I am over the age of eighteen years old, the facts set forth herein are within my personal knowledge and, if called as a witness, could and would competently testify thereto.

2. I am a minister of the La Luz del Mundo church in San Francisco, but on or around May 1, 2020, I was on the premises of a residential property located at 118 N. Arizona Avenue in Los Angeles, California.

3. While there I was approached by a Hispanic male, who looked to be in his forties, holding a package and asking for a woman named Rahel Garcia. I told the man that he had the wrong address and that there was no person by that name living or working at the property but he insisted that he needed to deliver the package.

4. I replied that I could not take it, at which time he pulled out his wallet and showed me what appeared to me to be a police badge. He stated that the package involved a legal situation and that it was really important for me to take the package. He asked me for my name, which I refused to provide, but I believed the man was a police officer, so I assumed I had no choice but to take the package, which I did.

5. The package consisted of legal papers directed to Rahel Garcia, which I have been informed pertain to a case in which she has been named as a defendant. However, I am not authorized to accept any legal papers for Ms. Garcia.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of July in the County of San Francisco, California.

_____
ORACIO DE LA PAZ

1
DECLARATION OF ORACIO DE LA PAZ

# **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 15, 2020.

BROWN, NERI, SMITH & KHAN LLP

DATED: July 15, 2020

By: /s/ Geoffrey A. Neri
      Geoffrey A. Neri

1
CERTIFICATE OF SERVICE