Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendants
*Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin and Jose Luis Estrada*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No.: 2:20-CV-01437-OWD (ASx) <br><br> **DECLARATION OF LETICIA ROSALES** |

# DECLARATION OF LETICIA ROSALES

I, LETICIA ROSALES, declare as follows:

1. I am over the age of eighteen years old, the facts set forth herein are within my personal knowledge and, if called as a witness, could and would competently testify thereto.

2. I am a caretaker at the "Rancho Eben-Ezer", located at 28899 San Timoteo Canyon Rd, Redlands, CA 92373. Rancho Eben-Ezer is a property used for outdoor activities. Rahel Garcia does not work or reside on the property.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of July in the County of San Bernardino, California.

_____
LETICIA ROSALES

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 15, 2020.

BROWN, NERI, SMITH & KHAN LLP

DATED: July 15, 2020

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri