Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:  (310) 593-9980

Attorneys for Defendants
*Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin, Jose Luis Estrada and Rahel Garcia*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>             Plaintiff,<br><br>     v.<br><br>LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>             Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**DECLARATION OF GEOFFREY A. NERI**<br><br>Date: Aug. 31, 2020<br>Time: 1:30 p.m.<br>Ctrm: 5D |

# DECLARATION OF GEOFFREY A. NERI

I, GEOFFREY A. NERI, declare as follows:

1. I am a partner with the law firm of Brown, Neri, Smith & Khan, LLP, counsel of record for Defendant Rahel Garcia ("Garcia"), among others, in these proceedings, have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify thereto.

2. On June 29, 2020, counsel for the Plaintiff and I held a telephonic conference pursuant to L.R. 7-3. During that meeting and in emails afterwards, I informed counsel that Garcia resides in Mexico and expressed my view that she is not subject to personal jurisdiction in the Central District of California. Plantiff's counsel and I could not agree to any compromise that would obviate the need for motions practice. We agreed, however, that Garcia would have until July 15, 2020, to file a motion on the issues discussed. Attached hereto as Exhibit "A" is a true and correct copy of a string of emails reflecting our discussions and agreement.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 15th day of July in the County of Los Angeles, California.

_____
Geoffrey A. Neri

# EXHIBIT "A"

**From:** Geoff Neri
**To:** Deborah Mallgrave
**Subject:** RE: Martin v. LDM: service on R. Garcia
**Date:** Wednesday, July 15, 2020 2:15:00 PM
**Attachments:** image002.png
image003.png

Deborah,

I've conferred with my client and done some further review of the case law. If we were to voluntarily accept service, I believe it could be construed as a waiver of the jurisdictional challenge.
Also, service under the Hague Convention is mandatory here, in our view. So, we will have to agree to disagree and let the Court adjudicate the issues. Thanks.

Best regards,

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980
Email: geoff@bnsklaw.com



**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Friday, July 10, 2020 7:26 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** Re: Martin v. LDM: service on R. Garcia

Thanks, you too.

Get Outlook for iOS

**From:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Sent:** Friday, July 10, 2020 2:35:03 PM
**To:** Geoff Neri <geoff@bnsklaw.com>
**Subject:** RE: Martin v. LDM: service on R. Garcia

Sure, no problem.

Have a good weekend.

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Friday, July 10, 2020 2:33 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** [EXT] RE: Martin v. LDM: service on R. Garcia

Deb,

I'll need time to discuss with my client. Can we agree to extend the deadline for filing a motion to next Wednesday?

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980
Email: geoff@bnsklaw.com



**From:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Sent:** Friday, July 10, 2020 10:32 AM
**To:** Geoff Neri <geoff@bnsklaw.com>
**Subject:** RE: Martin v. LDM: service on R. Garcia

Geoff,

Thank you for the response. From your email, I gather we disagree on whether Plaintiff has effected

service on Rahel Garcia and I don't see that further discussions on that point would be productive. But in an effort to narrow the issues here, can you accept service for Ms. Garcia so we can focus on the personal jurisdiction issue?

Thanks,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Wednesday, July 8, 2020 3:14 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** [EXT] RE: Martin v. LDM: service on R. Garcia

Deb,

I've gathered some more information on the service issues raised in your email below (my comments in italics below yours below):

1. At the property she owns in Orlando, Florida (as identified by Lexis Property Records), by registered mail.

   *Ms. Garcia does not reside at this property. She may be identified as a co-owner of the property with her sister, whose daughter lives there.*

2. At her place of employment at the Redlands Ranch (in Redlands, California). Ms. Garcia's employment at the Ranch was confirmed by a current employ at the Ranch. 3 attempts were made to locate Ms. Garcia while at work at the Ranch.

   *Ms. Garcia neither works nor resides at this property. A person with personal knowledge is willing to submit a declaration attesting to those facts.*

3. At the 120 N. Arizona Ave, Los Angeles address, based on information that Ms. Garcia was then residing at that address. 3 attempts made to this location.

   *There is apparently no building with an address of 120 N. Arizona. The addresses on that street jump from 118 N. Arizona to 122 N. Arizona.*

4. At the 118 N. Arizona Ave., Los Angeles address, after person at that address confirmed Ms. Garcia lived there. 1 attempt made at this location, and papers left for Ms. Garcia, then mailed to that address.

> Ms. Garcia does not reside at this property. Service package was handed to a LLDM minister, who told the process server that he was not related to Ms. Garcia and Ms. Garcia does not live there. This individual is willing to submit a declaration attesting to those facts.

Please let me know if you would like to meet and confer on these issues or whether you believe that at this point we will just need to engage in motions practice.

**From:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Sent:** Monday, July 6, 2020 4:30 PM
**To:** Geoff Neri <geoff@bnsklaw.com>
**Subject:** RE: Martin v. LDM: service on R. Garcia

Geoff,

I need to correct a piece of information from my statement below concerning our efforts to serve Rahel Garcia. It was just brought to my attention that the information on Ms. Garcia working at the Ranch did *not* come from the process server. I apologize for any inconvenience this may have caused. I will note, however, that publicly available information on LEXIS does identify the Ranch as Ms. Garcia's place of employment.

Regards,
Deb

**Deborah S. Mallgrave**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Monday, July 6, 2020 2:55 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** [EXT] RE: Martin v. LDM: service on R. Garcia

Thanks. I will get back to you shortly.

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**

11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980
Email: geoff@bnsklaw.com



**From:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Sent:** Monday, July 6, 2020 12:03 PM
**To:** Geoff Neri <geoff@bnsklaw.com>
**Subject:** RE: Martin v. LDM: service on R. Garcia

Geoff,

You are correct that I'm not in a position to disclose names/witnesses, but I understand that Ms. Garcia plays a managerial role at the Ranch. And, as I am finding out, property records and information are not always what they seem with LDM properties.

Yes, the extension for the motion is fine.

Thanks,
Deb


**Deborah S. Mallgrave**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Monday, July 6, 2020 9:15 AM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** [EXT] RE: Martin v. LDM: service on R. Garcia

Deborah,

I will be conferring with my client today regarding the representations re service in your email below. Regarding Redlands Ranch, I expect you may not want to share with me at this time the name of the individual who confirmed Ms. Garcia's employment there, but can you tell me what the nature of Ms. Garcia's alleged employment there? It looks to be a mobile home park, based on my research.

Also, please let me know if you will agree to extend the deadline to file a motion on the service/jurisdiction issues to next Monday, July 13, 2020. With additional time, I believe we may be able to narrow the issues or avoid motions practice altogether.

Best regards,

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980
Email: geoff@bnsklaw.com



**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Monday, June 29, 2020 4:31 PM
**To:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** Re: Martin v. LDM: service on R. Garcia

I'll review this with my client and get back to you. Thanks, Geoff

Get Outlook for iOS

**From:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Sent:** Monday, June 29, 2020 9:34:01 AM
**To:** Geoff Neri <geoff@bnsklaw.com>
**Subject:** Martin v. LDM: service on R. Garcia

Geoff,

To follow up on our discussion regarding service of the summons and complaint on Rahel Garcia (and my apologies for taking longer than I anticipated to do so), we attempted to serve Ms. Garcia, as identified below:

1. At the property she owns in Orlando, Florida (as identified by Lexis Property Records), by registered mail
2. At her place of employment at the Redlands Ranch (in Redlands, California). Ms. Garcia's employment at the Ranch was confirmed by a current employ at the Ranch. 3 attempts were made to locate Ms. Garcia while at work at the Ranch.
3. At the 120 N. Arizona Ave, Los Angeles address, based on information that Ms. Garcia was then residing at that address. 3 attempts made to this location.
4. At the 118 N. Arizona Ave., Los Angeles address, after person at that address confirmed Ms. Garcia lived there. 1 attempt made at this location, and papers left for Ms. Garcia, then mailed to that address.

I realize the proof of service only refers to the last few attempts made to serve Ms. Garcia. Please review the full list of attempts and let me know if it is still your position that Ms. Garcia was not properly served, or if Ms. Garcia would reconsider allowing you to accept service for her or waive service on her behalf. I expect Ms. Garcia would still dispute personal jurisdiction, but we could at least narrow the issues requiring judicial intervention.

Thank you,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**GREENBERG GROSS LLP**

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 15, 2020.

DATED: July 15, 2020   BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri