U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SOCHIL MARTIN | 2:20-cv-01437-ODW-AS x |
| DEFENDANT | TYPE OF PROCESS |
| LA LUZ DEL MUNDO | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Naason Joaquin Garcia
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Los Angeles County Men's Central Jail, 441 Bauchet St, Los Angeles, CA 90012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Deborah S. Mallgrave, Esq.
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor, Los Angeles, California 90017

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [x] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 949-383-2790
DATE: 06/30/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 12
District to Serve No.: 12
Signature of Authorized USMS Deputy or Clerk
Date: 7/8/20

I hereby certify and return that I [x] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Naason Joaquin Garcia
Date: 7/15/20  Time: 1:01 [x] am [ ] pm
Signature of U.S. Marshal or Deputy
#4480

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 30.00 | 1.72 | | 31.72 | | |

REMARKS

2 mi RT / 1 Deputy / 2 hours