DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
DESIRÉE N. MURRAY State Bar No. 330079
  *DMurray@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
  *Mike@AndersonAdvocates.com*
JENNIFER E. STEIN, State Bar No. 300775
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN ZAMORA, an | Case No. 2:20-cv-01437-ODW-AS<br><br>**DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS DEFENDANT RAHEL GARCÍA** |

1  individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.
2
3           Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Deborah S. Mallgrave, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California. I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for Plaintiff Sochil Martin in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. On February 24, 2020, Plaintiff Sochil Martin ("Plaintiff") began attempting service on Defendant Rahel García ("Defendant García"). Plaintiff, through a licensed process server, made at least five attempts at 139 Milta Lane Kissimmee, Florida ("Kissimmee Address"). Attached as **Exhibit A** is a true and correct copy of an email from the process server documenting these service attempts.

3. Publicly available information obtained from Lexis Nexis lists the Kissimmee Address as one of two current residences for Defendant García. Attached as **Exhibit B** is a true and correct copy of the Lexis Nexis Report for Defendant García.

4. On March 11, 2020, Plaintiff began attempting service on Defendant García at 308 North Arizona Avenue, Los Angeles, California, the second of the current addresses listed in García's Lexis Nexis report in Exhibit B. This address is further identified publicly as García's address on websites such as whitepages.com. Attached as **Exhibit C** is a true and correct copy of a screenshot from the whitepages.com report for 308 North Arizona Avenue, last visited on August 10, 2020.

5. No one at 308 North Arizona Avenue answered the door after three attempts. These service attempts are also described in the previously referenced **Exhibit A**.

6. On July 8, 2020, my firm mailed a letter to the United States Post Office located at 975 South Atlantic Boulevard, Los Angeles, California to obtain information regarding García's mailing address.

-3-  Case No. 2:20-cv-01437-ODW-AS
DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS DEFENDANT RAHEL GARCÍA

7. On July 27, 2020, my colleague, Desiree N. Murray, hand delivered a copy of the letter to the United States Post Office located at 975 South Atlantic Boulevard, Los Angeles, California.

8. On August 5, 2020, Michelle Sanchez from the United States Post Office called Ms. Murray to inform her that García currently receives mail at 308 North Arizona Avenue. Attached as **Exhibit D** is a true and correct copy of the letter returned to my firm confirming that García does not have a change of address order on file from 308 North Arizona Avenue, the address at which Sanchez confirmed that García currently receives mail.

9. On August 7, 2020, Plaintiff attempted service again at 308 North Arizona Avenue. Despite the front gate being open and hearing signs of people inside, no one would answer the door to accept service. Attached as **Exhibit E** is a true and correct copy of the e-mail from the process server documenting the additional service attempts.

10. My firm has reviewed the Lexis Nexis property report for 308 North Arizona Avenue which shows that all of García's children have, at various times, identified 308 North Arizona Avenue as their primary residence. Attached as **Exhibit F** is a true and correct copy of the 308 North Arizona Avenue Lexis Nexis report.

11. On March 13, 2020, Plaintiff began attempting service on García at her declared place of business – the California corporation "Fundación Eva García de Joaquín," located at 28899 San Timoteo Canyon Road, Redlands, California ("Redlands Address"). García is identified on the incorporation paperwork filed with the state of California as the Chief Executive Officer of the corporation. Attached as **Exhibits G and H** are true and correct copies of the Articles of Incorporation and Statement of Information filed with the California Secretary of State on behalf of Fundación Eva García de Joaquín. as retrieved from the California Secretary of State website on August 3, 2020.

12. Publicly available documents list the current owner of the Redlands Address as Defendant La Luz Del Mundo. Attached as **Exhibits I and J** are true and correct copies of two Grant Deeds for 28899 San Timoteo Canyon Rd, Redlands, CA 92373, filed in San Bernardino County, California on July 6, 2001.

13. On June 1, 2020, Geoffrey A. Neri, counsel for Defendant, e-mailed me stating that he "expect[ed] to be representing Ms. García " and requested that Plaintiff not request entry of default until we had an opportunity to discuss service issues.

14. On June 1, 2020, I replied to Mr. Neri's e-mail stating that Plaintiff would not seek default until we had an opportunity to discuss. Attached as **Exhibit K** is a true and correct copy of our e-mail exchange.

15. On June 4, 2020, I again confirmed via e-mail that Plaintiff would not seek default on García. Attached as **Exhibit L** a true and correct copy of my e-mail to Mr. Neri.

16. On June 17, 2020, I e-mailed Mr. Neri, asking him to accept service on behalf of García. Attached as **Exhibit M** is a true and correct copy of my e-mail to Mr. Neri.

17. According to public records, Defendant García owns properties in both Orlando, Florida and Los Angeles, California. Attached as **Exhibit N** is a true and correct copy of the Warranty Deed for 833 Evangeline Avenue, Orlando, Florida, 32809, filed in Orange County Florida on September 19, 2002. Attached as **Exhibit O** is a true and correct copy of the Grant Deed for 108 N. Dangler Avenue, Los Angeles, California 90022, filed in Los Angeles County California on December 29, 1988.

18. According to public records, La Luz Del Mundo or other affiliates of La Luz Del Mundo own other properties where service was attempted on García. Attached as **Exhibit P** is a true and correct copy of the Deed of Trust for 308 North Arizona Avenue, Los Angeles, California, 90022, filed in Los Angeles County California on April 3, 2006. Attached as **Exhibit Q** is a true and correct copy of the

General Warranty Deed for 139 Milta Lane, Kissimmee, Florida 34743, filed in Osceola County Florida on May 30, 2019.

19. García's Lexis Nexis report identifies United States addresses for García, without break, since at least 1992, and shows that Defendant García currently holds a valid driver's license in the state of Texas, and has previously held a driver's license in Florida. Attached as **Exhibit B** is a true and correct copy of García's Lexis Nexis report.

20. A Lexis Nexis report for the Redlands Address shows at least eight different organizations or corporations associated with the address, including Fundación Eva García de Joaquín, Eben-Ezer Ranch, and La Luz Del Mundo, d/b/a Rancho Caballo. Attached as Exhibit R is a true and correct copy of the Redlands Address Lexis Nexis report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 10, 2020

/s/ Deborah S. Mallgrave
Deborah S. Mallgrave