# EXHIBIT B

## Table of Contents

Subject Summary ........................................................................................................................2
Others Using SSN - 0 records found .............................................................................................3
Address Summary - 27 records found ...........................................................................................3
Voter Registrations - 8 records found .........................................................................................11
Driver Licenses - 11 records found .............................................................................................14
Professional Licenses - 0 records found .....................................................................................17
Health Care Providers - 0 records found ....................................................................................17
Health Care Sanctions - 0 records found ....................................................................................17
Pilot Licenses - 0 records found .................................................................................................17
Sport Licenses - 0 records found ................................................................................................17
Weapon Permits - 0 records found .............................................................................................17
Real Property - 4 records found ..................................................................................................17
Motor Vehicle Registrations - 17 records found .........................................................................19
Boats - 0 records found ...............................................................................................................28
Aircraft - 0 records found ...........................................................................................................28
Bankruptcy Information - 0 records found ..................................................................................28
Judgments/Liens - 0 records found .............................................................................................28
UCC Liens - 0 records found .......................................................................................................28
Fictitious Businesses - 0 records found ......................................................................................28
Notice Of Defaults - 0 records found ..........................................................................................28
Potential Relatives - 7 records found ..........................................................................................28
Business Associates - 1 records found ........................................................................................30
Person Associates - 25 records found .........................................................................................30
Neighbors - 3 records found ........................................................................................................37
Employment Locator - 4 records found .......................................................................................37
Criminal Filings - 0 records found ..............................................................................................38
Sexual Offenders - 0 records found .............................................................................................38
Cellular & Alternate Phones - 4 records found ...........................................................................38
Utility Information - 4 records found ..........................................................................................38
Possible Education - 0 records found ..........................................................................................40
Sources - 379 records found ........................................................................................................40



**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2020 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:1/27/2020
Report processed by:
Greenberg Gross, LLP

| Full Name | Address | County | Phone |
|---|---|---|---|
| JOAQUIN, RAHEL ARELI | 139 MILTA LN<br>KISSIMMEE, FL 34743-9215<br>OSCEOLA COUNTY | OSCEOLA | (407) 344-9883 |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 613-20-XXXX | 1/1968<br>(Age:52) | | 000592764948 | R.A_JOAQUIN@HOTMAIL.COM<br>SALASMYRNA06@YAHOO.COM<br>MENDOZINA1973@CS.COM<br>AMISADAI.VELAZQUEZ@HOTMAIL.COM<br>SIMSAI_XOXO@HOTMAIL.COM<br>R.A_JOAQUIN@OPTONLINE.NET<br>R.A_JOAQYUIN@HOTMAIL.COM |

**Subject Summary**

**Name Variations**
1:       ARELI, RAHEL
2:       GARCIA, RA
3:       GARCIA, RA A
4:       GARCIA, RA J
5:       GARCIA, RAHAL
6:       GARCIA, RAHEL A
7:       GARCIA, RJ
8:       GARCIA, RJ A
9:       JAUQUIN, RAHEL A
10:      JOAQUIN, RACHEL
11:      JOAQUIN, RAHEL
12:      JOAQUIN, RAHEL A
13:      JOAQUIN, RAHEL ARELI
14:      JOAQUIN, RAHEL ARELY
15:      JOAQUIN, RAHEL E
16:      JOAQUIN, RAHER ARELI
17:      JOAQUINGARCIA, RAHEL A
18:      JOAQUN, RAHEL
19:      JOQUIN, RAHEL
20:      RAHEL, JOAQUIN
21:      VELASQUEZ, RAHEL
22:      VELASQUEZ, RAHEL A
23:      VELAZQUEZ, RAHEL
24:      VELAZQUEZ, RAHEL A
25:      VELOZQUEZ, RAHEL A
26:      VOAQUIN, RAHEL A

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|-----|-----|-----------|-----------|----------|

**Most frequent SSN attributed to subject:**

| | | | | |
|-----|-----|-----------|-----------|----------|
| 1: | 613-20-XXXX | California | 1989 | |

**DOBs**
**Reported DOBs:**
1/1968

**Possible E-Mail Addresses**
SALASMYRNA06@YAHOO.COM
MENDOZINA1973@CS.COM
AMISADAI.VELAZQUEZ@HOTMAIL.COM
SIMSAI_XOXO@HOTMAIL.COM
R.A_JOAQUIN@OPTONLINE.NET
R.A_JOAQYUIN@HOTMAIL.COM
R.A_JOAQUIN@HOTMAIL.COM
**Others Using SSN - 0 records found**
**Address Summary - 27 records found**

| No. | Address |
|-----|---------|
| 1: | 139 MILTA LN<br>KISSIMMEE, FL 34743-9215<br>OSCEOLA COUNTY |
| 2: | 308 N ARIZONA AVE<br>LOS ANGELES, CA 90022-1241<br>LOS ANGELES COUNTY |
| 3: | 308 W ARIZONA AVE<br>LOS ANGELES, CA 90022<br>LOS ANGELES COUNTY |
| 4: | 6642 BLANTON CT<br>ORLANDO, FL 32809-6517<br>ORANGE COUNTY |
| 5: | 833 EVANGELINE AVE UNIT 8<br>ORLANDO, FL 32809-6422<br>ORANGE COUNTY |
| 6: | 108 N DANGLER AVE<br>LOS ANGELES, CA 90022-1212<br>LOS ANGELES COUNTY |
| 7: | 310 S 4TH ST<br>REDLANDS, CA 92373-5107<br>SAN BERNARDINO COUNTY |
| 8: | 103 ALBERT ST 78207<br>SAN ANTONIO, TX 78207-1102<br>BEXAR COUNTY |
| 9: | 112 N ARIZONA AVE<br>LOS ANGELES, CA 90022-1229<br>LOS ANGELES COUNTY |
| 10: | 4715 CANAL ST<br>HOUSTON, TX 77011-2245<br>HARRIS COUNTY |
| 11: | 4719 CANAL ST |

| No. | Address |
| --- | --- |
| | HOUSTON, TX 77011-2245<br>HARRIS COUNTY |
| 12: | 6643 BLANTON CT<br>ORLANDO, FL 32809-6516<br>ORANGE COUNTY |
| 13: | 900 SAVAGE RANCH RD<br>SEGUIN, TX 78155-8175<br>GUADALUPE COUNTY |
| 14: | 719 DELGADO ST<br>SAN ANTONIO, TX 78207-1618<br>BEXAR COUNTY |
| 15: | 179 OELGADO ST<br>SAN ANTONIO, TX 78207<br>BEXAR COUNTY |
| 16: | 311 S SMITH ST<br>SANTA MARIA, CA 93458-5534<br>SANTA BARBARA COUNTY |
| 17: | 214 N DANGLER AVE<br>LOS ANGELES, CA 90022-1214<br>LOS ANGELES COUNTY |
| 18: | 338 E ORANGE GROVE BLVD<br>PASADENA, CA 91104-4236<br>LOS ANGELES COUNTY |
| 19: | 3008 N ARIZONA AVE<br>LOS ANGELES, CA 90022<br>LOS ANGELES COUNTY |
| 20: | JAQUIM CENT STORE APT 99<br>LOS ANGELES, CA 90022<br>LOS ANGELES COUNTY |
| 21: | 308 W FERNFIELD DR<br>MONTEREY PARK, CA 91754-7106<br>LOS ANGELES COUNTY |
| 22: | 206 N DANGLER AVE<br>LOS ANGELES, CA 90022-1214<br>LOS ANGELES COUNTY |
| 23: | 757 S FETTERLY AVE APT<br>LOS ANGELES, CA 90022-2549<br>LOS ANGELES COUNTY |
| 24: | 214 59TH PL<br>LOS ANGELES, CA 90003<br>LOS ANGELES COUNTY |
| 25: | 2204 AVENUE F<br>ROSENBERG, TX 77471-2528<br>FORT BEND COUNTY |

| No. | Address |
| --- | --- |

**26:**   832 DELGADO ST
SAN ANTONIO, TX 78207-1601
BEXAR COUNTY

**27:**   900 DOCTOR S J F RD
SEGUIN, TX 78155-5037
GUADALUPE COUNTY

**Address Details**
**1: 139 MILTA LN KISSIMMEE, FL 34743-9215**

| Address | Dates | Phone |
| --- | --- | --- |
| 139 MILTA LN | 12/2005 - 1/2020 | (407) 344-9883 |

KISSIMMEE, FL 34743-9215
OSCEOLA COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 34
Median Income: $47,038
Median Home Value: $191,848
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**2: 308 N ARIZONA AVE LOS ANGELES, CA 90022-1241**

| Address | Dates | Phone |
| --- | --- | --- |
| 308 N ARIZONA AVE | 12/1994 - 1/2020 | (323) 268-9249 |

LOS ANGELES, CA 90022-1241
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 27
Median Income: $27,407
Median Home Value: $324,194
Median Education: 10 years
**Household Members**
JOAQUIN, ALMA E
JOAQUIN, NAASON M
VELAZQUEZ, AMISADAI
VELAZQUEZ, JAQUIM ISRAEL

**Other Associates**
CURIEL, RHODE JAEL JR

**3: 308 W ARIZONA AVE LOS ANGELES, CA 90022**

| Address | Dates | Phone |
| --- | --- | --- |
| 308 W ARIZONA AVE | 1/1995 - 1/1999 | |

LOS ANGELES, CA 90022
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $51,114
Median Home Value: $405,000
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**4: 6642 BLANTON CT ORLANDO, FL 32809-6517**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 6642 BLANTON CT | 10/2002 - 6/2018 | (407) 859-7243 |
| ORLANDO, FL 32809-6517 | | |
| ORANGE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 32
Median Income: $49,361
Median Home Value: $195,335
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**5: 833 EVANGELINE AVE UNIT 8 ORLANDO, FL 32809-6422**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 833 EVANGELINE AVE UNIT 8 | 6/1969 - 4/2018 | |
| ORLANDO, FL 32809-6422 | | |
| ORANGE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 32
Median Income: $49,361
Median Home Value: $195,335
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
HERNANDEZ, EFRAIN J

**6: 108 N DANGLER AVE LOS ANGELES, CA 90022-1212**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 108 N DANGLER AVE | 1/1985 - 2018 | (323) 266-3508 |
| LOS ANGELES, CA 90022-1212 | | |
| LOS ANGELES COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 27
Median Income: $27,407
Median Home Value: $324,194
Median Education: 10 years
**Household Members**
JOAQUIN, ALMA E

**Other Associates**
NUNEZ, BETSABE JOAQUIN

**7: 310 S 4TH ST REDLANDS, CA 92373-5107**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 310 S 4TH ST | 9/2011 - 12/2017 | |
| REDLANDS, CA 92373-5107 | | |
| SAN BERNARDINO COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 39
Median Income: $62,169
Median Home Value: $381,928
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**8: 103 ALBERT ST 78207 SAN ANTONIO, TX 78207-1102**

| Address | Dates | Phone |
|---|---|---|
| 103 ALBERT ST 78207 | 12/2005 - 11/2017 | |
| SAN ANTONIO, TX 78207-1102 | | |
| BEXAR COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 27
Median Income: $34,420
Median Home Value: $47,258
Median Education: 10 years
**Household Members**
None Listed
**Other Associates**
None Listed

**9: 112 N ARIZONA AVE LOS ANGELES, CA 90022-1229**

| Address | Dates | Phone |
|---|---|---|
| 112 N ARIZONA AVE | 12/1988 - 10/2016 | (323) 266-3508 |
| LOS ANGELES, CA 90022-1229 | | |
| LOS ANGELES COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 27
Median Income: $27,407
Median Home Value: $324,194
Median Education: 10 years
**Household Members**
None Listed
**Other Associates**
HERNANDEZ, EFRAIN J

**10: 4715 CANAL ST HOUSTON, TX 77011-2245**

| Address | Dates | Phone |
|---|---|---|
| 4715 CANAL ST | 9/2002 - 12/2015 | |
| HOUSTON, TX 77011-2245 | | |
| HARRIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $20,324
Median Home Value: $54,889
Median Education: 10 years
**Household Members**
VELAZQUEZ, AMISADAI
VELAZQUEZ, JAQUIM ISRAEL

**Other Associates**
None Listed

**11: 4719 CANAL ST HOUSTON, TX 77011-2245**

| Address | Dates | Phone |
|---|---|---|
| 4719 CANAL ST | 2/2008 - 7/2015 | (713) 921-5536 |
| HOUSTON, TX 77011-2245 | | |
| HARRIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $20,324
Median Home Value: $54,889
Median Education: 10 years
**Household Members**
VELAZQUEZ, JOSE ALBERTO

**Other Associates**

None Listed

**12: 6643 BLANTON CT ORLANDO, FL 32809-6516**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 6643 BLANTON CT | 3/2003 - 10/2010 | (407) 825-9369 |
| ORLANDO, FL 32809-6516 | | |
| ORANGE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 32
Median Income: $49,361
Median Home Value: $195,335
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**13: 900 SAVAGE RANCH RD SEGUIN, TX 78155-8175**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 900 SAVAGE RANCH RD | 12/2005 - 9/2010 | |
| SEGUIN, TX 78155-8175 | | |
| GUADALUPE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 54
Median Income: $54,717
Median Home Value: $106,944
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
GUZMAN, SAUL VAZQUEZ

**14: 719 DELGADO ST SAN ANTONIO, TX 78207-1618**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 719 DELGADO ST | 9/2005 - 4/2009 | |
| SAN ANTONIO, TX 78207-1618 | | |
| BEXAR COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 27
Median Income: $34,420
Median Home Value: $47,258
Median Education: 10 years
**Household Members**
JOAQUIN, BENJAMIN GARCIA
VELAZQUEZ, AMISADAI

**Other Associates**
ROBLES, GUILLERMO V

**15: 179 OELGADO ST SAN ANTONIO, TX 78207**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 179 OELGADO ST | 12/2005 - 12/2005 | |
| SAN ANTONIO, TX 78207 | | |
| BEXAR COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 32
Median Income: $31,753
Median Home Value: $47,260
Median Education: 9 years
**Household Members**
None Listed

**Other Associates**
None Listed

**16: 311 S SMITH ST SANTA MARIA, CA 93458-5534**

| Address | Dates | Phone |
|---|---|---|
| 311 S SMITH ST | 9/2001 - 12/2003 | |

SANTA MARIA, CA 93458-5534
SANTA BARBARA COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 28
Median Income: $39,260
Median Home Value: $387,000
Median Education: 10 years
**Household Members**
JOAQUIN, ALMA E

**Other Associates**
HERNANDEZ, MISAEL JOAQUIN

**17: 214 N DANGLER AVE LOS ANGELES, CA 90022-1214**

| Address | Dates | Phone |
|---|---|---|
| 214 N DANGLER AVE | 8/1992 - 9/2003 | |

LOS ANGELES, CA 90022-1214
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 27
Median Income: $27,407
Median Home Value: $324,194
Median Education: 10 years
**Household Members**
JOAQUIN, ALMA E
JOAQUIN, NAASON M

**Other Associates**
None Listed

**18: 338 E ORANGE GROVE BLVD PASADENA, CA 91104-4236**

| Address | Dates | Phone |
|---|---|---|
| 338 E ORANGE GROVE BLVD | 11/2000 - 9/2001 | |

PASADENA, CA 91104-4236
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $34,832
Median Home Value: $464,159
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**19: 3008 N ARIZONA AVE LOS ANGELES, CA 90022**

| Address | Dates | Phone |
|---|---|---|
| 3008 N ARIZONA AVE | 12/2000 - 6/2001 | |

LOS ANGELES, CA 90022
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $51,114
Median Home Value: $405,000
Median Education: 11 years

**Household Members**
None Listed
**Other Associates**
None Listed

**20: JAQUIM CENT STORE APT 99 LOS ANGELES, CA 90022**

| Address | Dates | Phone |
|---|---|---|
| JAQUIM CENT STORE APT 99 | 12/1997 - 12/1997 | |

LOS ANGELES, CA 90022
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $51,114
Median Home Value: $405,000
Median Education: 11 years
**Household Members**
None Listed
**Other Associates**
None Listed

**21: 308 W FERNFIELD DR MONTEREY PARK, CA 91754-7106**

| Address | Dates | Phone |
|---|---|---|
| 308 W FERNFIELD DR | 12/1993 - 6/1995 | (323) 724-5824 |

MONTEREY PARK, CA 91754-7106
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $90,878
Median Home Value: $468,000
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
VELASQUEZ, ANTONIO V

**22: 206 N DANGLER AVE LOS ANGELES, CA 90022-1214**

| Address | Dates | Phone |
|---|---|---|
| 206 N DANGLER AVE | 12/1992 - 5/1993 | |

LOS ANGELES, CA 90022-1214
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 27
Median Income: $27,407
Median Home Value: $324,194
Median Education: 10 years
**Household Members**
None Listed
**Other Associates**
VICTORIN, ANA MARIA

**23: 757 S FETTERLY AVE APT LOS ANGELES, CA 90022-2549**

| Address | Dates | Phone |
|---|---|---|
| 757 S FETTERLY AVE APT | 8/1992 - 4/1993 | |

LOS ANGELES, CA 90022-2549
LOS ANGELES COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $27,642
Median Home Value: $379,630
Median Education: 9 years
**Household Members**

None Listed
**Other Associates**
None Listed

**24: 214 59TH PL LOS ANGELES, CA 90003**

| Address | Dates | Phone |
|---|---|---|
| 214 59TH PL | 11/1987 - 11/1987 | |

LOS ANGELES, CA 90003
LOS ANGELES COUNTY
**Household Members**
None Listed
**Other Associates**
None Listed

**25: 2204 AVENUE F ROSENBERG, TX 77471-2528**

| Address | Dates | Phone |
|---|---|---|
| 2204 AVENUE F | | |

ROSENBERG, TX 77471-2528
FORT BEND COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 31
Median Income: $31,931
Median Home Value: $68,333
Median Education: 10 years
**Household Members**
None Listed
**Other Associates**
None Listed

**26: 832 DELGADO ST SAN ANTONIO, TX 78207-1601**

| Address | Dates | Phone |
|---|---|---|
| 832 DELGADO ST | | |

SAN ANTONIO, TX 78207-1601
BEXAR COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $24,353
Median Home Value: $61,739
Median Education: 9 years
**Household Members**
None Listed
**Other Associates**
VELAZQUEZ, VICENTE ANTONIO

**27: 900 DOCTOR S J F RD SEGUIN, TX 78155-5037**

| Address | Dates | Phone |
|---|---|---|
| 900 DOCTOR S J F RD | | |

SEGUIN, TX 78155-5037
GUADALUPE COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 51
Median Income: $43,478
Median Home Value: $93,125
Median Education: 12 years
**Household Members**
JOAQUIN, BENJAMIN GARCIA

**Other Associates**
GUZMAN, SAUL VAZQUEZ

**Voter Registrations - 8 records found**

**1: Texas Voter Registration**

### Registrant Information
**Name:** RAHER, ARELI JOAQUIN

**Residential Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY
**SSN:** 613-20-XXXX
**Date of Birth:** 1/1968
**Gender:** Female

### Voter Information
**Registration Date:** 12/13/2007
**Party Affiliation:** NONE DECLARED
**Active Status:** ACTIVE

**2: Texas Voter Registration**

### Registrant Information
**Name:** RAHER, ARELI JOAQUIN

**Residential Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY
**SSN:** 613-20-XXXX
**Date of Birth:** 1/1968
**Gender:** Female

### Voter Information
**Registration Date:** 12/13/2007
**Active Status:** ACTIVE

**3: Florida Voter Registration**

### Registrant Information
**Name:** JOAQUIN, RAHEL ARELI

**Residential Address:** 6642 BLANTON CT
ORLANDO, FL 32809-6517
ORANGE COUNTY
**SSN:** 613-20-XXXX
**Date of Birth:** 1/1968
**Age:** 45-54
**Gender:** Female
**Race:** HISPANIC

### Voter Information
**Registration Date:** 7/29/2004
**Last Vote Date:** 11/2/2004
**Party Affiliation:** DEMOCRAT
**Active Status:** ACTIVE

**4: Texas Voter Registration**

### Registrant Information
**Name:** JOAQUIN, RAHEL ARELI

**Residential Address:** 4715 CANAL ST
HOUSTON, TX 77011-2245
HARRIS COUNTY
**SSN:** 613-20-XXXX
**Date of Birth:** 1/1968
**Gender:** Female

### Voter Information
**Registration Date:** 9/27/2008
**Last Vote Date:** 11/4/2008

**Active Status:** ACTIVE

**5: Texas Voter Registration**

**Registrant Information**

**Name:** JOAQUIN, RAHEL ARELI

**Residential Address:** 4715 CANAL ST
HOUSTON, TX 77011-2245
HARRIS COUNTY
**SSN:** 613-20-XXXX
**Date of Birth:** 1/1968
**Gender:** Female

**Voter Information**

**Registration Date:** 9/27/2008
**Last Vote Date:** 11/4/2008
**Party Affiliation:** NONE DECLARED
**Active Status:** ACTIVE

**6: Texas Voter Registration**

**Registrant Information**

**Name:** JOAQUIN, RAHEL ARELI

**Residential Address:** 900 DOCTOR S J F RD
SEGUIN, TX 78155-5037
GUADALUPE COUNTY
**SSN:** 613-20-XXXX
**Date of Birth:** 1/1968
**Gender:** Unknown

**Voter Information**

**Registration Date:** 1/8/2006
**Active Status:** ACTIVE

**7: Texas Voter Registration**

**Registrant Information**

**Name:** JOAQUIN, RAHEL ARELI

**Residential Address:** 900 DOCTOR S J F RD
SEGUIN, TX 78155-5037
GUADALUPE COUNTY
**SSN:** 613-20-XXXX
**Date of Birth:** 1/1968
**Gender:** Unknown

**Voter Information**

**Registration Date:** 1/8/2006
**Party Affiliation:** NONE DECLARED
**Active Status:** ACTIVE

**8: Texas Voter Registration**

**Registrant Information**

**Name:** JOAQUIN, RAHEL ARELI

**Residential Address:** 900 SAVAGE RANCH RD
SEGUIN, TX 78155-8175
GUADALUPE COUNTY
**SSN:** 613-20-XXXX
**Date of Birth:** 1/1968
**Gender:** Unknown

**Voter Information**

**Registration Date:** 1/8/2006

**Driver Licenses - 11 records found**

**1: Texas Driver License**

**Driver Information**

**Name:** JOAQUIN, RAHEL ARELI

**Address:** 283 GOODHUE AVE
SAN ANTONIO, TX 78218-2641
BEXAR COUNTY
**Data source:** Governmental: TX

**Personal Information**

**SSN:** 613-20-XXXX
**DOB:** 01/1968

**License Information**

**License Class:** Identification Card

**Issue Date:** 03/27/2018

**Additional Driver Information**

**DOB:** 01/1968
**History:** Current

**2: Texas Driver License**

**Driver Information**

**Name:** JOAQUIN, RAHEL ARELI

**Address:** 283 GOODHUE AVE
SAN ANTONIO, TX 78218-2641
BEXAR COUNTY
**Data source:** Governmental: TX

**Personal Information**

**SSN:** 613-20-XXXX
**DOB:** 01/1968

**License Information**

**Issue Date:** 03/27/2018

**Additional Driver Information**

**DOB:** 01/1968
**History:** Current

**3: Texas Driver License**

**Driver Information**

**Name:** JOAQUIN, RAHEL ARELI

**Address:** 900 SAVAGE RD
SEGUIN, TX 78155-8175
GUADALUPE COUNTY
**Data source:** Governmental: TX

**Personal Information**

**SSN:** 613-20-XXXX
**DOB:** 01/1968

**License Information**

**License Class:** Identification Card

**Issue Date:** 12/09/2005

**Additional Driver Information**

**DOB:** 01/1968
**History:** Historical

**4: Texas Driver License**

**Driver Information**

**Name:** JOAQUIN, RAHEL ARELI

**Address:** 4715 CANAL ST
HOUSTON, TX 77011-2245
HARRIS COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 613-20-XXXX
**DOB:** 01/1968

**License Information**

**Issue Date:** 12/07/2005
**Additional Driver Information**
**DOB:** 01/1968
**History:** Historical

## 5: Florida Driver License

**Driver Information**
**Name:** JOAQUIN, RAHEL ARELI

**Address:** 6642 BLANTON COURT
ORLANDO, FL 32809-6517
ORANGE COUNTY
**Data source:** Governmental: FL
**Personal Information**
**SSN:** 613-20-XXXX
**DOB:** 01/1968

**Gender:** Female
**Height:** 5'04"
**License Information**
**License Type:** ORIGINAL
**License Class:** Non-Commercial - Regular Operator License

**Issue Date:** 04/19/2005
**Expiration Date:** 01/2012
**Additional Driver Information**
**DOB:** 01/1968
**Gender:** Female
**Race:** HISPANIC
**History:** Historical
**Height:** 5'04"

## 6: Florida Driver License

**Driver Information**
**Name:** JOAQUIN, RAHEL ARELI

**Address:** 6642 BLANTON CT
ORLANDO, FL 32809-6517
ORANGE COUNTY
**Data source:** Governmental: FL
**Personal Information**
**SSN:** 613-20-XXXX
**DOB:** 01/1968

**Gender:** Female
**Height:** 5'04"
**License Information**
**License Type:** ORIGINAL
**License Class:** Identification Card

**Issue Date:** 10/13/2004
**Expiration Date:** 01/2009
**Additional Driver Information**
**DOB:** 01/1968
**Gender:** Female
**Race:** HISPANIC
**History:** Historical
**Height:** 5'04"

**7: Florida Driver License**

**Driver Information**
**Name:** JOAQUIN, RAHEL ARELI

**Address:** 6642 BLANTON COURT
ORLANDO, FL 32809-6517
ORANGE COUNTY
**Data source:** Governmental: FL
**Personal Information**
**SSN:** 613-20-XXXX
**DOB:** 01/1968

**Gender:** Female
**Height:** 5'04"
**License Information**
**License Type:** DUPLICATE
**License Class:** Identification Card

**Issue Date:** 10/13/2004
**Expiration Date:** 01/2009
**Additional Driver Information**
**DOB:** 01/1968
**Gender:** Female
**Race:** HISPANIC
**History:** Historical
**Height:** 5'04"

**8: Texas Driver License**

**Driver Information**
**Name:** JOAQUIN, RAHEL ARELI

**Address:** 4715 CANAL ST
HOUSTON, TX 77011-2245
HARRIS COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 613-20-XXXX
**DOB:** 01/1968
**License Information**
**License Type:** DUPLICATE

**Additional Driver Information**
**DOB:** 01/1968
**History:** Historical

**9: Texas Driver License**

**Driver Information**
**Name:** JOAQUIN, RAHEL ARELI

**Address:** 719 DELGADO ST

SAN ANTONIO, TX 78207-1618
BEXAR COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 613-20-XXXX
**DOB:** 01/1968
**License Information**
**License Type:** ORIGINAL, NOT PERMIT OR MRDL
**License Class:** Application

**Additional Driver Information**
**DOB:** 01/1968
**History:** Historical

**10: Texas Driver License**
**Driver Information**
**Name:** JOAQUIN, RAHEL ARELI

**Address:** 900 SAVAGE RD
SEGUIN, TX 78155-8175
GUADALUPE COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 613-20-XXXX
**DOB:** 01/1968
**License Information**
**License Type:** ORIGINAL, NOT PERMIT OR MRDL
**License Class:** Identification Card

**Additional Driver Information**
**DOB:** 01/1968
**History:** Historical

**11: Texas Driver License**
**Driver Information**
**Name:** JOAQUIN, RAHEL ARELI

**Address:** 900 SAVAGE RD
SEGUIN, TX 78155-8175
GUADALUPE COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 613-20-XXXX
**DOB:** 01/1968
**License Information**
**License Type:** DUPLICATE

**Additional Driver Information**
**DOB:** 01/1968
**History:** Historical
**Professional Licenses - 0 records found**
**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 0 records found**
**Weapon Permits - 0 records found**
**Real Property - 4 records found**

**1: Assessment Record for LOS ANGELES County, CA**

### Owner Information
**Name:** JOAQUIN RAHEL A & BETSABE
**Address:** 112 N ARIZONA AVE LOS ANGELES, CA 90022-1229
**County/FIPS:** LOS ANGELES

### Property Information
**Address:** 108 N DANGLER AVE LOS ANGELES, CA 90022-1212
**County/FIPS:** LOS ANGELES
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 5235-024-084
**Recording Date:** 12/29/1988

### Assessment Information
**Assessed Value:** $179968

## 2: Assessment Record for ORANGE County, FL

### Owner Information
**Name:** HERNANDEZ EFRAIN
**Name:** JOAQUIN RAHEL A
**Address:** 833 EVANGELINE AVE ORLANDO, FL 32809-6422
**County/FIPS:** ORANGE

### Property Information
**Address:** 833 EVANGELINE AVE ORLANDO, FL 32809-6422
**County/FIPS:** ORANGE
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 26-23-29-8087-11-360
**Recording Date:** 07/30/2002
**Book/Page:** 6619/7259

### Sale Information
**Sale Price:** $113800

### Assessment Information
**Assessed Value:** $128457
**Market Land Value:** $32000
**Market Improvement Value:** $96457
**Total Market Value:** $128457

## 3: Assessment Record for ORANGE County, FL

### Owner Information
**Name:** HERNANDEZ EFRAIN
**Name:** JOAQUIN RAHEL A

### Property Information
**Address:** 833 EVANGELINE AVE UNIT 8 ORLANDO, FL 32809-6422
**County/FIPS:** ORANGE
**Data Source:** A

### Legal Information
**Assessor's Parcel Number:** 29-23-26-8087-11-360
**Recording Date:** 09/19/2002
**Book/Page:** 6619/7259

### Sale Information
**Sale Date:** 07/30/2002
**Sale Price:** $113800

### Assessment Information
**Assessed Value:** $128457

**Market Land Value:** $32000
**Market Improvement Value:** $96457
**Total Market Value:** $128457

## 4: Deed Record for ORANGE County

### Buyer Information
**Name:** HERNANDEZ, EFRAIN
**Name:** JOAQUIN, RAHEL A
**Address:** 833 EVANGELINE AVE ORLANDO, FL 32809-6422
**County/FIPS:** ORANGE

### Seller Information
**Name:** FLORA MURDOCK I

### Property Information
**Address:** 833 EVANGELINE AVE ORLANDO, FL 32809-6422
**County/FIPS:** ORANGE
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 292326808711360
**Recording Date:** 09/19/2002
**Document Type:** WARRANTY DEED
**Book/Page:** 6619/7259

### Sale Information
**Sale Price:** $113800

**Motor Vehicle Registrations - 17 records found**

## 1: TX MVR

### Registrant Information
**Registrant:** JOAQUIN, RAHEL

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Registration Information
**Original Registration Date:** 6/1/2016
**Registration Date:** 11/1/2017
**Registration Expiration Date:** 10/31/2018

### Vehicle Information
**VIN:** 1EC1H2223P4051920
**Class:** UNKNOWN
**Model Year:** 1993
**Make:** CAMPING TRAVEL TRAILER
**Body Style:** CAMPING TRAILER
**Color:** Beige

### Plate Information
**License Plate Type:** Trailer
**Previous Plate Number:** B174307
**Previous Plate State:** TX
**License Plate Number:** B174307
**Plate State:** TX

### Source Information
**Data Source:** GOVERNMENTAL

## 2: TX MVR

### Vehicle Information
**VIN:** 1EC1H2223P4051920
**Class:** UNKNOWN

**Model Year:** 1993
**Make:** CAMPING TRAVEL TRAILER
**Body Style:** CAMPING TRAILER
**Color:** Beige

### Owner Information
### Owner 1
**Name:** JOAQUIN, RAHEL

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Owner 2
**Name:** JOAQUIN, RAHEL A

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Title Information
**Title Number:** 01502339685165153
**Title Transfer Date:** 9/4/2008
**Title Issue Date:** 9/4/2008

### Source Information
**Data Source:** GOVERNMENTAL

**3: TX MVR**

### Registrant Information
**Registrant:** JOAQUIN, RAHEL ARELI

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Registration Information
**Original Registration Date:** 11/20/2015
**Registration Date:** 11/1/2017
**Registration Expiration Date:** 10/31/2018

### Vehicle Information
**VIN:** WA1AV74L37D017178
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2007
**Make:** Audi
**Model:** Q7
**Series:** 4.2 QUATTRO
**Body Style:** 4 Dr Wagon Sport Utility
**Color:** Black

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** GNJ5536
**Previous Plate State:** TX
**License Plate Number:** GNJ5536
**Plate State:** TX

### Source Information
**Data Source:** GOVERNMENTAL

**4: TX MVR**

### Vehicle Information
**VIN:** WA1AV74L37D017178
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2007

**Make:** Audi
**Model:** Q7
**Series:** 4.2 QUATTRO
**Body Style:** 4 Dr Wagon Sport Utility
**Color:** Black

### Owner Information

**Name:** JOAQUIN, RAHEL ARELI

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Title Information

**Title Number:** 01501942326152147
**Title Transfer Date:** 12/1/2015
**Title Issue Date:** 7/11/2016

### Source Information

**Data Source:** GOVERNMENTAL

**5: TX MVR**

### Registrant Information
### Registrant 1

**Registrant:** JOAQUIN, RAHEL A

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Registrant 2

**Registrant:** VELAZQUEZ, JOSE A

**DOB:** 4/1965
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Registration Information

**Original Registration Date:** 1/1/2012
**Registration Date:** 4/1/2017
**Registration Expiration Date:** 3/31/2018

### Vehicle Information

**VIN:** WAULT68E12A239588
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2002
**Make:** Audi
**Model:** A4
**Series:** 3.0 QUATTRO AWD
**Body Style:** Sedan 4 Door
**Color:** Gray

### Plate Information

**License Plate Type:** Private
**Previous Plate Number:** BL1H781
**Previous Plate State:** TX
**License Plate Number:** BL1H781
**Plate State:** TX

### Source Information

**Data Source:** GOVERNMENTAL

**6: TX MVR**

### Vehicle Information

**VIN:** WAULT68E12A239588
**Class:** PASSENGER CAR/LIGHT TRUCK

**Model Year:** 2002
**Make:** Audi
**Model:** A4
**Series:** 3.0 QUATTRO AWD
**Body Style:** Sedan 4 Door
**Color:** Gray

### Owner Information
### Owner 1
**Name:** JOAQUIN, RAHEL A

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Owner 2
**Name:** VELAZQUEZ, JOSE A

**DOB:** 4/1965
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Title Information
**Title Number:** 01531640146144854
**Title Transfer Date:** 12/9/2009
**Title Issue Date:** 12/9/2009

### Source Information
**Data Source:** GOVERNMENTAL

**7: TX MVR**

### Registrant Information
### Registrant 1
**Registrant:** JOAQUIN, RAHEL

**DOB:** 1/1968
**Address:** 4719 CANAL ST
HOUSTON, TX 77011-2245
HARRIS COUNTY

### Registrant 2
**Registrant:** VELASQUEZ, JOSE A

**DOB:** 4/1965
**Address:** 4719 CANAL ST
HOUSTON, TX 77011-2245
HARRIS COUNTY

### Registration Information
**Original Registration Date:** 7/30/2015
**Registration Date:** 7/30/2015
**Registration Expiration Date:** 6/30/2016

### Vehicle Information
**VIN:** 5FNRL18512B033856
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2002
**Make:** Honda
**Model:** Odyssey
**Series:** LX
**Body Style:** Sport Van
**Color:** Black

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** FDB456
**Previous Plate State:** TX

License Plate Number: GCS2993
Plate State: TX

**Source Information**
Data Source: GOVERNMENTAL

**8: TX MVR**

**Vehicle Information**
VIN: 5FNRL18512B033856
Class: PASSENGER CAR/LIGHT TRUCK
Model Year: 2002
Make: Honda
Model: Odyssey
Series: LX
Body Style: Sport Van
Color: Black

**Owner Information**
**Owner 1**
Name: JOAQUIN, RAHEL

DOB: 1/1968
Address: 4719 CANAL ST
HOUSTON, TX 77011-2245
HARRIS COUNTY

**Owner 2**
Name: VELASQUEZ, JOSE A

DOB: 4/1965
Address: 4719 CANAL ST
HOUSTON, TX 77011-2245
HARRIS COUNTY

**Title Information**
Title Number: 01531739480123811
Title Transfer Date: 2/11/2008
Title Issue Date: 2/11/2008

**Source Information**
Data Source: GOVERNMENTAL

**9: TX MVR**

**Registrant Information**
**Registrant 1**
Registrant: JOAQUIN, RAHEL

DOB: 1/1968
Address: 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

**Registrant 2**
Registrant: VELAZQUEZ, JOSE A

DOB: 4/1965
Address: 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

**Registration Information**
Original Registration Date: 10/1/2011
Registration Date: 10/1/2011
Registration Expiration Date: 9/30/2012

**Vehicle Information**
VIN: 1GAHG39R2Y1132578
Class: PASSENGER CAR/LIGHT TRUCK
Model Year: 2000

**Make:** Chevrolet
**Model:** Express
**Series:** G3500
**Body Style:** Extended Sport Van

**Plate Information**

**License Plate Type:** Private
**Previous Plate Number:** 59JML8
**Previous Plate State:** TX
**License Plate Number:** 59JML8
**Plate State:** TX

**Source Information**

**Data Source:** GOVERNMENTAL

**10: TX MVR**

**Vehicle Information**

**VIN:** 1GAHG39R2Y1132578
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2000
**Make:** Chevrolet
**Model:** Express
**Series:** G3500
**Body Style:** Extended Sport Van

**Owner Information**

**Owner 1**

**Name:** JOAQUIN, RAHEL

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

**Owner 2**

**Name:** JOAQUIN, RAHEL A

**DOB:** 1/1968
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY

**Owner 3**

**Name:** VELAZQUEZ, JOSE A

**DOB:** 4/1965
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

**Title Information**

**Title Number:** 01512339600165424
**Title Transfer Date:** 6/13/2008
**Title Issue Date:** 6/13/2008

**Source Information**

**Data Source:** GOVERNMENTAL

**11: TX MVR**

**Registrant Information**

**Registrant:** JOAQUIN, RAHEL

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

**Registration Information**

**Original Registration Date:** 1/5/2011

**Registration Date:** 1/5/2011
**Registration Expiration Date:** 12/31/2011

### Vehicle Information
**VIN:** 1FMNU41S2YEB85972
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2000
**Make:** Ford
**Model:** Excursion
**Series:** XLT
**Body Style:** 4 Dr Wagon Sport Utility

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** JVD302
**Previous Plate State:** TX
**License Plate Number:** JVD302
**Plate State:** TX

### Source Information
**Data Source:** GOVERNMENTAL

## 12: TX MVR

### Vehicle Information
**VIN:** 1FMNU41S2YEB85972
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2000
**Make:** Ford
**Model:** Excursion
**Series:** XLT
**Body Style:** 4 Dr Wagon Sport Utility

### Owner Information
**Name:** JOAQUIN, RAHEL

**DOB:** 1/1968
**Address:** 103 ALBERT ST
SAN ANTONIO, TX 78207-1102
BEXAR COUNTY

### Title Information
**Title Number:** 01511238686121009
**Title Transfer Date:** 12/12/2005
**Title Issue Date:** 12/12/2005

### Source Information
**Data Source:** GOVERNMENTAL

## 13: TX MVR

### Registrant Information
#### Registrant 1
**Registrant:** JOAQUIN, RAHEL ARELY

**DOB:** 1/1968
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY

#### Registrant 2
**Registrant:** VELAZQUEZ, JOSE A

**DOB:** 4/1965
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY

### Registration Information
**Original Registration Date:** 4/11/2007
**Registration Date:** 5/7/2008

**Registration Expiration Date:** 3/31/2009

### Vehicle Information

**VIN:** KMHCG45C83U481563
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2003
**Make:** Hyundai
**Model:** Accent
**Series:** GL
**Body Style:** Sedan 4 Door
**Weight:** 2500

### Plate Information

**License Plate Type:** Private
**Previous Plate Number:** 285WGY
**Previous Plate State:** TX
**License Plate Number:** 285WGY
**Plate State:** TX

### Source Information

**Data Source:** GOVERNMENTAL

**14: TX MVR**

### Vehicle Information

**VIN:** KMHCG45C83U481563
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2003
**Make:** Hyundai
**Model:** Accent
**Series:** GL
**Body Style:** Sedan 4 Door
**Weight:** 2500

### Owner Information
#### Owner 1

**Name:** JOAQUIN, RAHEL ARELY

**DOB:** 1/1968
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY

#### Owner 2

**Name:** VELAZQUEZ, JOSE A

**DOB:** 4/1965
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY

### Title Information

**Title Number:** 01531839181154633
**Title Transfer Date:** 4/20/2007
**Title Issue Date:** 4/20/2007

### Source Information

**Data Source:** GOVERNMENTAL

**15: TX MVR**

### Registrant Information
#### Registrant 1

**Registrant:** JOAQUIN, RAHEL A

**DOB:** 1/1968
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY

#### Registrant 2

**Registrant:** VELAZQUEZ, JOSE A

**DOB:** 4/1965
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY

### Registration Information
**Original Registration Date:** 2/8/2007
**Registration Date:** 2/8/2007
**Registration Expiration Date:** 1/31/2008

### Vehicle Information
**VIN:** 1G6KD52YXTU227306
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1996
**Make:** Cadillac
**Model:** Deville
**Series:** BASE
**Body Style:** Sedan 4 Door
**Weight:** 3900

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** 125BNN
**Previous Plate State:** TX
**License Plate Number:** 125BNN
**Plate State:** TX

### Source Information
**Data Source:** GOVERNMENTAL

**16: TX MVR**

### Vehicle Information
**VIN:** 1G6KD52YXTU227306
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1996
**Make:** Cadillac
**Model:** Deville
**Series:** BASE
**Body Style:** Sedan 4 Door
**Weight:** 3900

### Owner Information
#### Owner 1
**Name:** JOAQUIN, RAHEL A

**DOB:** 1/1968
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY
#### Owner 2
**Name:** VELAZQUEZ, JOSE A

**DOB:** 4/1965
**Address:** 719 DELGADO ST
SAN ANTONIO, TX 78207-1618
BEXAR COUNTY

### Title Information
**Title Number:** 01531739119123432
**Title Transfer Date:** 2/16/2007
**Title Issue Date:** 2/16/2007

### Source Information
**Data Source:** GOVERNMENTAL

**17: FL MVR**

### Registrant Information

**Registrant:** JOAQUIN, RAHEL ARELI

**DOB:** 1/1968
**Address:** 6642 BLANTON CT
ORLANDO, FL 32809-6517
ORANGE COUNTY

### Registration Information

**Original Registration Date:** 12/19/2003
**Registration Date:** 12/19/2003
**Registration Expiration Date:** 1/5/2005
**Decal Number:** 00430825

### Vehicle Information

**VIN:** 5FNRL18083B029082
**Class:** UNKNOWN
**Model Year:** 2003
**Make:** Honda
**Model:** Odyssey
**Series:** EXL
**Body Style:** Sport Van
**Color:** Gray
**Weight:** 004303

### Plate Information

**License Plate Number:** H63FDN

### Owner Information

**Name:** JOAQUIN, RAHEL ARELI

**DOB:** 1/1968
**Address:** 6642 BLANTON CT
ORLANDO, FL 32809-6517
ORANGE COUNTY

### Title Information

**Title Number:** 0086956907
**Title Transfer Date:** 7/7/2005
**Title Issue Date:** 7/7/2005

### Source Information

**Data Source:** GOVERNMENTAL

**Boats - 0 records found**
**Aircraft - 0 records found**
**Bankruptcy Information - 0 records found**
**Judgments/Liens - 0 records found**
**UCC Liens - 0 records found**
**Fictitious Businesses - 0 records found**
**Notice Of Defaults - 0 records found**
**Potential Relatives - 7 records found**
1st Degree: 7

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| 1. | VELAZQUEZ, JOSE ALBERTO | 103 COLLEGE AVE<br>FRUITLAND PARK, FL 34731-3208 |
|    | • AKA VELASQUEZ, JOSE A<br>• AKA VELAZQUEZ, JOSE A<br>• AKA VELAZQUEZLOPEZ, JOSE A<br>• AKA VELAZQUEZ, ALBERTO<br>• AKA VELAZQUEZ, JOSE A<br>• AKA VELAZQUEZ, J A<br>• AKA VELAZQUEZ, JAQUIM | 103 ALBERT ST<br>SAN ANTONIO, TX 78207-1102<br><br>7315 GARDEN ST<br>HOUSTON, TX 77012-2941<br><br>4719 CANAL ST<br>HOUSTON, TX 77011-2205<br>(713) 921-5536 |
|    | SSN:606-16-XXXX<br>DOB:4/1965 | |

| No. | Full Name | Address/Phone |
|---|---|---|
| | (Age: 54) | |
| | | 8037 MEADOWBROOK DR<br>HOUSTON, TX 77017-5217 |
| 2. | JOAQUIN, NAASON M | 308 N ARIZONA AVE<br>LOS ANGELES, CA 90022-1241<br>(323) 266-3508 |
| | • AKA GARCIA, NAASON MERARI<br>• AKA NAASON, JOAQUIN M<br>• AKA JOAQUIN, MAASON | 216 N DANGLER AVE<br>LOS ANGELES, CA 90022-1214 |
| | • AKA NASON, JOAQUIN M<br>• AKA JOAQUIN GARCIA, NAASON MERARI<br>• AKA JOAQUIN, GARCIA NAASON | 131 N ARIZONA AVE<br>LOS ANGELES, CA 90022-1228 |
| | • AKA JOAQUINGARCIA, NAASON M<br>• AKA NAASON, JOAQUIN-GARCIA<br>• AKA NAASON, JOAQUINGARCIA | 212 N DANGLER AVE<br>LOS ANGELES, CA 90022-1214 |
| | • AKA JOAQUIN GARCIA, N<br>• AKA JOAQUIN, NASON M | 214 N DANGLER AVE<br>LOS ANGELES, CA 90022-1214 |
| | SSN:618-10-XXXX<br>DOB:5/1969<br>(Age: 50) | |
| 3. | VELAZQUEZ, AMISADAI | 283 GOODHUE AVE<br>SAN ANTONIO, TX 78218-2641 |
| | • AKA MONREAL, AMISADAI<br>• AKA VELASQUEZ, AMISADAI<br>• AKA VELAZQUEZ, AMISADAI | 308 N ARIZONA AVE<br>LOS ANGELES, CA 90022-1241 |
| | DOB:12/1989<br>(Age: 30) | 4715 CANAL ST<br>HOUSTON, TX 77011-2245 |
| | | 1543 W LAUREL<br>SAN ANTONIO, TX 78201-6219 |
| | | 719 DELGADO ST<br>SAN ANTONIO, TX 78207-1618<br>(210) 737-6732 |
| 4. | VELAZQUEZ, JAQUIM ISRAEL | 308 N ARIZONA AVE<br>LOS ANGELES, CA 90022-1241 |
| | DOB:5/1991<br>(Age: 28) | 4715 CANAL ST<br>HOUSTON, TX 77011-2245 |
| 5. | JOAQUIN, ALMA E | 214 N DANGLER AVE<br>LOS ANGELES, CA 90022-1214 |
| | • AKA JOAQUIN, ALMO E | 308 N ARIZONA AVE<br>LOS ANGELES, CA 90022-1241 |
| | SSN:608-13-XXXX | 28234 EUCALYPTUS AVE<br>HIGHLAND, CA 92346-3812 |
| | | 108 N DANGLER AVE<br>LOS ANGELES, CA 90022-1212 |
| | | 311 S SMITH ST |

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|

SANTA MARIA, CA 93458-5534

| 6. | JOAQUIN, BENJAMIN GARCIA | 1310 S CESAR E CHAVEZ DR |
|----|--------------------------|--------------------------|

MILWAUKEE, WI 53204-2711

• AKA BENJAMIN, JOAQUIN GARCIA
• AKA GARCIA, BENJAMIN JOAQUIN
• AKA JOAQUIN, BENGAMIN G
• AKA NAASON, JOAQUIN
• AKA JOAQUIN, NAASON
• AKA JOAGUIN, BENJAMIN
• AKA JOAQUIN, GARCIA BENJAMIN
• AKA JOAQUIN, JOAQUIN BENJAMIN
• AKA NASSON, JOAQUIN
• AKA JOAQUIN, NASSON

SSN:602-12-XXXX
DOB:3/1963
(Age: 56)

900 DOCTOR S J F RD
SEGUIN, TX 78155-5037

714 DELGADO ST
SAN ANTONIO, TX 78207-1617

719 DELGADO ST
SAN ANTONIO, TX 78207-1618

110 DOCTOR S J F RD
SEGUIN, TX 78155-5026

| 7. | AZRIEL, JOAQUIN | 815 SW 12TH AVE |
|----|-----------------|-----------------|

MIAMI, FL 33130-3625
(305) 860-7777

• AKA JOAQUIN, AZRIEL
• AKA AGUILAR, AZRIEL

SSN:567-75-XXXX

320 N ARIZONA AVE
LOS ANGELES, CA 90022-1241

122 N ARIZONA AVE
LOS ANGELES, CA 90022-1229

4513 DOWNS LN
HOUSTON, TX 77093-5905

8624 DODSON ST
HOUSTON, TX 77093-7806

**Business Associates - 1 records found**
**1: FUNDACION EVA GARCIA DE JOAQUIN**
                         **Name:** JOAQUIN, RAHEL A

                     **Address:** 28899 SAN TIMOTEO CANYON RD
                              REDLANDS, CA 92373-8706
                      **Status:** SUSPENDED
                       **State:** CA
         **Corporation Number:** C3515469
          **Descriptive Status:** SUSPENDED
                 **Record Type:** CURRENT
                 **Record Date:** 1/7/2020
                  **Filing Date:** 1/2/2015

**Person Associates - 25 records found**

| No. | Full Name | Address | SSN | Phone | DOB |
|-----|-----------|---------|-----|-------|-----|
| 1: | ALVARADO, DANIEL GARCIA<br>ALVARDO, DANIEL GARCIA<br>ALVARDO, EMIGDIO G<br>GARCIA,<br>ALVARADO EMIGDIO<br>ALVARADO, EMIGDIO G<br>ALVINODO, EUIGDIO G | 200 LOCUST AVE<br>LULING, TX 78648-2731<br><br>8405 DODSON ST<br>HOUSTON, TX 77093-7801<br><br>4101 VALOR ST<br>HOUSTON, TX 77093-7849 | 626-18-XXXX | (713) 692-0773<br>(713) 692-0773<br>(713) 884-1808 | 6/1958 |

| No. | Full Name | Address | SSN | Phone | DOB |
|-----|-----------|---------|-----|-------|-----|
| | | 8624 DODSON ST<br>HOUSTON, TX 77093-7806 | | | |
| | | 9209 FRIENDLY RD<br>HOUSTON, TX 77093-6505 | | | |
| 2: | CORONADO, SILVERIO U<br>CORONADO,<br>SILVERIO ISMAEL<br>CORONADO, SILVIRIO U<br>CORONADO, SILERIO | 2015 W 10TH ST<br>DALLAS, TX 75208-5735<br><br>1222 RHODE<br>ISLAND AVE NE<br>WASHINGTON, DC 20018-<br>3713<br><br>3514 S ALASKA ST<br>SEATTLE, WA 98118-1634<br><br>2404 BUENA VISTA ST<br>SAN ANTONIO, TX 78207-<br>3740<br><br>3130 IDALIA AVE<br>EL PASO, TX 79930-3620 | 549-61-XXXX | (202) 529-9526<br>(202) 735-5394<br>(206) 760-6289<br>(915) 564-4828<br>(915) 566-5443 | 3/1962<br>3/1962 |
| 3: | CORONADO,<br>EUNICE KEREN<br>CORONADO,<br>EUNICE HERNANDEZ<br>HERNANDEZ CORONADO,<br>EUNICE KEREN | 1222 RHODE<br>ISLAND AVE NE<br>WASHINGTON, DC 20018-<br>3713<br><br>2015 W 10TH ST<br>DALLAS, TX 75208-5735<br><br>3514 S ALASKA ST<br>SEATTLE, WA 98118-1634<br><br>2404 BUENA VISTA ST<br>SAN ANTONIO, TX 78207-<br>3740<br><br>3130 IDALIA AVE<br>EL PASO, TX 79930-3620 | 459-55-XXXX | (202) 529-9526<br>(202) 735-5394<br>(206) 760-6289<br>(915) 564-4828<br>(915) 566-5443 | 1/1971 |
| 4: | VICTORIN, ANA MARIA<br>CURIEL, ANA M<br>VICTORIN, ANNA M | 1822 ENCLAVE PARK<br>SAN ANTONIO, TX 78213-<br>4931<br><br>206 N DANGLER AVE<br>LOS ANGELES, CA 90022-<br>1214<br><br>1914 ELSWORTHY ST<br>SAN ANTONIO, TX 78248-<br>1229<br><br>719 DELGADO ST<br>SAN ANTONIO, TX 78207- | 607-14-XXXX | | 6/1970 |

| No. | Full Name | Address | SSN | Phone | DOB |
|-----|-----------|---------|-----|-------|-----|
| | | 1618 | | | |
| | | 3306 W HOUSTON ST SAN ANTONIO, TX 78207-3635 | | | |
| 5: | CURIEL, RHODE JAEL JR MARES, RHODE J MARES, RHODE CURIEL JR MARES, CURIEL RHODE MARES RHODE, J CURIEL RHODE, JAEL MARES CURIEL, RHODE J RHODE, CURIEL RHODE, M CURIEL CURIE, RHODE MARES RHODE, RHODE JAEL JR | 5612 POPPY SEED RUN SAN ANTONIO, TX 78238-2446<br><br>12222 BLANCO RD APT 203 SAN ANTONIO, TX 78216-2111<br><br>6515 BENWOOD CRST SAN ANTONIO, TX 78238-2436<br><br>556 N COLONIA DE LAS MAGNOLIAS 35 LOS ANGELES, CA 90022-1319<br><br>308 N ARIZONA AVE LOS ANGELES, CA 90022-1241 | 607-14-XXXX | | 2/1974 |
| 6: | DEJOAQUIN, EVA GARCIA | 308 N ARIZONA AVE LOS ANGELES, CA 90022-1241 | | | |
| 7: | VELASQUEZ, ANTONIO V VELAZQUEZ, ANTONIO DELAYO, ANTONIO V VALESQUEZ, ANTONIO | 308 W FERNFIELD DR MONTEREY PARK, CA 91754-7106<br><br>308 E FERNFIELD DR MONTEREY PARK, CA 91755-7304 | 617-80-XXXX | (323) 724-5624 (323) 724-5624 727-5160 | 1945 |
| 8: | VICTORIN, GUILLERMO V ROBLES, GUILLERMO V VICTORIAN, GUILLERMO ROBLES, GUILLERO VICTORIA, GUILLERMO VICTORIN, GUILLERM GUILLERMO, VICTORIA | 1822 ENCLAVE PARK SAN ANTONIO, TX 78213-4931<br><br>1414 MEADE ST DENVER, CO 80204-1525<br><br>3890 E GARLAND AVE FRESNO, CA 93726-5908<br><br>514 E 3RD ST ROSWELL, NM 88201-6226<br><br>719 DELGADO ST SAN ANTONIO, TX 78207-1618 | 620-28-XXXX | (559) 224-1441 | 7/1968 9/1968 1969 |
| 9: | GUZMAN, SAUL VAZQUEZ | 900 DOCTOR S J F RD | 621-28-XXXX | | 6/1965 |

| No. | Full Name | Address | SSN | Phone | DOB |
|---|---|---|---|---|---|
| | VASQUEZ, SAUL VAZQUEZ VAZQUEZ, SAUL VAZQUEZ VAZQUEZ, SAUL G | SEGUIN, TX 78155-5037 | | | |
| | | 320 SILVER WOLF LN SEGUIN, TX 78155-5050 | | | |
| | | 900 SAVAGE RANCH RD SEGUIN, TX 78155-8175 | | | |
| | | PO BOX 1121 SEGUIN, TX 78156-1121 | | | |
| 10: | HERNANDEZ, EFRAIN J HENNADEZ, EFRAIN HERNANDEZJOAQUIN, EFRGIN HERNANDEZ, JOSE G HERNANDEZ, EFRAIN HENANDEZ, EFVAIN HERNANDEZ, JOSE | 833 EVANGELINE AVE UNIT 8 ORLANDO, FL 32809-6422 | 459-55-XXXX | (323) 266-3508 (619) 310-5837 | 11/1969 11/1968 11/1969 1/1968 11/1969 11/1968 |
| | | 1848 LOGAN AVE SAN DIEGO, CA 92113-2112 | | | |
| | | 600 W CYPRESS ST SANTA MARIA, CA 93458-5059 | | | |
| | | 345 W 7TH AVE ESCONDIDO, CA 92025-4834 | | | |
| | | 112 N ARIZONA AVE LOS ANGELES, CA 90022-1229 | | | |
| 11: | HERNANDEZ, MISAEL JOAQUIN HERNANDEZ, MIGUEL JOAQUIN, MISAEL H HERNANDEZ, ISMAEL J HERNANDE, MISAEL J | 105 YEARGAN RD GARNER, NC 27529-2522 | 459-55-XXXX | 925-3953 | 10/1974 10/1974 |
| | | 3624 DARDEN ST HOUSTON, TX 77093-8320 | | | |
| | | 1018 W DONOVAN RD SANTA MARIA, CA 93458-2060 | | | |
| | | PO BOX 226999 LOS ANGELES, CA 90022-0699 | | | |
| | | 311 S SMITH ST SANTA MARIA, CA 93458-5534 | | | |
| 12: | HERNANDEZ, MARISELA C MARTINEZ, MARISELA MARTINEZ, MARISEA HERNANDEZ, MARISELA M MARTINEZ, MARISE MARTINEZ, MARIA C MARTINEZ, MARIA S | 1310 S CESAR E CHAVEZ DR MILWAUKEE, WI 53204-2711 | 453-15-XXXX | (713) 688-3920 (713) 688-3920 | 12/1971 |
| | | PO BOX 4622 MILWAUKEE, WI 53204-0622 | | | |
| | | 3815 PEAR MEADOW LN HOUSTON, TX 77039-5825 | | | |

| No. | Full Name | Address | SSN | Phone | DOB |
|---|---|---|---|---|---|
| | | 741 S WESTERN AVE APT 14 SANTA MARIA, CA 93458-6073 | | | |
| | | 3617 S RIO GRANDE AVE FL 32839 ORLANDO, FL 32839-8952 | | | |
| 13: | HERNANDEZ, LOIDA E PEREZ, LOIDA E | 2614 EVA ST HOUSTON, TX 77093-8606 | 459-55-XXXX | (323) 266-3508 (713) 699-4244 | 12/1975 |
| | | 1018 W DONOVAN RD SANTA MARIA, CA 93458-2060 | | | |
| | | 112 N ARIZONA AVE LOS ANGELES, CA 90022-1229 | | | |
| | | 1018 E DONOVAN RD SANTA MARIA, CA 93454-2426 | | | |
| | | 741 WESTERN SANTA MARIA, CA 93454 | | | |
| 14: | LICEA, HERNAN QUIHUI LICCA, HERNAN Q HERNAN, LICEA Q LUCEA, HERNAN Q LICCA, HERMAN QUIHUI, HERMAN L QUIHUI, LICEA HERNAN | 3624 DARDEN ST HOUSTON, TX 77093-8320 | 600-68-XXXX | (520) 670-1842 (682) 224-3734 (830) 351-5064 | 9/1973 4/1973 9/1973 |
| | | 2407 CEDAR AVE LAS VEGAS, NV 89101-3410 | | | |
| | | 2051 S FORREST AVE TUCSON, AZ 85713-3021 | | | |
| | | 3001 AVENUE G FORT WORTH, TX 76105-2321 | | | |
| | | 407 N HACKBERRY AVE LULING, TX 78648-2942 | | | |
| 15: | MONREAL, ROSA ELIA MONREAL, ROSA ATILANO MONREAL, ROSA FRANK MONREAL, R ESMERALDA MONREAL, ESMERALDA R MONREAL, ROSA E MONRREAL, ROSA | 711 DELGADO ST SAN ANTONIO, TX 78207-1618 | 457-94-XXXX | (210) 735-2081 | 11/1945 10/1944 11/1945 |
| | | 4301 BROADWAY ST APT SAN ANTONIO, TX 78209-6318 | | | |
| | | PO BOX 7013 SAN ANTONIO, TX 78207-0013 | | | |
| | | 1508 ROOSEVELT AVE SAN ANTONIO, TX 78210-4634 | | | |

| No. | Full Name | Address | SSN | Phone | DOB |
|-----|-----------|---------|-----|-------|-----|
| 16: | NUNEZ, BETSABE JOAQUIN MUNEZ, BETSABE J NUNEZ, BJ MUNEZ BETSABE, J NUNEZ BETSABE, J JOAQUIN, BETSABE NUNEZ, BETHSABE BETSABE, J NUNEZ BETSABE, JOAQUIN NUNEZ, BESTSABE J GARCIANUNEZ, BETSABE J BETSABE, NUNEZ | 3514 S ALASKA ST SEATTLE, WA 98118-1634<br><br>1222 RHODE ISLAND AVE NE WASHINGTON, DC 20018-3713<br><br>108 N DANGLER AVE LOS ANGELES, CA 90022-1212<br><br>4717 ASBURY PL NW WASHINGTON, DC 20016-4326<br><br>2015 W 10TH ST DALLAS, TX 75208-5735 | 604-32-XXXX | (202) 529-9526 (202) 735-5394 (206) 760-6289 (323) 266-3508 | 2/1971 |
| 17: | NUNEZ, RUTH LOPEZ LOPEZNUNEZ, RUTH VELAZQUEZ, RUTH | 308 W FERNFIELD DR MONTEREY PARK, CA 91754-7106<br><br>308 W  DR MONTEREY PARK, CA 91754-7106 | 620-40-XXXX | (323) 724-5624 | 11/1941 |
| 18: | VELAZQUEZ, MARIO A | 308 W FERNFIELD DR MONTEREY PARK, CA 91754-7106 | 605-22-XXXX | (323) 724-5624 | 4/1971 |
| 19: | VELAZQUEZ, RUTH IMELDA VALDEZ, RUTH I VELASQUEZ, RUTH IMELDA | 19619 IRONSIDE DR APPLE VALLEY, CA 92308-9312<br><br>308 N ARIZONA AVE LOS ANGELES, CA 90022-1241<br><br>1018 S CONCORD ST 1 LOS ANGELES, CA 90023-2216<br><br>643 W RIGGIN ST 1 MONTEREY PARK, CA 91754-6915<br><br>643 1/2 W RIGGIN ST MONTEREY PARK, CA 91754-6915 | 614-20-XXXX | (760) 240-2745 | 1/1967 |
| 20: | VELAZQUEZ, VICENTE ANTONIO VELASQUEZ LOPEZ, VICENTE ANTONIO LOPEZ, VICENTE A VELAZQUEZ LOPEZ, | 647 DELGADO ST UNIT 4 SAN ANTONIO, TX 78207-1710<br><br>308 W FERNFIELD DR | 606-78-XXXX | (323) 724-5624 (323) 832-9609 | |

| No. | Full Name | Address | SSN | Phone | DOB |
|---|---|---|---|---|---|
|  | VICENTE ANTONIO VELASQUE LOPEZ, VICENTE ANTONIO VALAZQUEZ, VINCENTE A VALAZQUEZ, VICENTE A VELASQUEZ, VICENTE A | MONTEREY PARK, CA 91754-7106 |  |  |  |
|  |  | 653 DELGADO ST APT SAN ANTONIO, TX 78207-1710 |  |  |  |
|  |  | 832 DELGADO ST SAN ANTONIO, TX 78207-1601 |  |  |  |
|  |  | 647653 DELGADO ST SAN ANTONIO, TX 78207 |  |  |  |
| 21: | VELASQUEZ, ALEJANDRA GABRIELA VELAZQUEZ, ALEJANDRA G VELAZQUEZ, ALEJANDRO GABRIELA GABRELA, ALEJANDRA LOPEZ, ALEJANDRA G GABRIELA, ALEJANDRA | 308 W FERNFIELD DR MONTEREY PARK, CA 91754-7106 / 308 N ARIZONA AVE LOS ANGELES, CA 90022-1241 | 602-24-XXXX | (323) 724-5624 727-5160 | 1/1968 1/1968 |
| 22: | VELASQUEZ, RUBEN M VELASQUEZ, RUBEN S VELESQUEZ, RUBIN S VELASQUEZ, RUEBEN | 1265 S ARIZONA AVE LOS ANGELES, CA 90022-3703 | 546-65-XXXX |  | 3/1976 4/1976 |
|  |  | 121 W CHEVY CHASE DR GLENDALE, CA 91204-2315 |  |  |  |
|  |  | 4481 TUTTLE ST LOS ANGELES, CA 90040-5452 |  |  |  |
|  |  | 9332 MARYKNOLL AVE WHITTIER, CA 90605-2539 |  |  |  |
| 23: | VELAZQUEZ, ELIZABETH VELAZQUEZ, ELISABET | 719 DELGADO ST SAN ANTONIO, TX 78207-1618 | 566-77-XXXX |  | 11/1983 |
|  |  | 832 DELGADO ST SAN ANTONIO, TX 78207-1601 |  |  |  |
|  |  | 551 CREEKWOOD DR ORLANDO, FL 32809-7272 |  |  |  |
|  |  | 308 N ARIZONA AVE LOS ANGELES, CA 90022-1241 |  |  |  |
| 24: | MONREAL, PRISCILLA HANNAH MONREAL, P | 705 DELGADO ST SAN ANTONIO, TX 78207-1618 |  |  | 10/1984 |

| No. | Full Name | Address | SSN | Phone | DOB |
|-----|-----------|---------|-----|-------|-----|
| | | 711 DELGADO ST<br>SAN ANTONIO, TX 78207-1618 | | | |
| | | 615 DELGADO ST<br>SAN ANTONIO, TX 78207-1710 | | | |
| 25: | ABDIEL, JOAQUIN<br>JOAQUIN, ABDIEL<br>JOAQUIN, ADIEL<br>ADIEL, JOAQUIN<br>JOAQUIN, BENJAMIN<br>BENJAMIN, JOAQUIN<br>JOAQUIN, ALMA<br>JOAQUIN, JOAQUIN<br>ABOGANEN,<br>ABDIEL JOAQUIN<br>AZRIEL, JOAQUIN | 900 DOCTOR S J F RD<br>SEGUIN, TX 78155-5037<br><br>9124 FRIENDLY RD<br>HOUSTON, TX 77093-7128<br><br>2167 CENTRAL AVE<br>ALAMEDA, CA 94501-2830<br><br>4354 HEATHER CIR<br>CHINO, CA 91710-5019<br><br>4120 VILLAGE DR APT A<br>CHINO HILLS, CA 91709-2783 | | | 11/1983<br>1983 |

**Neighbors - 3 records found**
**139 MILTA LN KISSIMMEE, FL 34743-9215**

| Name | Address | Phone |
|------|---------|-------|
| RODRIGUEZ RIVERA, KARLA IRBEL | 131 MILTA LN<br>KISSIMMEE, FL 34743-9215 | |
| PEREZ, GARME | 132 MILTA LN<br>KISSIMMEE, FL 34743-9214 | |
| KOUTSARIS, HARRY T<br>POWELL, EULIE V | 135 MILTA LN<br>KISSIMMEE, FL 34743-9215 | (407) 348-6197 |

**Employment Locator - 4 records found**

1:
**Company Name:** FUNDACION EVA GARCIA DE JOAQUIN
**Name:** JOAQUIN, RAHEL A
**SSN:** 613-20-XXXX
**Confidence:** Medium

2:
**Company Name:** FUNDACION EVA GARCIA DE JOAQUIN
**Name:** JOAQUIN, RAHEL A
**Title:** PRESIDENT
**SSN:** 613-20-XXXX
**Confidence:** Medium

3:
**Company Name:** FUNDACION EVA GARCIA DE JOAQUIN
**Name:** JOAQUIN, RAHEL A
**Title:** PRESIDENT
**Address:** 28899 SAN TIMOTEO CANYON RD
REDLANDS, CA 92373-8706

**SSN:** 613-20-XXXX
**Confidence:** Medium

4:

**Company Name:** CAJERA ENTERPRISES LLC
**Name:** JOAQUIN, RAHEL ARELI

**Address:** 10634 W FM 78
CIBOLO, TX 78108-3208
**SSN:** 613-20-XXXX
**Confidence:** Medium

**Criminal Filings - 0 records found**
**Sexual Offenders - 0 records found**
**Cellular & Alternate Phones - 4 records found**
1:

**Personal Information**
**Name:** JOAQUIN, RAHEL
**Address:** 4715 CANAL ST
HOUSTON, TX 77011-2245
**Phone Number:** (210) 392-3359
**Phone Type:** Mobile

**Carrier Information**
**Carrier:** SPRINT SPECTRUM LP
**Carrier City:** SAN ANTONIO
**Carrier State:** TX

2:

**Personal Information**
**Name:** JOAQUIN, RAHEL
**Address:** 308 N ARIZONA AVE
LOS ANGELES, CA 90022-1241
**Phone Number:** (323) 268-9249
**Phone Type:**

**Carrier Information**
**Carrier:** PACIFIC BELL
**Carrier City:** LOS ANGELES:DA 05
**Carrier State:** CA

3:

**Personal Information**
**Name:** JOAQUIN, RAHEL
**Address:** 6642 BLANTON CT
ORLANDO, FL 32809-6517
**Phone Number:** (407) 859-7243
**Phone Type:**

**Carrier Information**
**Carrier:** BELLSOUTH SO BELL
**Carrier City:** ORLANDO
**Carrier State:** FL

4:

**Personal Information**
**Name:** JOAQUIN, RAHEL

**Address:** 4715 CANAL ST
HOUSTON, TX 77011-2245
**Phone Number:** (713) 928-3324
**Phone Type:**

**Carrier Information**
**Carrier:** SOUTHWESTERN BELL
**Carrier City:** HOUSTON
**Carrier State:** TX

**Utility Information - 4 records found**

**1: Utility Data**

### Utility Type
**Utility Type:** Convenience (Paging, Long distance phone, local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled)

### Dates Associated With Utility
**Date Service Connected:** 7/31/2007
**Date First Verified:** 7/31/2007
**Date Last Verified:** 10/15/2018

### Name Associated With Utility
**Consumer Last Name:** JOAQUIN
**First Name:** RAHEL

### Address
**Address Type:** Residential
**Service Address Street Number:** 6642
**Service Address Street Name:** BLANTON
**Service Address Street Type:** CT
**Service Address City:** ORLANDO
**Service Address State Abbreviation:** FL
**Service Address Zip:** 32809

### Billing Information Associated With Address
**Billing Address Street Number:** 6642
**Billing Address Street Name:** BLANTON
**Billing Address Street Type:** CT
**Billing Address City:** ORLANDO
**Billing Address State Abbreviation:** FL
**Billing Address Zip:** 32809

### Phone Information
**Service Phone Number:** (407) 859-7243

**2: Utility Data**

### Utility Type
**Utility Type:** Convenience (Paging, Long distance phone, local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled)

### Dates Associated With Utility
**Date Service Connected:** 10/31/2008
**Date First Verified:** 10/31/2008
**Date Last Verified:** 6/22/2016

### Name Associated With Utility
**Consumer Last Name:** JOAQUIN
**First Name:** RAHEL

### Address
**Address Type:** Residential
**Service Address Street Number:** 139
**Service Address Street Name:** MILTA
**Service Address Street Type:** LN
**Service Address City:** KISSIMMEE
**Service Address State Abbreviation:** FL
**Service Address Zip:** 34743

### Billing Information Associated With Address
**Billing Address Street Number:** 139
**Billing Address Street Name:** MILTA
**Billing Address Street Type:** LN
**Billing Address City:** KISSIMMEE
**Billing Address State Abbreviation:** FL
**Billing Address Zip:** 34743

### Phone Information
**Work Telephone Number:** (407) 694-9084
**Service Phone Number:** (407) 344-9883

**3: Utility Data**

### Utility Type
**Utility Type:** Convenience (Paging, Long distance phone, local phone, PCS, Cellular phone, Line

leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled)

**Dates Associated With Utility**

**Date Service Connected:** 8/27/2014
**Date First Verified:** 8/27/2014
**Date Last Verified:** 8/28/2014

**Name Associated With Utility**

**Consumer Last Name:** JOAQUIN
**First Name:** RAHEL

**Address**

**Address Type:** Residential
**Service Address Street Number:** 4715
**Service Address Street Name:** CANAL
**Service Address Street Type:** ST
**Service Address City:** HOUSTON
**Service Address State Abbreviation:** TX
**Service Address Zip:** 77011

**Billing Information Associated With Address**

**Billing Address Street Number:** 310
**Billing Address Street Name:** 4TH
**Billing Address Street Type:** ST
**Billing Address City:** REDLANDS
**Billing Address State Abbreviation:** CA
**Billing Address Zip:** 92373


**4: Utility Data**

**Utility Type**

**Utility Type:** Convenience (Paging, Long distance phone, local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled)

**Dates Associated With Utility**

**Date Service Connected:** 10/31/2008
**Date First Verified:** 10/31/2008
**Date Last Verified:** 2/12/2014

**Name Associated With Utility**

**Consumer Last Name:** VELASQUEZ
**First Name:** RAHEL

**Address**

**Address Type:** Residential
**Service Address Street Number:** 4715
**Service Address Street Name:** CANAL
**Service Address Street Type:** ST
**Service Address City:** HOUSTON
**Service Address State Abbreviation:** TX
**Service Address Zip:** 77011

**Billing Information Associated With Address**

**Billing Address Street Number:** 4715
**Billing Address Street Name:** CANAL
**Billing Address Street Type:** ST
**Billing Address City:** HOUSTON
**Billing Address State Abbreviation:** TX
**Billing Address Zip:** 77011

**Phone Information**

**Work Telephone Number:** (210) 336-2907
**Service Phone Number:** (713) 928-3324

**Possible Education - 0 records found**

**Sources - 379 records found**

| | |
|---|---|
| **All Sources** | 379 Source Document(s) |
| **Corporate Affiliations** | 1 Source Document(s) |
| **Deed Transfers** | 3 Source Document(s) |
| **Driver Licenses** | 11 Source Document(s) |
| **Email addresses** | 12 Source Document(s) |
| **Historical Person Locator** | 77 Source Document(s) |
| **Motor Vehicle Registrations** | 53 Source Document(s) |

| | |
|---|---|
| **Person Locator 1** | 31 Source Document(s) |
| **Person Locator 2** | 13 Source Document(s) |
| **Person Locator 4** | 1 Source Document(s) |
| **Person Locator 5** | 46 Source Document(s) |
| **Person Locator 6** | 39 Source Document(s) |
| **Phone** | 1 Source Document(s) |
| **PhonesPlus Records** | 4 Source Document(s) |
| **Tax Assessor Records** | 74 Source Document(s) |
| **Utility Locator** | 5 Source Document(s) |
| **Voter Registrations** | 8 Source Document(s) |

Key

▲ High Risk Indicator. These symbols may prompt you to investigate further.

⚑ Moderate Risk Indicator. These symbols may prompt you to investigate further.

⚑ General Information Indicator. These symbols inform you that additional information is provided.

✓ The most recent telephone listing as reported by the EDA source.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation

Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**