# EXHIBIT E

# Jenira Velez

| | |
|---|---|
| **From:** | Vanessa <Vanessa@asaplegal.com> |
| **Sent:** | Monday, August 10, 2020 9:26 AM |
| **To:** | Desiree N. Murray |
| **Subject:** | [EXT] RE: 31285210 RE: Service on Rahel Garcia |

Control Number: 31285210
Reference: MATIN V LA LUZ DEL
Service Type: SDPRSS
Case Number: 2:20-CV-01437
Case Name: MARTIN V LA LUZ DEL
Documents: S&C


8.7 @ 1811- NO ASNWER AT THE DOOR
8.8 @ 0759AM- NO ACCESS TO FRONT DOOR, FRONT GATE
      WAS LOCKED.
8.9 @ 1203PM NO ANSWER AT THE DOOR AGAIN, SERVER HEARD
      TV ON INSIDE, NO ONE CAME TO THE DOOR.

***** please advise if you would like us to continue with attempts-also I would suggest a stake-out since they are Evading service already.

*THANK YOU!*

**Vanessa Padilla**
Process Department
ASAP LEGAL, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
T 714.543.5100
Email: vanessa@asaplegal.com



**From:** Desiree N. Murray <DMurray@GGTrialLaw.com>
**Sent:** Monday, August 10, 2020 8:50 AM
**To:** Vanessa <Vanessa@asaplegal.com>
**Subject:** RE: 31285210 RE: Service on Rahel Garcia

Thank you!

**From:** Vanessa <Vanessa@asaplegal.com>
**Sent:** Monday, August 10, 2020 8:49 AM
**To:** Desiree N. Murray <DMurray@GGTrialLaw.com>
**Subject:** [EXT] 31285210 RE: Service on Rahel Garcia

Good morning,

The server has not answered yet, I will continue to reach out.


***THANK YOU!***


Vanessa Padilla
Process Department
*ASAP* LEGAL, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
T 714.543.5100
Email: vanessa@asaplegal.com



**From:** Desiree N. Murray <DMurray@GGTrialLaw.com>
**Sent:** Monday, August 10, 2020 7:32 AM
**To:** Vanessa <Vanessa@asaplegal.com>
**Subject:** Service on Rahel Garcia

Hi Vanessa,

Do we have any update on service on Rahel from over the weekend? Thanks!

**Desiree N. Murray**
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2775 | Fax 949.383.2801
DMurray@GGTrialLaw.com | www.GGTrialLaw.com



This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.