# EXHIBIT F

## Table of Contents

**Location Information - 1 record found** ................................................................................2
**Address Variations - 1 records found** ................................................................................2
**APN(s) - 2 records found** ...................................................................................................2
**Property Information - 2 records found** ............................................................................2
**Neighbors - 5 records found** ..............................................................................................2
**Associated Entities - 58 records found** .............................................................................3
**Source Information - 462 records found** ..........................................................................4



# 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY

Copyright 2020 LexisNexis

a division of Reed Elsevier Inc. All Rights Reserved.

**Location Information - 1 record found**
308 N ARIZONA AVE, LOS ANGELES, CA 90022-1241

| | |
|---|---|
| **Latitude:** | 34.039010 |
| **Longitude:** | -118.163530 |
| **MSA Number:** | 4480 |
| **MSA Description:** | Los Angeles-Long Beach, CA |

**Address Variations - 1 records found**

| No. | Address |
|---|---|
| 1. | 308 N ARIZONA AVE<br>LOS ANGELES, CA 90022-1241 |

**APN(s) - 2 records found**

| No. | Number |
|---|---|
| 1. | 5235-011-090 |
| 2. | 5235011090 |

**Property Information - 2 records found**

No. 1

| | |
|---|---|
| **Legal Description:** | MARAVILLA PARK LOTS 28 AND 29 BLK 2 |
| **Land Usage:** | SFR |
| **Tax Year:** | 2019 |
| **Data Source:** | A |

Property Sale Information

| | |
|---|---|
| **Sale Date:** | 03/27/2006 |

Mortgage Information

| | |
|---|---|
| **Lender:** | WMC MTG |
| **Loan Type:** | CONVENTIONAL |
| **Loan Amount:** | $360,000.00 |
| **Term Of Loan:** | 04/01/2036 |

Assessment Information

| | |
|---|---|
| **Assessed Land Value:** | $165,625.00 |
| **Assessed Improvement Value:** | $90,333.00 |
| **Assessed Total Value:** | $255,958.00 |

No. 2

| | |
|---|---|
| **Legal Description:** | MARAVILLA PARK LOTS 28 AND 29 BLK 2 |
| **Tax Year:** | 2019 |
| **Data Source:** | B |

Property Sale Information

| | |
|---|---|
| **Sale Date:** | 03/27/2006 |

Mortgage Information

| | |
|---|---|
| **Lender:** | WMC MORTGAGE CORP |
| **Loan Type:** | BALLOON |
| **Loan Amount:** | $360,000.00 |
| **Term Of Loan:** | 04/01/2036 |

Assessment Information

| | |
|---|---|
| **Assessed Land Value:** | $165,625.00 |
| **Assessed Improvement Value:** | $90,333.00 |
| **Assessed Total Value:** | $255,958.00 |

**Neighbors - 5 records found**

| Neighbor Name | Neighbor Address | Neighbor Phone |
|---|---|---|
| LENZ, TONY G | 302 N ARIZONA AVE, LOS ANGELES, CA 90022-1241 | None Listed |
| DELGADO, VICTORIA | 305 N ARIZONA AVE, LOS ANGELES, CA 90022-1240 | None Listed |
| BELLOSO, GLENDA VIVIANA | 307 N ARIZONA AVE, LOS ANGELES, CA 90022-1240 | None Listed |
| HENRIQUEZ, WILLIAM A | 309 N ARIZONA AVE, LOS ANGELES, CA 90022-1240 | None Listed |
| GODINEZ, SILVIA A | 315 N ARIZONA AVE, LOS ANGELES, CA 90022-1240 | None Listed |

**Associated Entities - 58 records found**

| No. | Current Owner(s)/Resident(s) |
|---|---|
| | **Current Resident(s):** |
| 1. | DEJOAQUIN, EVA GARCIA |
| 2. | GARCIA, RAHEL ARELI |
| 3. | GONZALEZ, JUANA |
| 4. | JOAQUIN, CLAUDIA |
| 5. | JOAQUIN, DIANE |
| 6. | MALDONADO, FRANK |
| 7. | MONDRAGON, MIRZA AILED |
| 8. | MORA, SARA |
| 9. | MUNOZ, RODRIGO C |
| 10. | RAMIREZ, ABIMGEL |
| 11. | RODRIGUEZ, KARLA |
| 12. | RODRIGUEZ, LIBRADA |
| 13. | SADAI, AMI |
| 14. | SALAS, BETSI |
| 15. | TALAMANTES, GABRIELA G |
| 16. | VELASQUEZ, VICENTE A |
| 17. | VELAZQUEZ, ELIZABETH |
| 18. | VELAZQUEZ, IMESADAE |
| 19. | VELAZQUEZ, JAQUIM ISRAEL |
| 20. | VELAZQUEZ, JOAQUIN SAMIR |
| 21. | VELAZQUEZ, JOSE ALBERTO SR |
| | **Previous Owner(s):** |
| 22. | NAASON, JOAQUIN |
| 23. | RODRIGUEZ, ALEX E |
| | **Previous Residents(s):** |
| 24. | AMADOR, FRANK T SR |
| 25. | AMADOR, HELEN T |
| 26. | AMADOR, LAWRENCE P |
| 27. | AMADOR, STEVEN A |
| 28. | CORONADO, SILVERIO U |
| 29. | CURIEL RHODE, RHODE J JR. |
| 30. | DEJOAQUIN, EVA GARCIA |
| 31. | FLORES, JUAN |
| 32. | GARCIA, NATHAN J |
| 33. | GARCIA, RAHEL ARELI |
| 34. | JOAQUIN, ALMA E |
| 35. | JOAQUIN, RAMONA A |
| 36. | LOPEZ, GERARD JARAMILLO |
| 37. | MELGAR, JUAN JOSE |
| 38. | RAHEL, JOAQUIN R |
| 39. | RODRIGUEZ, EDUARD |
| 40. | RODRIGUEZ, EMILIO H |
| 41. | RODRIGUEZ, LAWRENCE J |
| 42. | RODRIGUEZ, RICARDO R |
| 43. | SALAS, BETSI |
| 44. | SALAS, MYRNA S |
| 45. | VALDEZ, RUTH IMELDA |
| 46. | VELASQUEZ, ALEJANDRA GABRIELA |

| No. | Current Owner(s)/Resident(s) |
|---|---|
| 47. | VELASQUEZ, RUBEN M |
| 48. | VELAZQUEZ, ADAIA B |
| 49. | VELAZQUEZ, AMISADAI |
| 50. | VELAZQUEZ, ELIACIM EMANUEL |
| 51. | VELAZQUEZ, JOSE ALBERTO SR |
| 52. | VELAZQUEZ, SAMIR |
| 53. | VELAZQUEZ, SIMSAI V |
| 54. | WONG, LUIS E |

**Other(s):**

| No. | |
|---|---|
| 55. | JAQUIM 99 CENTS PLUS |
| 56. | RAHEL JOAQUIN |
| 57. | VELAZQUEZ CONSULTING |
| 58. | CYCLUM INCORPORATED |

**Source Information - 462 records found**

| | |
|---|---|
| **All Sources** | **462 Source Document(s)** |
| **Bankruptcy Records** | 1 Source Document(s) |
| **Deed Transfers** | 9 Source Document(s) |
| **Historical Person Locator** | 83 Source Document(s) |
| **Liens and Judgments** | 3 Source Document(s) |
| **Person Locator 1** | 76 Source Document(s) |
| **Person Locator 2** | 40 Source Document(s) |
| **Person Locator 5** | 106 Source Document(s) |
| **Person Locator 6** | 87 Source Document(s) |
| **Tax Assessor Records** | 43 Source Document(s) |
| **Utility Locator** | 14 Source Document(s) |

Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further

⚑ Moderate Risk Indicator. These symbols may prompt you to investigate further

⚑ General Information Indicator. These symbols inform you that additional information is provided

✓ The most recent telephone listing as reported by the EDA source

**Important:**   The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer

Copyright © 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**