# EXHIBIT H



# State of California
## Secretary of State

**Statement of Information**
(Domestic Nonprofit, Credit Union and Consumer Cooperative Corporations)
Filing Fee $20.00.  If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

N

E-Q33570
**FILED**
In the office of the Secretary of State of the State of California
**Jan - 20 2013**
This Space For Filing Use Only

---

**1. CORPORATE NAME**

C3515469
FUNDACION EVA GARCIA DE JOAQUIN
RAHEL A JOAQUIN
28899 SAN TIMOTEO CANYON RD
REDLANDS   CA 92373

**Due Date:**

**Complete Principal Office Address**  (Do not abbreviate the name of the city. Item 2 cannot be a P.O. Box.)

2. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY    CITY    STATE    ZIP CODE
   28899 SAN TIMOTEO CANYON RD   REDLANDS   CA 92373

3. MAILING ADDRESS OF THE CORPORATION, IF REQUIRED    CITY    STATE    ZIP CODE
   RAHEL A JOAQUIN   28899 SAN TIMOTEO CANYON RD   REDLANDS   CA 92373

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

4. CHIEF EXECUTIVE OFFICER/    ADDRESS    CITY    STATE    ZIP CODE
   RAHEL A JOAQUIN   28899 SAN TIMOTEO CANYON RD   REDLANDS, CA 92373

5. SECRETARY    ADDRESS    CITY    STATE    ZIP CODE
   ESTELA DELGADO   764 N GARFIELD AVE # 101   MONTEBELLO   CA 90640

6. CHIEF FINANCIAL OFFICER/    ADDRESS    CITY    STATE    ZIP CODE
   MARGARITA OCAMPO   219 N KERN AVE   LOS ANGELES   CA 90022

**Agent for Service of Process**  (If the agent is an individual, the agent must reside in California and Item 8 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 8 must be left blank.)

7. NAME OF AGENT FOR SERVICE OF PROCESS
   JOANA GONZALEZ

8. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**    CITY    STATE    ZIP CODE
   1348 CESAR CHAVEZ AVE   MONTEREY PARK, CA 91754

**Davis-Stiring Common Interest Development Act** (California Civil Code section 1350, et seq.)

9. ☐ Check here if the corporation is an association formed to manage common interest development under the Davis-Stirling Common interest Development Act and proceed to items 10, 11 and 12.

**NOTE:** Corporations formed to manage a common interest development must also file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code section 1363.6.  Please see instructions on the reverse side of this form.

10. ADDRESS OF BUSINESS OR CORPORATE OFFICE OF THE ASSOCIATION, IF ANY    CITY    STATE    ZIP CODE

11. FRONT STREET AND NEAREST CROSS STREET FOR THE PHYSICAL LOCATION OF THE COMMON INTEREST DEVELOPMENT    9-DIGIT ZIP CODE
    (Complete if the business or corporate office is not on the site of the common interest development.)

12. NAME AND ADDRESS OF ASSOCIATION'S MANAGING AGENT, IF ANY    CITY    STATE    ZIP CODE

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 01/20/2013 | ESTELA DELGADO | SECRETARY | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-100 (REV 10/2010)                                                                    APPROVED BY SECRETARY OF STATE