# EXHIBIT I

ORANGE COAST TITLE CO.

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:
LA LUZ DEL MUNDO, a CA corp.

28899 Sa~Timoteo
Canyon Rd.
Redlands, CA 92373

Recorded in Official Records, County of San Bernardino, Larry Walker, Recorder

**Doc No. 20010263738**
**08:00am 07/06/01**

ORANGE COAST TITLE  # 611

| | | 3 | | | | | |
|---|---|---|---|---|---|---|---|
| | | 10 | 5 29 | 660.00 | | 611 | |
| NON ST | LN | SVY | CIT-CO | TRANS TAX | DA | CHRG | EXAM |

A.P.N.: See Below        Order No.: S-133996-9        Escrow No.: 11591-NW

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) THAT DOCUMENTARY TRANSFER TAX IS: COUNTY $660.00
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale,
[ ] unincorporated area; [ ] City of Redlands, and

FOR A VALUABLE CONSIDERATION, Receipt of which is hereby acknowledged,
**FRANK J. MAKA AND META M. MAKA, HUSBAND AND WIFE AS COMMUNITY PROPERTY**

hereby GRANT(S) to **IGLESIA DEL DIOS VIVO COLUMNA Y APOYO**
**DE LA VERDAD LA LUZ DEL MUNDO, A CA CORP**

San Bernardino

the following described property in the City of Redlands, County of ~~Orange~~ State of California;

SEE EXHIBIT 'A' FOR LEGAL DESCRIPTION FOR 5 PARCELS FOR SAN BERNARDINO COUNTY, AFFECTING:

#0294-101-08-0-000
#0294-101-09-9-000
#0294-101-11-0-000
#0294-101-12-0-000
#0294-101-13-0-000

_____        _____
FRANK J. MAKA                                                META M. MAKA

Document Date: June 30, 2001

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO      )SS
                                                             )
On July 02, 2001 before me, Traci Wynn Beaty
personally appeared FRANK J. MAKA and META M. Maka
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.
Signature Traci Wynn Beaty

TRACI WYNN BEATY
Comm. # 1164953
NOTARY PUBLIC - CALIFORNIA
San Bernardino County
My Comm. Expires Dec. 8, 2001

This area for official notarial seal.

Mail Tax Statements to:    SAME AS ABOVE or Address Noted Below

EXHIBIT A

THAT PORTION OF THE NORTHEAST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF SECTION 10, TOWNSHIP 2 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF THE AFORESAID NORTHEAST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF SAID SECTION 10;

THENCE WESTERLY ALONG THE SOUTH LINE OF SAID NORTHEAST ONE-QUARTER 899.7 FEET; THENCE NORTH 1° 10' WEST, 339.8 FEET TO A POINT ON THE MIDDLE LINE OF THE COUNTY ROAD TO BEAUMONT (SAN TIMOTEO CANYON ROAD);

THENCE IN A GENERALLY EASTERLY DIRECTION ALONG THE MIDDLE LINE OF SAID COUNTY ROAD TO IT'S INTERSECTION WITH THE EAST LINE OF THE AFORESAID NORTHEAST ONE-QUARTER;

THENCE SOUTHERLY ALONG SAID EAST LINE TO THE POINT OF BEGINNING.