# EXHIBIT J

**ORANGE COAST TITLE CO.**

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:
LA LUZ DEL MUNDO, a CA corp.
28859 San Timoteo
Canyon Rd.
Redlands, CA 92373

Recorded in Official Records, County of
San Bernardino, Larry Walker, Recorder

**Doc No. 20010263737**
**08:00am 07/06/01**

**ORANGE COAST TITLE    # 611**

| PG | FEE | APF | GIMS | PH CPY | CRT CPY | ADD NM | PEN PR | PCOR |
|----|-----|-----|------|--------|---------|--------|--------|------|
| 2  | 7   | 3   |      |        |         |        |        |      |
|    |     |     | 10   | 5      |         |        | 611    | ©    |

| NON ST | LN | SVY | CIT-CO | TRANS TAX | DA | CHRG | EXAM |
|--------|----|----|--------|-----------|----|----|------|

A.P.N.: See Below          Order No.: s-133996-9          Escrow No.: 11592-NW

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) THAT DOCUMENTARY TRANSFER TAX IS: COUNTY $ __
[ X ]  computed on full value of property conveyed, or
[   ]  computed on full value less value of liens or encumbrances remaining at time of sale,
[   ]  unincorporated area;  [   ] City of Redlands, and

FOR A VALUABLE CONSIDERATION, Receipt of which is hereby acknowledged,
**FRANK J. MAKA and META M. MAKA, Husband and Wife**

hereby GRANT(S) to **IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO**, a CA corporation

the following described property in the          County of **San Bernardino & Riverside** State of California;

SEE EXHIBIT 'A' FOR LEGAL DESCRIPTION FOR 4 PARCELS -

RE: SAN BERNARDINO COUNTY

A.P. #0294-101-14-0-000
A.P. #0294-121-21-0-000

RE: RIVERSIDE COUNTY

A.P. #471-150-018
A.P. #471-160-009

_____          _____
FRANK J. MAKA                       META M. MAKA

Document Date: July 1, 2001

STATE OF CALIFORNIA            )SS
COUNTY OF  SAN BERNARDINO      )
On  7/02/01                    before me,  Traci Wynn Beaty
personally appeared  Frank J. Maka and Meta M. Maka                             ,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.
Signature __Traci Wynn Beaty__

TRACI WYNN BEATY
Comm. # 1164953
NOTARY PUBLIC - CALIFORNIA
San Bernardino County
My Comm. Expires Aug 30, 2004

This area for official notarial seal.

Mail Tax Statements to:   SAME AS ABOVE or Address Noted Below

EXHIBIT "A"

PARCEL 1:

THE SOUTH ONE-HALF OF THE SOUTHEAST ONE-QUARTER OF SECTION 10, TOWNSHIP 2 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE JUNE 9, 1880.

EXCEPTING A PIECE OF LAND 4 RODS SQUARE LYING IN THE EXTREME NORTHEAST CORNER OF SAID LAND AND USED AS A GRAVEYARD.

PARCEL 2:

THAT PART OF SECTION 11, TOWNSHIP 2 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE WEST LINE OF SAID SECTION 11, WHICH IS NORTH 0° 19' 37" WEST, A DISTANCE OF 909.13 FEET ALONG THE WEST LINE OF SAID SECTION 11, FROM THE SOUTHWEST CORNER THEREOF; THENCE NORTH 43° 23' 00" EAST, 185.50 FEET; THENCE NORTH 51° 26' 30" EAST, 300.90 FEET, MORE OR LESS, TO THE CENTER LINE OF TIMOTEO CANYON ROAD (AS NOW LAID OUT AND TRAVELED); THENCE NORTHWESTERLY ALONG SAID CENTER LINE TO THE WEST LINE OF SAID SECTION 11; THENCE SOUTH 0° 19' 37" EAST, 584.50 FEET TO THE POINT OF BEGINNING.

PARCEL 3:

THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 2 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 4:

THE SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 2 SOUTH RANGE 3 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY UNITED STATES GOVERNMENT SURVEY.