# EXHIBIT L

**Jenira Velez**

| | |
|---|---|
| **From:** | Deborah Mallgrave <DMallgrave@GGTrialLaw.com> |
| **Sent:** | Thursday, June 4, 2020 2:32 PM |
| **To:** | 'Geoff Neri' |
| **Subject:** | service on Rahel Garcia |

Geoff,

As we just discussed, I am writing to confirm my agreement that since we are still discussing the service issues relating to service of the summons and complaint on Rahel Garcia, Plaintiff will not seek to take Ms. Garcia's default.

Regards,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com

