# EXHIBIT M

**Jenira Velez**

---

**From:** Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Sent:** Wednesday, June 17, 2020 9:31 AM
**To:** Geoff Neri
**Subject:** Martin v. LLDM, et al.: Service on Rahel Garcia

Geoff,

I'm just following up on our conversation regarding service of the summons and complaint on your client Rahel Garcia. Can you let me know if you are authorized to accept service on her behalf?

Thank you,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



1