# EXHIBIT N

**Prepared By and Return To:**
Maria Collins
Fidelity National Title Insurance Company of New York
50 W. Oak Street
Kissimmee, FL 34741

**File No.** 02-009-303949

**Property Appraiser's Parcel I.D.(folio) Number(s)**
26-23-29-8087-11-360

SS#: _____

```
OR Bk 6619 Pg 7259
Orange Co FL 2002-0458333
09/19/2002    02:31:47pm
        Rec 10.50 DSC 796.60
```

## WARRANTY DEED

**THIS WARRANTY DEED** dated July 30, 2002, by Flora Murdock, a single person hereinafter called the grantor, to Efrain Hernandez, a married man and Rahel A. Joaquin, a married woman   whose post office address is 833 Evangeline Avenue, Orlando, Florida 32809, hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**WITNESSETH:** That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Orange County, Florida, viz:

Lot 136, Sky Lake-Unit Eight, according to the plat thereof, as recorded in Plat Book 2, Page 31 of the Public Records of Orange County, Florida

Subject to easements, restrictions, reservations, and limitations of record, if any.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

**TO HAVE AND TO HOLD** the same in fee simple forever.

**AND** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2001.

OR Bk 6619 Pg 7260
Orange Co FL 2002-0458333
Recorded - Martha O. Haynie

**IN WITNESS WHEREOF,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
(Witness Signature)

Judy Reiker
(Print Name of Witness)

_____
(Witness Signature)

Annette Persky
(Print Name of Witness)

_____
Flora Murdock

11801 Mintwood Court, Orlando,
FL. 32837
(Address and Phone Number)

STATE of ___Florida___

COUNTY of ___Osceola___

**I HEREBY CERTIFY** that on this day, before me, an Officer duly authorized in the State aforesaid and the County aforesaid to take acknowledgements, personally appeared ___Flora Murdock___,
to me known to be the person(s) described in or who has/have produced ___Driver's License___
as identification and who executed the foregoing instrument and he/she/they acknowledged before me that he/she/they executed the same.

**WITNESS** my hand and official seal in the County and State last aforesaid this ___30th___ day of ___July___, 2002.

_____
Notary Signature

Judy Reiker
Printed Notary Name

Judith A. Reiker
Commission # DD119704
Expires May 21, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

My commission expires: _____

Warranty Deed (Individual to Individual)
Rev (12/01)(Indivi.wpd)