# EXHIBIT Q



```
CFN    2019069874
Bk 5532 Pgs 2585-2588  (4 Pgs)
DATE: 05/30/2019  04:01:42 PM
ARMANDO RAMIREZ, CLERK OF COURT
OSCEOLA COUNTY
RECORDING FEES $35.50
DEED DOC $0.70
```

Prepared by and Return to:

Joram A. Nunez, Esq.

12 Bleecker St.

Jersey City, New Jersey

07307

# GENERAL WARRANTY DEED

**Date:**     Executed this 27 of May, 2019

**Grantor:**     Naason M. Joaquin, (married)

**Grantor's Mailing Address:**

    Naason Joaquin
    8210 Wateka Dr.
    Houston, TX 77074
    Harris County

**Grantee:**     "La Luz Del Mundo" Iglesia del Dios Vivo Columna y Apoyo de la Verdad, INC., a Florida Not-For-Profit Corporation

**Grantee's Mailing Address:**

    La Luz Del Mundo
    6415 Winegard Rd.
    Orlando, FL 32809
    Orange County

**Consideration:**

Grantee gave money to Grantor in 1991 to acquire the property transferred by this instrument. It was agreed that Grantor would hold ownership of the property transferred by this instrument and subsequently transfer same to Grantee.

At all times, the parties intended for Grantor to hold legal title to the property transferred by this instrument in trust for the sole benefit of Grantee who paid the purchase price and holds equitable title. The equitable constructive trust identified herein may be enforced by a Court, if necessary.

To effect complete and total transfer of the below-referenced property, Grantor, for and in consideration of the sum of **TEN DOLLARS** ($10.00) and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged and received, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm all his/her interest, separate, community, or otherwise, unto the Grantee all the real property, together with improvements, if any, situated and being in the County of Osceola, State of Florida, described as follows:

**Legal Description:**

> **Lot 11, Block 101, BUENAVENTURA LAKES, UNIT 3, according to the Official Plat thereof as recorded in Plat Book 2, Pages 124 through 133, Public Records of Osceola County, Florida.**
> **Parcel: 072530267701010110**

**Rights:**

This conveyance is made unto Grantee to have and to hold the above described Property as its sole property, together with, all and singular, the rights and appurtenances thereto in any wise

belonging unto the Grantee, its successors or assigns forever. Grantor, for the consideration and subject to the Reservations from and Exceptions to Conveyance and Warranty, GRANTS, SELLS, and CONVEYS to Grantee the Property together with (i) all improvements located on the Property; (ii) any and all appurtenant easements or rights of way affecting the land, and any of Grantor's right to use same; (iii) any and all rights of ingress and egress to and from the land and any of Grantor's rights to use same: (iv) the mineral rights, if any owned by Grantor relating to the land; and (v) all right, title and interest of Grantor, if any, in and to (a) any and all roads, streets, alleys and ways (open or proposed) affecting, crossing, fronting or bounding the land, (b) any and all strips, gores or pieces of property abutting, bounding or which are adjacent or contiguous to the land (whether owned or claimed by deed, limitations or otherwise), (c) any and all air rights relating to the land, and (d) any and all revisionary interest in and to the Property; and any of Grantor's right to the Property, and together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's successors, and assigns forever.

**Non-Homestead**

Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property. Grantor's residence and homestead address is: 8210 Wateka Dr. Houston, TX 77074.

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

This conveyance is made subject to any and all valid and subsisting or recorded restrictions, conditions and covenants, taxes, easements, right-of-way, prescriptive rights, whether of

record or not, reservations including but not limited to oil and gas leases, mineral severances, interests, and royalty rights, water, water rights or riparian rights, maintenance charges, together with any lien securing the maintenance charges, zoning laws, ordinances of municipal or other governmental agencies or authorities, and conditions and covenants, if any, applicable to and enforceable against the property described above and as shown by the records of the County Clerk of Osceola County, Florida.

Grantor binds Grantor and Grantor's heirs and successors to **WARRANT** and **FOREVER DEFEND** all and singular the Property to Grantee and Grantee's successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservation from Conveyance and the Exceptions to Conveyance.

When the context requires, singular nouns and pronouns include the plural.

**IN WITNESS WHEREOF**, the Grantor has executed this deed on the date first set forth above.

_____
Witness Signature
Print Name: DAVID H. MOSQUEDA

_____        _____
Witness Signature                                              Naason M. Joaquin
Print Name: Eugenia Mishael Mendoza

STATE OF: Florida
COUNTY OF: Orange

The foregoing instrument was acknowledged before me this 24 day of May, 2019, by **Naason M. Joaquin**, who is [✓] personally known or [ ] has produced _____ as identification.

Rebecca Arreola
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF970923
Expires 3/14/2020

Notary Public: Rebecca Arreola
Printed Name: Rebecca Arreola
My Commission Expires: 3/14/2020