DEBORAH S. MALLGRAVE, State Bar No. 198603
*DMallgrave@GGTrialLaw.com*
DESIREE N. MURRAY, State Bar No. 330079
 *DMurray@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
 *Mike@AndersonAdvocates.com*
JENNIFER E. STEIN, State Bar No. 300775
 *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN, | Case No. 2:20-cv-01437-ODW-AS |
| Plaintiff, | **DECLARATION OF LUIS VERJAN** |
| v. | |
| LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN | |

ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.

   Defendants.

## DECLARATION OF LUIS VERJAN

I, Luis Verjan, declare as follows:

1. I am a Registered Process Server and was retained to serve process in the above-reference matter on Rahel Garcia. I was on the dates herein mentioned over the age of the eighteen years old and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

2. On April 29, 2020, I received instructions to serve Rahel Garcia at the house shown in Exhibit 1. The house does not appear to have an address, but is located between 122 and 112 N. Arizona Ave. This house was referred to as 120 N. Arizona Ave., Los Angeles. I believe the correct address of the location is 118 N. Arizona Ave, Los Angeles.

3. On April 29, 2020, I began attempting service at this location. There was no access to the premises.

4. On April 30, 2020, I continued to attempt service at this location. There was no access to the property, the gate was locked, and there were no cars in the driveway.

5. On May 1, 2020, I returned to the property. An individual was outside the home in the front yard and I asked him if Rahel Garcia lived there. The man responded that he would go check to see if she was there.

6. I witnessed the man walk toward the side door of 112 N. Arizona Ave, which is connected to the Church. While I was waiting, a second man, the man identified in the proof of service as John Doe, came out of the home.

7. I showed John Doe my process server badge. I explained to John Doe that the first man confirmed Ms. Garcia's presence, and provided him a copy of the summons and complaint. As I left the service documents with John Doe, at no time did he tell me that Rahel Garcia did not live at the residence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

///

1 | Executed August 10, 2020

_____
Luis Verjan

DECLARATION OF LUIS VERJAN

# EXHIBIT 1

