1  DEBORAH S. MALLGRAVE, State Bar No. 198603
     *DMallgrave@GGTrialLaw.com*
2  DESIRÉE N. MURRAY State Bar No. 330079
     *DMurray@GGTrialLaw.com*
3  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Telephone: (949) 383-2800
5  Facsimile: (949) 383-2801

6  MICHAEL G. FINNEGAN, State Bar No. 241091
     *Mike@AndersonAdvocates.com*
7  JENNIFER E. STEIN, State Bar No. 300775
     *Jennifer@AndersonAdvocates.com*
8  JEFF ANDERSON & ASSOCIATES
   11812 San Vincente Boulevard, #503
9  Los Angeles, California, 90049
   Telephone: (310) 357-2425
10 Facsimile: (651) 297-6543

11 Attorneys for Plaintiff SOCHIL MARTIN

13            **UNITED STATES DISTRICT COURT**

14        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 16  SOCHIL MARTIN, | Case No. 2:20-cv-01437-ODW-AS |
| 17        Plaintiff, | **[PROPOSED] ORDER RE OPPOSITION TO DEFENDANT RAHEL GARCÍA'S MOTION TO DISMISS** |
| 18        v. | |
| 19  LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN | Date:      August 31, 2020<br>Time:      1:30 p.m.<br>Courtroom:  5D |

1  ZAMORA, an individual, DAVID
2  MENDOZA, an individual and DOES 1 through 10, inclusive.
3              Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THIS MATTER having come before the Court on Defendant Rahel García's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(2) for Deficient Service and Lack of Personal Jurisdiction (the "Motion"), and the Court having considered the moving and responding papers filed by the parties and having heard the arguments of counsel, and with good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Rahel García's Motion is **DENIED**.

<u>**OR**</u>

**IT IS HEREBY ORDERED AND ADJUDGED** that the service of process on Defendant Rahel García is **QUASHED**.  Plaintiff's request to extend time to serve Defendant Rahel García and for limited discovery on this issue is **GRANTED**.

DATED: _____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE