DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
DESIRÉE N. MURRAY, State Bar No. 330079
  *DMurray@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
  *Mike@AndersonAdvocates.com*
JENNIFER E. STEIN, State Bar No. 300775
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN | Case No. 2:20-cv-01437-ODW-AS<br><br>**DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE** |

| | |
|---|---|
| 1 | ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive. |
| 2 | |
| 3 | Defendants. |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF DEBORAH S. MALLGRAVE

I, Deborah S. Mallgrave, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California. I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for Plaintiff Sochil Martin in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. On August 12, 2020, an associate with my firm, Desiree Murray, e-mailed opposing counsel and the State of California Attorney General's Office (via DAG Donna Dean) in this matter to request a stipulation to continue the current date for a Rule 26(f) conference and the Scheduling Conference itself. In that same communication, Ms. Murray notified counsel that if the parties could not agree to a stipulation, Plaintiff would seek the relief requested via *ex parte* application with the Court.

3. On August 12, 2020, counsel for Defendants Alma Zamora De Joaquín and Adoraim Joaquín Zamora, Reed Aljian, and counsel for Defendants Rahel Joaquín Garcia, Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquín, Jonathan Mendoza, David Mendoza, Benjamin Joaquín García, and Jose Luis Estrada, Geoffrey Neri, both responded that they would not stipulate to a continuance and intended to oppose Plaintiff's *ex parte* application seeking a continuance. On August 13, 2020, DAG Dean notified Ms. Murray by telephone that the State would not oppose Plaintiff's *ex parte* application.

4. Counsel for Defendant Naasón García did not respond. A true and correct copy of the e-mail thread between my firm and opposing counsel is attached hereto as **Exhibit "A."**

5. On June 3, 2020, the parties held a meet and confer regarding Plaintiff's proposed Motion to Strike and the State's proposed motion to intervene and stay discovery. I participated in that call, as did two other attorneys from my

firm, Joshua Robbins and Arielle Seidman. During that call, Mr. Robbins proposed a possible solution to the State's motion to stay discovery—that the Defendants stipulate not to seek through civil discovery information pertaining to the protected criminal witnesses and victims. Caleb Mason, counsel for Defendant García, responded "absolutely not."

6. On July 27, 2020, I engaged in a meet and confer with all defense counsel regarding Defendant Naasón Joaquin Garcia's intent to file a motion to dismiss Defendant LDM. The parties were unable to resolve their differences, and Defendant Naasón's counsel has indicated their intent to file a motion to dismiss Defendant LDM by August 19, 2020 (the deadline to file the motion was extended at Defendant Naasón's counsel's request). A true and correct copy of the e-mail thread regarding our meet and confer efforts is attached hereto as **Exhibit "B."**

7. On July 30, 2020, the California Court of Appeals issued remittitur to dismiss the initial criminal case against Defendant Naasón. At the same time, the United States Marshal placed a "hold" on Naasón at the Los Angeles Central Jail, precluding his release. A true and correct copy of the Univision article, "Ofcial de la fiscalía de California declara que el FBI también investiga al líder de La Luz del Mundo mentioning the hold, and its Google translation, is attached hereto as **Exhibit "C."**

8. On July 30, 2020, the State of California refiled charges against Defendant Naasón. A true and correct copy of the complaint and docket outlining criminal charges against García is attached hereto as **Exhibits "D" and "E."**

9. On August 6, 2020, Los Angeles Superior Court Judge George G. Lomeli imposed a bail of $90 million. During the bail hearing, Defendant Naasón Garcia's counsel demanded that the State reveal the identity of the witnesses and victims protected in the criminal case. A true and correct copy of the Los Angeles Times, "Judge hikes bail for La Luz del Mundo leader to $90 million," and Univision, " Segunda audiencia de anza del líder de La Luz del Mundo termina sin

decisión y con nuevas revelaciones" articles covering the bail hearing is attached hereto as **Exhibits "F" and "G."**

10. Judge Ronald S. Coen has also vowed to protect the identities of the victims throughout the preliminary hearing, which is expected to continue five to seven more days. A true and correct copy of the Los Angeles Times, "Agent details child rape, pornography case against La Luz Del Mundo church leader," covering the preliminary hearing is attached hereto as **Exhibit "H."** A true and correct copy of a transcription of CNN Espanol's "Defense of Naasón Joaquín García requests presentation of alleged victims of sexual abuse," and Gonzalo Alvarado News Report Post on Facebook on August 11, 2020 translated by a Greenberg Gross employee fluent in Spanish, covering the proceedings is attached hereto as **Exhibits "I" and "J."**

11. During the preliminary hearing, Troy Holmes, a special agent with the California Department of Justice, revealed the FBI is investigating Naasón, as mentioned in the Los Angeles Times article attached as **Exhibit H.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 13, 2020

/s/ Deborah S. Mallgrave
Deborah S. Mallgrave