**Jenira Velez**
___

| | |
|---|---|
| **From:** | Reed Aljian <ra@dallp.com> |
| **Sent:** | Wednesday, August 12, 2020 3:24 PM |
| **To:** | Geoff Neri |
| **Cc:** | Desiree N. Murray; Donna Dean; Rochelle Rotea; Alan Jackson; Caleb Mason; Ethan Brown; Courtney Dorner; Deborah Mallgrave; Jenira Velez; Jennifer Stein; mike@andersonadvocates.com; Arielle A. Seidman; Daisy Cruz |
| **Subject:** | [EXT] Re: Rule 26(f) Conference |

Desiree,

To clarify, we would also oppose such a request. Please kindly advise the Court accordingly.

Sincerely,

Reed Aljian

On Aug 12, 2020, at 3:20 PM, Geoff Neri <geoff@bnsklaw.com> wrote:

Desiree,

On behalf of my clients, I will not stipulate to a continuance and will oppose any *ex parte* application seeking one.

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T:  (310) 593-9890
F: (310) 593-9980
Email:  geoff@bnsklaw.com

<image001.png>

---

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Wednesday, August 12, 2020 3:17 PM
**To:** Desiree N. Murray <DMurray@GGTrialLaw.com>
**Cc:** Donna Dean <donna.dean@doj.ca.gov>; Rochelle Rotea <Rochelle@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Geoff Neri <geoff@bnsklaw.com>; Ethan Brown <ethan@bnsklaw.com>; Courtney Dorner <cd@dallp.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Jenira Velez <JVelez@GGTrialLaw.com>; Jennifer Stein <jennifer@andersonadvocates.com>; mike@andersonadvocates.com; Arielle A. Seidman <ASeidman@GGTrialLaw.com>; Daisy Cruz <dcruz@dallp.com>
**Subject:** Re: Rule 26(f) Conference

Desiree,

On behalf of my clients, we are not inclined to join in the request. We wish to proceed as ordered in the Court's Scheduling Order, including participating in the Rule 26(f) conference. If a decision by the Court ultimately impacts discussions and agreements that must take place or have taken place at the conference of counsel, the parties can adjust accordingly and as appropriate.

Sincerely,

Reed Aljian

On Aug 12, 2020, at 11:45 AM, Desiree N. Murray <DMurray@GGTrialLaw.com> wrote:

All,

As the deadline for our Rule 26 discovery conference is approaching without a Court ruling on outstanding motions that will determine whether or not we will be proceeding with discovery in this matter at this time, and several motions or disputes are outstanding as to the parties in the case, we suggest seeking a continuance of the scheduling conference, and thus the deadline to hold a Rule 26 discovery conference in order to avoid conflict with any forthcoming rulings. If you would join in this request, please let us know and our office will prepare a stipulation for a 60 day continuance that we can submit to the Court. In the event that all parties do not agree, our office will file an ex parte application with the Court tomorrow requesting said continuance. Please let us know if you will stipulate to the continuance and/or oppose an ex parte application seeking a continuance.

In order to keep all parties relevant to the outstanding motions apprised, I have included DAG Donna Dean on this email.

Best,

Desiree

**Desiree N. Murray**
*Associate*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2775 | Fax 949.383.2801
DMurray@GGTrialLaw.com | www.GGTrialLaw.com

<image001.png>

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.