Pensaban que eran niños pero resultaron ser agentes de ICE: arrestan a 34 presuntos depredadores | Noticias criminalidad | ...

SECTIONS

 univision

LIVE

TV SHOWS    NEWS    FAMOUS    SPORTS    RADIO

UNIVISION NOTICIAS

**CHILD ABUSE**

# California prosecutor's officer declares that the FBI is also investigating the leader of La Luz del Mundo

Troy Holmes, the California Attorney General's Office collecting evidence in the case against Mexican pastor Naasón Joaquín García, testified that he accompanied two FBI agents who interviewed a minor in connection with a video of sexual content.

 **ISAIAS ALVARADO**
11 AUG 2020 - 09:33 PM EDT

    9

 SHARE

New! Click here to react ×



**Important** updates We have updated our Privacy Policy as of February 19, 2020.    ACCEPTED

8/12/2020    Case 2:20-cv-01437-FWS-AS    Document 85-4    Filed 08/13/20    Page 2 of 40    Page ID #:2082

Pensaban que eran niños, pero resultaron ser agentes de ICE: arrestan a 34 depredadores | Noticias Univision Criminalidad | …

Mexican pastor Naasón Joaquín García, leader of La Luz del Mundo church, during a preliminary hearing in his case that mentions 36 serious crimes in the Superior Court of Los Angeles (California) on August 11, 2020.

Credit: Univision

An agent of the California Prosecutor's Office, in charge of the case of sexual abuse of minors that points to the leader of the La Luz del Mundo church, assured this Tuesday in the Superior Court of Los Angeles that **the Federal Bureau of Investigation (FBI) also** has under the magnifying glass to Naasón Joaquín García and his cult.

ADVERTISING

Troy Holmes, a California Department of Justice investigator who has collected evidence allegedly incriminating Joaquín García, claimed in court that he accompanied **FBI officials who interviewed a minor in Texas who appears in a sexually explicit video.** This alleged victim is identified as 'John Doe 2'.

"They were two FBI agents, in Waco, Texas, and they interviewed 'John Doe 2' at his high school," Agent Holmes explained when testifying at a preliminary hearing in the case of Joaquín García.

The minor who was interviewed by federal agents, in what appears to be a separate investigation, was allegedly caught in a sexual recording that was on an iPad that was seized from the leader of La Luz del Mundo when he was arrested, when he arrived on a private jet to Los Angeles Airport on June 3, 2019.

ADVERTISING 

**Important** updates We have updated our Privacy Policy as of February 19, 2020.

ACCEPTED

8/12/2020   Pensaban que eran niños, pero resultaron ser agentes de ICE: arrestan a 34 presuntos depredadores | Noticias Univision Criminalidad | ...

Case 2:20-cv-01437-WS-AS   Document 35-4   Filed 08/13/20   Page 3 of 40   Page ID
#:2083

Holmes described that the boy, **who would be 14 years old when the alleged abuse occurred,** appears in the video wearing a black suit and a mask that covered his nose and eyes. "He was undressed by the woman and then sexual acts occur (...) oral copulation, sex," explained the state agent.

The FBI agents who interviewed 'John Doe 2' in Texas sent photos of the minor to Holmes and he compared them with the video held by the California Attorney General's Office. Holmes said it was apparently the same person, based on the features of his face, his figure and a mark on his neck. In addition, one of the accusers, whom they call 'Jane Doe 4', identified the minor by name and age.

ADVERTISING

According to his testimony, Holmes was not present in the interview conducted by the FBI and clarified that he only received several photos after the encounter with 'John Doe 2', which occurred on an unspecified date.

- "It was taken in a separate interview," Holmes said of the photographs.

- "Did you take the photo?" Asked the prosecutor Amanda Plisner during the hearing.

- "No", the officer replied.

- "Who did it?" The official asked.

- **"The FBI,"** insisted Holmes.

**Important** updates We have updated our Privacy Policy as of February 19, 2020.   ACCEPTED

8/12/2020    Pensaban que eran niños pero resultaron ser agentes de ICE: arrestan a 34 presuntos depredadores | Noticias Univision Criminalidad | …

Case 2:20-cv-01437-FWS-AS    Document 85-4    Filed 08/13/20    Page 4 of 40    Page ID #:2084

RELATED

**"I will continue fighting": the letter from the leader of La Luz del Mundo to his followers after being imposed a record bail of $ 90 million**

SHARE

---

## "Yes, I am cooperating"

It is the second time that an authority confirms that the FBI is interested in hearing the complaints against the international director of La Luz del Mundo. Two weeks ago the US Marshals Service indicated that said federal agency had requested the Los Angeles Sheriff to retain Joaquín García, who is in the Central Jail for Men, for a pending indictment.

The FBI has not provided further details. "As you know, the FBI cannot confirm or deny the existence of an investigation," its spokeswoman Laura Eimiller told Univision Noticias.

Earlier this year, former members of La Luz del Mundo told this outlet that they had met with detectives from the National Security Investigations Service (HSI), a federal agency that also investigates cases of international sexual exploitation and child pornography.



**Important** updates We have updated our Privacy Policy as of February 19, 2020.    ACCEPTED



They impose an unprecedented bail on the leader of the church La Luz del Mundo, who is accused of sexual abuse

**Sochil Martin,** the woman who filed the first complaint against Joaquín García with the state Attorney's Office, said that she is also giving information to the federal government. "Yes, I am cooperating with different federal agencies," he said in an interview with Univision Noticias a few days ago.

ADVERTISING

Martin, who was a personal assistant to the leader of La Luz del Mundo and claims to have been raped and exploited by him, said that he shared with federal officials "everything I know, everything I experienced. What can help and I will continue to do so ".

"Naasón is not just a person. The institution of La Luz del Mundo is a mafia, this is international, they have crossed borders and the crimes that have been committed have not only occurred in Los Angeles or California, that is why it is in the interest of federal agencies, "said Martin.

Naasón Joaquín and his alleged accomplices Alondra Ocampo and Susana Medina Oaxaca have pleaded not guilty. They face 36 counts of sexual abuse of minors, child pornography, extortion and rape.

On Thursday, Judge George Lomelí raised the Mexican pastor's bond to **$ 90 million** and set a $ 10 million bond for Ocampo. All three were present in court on Tuesday.

## In photos: The 10 properties in the USA of the heirs of the church La Luz del Mundo

**Important** updates We have updated our Privacy Policy as of February 19, 2020.

ACCEPTED

8/12/2020    Pensaban que eran niños, pero resultaron ser agentes de ICE arrestan a presuntos depredadores | Noticias Univision Criminalidad | ...

Case 2:20-cv-01437-FWS-AS    Document 85-4    Filed 08/13/20    Page 6 of 40    Page ID
#:2086




Naasón Joaquín García, who in 2014 assumed leadership of La Luz del Mundo and is now accused of child sexual abuse in Los Angeles, owns at least six houses in the United States. Its total value is 2.17 million dollars.

Credit: Damian Dovarganes / AP

1 / 36

## Univision

ADVERTISING

**Important** updates We have updated our Privacy Policy as of February 19, 2020.    ACCEPTED

8/12/2020    Case 2:20-cv-01437-FWS-AS    Document 85-4    Filed 09/13/20    Page 7 of 40    Page ID

Pensaban que eran niños pero resultaron ser agentes de ICE: arrestan a 34 presuntos depredadores | Noticias Univisión Criminalidad | ...

#:2087

•
PEDERASTY
•
THE ANGELS
•
CALIFORNIA
•
FBI

## SPONSORED CONTENT

recommended by                        [▷]



**[Gallery] Former flight**

Global challenge



**[Photos] This mother**

Bob's Hideout



More content

**CHILD ABUSE**

## Thought they were children but turned out to be ICE agents: 34 suspected predators arrested

Authorities arrested 34 men accused of trying to have sex with teenagers. HSI agents posed as the minors during an operation in Fresno, California.



**ISAIAS ALVARADO**

10 AUG 2020 - 03:39 PM EDT

👍 ❤️ 😠   7

New! Click here to react ✕

🔗  SHARE

**Important** updates We have updated our Privacy Policy as of February 19, 2020.    ACCEPTED

Photographs of some arrested in the Covid Chatdown operation that mounted covert actions to detect people seeking to have sex with minors in Fresno, California.
Credit: ICE

An undercover operation led by agents **of the Homeland Security Investigations Service (HSI)** put 34 alleged online predators behind bars, who allegedly tried to deceive minors 12 and 13 into sexually abusing them in California, authorities reported.

ADVERTISING

The so-called *Covid Chatdown* operation *ran* between July 20 and August 2, during which federal officials posed as teenagers using the Internet. They spoke **with more than 190 individuals** who maintained contact despite believing they were speaking with minors, ICE said in a statement.

Some of the evidence is sexually explicit images that the defendants sent to their "victims." When asked to meet somewhere, the agents gave them the address of a home in the city of Fresno, in California's Central Valley. One by one, they arrived at the site. Some by foot, others by bicycle and skateboard, and some more driving their cars. The 34 suspects were arrested there.

**Important** updates We have updated our Privacy Policy as of February 19, 2020.    ACCEPTED

8/12/2020    Pensaban que eran niños pero resultaron ser agentes de ICE: arrestan a 34 depredadores | Noticias Univisión criminalidad | ...

Case 2:20-cv-01437-FWS-AS    Document 85-4    Filed 08/13/20    Page 9 of 40    Page ID
#:2089



The 34 detainees in the Covid Chatdown operation in Fresno, California. Credit: ICE

The detainees are between 19 and 63 years old. They are white, Hispanic, and African-American. They are all men.

They now face a variety of criminal charges, including sending harmful material to seduce a minor, arranging a meeting with a minor for lewd purposes, as well as possession, shipping and transportation of child pornography.

"These heinous attempts by predators to exploit innocent children for immoral and illegal sexual gratification have no place in American society," said HSI San Francisco office manager Tatum King.

The official warned that the agents of the HSI, which is the investigative unit of the Immigration and Customs Service (ICE), "will relentlessly persecute any person involved in criminal behavior against children."



RELATED

**'La Promesa', the Tijuana hotel where they rescue children sold as sex slaves even by their own parents**

**Important** updates We have updated our Privacy Policy as of February 19, 2020.    [ ACCEPTED ]



They identify a Hispanic pastor accused of having abused a minor and do not rule out more victims

Several detainees in this operation **admitted to having sexually abused children** and one of them told federal agents that he had HIV and still tried to have sex with a minor under 13 years of age.

ADVERTISING

Since October 1, 2019, federal officials have arrested **60 people charged with juvenile sex crimes** in Fresno, while bringing 13 charges and achieving 12 criminal convictions. They also rescued two victims in police operations in that region.

Across the country, in 2019, the HSI made **nearly 4,000 arrests for child exploitation** , resulting in more than 1,750 criminal convictions. "The victims are not just statistics, they are real people from families in our neighborhoods," said King, the head of the agency in San Francisco.

**Important** updates We have updated our Privacy Policy as of February 19, 2020.    [ ACCEPTED ]

The so-called Internet Crimes Against Children Police Group in Central California (ICAC) participated in the *Covid Chatdown* operation . It is an effort in which 64 law enforcement agencies in the Central Valley of California participate and is dedicated to investigating crimes committed against minors through the Internet.

The result of this operation confirms the warnings of the **Federal Bureau of Investigation (FBI),** which at the beginning of the outbreak of coronavirus infections anticipated that there would be more child predators looking for victims on the Internet. Due to the closure of schools, children are spending more time in front of a computer and are more vulnerable, the agency stressed.

The authorities recommend that parents and guardians be attentive to their children's online activities and talk with them about safety measures when using a computer and cell phone.

**See also:**

## In photos: Sexually exploited children find healing in front of the Tijuana sea



**Important** updates We have updated our Privacy Policy as of February 19, 2020.

ACCEPTED

Pensaban que eran niños pero resultaron ser agentes de ICE: arrestan a 34 depredadores | Noticias Univision Criminalidad | ...



Several of the children who have lived in the 'La Promesa' family home were rescued from the clutches of sexual slavery, according to its founders, Connie and Tyler Youngkin.

Credit: Isaias Alvarado

1 / 9

## Univision

ADVERTISING

7

New! Click here to react ✕

SHARE

RELATED :

CHILD ABUSE

·

PEDERASTY

·

ARRESTS

·

IMMIGRATION AND CUSTOMS CONTROL (ICE)

·

POLICEMAN

¿QUÉ PIENSAS?                    ⋮

**El Presidente Trump dijo que le parecía "buena idea" que añadieran su cara a la de los cuatro presidentes esculpidas en el monte Rushmore. ¿Estás de acuerdo o en desacuerdo con el presidente?**

○ De acuerdo

○ Neutral

○ En desacuerdo

**Important** updates We have updated our Privacy Policy as of February 19, 2020.       ACCEPTED

In alliance with 

More content of your interest
⌄

---

**CHILD ABUSE**

## "I will continue fighting": the letter from the leader of La Luz del Mundo to his followers after being imposed a record bail of $ 90 million

Naasón Joaquín García wrote two messages that were read on Friday and Sunday, at the beginning of the most important annual celebration of his church La Luz del Mundo. In one of these he warned that he will not cease his legal defense, despite the fact that he was imposed a record bail of 90 million dollars.


**ISAIAS ALVARADO**
9 AUG 2020 - 05:26 PM EDT

    ELEVEN                    ⌁ SHARE



Cargando Video...

New! Click here to react ✕

---

**Important** updates We have updated our [Privacy Policy](#) as of February 19, 2020.              ACCEPTED

of the La Luz del Mundo church, said that he will not stop until he proves that the allegations against him and for which the California Prosecutor's Office describes him as a **"sexual predator"** for allegedly abusing five women in his congregation.

"Seguiré peleando, toda mi vida seguiré luchando porque sé cuál ha sido mi vida y también Dios lo sabe. **Y sé que Dios,** en su plan perfecto, en el momento que él lo quiera, **me va a libertar",** expresó en una misiva que fue leída el viernes en uno de los templos de La Luz del Mundo, en la víspera de su evento anual más importante, la Santa Convocación, que comenzó la mañana de este domingo.

Es la segunda vez que Joaquín García se ausenta de la celebración religiosa más grande de su culto, que solía reunir a miles de fieles en la colonia Hermosa Provincia, en Guadalajara, México. En esta ocasión, debido a la pandemia, los sermones y rezos se transmiten a través de la Internet.

La iglesia esperaba más de 900,000 conexiones en hogares de sus feligreses. El evento concluye el próximo fin de semana.

El también llamado por sus seguidores como el 'Apóstol de Jesucristo' suma ya 14 meses en la cárcel.

En su carta del viernes, Joaquín García les aseguró a sus feligreses que "estoy bien", aunque dijo que sí hay sentido "tristeza y dolor" por su encierro, que se volvió más rígido debido al brote de coronavirus en el penal donde se encuentra. "Hoy tengo un año en la prisión y sigo diciendo: Jehová es mi único Dios. Puede decir alguien: 'Lo abandonó Dios'. **No, no me abandonó.** Aquí lo siento, aquí lo vivo", señaló.

Aunque una acusación inicial que citaba 29 cargos fue desestimada en abril por una corte de apelaciones, la Fiscalía californiana volvió a interponer un proceso criminal en su contra ahora mencionando 36 delitos graves, incluyendo abuso

**Important** updates We have updated our Privacy Policy as of February 19, 2020.    ACCEPTED

El jueves pasado, el juez George Lomelí **elevó su fianza de 50 millones a 90 millones de dólares,** que casi garantiza seguirá detenido hasta su posible juicio.

"Ahora ni siquiera vamos a pensar en esta resolución del juez, seguiremos meditando en nuestro señor Jesucristo, en su sacrificio, porque en nosotros sí hay paz", dijo Joaquín García en su carta. "A la iglesia nadie la detiene, porque **el espíritu de Dios no está encarcelado**", subrayó.

Según el testimonio del agente de la Fiscalía, **Troy Holmes,** quien analizó los dispositivos electrónicos del pastor mexicano, hay evidencia suficiente para condenarlo. En dos audiencias de fianza que se realizaron a mediados de esta semana, el oficial describió un video que supuestamente capturó el abuso sexual a un adolescente de 15 años y mensajes de textos en los cuales el dirigente de La Luz del Mundo habría conversado sobre drogar y alcoholizar a sus víctimas para hacerlas **"más obedientes".**

También advirtió que existía el riesgo de que se fugara, pues tiene dinero suficiente, por ejemplo, los 500,000 dólares en efectivo que encontraron en su residencia en el Este de Los Ángeles, y un jet privado que usó 14 veces en los nueve meses previos a su arresto en el aeropuerto de Los Ángeles (LAX).

RELACIONADOS

**Juez eleva la fianza a $90 millones para el líder de La Luz del Mundo advirtiendo que "representa un peligro real"**

COMPARTE 

**Important** updates We have updated our Privacy Policy as of February 19, 2020.

ACCEPTED

## La mayor fianza posible

El agente Holmes afirmó en la corte un día antes, el jueves, que presuntas víctimas y testigos habían sido el blanco de ataques e intimidación en la Internet, un alegato que pesó para que le impusieran la fianza más alta en el sistema judicial de California, casi el doble de la establecida inicialmente.

"Deberemos seguir siendo respetuosos de las autoridades, de los acusadores, **sin insultar a nadie, sin censurar a nadie,** porque mi enseñanza ha sido siempre de respeto a toda persona", pidió Joaquín García en su mensaje escrito.

El líder de La Luz del Mundo envió **otro mensaje** que se leyó este domingo para dar la bienvenida a la Santa Convocación, pero no habló sobre su proceso penal, ni su detención. Se enfocó en afirmar que su iglesia no es "parecida", "casi igual" a otras, ni fue formada por hombres. "No fue una ocurrencia nuestra", señaló

En el interior de un templo en Phoenix, Arizona, donde este sermón fue transmitido, había banderas de algunos países donde este culto tiene presencia. El pastor que lo leyó, Daniel Valerio, de Nuevo León, dijo que "no es un hombre cualquiera" quien lo había redactado.

A través de cartas y comunicaciones con su círculo cercano, Joaquín García ha seguido dirigiendo a La Luz del Mundo desde la Cárcel Central para Hombres, ubicada cerca del centro de Los Ángeles.

His next hearing in Los Angeles County Court is scheduled for Tuesday.

**See also:**

## In photos: The 10 properties in the USA of the heirs of the church La Luz del Mundo

**Important** updates We have updated our Privacy Policy as of February 19, 2020.　ACCEPTED



LOADING GALLERY

 ELEVEN



SHARE

RELATED :

**CHILD ABUSE**

·

**PEDERASTY**

·

**RELIGION**

·

**THE ANGELS**

·

**CALIFORNIA**

More content of your interest
⌄



univision

APPS

UNIVISION                    NEWS

TUDN                         UFORIA

NOW

ABOUT UNIVISION

Privacy Policy               Do Not Sell My Personal Information

Don't Sell My Personal Information    Terms of use

**Important** updates We have updated our    ACCEPTED
Privacy Policy as of February 19, 2020.

| | |
|---|---|
| Company information | Ad Specifications |
| Advertising Choices | Media Kit |
| ADA Web Accessibility | FAQ |
| Products and services | Parental TV Guides |
| Jobs | Tag Publisher Sourcing Disclosure |

Copyright. © 2020 .

Univision Communications Inc.

All Rights Reserved.

**Important** updates We have updated our
Privacy Policy as of February 19, 2020.

ACCEPTED

Familia demanda a un policía de Los Ángeles por acariciar los senos del cadáver de una mujer | Noticias Univision Criminalidad | Univision





SECCIONES

TV SHOWS    **NOTICIAS**    FAMOSOS    DEPORTES    RADIO

 UNIVISION NOTICIAS

ABUSO INFANTIL

# Oficial de la fiscalía de California declara que el FBI también investiga al líder de La Luz del Mundo

Troy Holmes, el oficial de la Fiscalía de California que recopila evidencia en el caso contra el pastor mexicano Naasón Joaquín García, testificó que acompañó a dos agentes del FBI que entrevistaron a un menor en relación con un vídeo de contenido sexual.

 **ISAIAS ALVARADO**
11 AGO 2020 – 09:33 PM EDT

  16

 COMPARTE

¡Nuevo! Presiona aquí para reaccionar ✕



8/13/2020    Familia demanda a un policía de Los Ángeles por acariciar los senos del cadáver de una mujer | Noticias de Criminalidad | Univision

Case 2:20-cv-01437-FMO-AS   Document 85-4   Filed 08/13/20   Page 20 of 40   Page ID #:2100

El pastor mexicano Naasón Joaquín García, dirigente de la iglesia La Luz del Mundo, durante una audiencia preliminar en su caso que menciona 36 delitos graves en la Corte Superior de Los Ángeles (California) el 11 de agosto de 2020.

Crédito: Univision

Un agente de la Fiscalía de California, encargado del caso de abuso sexual de menores que señala al líder de la iglesia La Luz del Mundo, aseguró este martes en la Corte Superior de Los Ángeles que también **el Buró Federal de Investigaciones (FBI)** tiene bajo la lupa a Naasón Joaquín García y su culto.

PUBLICIDAD

Troy Holmes, un investigador del Departamento de Justicia de California que ha recopilado evidencia que supuestamente incrimina a Joaquín García, afirmó en el tribunal que acompañó a **oficiales del FBI que entrevistaron en Texas a un menor que aparece en un video con contenido sexual explícito.** A esta presunta víctima la identifican como 'John Doe 2'.

"Eran dos agentes del FBI, en Waco, Texas, y entrevistaron a 'John Doe 2' en su preparatoria", detalló el agente Holmes al testificar en una audiencia preliminar en el caso de Joaquín García.

El menor que fue entrevistado por agentes federales, en la que parece ser una averiguación separada, fue presuntamente captado en una grabación sexual que estaba en un iPad que le decomisaron al dirigente de La Luz del Mundo cuando lo arrestaron, al llegar en un jet privado al aeropuerto de Los Ángeles el 3 de junio de 2019.

ADVERTISING 



Holmes describió que el menor, **quien tendría 14 años cuando ocurrió el supuesto abuso,** aparece en el video con un traje negro y un antifaz que le cubría la nariz y los ojos. "Él fue desvestido por la mujer y luego ocurren actos sexuales (...) copulación oral, sexo", detalló el agente estatal.

Los agentes del FBI que entrevistaron a 'John Doe 2' en Texas le mandaron fotos del menor a Holmes y éste las comparó con el video en poder de la Fiscalía de California. Holmes dijo que aparentemente se trata de la misma persona, basado en las facciones de su cara, su figura y una marca en el cuello. Además, una de las acusadoras, a quien llaman 'Jane Doe 4', identificó al menor por nombre y edad.

PUBLICIDAD

De acuerdo con su testimonio, Holmes no estuvo presente en la entrevista que realizó el FBI y aclaró que solo recibió varias fotos tras el encuentro con 'John Doe 2', que ocurrió en una fecha que no se especificó.

-"Fue tomada en una entrevista separada", dijo Holmes sobre las fotografías.

-"¿Usted tomó la foto?", le preguntó la fiscal Amanda Plisner durante la audiencia.

-"No", le respondió el oficial.

-"¿Quién lo hizo?", le cuestionó la funcionaria.

- **"El FBI",** insistió Holmes.



RELACIONADOS

**"Seguiré peleando": la carta del líder de La Luz del Mundo a sus seguidores tras serle impuesta fianza récord de $90 millones**

COMPARTE

## "Sí, estoy cooperando"

Es la segunda vez que una autoridad confirma que el FBI está interesado en escuchar las denuncias contra el director internacional de La Luz del Mundo. Hace dos semanas el Servicio de los US Marshals indicó que dicha agencia federal había solicitado al Sheriff de Los Ángeles retener a Joaquín García, quien se encuentra en la Cárcel Central para Hombres, por una acusación pendiente.

El FBI no ha dado más detalles al respecto. "Como ustedes saben, el FBI no puede confirmar ni negar la existencia de una investigación", dijo su vocera Laura Eimiller a Univision Noticias.

A principios de este año, exmiembros de La Luz del Mundo dijeron a este medio que se habían reunido con detectives del servicio de Investigaciones de Seguridad Nacional (HSI), una dependencia federal

que también investiga los casos de explotación sexual y de pornografía infantil internacionales.



Imponen una fianza sin precedentes al líder de la iglesia La Luz del Mundo, quien es acusado de abuso sexual

**Sochil Martin,** la mujer que presentó la primera denuncia contra Joaquín García ante la Fiscalía estatal, afirmó que también está dando información al gobierno federal. "Sí, estoy cooperando con diferentes agencias federales", dijo en una entrevista con Univision Noticias hace unos días.

PUBLICIDAD

Martin, quien era asistente personal del líder de La Luz del Mundo y alega haber sido violada y explotada por éste, contó que a los oficiales federales les ha compartido "todo lo que sé, todo lo que viví. Lo que pueda ayudar y lo seguiré haciendo".

"Naasón no es solo una persona. La institución de La Luz del Mundo es una mafia, esto es internacional, han cruzado fronteras y los delitos que se han cometido no solo han ocurrido en Los Ángeles o en California, por eso es el interés de las agencias federales", expresó Martin.

Naasón Joaquín y sus presuntas cómplices Alondra Ocampo y Susana Medina Oaxaca se han declarado inocentes. Enfrentan 36 cargos de abuso sexual de menores, pornografía infantil, extorsión y violación.

El jueves, el juez George Lomelí elevó la fianza del pastor mexicano a **90 millones de dólares** y estableció una de $10 millones para Ocampo. Los tres estuvieron presentes en la corte este martes.

## En fotos: Las 10 propiedades en EEUU de los herederos de la iglesia La Luz del Mundo





   

1/36

Naasón Joaquín García, quien en 2014 asumió el liderazgo de La Luz del Mundo y ahora es acusado de abuso sexual de menores en Los Ángeles, es dueño de al menos seis casas en Estados Unidos. Su valor total es de 2.17 millones de dólares.

Crédito: Damian Dovarganes/AP

Univision



16

COMPARTE

**¡Nuevo!** Presiona aquí para reaccionar　✕

ABUSO INFANTIL
·
PEDERASTIA
·
LOS ANGELES
·
CALIFORNIA
·
FBI

CONTENIDO PATROCINADO　recomendado por

[Fotos] Se reveló la fortuna de
Desafiomundial

[Foto] Un hombre ordena
xfreehub

[Foto] Mamá oso le implora
Articlestone

Un Vegetal Que Te Destruye
preservemyhealth.com

Más contenido de tu interés


JUSTICIA

# Familia demanda a un policía de Los Ángeles por acariciar los senos del cadáver de una mujer

El agente David Rojas olvidó desactivar su cámara corporal y su acción quedó grabada en video. La madre de Elizabeth Bagget considera el acto "horrible y repugnante".

**JORGE MACÍAS**

**13 AGO 2020 – 06:00 PM EDT**

REACCIONA          COMPARTE



¡Nuevo! Presiona aquí para reaccionar ✕

La familia de Elizabeth Baggett, de 34 años que falleció inesperadamente en octubre de 2019 en su residencia de Los Ángeles, demandó al agente David Rojas, del **Departamento de Policía de Los Ángeles (LAPD),** a quien acusa de acariciar el cuerpo de la mujer que había muerto.

Rojas, de 27 años y con cuatro años de antigüedad en el LAPD fue grabado por su propia cámara corporal. Después de los hechos, presuntamente habría mostrado el video a algunos de sus compañeros.

de Elizabeth Bagget. "El caso es una prueba de que no solamente representa una violación de la ley, sino también de todos los estándares de la decencia humana".

Durante una conferencia en sus oficinas, al lado de **la abogada Allred** se encontraba Janet Bagget la madre de Elizabeth, enjugándose las lágrimas.



Elizabeth Baguett, de 34 años, murió en octubre de 2019. Uno de los policías que acudió a investigar su fallecimiento ha sido demandado por acariciar los senos del cadáver.

Crédito: Allred, Maroko, and Goldberg, LLC.

"Me enfurece que este hombre tuviera tan poco respeto por otro ser humano, nuestra Elizabeth, por no tener la idea de que ella es hija, nieta y madre de alguien", dijo Janet Bagget en una declaración escrita entregada a Univision Noticias.

"Nosotros, su familia, tenemos noches de insomnio, si es que podemos dormir", añadió. " **Yo personalmente me despierto con sudor de las pesadillas que me persiguen sobre los acontecimientos de la muerte de Elizabeth.** Los días no son mucho mejores; a menudo se llenan de

PUBLICIDAD

El policía fue demandado por haber acariciado los pechos y los pezones de la mujer , según indican documentos judiciales entregados a Univision Noticias, que alegan también invasión de la privacidad, infligir intencionalmente angustia emocional, negligencia, mal manejo de restos humanos y otros delitos. La demanda ha sido presentada a nombre de la madre, Janet Baggett, el viudo Preston Sertich y su hijo Michael Sertich, Jr.

Rojas fue sido suspendido del trabajo, dijo a Univision Noticias el portavoz de **LAPD**, William Cooper.

**"Hay una investigación de la Oficina de Asuntos Internos",** dijo Cooper. "No podemos hacer más comentarios".



RELACIONADOS

**Presunto asesino de la menor Patricia Alatorre se negó a comparecer ante la corte**

COMPARTE

**"Nunca había tenido un caso tan horrendo y perturbador como este",** dijo a Univision Noticias **la abogada Gloria Allred,** que representa a la familia

lágrimas y conmoción constante. Hay unas palabras para ello: pesadillas de día".

PUBLICIDAD

La familia de Elizabeth Bagget incluyó en la demanda a la ciudad de Los Ángeles, buscando daños no especificados en un juicio con un jurado.

**"Solo quiero justicia para mi hija por este acto horrible y repugnante"**, añadió Janet Bagget en su declaración. "Vivo con el temor de que el video se haga público y se agregue otra devastación a lo que ya es insoportable".

## El hijo de 15 años reclama justicia

La abogada de la familia, Gloria Allred, leyó una declaración de Michael Sertich, Jr., el hijo de 15 años de Baggett.

"Cuando era más joven, quería estar en las fuerzas de aplicación de la ley admirando a los héroes, ayudar a otros, arrestar criminales y salvar vidas", escribió Michael Sertich, Jr. "A David Rojas: Después de perder a mi mamá y procesar lo que le hiciste en su momento de necesidad, no puedo dormir. **Todo lo que puedo pensar es, "¿Por qué? ¿Como pudiste hacer algo como eso? ¿Por qué crees que algo así es aceptable? Tenías que saber que lo que estabas haciendo era indudablemente incorrecto e inmoral".**

El adolescente agregó: "Mi confianza en la policía para hacer lo correcto ha sido violada por este acto vergonzoso del que fue [víctima] mi madre".

El policía David Rojas, de 27 años, supuestamente tocó el pecho de Elizabeth Baggett mientras estaba solo en la habitación con el cadáver el 20 de octubre. Él y su compañero habían respondido a

una investigación en la casa del centro de Los Ángeles donde ella murió.



RELACIONADOS

**Documentos de la corte: niña de 13 años conoció a su presunto asesino en las redes sociales**

COMPARTE 

Rojas supuestamente había desactivado su cámara corporal de LAPD, pero el acto fue captado en video cuando volvió a encenderlo porque los dispositivos tienen períodos de almacenamiento en búfer de dos minutos para capturar lo que sucede justo antes de que se activen, según una persona informada sobre el incidente que anteriormente habló con The Associated Press. La persona no estaba autorizada a discutir públicamente el caso y anteriormente habló con AP bajo condición de anonimato.

PUBLICIDAD



Looking for a new pair? Spring-

SPONSORED BY: SPERRY

Rojas fue acusado en enero de tener contacto sexual con restos humanos sin autorización. **En enero de este año se declaró no culpable** y enfrenta

hasta tres años en una prisión estatal si es declarado culpable.

Está en libertad bajo fianza y está programado para regresar a la corte el 15 de septiembre, según muestran los registros en línea.



Janet Baguett, la madre de Elizabeth Baguett y la abogada Gloria Allred muestran recuerdos fotográficos de la mujer que fue presunta víctima de agresión sexual cuando estaba muerta, por parte de David Rojas, un oficial del Departamento de Policía de Los Ángeles, California.

Crédito: Allred, Moroko, and Golberg, LLC.

En este caso, la **Liga Protectora de la Policía de Los Ángeles (LAPPL)**, el sindicato que representa a los oficiales de base, se ha negado a pagar las facturas legales de Rojas. Su abogado, **David Ernenwein** no respondió a una petición de entrevista con Univision Noticias.

Rob Wilcox, portavoz del fiscal de la ciudad de Los Ángeles, **Mike Feuer**, dijo a Univision Noticias que **"revisaremos la queja y no tendremos más comentarios en este momento"**.

## Enérgicas protestas por muerte de afroamericano terminan con más de 80 detenidos en California (fotos)

8/13/2020 Familia demanda a un policía de Los Ángeles por acariciar los senos del cadáver de una mujer | Univision
Case 2:20-cv-01437-FWS-AS Document 85-4 Filed 08/13/20 Page 32 of 40 Page
ID #:2112





1/6 El lunes por la noche la Policía de Sacramento arrestó al menos a 80 manifestantes, luego de una marcha en Sacramento que exigía que los agentes fueran acusados por la muerte de Stephon Clark.
Crédito: Justin Sullivan/Getty Images

Univision

REACCIONA

REACCIONA

COMPARTE

¡Nuevo! Presiona aquí para reaccionar ✕

JUSTICIA •

•
CALIFORNIA

•
VIOLACIONES

•
POLICÍA

•
LOS ANGELES

¿QUÉ PIENSAS?

Cargando encuesta...

Ⅲ

En alianza con 

Más contenido de tu interés
⌄

**ABUSO INFANTIL**

## Cuatro presuntas violaciones en un hotel de Beverly Hills y en la 'casa apostólica': nuevos cargos contra Naasón Joaquín

Durante dos días, un investigador de la Fiscalía de California ha descrito las entrevistas que sostuvo con cuatro presuntas víctimas del dirigente de la iglesia La Luz del Mundo. En su comparecencia detalló por primera vez los alegatos que hizo una nueva acusadora, una mujer que asegura haber sido agredida sexualmente por este pastor mexicano entre 2016 y 2017.



**ISAIAS ALVARADO**

13 AGO 2020 – 04:49 PM EDT

😊 😡🤮🤯   14                        ✎ COMPARTE

¡Nuevo! Presiona aquí para reaccionar   ✕



Por primera vez autoridades detallaron en el Tribunal Superior de Los Ángeles los alegatos hechos por la nueva presunta víctima del líder de la iglesia La Luz del Mundo: una mujer que declaró haber sido abusada en al menos cuatro ocasiones entre febrero de 2016 y noviembre de 2017 por Naasón Joaquín García.

**Su testimonio en contra del llamado 'Apóstol de Jesucristo' agregó nueve cargos al caso, sumando 36 señalamientos en un nuevo proceso penal que la Fiscalía interpuso en julio.**

Troy Holmes, un agente de la Fiscalía de California que lidera la investigación por las acusaciones de abuso sexual y otros delitos contra Joaquín García, relató este miércoles cómo la mujer fue presuntamente abusada en una habitación de un hotel de Beverly Hills, California, durante lo que él llamó una "demostración sexual" junto con las

coacusadas Alondra Ocampo y Azálea Rangel, quien sigue prófuga desde hace más de un año.

El agente Holmes también describió explícitamente las otras supuestas agresiones sexuales, mientras el líder de La Luz del Mundo escuchaba la traducción a través de un audífono sin mostrar reacción alguna. Él se ha declarado inocente, pero sigue detenido porque un juez **elevó su fianza a $90 millones.**

El oficial declaró que la presunta víctima – identificada como 'Jane Doe 5'– es una mujer adulta que nació y creció en la congregación religiosa. Ella fue "reclutada" por Ocampo en Guadalajara, sede de este culto evangélico, para ser parte de un "grupo exclusivo" de mujeres que realizaban bailes frente a Joaquín García y hacían sesiones fotográficas, testificó Holmes.

> "Fueron a varios lugares del Sur de California (…) Ella la describe (a Ocampo) como la directora o la persona que les decía qué hacer", señaló el agente. "En 2017 ella vio a personas identificadas en esta investigación, 'Jane Doe 1', 'Jane Doe 2' y 'Jane Doe 3', realizando bailes con la señora Ocampo", agregó.

La nueva testigo de la Fiscalía declaró, según el relato de Holmes, que la primera agresión sexual ocurrió **en la 'casa apostólica',** una residencia de tres niveles valorada en más de $800,000 y que está a un costado del templo de esta iglesia en el Este de Los Ángeles.

En esa misma vivienda **los detectives decomisaron dispositivos electrónicos y encontraron $500,000**

en efectivo, lingotes de oro, "miles de euros", así como identificaciones falsas. Allí, según el agente, la presunta víctima debió bañar a Joaquín García y tener relaciones sexuales con él.

RELACIONADOS

**Oficial de la fiscalía de California declara que el FBI también investiga al líder de La Luz del Mundo**

COMPARTE

## Más alegatos contra Joaquín García

Los otros dos supuestos delitos ocurrieron en el mismo lugar. La última vez, en noviembre de 2017, Joaquín García "le dijo que era hermosa y 'que Dios bendiga a tu familia'", declaró Holmes.

Tras el arresto del director internacional de La Luz del Mundo el 3 de junio de 2019 en el aeropuerto de Los Ángeles, un miembro de la congregación fue a la casa de 'Jane Doe 5' en Mexicali para pedirle que firmara una declaración en la cual deslindaba legalmente a Joaquín García, según Holmes.

> El oficial de la Fiscalía precisó que dicho documento "negaba que ella era una víctima de ataques sexuales o de actividades sexuales con el señor García (...) La presionaron para que firmara y eventualmente lo firmó".

Los nueve cargos agregados por el testimonio de

esta mujer son violación, cópulación oral, penetración sexual y extorsión.

Durante el contrainterrogatorio con el agente Holmes este miércoles, el abogado defensor Alan Jackson señaló que 'Jane Doe 5' no fue amenazada ni forzada por su cliente en ninguna de las acusaciones.

Jackson indicó que fue ella quien se aproximó a Joaquín García cuando se bañaba en la 'casa apostólica'. También subrayó que ella declaró que sostuvo unas 70 relaciones sexuales con el pastor mexicano, pero no lo denunció inmediatamente a la Policía.

## "Un grupo de servicio exclusivo"

Durante dos días, el investigador de la Fiscalía de California describió las entrevistas que sostuvo con **las otras supuestas víctimas,** dos menores de edad y una mujer. Dijo que ellas están "traumadas".

Sobre la menor identificada como 'Jane Doe 2', quien tenía 17 años cuando la entrevistó en abril de 2019, contó que se unió a un grupo de servicio en el templo del Este de Los Ángeles y que a la edad de 15 años la invitaron a ser parte de un **"grupo más exclusivo de niñas"** que atendía al pastor mexicano.

Contó que una de las coacusadas, Ocampo, le dijo que si se oponía **"iría contra la iglesia y el señor García",** y una vez le mencionó que este sería "como un padre para ella y la cuidaría", dijo Holmes en la corte.

En la audiencia del miércoles, Holmes declaró que Joaquín García le dio entre $200 y $300 para que se los entregara a su familia y agregó que Ocampo le advirtió que si lo denunciaba a la Policía **"nada le pasaría al señor García porque es poderoso y es el 'Apóstol'".**

'Jane Doe 2' alega haber sido obligada a bailar con poca ropa y usando lencería frente al pastor mexicano. También denunció que éste la violó después de que le pidieron que se desnudara y le llevara una taza de café.

Otra acusadora, 'Jane Doe 3', quien tenía 17 años cuando comenzó a colaborar con las autoridades, relató que también la invitaron a ese grupo de "servicio", advirtiéndole que cometería "pecados", pero le dijo que todos se le perdonarían porque estaría atendiendo al 'Siervo de Dios'.

Holmes contó que esta pregunta víctima denunció que la filmaron realizando actos sexuales frente a una cámara y que una vez la llevaron hasta la habitación del 'Apóstol'.

La defensa del dirigente de La Luz del Mundo ha pedido sin éxito que se revelen las identidades de las cinco acusadoras y los testigos anónimos citados por la Fiscalía de California.

Sobre las presuntas víctimas menores, el abogado Alan Jackson señaló que cuando habrían ocurrido los actos sexuales su cliente no sabía sus edades, jamás las forzó ni las lastimó, y que fueron ellas las que se le aproximaron en su oficina y en su recámara.

Se espera que estas audiencias preliminares continúen diariamente hasta la próxima semana, un proceso que tomaría entre siete y diez días.

**Mira también:**

# En fotos: Las 10 propiedades en EEUU de los herederos de la iglesia La Luz del Mundo



CARGANDO GALERÍA



COMPARTE

¡Nuevo! Presiona aquí para reaccionar

ABUSO INFANTIL
·
PEDERASTIA
·
RELIGIÓN
·
POLICÍA
·
ARRESTOS

Más contenido de tu interés



UNIVISION



NEWSLETTERS

OTRAS PÁGINAS ⌄

APPS

 UNIVISION     NOTICIAS

 TUDN

 ...FORIA

 NOW

---

### ACERCA DE UNIVISION

Política de Privacidad

No Venda Mi Información Personal

Privacy Policy

Do Not Sell My Personal Information

Términos de Uso

Terms of Use

Información de la Empresa

Elecciones de Publicidad

ADA Web Accessibility

Productos y Servicios

Jobs

Ad Specifications

Media Kit

FAQ

Guías Parentales de TV

Tag Publisher Sourcing Disclosure

Copyright. © 2020.

Univision Communications Inc.

Todos Los Derechos Reservados.