1  XAVIER BECERRA
   Attorney General of California
2  JAMES ROOT
   Senior Assistant Attorney General
3  PATRICIA FUSCO
   DIANA CALLAGHAN
4  Supervising Deputy Attorneys General
   AMANDA G. PLISNER (SBN 258157)
5  NICHOLAS SCHULTZ
   Deputy Attorneys General
6    300 S. Spring Street, Suite 1702
     Los Angeles, CA 90013
7    Telephone: (213) 269-6000
     E-mail:  Amanda.Plisner@doj.ca.gov
8  *Attorneys for People of the State of California*

9

10             SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF LOS ANGELES

12

13  **PEOPLE OF THE STATE OF**              Case No.  BA484133
    **CALIFORNIA,**
14                                          **FELONY COMPLAINT**
                              Plaintiff,
15                                          Action Filed:
                  v.
16
    **NAASON JOAQUIN GARCIA (5/7/69),**
17
    **ALONDRA OCAMPO (2/7/83),**
18
    **SUSANA MEDINA OAXACA (11/8/94),**
19
20                            Defendants.
21

22       THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA accuses the above-

23  named defendants of the following crimes, which are connected to one another in their

24  commission:

25                              <u>COUNT ONE</u>

26       On or between August 1, 2017 and February 1, 2018, in the County of Los Angeles,

27  defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

28  LEWD ACT UPON A CHILD, a violation of PENAL CODE SECTION 288(c)(1), a Felony, in

                                    1

CONFORMED COPY.

1  that they did willfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with

2  the body, or any part thereof, of JANE DOE 1, who was 15 years old, with the intent of arousing,

3  appealing to, or gratifying, the lust, passions, or sexual desires of said defendant who was at least

4  10 years older than JANE DOE 1.

5  <u>**COUNT TWO**</u>

6       On or between August 1, 2017, and February 15, 2018, in the County of Los Angeles,

7  defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

8  CONSPIRACY, a violation of PENAL CODE SECTION 182(a)(1), a Felony, in that they did

9  unlawfully conspire together to commit the crime of HUMAN TRAFFICKING BY

10 PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE

11 SECTION 236.1(b)/266j, a Felony, and that pursuant to and for the purpose of carrying out the

12 objectives and purposes of the aforesaid conspiracy, the said defendants committed the following

13 overt acts at and in the County of Los Angeles:

14                OVERT ACT I

15      In or about August 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO

16 met with JANE DOE 1, along with other minor members of a La Luz Del Mundo church sub

17 group.

18                OVERT ACT II

19      In or about August 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO a

20 group of minor girls that if they went against any desires or wishes of "the Apostle," defendant

21 NAASON JOAQUIN GARCIA, that they were going against god.

22                OVERT ACT III

23      In or about September of 2017, in the County of Los Angeles, defendant ALONDRA

24 OCAMPO directed JANE DOE 1, along with the other minors, to perform "flirty" dances for

25 defendant NAASON JOAQUIN GARCIA wearing as little clothing as possible.

26                OVERT ACT IV

27      In or about September of 2017, in the County of Los Angeles, and after JANE DOE 1 and

28 the other minors completed their September 2017 dance, defendant NAASON JOAQUIN

1  GARCIA gave them a speech about a king having mistresses and stated that an apostle of god can

2  never be judged for his actions.

3  OVERT ACT V

4  On and between September 2017 and January of 2018, in the County of Los Angeles,

5  defendant ALONDRA OCAMPO directed JANE DOE 1 and other minors to take off their

6  clothing and touch each other sexually.

7  OVERT ACT VI

8  On and between September 2017 and January of 2018, in the County of Los Angeles,

9  defendant ALONDRA OCAMPO took photos of minor girls touching each other sexually at her

10  direction for the purpose of sending the photographs to defendant NAASON JOAQUIN

11  GARCIA.

12  OVERT ACT VII

13  On a between August 2017 and February 1, 2018, in the County of Los Angeles, defendant

14  ALONDRA OCAMPO called JANE DOE 1 to the home of defendant NAASON JOAQUIN

15  GARCIA and asked her to serve him coffee in his office.

16  OVERT ACT VIII

17  On a between August 2017 and February 1, 2018, in the County of Los Angeles, defendant

18  ALONDRA OCAMPO walked JANE DOE 1 to the defendant NAASON JOAQUIN GARCIA's

19  office, grabbed the coffee JANE DOE 1 was holding, and told JANE DOE 1 to remove her dress.

20  OVERT ACT IX

21  On a between August 2017 and February 1, 2018, in the County of Los Angeles, defendant

22  ALONDRA OCAMPO then returned the coffee to JANE DOE 1.

23  OVERT ACT X

24  On a between August 2017 and February 1, 2018, in the County of Los Angeles, JANE

25  DOE 1 entered the office and defendant NAASON JOAQUIN GARCIA put his arms around her,

26  kissed her on the lips, touched her buttocks, and attempted to touch her vagina.

27  //

28  //

3

Felony Complaint

## COUNT THREE

On or between August 1, 2017, and February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING BY PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal liberty of JANE DOE 1 with the intent to maintain a violation of PENAL CODE SECTION 266j.

## COUNT FOUR

On or between August 1, 2017, and February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 266j, a Felony, in that she did unlawfully and intentionally provide or make available JANE DOE 1, a child under the age of 16 years, to another person for the purpose of a lewd and lascivious act as defined in Penal Code section 288.

## COUNT FIVE

On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE RAPE OF A MINOR, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 2, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

It is further alleged that in the commission of the above offense the said defendants personally inflicted great bodily injury upon JANE DOE 2, not an accomplice to the above offense, within the meaning of Penal Code section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

//

//

4

Felony Complaint

## COUNT SIX

On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of UNLAWFUL SEXUAL INTERCOURSE, a violation of PENAL CODE SECTION 261.5(c), a Felony, in that they engaged in an act of unlawful sexual intercourse with JANE DOE 2, a minor not the spouse of the defendant, and the minor being more than three years younger than the defendants.

It is further alleged that in the commission of the above offense the said defendants personally inflicted great bodily injury upon JANE DOE 2, not an accomplice to the above offense, within the meaning of Penal Code section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

## COUNT SEVEN

On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(C), a Felony, in that they did unlawfully accomplish and act of oral copulation with a person, to wit JANE DOE 2, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

## COUNT EIGHT

On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of ORAL COPULATION OF A PERSON UNDER 18, a violation of PENAL CODE SECTION 287(b)(1), a Felony, in that they did unlawfully participate in an act of oral copulation with JANE DOE 2, a person under the age of 18 years.

## COUNT NINE

On or between January 1, 2017, and January 31, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA MEDINA

5

1   OAXACA committed the crime of FORCIBLE ORAL COPULATION OF A PERSON UNDER

2   18, a violation of PENAL CODE SECTION 287(c)(2)(C), a Felony, in that they did unlawfully

3   accomplish an act of oral copulation with a person, to wit JANE DOE 3, against said person's

4   will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury

5   on said person or another.

6   **COUNT TEN**

7      On or between January 1, 2017, and January 31, 2018, in the County of Los Angeles,

8   defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA MEDINA

9   OAXACA committed the crime of ORAL COPULATION OF A PERSON UNDER 18, a

10   violation of PENAL CODE SECTION 287(b)(1), a Felony, in that they did unlawfully participate

11   in an act of oral copulation with JANE DOE 3, a person under the age of 18 years.

12   **COUNT ELEVEN**

13      On or between August 1, 2017, and April 30, 2018, in the County of Los Angeles,

14   defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

15   CONSPIRACY, a violation of PENAL CODE SECTION 182(a)(1), a Felony, in that they did

16   unlawfully conspire together to commit the crime of HUMAN TRAFFICKING FOR

17   PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

18   236.1(b))/311.2(c), a Felony, and that pursuant to and for the purpose of carrying out the

19   objectives and purposes of the aforesaid conspiracy, the said defendants committed the following

20   overt acts at and in the County of Los Angeles:

21   OVERT ACT I

22      On and between September 1, 2017, and January 31, 2018, in the County of Los Angeles,

23   defendant ALONDRA OCAMPO sent a message to JANE DOE 1, JANE DOE 2, and JANE

24   DOE 3 saying that defendant NAASON JOAQUIN GARICA ["the servant of god"] would be

25   really happy if they sent OCAMPO nude photos for NAASON JOAQUIN GARICA.

26   //

27   //

28   //

OVERT ACT II

On and between September 1, 2017, and January 31, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO sent a message to JANE DOE 1, JANE DOE 2, and JANE DOE 3 telling them to take photos without their underwear and with their legs open, and to send the photos to her.

OVERT ACT III

On one occasion between September 1, 2017, and January 31, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to an unknown office building, provided them with school girl outfits, directed them to touch their own breasts and buttocks, as well as each other's, and took photos of them doing so.

OVERT ACT IV

In or about December of 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to defendant NAASON JOAQUIN GARCIA'S home and told them to remove their clothing.

OVERT ACT V

In or about December of 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO had JANE DOE 1, JANE DOE 2, and JANE DOE 3 touch each other's breasts and vaginas for photos, and directed them to open their legs so she could take photos of their vaginal areas.

OVERT ACT VI

In or about January of 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to a hotel.

OVERT ACT VII

In or about January of 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO had JANE DOE 1, JANE DOE 2, and JANE DOE 3 take off their clothing, touch each other's breasts and vaginas, and lick whipped cream off each other's breasts.

//

//

7

1

OVERT ACT VIII

2

In and between 2017 and 2018, in the county of Los Angeles, defendant ALONDRA

3

OCAMPO told JANE DOE 1, JANE DOE 2, and JANE DOE 3 that the photos she took of them

4

were for defendant NAASON JOAQUIN GARCIA ["the servant of god"].

5

OVERT ACT IX

6

In and between 2017 and 2018, and on at least one occasion, in the County of Los Angeles,

7

defendant NAASON JOAQUIN GARCIA thanked JANE DOE 1, JANE DOE 2, and JANE DOE

8

3 for the photos he received of them.

9

**COUNT TWELVE**

10

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

11

defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR

12

PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

13

236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal

14

liberty of JANE DOE 1 with the intent to maintain a violation of PENAL CODE SECTION

15

311.2(c).

16

**COUNT THIRTEEN**

17

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

18

defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR

19

PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

20

236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal

21

liberty of JANE DOE 2 with the intent to maintain a violation of PENAL CODE SECTION

22

311.2(c).

23

**COUNT FOURTEEN**

24

On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

25

defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR

26

PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION

27

236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal

28

1   liberty of JANE DOE 3 with the intent to maintain a violation of PENAL CODE SECTION

2   311.2(c).

3                                    **COUNT FIFTEEN**

4              On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

5   defendant ALONDRA OCAMPO committed the crime of PRODUCTION/DISTRIBUTION OF

6   CHILD PORNOGRAPHY, in violation of PENAL CODE SECTION 311.2(c), in that she did

7   unlawfully and knowingly send or cause to be sent, and in the State of California did possess,

8   prepare, public, produce, photographs and video, with the intent to distribute, exhibit to, or

9   exchange with a person 18 years of age and older, knowing that the matter depicted a person

10  under the age of 18 years personally engaging in and personally simulating sexual conduct as

11  defined in Penal Code section 311.4.

12                                   **COUNT SIXTEEN**

13             On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

14  defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

15  CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

16  DOE 1 by means of force and threat such as is mentioned in Section 519.

17                                  **COUNT SEVENTEEN**

18             On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

19  defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

20  CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

21  DOE 2 by means of force and threat such as is mentioned in Section 519.

22                                  **COUNT EIGHTEEN**

23             On or between October 1, 2017, and February 28, 2018, in the County of Los Angeles,

24  defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL

25  CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE

26  DOE 3 by means of force and threat such as is mentioned in Section 519.

27

28

1

### COUNT NINETEEN

2        On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

3    defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR

4    SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did

5    unlawfully contact and communicate with a minor, JANE DOE 1, knowing that JANE DOE 1

6    was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or

7    311.2 involving JANE DOE 1.

8

### COUNT TWENTY

9        On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

10    defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR

11    SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did

12    unlawfully contact and communicate with a minor, JANE DOE 2, knowing that JANE DOE 2

13    was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or

14    311.2 involving JANE DOE 2.

15

### COUNT TWENTY-ONE

16        On or between August 1, 2017, and February 28, 2018, in the County of Los Angeles,

17    defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR

18    SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did

19    unlawfully contact and communicate with a minor, JANE DOE 3, knowing that JANE DOE 3

20    was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or

21    311.2 involving JANE DOE 3.

22

### COUNT TWENTY-TWO

23        On or between June 1, 2015 and July 30, 2015, in the County of Los Angeles, defendant

24    NAASON JOAQUIN GARCIA committed the crime of FORCIBLE RAPE, a violation of

25    PENAL CODE SECTION 261(a)(2), a Felony, in that he did unlawfully accomplish an act of

26    sexual intercourse with a person, to wit JANE DOE 4, not his spouse, against said person's will

27    by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on

28    said person or another.

**COUNT TWENTY-THREE**

On or between June 1, 2015 and July 30, 2015, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that he did unlawfully accomplish and act of oral copulation with a person, to wit JANE DOE 4, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

**COUNT TWENTY-FOUR**

On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that he did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 4, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

**COUNT TWENTY-FIVE**

On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that he did unlawfully accomplish an act of oral copulation with a person, to wit JANE DOE 4, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

**COUNT TWENTY-SIX**

On or between March 1, 2017, and September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from JANE DOE 4, by means of force and threat such as is mentioned in Section 519.

### COUNT TWENTY-SEVEN

On June 3, 2019, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA, committed the crime of POSSESSION OF CHILD PORNOGRAPHY in violation of PENAL CODE SECTION 311.11(a), a felony, in that he did knowingly possess and control an image, the production of which involved the use of a person under the age of 18 years, knowing that the matter depicted a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).

### COUNT TWENTY-EIGHT

On or between February 1, 2016, and February 28, 2016, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 5, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

### COUNT TWENTY-NINE

On or between February 1, 2016, and February 28, 2016, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that they did unlawfully accomplish an act of oral copulation with a person, to wit JANE DOE 5, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

### COUNT THIRTY

On or between February 1, 2016, and February 28, 2016, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from JANE DOE 5, by means of force and threat such as is mentioned in Section 519.

Felony Complaint

1

**COUNT THIRTY-ONE**

2      On or between May 1, 2016, and September 30, 2016, in the County of Los Angeles,

3   defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

4   FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did

5   unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 5, not his

6   spouse, against said person's will by means of force, violence, duress, menace, or fear of

7   immediate and unlawful bodily injury on said person or another.

8

**COUNT THIRTY-TWO**

9      On or between May 1, 2016, and September 30, 2016, in the County of Los Angeles,

10   defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of

11   PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from

12   JANE DOE 5, by means of force and threat such as is mentioned in Section 519.

13

**COUNT THIRTY-THREE**

14      On or between October 1, 2016, and October 31, 2016, in the County of Los Angeles,

15   defendant ALONDRA OCAMPO committed the crime of FORCIBLE SEXUAL

16   PENETRATION, a violation of PENAL CODE SECTION 289(a)(1)(A), a Felony, in that she did

17   unlawfully accomplish an act of sexual penetration against the will of JANE DOE 5 by means of

18   force, violence, duress, menace, or fear of immediate and unlawful bodily injury on JANE DOE

19   5.

20

**COUNT THIRTY-FOUR**

21      On or between October 1, 2017, and November 31, 2017, in the County of Los Angeles,

22   defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

23   FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did

24   unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 5, not his

25   spouse, against said person's will by means of force, violence, duress, menace, or fear of

26   immediate and unlawful bodily injury on said person or another.

27

28

Felony Complaint

1

**COUNT THIRTY-FIVE**

2 On or between October 1, 2017, and November 31, 2017, in the County of Los Angeles,

3 defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of

4 FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a

5 Felony, in that they did unlawfully accomplish an act of oral copulation with a person, to wit

6 JANE DOE 5, against said person's will by means of force, violence, duress, menace, or fear of

7 immediate and unlawful bodily injury on said person or another.

8

**COUNT THIRTY-SIX**

9 On or between October 1, 2017, and November 31, 2017, in the County of Los Angeles,

10 defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of

11 PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from

12 JANE DOE 5, by means of force and threat such as is mentioned in Section 519.

13

**SPECIAL ALLEGATION – VIOLENT SEX OFFENSES**

14 It is further alleged that defendants NAASON JOAQUIN GARCIA, ALONDRA

15 OCAMPO, and SUSANA OAXACA MEDINA are ineligible for probation or suspension of

16 sentence pursuant to PENAL CODE SECTION 1203.065(a).

17

18 **NOTICE**:  Convictions for the offenses alleged in counts 1-5, 7-15, 19-25, 28, 30, and 32-34 of

19 this Complaint will require the defendants to register pursuant to Penal Code section 290 et seq.

20 Willful failure to register is a crime.

21

22 **NOTICE**:  Conviction of these offenses will require the defendant to provide DNA samples and

23 print impressions pursuant to Penal Code section 296 and 296.1.  Willful refusal to provide the

24 samples and impressions is a crime.

25

26 **NOTICE**:  The People of the State of California intend to present evidence and seek jury findings

27 regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b)

28 and *Cunningham v. California* (2007) 549 U.S. 270 [127 S.Ct. 856, 166 L.Ed.2d 856].

14

1

2       I declare under the penalty of perjury that the foregoing is true and correct.  Executed this

3    30 day of August, 2020, at Los Angeles, California.

4

5                                                    _____
                                                     TROY HOLMES
6                                                    DECLARANT AND COMPLAINANT

7                                                    Respectfully Submitted,

8                                                    XAVIER BECERRA
                                                     Attorney General of California
9                                                    JAMES ROOT
                                                     Senior Assistant Attorney General
10                                                   PATRICIA FUSCO
                                                     DIANA CALLAGHAN
11                                                   Supervising Deputy Attorneys General

12

13                                                   _____
                                                     DIANA CALLAGHAN
14                                                   Supervising Deputy Attorney General
                                                     *Attorneys for People of the State of*
15                                                   *California*

16

17                     **NOTICE TO DEFENDANT AND ATTORNEY**

18       Pursuant to Penal Code section 1054.5(b), the People of the State of California hereby

19    informally request that defense counsel provide discovery to the People as required by Penal

20    Code section 1054.3.

21                            **NOTICE TO ATTORNEY**

22       Any materials accompanying this complaint or provided by the People in this case may

23    contain information about witnesses.  Such information is subject to Penal Code section 1054.2,

24    which provides, "No attorney may disclose or permit to be disclosed to a defendant the address or

25    telephone number of a victim or witness whose name is disclosed to the attorney pursuant to

26    subdivision (a) of Section 1054.1 unless specifically permitted to do so by the court after a

27    hearing and a showing of good cause."

28

                                                15

1

2

3

4

5

6    <u>AGENCY</u>: CALIFORNIA BUREAU OF INVESTIGATION AND INTELLIGENCE

7    <u>PRELIM. TIME. EST</u>.:  5 days

8

9

| DEFENDANT | CII | DOB | BAIL RECOM'D | BOOKING NO. |
|---|---|---|---|---|
| NAASON JOAQUIN GARCIA | | 5/7/69 | NO BAIL | <u>5648267</u> |
| ALONDRA MARGARITA OCAMPO | | 2/7/83 | $25m | <u>5648184</u> |
| SUSANA MEDINA OAXACA | | 11/8/94 | $5m | |

16

17

18

19

20

21

22

23

24

25

26

27

28

## Order Holding To Answer - Felony Complaint (P.C. § 872)

It appearing to me that the offenses in the complaint have been committed and there is sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to answer for the following:

DEFENDANT:  **NAASON JOAQUIN GARCIA**

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|---|---|---|---|---|
| 1. | PC 288(c)(1) | 1/2/3 | | |
| 2. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 5. | PC 261(a)(2)/ 264(c)(2) | 7/9/11 | | |
| 6. | PC 261.5(c) | 16 mos./2/3 | 12022.7 | +5 |
| 7. | PC 287(c)(2)(C) | 6/8/10 | | |
| 8. | PC 287(b)(1) | 16 mos./2/3 | | |
| 9. | PC 287(c)(2)(C) | 6/8/10 | | |
| 10. | PC 287(b)(1) | 16 mos./2/3 | | |
| 11. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 22. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 23. | PC 287(c)(2)(A) | 3/6/8 | | |
| 24. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 25. | PC 287(c)(2)(A) | 3/6/8 | | |
| 26. | PC 518 | 2/3/4 | | |
| 27. | PC 311.11(a) | 16/2/3 | | |
| 28. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 29. | PC 287(c)(2)(A) | 3/6/8 | | |
| 30. | PC 518 | 2/3/4 | | |
| 31. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 32. | PC 518 | 2/3/4 | | |
| 34. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 35. | PC 287(c)(2)(A) | 3/6/8 | | |
| 36. | PC 518 | 2/3/4 | | |

I ORDER that the defendant named below be held to answer for the above-described offenses and allegations and be admitted to bail in the sum of:

**NAASON JOAQUIN GARCIA**                $ _____

Felony Complaint

1    And that said defendant be committed to the custody of the Sheriff until such bail is given.

2    The date of Felony arraignment is set for:

3    _____ in Department _____ at _____ a.m.

4    (Date)

5

6    _____          _____
     Magistrate                           Date

7    Superior Court of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Felony Complaint

### Order Holding To Answer - Felony Complaint (P.C. § 872)

It appearing to me that the offenses in the complaint have been committed and there is sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to answer for the following:

DEFENDANT: **ALONDRA OCAMPO**

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|---|---|---|---|---|
| 1. | PC 288(c)(1) | 1/2/3 | | |
| 2. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 3. | PC 236.1(b) | 8/14/20 | | |
| 4. | PC 266j | 3/6/8 | | |
| 5. | PC 261(a)(2)/ 264(c)(2) | 7/9/11 | | |
| 6. | PC 261.5(c) | 16 mos./2/3 | 12022.7 | +5 |
| 7. | PC 287(c)(2)(C) | 6/8/10 | | |
| 8. | PC 287(b)(1) | 16 mos./2/3 | | |
| 9. | PC 287(c)(2)(C) | 6/8/10 | | |
| 10. | PC 287(b)(1) | 16 mos./2/3 | | |
| 11. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | | |
| 12. | PC 236.1(b) | 8/14/20 | | |
| 13. | PC 236.1(b) | 8/14/20 | | |
| 14. | PC 236.1(b) | 8/14/20 | | |
| 15. | PC 311.2(c) | 16 mos./2/3 | | |
| 16. | PC 518 | 2/3/4 | | |
| 17. | PC 518 | 2/3/4 | | |
| 18. | PC 518 | 2/3/4 | | |
| 19. | PC 288.3 | 8 mos./1/18 mos. | | |
| 20. | PC 288.3 | 8 mos./1/18 mos. | | |
| 21. | PC 288.3 | 8 mos./1/18 mos. | | |
| 28. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 29. | PC 287(c)(2)(A) | 3/6/8 | | |
| 31. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 33. | PC 289(a)(1)(A) | 3/6/8 | | |
| 34. | PC 261(a)(2)/ 264(a) | 3/6/8 | | |
| 35. | PC 287(c)(2)(A) | 3/6/8 | | |

I ORDER that the defendant named below be held to answer for the above-described offenses and allegations and be admitted to bail in the sum of:

**ALONDRA OCAMPO**          $ _____

19

Felony Complaint

1        And that said defendant be committed to the custody of the Sheriff until such bail is given.

2    The date of Felony arraignment is set for:

3    _____ in Department _____ at _____ a.m.

4          (Date)

5    _____    _____
     Magistrate                                    Date

6    Superior Court of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Felony Complaint

## Order Holding To Answer - Felony Complaint (P.C. § 872)

It appearing to me that the offenses in the complaint have been committed and there is sufficient cause to believe the defendant guilty thereof, I order that the defendant be held to answer for the following:

DEFENDANT:  SUSANA MEDINA OAXACA

| Count No. | Charge | Range | Special Alleg. | Alleg. Effect |
|-----------|--------|-------|----------------|---------------|
| 9. | PC 287(c)(2)(C) | 6/8/10 | | |
| 10. | PC 287(b)(1) | 16 mos./2/3 | | |

I ORDER that the defendant named below be held to answer for the above-described offenses and allegations and be admitted to bail in the sum of:

**SUSANA MEDINA OAXACA**                    $ _____

And that said defendant be committed to the custody of the Sheriff until such bail is given. The date of Felony arraignment is set for:

_____ in Department _____ at _____ a.m.
(Date)

_____        _____
Magistrate                                                      Date
Superior Court of California

21

Felony Complaint