| | |
|---|---|
| Case Number: | LACBA484133-01 |
| Defendant Name: | GARCIA, NAASON JOAQUIN |
| Violation Date: | August 1, 2017 |
| Filing Date: | July 30, 2020 |
| Courthouse: | Clara Shortridge Foltz Criminal Justice Center |

## CASE INFORMATION

| Count | Charge Section | Charge Statute | Plea | Disposition | Disposition Date |
|---|---|---|---|---|---|
| 01 | 288(C)(1) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 02 | 182(A)(1) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 05 | 261(A)(2) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 06 | 261.5(C) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 07 | 287(C)(2)(C) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 08 | 287(B)(1) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 09 | 287(C)(2)(C) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 10 | 287(B)(1) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 11 | 182(A)(1) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 22 | 261(A)(2) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 23 | 287(C)(2)(A) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 24 | 261(A)(2) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 25 | 287(C)(2)(A) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 26 | 518 | Penal Code | Not Guilty | Case Pending | Case Pending |
| 27 | 311.11(A) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 28 | 261(A)(2) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 29 | 287(C)(2)(A) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 30 | 518 | Penal Code | Not Guilty | Case Pending | Case Pending |
| 31 | 261(A)(2) | Penal Code | Not Guilty | Case Pending | Case Pending |

| | | | | | |
|---|---|---|---|---|---|
| 32 | 518 | Penal Code | Not Guilty | Case Pending | Case Pending |
| 34 | 261(A)(2) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 35 | 287(C)(2)(A) | Penal Code | Not Guilty | Case Pending | Case Pending |
| 36 | 518 | Penal Code | Not Guilty | Case Pending | Case Pending |

# EVENTS

**Upcoming Scheduled Events**

| Date | Time | Location | Dept/Room Number | |
|---|---|---|---|---|
| August 12, 2020 | 09:00 AM | Clara Shortridge Foltz Criminal Justice Center | 501 | PRELIMINARY HEARING |

**Past Events**

| Date | Time | Location | Dept/Room Number | Events |
|---|---|---|---|---|
| July 30, 2020 | 08:00 AM | Clara Shortridge Foltz Criminal Justice Center | 513 | IN CAMERA HEARING |
| July 30, 2020 | 08:30 AM | Clara Shortridge Foltz Criminal Justice Center | 030 | ARRAIGNMENT |
| August 4, 2020 | 08:30 AM | Clara Shortridge Foltz Criminal Justice Center | 030 | PRELIMINARY HEARING |
| August 4, 2020 | 10:00 AM | Clara Shortridge Foltz Criminal Justice Center | 507 | PRELIMINARY HEARING |
| August 5, 2020 | 11:00 AM | Clara Shortridge Foltz Criminal Justice Center | 507 | BAIL REVIEW |
| August 6, 2020 | 09:00 AM | Clara Shortridge Foltz Criminal Justice Center | 507 | BAIL REVIEW |
| August 7, 2020 | 09:00 AM | Clara Shortridge Foltz Criminal Justice Center | CLK | DOCKET LINE ENTRY |

| | | | | |
|---|---|---|---|---|
| August 7, 2020 | 01:30 PM | Clara Shortridge Foltz Criminal Justice Center | 507 | DOCKET LINE ENTRY |
| August 10, 2020 | 08:30 AM | Clara Shortridge Foltz Criminal Justice Center | 507 | DOCKET LINE ENTRY |
| August 10, 2020 | 01:30 PM | Clara Shortridge Foltz Criminal Justice Center | 507 | DOCKET LINE ENTRY |
| August 11, 2020 | 09:00 AM | Clara Shortridge Foltz Criminal Justice Center | 507 | PRELIMINARY HEARING |
| August 11, 2020 | 09:30 AM | Clara Shortridge Foltz Criminal Justice Center | 501 | PRELIMINARY HEARING |

## BAIL

No Information Found

## SENTENCING INFORMATION

THE INFORMATION PROVIDED ON THIS WEBSITE CONTAINS ONLY AN EXTRACTION FROM THE COURT RECORD. IT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A FULL AND COMPLETE RECORD OF COURT PROCEEDINGS.

No Information Found