Case 2:20-cr-01437-FWS-AS   Document 85-8   Filed 09/13/20   Page 1 of 23   Page ID #:2153

 SECTIONS     **Univision**    LIVE 

TV SHOWS    **NEWS**    FAMOUS    SPORTS    RADIO

 **UNIVISION** NOTICIAS

CHILD ABUSE

# Second bail hearing of the leader of La Luz del Mundo ends without decision and with new revelations

For the second time in a year, one of the officers of the California Prosecutor's Office testifies who checks the iPhone and other electronic devices of the leader of the La Luz del Mundo church. The police officer points out that several text messages and images incriminate the evangelical pastor in improper sexual acts.

 **ISAIAS ALVARADO**

5 AUG 2020 - 09:42 PM EDT

    TWENTY

 SHARE

New! Click here to react ✕



8/13/2020    Second Chair Hearing of the Leader of La Luz del Mundo Ends without decision and with new revelations - Univision
Case 2:20-cv-01437-FWS-AS    Document 85-8    Filed 08/13/20    Page 2 of 23    Page ID
#:2154

Naasón Joaquín García, leader of La Luz del Mundo
church, at a bail hearing in Superior Court in Los
Angeles, California, on August 4, 2020. He faces 23
charges in a case citing 36 felonies for allegedly
Sexually assaulting five faithful of his congregation.

Credit: Univision

New details about the accusations of sexual abuse
against **the leader of the La Luz del Mundo church**
emerged in the second hearing in which they
analyzed whether he was granted the right to go
free on bail for **36 new criminal charges** filed by the
California Prosecutor's Office last week pass.

ADVERTISING

In a court hearing held this Wednesday in Los
Angeles County Superior Court, an agent from the
California Department of Justice testified that one
of the five accusers shared several text messages
with authorities, in which she spoke with Naasón
Joaquín García **about using drugs and alcohol to
convince the alleged victims,** whose ages were not
disclosed.

"'Jane Doe 4' (as the witness is identified) provided
a series of text messages that she exchanged with
Garcia in which she describes the sexual abuse of
women and also the use of drugs and alcohol to
make them more obedient," she said. **Troy Holmes,**
a special agent for the State Attorney's Office, who
appeared in court in July 2019 for the above case,
which was dismissed due to a technical failure.

Holmes testified under oath in court at the request
of Joaquín García's lawyers, who said they were not
satisfied that Judge George Lomelí only received
the officer's written testimony.

The alleged conversations between 'Jane Doe 4'
and the defendant had already been exposed in **a
motion** that the State Attorney's Office presented in
the old case. This document mentions a text

message in which the so-called 'Apostle of Jesus
Christ' discusses "using 'Ruffys' to drug the victims
so that they do not remember what happened to
them."

The same motion, submitted in December,
indicates that after checking the phone of the co-
defendant Susana Medina Oaxaca, who is free after
paying a bond of $ 150,000, found that he was
sending her text messages **with "the name of the
girl who wanted "To have sex.**

ADVERTISING

Agent Holmes reported that the witness, one of the
five women who denounced the evangelical leader,
sent him these talks when he was in Mexico and
now they are part of the evidence. The defense
tried to diminish the credibility of these
conversations, claiming that the Prosecutor's Office
**offered "immunity" to 'Jane Doe 4'** and
emphasizing that the talks in question were not on
the religious leader's iPhone.

The police officer explained that the texts were
integrated into the evidence because "we compared
the terms used and the language that Mr. García is
known to use; they are similar in nature, like 'Son
of God', 'Apostle', he is the only person in the
church called 'Son of God' and 'Apostle' ".

The statement of this agent, on the other hand,
qualified the allegations against the leader of La
Luz del Mundo. This time he clarified that on his
cell phone and other electronic devices they found
"more than 10,000" sexual images, but of legal
pornography. And he mentioned, without giving an
exact number, that **"many many" images that he
analyzed could be classified as child pornography.**

He specified that there is a video in which Joaquín
García participates in a sexual trio with a minor

8/13/2020    Second hearing of the leader of La Luz del Mundo ends without decision and with new revelations - Univision
Case 2:20-cv-01437-FWS-AS   Document 85-8   Filed 08/13/20   Page 4 of 23   Page ID
#:2156

and one of the co-defendants, the fugitive Azalea
Rangel. Last year, the agent described the
evangelical leader reflecting in a mirror while
recording the abuse.

"There is an act in which Mr. García participated
with a 15-year-old adolescent," Holmes insisted,
adding that the alleged victim had already been
identified by a relative and by the witness 'Jane
Doe 4'.

ADVERTISING

It was Holmes himself who arrested the
evangelical pastor on June 3, 2019, when he arrived
on a private jet at Los Angeles airport (LAX) and
seized an iPhone from his hand. Then he headed
the search of his residence located next to a temple
of La Luz del Mundo in East Los Angeles.



RELATED

**He was attacked after denouncing the former
leader of La Luz del Mundo and obtained
asylum in the United States: the journey of
Moisés Padilla**

SHARE 

## The pastor with "a couple of million dollars"

There are two requests for the 50 million bond imposed on Naasón Joaquín García, the highest imposed in Los Angeles County. On the one hand, the defense requests that they give it a lower claim alleging that the international director of La Luz del Mundo does not have that much money. On the other hand, the prosecutors ask that he remain in jail until his trial begins.

This Wednesday's hearing began with the testimony of a surety agent, Morris Demayo, who said he had spoken with an accountant for Joaquín García, who assured him that he **only has "a couple of million dollars"** and at least one property. , which is why I could not cover such a high deposit.

Demayo affirmed that his capital does not reach "even 10 million dollars" and remains "by far" below the figure of 50 million dollars that they want him to pay to go free. He said that he inquired with two surety companies and they rejected the case due to the defendant's financial situation.



"They pose as victims and they are the perpetrators": woman who uncovered the sexual scandal at La Luz del Mundo church

8/13/2020 Second bail hearing of the leader of La Luz del Mundo ends without decision and with new revelations from Univision

Case 2:20-cr-01437-FWS-AS Document 85-8 Filed 08/13/20 Page 6 of 23 Page ID #:2158

But **an investigation by Univision Noticias** found that Joaquín García owns at least six properties in California, Texas and Florida valued at **$ 2.1 million.** While his older brother, Benjamín Joaquín, bishop of that church, owns **a ranch in Texas worth 2.2 million dollars** and a house in an exclusive neighborhood of Los Angeles that valued at 843,000 dollars.

ADVERTISING

The Prosecutor's Office assured last year that the leader of La Luz del Mundo **spent a day $ 100,000 shopping in Beverly Hills and that he was constantly traveling by private jet.** For years, critics of this church wonder how its leader, who claims to be a mere employee of it, made a fortune.

It should be noted that since the first bail hearing, the defense had requested that the identity of the five alleged victims of Joaquín García be revealed, but Judge Lomeli rejected it this Wednesday. "The court will prohibit revealing the identity of any of the witnesses," emphasized the magistrate.

In past hearings, co-defendant Alondra Ocampo did not appear because the unit in the jail where she is located was quarantined due to the **coronavirus.** She was set on a $ 25 million bond. The next court hearing was scheduled for this Thursday.

## In photos: The 10 properties in the US of the heirs of La Luz del Mundo church





1 / 36    Naasón Joaquín García, who in 2014 assumed the leadership of La Luz del Mundo and is now accused of
sexual abuse of minors in Los Angeles, owns at least six houses in the United States. Its total value is 2.17
million dollars.

Credit: Damian Dovarganes / AP

## Univision

ADVERTISING

😊➕  👍🤬😮  TWENTY                                                              ↗  SHARE



RELATED :

**CHILD ABUSE**
·
**PEDERASTY**

- POLICEMAN
- CALIFORNIA
- THE ANGELS

**CONTENIDO PATROCINADO** Recomendado por Outbrain






**[Fotos] Una camarera**
xfreehub

**[Fotos] La mayoría de la gente no**
Lifestyle Latino

**Arizona lanza nueva**
noticia.auto-savings.com

**Un Vegetal Que Te Destruye**
preservemyhealth.com

More content of your interest


**JUSTICE**

# Family sues Los Angeles police officer for fondling the breasts of a woman's body

Agent David Rojas forgot to deactivate his body camera and his action was recorded on video. Elizabeth Bagget's mother considers the act "horrible and disgusting."

**JORGE MACIAS**

13 AUG 2020 - 06:00 PM EDT

 REACTION TO

 SHARE

New! Click here to react ✕





The family of Elizabeth Baggett, 34, who died unexpectedly in October 2019 at her Los Angeles residence, sued **Los Angeles Police Department (LAPD)** agent David Rojas, whom they accuse of fondling the woman's body. who had died.

Rojas, 27, four years old at the LAPD, was recorded by his own body camera. After the events, he allegedly showed the video to some of his colleagues.

El policía fue demandado por haber acariciado los pechos y los pezones de la mujer , según indican documentos judiciales entregados a Univision Noticias, que alegan también invasión de la privacidad, infligir intencionalmente angustia emocional, negligencia, mal manejo de restos humanos y otros delitos. La demanda ha sido presentada a nombre de la madre, Janet Baggett, el viudo Preston Sertich y su hijo Michael Sertich, Jr.

Rojas fue sido suspendido del trabajo, dijo a Univision Noticias el portavoz de **LAPD**, William Cooper.

**"Hay una investigación de la Oficina de Asuntos Internos",** dijo Cooper. "No podemos hacer más comentarios".

RELACIONADOS

**Presunto asesino de la menor Patricia Alatorre se negó a comparecer ante la corte**

COMPARTE 

**"Nunca había tenido un caso tan horrendo y perturbador como este"**, dijo a Univision Noticias la abogada Gloria Allred, que representa a la familia de Elizabeth Bagget. "El caso es una prueba de que no solamente representa una violación de la ley, sino también de todos los estándares de la decencia humana".

Durante una conferencia en sus oficinas, al lado de la abogada Allred se encontraba Janet Bagget la madre de Elizabeth, enjugándose las lágrimas.

"Me enfurece que este hombre tuviera tan poco respeto por otro ser humano, nuestra Elizabeth, por no tener la idea de que ella es hija, nieta y madre de alguien", dijo Janet Bagget en una declaración escrita entregada a Univision Noticias.

"Nosotros, su familia, tenemos noches de insomnio, si es que podemos dormir", añadió. "**Yo personalmente me despierto con sudor de las pesadillas que me persiguen sobre los acontecimientos de la muerte de Elizabeth.** Los días no son mucho mejores; a menudo se llenan de lágrimas y conmoción constante. Hay unas palabras para ello: pesadillas de día".

La familia de Elizabeth Bagget incluyó en la demanda a la ciudad de Los Ángeles, buscando daños no especificados en un juicio con un jurado.

**"Solo quiero justicia para mi hija por este acto horrible y repugnante"**, añadió Janet Bagget en su declaración. "Vivo con el temor de que el video se haga público y se agregue otra devastación a lo que ya es insoportable".

## El hijo de 15 años reclama justicia

La abogada de la familia, Gloria Allred, leyó una declaración de Michael Sertich, Jr., el hijo de 15 años de Baggett.

"Cuando era más joven, quería estar en las fuerzas de aplicación de la ley admirando a los héroes, ayudar a otros, arrestar criminales y salvar vidas", escribió Michael Sertich, Jr. "A David Rojas: Después de perder a mi mamá y procesar lo que le hiciste en su momento de necesidad, no puedo dormir. **Todo lo que puedo pensar es, "¿Por qué? ¿Como pudiste hacer algo como eso? ¿Por qué crees que algo así es aceptable? Tenías que saber que lo que estabas haciendo era indudablemente incorrecto e inmoral".**

El adolescente agregó: "Mi confianza en la policía para hacer lo correcto ha sido violada por este acto vergonzoso del que fue [víctima] mi madre".

El policía David Rojas, de 27 años, supuestamente tocó el pecho de Elizabeth Baggett mientras estaba solo en la habitación con el cadáver el 20 de octubre. Él y su compañero habían respondido a una investigación en la casa del centro de Los Ángeles donde ella murió.

RELACIONADOS

**Documentos de la corte: niña de 13 años conoció a su presunto asesino en las redes sociales**

COMPARTE

8/13/2020    Second bail hearing of the leader of La Luz del Mundo ends without decision and with new revelations, Univision    Univision

Case 2:20-cv-01437-FWS-AS    Document 85-8    Filed 08/13/20    Page 12 of 23   Page
ID #:2164

Rojas supuestamente había desactivado su cámara corporal de LAPD, pero el acto fue captado en video cuando volvió a encenderlo porque los dispositivos tienen períodos de almacenamiento en búfer de dos minutos para capturar lo que sucede justo antes de que se activen, según una persona informada sobre el incidente que anteriormente habló con The Associated Press. La persona no estaba autorizada a discutir públicamente el caso y anteriormente habló con AP bajo condición de anonimato.

Rojas fue acusado en enero de tener contacto sexual con restos humanos sin autorización. **En enero de este año se declaró no culpable** y enfrenta hasta tres años en una prisión estatal si es declarado culpable.

Está en libertad bajo fianza y está programado para regresar a la corte el 15 de septiembre, según muestran los registros en línea.

En este caso, la **Liga Protectora de la Policía de Los Ángeles (LAPPL)**, el sindicato que representa a los oficiales de base, se ha negado a pagar las facturas legales de Rojas. Su abogado, **David Ernenwein** no respondió a una petición de entrevista con Univision Noticias.

Rob Wilcox, spokesman for Los Angeles City Attorney **Mike Feuer** , told Univision Noticias that **"we will review the complaint and have no further comment at this time."**

# Energetic protests over the death of an African American end with more than 80 detainees in California (photos)



LOADING GALLERY

REACTION TO

SHARE

**New! Click here to react** ✕

RELATED : **JUSTICE** •

**CALIFORNIA**
•
**VIOLATIONS**
•
**POLICEMAN**
•
**THE ANGELS**



¿QUÉ PIENSAS?

Cargando encuesta...

In alliance with

More content of your interest



 NEWSLETTERS

OTHER PAGES

APPS

UNIVISION

NEWS

TUDN

UFORIA

NOW

ABOUT UNIVISION

Privacy Policy

ADA Web Accessibility

Don't Sell My Personal Information

Products and services

Privacy Policy

Jobs

Do Not Sell My Personal Information

Ad Specifications

Terms of use

Media Kit

Terms of Use

FAQ

Company information

Parental TV Guides

Advertising Choices

Tag Publisher Sourcing Disclosure

Copyright. © 2020 .

Univision Communications Inc.

All Rights Reserved.

SECCIONES        UNIVISION              EN VIVO ▶

TV SHOWS    **NOTICIAS**    FAMOSOS    DEPORTES    RADIO

 NOTICIAS

ABUSO INFANTIL

# Segunda audiencia de fianza del líder de La Luz del Mundo termina sin decisión y con nuevas revelaciones

Por segunda vez en un año testifica uno de los oficiales de la Fiscalía de California que revisa el iPhone y otros dispositivos electrónicos del dirigente de la iglesia La Luz del Mundo. El policía señala que varios mensajes de textos e imágenes incriminan al pastor evangélico en actos sexuales indebidos.

    **ISAIAS ALVARADO**    🐦 Follow
                        5 AGO 2020 – 09:42 PM EDT

  20                                     COMPARTE

¡Nuevo! Presiona aquí para reaccionar    ✕



Naasón Joaquín García, líder de la iglesia La Luz del
Mundo, en una audiencia sobre su fianza en la Corte
Superior de Los Ángeles, California, el 4 de agosto de
2020. Él enfrenta 23 cargos en un caso que cita 36
delitos graves por supuestamente agredir
sexualmente a cinco fieles de su congregación.
Crédito: Univision

Nuevos detalles sobre las acusaciones de abuso
sexual contra **el líder de la iglesia La Luz del
Mundo** surgieron en la segunda audiencia en la que
analizaron si le conceden el derecho a salir libre
bajo fianza por **36 nuevos cargos criminales**
interpuestos por la Fiscalía de California la semana
pasada.

En una vista judicial realizada este miércoles en la
Corte Superior del condado de Los Ángeles, un
agente del Departamento de Justicia de California

testificó que una de las cinco acusadoras le compartió a las autoridades varios mensajes de textos, en los cuales conversa con Naasón Joaquín García **sobre usar drogas y alcohol para convencer a las presuntas víctimas,** cuyas edades no fueron reveladas.

'"Jane Doe 4' (como identifican a la testigo) proporcionó una serie de mensajes de texto que ella intercambió con García en los que ella describe el abuso sexual contra mujeres y también el uso de drogas y alcohol para hacerlas más obedientes", dijo **Troy Holmes,** agente especial de la Fiscalía estatal, quien se presentó en la corte en julio de 2019 por el caso anterior, que fue desestimado debido a una falla técnica.

Holmes testificó bajo juramento en el tribunal por pedido de los abogados de Joaquín García, quienes dijeron no estar satisfechos con que el juez George Lomelí solo recibiera el testimonio escrito del oficial.

Las supuestas conversaciones entre 'Jane Doe 4' y el acusado ya habían sido expuestas en **una moción** que la Fiscalía estatal presentó en el antiguo caso. Dicho documento menciona un mensaje de texto en el que el llamado 'Apóstol de Jesucristo' discute sobre "usar 'Ruffys' para drogar a las víctimas para que ellas no recuerden lo que les pasó".

La misma moción, sometida en diciembre, señala que tras revisar el teléfono de la coacusada Susana Medina Oaxaca, quien se encuentra libre tras pagar una fianza de 150,000 dólares, encontró que éste le enviaba mensajes de texto **con "el nombre de la niña que quería" para tener relaciones sexuales.**

8/13/2020 Segunda audiencia de fianza del líder de La Luz del Mundo termina sin decisión y con nuevas revelaciones | Noticias Univision Criminali…

Case 2:20-cv-00437-FWS-AS Document 85-8 Filed 03/13/20 Page 18 of 23 Page ID #:2170

El agente Holmes relató que la testigo, una de las cinco mujeres que denunciaron al líder evangélico, le envió estas charlas cuando estaba en México y ahora son parte de la evidencia. La defensa trató de restarle credibilidad a esas conversaciones, alegando que la Fiscalía **le ofreció "inmunidad" a 'Jane Doe 4'** y subrayando que las charlas en cuestión no estaban en el iPhone del líder religioso.

El policía explicó que los textos se integraron a la evidencia porque "comparamos los términos usados y el lenguaje que se sabe usa el señor García; son similares en naturaleza, como 'Hijo de Dios', 'Apóstol', él es la única persona en la iglesia llamado 'Hijo de Dios' y 'Apóstol'".

La declaración de este agente, por otro lado, matizó los alegatos contra el dirigente de La Luz del Mundo. Esta vez aclaró que en su celular y otros dispositivos electrónicos encontraron "más de 10,000" imágenes sexuales, pero de pornografía legal. Y mencionó, sin dar un número exacto, que **"muchas muchas" imágenes que analizó podrían ser catalogadas como pornografía infantil.**

Precisó que existe un video en el que Joaquín García participa en un trío sexual con un menor y una de las coacusadas, la fugitiva Azalea Rangel. El año pasado, el agente describió que el líder evangélico se refleja en un espejo mientras grababa dicho abuso.

"Hay un acto en el que participó el señor García con un adolescente de 15 años", insistió Holmes, agregando que la supuesta víctima ya fue

identificada por un familiar y por la testigo 'Jane Doe 4'.

Fue el propio Holmes quien arrestó al pastor evangélico el 3 de junio de 2019, cuando llegó en un jet privado al aeropuerto de Los Ángeles (LAX) y le decomisó de su mano un iPhone. Luego encabezó el registro de su residencia ubicada a un costado de un templo de La Luz del Mundo en el Este de Los Ángeles.

RELACIONADOS

**Fue atacado tras denunciar al exlíder de La Luz del Mundo y consiguió asilo en EEUU: el periplo de Moisés Padilla**

COMPARTE

## El pastor con "un par de millones de dólares"

Hay dos pedidos en torno a la fianza de 50 millones impuesta a Naasón Joaquín García, la más alta impuesta en el condado de Los Ángeles. Por un lado, la defensa solicita que le den una más baja alegando que el director internacional de La Luz del Mundo no tiene tanto dinero. Por el otro, los

8/13/2020 Segunda audiencia de fianza del líder de La Luz del Mundo termina sin decisión y con nuevas revelaciones | Noticias Univision Criminali…

Case 2:20-cv-01437-FWS-AS Document 85-8 Filed 08/13/20 Page 20 of 23 Page ID #:2172

fiscales piden que éste permanezca en la cárcel hasta que inicie su juicio.

La audiencia de este miércoles se inició con el testimonio de un agente de fianzas, Morris Demayo, quien dijo haber conversado con un contador de Joaquín García, quien le aseguró que éste **solo tiene "un par de millones de dólares"** y al menos una propiedad, por lo cual no podría cubrir una fianza tan elevada.

Demayo afirmó que su capital no llega "ni a 10 millones de dólares" y se queda "por mucho" por debajo de la cifra de 50 millones de dólares que quieren que pague para salir libre. Dijo que indagó con dos compañías de fianzas y éstas rechazaron el caso por la situación financiera del acusado.



"Se hacen pasar como víctimas y son los victimarios": mujer que destapó el escándalo sexual de iglesia La Luz del Mundo

Pero **una investigación de Univision Noticias**

8/13/2020　　Segunda audiencia de fianza del líder de La Luz del Mundo termina sin decisión y con nuevas revelaciones | Noticias Univision Criminali…

Case 2:20-cv-01437-FWS-AS　Document 85-8　Filed 03/13/20　Page 21 of 23　Page ID #:2173

descubrió que Joaquín García es dueño de al menos seis propiedades en California, Texas y Florida valoradas en **2.1 millones de dólares.** Mientras que su hermano mayor, Benjamín Joaquín, obispo de esa iglesia, es dueño de un rancho en Texas que vale 2.2 millones de dólares y una casa en un exclusivo barrio de Los Ángeles que valorada en 843,000 dólares.

La Fiscalía aseguró el año pasado que el dirigente de La Luz del Mundo **gastó un día 100,000 dólares realizando compras en Beverly Hills y que viajaba constantemente en jet privado.** Por años, los críticos de esta iglesia se preguntan cómo amasó una fortuna su dirigente, quien alega ser un simple empleado de ésta.

Cabe señalar que desde la primera audiencia de fianza la defensa había pedido que se revelara la identidad de las cinco presuntas víctimas de Joaquín García, pero el juez Lomeli lo rechazó este miércoles. "La corte prohibirá revelar la identidad de cualquiera de los testigos", enfatizó el magistrado.

En las audiencias pasadas no se presentó la coacusada Alondra Ocampo porque la unidad en la cárcel donde se encuentra fue puesta en cuarentena debido al coronavirus. A ella se le impuso una fianza de 25 millones de dólares. Para este jueves se programó la siguiente vista judicial.

## En fotos: Las 10 propiedades en EEUU de los herederos de la iglesia La Luz del Mundo



CARGANDO GALERÍA

20                                    COMPARTE



**¡Nuevo!** Presiona aquí para reaccionar    ×

**ABUSO INFANTIL**
•
**PEDERASTIA**
•
**POLICÍA**
•
**CALIFORNIA**
•
**LOS ANGELES**

Más contenido de tu interés
⌄