**English Translation of CNN Report:**
**"Defense of Naasón Joaquín García requests presentation**
**of alleged victims of sexual abuse"**
**By Gonzalo Alvarado, CNN Posted at 20:52 ET (00:52 GMT) August 11, 2020**

*Original video available online at*
https://cnnespanol.cnn.com/video/naason-joaquin-garcia-audiencia-defensa-presentacion-vicitmas-menores-de-edad-abuso-sexual-iglesia-luz-del-mundo-gonzalo-alvarado-live-perspectivas-mexico/

| | |
|---|---|
| News Reporter (Mario): | "This Tuesday, a hearing took place in Los Angeles regarding the case of religious leader of La Luz del Mundo, Naason Joaquin Garcia. Let's go to my colleague, Gonzalo. How are you, Gonzalo?" |
| Gonzalo Alvarado: | "Mario, good afternoon. I'm well, thank you. Indeed, there is a preliminary hearing underway. Last week, judge Lomeli augmented Naason Joaquin's bail from 50 million to 90 million dollars. This hearing took of to an unusual start, with the defense and prosecution being advised that this case would be heard by judge Ronald Coen instead of judge Lomeli, who preceded the bail hearing. According to a spokesperson of the Superior Court of Los Angeles, this hearing could take from 7 to 10 days. Meaning, this hearing could go well into the next week so that the judge may decide if there is sufficient evidence to start the trial against Naason Joaquin Garcia. During the first hearing, the prosecution called on its first witness, Tom Holmes, a special agent from the California department of justice, who also testified in the bail hearing. This is one of the agents who claims to have participated in the arrest of Joaquin Garcia in June of last year and in the search of the self-proclaimed apostle's residence in Southern California. Here, the agent allegedly seized electronic devices containing thousands of pornographic images, photos, and videos where, according to the agent, Joaquin appears to be having sexual relations with minors under the age of 18. In some cases, he appears to be drugging the victims in order to abuse them. During today's hearing, Joaquin Garcia's legal defense is asking the judge to demand that the prosecution present the victims that they've interviewed, stating that by not providing names they are disabling the defense from creating a substantial argument. To this, the judge says that the prosecution reserves the right to protect the identities of the victims, as they are minors. However, Coen says that while he is honoring the request of the prosecution to keep these victims anonymous, he may change his mind and demand that the victims testify what they've experienced with the apostle, Naason Joaquin Garcia. That being said, Joaquin Garcia has remained in jail since his arrest in July of last year when the California Attorney General |

|  |  |
|---|---|
|  | filed 26 charges against him. These charges were later dismissed by the Northern California court of Appellations this past April. Since then, the prosecution has presented 36 more charges against Naason Joaquin Garcia, which they are currently discussing. We will know how this preliminary hearing concludes the following week. |
| News reporter: | This will be a crucial moment. Clearly, the defense is pushing the part about the witnesses because if there are no witnesses, there is no case. That being said, everything has a limit. If the prosecution continues to be demanded that they present their witnesses, they will eventually have to. A minor's public testimony would be absolutely damning for Naason Joaquin Garcia. At that point, the defense will have to assess how far they can go with their argument." |