**English Translation of Gonzalo Alvarado News Report**
**Post on Facebook on August 11, 2020**
*Original video available online at*
https://www.facebook.com/592866892/videos/10158304802326893/

| | |
|---|---|
| Gonzalo Alvarado: | "This Tuesday, August 8th, the preliminary hearing against the leader of the religious organization La Luz del Mundo, Naason Joaquin Garcia, commenced in the superior court of Los Angeles. George Lomeli, the judge who preceded the bail hearing, raised the bail from 50 million to 90 million dollars. Joaquin Garcia also expected this judge to precede the preliminary hearing. However, Lomeli passed the case to another judge, Ronald Coen. This Tuesday, judge Coen allowed the prosecutors to present their first witness, Troy Holmes, a special agent with the department of Justice. Holmes participated in the arrest of Naason Joaquin Garcia in June of last year and aided in the search of the self-proclaimed apostle's residence. In the Southern California residence, various electronic devices, phones, and tablets were seized, containing thousands of pornographic images, photos and videos allegedly involving Naason Joaquin Garcia. During this preliminary hearing, Holmes was questioned for 6 to 8 hours by the prosecution regarding the evidence he obtained during the search. Holmes states there are various pornographic videos. Joaquin Garcia's legal defense ask the judge to demand that the prosecution present victims to testify, stating that they have no names to verify the existence of these victims. Judge Coen is allowing the prosecution to reserve the right not to present victims for 7 to 10 days while the preliminary hearing ensues in order to protect their identities. If and when the trial commences, he may change his mind and demand that the prosecution provide these victims to testify their experience at the hands of Naason Joaquin Garcia. This is just the beginning of the preliminary hearing of Naason Joaquin Garcia, who has remained in jail since his arrest in June, now under a new bail set at 90 million dollars. Now, he faces 36 new criminal charges, 22 of which are serious accusations involving child sexual assault, according to judge Lomeli. So this preliminary hearing is only beginning and could run into the end of next week, where we may find if there is enough evidence to initiate a trial against Naason Joaquin Garcia." |