1  DEBORAH S. MALLGRAVE, State Bar No. 198603
    *DMallgrave@GGTrialLaw.com*
2  DESIRÉE N. MURRAY State Bar No. 330079
    *DMurray@GGTrialLaw.com*
3  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Telephone: (949) 383-2800
5  Facsimile: (949) 383-2801

6  MICHAEL G. FINNEGAN, State Bar No. 241091
    *Mike@AndersonAdvocates.com*
7  JENNIFER E. STEIN, State Bar No. 300775
    *Jennifer@AndersonAdvocates.com*
8  JEFF ANDERSON & ASSOCIATES
   11812 San Vincente Boulevard, #503
9  Los Angeles, California, 90049
   Telephone: (310) 357-2425
10 Facsimile: (651) 297-6543

11 Attorneys for Plaintiff SOCHIL MARTIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN | Case No. 2:20-cv-01437-ODW-AS<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE (AND RELATED RULE 26(f) CONFERENCE)** |

Case No. 2:20-cv-01437-ODW-AS

[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE (AND RELATED RULE 26(f) CONFERENCE)

| | |
|---|---|
| 1<br>2<br>3 | ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>    Defendants. |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  THIS MATTER having come before the Court on Plaintiff's *Ex Parte*
2  Application to continue the Scheduling Conference (and Related Rule 26(f) Discovery
3  Conference), and the Court having considered the moving and responding papers filed
4  by the parties, and with good cause appearing for such application,

5  **IT IS HEREBY ORDERED** that the Scheduling Conference presently
6  scheduled for September 14, 2020, shall be continued to _____, 2020, at \_\_
7  \_\_\_\_\_. All deadlines based on the date of the Scheduling Conference, including but
8  not limited to the deadline for the parties to hold a Rule 26(f) discovery conference,
9  are also continued and shall be set based on the new date for the Scheduling
10 Conference.

12 DATED: _____

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE