UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-01437-ODW-(ASx) | Date | August 17, 2020 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of the pending motion to stay, the Court vacates the Scheduling Conference and will reset one if necessary. Accordingly, the Court **DENIES as moot** Plaintiff's ex parte request (ECF No. 85) and Defendants' motion to compel participation in a 26f Conference (ECF No. 49.)

**IT IS SO ORDERED.**

_____ : _____00_____

Initials of Preparer    SE