
Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:  (310) 593-9980

Attorneys for specially appearing
Defendant Rahel Garcia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**SPECIALLY APPEARING DEFENDANT RAHEL GARCIA'S EVIDENTIARY OBJECTIONS TO DECLARATION OF DEBORAH MALLGRAVE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Date: August 31, 2020<br>Time: 1:30 p.m.<br>Ctrm: 5D<br><br>Action filed: February 12, 2020<br><br>[Filed concurrently: Reply in support of motion to dismiss] |

DEFENDANT R. GARCIA'S EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION

Specially appearing Defendant Rahel Garcia ("Ms. Garcia") hereby submits the following evidentiary objections to the Declaration of Deborah S. Mallgrave (Docket No. 84-1) ("Mallgrave Declaration") in support of Opposition to Motion to Dismiss Defendant Rahel Garcia.

**OBJECTIONS TO DECLARATION OF DEBORAH S. MALLGRAVE**

| Mallgrave Declaration ¶ | Defendant Garcia's Objections | Ruling |
|---|---|---|
| ¶ 3: "Publicly available information obtained from Lexis Nexis lists the Kissimmee Address as one of two current residences for Defendant García. Attached as **Exhibit B** is a true and correct copy of the Lexis Nexis Report for Defendant García." | Lacks foundation, lacks personal knowledge, inability to authenticate. Ms. Mallgrave cannot authenticate the document because she took no part in its creation.<br><br>FRE 601, 602, and 901. | |
| ¶ 4 (lines 18-22): "This address is further identified publicly as García's address on websites such as whitepages.com. Attached as **Exhibit C** is a true and correct copy of a screenshot from the whitepages.com report for 308 North Arizona Avenue, last visited on August 10, 2020." | Lacks foundation, lacks personal knowledge, inability to authenticate. Ms. Mallgrave cannot authenticate the document because she took no part in its creation.<br><br>FRE 601, 602, 901. | |
| ¶ 8: "On August 5, 2020, Michelle Sanchez from the United | Lacks foundation, lacks personal knowledge, and hearsay. Ms. | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | States Post Office called Ms. Murray to inform her that García currently receives mail at 308 North Arizona Avenue. Attached as **Exhibit D** is a true and correct copy of the letter returned to my firm confirming that García does not have a change of address order on file from 308 North Arizona Avenue, the address at which Sanchez confirmed that García currently receives mail." | Mallgrave offers a statement from a third party made to another third party for the truth of the matter asserted.<br><br>FRE 601, 602, 801, and 804. |
| 13<br>14<br>15<br>16<br>17 | ¶ 9 (lines 11-12): "Despite the front gate being open and hearing signs of people inside, no one would answer the door to accept service." | Lacks foundation, lacks personal knowledge, speculation.<br><br>FRE 601 and 602. |
| 18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | ¶ 10: "My firm has reviewed the Lexis Nexis property report for 308 North Arizona Avenue which shows that all of García's children have, at various times, identified 308 North Arizona Avenue as their primary residence. Attached as **Exhibit F** is a true and correct copy of the 308 North Arizona Avenue Lexis Nexis report." | Lacks foundation, lacks personal knowledge, speculation and conclusory. Ms. Mallgraves cannot authenticate the document. Ms. Mallgraves has no basis to determine whether the individuals listed are Garcia's children or whether this was their "primary residence." |

28

DEFENDANT R. GARCIA'S EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION
2

| | | | |
|---|---|---|---|
| 1 | | FRE 601, 602, and 901. | |
| 2 | ¶ 11: "On March 13, 2020, Plaintiff began attempting service on García at her declared place of business – the California corporation "Fundación Eva García de Joaquín," located at 28899 San Timoteo Canyon Road, Redlands, California ("Redlands Address"). García is identified on the incorporation paperwork filed with the state of California as the Chief Executive Officer of the corporation. Attached as **Exhibits G and H** are true and correct copies of the Articles of Incorporation and Statement of Information filed with the California Secretary of State on behalf of Fundación Eva García de Joaquín as retrieved from the California Secretary of State website on August 3, 2020." | Lacks personal knowledge, lacks foundation, speculation, conclusory. Ms. Mallgrave has no basis to determine what Garcia's "declared place of business" is. Ms. Mallgrave cannot authenticate the documents.<br><br>FRE 601, 602, and 901. | |
| 24 | ¶ 12: "Publicly available documents list the current owner of the Redlands Address as Defendant La Luz Del Mundo. | Lacks foundation, lacks personal knowledge, irrelevant. Ms. Mallgrave cannot authenticate the documents. | |

DEFENDANT R. GARCIA'S EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION

3

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Attached as **Exhibits I and J** are true and correct copies of two Grant Deeds for 28899 San Timoteo Canyon Rd, Redlands, CA 92373, filed in San Bernardino County, California on July 6, 2001." | FRE 401, 402, 403, 601, 602, and 901. | |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | ¶ 17: "According to public records, Defendant García owns properties in both Orlando, Florida and Los Angeles, California. Attached as **Exhibit N** is a true and correct copy of the Warranty Deed for 833 Evangeline Avenue, Orlando, Florida, 32809, filed in Orange County Florida on September 19, 2002. Attached as **Exhibit O** is a true and correct copy of the Grant Deed for 108 N. Dangler Avenue, Los Angeles, California 90022, filed in Los Angeles County California on December 29, 1988." | Lacks foundation, lacks personal knowledge. Ms. Mallgrave cannot authenticate the documents.<br><br>FRE 601, 602, and 901. | |
| 25<br>26<br>27 | ¶ 18: "According to public records, La Luz Del Mundo or other affiliates of La Luz Del | Lacks personal knowledge, lacks foundation, irrelevant. Ms. Mallgrave cannot authenticate | |

28

DEFENDANT R. GARCIA'S EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION

4

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | Mundo own other properties where service was attempted on García. Attached as **Exhibit P** is a true and correct copy of the Deed of Trust for 308 North Arizona Avenue, Los Angeles, California, 90022, filed in Los Angeles County California on April 3, 2006. Attached as **Exhibit Q** is a true and correct copy of the General Warranty Deed for 139 Milta Lane, Kissimmee, Florida 34743, filed in Osceola County Florida on May 30, 2019." | the documents.<br><br>FRE 401, 402, 403, 601, 602, and 901 | |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | ¶ 19 (lines 3-6): "García's Lexis Nexis report identifies United States addresses for García, without break, since at least 1992, and shows that Defendant García currently holds a valid driver's license in the state of Texas, and has previously held a driver's license in Florida." | Lacks personal knowledge, lacks foundation, speculation, conclusory. Miss Mallgraves cannot authenticate the document. Ms. Mallgraves implies that because an address is listed on the unreliable public records report that Defendant has lived at those addresses as her residence.<br><br>FRE 601, 602, and 901. | |

28

DEFENDANT R. GARCIA'S EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION

5

| | |
|---|---|
| ¶ 20: "A Lexis Nexis report for the Redlands Address shows at least eight different organizations or corporations associated with the address, including Fundación Eva García de Joaquín, Eben-Ezer Ranch, and La Luz Del Mundo, d/b/a Rancho Caballo. Attached as Exhibit R is a true and correct copy of the Redlands Address Lexis Nexis report." | Lacks personal knowledge, lacks foundation, Irrelevant. Miss Mallgraves cannot authenticate the document. Registering multiple corporations for the same address does not establish any facts.<br><br>FRE 401, 402, 403, 601, 602, and 901. |

Dated: August 17, 2020                    BROWN NERI SMITH & KHAN, LLP


                                          By:   /s/ Geoffrey A. Neri
                                                Geoffrey A. Neri

                                          Attorneys for specially appearing
                                          Defendant Rahel Garcia

DEFENDANT R. GARCIA'S EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION

6

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 17, 2020.

DATED: August 17, 2020

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Ethan J. Brown
Ethan J. Brown