Alan Jackson (SBN 173647)
ajackson@werksmanjackson.com
Caleb Mason (SBN 246653)
cmason@werksmanjackson.com
WERKSMAN, JACKSON & QUINN LLP
888 W. 6th St. 4th Floor
Los Angeles, California 90017
Telephone:  (213) 688-04600
Facsimile:   (213) 624-1942
Attorneys for Defendant
*Naason Joaquin-Garcia*

Attorneys for Defendants
NAASON JOAQUIN GARCIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>    Defendants. | Case No.: 2:20−cv−01437 ODW (ASx)<br><br>**[PROPOSED] ORDER ON DEFENDANT NAASON JOAQUIN GARCIA'S MOTION TO QUASH SERVICE ON BEHALF OF DEFENDANT LA LUZ DEL MUNDO AND FOR DISMISSAL OF DEFENDANT LA LUZ DEL MUNDO**<br><br>Complaint Filed:  February 12, 2020<br>Trial Date:           None Set<br><br>District Judge:   Otis D. Wright, II<br>Courtroom:         5D, 5th Floor<br>Magistrate Judge:  Alka Sagar<br>Courtroom:         540, 5th Floor<br><br>DATE: SEP. 21, 2020<br>TIME:  1:30 p.m.<br>CTRM: 5D |

i

The motion to quash service on named defendant La Luz Del Mundo, an unincorporated association, and/or to dismiss claims against La Luz Del Mundo, is GRANTED.  Service on named defendant La Luz Del Mundo is quashed, and all claims against La Luz Del Mundo are dismissed with prejudice.

IT IS SO ORDERED.

_____                    _____
DATED                                     Hon. Otis D. Wright, II
                                          United States District Judge