# EXHIBIT 1

DECLARATION OF CALEB MASON

## L.R. 7-3 correspondence, Martin v. Garcia et al.

 Caleb Mason
To  Deborah Mallgrave; Geoff Neri; Reed Aljian; Alan Jackson



7/22/2020

Ms. Mallgrave,

I write per Local Rule 7-3.  On or about July 15, 2020, our client Naason Joaquin-Garcia was delivered legal
process directed to the named defendant "La Luz Del Mundo" (LLDM).  Mr. Garcia objects to that service and
intends to move to quash that service on the ground that it is insufficient and not effective to serve Mr. Garcia
individually with papers for LLDM.  As we discussed in our meet-and-confer call on May 27, 2020, LLDM is a
religion, like Judaism or Catholicism.  There is no discrete organized corporate or other entity called "LLDM," any
more than there is one called "Catholicism."  Your co-counsel Mr. Anderson's own long practice history with the
Catholic Church exemplifies this distinction, and the impropriety of attempting to sue and serve a religion, as
opposed to individuals and organized corporate entities.  As we illustrated in our opposition to your motion to
strike Mr. Garcia's answer (see Ex. 4 to the Jackson Declaration in support of our opposition), Mr. Anderson does
not sue "Catholicism"; he sues individual priests, bishops, and dioceses.  We know of no example of a court
allowing a lawsuit against an entire religion, as opposed to an organized corporate entity or individual.  In this
case, you have sued multiple individuals and two identified entities, in addition to attempting to sue LLDM
itself.  Mr. Garcia has already been served in his capacity as an individual defendant, and has already answered
the complaint.  Delivering papers to Mr. Garcia directed to LLDM itself is ineffective service, because LLDM itself
is not a legal entity that can sue or be sued.  We ask that you withdraw your claims against "LLDM itself," and
withdraw any claim to have served "LLDM itself" based on delivery of papers to Mr. Garcia.

We request a teleconference to discuss the proposed motion.  We are available at your convenience at any time
tomorrow (7/23), Friday (7/24) or Monday (7/27).  Please let me know your preferred time at your earliest
convenience.

Additionally, if you intend to oppose our motion, we request a 14-day extension for our filing deadline.

Sincerely,

Caleb

**Caleb Mason**
Partner
**Werksman Jackson & Quinn LLP**
888 W. 6th St. Fourth Floor
Los Angeles CA 90017
213-688-0460