Reed Aljian (State Bar No. 211010)
 ra@dallp.com
Rochelle Calderon Rotea (State Bar No. 325417)
 rochelle@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone:  949.861.2524
Facsimile:  949.269.6364

Attorneys for Defendants
COMMUNICATION CENTER BEREA U.S.A. LLC,
Erroneously sued as INTERNATIONAL BEREA USA,
ALMA ELIZABETH JOAQUIN, erroneously sued as
ALMA ZAMORA DE JOAQUIN, and ADORAIM
JOSADAC JOAQUIN, erroneously sued as
ADORAIM JOAQUIN ZAMORA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| SOCHIL MARTIN,<br><br>   Plaintiff,<br><br>   v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>   Defendants. | Case No.: 2:20−cv−01437 ODW (ASx)<br><br>**DECLARATION OF REED ALJIAN IN SUPPORT OF MOTION TO QUASH AND/OR DISMISS**<br><br>Complaint Filed: February 12, 2020<br>Trial Date: None Set<br><br>District Judge: Otis D. Wright, II<br>Courtroom: 5D, 5th Floor<br>Magistrate Judge: Alka Sagar<br>Courtroom: 540, 5th Floor<br><br>DATE: September 21, 2020<br>TIME: 1:30 p.m.<br>CTRM: 5D |
|---|---|

# DECLARATION OF REED ALJIAN

1. I am a partner at the law firm Daily Aljian LLP (the "Firm"), counsel of record for COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA, ALMA ELIZABETH JOAQUIN, erroneously sued as ALMA ZAMORA DE JOAQUIN, and ADORAIM JOSADAC JOAQUIN, erroneously sued as ADORAIM JOAQUÍN ZAMORA (collectively, "Defendants"). I am licensed to practice before all courts in the State of California and the United State District Court for the Central District of California. I am the attorney primarily responsible for the representation of Defendants in this Civil Action. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based upon my own personal knowledge.

2. On July 27, 2020, pursuant to Local Rule 7-3, I participated in a conference call with Caleb Mason, Geoff Neri, and Deborah Mallgrave to meet and confer regarding a potential motion by Defendant Naason Joaquin Garcia to quash service of summons and complaint and/or to dismiss (the "Motion").

3. I have reviewed Mr. Mason's Declaration in Support of the Motion that summarizes the discussions that took place during that call. The declaration accurately summarizes the discussions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 19, 2020 in Newport Coast, California.

                                        Reed Aljian /s
                                        Reed Aljian

ALJIAN DECLARATION ISO MOTION TO QUASH AND/OR DISMISS