# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sochil Martin, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV20-01437-ODW (ASx) |
| v. | |
| La Luz Del Mundo et al | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| August 19, 2020 | 9 | Motion to Quash Service Upon Defendant |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☑ The hearing date has been rescheduled to September 22, 2020 at 10:00 a.m.
☐ Other

Clerk, U.S. District Court

Dated: August 24, 2020        By: Alma Felix (213) 894-1587
                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge