# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sochil Martin,<br><br>PLAINTIFF(S)<br>v.<br>La Luz Del Mundo et al<br><br>DEFENDANT(S) | CASE NUMBER<br>CV 20-01437-ODW (ASx)<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Notice to Filer of Deficiencies in Electronically Filed Documents & Response by the Court

Filed date: August 24, 2020     Document Number(s): 93 and 94

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Motion hearing (Docket No. 90) is re-set before District Judge Wright for original date of September 21, 2020 at 1:30 p.m. Courtesy copies will be re-routed from Judge Sagar to Judge Wright.

CLERK, U.S. DISTRICT COURT

Date: August 25, 2020     By: / s / Alma Felix (213) 894-1587
                               Deputy Clerk