# EXHIBIT B

RECORDING REQUESTED BY

81-305774068

AND WHEN RECORDED MAIL TO

Name: Iglesia Del Dios Vivo
Street Address: 112 North Arizona
City & State: Los Angeles, CA 90022

RECORDED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
1 MIN. 9 A.M. AUG 3 1981
PAST

FEE $4

MAIL TAX STATEMENTS TO

/ SAME AS ABOVE
IGLESIA DEL DIOS VIVO
COLUMNA Y APOYO DE LA VERDAD

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

## Individual Quitclaim Deed

THIS FORM FURNISHED BY TICOR TITLE INSURERS

TO 1922 CA (1-75)   A.P.N. _____

The undersigned grantor(s) declare(s):
Documentary transfer tax is $ __None__ .
( ) computed on full value of property conveyed, or
( ) computed on full value less value of liens and encumbrances remaining at time of sale.
( ) Unincorporated area: ( ) City of _____, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Rafael Valle and Juana Valle, husband and wife as joint tenants.

hereby REMISE(S), RELEASE(S) AND FOREVER QUITCLAIM(S) to

Iglesia Del Dios Vivo, Columna y Appollo De La Verdad, Inc.

the following described real property in the   County of   Los Angeles
State of California:

Lots 45 and 46 in Block 2 of Maravilla Park, in the County of Los
Angeles, State of California, as per map recorded in Book 18,
Page 168 of Maps, in the office of the County Recorder of said County.

A.P.N. 5235-012

Dated  8-3-81

RAFAEL VALLE
JUANA VALLE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } SS.
On 8-3-81 before me, the undersigned, a Notary Public in and for said State, personally appeared
RAFAEL VALLE +
JUANA VALLE
_____, known to me
to be the personS whose nameS ARE subscribed to the within
instrument and acknowledged that THEY executed the same.
WITNESS my hand and official seal.

Signature _____

OFFICIAL SEAL
LEON O. BLOW
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Exp. Sept. 3, 1982

(This area for official notarial seal)

Title Order No. _____ Escrow or Loan No. _____

MAIL TAX STATEMENTS AS DIRECTED ABOVE