# EXHIBIT D

8/31/2020 (2) La Luz Del Mundo on Twitter: "Comunicado Manifestamos nuestra confianza en la honorabilidad del Apóstol de Jesucristo, Naasón J…

Case 2:20-cv-01437-FWS-AS Document 98-5 Filed 08/31/20 Page 2 of 2 Page ID #:2315





Twitter

- Home
- Explore
- Notifications (1)
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

← Tweet

**La Luz Del Mundo**
@iglesialldm

Comunicado

Manifestamos nuestra confianza en la honorabilidad del Apóstol de Jesucristo, Naasón Joaquín García, estando seguros que en las posteriores etapas del proceso se demostrará su inocencia.

Translate Tweet

5:19 PM · Aug 18, 2020 · Twitter Web App

463 Retweets   115 Quote Tweets   1.1K Likes

**alex ram** @alex_ramirez_bp · Aug 18
Replying to @iglesialldm
Así es, todo a su tiempo!
#Honorable

2     5

Pat Smith
@PatSmit83184661



Search Twitter

**Relevant people**

La Luz Del Mundo
@iglesialldm
Somos La Luz del M[undo]… misión es anunciar [a] Jesucristo a toda la [...] dirección del Apósto[l ...] García

**What's happening**

MLB · 1 hour ago
Orioles at Blue Jays
Trending with: Stripling and PTBN

#MoreSmilesPerGallon
Kool-Aid Man's crashing thr[ough] double the fun vs. soda!
⬈ Promoted by Kool-Aid Man

Politics · Trending
Don't Jump
13.8K Tweets

MLB · LIVE
Mariners at Angels