# EXHIBIT E

# English Translation of La Luz Del Mundo Tweet posted on Twitter on August 18, 2020

*Original tweet available online at*
https://twitter.com/iglesialldm/status/1295878130989662209

Release

We express our confidence in the honorability of the Apostle of Jesus Christ, Naasón Joaquín García, being sure that his innocence will be proven in the later stages of the process.

The Ministry of Social Communications and Public Relations of the church La Luz del Mundo informs that, in the Apostle of Jesus Christ Naason Joaquin Garcia's case, after six days in the preliminary hearing, the California Attorney General presented the same unproven accusations made by the same anonymous declarants, including a new anonymous witness they provided. Despite all the ostentation that the attorney general made today, we wish to emphasize that essentially the same case is being presented which was already dismissed by the appeals court and confirmed by the California Supreme Court on April 7.

It is important to note that a preliminary hearing does not determine whether a defendant is guilty or innocent. The preliminary hearing is the stage prior to a trial, in which, essentially, the Court decides whether a defendant should respond to the allegations made against him.

We want to note that, under this minimum standard of proof, almost all cases go to trial after the preliminary hearing. At the preliminary hearing, the law requires a very low standard of evidence from the Prosecutor; Today, the Court stated that the level of evidence required to go to trial is "extremely low." However, in the evidentiary stage this evidence would be inadmissible, since in the trial, the unsubstantiated allegations are not valid, since the prosecutor has the obligation to prove their case beyond any reasonable doubt.

During the next stage, the prosecution will continue asking the Court and the media to accept its suspicions, not the evidence, but the anonymous testimonies alleging reckless assertions. We categorically affirm that in a trial, rumors and biased accusations, no matter how scandalous they may seem, are not evidence and therefore will never be sustained by the facts.

We reiterate our confidence in the honorability of the Apostle of Jesus Christ, and that in the subsequent stages of the process, the team that makes up his legal defense will prove his innocence.

Los Angeles, California August 18, 2020
Ministry of Social Communications and Public Relations