# EXHIBIT F

Daniel P. Potter, Clerk
Electronically RECEIVED on 11/12/2019 at 3:19:20 PM

Daniel P. Potter, Clerk
Electronically FILED on 11/12/2019 by Melissa Uribe, Deputy Clerk

CASE #: B302119

COURT OF APPEAL
STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT

| | | |
|---|---|---|
| NAASON JOAQUIN GARCIA, | ) | WRIT NO.: |
| | ) | |
| Petitioner, | ) | TRIAL CASE NO.: |
| | ) | BA475856 |
| v. | ) | |
| | ) | |
| SUPERIOR COURT OF CALIFORNIA | ) | |
| FOR THE COUNTY OF LOS ANGELES, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| | ) | |
| THE PEOPLE OF THE STATE OF | ) | |
| CALIFORNIA, | ) | |
| | ) | |
| Real Party in Interest. | ) | |
| | ) | |

# LODGING OF EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF PROHIBITION AND/OR MANDAMUS

The following exhibits are hereby lodged in support of the Petition

for Writ of Prohibition and/or Mandamus filed concurrently herewith:

## EXHIBIT INDEX

| EXHIBIT | DOCUMENT | BATES # |
|---|---|---|
| | **VOLUME I OF III** | |
| Exhibit A | Felony Complaint | BS000003 |
| Exhibit B | Reporter's Transcript of June 21, 2019 Proceedings | BS000023 |
| Exhibit C | Amended Felony Complaint | BS000068 |
| Exhibit D | Reporter's Transcript of July 15, 2019 Proceedings | BS000087 |
| Exhibit E | Reporter's Transcript of July 16, 2019 Proceedings | BS000218 |

| Exhibit F | Reporter's Transcript of August 2, 2019 Proceedings | BS000274 |
|-----------|------------------------------------------------------|----------|

DATED: November 12, 2019          WERKSMAN JACKSON & QUINN LLP

By: _____
       Alan Jackson
       Kelly C. Quinn
       Caleb Mason
       Attorneys for Defendant
       Naason Joaquin Garcia

# EXHIBIT B

BS000023

16

```
 1   TO SUPPLEMENT IT AND NOT OVER- -- OVERDO IT, BUT THE
 2   ISSUES THAT YOU JUST RAISED WE ADDRESSED IN THE BRIEF.
 3              THE CHURCH FINANCES FROM OUR CLIENT IS
 4   ABSOLUTELY SEPARATE.  HE IS A SALARIED EMPLOYEE.  THERE IS
 5   DECLARATIONS IN THE FILING THAT SAY THAT THERE IS NOT A
 6   SINGLE BANK ACCOUNT THAT IS CONTROLLED BY THE CHURCH THAT
 7   HE'S A SIGNATORY ON.  HE -- THE -- THE PLANES THAT HAVE
 8   BEEN PROVIDED FOR HIM TO GO TO RELIGIOUS EVENTS ARE PAID
 9   FOR BY THE CHURCH AND ARE AUTHORIZED AND MANAGED BY THE
10   CHURCH.
11              THE CHURCH HAS MADE IT VERY CLEAR THAT
12   THEY WILL NOT BE PROVIDING ANY RESOURCES FOR THE CRIMINAL
13   DEFENSE IN THIS CASE AND THAT HE HAS NO AUTHORITY TO
14   DIRECT THE MOVEMENT OF MONEY WHATSOEVER.  SO WHAT'S LEFT
15   IS BASICALLY -- IT'S LIKE THE SIMILAR EXAMPLE I USE OF THE
16   CATHOLIC CHURCH.  IT'S WORTH BILLIONS AND BILLIONS, IF NOT
17   TRILLIONS, OF DOLLARS.  JUST BECAUSE THE CHURCH HAS THAT
18   WEALTH, THERE'S BEEN A MISAPPLICATION TO AN INDIVIDUAL
19   THAT THAT -- AND IT'S SPECULATIVE -- THAT IS NOT SUPPORTED
20   BY ANY EVIDENCE THAT'S BEEN PRESENTED TO THIS COURT.
21              SO WHAT WE DO HAVE IS A RELATIVELY LIMITED
22   AMOUNT OF PERSONAL RESOURCES THAT HAVE BEEN IDENTIFIED IN
23   A SEARCH WARRANT OF SOME CASH AND SOME PRECIOUS METALS.
24   SO IF THE COURT WANTED TO TAKE THAT INTO ACCOUNT, NOTHING
25   ABOUT THAT WAS ILLICIT.  THERE'S NO ALLEGATION OR OFFENSE
26   IN THIS CASE THAT ANY PROCEEDS OR MONEYS THAT ARE
27   ASSOCIATED WITH MR. GARCIA ARE ILLICIT.
28              SO WHAT IS THE REASON WE'RE TREATING THIS
```

# EXHIBIT E

BS000218

```
 1    THIS CASE WHATSOEVER THAT THE PARENTS KNEW OF ANY OF THIS
 2    ABUSE.
 3                 AND TO AGAIN SLANDER AN ENTIRE RELIGION
 4    BECAUSE THEY FEEL LIKE IT, THEY THINK IT HELPS THEIR CASE
 5    FOR THE MOMENT, IS RECKLESS AND IRRESPONSIBLE.
 6                 AND THAT IS WHY WE WANTED TO HAVE RELIGIOUS
 7    EXPERTS THAT WOULD BREAK DOWN THE TRADITIONS OF THIS CHURCH,
 8    THE STRUCTURE OF THE CHURCH, THEIR MANDATORY ABUSE REPORTING
 9    THAT THEY'VE HAD IN EXISTENCE FOR A LONG PERIOD OF TIME.
10                 AND EVEN IN AREAS THAT DON'T HAVE MANDATORY
11    REPORTING FOR PASTORS, THEY REQUIRE THEIR PASTORS TO HAVE
12    MANDATORY REPORTING.
13                 THIS IS RECKLESS, IRRESPONSIBLE SLANDERING OF
14    A RELIGION FOR A SHORT-TERM GOAL OF TRYING TO GET AN
15    EMOTIONAL REACTION TO GET A NO BAIL SITUATION.
16                 ALL RIGHT.  SO I AM GLAD THERE WAS A
17    DISCUSSION INITIALLY ABOUT CONDITIONS BECAUSE I THINK THAT
18    THE ATTORNEY GENERAL RECOGNIZED THAT WE SHOULD BE DISCUSSING
19    THAT.
20                 ANY CONCERNS THEY HAD, ANY CONCERNS THEY HAVE
21    RIGHT NOW, WE ARE WILLING TO, WE ARE WILLING TO WORK WITH.
22    WE NEED TO CHANGE LOCATIONS TO A HOTEL ROOM?  WE'LL DO IT.
23    IF THE CONCERN IS THE PROXIMITY TO ANYTHING, LET US KNOW
24    WHAT IT IS.  WE WILL WORK.
25                 HE IS PRESUMED INNOCENT.  I UNDERSTAND THAT IF
26    THERE ARE CERTAIN FINDINGS MADE THAT THAT COULD BE OVERCOME.
27    BUT THE ASSUMPTION IN THIS COUNTRY IS YOU ARE NOT PUNISHED
28    THROUGH BAIL.  THE PUNISHMENT OCCURS AFTER ADJUDICATION OF A
```

```
 1            THE COURT:  THANK YOU.

 2                 ALL RIGHT.  THANK YOU, COUNSEL.

 3                 AS TO MR. GARCIA, I AM GOING TO HOLD HIM

 4   WITHOUT BAIL.  THE COURT HAS TO FIND FACTS EVIDENCED, THE

 5   FACTS ARE EVIDENT AND THE PRESUMPTION GREAT AS STATED BY THE

 6   CALIFORNIA CONSTITUTION.  IT MEANS THAT THE EVIDENCE AND THE

 7   RECORD AS INDICATED WOULD BE SUFFICIENT TO SUSTAIN A

 8   CONVICTION.

 9                 AND I HAVE TO FIND BY CLEAR AND CONVINCING

10   EVIDENCE THERE IS A SUBSTANTIAL LIKELIHOOD THE PERSON'S

11   RELEASE WILL RESULT IN GREAT BODILY HARM TO OTHERS.  IN RE:

12   NORDIN TALKS ABOUT THAT.  IN RE:  WHITE TALKS ABOUT THAT.

13                 IN THIS CASE, YOU'VE GOT A DEFENDANT GARCIA

14   WHO OVER A PERIOD OF SEVERAL YEARS IS ALLEGED TO HAVE RAPED

15   YOUNG WOMEN, YOUNG GIRLS, THAT IS, FORCIBLY ORALLY COPULATED

16   YOUNG GIRLS.

17                 THESE JANE DOE'S HAVE COME FORWARD AND TALKED

18   ABOUT, COME FORWARD AND TALKED ABOUT THE PREDATORY ACTS BY

19   MR. GARCIA ON THEM AND THE SEXUAL VIOLENCE DONE BY MR.

20   GARCIA TO THEM.  THESE YOUNG GIRLS WERE PRESSURED TO STAY IN

21   THE GROUP TO DO SEXUAL ACTS WITH GARCIA.

22                 AND WHAT IS, AND TO THE COURT, THE USE OF

23   RELIGION IN THIS CASE -- I UNDERSTAND COUNSEL WANTED TO TALK

24   TO ME, YOU KNOW, ABOUT WHAT THE RELIGION STANDS FOR, THE

25   MANDATORY ABUSE REPORTING.  BUT I AM ACCEPTING -- FOR

26   PURPOSES OF A BAIL REVIEW, I AM ACCEPTING THESE ALLEGATIONS

27   AS TRUE.

28                 AND THESE GIRLS HAVE COME FORWARD AND TALKED
```

1   ABOUT THE SEXUAL ACTS PERPETRATED BY MR. GARCIA UPON THEM.

2   HE OBVIOUSLY IS NOT COMPLYING WITH MANDATORY ABUSE

3   REQUIREMENTS.  HE IS NOT COMPLYING NECESSARILY WITH THE

4   TENETS OF THIS RELIGION THAT MAY HAVE BEEN TESTIFIED TO.

5           I AM ACCEPTING THEIR ALLEGATIONS AS TRUE FOR

6   PURPOSES OF BAIL REVIEW.  WE ARE NOT TRYING THE CASE HERE.

7   BUT FOR PURPOSES OF BAIL REVIEW, I ACCEPT THE ALLEGATIONS AS

8   TRUE.

9           AND FRANKLY, BASED UPON EVIDENCE THAT I HEARD

10  YESTERDAY, I DO FIND THAT THERE IS ENOUGH EVIDENCE TO

11  SUSTAIN A CONVICTION.  BECAUSE IN THIS CASE, YOU HAVE VERY

12  DETAILED ALLEGATIONS BY JANE DOE'S 1, 2, 3, AND 4.

13          YOU ALSO HAVE AN INORDINATE AMOUNT OF

14  PORNOGRAPHY, CHILD PORNOGRAPHY, VIDEOS ON MR. GARCIA'S

15  TELEPHONE AND IPAD.

16          AND REASON AND COMMON SENSE DICTATES TO THIS

17  COURT -- AND THAT'S, YOU KNOW, BEYOND A REASONABLE DOUBT,

18  USE REASON, USE COMMON SENSE -- THAT THESE IMAGES ARE MR.

19  GARCIA'S; THAT THESE WERE NOT SOMEHOW PLANTED ON HIS PHONE

20  BY SOME SORT OF CONSPIRACY AGAINST HIM.

21          SO I FIND THAT IN THIS CASE THAT THERE IS

22  CERTAINLY ENOUGH EVIDENCE TO SUSTAIN A CONVICTION, AND I DO

23  FIND THAT HE IS A GREAT RISK TO THE COMMUNITY.

24          THE USE OF RELIGION IN THIS CASE, THE WAY HE

25  HAS POWER OVER THESE PEOPLE AS A LEADER OF THIS CHURCH -- I

26  MEAN, RELIGION WAS USED AGAINST THESE GIRLS.  THEY WERE TOLD

27  IF THEY DIDN'T COMPLY, THEY WERE SINNING.  THEY WERE TOLD

28  THAT A KING COULD HAVE MISTRESSES.