# EXHIBIT H



# State of California
## Secretary of State

### Statement of Information
(Domestic Nonprofit, Credit Union and General Cooperative Corporations)

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| N |

**FT53386**

# FILED

In the office of the Secretary of State
of the State of California

**JAN-09 2018**

---

**1. CORPORATE NAME**

IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD

**2. CALIFORNIA CORPORATE NUMBER**    C0589424

This Space for Filing Use Only

---

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|

112 N. ARIZONA AVENUE, LOS ANGELES, CA 90022

| 4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
|---|---|---|---|

AMISADAI MONTERO    124 S BONNIE BEACH PLACE, LOS ANGELES, CA 90063

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

AURELIO ZAVALETA    112 N. ARIZONA AVENUE, LOS ANGELES, CA 90063

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

BANI AZRIEL PINEDA    5348 VIA SAN DELARRO STREET APT #4, LOS ANGELES, CA 90022

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

AMISADAI MONTERO    124 S BONNIE BEACH PLACE, LOS ANGELES, CA 90063

---

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

**8. NAME OF AGENT FOR SERVICE OF PROCESS** [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

AMISADAI MONTERO

| 9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

124 S BONNIE BEACH PLACE, LOS ANGELES, CA 90063

---

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

**11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.**

| 01/09/2018 | NICHOLAS ANTHONY YNDA | ATTORNEY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2016) | APPROVED BY SECRETARY OF STATE |
|---|---|



**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD |
| Entity (File) Number: | C0589424 |
| File Date: | 03/03/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GD71548 |

**Detailed Filing Information**

1. Entity Name:

   IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD

2. Business Addresses:

   a. Street Address of Principal Office in California:

   112 N Arizona Ave
   Los Angeles, California 90022
   United States of America

   b. Mailing Address:

   112 N Arizona Ave
   Los Angeles, California 90022
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Jose Hernandez
   112 N Arizona Ave
   Los Angeles, California 90022
   United States of America

   b. Secretary:

   Bani Azriel Pineda
   5348 Via San Delarro St, Apt #4
   Los Angeles, California 90022
   United States of America

Document ID: GD71548

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

**c.** Chief Financial Officer:

Amisadai  Montero
124 S Bonnie Beach Place
Los Angeles, California 90063
United States of America

**4.** Agent for Service of Process:

Amisadai  Montero
124 S Bonnie Beach Place
Los Angeles, California 90063
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Amisadai Montero

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document Number: GD71548



| N |
|---|

# State of California
## Secretary of State

### Statement of Information
**(Domestic Nonprofit, Credit Union and General Cooperative Corporations)**

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G185329**

# FILED

**In the office of the Secretary of State of the State of California**

**NOV-18 2018**

---

**1. CORPORATE NAME**

IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, 'LA LUZ DEL     MUNDO', LONG BEACH, CA.

**2. CALIFORNIA CORPORATE NUMBER**

C1925987

This Space for Filing Use Only

---

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 785 JUNIPERO AVE, LONG BEACH, CA 90804 | | | |

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JACOB JIMENEZ | 775 JUNIPERO AVE, LONG BEACH, CA 90804 | | | |

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| ROSIE JOYA | 2523 E 11TH STREET, LONG BEACH, CA 90804 | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| GABRIEL J ANDRADE | 799 JUNIPERO AVE, LONG BEACH, CA 90804 | | | |

---

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

**8. NAME OF AGENT FOR SERVICE OF PROCESS** [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

ROSIE JOYA

| 9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2523 E 11TH STREET, LONG BEACH, CA 90804 | | | |

---

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

**11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.**

| 11/18/2018 | ROSIE JOYA | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2016) | APPROVED BY SECRETARY OF STATE |
|---|---|

**20-011016**

| Secretary of State<br>**Statement of Information**<br>(California Nonprofit, Credit Union and<br>General Cooperative Corporations) | **SI-100**<br>**83** |
| --- | --- |

**FILED**
Secretary of State
State of California

**FEB 14 2020**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00;**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

NF
This Space For Office Use Only

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State)

C1925987
IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, 'LA
LUZ DEL MUNDO'LONG BEACH CA,
785 JUNIPERO AVE

**2. 7-Digit Secretary of State File Number**

**C1925987**

**3. Business Addresses**

| a. Street Address of California Principal Office, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| 785 JUNIPERO AVE | LONG BEACH | CA | 90804 |
| b. Mailing Address of Corporation, **if different than item 3a** | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Officers** — The Corporation is required to enter the names and addresses of **all** three of the officers set forth below. An additional title for Chief Executive Officer or Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ | First Name | Middle Name | Last Name | | Suffix |
| --- | --- | --- | --- | --- | --- |
| GABRIEL | | J | ANDRADE | | |
| Address | | City (no abbreviations) | State | Zip Code | |
| 799 JUNIPERO AVE | | LONG BEACH | CA | 90804 | |
| b. **Secretary** | First Name | Middle Name | Last Name | | Suffix |
| GERARDO | | | CAJERO | | |
| Address | | City (no abbreviations) | State | Zip Code | |
| 1129 GAVIOTA | | LONG BEACH | CA | 90804 | |
| c. Chief Financial Officer/ | First Name | Middle Name | Last Name | | Suffix |
| ROSIE | | | JOYA | | |
| Address | | City (no abbreviations) | State | Zip Code | |
| 2523 EAST 11TH STREET | | LONG BEACH | CA | 90804 | |

**5. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 5a and 5b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | | Suffix |
| --- | --- | --- | --- | --- |
| ROSIE | | JOYA | | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code | |
| 2523 EAST 11TH STREET | LONG BEACH | CA | 90804 | |

**CORPORATION** – Complete Item 5c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 5a or 5b |
| --- |
| |

**6. Common Interest Developments**

☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). See Instructions.

**7. The Information contained herein, including in any attachments, is true and correct.**

| 02/08/2020 | ROSIE JOYA | CFO | |
| --- | --- | --- | --- |
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-100 (REV 11/2019)

2019 California Secretary of State
bizfile.sos.ca.gov



N

# State of California
## Secretary of State

### Statement of Information
**(Domestic Nonprofit, Credit Union and General Cooperative Corporations)**

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G074489**

# FILED

**In the office of the Secretary of State of the State of California**

**SEP-30 2018**

| 1. **CORPORATE NAME** |
|---|
| IGLESIA DEL DIOS VIVO. COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO,SAN JOSE, CA |

| 2. **CALIFORNIA CORPORATE NUMBER** | |
|---|---|
| C2494859 | This Space for Filing Use Only |

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3.  STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1675 ALUMROCK AVE, SAN JOSE, CA 95116 | | | |

| 4.  MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
|---|---|---|---|
| JONATAN CORTES BANUELOS   521 N 5TH ST, SAN JOSE, CA 95112 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5.  CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| AGUSTIN  AHUMADA   19 N KING RD, SAN JOSE, CA 95116 | | | | |

| 6.  SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JUAN CARLOS AVERANGA   1355 EDEN AVE. #B9, SAN JOSE, CA 95117 | | | | |

| 7.  CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JONATAN CORTES BANUELO   1588 CRUCERO DR #3, SAN JOSE, CA 95122 | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

| 8.  NAME OF AGENT FOR SERVICE OF PROCESS | [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.] |
|---|---|
| JONATAN CORTES BANUELOS | |

| 9.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | STATE | ZIP CODE |
|---|---|---|
| 521 N 5TH ST, SAN JOSE, CA 95112 | | |

**Common Interest Developments**

| 10. ☐ | Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.).  The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a).  Please see instructions on the reverse side of this form. |
|---|---|

11.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 09/30/2018 | JONATAN CORTES BANUELO | CFO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2016) | APPROVED BY SECRETARY OF STATE |
|---|---|

20-017177



**Secretary of State
Statement of Information**
(California Nonprofit, Credit Union and
General Cooperative Corporations)

**SI-100**

**92**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00;**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**FILED
Secretary of State
State of California

MAR 1 1 2020**

N F

This Space For Office Use Only

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State)

IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO, SAN JOSE, CA

**2. 7-Digit Secretary of State File Number**

**C2494859**

**3. Business Addresses**

| | City | State | Zip Code |
|---|---|---|---|
| a. Street Address of California Principal Office, if any - Do not enter a P.O. Box — 1675 ALUM ROCK AVE | SAN JOSE | CA | 95116 |
| b. Mailing Address of Corporation, if different than Item 3a — 521 N. 5TH STREET | SAN JOSE | CA | 95112 |

**4. Officers** — The Corporation is required to enter the names and addresses of all three of the officers set forth below. An additional title for Chief Executive Officer or Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| Title | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| a. Chief Executive Officer — JONATAN | | CORTES | BANUELOS | |
| Address 1588 CRUCERO DR #3 | | City SAN JOSE | State CA | Zip 95122 |
| b. Secretary — JUAN | | CARLOS | AVERANGA | |
| Address 1355 EDEN AVE #89 | | City SAN JOSE | State CA | Zip 95117 |
| c. Chief Financial Officer — LUIS | | | RIVAS | |
| Address 1610 BRANHAM LANE #108 | | City SAN JOSE | State CA | Zip 95118 |

**5. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 5a and 5b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) — JONATAN | Middle Name CORTES | Last Name BANUELOS | Suffix |
|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box — 521 N. 5TH STREET | City SAN JOSE | State CA | Zip 95112 |

**CORPORATION** – Complete Item 5c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 5a or 5b

JONATAN CORTES BANUELOS

**6. Common Interest Developments**

☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). See Instructions.

**7. The information contained herein, including in any attachments, is true and correct.**

| 03/08/20 | JONATAN CORTES | CFO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-100 (REV 11/2019)

2019 California Secretary of State
bizfile.sos.ca.gov



| N |
|---|

# State of California
## Secretary of State

## Statement of Information
**(Domestic Nonprofit, Credit Union and General Cooperative Corporations)**

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## G861083
# FILED

**In the office of the Secretary of State of the State of California**

**AUG-12 2019**

1. **CORPORATE NAME**

IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO, OAKLAND, CA, INC.

2. **CALIFORNIA CORPORATE NUMBER**    C2626505

This Space for Filing Use Only

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE

2167 CENTRAL AVE, ALAMEDA, CA 94501

4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE

ELEAZAR MADRID    450 BUENA VISTA AVE 210, ALAMEDA, CA 94501

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

ELEAZAR  MADRID    450 BUENA VISTA AVE 210, ALAMEDA, CA 94501

6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE

SARAH JUDITH SALAZAR    942 THORNTON ST 4, SAN LEANDRO, CA 94577

7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

LIDIA  SAAVEDRA    17754 MEEKLAND AVE 8, HAYWARD, CA 94541

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

8. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

LIDIA  SAAVEDRA

9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE

17754 MEEKLAND 8, HAYWARD, CA 94541

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.).  The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a).  Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 08/12/2019 | LIDIA  SAAVEDRA | AGENT SERVICES | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-100 (REV 01/2016)                                                                      APPROVED BY SECRETARY OF STATE



**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO, OAKLAND, CA, INC. |
| Entity (File) Number: | C2626505 |
| File Date: | 04/05/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GE66876 |

**Detailed Filing Information**

1. Entity Name:

IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO, OAKLAND, CA, INC.

2. Business Addresses:

   a. Street Address of Principal Office in California:

2167 CENTRAL AVE
ALAMEDA, California 94501
United States of America

   b. Mailing Address:

2167 CENTRAL AVE
ALAMEDA, California 94501
United States of America

3. Officers:

   a. Chief Executive Officer:

LISSETH  CRUZ
2167 CENTRAL AVE
ALAMEDA, California 94501
United States of America

   b. Secretary:

ANNA  MORENO
2167 CENTRAL AVE
ALAMEDA, California 94501
United States of America

Document ID: GE66876

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

c. Chief Financial Officer:

LIDIA  SAAVEDRA
17754 MEEKLAND 8
HAYWARD, California 94541
United States of America

4. Agent for Service of Process:

LISSETH  CRUZ
2167 CENTRAL AVE
ALAMEDA, California 94501
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   LISSETH CRUZ

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document Number: GE66876



| N |
|---|

# State of California
## Secretary of State

### Statement of Information
**(Domestic Nonprofit, Credit Union and General Cooperative Corporations)**

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## G778270
# FILED

**In the office of the Secretary of State**
**of the State of California**

## JUL-08 2019

1. **CORPORATE NAME**

   IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO,  WEST LOS ANGELES CALIFORNIA

2. **CALIFORNIA CORPORATE NUMBER**
   C2813215

*This Space for Filing Use Only*

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY    CITY    STATE    ZIP CODE

   1248 E 27 TH ST, LOS ANGELES, CA 90011

4. MAILING ADDRESS OF THE CORPORATION    CITY    STATE    ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/    ADDRESS    CITY    STATE    ZIP CODE
   GASPAR  MATIAS    1248 E 27TH ST, LOS ANGELES, CA 90011

6. SECRETARY    ADDRESS    CITY    STATE    ZIP CODE
   MIGUEL  RODRIGUEZ    1248 E 27TH ST, LOS ANGELES, CA 90011

7. CHIEF FINANCIAL OFFICER/    ADDRESS    CITY    STATE    ZIP CODE
   JUAN  ESCOBAR    1248 E TH ST, LOS ANGELES, CA 90011

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

8. NAME OF AGENT FOR SERVICE OF PROCESS    [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]
   GASPAR  MATIAS

9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**    CITY    STATE    ZIP CODE
   1248 E 27TH ST, LOS ANGELES, CA 90011

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.).  The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a).  Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 07/08/2019 | MIGUEL  RODRIGUEZ | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-100 (REV 01/2016)    APPROVED BY SECRETARY OF STATE



**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO,  WEST LOS ANGELES |
| Entity (File) Number: | C2813215 |
| File Date: | 02/29/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GD59336 |

**Detailed Filing Information**

1. Entity Name:

   IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO,  WEST LOS ANGELES CALIFORNIA

2. Business Addresses:

   a. Street Address of Principal Office in California:

   1248 E  27th st
   LOS ANGELES , California 90011
   United States of America

   b. Mailing Address:

   1248 E  27th st
   LOS ANGELES , California 90011
   United States of America

3. Officers:

   a. Chief Executive Officer:

   GASPAR  MATIAS
   1248 E  27th st
   LOS ANGELES , California 90011
   United States of America

   b. Secretary:

   MIGUEL  RODRIGUEZ
   1248 E  27th st
   LOS ANGELES , California 90011
   United States of America

Document ID: GD59336

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

c. Chief Financial Officer:    JUAN  ESCOBAR
1248 E  27th st
LOS ANGELES , California 90011
United States of America

4. Agent for Service of Process:    MIGUEL  RODRIGUEZ
1248 e 27TH ST
LOS ANGELES , California 90011
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    MIGUEL RODRIGUEZ

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document Number: GD59336



# State of California
## Secretary of State

### Statement of Information
**(Domestic Nonprofit, Credit Union and General Cooperative Corporations)**

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

N

**G504259**

# FILED

**In the office of the Secretary of State**
**of the State of California**

**MAR-18 2019**

---

1. **CORPORATE NAME**

IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD 'LA LUZ DEL MUNDO' CENTRAL SAN BERNARDINO, CA.

2. **CALIFORNIA CORPORATE NUMBER**

C3038991

This Space for Filing Use Only

---

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY       CITY       STATE       ZIP CODE

736 N E ST., SAN BERNARDINO, CA 92410

4. MAILING ADDRESS OF THE CORPORATION       CITY       STATE       ZIP CODE

IGLESIA DEL DIOS VIVO   P.O BOX 26013, SAN BERNARDINO, CA 92406

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/       ADDRESS       CITY       STATE       ZIP CODE
GUILLERMO ZAMORA   2316 N. ARROWHEAD AVE., SAN BERNARDINO, CA 92405

6. SECRETARY       ADDRESS       CITY       STATE       ZIP CODE
DAVID HUERTA   1320 N. MOUNTAIN VIEW AVE., SAN BERNARDINO, CA 92405

7. CHIEF FINANCIAL OFFICER/       ADDRESS       CITY       STATE       ZIP CODE
GUILLERMO ZAMORA   1601 N LUGO AVE, SAN BERNARDINO, CA 92404

---

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

8. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]
ELISA GUIZAR

9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY       STATE       ZIP CODE
2586 COLLEGE DR, SAN BERNARDINO, CA 92410

---

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 03/18/2019 | ELISA GUIZAR | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-100 (REV 01/2016)       APPROVED BY SECRETARY OF STATE



# California Secretary of State
## Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| **Entity Name:** | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD "LA LUZ DEL MUNDO" CENTRAL SAN BERNARDINO, CA. |
| **Entity (File) Number:** | C3038991 |
| **File Date:** | 04/22/2020 |
| **Entity Type:** | Corporation |
| **Jurisdiction:** | CALIFORNIA |
| **Document ID:** | GF06629 |

**Detailed Filing Information**

1. Entity Name:

   IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD "LA LUZ DEL MUNDO" CENTRAL SAN BERNARDINO, CA.

2. Business Addresses:

   a. Street Address of Principal Office in California:

   736 NE St.
   San Bernardino , California 92410
   United States of America

   b. Mailing Address:

   po box 26013
   san bernardino , California 92406
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Norberto  Arjona
   1601 N. Lugo
   san bernardino , California 92404
   United States of America

   b. Secretary:

   Raul  Rangel
   788 W. 21st
   san bernardino , California 92404
   United States of America

Document ID: GF06629

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

c. Chief Financial Officer:

Ela   Garcia
5650 N. D St.
san bernardino, California 92407
United States of America

4. Agent for Service of Process:

Yobany  E.  Chacon
2930 W. Valley  Blvd.
alhambra, California 91803
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Yobany Chacon

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID:  GF06629



N

# State of California
## Secretary of State

### Statement of Information
**(Domestic Nonprofit, Credit Union and General Cooperative Corporations)**

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FV36545**

# FILED

**In the office of the Secretary of State
of the State of California**

**MAR-19 2018**

| 1. CORPORATE NAME |
|---|
| IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO, CITY OF ORANGE |

| 2. CALIFORNIA CORPORATE NUMBER | |
|---|---|
| C3092511 | This Space for Filing Use Only |

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 305 W ALMOND AVE, ORANGE, CA 92866 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| GUILLERMO MORENO | 191 S CYPRESS ST, ORANGE, CA 92866 | | | |

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| LUIS GONZALEZ | 1707 N CONCERTO DR, ANAHEIM, CA 92807 | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| MIGUEL ROSILES | 9042 VONS DR, GARDEN GROVE, CA 92841 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

| 8. NAME OF AGENT FOR SERVICE OF PROCESS | [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.] |
|---|---|
| GUILLERMO MORENO | |

| 9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 191 S CYPRESS ST, ORANGE, CA 92866 | | | |

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 03/19/2018 | GUILLERMO MORENO | DIRECTOR | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2016) | APPROVED BY SECRETARY OF STATE |
|---|---|



## California Secretary of State
Electronic Filing



# Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO,  CITY OF ORANGE |
| Entity (File) Number: | C3092511 |
| File Date: | 03/14/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GE10753 |

**Detailed Filing Information**

1. Entity Name:

   IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO,  CITY OF ORANGE

2. Business Addresses:

   a. Street Address of Principal Office in California:

   305 W. Almond Ave.
   Orange , California 92866
   United States of America

   b. Mailing Address:

   305 W. Almond Ave.
   Orange , California 92866
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Miguel  Rosiles Campos
   9042 Vons Dr.
   Garden Grove , California 92841
   United States of America

   b. Secretary:

   Jose  Luis  Gonzalez
   1707 N. Concerto Dr.
   Anaheim , California 92807
   United States of America

Document ID: GE10753

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

c. Chief Financial Officer:

Abraham   Flores
1120 N. Lemon St.
Orange , California 92867
United States of America

4. Agent for Service of Process:

Yobany   Chacon
2930 W. Valley Blvd.
Alhambra , California 91803
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Miguel Rosiles Campos

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document Number: GE10753



| | N |
|---|---|

# State of California
## Secretary of State

### Statement of Information
**(Domestic Nonprofit, Credit Union and General Cooperative Corporations)**

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G649703**

# FILED
**In the office of the Secretary of State of the State of California**

**MAY-12 2019**

1. **CORPORATE NAME**

   IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD "LA LUZ DEL    MUNDO", SAN DIEGO-SOUTH, CA

2. **CALIFORNIA CORPORATE NUMBER**

   C3363263

   *This Space for Filing Use Only*

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 635 BEYER WAY, SAN DIEGO, CA 92154 | | | |

| 4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| NEPTALI  GONZALEZ | 820 REGULO PLACE #1813, CHULA VISTA, CA 91910 | | | |

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JESUS MAGAÑA | 635 BEYER WAY, SAN DIEGO, CA 92154 | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| RUBEN  HERRERA | 1424 BROADWAY AVE SPACE 28, SAN DIEGO, CA 92154 | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

8. NAME OF AGENT FOR SERVICE OF PROCESS  [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

   NEPTALI  GONZALEZ

| 9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 820 REGULO PLACE #1813, CHULA VISTA, CA 91910 | | | |

**Common Interest Developments**

10. ☐  Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.).  The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a).  Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 05/12/2019 | NEPTALI  GONZALEZ | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2016) | APPROVED BY SECRETARY OF STATE |
|---|---|



**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD "LA LUZ DEL MUNDO", SAN DIEGO-SOUTH, CA |
| Entity (File) Number: | C3363263 |
| File Date: | 03/03/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GD67184 |

**Detailed Filing Information**

1. Entity Name:

   IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD "LA LUZ DEL MUNDO", SAN DIEGO-SOUTH, CA

2. Business Addresses:

   a. Street Address of Principal Office in California:

   635 Beyer Way
   San Diego, California 92154
   United States of America

   b. Mailing Address:

   635 Beyer Way
   San Diego, California 92154
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Jorge  Caraveo
   707 Duoro dr
   Chula Vista, California 91910
   United States of America

   b. Secretary:

   Jesus  Magaña
   635 Beyer Way
   San Diego, California 92154
   United States of America

Document ID: GD67184

# California Secretary of State
Electronic Filing

Officers (Cont'd):

c. Chief Financial Officer:
          Ruben   Herrera
          1424 Broadway ave space 28
          San Diego, California 92154
          United States of America

4. Agent for Service of Process:
          Jorge  Caraveo
          707 Duoro dr.
          Chula Vista, California 91910
          United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Jorge Caraveo

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document Number: GD67184



**State of California**
**Secretary of State**

**Statement of Information**
(Domestic Nonprofit, Credit Union and General Cooperative Corporations)

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

N

**G391729**

# FILED

**In the office of the Secretary of State of the State of California**

**FEB-07 2019**

| 1. CORPORATE NAME |
|---|
| IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO ANTIOCH CA |

| 2. CALIFORNIA CORPORATE NUMBER | |
|---|---|
| C3678114 | This Space for Filing Use Only |

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1824 D ST., ANTIOCH, CA 94509 | | | |

| 4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1824 D ST, ANTIOCH, CA 94509 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JESSICA ELACIO | 521 PARKER LN., ANTIOCH, CA 94509 | | | |

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| ELBA HERNANDEZ | 2116 LEMONTREE WAY #3, ANTIOCH, CA 94509 | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| OSCAR MONTANO | 1919 CAVALLO DR APT.1, ANTIOCH, CA 94509 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

| 8. NAME OF AGENT FOR SERVICE OF PROCESS | [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.] |
|---|---|
| JESSICA ELACIO | |

| 9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1824 D ST, ANTIOCH, CA 94509 | | | |

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 02/07/2019 | JESSICA ELACIO | DIRECTOR | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2016) | APPROVED BY SECRETARY OF STATE |
|---|---|



**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO   ANTIOCH CA |
| Entity (File) Number: | C3678114 |
| File Date: | 05/24/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GF80354 |

**Detailed Filing Information**

1. Entity Name:

IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO   ANTIOCH CA

2. Business Addresses:

   a. Street Address of Principal Office in California:

1824 D St
Antioch , California 94509
United States of America

   b. Mailing Address:

1824 D St
Antioch , California 94509
United States of America

3. Officers:

   a. Chief Executive Officer:

Jessica   Elacio
521 Parker Ln
Antioch , California 94509
United States of America

   b. Secretary:

Elba C Hernandez
305 Snow Flake Way
Pittsburg, California 94565
United States of America

Document ID: GF80354

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

c. Chief Financial Officer:

Oscar  Montano
1919 Cavallo Dr apt#1
Antioch , California 94509
United States of America

4. Agent for Service of Process:

Jessica   Elacio
521 Parker Ln
Antioch , California 94509
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Jessica Elacio

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GF80354



# State of California
## Secretary of State

### Statement of Information
(Domestic Nonprofit, Credit Union and General Cooperative Corporations)

Filing Fee: $20.00. If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| N |
|---|

**FU70701**

# FILED

In the office of the Secretary of State
of the State of California

**FEB-20 2018**

1. **CORPORATE NAME**

IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD "EL BUEN PASTOR"
CHINO, CA.

2. **CALIFORNIA CORPORATE NUMBER**      C3696099

This Space for Filing Use Only

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY    CITY    STATE    ZIP CODE

2180 DARBY STREET, SAN BERNARDINO, CA 92407

4. MAILING ADDRESS OF THE CORPORATION    CITY    STATE    ZIP CODE

ABEL AGUILAR    2180 DARBY STREET, SAN BERNARDINO, CA 92407

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/    ADDRESS    CITY    STATE    ZIP CODE

ABEL AGUILAR    5141 PHILADELPHIA ST. #1, CHINO, CA 91710

6. SECRETARY    ADDRESS    CITY    STATE    ZIP CODE

MOISES ZAMBRANO    926 W. PHILADELPHIA STREET #25, ONTARIO, CA 91762

7. CHIEF FINANCIAL OFFICER/    ADDRESS    CITY    STATE    ZIP CODE

JOEL ALCOCER    2231 GLIMMER WAY, PERRIS, CA 92571

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

8. NAME OF AGENT FOR SERVICE OF PROCESS    [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

MARTIN F DIAZ

9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**    CITY    STATE    ZIP CODE

35245 BRIGGS ROAD, MURRIETA, CA 92563

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 02/20/2018 | ABEL AGUILAR | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-100 (REV 01/2016)    APPROVED BY SECRETARY OF STATE



# California Secretary of State
## Electronic Filing



FILED
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| **Entity Name:** | IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD "EL BUEN PASTOR" MUSCOY, CA. |
| **Entity (File) Number:** | C3696099 |
| **File Date:** | 05/20/2020 |
| **Entity Type:** | Corporation |
| **Jurisdiction:** | CALIFORNIA |
| **Document ID:** | GF72794 |

**Detailed Filing Information**

1. Entity Name:

   IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD "EL BUEN PASTOR" MUSCOY, CA.

2. Business Addresses:

   a. Street Address of Principal Office in California:

      2180 Darby Street
      San Bernardini, California 92407
      United States of America

   b. Mailing Address:

      2180 Darby Street
      San Bernardini, California 92407
      United States of America

3. Officers:

   a. Chief Executive Officer:

      Abel   Aguilar
      5141 Philadelphia St. #1
      Chino, California 91710
      United States of America

   b. Secretary:

      Moises   Zambrano
      926 W. Philadelphia St. #26
      Ontario, California 91762
      United States of America

Document ID: GF72794

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

c. Chief Financial Officer:

Joel   Alcocer
2231 Glimmer Way
Perris, California 92571
United States of America

4. Agent for Service of Process:

Abel  Aguilar
5141 Philadelphia St. #1
Chino, California 91710
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Abel Aguilar

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID:  GF72794



| N |
|---|

# State of California
## Secretary of State

### Statement of Information
(Domestic Nonprofit, Credit Union and General Cooperative Corporations)

**Filing Fee: $20.00. If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G860719**
# FILED
**In the office of the Secretary of State of the State of California**

**AUG-12 2019**

---

1. **CORPORATE NAME**

IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD "LA LUZ DEL     MUNDO", MODESTO, CALIFORNIA

---

2. **CALIFORNIA CORPORATE NUMBER**    C3717017

This Space for Filing Use Only

---

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1024 6TH STREET, MODESTO, CA 95354 | | | |

| 4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1024 6TH STREET, MODESTO, CA 95354 | | | |

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| SUNY MUNOZ | 298 ROWLAND AVE, MODESTO, CA 95354 | | | |

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| SALOMON PEREZ | P.O. BOX 32093, STOCKTON, CA 95213 | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| HECTOR D CASTRO | 1413 RICARDO WAY, MODESTO, CA 95351 | | | |

---

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

8. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

YOBANY CHACON

| 9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2930 W. VALLEY BLVD, ALHAMBRA, CA 91803 | | | |

---

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

---

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 08/12/2019 | SALOMON PEREZ | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2016) | APPROVED BY SECRETARY OF STATE |
|---|---|



**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD "LA LUZ DEL MUNDO", MODESTO, CALIFORNIA |
| Entity (File) Number: | C3717017 |
| File Date: | 03/24/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GE31306 |

**Detailed Filing Information**

1. Entity Name:

   IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD "LA LUZ DEL MUNDO", MODESTO, CALIFORNIA

2. Business Addresses:

   a. Street Address of Principal Office in California:

   1024 6th Street
   modesto, California 95354
   United States of America

   b. Mailing Address:

   1024 6th Street
   modesto, California 95354
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Salomon  Perez
   3590 Sunny Rd.
   Stockton, California 95315
   United States of America

   b. Secretary:

   Ricardo Meza Rodriguez
   310 Linden St.
   Modesto , California 95351
   United States of America

Document ID: GE31306

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

c. Chief Financial Officer:

Hector Castro Jimenez
1413 Ricardo way
Modesto, California 95351
United States of America

4. Agent for Service of Process:

Yobany   Chacon
2930 W. Valley Blvd
Alhambra, California 91803
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Salomon Perez

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document Number: GE31306