1   DEBORAH S. MALLGRAVE, State Bar No. 198603
      *DMallgrave@GGTrialLaw.com*
2   DESIRÉE N. MURRAY, State Bar No. 330079
      *DMurray@GGTrialLaw.com*
3   GREENBERG GROSS LLP
    650 Town Center Drive, Suite 1700
4   Costa Mesa, California 92626
    Telephone: (949) 383-2800
5   Facsimile: (949) 383-2801

6   MICHAEL G. FINNEGAN, State Bar No. 241091
      *Mike@AndersonAdvocates.com*
7   JENNIFER E. STEIN, State Bar No. 300775
      *Jennifer@AndersonAdvocates.com*
8   JEFF ANDERSON & ASSOCIATES
    11812 San Vincente Boulevard, #503
9   Los Angeles, California, 90049
    Telephone: (310) 357-2425
10  Facsimile: (651) 297-6543

11  Attorneys for Plaintiff SOCHIL MARTIN

12

13              **UNITED STATES DISTRICT COURT**

14      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

16  SOCHIL MARTIN,                          Case No. 2:20-cv-01437-ODW-AS

17          Plaintiff,                      **DECLARATION OF SOCHIL
                                            MARTIN**
18      v.

19  LA LUZ DEL MUNDO, an
    unincorporated association, NAASÓN      [Filed concurrently with Plaintiff's
20  JOAQUÍN GARCÍA, an individual, EL       Opposition to Motion to Quash Service
    CONSEJO DE OBISPOS, an                  on LDM; Declaration of Deborah S.
21  unincorporated association,             Mallgrave, and [Proposed] Order]
    INTERNATIONAL BEREA USA, an
22  unincorporated association, GILBERTO
    GARCÍA GRANADOS, an individual,         Date:    September 21, 2020
23  JOSE HERNANDEZ, an individual,          Time:    1:30 p.m.
    UZZIEL JOAQUÍN, an individual,          Ctrm:    5D
24  SILVERIO CORONADO, an
    individual, AURELIO ZAVALETA, an
25  individual, JOSE LUIS ESTRADA, an
    individual, JONATHAN MENDOZA,
26  an individual, ALMA ZAMORA DE
    JOAQUÍN, an individual, BENJAMIN
27  JOAQUÍN GARCÍA, an individual,
    RAHEL JOAQUÍN GARCÍA, an
28  individual, ADORAIM JOAQUÍN

1  ZAMORA, an individual, DAVID
MENDOZA, an individual and DOES 1
2  through 10, inclusive.

3           Defendants.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF SOCHIL MARTIN

I, SOCHIL MARTIN, declare as follows:

1. I am a party in the above-entitled action.  The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. For approximately thirty years I was a member of Defendant La Luz Del Mundo ("LDM") and witnessed firsthand how Defendant LDM operates as a single, commercial enterprise with a hierarchal structure.  I was a fourth generation Unconditional, meaning I was part of an elite group of members within LDM and trusted with information on the organization and structure of LDM.

3. Defendant Naasón Joaquín García is the Apostle and leader of Defendant LDM.  Defendant LDM also has a designated Board of Directors, el Consejo de Obispos, in the United States.  To my knowledge, the Consejo in the United States includes Aurelio Zavaleta, Silverio Coronado, Uzziel Joaquín García, Jonathan Mendoza, Daniel Nunez, Noe Lugo, Jose Hernandez, and Augustine Ahumada.  The LDM organization in Mexico has their own Consejo, which includes Nicolas Menchaca, Gilberto García, Silem García, Jose Moreno, Benjamin Chavez, and Rogelio Zamora.

4. The Consejo divides the United States ministry across four regions – North, South, East, and Central.

5. The Consejo is headquartered in Los Angeles, California at 127 North Kern Avenue near the East Los Angeles location of LDM.

6. The Consejo operates at the administrative and ministerial executive board of LDM, and provides oversight and structure to the local LDM locations.

7. The Consejo, and other formal ministries of LDM, often distribute letters to the entire congregation of members.  Attached as **Exhibit I** is a true and correct copy of a letter I received from Consejo USA signed by Defendants Uzziel Joaquín García and Jonathan Mendoza.

8.      Defendant García and Consejo have a significant amount of authority and oversight over individual churches within LDM.  Defendant García and the Consejo set sermon topics, determine the levels of donations to seek from members, and decide on community activities for the local locations.  All of the local LDM locations act at the bequest of the overarching LDM entity.

9.      The LDM bylaws were included as an exhibit to my criminal file in Mexico, which was provided to me in or around July 2020 by the Federal District Attorney's Office in Mexico.  A copy of the same OCR'd bylaws are provided as **Exhibit J**.  (OCR refers to "optical character recognition", or the process by which a non-digital document is translated into editable text).

10.     The elite LDM members, the Unconditionals or "Los Incondicionales", are established by LDM itself, at the direction of Defendant García.  LDM also has regional bodies throughout the United States divided geographically, and contains separate ministry branches, such as the formal Tesoreria, or Treasury, a Ministry of Honor and Justice, Ministry of Culture, a Ministry of Social Media and Public Relations, a Ministry of Land and Construction, and a Ministry of Financial Administration.

11.     Defendant LDM also owns and operates schools, hospitals, libraries, and other commercial entities.  All of the commercial activities Defendant LDM engages in is to benefit the finances of LDM, including Defendant LDM's communication branch, International Berea USA.  At all official LDM events, Berea instructs members that they cannot take any pictures or footage of their own.  Only Berea is allowed to capture media of LDM events, as they then sell items with such photos or film, or profit from its airing on Berea's dedicated channels.  LDM members are also expected to sell goods on behalf of International Berea, such as food items, prayer shawls, hymn books, and LDM memorabilia.  All of the proceeds from these sales are spent at the discretion of the Apostle, and those funds which are not used for Berea's operations are given directly to the Apostle.

12.    Berea additionally runs operations for various LDM entities, including hospitals, universities, and "charities".  Profits from these entities, such as "RASP" (the Regional Alliance of Student Professionals that purported to be a LDM youth organization intended to help youth members continue their education and find professional work), go to Berea, which then provides funds to LDM.  Berea cannot act in any manner contrary to LDM or the Apostle's wishes.

13.    Caleb Nery, a leader within International Berea, repeatedly warned me and other members of LDM that we cannot even use the logo of Defendant García's initials because it is protected by copyright.

14.    International Berea also airs sermons, publishes LDM statements, sells LDM branded goods, accepts free labor on behalf of LDM, operates LDM "charities", monitors LDM's social media presence.  Messaging from Berea is seen as the same thing as messaging from the church.  LDM spokespeople, such as Jack Freeman and Silem García, operate out of Berea.

15.    I was required, like all members, to make donations to LDM in three categories:  (1) tithings; (2) "special offerings"; and, (3) a "pro templo" donation. Tithings and special offerings are dictated by LDM itself.  The Consejo issues letters to its following at various intervals, describing projects that LDM plans to carry out and the requirement that all members contribute to those projects.

16.    LDM has a money commission established by LDM leadership.  The money commission is responsible for bringing the money to the person established within the Consejo to handle the finances of LDM.  While I was a member of LDM, both Defendant García and Defendant Uzziel Joaquín García were the members who were responsible for overseeing the church finances.

17.    The pro templo donations were the donations that directly benefited the individual locations to allow the locations engage in maintenance of the property and pay taxes.

18.    Defendant LDM also requires its members to sign incorporation records for local LDM locations, put their names on property deed, and sometimes even mortgage liens.

19.    On or about August 28, 2019, Yobany Chacon followed me to a Chick-fil-a restaurant in Pasadena, California (where he began following me).  Chacon is a well-known lawyer for Defendant LDM.  My husband confronted Chacon and told him to leave, escorting Chacon back to his car.  Chacon's car had the license plate "LAW4LDM."  Attached as **Exhibit K** is a true and correct copy of a photo my husband took of Chacon's license plate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 31, 2020



SOCHIL MARTIN

DECLARATION OF SOCHIL MARTIN