# EXHIBIT I



**CONSEJO DE OBISPOS USA**

USA | CANADA | EUROPA | AUSTRALIA | EL CARIBE | AFRICA | ASIA

1 de 2

Oficio N. 166/2019

Los Ángeles Ca. 3 de noviembre de 2019

**PASTORES JURISDICCIONALES Y
DISTRITALES DE LA IGLESIA DEL SEÑOR
P R E S E N T E.-**

La Paz De Dios y la gracia de nuestro señor Jesucristo sea en sus corazones.

Para la celebración del próximo 14 de diciembre, fecha del recuerdo de la gloriosa manifestación de Dios al mundo de que el Apóstol de Jesucristo Naasón Joaquín García, es quien seguiría guiando a su pueblo, en estas lluvias tardías de gracia y bendición, se hace de su conocimiento que, con la finalidad de unificar las actividades a realizar, se les envían las siguientes indicaciones:

Día 14 de diciembre:

- Oración de 5 especial, recordando el momento de la manifestación de Dios al mundo de quien es su elegido, esta se desarrollará en los templos de manera local y cada ministro dará realce a este momento glorioso.

- Por la tarde en las principales plazas públicas de los Estados, se realizará un evento cultural, para seguir dando testimonio al mundo de que hay Siervo de Dios en la tierra. Se puede convocar medios o realizar boletín para enviarlo a los medios más importantes y se publique, para ello, se deberán coordinar con el ministerio de comunicación social y los voceros de las jurisdicciones que les corresponda.

El evento cultural contará con las siguientes actividades:

1. Se abre con un maestro de ceremonias, justificando el motivo del evento y la presencia de toda la iglesia.
2. Se realizará un concierto de cantos del coro.
3. Se instalará una foto galería de los 5 años de trabajo Apostólico, esta información será proporcionada por Berea, quien unificará el material y el diseño.

IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO

 CONSEJO.OBISPOSUSA@GMAIL.COM

 2 de 2

2. Se realizará un concierto de cantos del coro.
3. Se instalará una foto galería de los 5 años de trabajo Apostólico, esta información será proporcionada por Berea, quien unificará el material y el diseño.

**IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO**

CONSEJO.OBISPOSUSA@GMAIL.COM



## CONSEJO DE OBISPOS USA

USA | CANADA | EUROPA | AUSTRALIA | EL CARIBE | AFRICA | ASIA

2 de 2

Oficio N. 166/2019

Los Ángeles Ca. 3 de noviembre de 2019

4. Se proyectará una biografía de los 5 años de ministerio del Apóstol de Jesucristo, esta biografía la realizará Berea.
5. Estando la iglesia reunida en las principales plazas, se grabará un saludo para el Apóstol de Jesucristo felicitándole por un año más de su ministerio.
6. Se cierra el evento con pirotecnia y/o cañones de confeti o luces.
7. Se despide el evento con palabras de uno de los pastores responsables.

Día 15 de diciembre:

- Se realizarán ceremonias de bautismos en los templos, se podrán unir 3 o más iglesias para realizar estos oficios sagrados, se documentarán con fotos y vídeo y se enviará al pastor Jurisdiccional, quien recopilará la información y la enviará al H. Consejo de Obispos.

Sin mas, nos despedimos deseando que Dios les siga prosperando en la encomienda asignada.

Atentamente

Consejo de Obispos USA
Guardia en Turno,
Los Ángeles, Ca.

P.O. Uzziel Joaquín García    P.O. Jonathan Mendoza M.    D.E. Silem García Peña

**IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO**

CONSEJO.OBISPOSUSA@GMAIL.COM