# EXHIBIT J

# ESTATUTO

# DE LA

# IGLESIA DEL DIOS VIVO,

# COUMNA Y APOYO DE LA VERDAD

# LA LUZ DEL MUNDO

# ASOCIACION RELIGIOSA

# JURISDICCION NACIONAL

JUNIO DE 2001

# ÍNDICE

**TITULO PRIMERO**
DISPOSICIONES GENERALES……………………………………………………..1

**TITULO SEGUNDO**
PRINCIPIOS DE DOCTRINA CRISTIANA BÁSICOS…………………………………3

**TITULO TERCERO**
DE LAS RELACIONES SOCIALES DE LA IGLESIA…………………………………

CAPITULO PRIMERO
ANTE EL ESTADO Y LAS AUTORIDADES…………………………………

CAPITULO SEGUNDO
ANTE LOS INDIVIDUOS………………………………………………………….

**TITULO CUARTO**
GOBIERNO ECLESIÁSTICO……………………………………………………………

CAPITULO PRIMERO
CONCEPTOS GENERALES…………………………………………………

CAPITULO SEGUNDO
DEL APOSTOLADO……………………………………………………………

CAPITULO TERCERO
DE LA JERARQUÍA ECLESIÁSTICA…………………………………………

CAPITULO CUARTO
DE LOS MINISTERIOS…………………………………………………………

**TITULO QUINTO**
DE LOS FELIGRESES………………………………………………………………..

**TITULO SEXTO**
DEL CULTO DE ADORACIÓN A DIOS……………………………………………

**TITULO SÉPTIMO**
DE LA ORGANIZACIÓN ECLESIÁSTICA…………………………………………

CAPITULO PRIMERO
DISPOSICIONES GENERALES……………………………………………

CAPITULO SEGUNDO
DE LA ESTRUCTURA TERRITORIAL………………………………………..

CAPITULO TERCERO
DE LA ESTRUCTURA ADMINISTRATIVA…………………………………

APARTADO PRIMERO
DE LA PRESIDENCIA…………………………………………………….

APARTADO SEGUNDO
DEL CONSEJO DE MINISTROS………………………………………..

APARTADO TERCERO
DE LOS MINISTERIOS…………………………………………………

APARTADO CUARTO
DE LAS COMISIONES…………………………………………………

CAPITULO CUARTO
DE LA ESTRUCTURA JURÍDICA………………………………………

APARTADO PRIMERO
DEL REPRESENTANTE LEGAL……………………………………….

APARTADO SEGUNDO
DE LOS DIRECTORES…………………………………………………..

APARTADO TERCERO
DE LOS APODERADOS LEGALES…………………………………

APARTADO CUARTO
DE LOS ASOCIADOS…………………………………………………

**TITULO OCTAVO**
DEL PATRIMONIO ECLESIÁSTICO………………………………………

CAPITULO PRIMERO
DE SU INTEGRACIÓN……………………………………………………

CAPITULO SEGUNDO
DE LOS BIENES INMUEBLES…………………………………………

CAPITULO TERCERO
DE LOS BIENES MUEBLES…………………………………………..

**TITULO NOVENO**
PROCEDIMIENTOS Y RECONVENCIONES………………………

CAPITULO PRIMERO
DEL PROCEDIMIENTO PARA CONVENIR A FELIGRESES………………

CAPITULO SEGUNDO
DEL PROCEDIMIENTO PARA SANCIONAR A MINISTROS…………………

CAPITULO TERCERO
RECONVENCIONES…………………………………………………………

**TITULO DECIMO**
PREVENCIONES GENERALES………………………………………

ARTÍCULOS TRANSITORIOS……………………………………………

**TÍTULO PRIMERO**
**DISPOSICIONES GENERALES**

**ARTÍCULO 1°.- ESTATUTO.-** La IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO, normará su actividad y organización administrativa bajo el presente Estatuto, que será de observancia  general para todos los feligreses y ministros de la misma.

**ARTÌCULO 2°.- DENOMINACIÓN.-** El nombre de la iglesia Revelado por Dios al Apóstol de Jesucristo, hermano Aarón Joaquín González es: IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO (1°Timoteo 3:15 y Mateo 5:14), que para los efectos del presente Estatuto se identificara como "la iglesia". Su denominación exclusiva deberá prevalecer para todo tipo de efectos, sean estos religiosos, legales o de identificación.

Los templos de la iglesia deberán tener en su parte frontal y de manera visible la inscripción: CASA DE ORACIÓN LA LUZ DEL MUNDO.

**ARTÍCULO TERCERO 3°.- UNIVERSALIDAD.-** Las congregaciones establecidas en cada país, son parte de la IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO (Marcos 16:15), las que estarán representadas por quienes designe  el representante de la iglesia.

**ARTICULO 4°.- CONSTITUCIÓN.-** La iglesia remonta su constitución a Jesucristo (Mateo 16;18), nuestro fundamento y fundador (1ª de Corintios 3;11). Bajo la doctrina cristiana, resurge el día 6 de abril de 1926 en la ciudad de Monterrey, y Nuevo León, México.

**ARTICULO 5°.- OBJETIVOS.-** Los objetivos de la iglesia son:

I.- dar a conocer a toda persona, sin distinción o discriminación alguna, el mensaje de salvación espiritual (1ª Timoteo 2:3-4).

II.- Contribuir mediante el evangelio de Jesucristo a la paz y fraternidad entre los hombres como en las naciones (Juan 14;27).

III.- reconciliar a la comunidad con Dios, infundiéndole al hombre la esperanza de la vida eterna mediante la sujeción a las leyes divinas (2ª Corintios 5;19).

IV.- Inculcar a los creyentes el sentido de responsabilidad personal, familiar, cívica y social a través del principio universal de fraternidad cristiana (1ª Juan 4;20 y 1ª Pedro 1;22-23).

**ARTICULO 6°.- SEDE.-** La sede de la iglesia se ubica en la ciudad de Guadalajara, Jalisco, México, sin perjuicio de que pueda ser cambiada a otro lugar del territorio nacional de considerarse necesario a juicio de la presidencia de la iglesia.

Para el eficaz cumplimiento de sus deberes, las jurisdicciones como entidades internas con personalidad jurídica, podrán establecer previa autorización del presidente de la iglesia, un domicilio convencional en sus lugares de residencia.

**ARTICULO 7°.- ORGANIZACIÓN.-** La iglesia cuenta, para su gobierno y administración, con las siguientes estructuras de organización:

I.- para el gobierno espiritual, la jerarquía eclesiástica establecida por la doctrina cristiana (1ª Corintios 12;28 y Efesios 4;11) se constituye de:

- Apóstol de Jesucristo (Efesios 2;20)
- Pastores u Obispos (1ª Timoteo 3;1-7)
- Diáconos (1aTimoteo 3;8-13)
- Misioneros Evangelistas (Lucas 10;1-2)

II.- Para los efectos administrativos, cuenta con un Consejo de Ministros, así como con ministerios, los que serán determinados en cuanto a su número, funciones y titulares por la Presidencia de la Iglesia, quien tendrá en todo tiempo plenas facultades para efectuar los cambios o modificaciones que estime pertinentes.

III.- En cuanto a la organización territorial, existen Distritos que abarcan al conjunto de congregaciones y misiones pertenecientes a una o más entidades federativas o departamentos. Al frente de cada Distrito se designara un Pastor, auxiliado por el número de Diáconos asignados en esta.

IV.- Para ejercer su personalidad jurídica se constituirán las personas morales necesarias, conforme al derecho vigente, mismas que regirán su actuación por lo previsto en el titulo séptimo, capitulo cuarto, del presente Estatuto.

**ARTÍCULO 8°.- INCLUSIÓN.-** La iglesia como portadora del evangelio cristiano, sostiene que toda persona sin distinción de raza, sexo, color, nacionalidad, idioma o situación social, podrá asistir a los servicios de adoración a Dios (Hechos 10:34-35).

**ARTÍCULO 9°.- FELIGRESES.-** Es feligrés de la iglesia toda persona que recibe el bautismo en agua y observa las normas doctrinales.

También son feligreses los menores de catorce años cuyos padres, o uno de ellos, sean reconocidos con dicho carácter.

La iglesia, a través de sus órganos competentes, tiene en todo tiempo el derecho de suspender la condición de feligrés cuando existan infracciones a sus normas de conducta.

**ARTÍCULO 10°.- EMBLEMAS OFICIALES.-** Son emblemas de la iglesia el escudo y la bandera bajo las siguientes descripciones:

ESCUDO.- Se compone de una columna en cuya base se cita Efesios 2; 20. En la parte superior de la columna descansa la Sagrada Biblia, de cuyo interior emana un rayo de luz que ilumina a todo el mundo, con nubes colocadas en la parte superior de la columna y se desplaza circundando al mundo, con la inscripción: "Restauración de la Primitiva Iglesia Cristiana".

Su simbolismo indica:

- La columna significa que la iglesia es apoyo de la verdad (1ª Timoteo 3:15).
- El texto bíblico señala que la Iglesia se encuentra fundad sobre la Autoridad Apostólica que se origina en Jesucristo mismo.
- De la sagrada Biblia, sostenida por la iglesia cual columna, emana un rayo de luz en cumplimiento a lo establecido por Jesucristo: "Vosotros sois la luz del mundo…" (Salmo 119; 105 y Mateo 5; 14).

Las nubes señalan la presencia y protección de Dios para su iglesia como lo fue para con Israel en el desierto (Éxodo 13; 21 y Éxodo 19; 9).

Bandera.- Es lienzo blanco sobre el que esta plasmada la figura de un león en color dorado, y a su lado un tronco del que brota una vara, así como una vara de almendro.

Su simbolismo indica:

- La bandera en color blanco hace alusión a la pureza y fidelidad de la iglesia a Jesucristo (Efesios 2; 27).
- La figura del león simboliza la tribu de Judá, en quien descansaba el cetro, la tarea legislativa y el punto de reunión de las naciones. De esta tribu vino Cristo, quien es el león de la tribu de Judá (génesis 49;8-10 y Apocalipsis 5;5).
- La vara que brota del tronco representa el cumplimiento de la profecía de Isaías (Isaías 11;1), en referencia a Cristo.
- La vara de almendro identifica la elección, porque se remite al sacerdocio de Aarón y al ministerio apostólico que estableció Jesucristo en su iglesia (Hebreos 3;1).

**ARTICULO 11.- GRATUIDAD.-** Todos los servicios religiosos y oficios sagrados que se administran a los feligreses de la Iglesia son gratuitos, en cumplimiento al precepto de Cristo: "…De gracia recibisteis, dad de gracia" (Mateo 10;8).

## TITULO SEGUNDO
## PRINCIPIOS DE DOCTRINA CRISTIANA BASICOS

**ARTICULO 12.- FUENTE DE FE Y DOCTRINA.-** La iglesia proclama como fuente doctrinal la Revelación Divina (2ª Pedro 1;19). Registrada en las Sagradas Escrituras y declarada por la enseñanza apostólica (Romanos 16;25).

**ARTÍCULO 13.- PRINCIPIOS RELIGIOSOS BÁSICOS.-** Los principios religiosos básicos de la iglesia son los siguientes:

I. Creemos en la existencia de Dios, único y universal, 1ª Reyes 8;23: "no hay Dios como tu, ni arriba en los cielos ni abajo en la tierra…".

II. Creemos en Jesucristo, Hijo de Dios, Salvador del mundo. Hechos 8;37: "…creo que Jesucristo es el Hijo de Dios".

III. Aceptamos como verdad que Jesucristo fue concebido por la intervención del Espíritu Santo en el seno de una virgen santa, bienaventurada, de nombre María. Lucas 1;28-35: "Y ahora concebirás en tu vientre, y darás a luz un hijo, y llamaras su nombre JESUS".

IV. Aceptamos la inspiración divina de la Santa Biblia como única y suficiente regla de fe. Juan 5;39, 2ª Timoteo 3;16: "Toda la escritura es inspirada por Dios, y útil para enseñar, para redargüir, para corregir, para instruir en justicia…" .

V. Creemos en el amor de Dios a través del cual hemos sido hechos hijos de Él. Juan 1;12: …"les dio potestad de ser hechos hijos de Dios"…

VI. creemos que la muerte de Jesucristo reivindica al hombre con Dios y que por ese holocausto se alcanza el anhelo humano mas grande: ser acepto y agradable a Dios, Juan 3;16: "Porque de tal manera amo Dios al mundo, que ha dado a su Hijo unigénito, para que todo aquel que en el cree no se pierda , mas tenga vida eterna".

VII. Creemos en la elección y vocación de los Siervos de Dios enviados para manifestar la voluntad divina y la salvación. Gálatas 1;15, Hechos 13;47: …"Te he puesto para luz de los gentiles…".

VIII.   Aceptamos el bautismo de inmersión en agua en el nombre de Jesucristo para el perdón de pecados. Hechos 2;38: "… Arrepentíos, y bautícese cada uno de vosotros en el nombre de Jesucristo  para perdón de pecados…".

IX.   Creemos en el bautismo en Espíritu Santo es la confirmación que Dios da al hombre para el ingreso al Reino de los Cielos. Mateo 3;11: "… él os bautizara en Espíritu Santo y fuego". Juan 3;15 " el que no naciere de agua y del Espíritu, no puede entrar…".

X.   Reconocemos el plan de Dios para salvación de todas las naciones, puesto que Dios no hace acepción de personas, raza, color, idioma, opinión política o posición económica. Mateo 28;19, 1ª Timoteo 2;4: "…el cual quiere que todos los hombres sean salvos y vengan al conocimiento de la verdad".

XI.   Creemos que la persuasión, convicción y la razón son las más firmes bases de todo credo y fe. Hechos 26;28: "…Por poco me persuades a ser cristiano". 2ª Timoteo 3;14: "Pero persiste tu en lo que has aprendido y te persuadiste…".

XII.   Creemos que nuestro Señor Jesucristo estableció su iglesia, para que aquellos que acepten su llamado alcancen salvación, Juan 10;16: "…y oirán mi voz; y habrá un rebaño, y un pastor". Hechos 2;47: "… Y el Señor añadía cada día a la iglesia los que habían de ser salvos

XIII.   Proclamamos la segunda venida de Jesucristo para recompensar a cada uno según sus obras. Mateo 24;30: "…y verán al Hijo del Hombre viniendo sobre las nubes del cielo, con poder y gran gloria." Apocalipsis 22;12: "He aquí yo vengo pronto, y mi galardón conmigo…".

**ARTÍCULO 14.- PRINCIPIOS MORALES BÁSICOS.-** Los principios morales básicos de la iglesia son los siguientes:

I.   Reconocemos el libre albedrio del hombre como principio rector de su conducto.

II.   Aceptamos el dialogo sincero, honesto y abierto, que a su vez desarrolla nuestro criterio y aptitudes.

III.   Consideramos el fanatismo e intolerancia como limitantes del desarrollo de los pueblos; en consecuencia, abrimos nuestras puertas al conocimiento que erradique la pobreza, ignorancia, vicios y fármaco dependencia.

IV.   Estimamos que la ciencia es un don de Dios, cuyos conocimientos deben servir a las más grandes causas de la humanidad, favoreciendo el progreso y desarrollo de la misma.

V.   Afirmamos que toda persona tiene derecho a la libertad de pensamiento; esto incluye elegir el credo religioso de su agrado, sin que por ello sufra amenaza o lesión alguna.

VI.   Consideramos que las reglas contra natura, tales como imponer determinado estado civil despojo de bienes o atentar la integridad familiar, son contrarias a todo principio ético-moral.

VII.   Rechazamos la discriminación en el trato a los creyentes, quienes gozan de los beneficios a que son merecedores según las normas de la iglesia.

**ARTÍCULO 15.- PRINCIPIOS CIVILES BÁSICOS.-** Los principios civiles básicos de la iglesia son los siguientes:

I.   Afirmamos que nos asiste el derecho para integrarnos en el contexto general de la sociedad, al trabajo, salud y la educación, sin discriminación, límite o perjuicio religioso alguno, en el ejercicio de nuestras garantías constitucionales.

II.    Creemos que los gobiernos son establecidos para impartir justicia, castigando al que obra mal y protegiendo al que hace el bien. Romanos13;1-5: "Sométase toda persona a las autoridades…".

III.   Oramos por las autoridades, porque es mandamiento de Dios respetar toda institución humana. 1ª Timoteo 2;1-3: "… que se hagan oraciones… por todos los que esta en eminencia…".

IV.    Estamos enseñados como ciudadanos al cumplimiento de las leyes de3 cada país, al respeto a las culturas nacionales y símbolos patrios.

V.     El respeto por la vida es un designio divino; nuestro deber es acatarlo. 1ª Corintios 3;16: "¿no sabéis que sois templo de Dios…?".

**ARTÍCULO 16.- OBSERVANCIA GENERAL.-** Es deber de todo feligrés y ministro de la iglesia sostener y observar los principios de doctrina cristiana básicos, procurando su difusión y conocimiento.

## TITULO TERCERO
## DE LAS RELACIONES SOCIALES DE LA IGLESIA

### CAPITULO PRIMERO
### ANTE EL ESTADO Y LAS AUTORIDADES

**ARTÍCULO 17.- SEPARACIÓN DEL ESTADO Y LA IGLESIA.-** La iglesia sostiene y reconoce la irrestricta separación que debe existir entre el Estado y la Iglesia. (Mateo 22;21), la que debe prevalecer para la conservación de la paz social y la vigencia del Estado de Derecho.

**ARTICULO 18.- RESPETO A LAS LEYES.-** La iglesia manifiesta su disposición para sujetar su actividad social a los preceptos legales que le sean aplicables. Expresa así mismo, su respeto a las Constituciones Generales a los países y a las leyes que de ellas emanen, siempre que no contravenga los derechos inherentes a la dignidad humana los principios de doctrina cristiana básicos.

**ARTICULO 19.- AUTORIDADES.-** La iglesia manifiesta su respeto por las autoridades que legalmente constituidas rigen cada nación y, en cumplimiento al mandato bíblico, ora a Dios por ellas. (1ª Timoteo 2;1-2).

**ARTICULO 20.- SÍMBOLOS PATRIOS.-** Las banderas, Escudo e Himnos Nacionales,   son respetados por la iglesia como símbolos patrios.

**ARTICULO 21.- CULTURAS NACIONALES.-** La iglesia expresa su respeto a las culturas nacionales y reprueba todo intento por destruir los acervos culturales e históricos de los pueblos.

Los feligreses están enseñados a amar a su patria, cuidarla y fomentar la concordia entre sus compatriotas, sobre todo pugnar porque cada día su nación crezca y se desarrolle en los aspectos social, cívico, económico y cultural.

**ARTICULO 22.- EDUCACIÓN LAICA.-** La iglesia se proclama a favor de la educación laica, y que esta se mantenga ajena a cualquier doctrina religiosa, combatiendo la ignorancia, la servidumbre, el fanatismo y los perjuicios.

## CAPITULO SEGUNDO
## ANTE LOS INDIVIDUOS

**ARTÍCULO 23.- LIBERTAD DE CREENCIAS.-** Le asiste a toda persona el derecho a escoger sus creencias, practicar los actos del culto respectivo y determinar su conducta conforme a sus convicciones. En consecuencia, la Iglesia reprueba cualquier medio de coacción o violencia para que se acepte determinado tipo de fe.

**ARTICULO 24.- GARANTÍAS.-** La iglesia promueve que toda persona disfrute de los derechos inherentes a la dignidad humana.

**ARTÍCULO 25.- DERECHOS Y DEBERES CÍVICO-SOCIALES.-** Le asiste a toda persona el derecho para escoger sus preferencias políticas y su participación social.

**ARTICULO 26.- DERECHO A LA EDUCACIÓN.-** La iglesia respeta el derecho de toda persona a la educación e instrucción escolar; la fomenta mediante el Ministerio de Cultura y Educación Cristiana, contribuyendo a elevar el nivel académico de su feligresía.

## TITULO CUARTO
## GOBIERNO ECLESIASTICO

## CAPITULO PRIMERO
## CONCEPTOS GENERALES

**ARTÍCULO 27.- GOBIERNO ECLESIÁSTICO.-** El gobierno de la iglesia es Apostólico, el cual ha sido constituido por Dios para la conducción e instrucción de la Iglesia.

**ARTICULO 28.- OBEDIENCIA.-** Los Pastores u Obispos, Diáconos, Misioneros Evangelistas y la feligresía deberán en todo momento mostrar obediencia a las disposiciones del Apóstol de Jesucristo, a la doctrina cristiana, así como sujetar su exposición doctrinal a la sana enseñanza de Cristo.

## CAPITULO SEGUNDO
## DEL APOSTOLADO

**ARTÍCULO 29.- ELECCIÓN DIVINA.-** De conformidad con la enseñanza bíblica, la Iglesia sostiene y proclama la exclusiva intervención de Dios en la designación de sus Apóstoles.

**ARTICULO 30.- APÓSTOL.-** La iglesia proclama que el Apóstol es el representante de Jesucristo y depositario de su Autoridad.

**ARTICULO 31.- TRABAJO APOSTÓLICO.-** La Iglesia reconoce y acepta que residen en el Apóstol de Jesucristo plenas facultades por delegación divina para el gobierno de a Iglesia, por lo que toda estructura de organización o jerarquía, ministerio o comisión, se encuentran indefectiblemente bajo su dirección. Tiene el Apóstol en todo tiempo plenas facultades para realizar los cambios o modificaciones que estime pertinentes en todas  las áreas de la Iglesia.

**ARTICULO 32.- NOMBRAMIENTOS.-** Reside en el Apóstol de Jesucristo la facultad de otorgar, suspender o revocar los nombramientos jerárquicos de Pastor u Obispo, Diacono y Misionero Evangelista.

**ARTICULO 33.- AUTORIDAD SUPREMA.-** Dios ha puesto en su Iglesia como máxima autoridad al Apóstol de Jesucristo; en consecuencia se reciben y aceptan sus indicaciones referentes al gobierno de la Iglesia.

## CAPITULO TERCERO
## DE LA JERERQUIA ECLESIASTICA

**ARTÍCULO 334.- PASTOR U OBISPO.-** El Pastorado u Obispado es la máxima dignidad jerárquica a que puede aspirar un ministro. Este grado se otorga a quien, mostrando una conducta irreprensible y destacándose en su dedicación por la obra de Dios, cumple con los requisitos establecidos en 1ª Timoteo 3;17.

**ARTICULO 35.- DIACONO.-** Para recibir la dignidad de Diacono se requiere probar el servicio: honestidad, sinceridad, no codiciar ganancias deshonestas, que guarde el ministerio de la fe con limpia conciencia, ser irreprensible, marido de una sola mujer y que gobierne bien su casa (1ª Timoteo 2;15).

**ARTICULO 36.- MISIONERO EVANGELISTA.-** El grado jerárquico de Misionero Evangelista se otorga a un feligrés que voluntariamente manifiesta su deseo de colaborar en la obra espiritual, una vez que haya sido aceptado para tal grado por el órgano competente de la Iglesia 2ª Timoteo 2;15).

## CAPITULO CUARTO
## DE LOS MINISTROS

**ARTICULO 37.- MINISTRO.-** La Iglesia reconoce como ministro a quien le ha sido conferido un grado jerárquico, y que es designado para estar al frente de una congregación local a fin de auxiliarla en sus necesidades espirituales y materiales, así como para administrar la doctrina de Jesucristo (2ª Timoteo 2;15).

**ARTÍCULO 38.- DIRECCIÓN DE CULTOS.-** Todo feligrés podrá presidir un acto de adoración a Dios con la autorización del ministro local, sin que por ello el feligrés adquiera el grado de ministro.

**ARTÍCULO 39.- REQUISITOS.-** Par ser ministro de la Iglesia es necesario reunir los siguientes requisitos:

   I.      Ser feligrés activo con una antigüedad mínima de siete años.
   II.     Presentar la solicitud respectiva.
   III.    Llevar una vida honesta y santa de la que den testimonio los feligreses y el ministro de la congregación.
   IV.     Dedicarse al estudio de las Sagradas Escrituras.
   V.      Haber cursado y aprobado los estudios de teología e historia que se imparten en la Iglesia.

VI.    Aprobar los cursos de derechos humanos, educación cívica y administración general que imparte la iglesia por conducto del Ministerio de Cultura y Educación Cristiana.

VII.   Aprobar el examen general de doctrina cristiana ante el Ministerio de Ortodoxia Evangélica y Doctrina Sagrada.

**ARTÍCULO 40.- CREDENCIAL.-** La Iglesia expedirá al ministro una credencial con vigencia limitada que lo acredite como tal, que será rubricada por el director de la Jurisdicción respectiva. El ministro será responsable del uso de la misma.

**ARTICULO 41.- DIFERENCIA.-** Los ministros deberán mostrar fidelidad y obediencia a Dios, gobierno espiritual, a la doctrina, así como deferencia a todo lo instituido por Dios (1aa Timoteo 1;12 y Hechos 2;28).

**ARTÍCULO 42.- DEBERES CÍVICOS.-** Los ministros tienen el deber de cumplir con las obligaciones cívicas que, sin contravenir los derechos inherentes a la dignidad humana y los principios de doctrina cristiana básicos, las leyes de los países determinen, así como respetar a las autoridades civiles legalmente constituidas.

**ARTICULO 43.- LABOR MINISTERIAL.-** El ministro se obliga a efectuar todas las acciones materiales y espirituales que beneficien a la feligresía, sin importar las circunstancias adversas en que tenga que realizarlas (Juan 10;11).

**ARTICULO 44.- EJEMPLARIDAD.-** Los ministros se obligan a llevar una vida ejemplar ante la Iglesia y en la sociedad, en palabra, conducta, amor, espíritu, fe y pureza, (1ª Timoteo 4;12).

**ARTICULO 45.- CAMBIO DE MINISTROS.-** Los ministros no son permanentes en las congregaciones donde son enviados, por lo que están en posibilidad de ser cambiados a otro lugar donde sus servicios se requieran (Tito 1;5).

**ARTICULO 46.- PERTENENCIAS.-** Al ser cambiado de congregación, el ministro podrá llevarse únicamente sus pertenencias personales (1ª Pedro 5;2), en virtud de que todos los muebles y enseres que se encuentran en la casa pastoral y en el templo, pertenecen al patrimonio eclesiástico.

**ARTICULO 47.- DISPONIBILIDAD.-** El ministro debe respetar la orden de cambio que se le de. A la brevedad de días, con relación a la distancia, debe estar en la congregación que le ha sido asignada.

**ARTÍCULO 48.- ASISTENCIA CULTURAL.-** Los ministros deberán asistir a todas las ceremonias religiosas que se realizan en la iglesia.

**ARTICULO 49.- SUJECIÓN.-** Los ministros acataran las disposiciones que les ordene su superior, salvo en el caso de comisiones con facultades especificas ante las cuales los grados jerárquicos quedan supeditados.

Todo ministro quedara exento de obedecer cuando el superior de una orden contraria a los principios de doctrina cristiana básicos de la Iglesia o al presente Estatuto.

Así mismo, atenderá las disposiciones emitidas por los ministerios a efecto de llevar una mejor administración y cumplirá las ordenanzas que estos dispongan.

**ARTÍCULO 50.- ACTIVIDAD VOLUNTARIA.-** Entre la Iglesia y sus ministros no existe ninguna relación laboral, toda vez que la actividad del ministro es por vocación. Cuando así lo desee, el ministro podrá solicitar su baja en el servicio, sin que la Iglesia este obligada a indemnizarlo.

El ministro, observando los principios de austeridad y abnegación, será atendido en sus necesidades por la congregación a su cargo, en la medida de las posibilidades de esta.

**ARTICULO 51.- RESOLUCIÓN.-** Todo ministro deberá resolver los problemas que se presenten en la feligresía a su cargo. Cuando lo estime pertinente, podrá solicitar la asesoría del superior inmediato.

## TITULO QUINTO
## DE LOS FELIGRESES

**ARTICULO 52.- FELIGRÉS.-** Es feligrés de la Iglesia toda persona que reúna las condiciones establecidas por el articulo 9° del presente Estatuto. Para integrase como feligrés, ninguna persona requiere realizar aportación pecuniaria, o en especie; en consecuencia, ninguna obligación indemnizatoria o de restitución patrimonial tendrá la Iglesia con su feligresía.

**ARTICULO 53.- BAUTISMO EN AGUA.-** Bautismo es el oficio sagrado consistente en la inmersión en agua e invocación del nombre de Jesucristo para perdón de los pecados, efectuado por un ministro autorizado por la instancia correspondiente.

**ARTICULO 54.- VOLUNTARIEDAD.-** En la Iglesia, es bautismo es voluntario y se administra a partir de los catorce años de edad. Todo aspirante que lo solicite, deberá conocer y aceptar la doctrina de la iglesia, sus instituciones y protestar obediencia.

**ARTICULO 55.- CERTIFICADO DE BAUTISMO.-**  A los feligreses se les expedirá un certificado que contenga sus datos generales, la fecha del bautismo, así como el nombre del ministro que lo efectuó. El certificado se hará por duplicado, a efecto de que quede constancia en los Archivos de la Iglesia.

**ARTICULO 56.- CERTIFICADO DE PRESENTACIÓN.-** Se otorgar un certificado a los padres que presenten ante la Iglesia a  sus hijos dentro de los cuarenta días, contados a partir de la fecha de nacimiento (Lucas 2;22-23).

**ARTICULO 57.- INSTRUCCIÓN RELIGIOSA.-** Los padres de familia son responsables de la instrucción religiosa de sus hijos, coadyuvando la Iglesia en esta tarea (Proverbios 22;6).

**ARTICULO 58.- LIBERTAD DE CREDO.-** Todo feligrés esta en libertad de cambiar de religión, si así lo decide, perdiendo por consecuencia tal carácter.

**ARTICULO 59.- DERECHOS.-** Los feligreses de la Iglesia gozaran de los siguientes derechos:

  I.  Recibir asistencia espiritual en todo tiempo.
  II.  Ser visitados en caso de enfermedad, y cuando la iglesia cuente con orfelinatos e instituciones de beneficencia, podrán recibir estos servicios de acuerdo a su comportamiento (1ª Timoteo 5;3-4).
  III. Respeto a su estado civil.
  IV. Respeto a su patrimonio.
  V.  Obtener los beneficios sagrados, cumpliendo previamente los requisitos para ello.

      VI.      Integrarse a las actividades de la iglesia, y

      VII.     Todos aquellos contemplados en el presente Estatuto.

**ARTÍCULO 60.- OBLIGACIONES.-** Son obligaciones de los feligreses:

I.     Respetar y obedecer a las autoridades de la Iglesia.

     II.     Aceptar y Practicar la doctrina cristiana.

     III.    Comportarse fraternalmente con los feligreses de la familia de la fe y con la sociedad en general, y

     IV.    Todas aquellas señaladas en este Estatuto.

**ARTÍCULO 61.- CULTO DE ADORACIÓN A DIOS.-** Se entiende por culto de adoración a Dios, la ceremonia religiosa mediante la cual los feligreses tributan suprema devoción a Dios y reciben la instrucción doctrinal correspondiente.

**ARTICULO 62.- PRACTICA CULTUAL**.- Los feligreses practican en forma voluntaria individual o colectivamente, los actos de culto de conformidad a la disciplina de la Iglesia.

**ARTICULO 63.- CULTOS.-** Los cultos de adoración a Dios son ordinarios y extraordinarios.

**ARTICULO 64.- CULTOS ORDINARIOS.-** Los cultos de adoración a Dios ordinarios son los que se practican en el interior de los templos dentro de los horarios que a continuación se indican, salvo en los casos en los que el Pastor Distrital autorice alguna variación de horario:

     I.     Oraciones matutinas de 5:00 a 6:00 horas diario, y de 9:00 a 10:00 horas de lunes a sábado.

     II.    Oraciones vespertinas de 18:00 a 19:00 horas de lunes a sábado, excepto jueves.

     III.    Servicios de alabanzas de 17:00 a 20:00 horas, jueves y domingos.

     IV.    Escuelas dominicales de 10:00 a 12:00 horas.

**ARTÍCULO 65.- CULTOS EXTRAORDINARIOS.-** Son cultos de adoración a Dios extraordinarios, aquellos que por razones especiales deban celebrase fuera de los templos.

**ARTICULO 66.- REQUISITOS DE LEY.-** Es responsabilidad del ministro cumplir con las exigencias para la celebración de los cultos.

**ARTICULO 67.- FORMALIDADES.-** Todo  culto de adoración a Dios deberá presidirse y escucharse conforme a la disciplina de la Iglesia. El desarrollo de las ceremonias religiosas se estipula en el Manual de Oficios Sagrados, mismo que será de observancia general para todo feligrés y ministro.

**ARTICULO 68.- REVERENCIA.-** A nadie se le impedirá el acceso a los templos, solicitándoles observen el debido respeto a estos recintos sagrados (Levítico 26;2).

En caso de que una persona ingrese en estado inconveniente, o provocando algún desorden, el ministro podrá solicitar la ayuda de las autoridades civiles competentes.

**TITULO SEPTIMO**
**DE LA ORGANIZACIÓN ECLESISTICA**

## CAPITULO PRIMERO
## DISPOSICIONES GENERALES

**ARTÍCULO 69.-  ESTRUCTURAS DE ORGANIZACIÓN.-** Para funcionamiento de la iglesia y atención a la feligresía, se cuenta con las siguientes estructuras de organización:

I.      Estructura de Gobierno Eclesiástico, contemplada en el titulo cuarto del presente Estatuto.
II.     Estructura territorial.
III.    Estructura administrativa.
IV.     Estructura Jurídica.

**ARTICULO 70.- DEBERES.-** Los integrantes de cada estructura de organización de la Iglesia asumirán el cumplimiento de sus funciones bajo su estricta responsabilidad. Cada ministro, director o comisionado, será el responsable de dar fiel cumplimiento a las obligaciones legales que les corresponda.

**ARTICULO 71.- RESPONSIVA.-** Los titulares de los ministerios administrativos, pastores distritales, directores de las entidades internas de la Iglesia con personalidad jurídica, recibirán al momento de su nombramiento, un documento en el que se asentara la responsiva de cada uno de estos en el cumplimiento de las obligaciones legales que se deriven de sus funciones especificas.

## CAPITULO SEGUNDO
## DE LA ESTRUCTURA TERRITORIAL

**ARTICULO 72.- ESTRUCTURA TERRITORIAL.-** La Iglesia esta organizada territorialmente en distritos, congregaciones y misiones, las que realizaran sus funciones y actividades de conformidad a lo dispuesto en el presente capítulo.

**ARTICULO 73.- DISTRITOS.-** Los distritos se integran por el conjunto de congregaciones y misiones que se encuentren en una entidad federativa o departamento, según sea el caso. Extraordinariamente, podrán integrarse por congregaciones de dos o más entidades federativas o departamentos, si así considera la Presidencia de la Iglesia.

**ARTÍCULO 74.- DIRECCIÓN DE LOS DISTRITOS.-** Al frente de cada distrito estará un pastor como responsable del buen funcionamiento de su área de competencia nombrado por la presidencia de la Iglesia.

**ARTÍCULO 75.- FUNCIONES DE PASTOR DISTRITAL.-** Son atribuciones del Pastor en el Distrito a su cargo:

I.      Supervisar el buen orden y correcto desarrollo de las congregaciones y misiones.
II.     Coordinar las tareas de evangelización, la atención a enfermos y necesitados, el cuidado y crecimiento espiritual de la disciplina cristiana y demás.
III.    Asesorar a los ministros para la solución de los problemas que se presenten en las congregaciones y misiones.

IV.   Supervisar el crecimiento de la feligresía en las congregaciones y misiones, detectando las deficiencias que pudieran presentarse y evocándose a la corrección de las mismas.

V.   Supervisar el buen comportamiento de los ministros.

VI.   Conocer los problemas que por su trascendencia y gravedad ameriten especial atención. De considerarlo necesario, y en los casos que proceda, lo remitirá al Ministerio de h<onor y Justicia para su conocimiento, investigación y resolución, y

VII.   Todas aquellas que le sean asignadas por la Presidencia de la Iglesia.

**ARTICULO 76.- CONGREGACIONES.-** Las congregaciones se integran por el conjunto de feligreses que acuden regularmente a un templo determinado a tributar culto de adoración a Dios.

**ARTÍCULO 77.- ARCHIVO LOCAL.-** En cada congregación debe existir un archivo donde se registren los datos de identificación de los feligreses y las actividades religiosas que realicen.

**ARTICULO 78.- ENCARGADO.-** El ministro es la persona encargada de administrar todas las actividades religiosas que se efectúan en la congregación y misiones a su cargo.

**ARTICULO 79.- NOTIFICACIONES.-** Al recibir el ministro una notificación de autoridad civil, la remitirá oportunamente a la representación legal de la Iglesia que corresponda, para que esta de contestación a la  misma.

En el caso de notificaciones que atañen a la congregación local o sus misiones, concernientes a servicios públicos u obligaciones legales de las propiedades de la Iglesia, el ministro dará el cumplimiento debido.

**ARTICULO 80.- MANTENIMIENTO DE INMUEBLES.-** Los ministros responsables de la custodia, conservación y mantenimiento que se debe otorgar a los inmuebles, propiedad de la Iglesia o de la Nación.

**ARTÍCULO 81.- CONSTRUCCIÓN Y REMODELACIÓN.-** Es responsabilidad del ministro en la construcción y remodelación de los templos y casas pastorales bajo su custodia, obtener todos los permisos legales correspondientes, así como las autorizaciones de los ministerios administrativos pertinentes de la Iglesia.

El director técnico de la obra invariablemente será un perito en la materia.

Deberá el ministro vigilar que la ejecución de la obra se realice apegada a los proyectos autorizados.

**ARTÍCULO 82.- MISIONES.-**  Las misiones se integran por el conjunto de feligreses que se reúnen en un templo determinado, o en casa particular, para su culto de adoración a Dios, sin contar con un ministro que permanentemente resida en ese lugar.

**ARTICULO 83.- COLABORADORES.-** Para el cuidado de la misión, el ministro podrá auxiliarse de algún feligrés, a efecto de que este al frente de ella. El ministro supervisara las actividades de los colaboradores.

**ARTICULO 84.- VISITAS A MISIONES.-** Deberá el ministro brindar la debida misión a las misiones, buscando su consolidación y desarrollo, por lo que las visitara e instruirá doctrinalmente.

**ARTICULO 85.- DEBER ESPECIAL.-** Es obligación de todo ministro procurar que cada misión cuente con la infraestructura necesaria para sus cultos de adoración a Dios. Debe reportar al ministerio competente cuando la misión a su cargo reúna las condiciones de congregación.

## CAPITULO TERCERO
## DE LA ESTRUCTURACION ADMINISTRATIVA

**ARTICULO 86.- ESTRUCTURA ADMINISTRATIVA.-** La Iglesia esta organizada administrativamente de la siguiente manera:

I.    Presidencia.
II.   Consejo de ministros.
III.  Ministerios.
IV.   Comisiones.

**ARTICULO 87.- PARENTESCO.-** No habrá parentesco entre los integrantes del Consejo de Ministros, ni entre los componentes al interior de cada uno de los ministerios administrativos y comisiones.

## APARTADO PRIMERO
## DE LA PRESIDENCIA

**ARTÍCULO 88.- FACULTADES.-** Reside en el Apóstol de Jesucristo la Presidencia de la Iglesia.

Corresponde a la Presidencia establecer las estructuras de organización de la Iglesia, señalar sus funciones, ámbitos de competencia, nombrar titulares de las mismas, así como su modificación, extinción o revocación, cuando a su juicio sea necesario.
Es la representación máxima de la Iglesia y contará con todos los poderes de decisión dentro de la misma; contra sus determinaciones no habrá recurso alguno.

**ARTICULO 89.- OFICINAS.-** Para el despacho de los asuntos, la Presidencia cuenta con el siguiente personal de apoyo:

I.    Secretaria Particular.
II.   Asesores.

## APARTADO SEGUNDO
## DEL CONSEJO DE MINISTROS

**ARTICULO 90.- INTEGRACIÓN.-** El consejo de Ministros se integra por cinco responsables de los ministerios administrativos, mismos que serán elegidos anualmente en reunión plenaria por los titulares de dichos ministerios. Para la toma de decisiones, el voto de cada miembro del Consejo tendrá el mismo valor.

Le corresponde a la Presidencia de la Iglesia confirmar o denegar la designación de los miembros del Consejo de Ministros.

**ARTÍCULO 91.- SESIONES.-** El Consejo de Ministros sesionará de manera ordinaria y extraordinaria, de conformidad con su reglamento interno, en las ciudades de Guadalajara, Jalisco y México, Distrito Federal.

La Presidencia de la Iglesia tiene la facultad de convocarlo en todo tiempo y lugar.

El Consejo sesionará cuando estén presentes por lo menos tres de sus integrantes.

**ARTÍCULO 92.- FUNCIONES.-** Son funciones del Consejo de Ministros:

I. Atender y resolver las solicitudes que por escrito presenten los titulares de los ministerios administrativos y comisiones.
II. Vigilar que los ministerios rindan puntualmente los informes del funcionamiento del ministerio que dirigen.
III. Convocar a los ministros en el mes de febrero del año en que entran en vigor sus funciones para conocer sus exceptivas, experiencias y sugerencias.
IV. Entregar al Consejo entrante copia de su informe de trabajos realizados, que sirva de consulta para la elaboración de su plan de trabajo anual.
V. Comunicar a los ministros las disposiciones que dicte la Presidencia de la Iglesia.
VI. Elaborar su plan de trabajo anual.
VII. Programar cursos de capacitación para el buen funcionamiento y eficiencia de los ministerios administrativos y comisiones.
VIII. Promover la coordinación colaboración y comunicación entre los ministerios administrativos y comisiones, y
IX. Las demás que sean señaladas por la Presidencia y por el Reglamento Administrativo de la Iglesia.

**ARTÍCULO 93.- INTEGRIDAD.-** El Consejo de Ministros, después de haber escuchado a los interesados con cortesía, sustentará sus resoluciones en el presente Estatuto y en el Reglamento Administrativo de la Iglesia, determinando con rectitud e imparcialidad.

**ARTICULO 94.- REMOCIÓN.-** Los titulares de los ministerios reunidos en sesión plenaria removerán a uno o a todos los miembros del Consejo de Ministros en caso de infracciones u omisiones doctrinales, estatutarias o reglamentarias. La decisión plenaria podrá ser aprobada, modificada o revocada por el Presidente de la Iglesia.

**ARTICULO 95.- SUSTITUCIÓN.-** Los miembros del Consejo de Ministro serán sustituidos por acuerdo del pleno en los siguientes casos:

I. Fallecimiento.
II. Enfermedad.
III. Incapacidad.
IV. Cambio de residencia

### APARTADO TERCERO
### DE LOS MINISTERIOS

**ARTÍCULO 96.- MINISTERIOS.-** Los ministerios para el despacho de asuntos administrativos de la Iglesia son:

- Ministerio Internacional de Ortodoxia Evangélica y Doctrina Sagrada.
- Ministerio Internacional de Comunicación Social.

- Ministerio de Ortodoxia Evangélica y Doctrina Sagrada.
- Ministerio de Cultura y Educación Cristiana.
- Ministerio de Oficios Sagrados.
- Ministerio de Honor y Justicia.
- Ministerio de Comunicación Social.
- Ministerio de Estadística.
- Ministerio de Terrenos y Construcción.
- Ministerio de Patrimonio Eclesiástico.
- Ministerio de Intendencia y Conservación del Patrimonio.
- Ministerio de Salud.
- Ministerio de Bienestar Social.
- Ministerio de Administración Financiera.

La Presidencia de la Iglesia podrá crear los ministerios necesarios en la Republica Mexicana y en cada país, para que la Iglesia cumpla con sus objetivos.

**ARTICULO 97.- FUNCIONES.-**  Los ministerios realizarán las siguientes funciones:

I.      Elaborar sus programas y planes de actividades.
II.     Evaluar periódicamente el avance de su programa de actividades.
III.    Implementarán las medidas y normas necesarias para el fiel cumplimiento del ministerio que se les ha encomendado.
IV.     Someterán a consideración de la Presidencia de la Iglesia sus programas y planes de actividades, y
V.      Las demás que señalen el Reglamento Administrativo de la Iglesia.

**APARTADO CUARTO
DE LAS COMISIONES**

**ARTÍCULO 98.- COMISIONES.-**  Para la atención de asuntos administrativos que requieran de conocimientos técnicos y especializados, podrá establecerse las comisiones que se requieran.

**CAPITULO CUARTO
DE LA ESTRUCTURA JURÍDICA**

**ARTÍCULO 99.- PERSONALIDAD JURIDICA.-**  Para el ejercicio de su personalidad jurídica, la Iglesia podrá asumir la figura legal pertinente.

**ARTÍCULO 100.- REPRESENTACIÓN.-**  La personalidad jurídica de la Iglesia se ejerce por:

I.      Representantes Legales, y
II.     Apoderados Legales.

Los Representantes y Apoderados Legales, ejercerán sus atribuciones de conformidad con lo dispuesto en el presente capítulo.

**APARTADO PRIMERO
DEL REPRESENTANTE LEGAL**

**ARTÍCULO 101.- REPRESENTANTE LEGAL.-** Ejerce la representación legal de la Iglesia, así como de cada una de sus entidades internas con personalidad jurídica, el Presidente de la Iglesia, quien tiene los siguientes poderes:

      I.     Poder general para los actos de dominio.

      II.    Poder general para los actos de administración:

          1)  Administración general de bienes con clase de facultades administrativas.

          2)  Suscripción de títulos de crédito, con autorización expresada para abrir y cerrar cuentas bancarias; así como para designar personas que firmen en contra de ellas; y realizar cualquier otro tramite u operación con instituciones de crédito.

      III.   Poder general para pleitos y cobranzas, con todas las facultades generales y las especiales que requieran clausula especial conforme a la ley.

   El  Representante Legal notificará a las autoridades civiles competentes de todos los cambios, nombramientos y bajas que se susciten al interior de la Iglesia, así como de cada una de las entidades internas con personalidad jurídica.

**ARTÍCULO 102.- DELEGACIÓN.-** El Presidente de la Iglesia podrá delegar los poderes mencionados en el artículo anterior de manera general o especial, pudiendo revocarlos en todo tiempo; dicha delegación será por escrito y notificada a las autoridades civiles competentes.

**APARTADO SEGUNDO**
**DE LOS DIRECTORES**

**ARTÍCULO 103.- DIRECTORES.-** Al frente de cada persona jurídica colectiva que constituya la Iglesia, el Presidente designará a un Director, quien será representante legal de aquella, pudiendo delegar en él específicamente los siguientes poderes:

      I.     Poder general para los actos de administración.

      II.    Poder general para pleitos y cobranzas.

**ARTÍCULO 104.- FORMALIDAD.-** Los poderes a que se hace referencia en el artículo anterior, podrán ser concedidos a los directores por el Presidente de la Iglesia mediante poder notarial, quien tiene facultad para revocar en todo tiempo.

**ARTÍCULO 105.- FUNCIONES.-** Son funciones de los directores:

      I.     Representar al Presidente de la Iglesia ante las autoridades administrativas, legislativas y judiciales en todos sus niveles, con respecto a la persona jurídica colectiva a su cargo.

      II.    Representar a la Asociación Religiosa, a su cargo ante las autoridades administrativas, legislativas y judiciales en todos sus niveles.

      III.   Otorgar conjuntamente con los poderes legales especiales a terceros para trámites administrativos o judiciales que impliquen los intereses de la Asociación Religiosa a su cargo.

      IV.   Dar oportuno y correcto cumplimiento conjuntamente con los apoderados legales a todas las obligaciones que establezca el ordenamiento jurídico vigente, y

      V.    Todas aquéllas contempladas en el presente Estatuto, en el Reglamento Administrativo, así como las dicte la Presidencia de la Iglesia.

**ARTÍCULO 106.- CORRESPONSABILIDAD.-** Los poderes y las funciones concedidas a los directores en los términos del artículo 103 presente Estatuto, se ejercerán conjuntamente con los apoderados legales.


**APARTADO TERCERO
DE LOS APODERADOS LEGALES**


**ARTÍCULO 107.- APODERADOS LEGALES.-** Podrá la Presidencia de la Iglesia designar apoderados en cada Asociación Religiosa que se constituya, para coadyuvar con los directores en el ejercito de sus funciones legales.


**APARTADO CUARTO
DE LOS ASOCIADOS**


**ARTÍCULO 108.- ASOCIADOS.-** Para los efectos del registro de las Asociaciones Religiosas que la Iglesia constituya, la Presidencia designará a tres asociados por cada una de ellas. Los asociados no harán aportación alguna al patrimonio de las Asociaciones Religiosas, por lo que carecerán de derecho para reclamar alguna retribución.

La Presidencia de la Iglesia tiene en todo tiempo la facultad de remover a uno o a todos los asociados, de cada Asociación Religiosa que se constituya, por infracciones u omisiones a la doctrina cristiana o al presente Estatuto y el Reglamento administrativo de la Iglesia. No procederá recurso alguno contra esta determinación.

Los asociados carecerán de facultades para la dirección de las Asociaciones Religiosas a las que pertenecen, así como para el gobierno eclesiástico y administrativo de la Iglesia.


**TÍTULO OCTAVO
DEL PATRIMONIO ECLECIÁSTICO**

**CAPÍTULO PRIMERO
DE SU INTEGRACIÓN**


**ARTÍCULO 109.- PATRIMONIO.-** El Patrimonio eclesiástico se compone de:

I.      Donaciones pecuniarias y en especie.
II.     Bienes inmuebles.
III.    Bienes muebles.
IV.     Todos los demás bienes suficientes y necesarios para el cumplimiento óptimo de los objetivos de la Iglesia.

**ARTÍCULO 110.- DONATIVOS.-** La Iglesia para sufragar sus necesidades recibe los donativos voluntarios que aportan sus feligreses.

**ARTÍCULO 111.- REGLAMENTO.-** El patrimonio eclesiástico se regirá por el Reglamento Administrativo de la Iglesia, mismo que será aplicado por los ministerios competentes.

**ARTÍCULO 112.- EXCLUSIVIDAD.-** Los bienes inmuebles propiedad de la Asociación Religiosa, así como los bienes propiedad de la Nación, serán utilizados únicamente para los fines de la Iglesia y no podrán ser desincorporados de ella por la simple separación de asociados, ministros, directores, representantes y apoderados legales.

**ARTÍCULO 113.- DISPOSICIÓN DEL PATRIMONIO.-** El órgano facultado para la venta, cesión, donación, transmisión y permuta de los bienes inmuebles propiedad de la Asociación Religiosa, así como del establecimiento de cualquier gravamen sobre éstos, será única y exclusivamente el Presidente de la Iglesia.

La violación de este precepto implicará la nulidad de todo acto de disposición, quedando la Asociación Religiosa en plena facultad de acudir a las instancias legales pertinentes para la protección de su patrimonio.

**ARTÍCULO 114.- COMISIÓN DE FINANZAS.-** En cada congregación se formará una comisión de finanzas integrada por tres feligreses activos o más, quienes serán elegidos por la feligresía mediante sufragio directivo. Esta comisión contabilizará lo recaudado y cubrirá las necesidades de la congregación.

## CAPITULO SEGUNDO
## DE LOS BIENES INMUEBLES

**ARTÍCULO 115.- BIENES INMUEBLES.-** Los bienes inmuebles que forman parte del patrimonio eclesiástico son los siguientes:

I. Templos.
II. Casas pastorales.
III. Casas de asistencia social, y
IV. Todos aquellos bienes que adquiera la Asociación Religiosa para el cumplimiento de sus fines.

**ARTÍCULO 116.- ADQUISICIÓN DE BIENES INMUEBLES.-** Los bienes inmuebles podrán ser adquiridos, poseídos o administrados por la Asociación Religiosa mediante cualquier título.

**ARTÍCULO 117.- RESGUARDANTE.-** El Ministerio del Patrimonio Eclesiástico es el resguardante de los títulos legales que acrediten la propiedad y posesión de los inmuebles; el Ministerio de Intendencia y conservación del Patrimonio es el facultado para ordenar lo conducente al mantenimiento y conservación de los mismos.

En caso de contar con bienes considerados históricos o artísticos se hará la notificación correspondiente ante las autoridades competentes.

**ARTÍCULO 118.- CONSTRUCCIONES.-** Los ministros que deban construir o remodelar los inmuebles propiedad de la Asociación Religiosa, así como adquirir un terreno para templo, asa pastoral o cualquier otro uso legal, sólo podrán hacerlo cuando hayan obtenido la autorización de los Ministerios de Patrimonio Eclesiástico y Terrenos y Construcción, dando debido cumplimiento a todas las disposiciones legales ya sean federales, estatales y municipales.

**ARTÍCULO 119.- COLABORACIÓN.-** Todas las construcciones o remodelaciones de templos, casas pastorales, asilos, etcétera, se efectuarán con la mano de obra de los feligreses que de manera voluntaria quieran aportarla, por lo que de ningún modo podrá considerarse que exista relación laboral entre los feligreses y la Iglesia, ya que no hay subordinación.

**ARTÍCULO 120.- SERVICIOS PROFESIONALES.-** Cuando se contraten técnicos, profesionistas, peritos, etcétera, para la realización de las obras a que se refiere el artículo anterior, la Asociación Religiosa celebrará los contratos de servicios profesionales respectivos.

**ARTÍCULO 121.- COMISIÓN PRO-CONSTRUCIÓN.-** Los fondos recabados para la construcción de templos y demás, serán administrados por una comisión pro-construcción, en la que sus integrantes serán electos por los feligreses de la congragación o misión; dicha comisión esta obligada a rendir informes a la feligresía, respecto de su gestión.

## CAPÍTULO TERCERO
## DE LOS BIENES MUEBLES

**ARTÍCULO 122.- BIENES MUEBLES.-** El patrimonio eclesiástico en bienes muebles esta constituido por todos los objetos que existen en el templo, casas pastorales y todos aquellos que se utilizan para el cumplimiento de los fines de la Iglesia. De éstos, la comisión de inventario local levantará un registro que entregará al Ministerio del Patrimonio Eclesiástico respectivo.

**ARTÍCULO 123.- ADQUISICIÓN DE BIENES MUEBLES.-** Los bienes muebles pueden ser adquiridos por la Asociación Religiosa mediante donaciones de feligreses, o bien, obtenidos directamente. En ambos casos forman parte del patrimonio eclesiástico y su uso se regirá por este Estatuto.

**ARTICULO 124.- AUTORIZACIÓN.-** Para cambiar los bienes muebles, los ministros, ministerios, directores y comisionados, deberán obtener previamente la autorización del Ministerio del Patrimonio Eclesiástico, quien señalará el destino final de los muebles cuando sean dados de baja.

## TÍTULO NOVENO
## PROCEDIMIENTOS Y RECONVENCIONES

## CAPÍTULO PRIMERO
## DEL PROCEDIMIENTO PARA RECONVENIR A FELIGRESES

**ARTÍCULO 125.- QUERELLA.-** Todo feligrés podrá querellarse ante el ministro local.
La queja podrá ser presentada por escrito o de manera verbal.

**ARTÍCULO 126.- NOTIFICACIÓN.-** Antes de iniciar el procedimiento no se notificará a la parte contraria, indicándole el motivo de la queja, para que presente su defensa.

**ARTÍCULO 127.- PROBANZAS.-** El ministerio o sus superiores fundamentarán sus resoluciones en la probanza aportadas por los feligreses.

**ARTÍCULO 128.- APELACIÓN.-** Las resoluciones que emita el ministerio local son apelables ante el Diácono supervisor, y la de éste ante el Pastor Distrital correspondiente.

Las resoluciones de un Pastor Distrital, con respecto a la congregación a su cargo, son apelables ante el Ministerio del Honor y Justicia.

## CAPÍTULO SEGUNDO
### DEL PROCEDIMIENTO PARA SANCIONAR A MINISTROS

**ARTÍCULO 129.- PROCEDIMIENTOS A LOS MINISTROS.-** Los ministros podrán ser llamados a juicio ante el Ministerio de Honor y Justicia.

**ARTÍCULO 130.- INFRACCIONES.-** Los ministerios podrán ser enjuiciados por faltas a la disciplina y doctrina cristiana, así como a las disposiciones del presente Estatuto.

**ARTÍCULO 131.- QUERELLA.-** El juicio puede iniciarse por querella de un feligrés o de un ministro, quienes promoverán y sustanciarán el juicio ante el Ministerio de Honor y Justicia.
El juicio se ventilará en el lugar y tiempo que determine dicho Ministerio.

## CAPÍTULO TERCERO
### RECONVENCIONES

**ARTÍCULO 132.- NOTIFICACIÓN.-** El Ministerio de Honor y Justicia o el Pastor Distrital según corresponda, deberán notificar al ministerio o al feligrés presuntamente responsable, de la acusación que exista en su contra, para que pueda preparar lo que a su defensa convenga, señalándole el día y la hora en que se efectuará el juicio.

**ARTÍCULO 133.- IDIOMA.-** Todo juicio deberá sustanciarse en el idioma oficial de cada país. En caso de que el acusado no conozca dicho idioma, deberá contar interprete en todas las etapas del juicio.

**ARTÍCULO 134.- RECONVENCIONES.-** Los feligreses y ministros de la Iglesia podrán ser reconvenidos dependiendo de la gravedad de su conducta. Ninguna reconvención se aplicará a una feligrés o ministro, sin que sea oído previamente.

## ARTÍCULO DÉCIMO
### PREVENCIONES GENERALES

**ARTÍCULO 135.- SUPLETORIEDAD.-** Todas las facultades que no estén expresamente concebidas a los directores, al consejo de ministros y ministerios administrativos, quedan reservadas a la Presidencia de la Iglesia.

**ARTÍCULO 136.- REFORMAS Y VIGENCIA.-** El presente estatuto puede ampliarse, modificarse, suspenderse o abrogarse, todo o en parte, de acuerdo a los lineamientos que

determine la Presidencia de la Iglesia, en cumplimiento a la doctrina cristiana y a los objetivos de la misma.

## ARTÍCULOS TRANSITORIOS

**PRIMERO.-** Todo aquello que convenga o se oponga al presente Estatuto, queda derogado.

**SEGUNDO.-** Para la aplicación del presente Estatuto se adecuará la terminología jurídica a las disposiciones legales locales e internacionales vigentes.

**TERCERO.-** El presente Estatuto entrará en vigor a partir del día 29 de junio de 2001.

EL CIUDADANO GUILLERMO FUENTES MALDONADO, DIRECTOR DE REGISTRO Y ERTIFICACIONES DE LA DIRECCIÓN GENERAL DE ASOCIACIONES RELIGIOSAS DE LA SECRETATIA DE GOBERNACIÓN, CON FUNDAMENTO EN LOS ARTÍCULOS 27, FRACCIÓN XVIII, DE LA LEY ORGÁNICA DE LA ADMINISTRACIÓN PUBLÍCA FEDERAL; 25 Y 26 DE LA LEY DE ASOCIACIONES RELIGIOSAS Y CULTO PUBLICO: 8 Y 18, FRACCIÓN

V, DEL REGLAMENTO INTERIOR DE LA SECRETARIA DE GOBERNACIÓN,----------------------------------------------------------C E R T I F I C A------------------------------------------------

QUE LA PRESENTE ES COPIA FIEL DEL ORIGINAL DE LOS ESTATUTOS DE LA ASOCIACIÓN RELIGIOSA IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO, QUE OBRA EN EL EXPEDIENTE SGAR/7/93 DE ESTA DIRECCIÓN, EL CUAL TUVE A LA VISTA Y PREVIO COTEJO Y COMPULSA, SE EXPIDE EN VEINTINUEVE FOJAS ÚTILES ESCRITAS SÓLO POR EL ANVERSO, A PETICIÓN DEL LICENCIADO JOSÉ ORESTE SÁNCHEZ, IGLESIA DEL DIOS VIVO, COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO, ASOCIACIÓN RELIGIOSA, EN LA CIUDAD DE MÉXICO, DISTRITO FEDERAL. A LOS DIECINUEVE DIAS DEL MES DE NOVIEMBRE DEL AÑO DOS MIL

UNO-----------------------------------------------------------------------------------------------------------------------------------------------------------

GEE