DEBORAH S. MALLGRAVE, State Bar No. 198603
 *DMallgrave@GGTrialLaw.com*
DESIRÉE N. MURRAY State Bar No. 330079
 *DMurray@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
 *Mike@AndersonAdvocates.com*
JENNIFER E. STEIN, State Bar No. 300775
 *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br><br>      Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN | Case No. 2:20-cv-01437-ODW-AS<br><br>**[PROPOSED] ORDER DENYING DEFENDANT NAASON JOAQUIN GARCIA'S MOTION TO QUASH SERVICE ON BEHALF OF DEFENDANT LA LUZ DEL MUNDO AND FOR DISMISAL OF LA LUZ DEL MUNDO**<br><br>[Filed concurrently with Plaintiff's Opposition to Motion to Quash Service on LDM; Declaration of Deborah S. Mallgrave; and Declaration of Sochil Martin]<br><br>Date:   September 21, 2020<br>Time:  1:30 p.m.<br>Ctrm:  5D |

Case No. 2:20-cv-01437-ODW-AS

[PROPOSED] ORDER DENYING DEFENDANT GARCÍA'S MOTION
TO QUASH SERVICE OR DISMISS LDM

1  ZAMORA, an individual, DAVID
2  MENDOZA, an individual and DOES 1 through 10, inclusive.
3        Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THIS MATTER having come before the Court on Defendant Naason Joaquin García's Motion to Quash Service on Behalf of Defendant La Luz Del Mundo and for Dismissal of Defendant La Luz Del Mundo (the "Motion"), and the Court having considered the moving and responding papers filed by the parties and having heard the arguments of counsel, and with good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Naason Joaquin García's Motion is **DENIED**.

## OR

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's request for jurisdictional discovery is **GRANTED**.

DATED: _____

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE