1  DEBORAH S. MALLGRAVE, State Bar No. 198603
     *DMallgrave@GGTrialLaw.com*
2  DESIRÉE N. MURRAY, State Bar No. 330079
     *DMurray@GGTrialLaw.com*
3  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Telephone: (949) 383-2800
5  Facsimile: (949) 383-2801

6  MICHAEL G. FINNEGAN, State Bar No. 241091
     *Mike@AndersonAdvocates.com*
7  JENNIFER E. STEIN, State Bar No. 300775
     *Jennifer@AndersonAdvocates.com*
8  JEFF ANDERSON & ASSOCIATES
   11812 San Vincente Boulevard, #503
9  Los Angeles, California, 90049
   Telephone: (310) 357-2425
10 Facsimile: (651) 297-6543

11 Attorneys for Plaintiff SOCHIL MARTIN

12           **UNITED STATES DISTRICT COURT**

13    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

15 SOCHIL MARTIN,                          Case No. 2:20-cv-01437-ODW-AS

16          Plaintiff,

17       v.                               **SUPPLEMENTAL DECLARATION
                                          OF DEBORAH S. MALLGRAVE IN
                                          SUPPORT OF PLAINTIFF'S
18 LA LUZ DEL MUNDO, an                   OPPOSITION TO MOTION TO
   unincorporated association, NAASÓN     QUASH SERVICE ON DEFENDANT
19 JOAQUÍN GARCIA, an individual, EL      LA LUZ DEL MUNDO AND
   CONSEJO DE OBISPOS, an                 MOTION TO DISMISS
20 unincorporated association,
   INTERNATIONAL BEREA USA, an
21 unincorporated association, GILBERTO   Date:    September 21, 2020
   GARCIA GRANADOS, an individual,        Time:    1:30 p.m.
22 JOSE HERNANDEZ, an individual,         Ctrm:    5D
   UZZIEL JOAQUÍN, an individual,
23 SILVERIO CORONADO, an individual,
   AURELIO ZAVALETA, an individual,
24 JOSE LUIS ESTRADA, an individual,
   JONATHAN MENDOZA, an individual,
25 ALMA ZAMORA DE JOAQUÍN, an
   individual, BENJAMIN JOAQUÍN
26 GARCIA, an individual, RAHEL
   JOAQUÍN GARCIA, an individual,
27 ADORAIM JOAQUÍN ZAMORA, an
   individual, DAVID MENDOZA, an
28

                                          Case No. 2:20-cv-01437-ODW-AS

SUPPLEMENTAL DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO MOTION TO QUASH SERVICE ON DEFENDANT LDM AND MOTION TO DISMISS

1 | individual and DOES 1 through 10,
inclusive.
2 |
|                Defendants.
3 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO MOTION TO QUASH SERVICE ON DEFENDANT LDM AND MOTION TO DISMISS

1    **SUPPLEMENTAL DECLARATION OF DEBORAH S. MALLGRAVE**

2         I, Deborah S. Mallgrave, declare as follows:

3         1.    I am an attorney, duly licensed to practice law in the State of California.

4    I am an attorney with the law firm of  Greenberg Gross LLP, counsel of record for

5    Plaintiff Sochil Martin in this action.  The facts stated herein are within my personal

6    knowledge and if called upon to testify, I can truthfully and competently do so as to

7    all matters herein.

8         2.    Attached as **Exhibit L** is a certified translation of the LDM bylaws

9    attached as **Exhibit J** to the previously filed Declaration of Sochil Martin (filed on

10   August 31, 2020), as translated by GMR Transcription Services, Inc.

11        I declare under penalty of perjury under the laws of the United States of

12   America that the foregoing is true and correct.

13        Date: September 3, 2020

14

15   _____
     Deborah S. Mallgrave

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO MOTION TO QUASH SERVICE ON DEFENDANT LDM AND MOTION TO DISMISS