# EXHIBIT L

# CHARTER

# OF THE

# CHURCH OF THE LIVING GOD,

# PILLAR AND GROUND OF TRUTH

# THE LIGHT OF THE WORLD

# RELIGIOUS ASSOCIATION

# NATIONAL JURISDICTION

JUNE 2001

# TABLE OF CONTENTS

**TITLE ONE**
GENERAL PROVISIONS ...................................................................................... 1

**TITLE TWO**
BASIC PRINCIPLES OF CHRISTIAN DOCTRINE...................................................3

**TITLE THREE**
REGARDING THE SOCIAL RELATIONS OF THE CHURCH…………………………………

CHAPTER ONE
BEFORE THE STATE AND THE AUTHORITIES…………………………………

CHAPTER TWO
BEFORE INDIVIDUALS…………………………………………………………

**TITLE FOUR**
ECCLESIASTICAL GOVERNMENT………………………………………………………………

CHAPTER ONE
GENERAL CONCEPTS……………………………………………………

CHAPTER TWO
REGARDING THE APOSTOLATE………………………………………………………………

CHAPTER THREE
REGARDING THE ECCLESIASTICAL HIERARCHY…………………………………………

CHAPTER FOUR
REGARDING THE MINISTRIES……………………………………………………

**TITLE FIVE**
REGARDING CHURCH MEMBERS…………………………………………………………..

**TITLE SIX**
REGARDING WORSHIP IN THE ADORATION OF GOD……………………………………

**TITLE SEVEN**
REGARDING THE ECCLESIASTICAL ORGANIZATION…………………………………………

CHAPTER ONE
GENERAL PROVISIONS……………………………………………………

CHAPTER TWO
REGARDING THE TERRITORIAL STRUCTURE…………………………………………..

CHAPTER THREE
REGARDING THE ADMINISTRATIVE STRUCTURE…………………………………..

SECTION ONE
REGARDING THE PRESIDENCY……………………………………………….
SECTION TWO
REGARDING THE COUNCIL OF MINISTERS…………………………………..

SECTION THREE
REGARDING THE MINISTRIES……………………………………………….

SECTION FOUR
REGARDING COMMISSIONS…………………………………………….

CHAPTER FOUR
REGARDING THE LEGAL STRUCTURE……………………………………..

SECTION ONE
REGARDING LEGAL REPRESENTATIVES…………………………………….

SECTION TWO
REGARDING DIRECTORS…………………………………………..

SECTION THREE
REGARDING LEGAL AGENTS……………………………….

SECTION FOUR
REGARDING ASSOCIATES………………………………………….

**TITLE EIGHT**
REGARDING THE ECCLESIASTICAL PATRIMONY……………………………………

CHAPTER ONE
REGARDING ITS INTEGRATION…………………………………………………

CHAPTER TWO
REGARDING REAL ESTATE……………………………………….

CHAPTER THREE
REGARDING MOVABLE ASSETS…………………………………………..

**TITLE NINE**
PROCEEDINGS AND COUNTERCLAIMS…………………….

CHAPTER ONE
REGARDING THE PROCEDURE FOR CONVENING CHURCH MEMBERS……………

CHAPTER TWO
REGARDING THE PROCEDURE FOR SANCTIONING MINISTERS………………

CHAPTER THREE
COUNTERCLAIMS…………………………………………………

**TITLE NINE**
GENERAL PREVENTION………………………………………

TEMPORARY ARTICLES…………………………………………

**TITLE ONE**
**GENERAL PROVISIONS**

**ARTICLE ONE.- CHARTER.-** The CHURCH OF THE LIVING GOD, PILLAR AND GROUND OF TRUTH THE LIGHT OF THE WORLD, will regulate its activity and administrative organization under this Charter, which will be of general observance for all members and ministers of the same.

**ARTICLE TWO.- DESIGNATION.-** The name of the church Revealed by God to the Apostle of Jesus Christ, brother Aarón Joaquín González, is: CHURCH OF THE LIVING GOD, PILLAR AND GROUND OF THE TRUTH THE LIGHT OF THE WORLD (1 Timothy 3:15 and Matthew 5:14), which for The effects of the present Charter will be identified as "the church." Its exclusive designation must prevail for all manner of purposes, be they religious, legal, or for identification.

The church's temples must bear on their facade and in a visible way the inscription: HOUSE OF PRAYER THE LIGHT OF THE WORLD.

**ARTICLE THREE.- UNIVERSALITY.-** The congregations established in each country are part of the CHURCH OF THE LIVING GOD, COLUMN AND SUPPORT OF THE TRUTH LIGHT OF THE WORLD (Mark 16:15), which will be represented by those designated by the church representative.

**ARTICLE FOUR.- CONSTITUTION.-** The church traces its constitution back to Jesus Christ (Matthew 16:18), our foundation and founder (1 Corinthians 3:11). Under the Christian doctrine, it resurfaces on April 6, 1926, in the city of Monterrey, in Nuevo León, Mexico.

**ARTICLE FIVE.- OBJECTIVES.-** The objectives of the church are:

I.- Make known to everyone, without distinction or discrimination, the message of spiritual salvation (1 Timothy 2:3-4).

II.- Contribute through the gospel of Jesus Christ to peace and brotherhood among men and among nations (John 14:27).

III.- Reconcile the community with God, instilling in man hope of eternal life through submission to the divine laws (2 Corinthians 5:19).

IV.- Instill in believers a sense of personal, family, civic, and social responsibility through the universal principle of Christian brotherhood (1 John 4:20 and 1 Peter 1:22-23).

**ARTICLE SIX.- HEADQUARTERS.-** The church headquarters is located in the city of Guadalajara, Jalisco, Mexico, notwithstanding the fact that it may be moved elsewhere in the national territory if deemed necessary by the presidency of the church.

For the effective fulfillment of their duties, the jurisdictions, as internal entities with legal personality, may establish, with prior authorization from the president of the church, a conventional domicile in their places of residence.

**ARTICLE SEVEN.- ORGANIZATION.-** The church has, for its government and administration, the following organizational structures:

I.- For spiritual government, the ecclesiastical hierarchy established by Christian doctrine (1 Corinthians 12:28 and Ephesians 4:11) consists of:

- Apostle of Jesus Christ (Ephesians 2:20)
- Pastors or Bishops (1 Timothy 3:1-7)
- Deacons (1 Timothy 3:8-13)
- Evangelical Missionaries (Luke 10:1-2)

II.- For administrative purposes, it has a Council of Ministers, as well as ministries, to be determined in terms of their number, functions, and appointees by the Presidency of the Church, who will at all times have full powers to make changes or modifications that it deems appropriate.

III.- Regarding territorial organization, there are Districts that encompass a group of congregations and missions belonging to one or more federative entities or departments. A Pastor will be appointed to head each District, assisted by the number of Deacons assigned to it.

IV.- In order to exercise their legal personality, the necessary legal entities will be constituted, in accordance with current law, which will govern their actions according to the provisions of the Title Seven, Chapter Four, of this Statute.

**ARTICLE EIGHT- INCLUSION.-** The church, as the bearer of the Christian gospel, maintains that all people, without distinction as to race, sex, color, nationality, language, or social status, may attend services to worship God (Acts 10: 34-35).

**ARTICLE NINE.- CHURCH MEMBERS.-** A church member is any person who receives water baptism and observes the doctrinal standards.

Church members are also those under the age of fourteen whose parents, or one of them, are recognized as such.

The church, via its competent bodies, has the right to suspend the condition of membership at any time when there are violations of its rules of conduct.

**ARTICLE TEN.- OFFICIAL EMBLEMS.-** The emblems of the church are the emblem and flag described as follows:

EMBLEM.- It consists of a column at the base of which Ephesians 2:20 is cited. At the head of the column rests the Holy Bible, from whose interior a ray of light emanates illuminating the entire world, with clouds placed at the head of the column, moving around the world, with the inscription: "Restoration of the Early Christian Church."

Its symbolism indicates:

- The column represents the church as the support of the truth (1 Timothy 3:15).
- The Biblical text indicates that the Church is founded on the Apostolic Authority that originates in Jesus Christ Himself.
- From the Holy Bible, supported by the church like a column, a ray of light emanates in fulfillment of what is established by Jesus Christ: "You are the light of the world..." (Psalm          119:105          and          Matthew          5:14).

The clouds signal God's presence and protection of his church as it was for Israel in the
wilderness (Exodus 13:21 and Exodus 19:9).

Flag.- It is a white canvas on which the figure of a lion is depicted in gold, a trunk at its side from
which a rod sprouts, as well as an almond rod.

Its symbolism indicates:

- The white flag alludes to the purity and fidelity of the church to Jesus Christ (Ephesians 2:27).
- The figure of the lion symbolizes the Tribe of Judah, on whom rested the scepter, the legislative task, and the rallying point of the nations. From this tribe came Christ, who is the lion of the Tribe of Judah (Genesis 49:8-10 and Revelations 5:5).
- The rod sprouting from the trunk represents the fulfillment of Isaiah's prophecy (Isaiah 11:1), in reference to Christ.
- The almond rod identifies choice, as it refers to the priesthood of Aaron and the apostolic ministry that Jesus Christ established in his church (Hebrews 3:1).

**ARTICLE 11.- FREE PROVISION.-** All the religious services and sacred offices administered to
members of the Church are free of charge, in compliance with the precept of Christ: "…Freely
you have received, freely give" (Matthew 10:8).


**TITLE TWO**
**BASIC PRINCIPLES OF CHRISTIAN DOCTRINE**


**ARTICLE 12.- SOURCE OF FAITH AND DOCTRINE.-** The church proclaims Divine
Revelation as the doctrinal source (2 Peter 1:19). Registered in the Holy Scriptures and
declared by apostolic teaching (Romans 16:25).

**ARTICLE 13.- BASIC RELIGIOUS PRINCIPLES.-** The basic religious principles of the church
are as follows:

I.   We believe in the existence of a singular and universal God, 1 Kings 8:23: "There is no God like you in heaven above or on earth below..."

II.  We believe in Jesus Christ, the son of God, and the Savior of the world. Acts 8:37: "...I believe that Jesus Christ is the Son of God."

III. We accept as truth that Jesus Christ was conceived by the intervention of the Holy Spirit in the womb of a holy, blessed, virgin whose name was Mary. Luke 1:28-35: "And behold, you will conceive in your womb and bring forth a Son, and shall call His name JESUS."

IV.  We accept the divine inspiration of the Holy Bible as the sole and sufficient rule of faith. John 5:39, 2 Timothy 3:16: "All Scripture is given by inspiration of God, and is profitable for doctrine, for reproof, for correction, for instruction of righteousness..."

V.   We believe in the love of God that we may be called His children. John 1:12: "...He gave the right to become children of God..."

VI.  We believe that the death of Jesus Christ vindicates man with God and that by that holocaust the greatest human desire is achieved: to be accepted and pleasing to God, John 3:16: "God so loved the world that He gave His only begotten Son so that everyone believing in Him should not perish, but should have eternal life."

VII. We believe in the election and vocation of the Servants of God sent to manifest the divine will and salvation. Galatians 1:15, Acts 13:47: "...I have set you for the light of the nations…"

VIII. We accept water baptism in the name of Jesus Christ for the forgiveness of sin. Acts 2:38 "...Repent and be baptized every one of you in the name of Jesus Christ for the forgiveness of sins..."

IX.    We believe in the baptism of the Holy Spirit as the confirmation God gives man to enter the Kingdom of Heaven. Matthew 3:11: "...He will baptize you with the Holy Spirit and fire." John 3:5 "Except a man be born of water and of the Spirit he cannot enter into the kingdom of God..."

X.    We recognize God's plan for salvation for all nations because God shows no partiality towards any person, race, color, language, political opinion, or economic position. Matthew 28:19, 1 Timothy 2:4 "...Who wants all men to be saved and to come to the knowledge of the truth."

XI.    We believe that persuasion, conviction, and reason are the most steadfast basis of any creed and faith. Acts 26:28 "...You almost persuade me to be a Christian." 2 Timothy 3:14: "But as for you, continue in what you have learned and have become convinced of..."

XII.    We believe that Jesus Christ established His Church that those who will accept his calling may attain salvation. John 10:16 "...And they will hear My voice; and there shall be one flock and one shepherd." Acts 2:47: "...And the Lord added to their number daily those who were being saved."

XIII.    We proclaim the second coming of Jesus Christ who will repay each according to their deeds. Matthew 24:30: "...When they see the Son of Man coming on the clouds of heaven, with power and great glory." Apocalypse 22:12: "Look, I am coming soon! My reward is with me..."

**ARTICLE 14.- BASIC MORAL PRINCIPLES.-** The basic moral principles of the church are as follows:

I.    We recognize man's free will as the guiding principle of his conduct.

II.    We accept sincere, honest, and open dialogue, which, in turn, develops our criteria and skills.

III.    We consider fanaticism and intolerance as limiting the development of nations; consequently, we open our doors to knowledge, which will eradicate poverty, ignorance, vices, and drug dependency.

IV.    We believe that science is a gift from God, the knowledge of which should serve the greatest causes of humanity, to the benefit of their progress and development.

V.    We affirm that every person has the right to freedom of thought; this includes choosing a religious creed to your liking, without incurring any threat or injury for the same.

VI.    We consider that unnatural rules, such as the imposition of a particular civil status, the dispossession of property, or threat against family integrity, are contrary to all ethical-moral principles.

VII.    We reject discrimination in dealing with believers, who enjoy the benefits they deserve according to the standards of the church.

**ARTICLE 15.- BASIC CIVIL PRINCIPLES.-** The basic civil principles of the church are as follows:

I.    We affirm that we have the right to involve ourselves in the general context of society, to work, health, and education, without any discrimination, limitation, or religious prejudice, in exercising our constitutional rights.

II.    We believe that governments are established to dispense justice, punishing those wrongdoers and protecting those who do good. Romans 13:1-5: "Everyone must submit himself to the governing authorities..."

III.    We pray for the authorities because God has commanded that every human institution be respected. 1 Timothy 2:1-3: "... that prayers...be made...for all those in authority..."

IV.    We are taught as citizens to comply with the laws of each country, to respect national cultures and patriotic symbols.

V.    Respect for life is by divine design; our duty is to abide by it. 1 Corinthians 3:16: "Don't you know that you yourselves are God's temple...?"

**ARTICLE 16.- GENERAL OBSERVANCE.-** It is the duty of every member and minister of the church to uphold and observe the basic principles of Christian doctrine, seeking dissemination and knowledge of the same.

## TITLE THREE
## REGARDING THE SOCIAL RELATIONS OF THE CHURCH

## CHAPTER ONE
## BEFORE THE STATE AND THE AUTHORITIES

**ARTICLE 17.- SEPARATION OF CHURCH AND STATE.-** The church supports and recognizes the unimpeded separation that must exist between the Church and State (Matthew 22:21), which must prevail for the preservation of social peace and the validity of the Rule of Law.

**ARTICLE 18.- RESPECT FOR THE LAW.-** The church declares its willingness to subject its social activity to the legal precepts applicable to it. It likewise declares its respect for the General Constitutions of countries and the laws that emanate from them, provided they do not contravene the rights inherent to human dignity, the basic principles of Christian doctrine.

**ARTICLE 19.- AUTHORITIES.-** The church declares its respect for the legally constituted authorities that govern each nation and, in compliance with the Biblical mandate, prays to God for them. (1 Timothy 2:1-2).

**ARTICLE 20.- PATRIOTIC SYMBOLS.-** National flags, Emblems, and Hymns are respected by the church as patriotic symbols.

**ARTICLE 21.- NATIONAL CULTURES.-** The church expresses its respect for national cultures and condemns any attempt to destroy nations' cultural and historical heritage.

Church members are taught to love their homeland, to care for it, and to foster harmony among their compatriots, above all to strive each day for their nation to grow and develop socially, civically, economically, and culturally.

**ARTICLE 22.- SECULAR EDUCATION.-** The church proclaims itself in favor of secular education, which should remain detached from any religious doctrine, fighting ignorance, servitude,                    fanaticism,                    and                    prejudice.

## CHAPTER TWO
## BEFORE INDIVIDUALS

**ARTICLE 23.- FREEDOM OF BELIEF.-** Each person has the right to choose his beliefs, to practice acts of respective worship, and to determine his conduct in accordance with his convictions. Consequently, the Church rejects any means of coercion or violence to accept any given faith.

**ARTICLE 24.- GUARANTEES.-** The church promotes that every person should have the rights inherent to human dignity.

**ARTICLE 25.- CIVIC-SOCIAL RIGHTS AND DUTIES.-** Every person has the right to choose his political preferences and social participation.

**ARTICLE 26.- THE RIGHT TO EDUCATION.-** The church respects every person's right to education and school instruction; it promotes this through the Ministry of Culture and Christian Education, helping to raise the academic level of its membership.

## TITLE FOUR
## ECCLESIASTICAL
## GOVERNMENT

## CHAPTER ONE
## GENERAL CONCEPTS

**ARTICLE 27.- ECCLESIASTICAL GOVERNMENT.-** The church government is Apostolic, having been constituted by God for the direction and instruction of the Church.

**ARTICLE 28.- OBEDIENCE.-** Pastors or Bishops, Deacons, Evangelical Missionaries, and church members must at all times show obedience to the provisions of the Apostle of Jesus Christ, to Christian doctrine, as well as subjecting their exposition of doctrine to the sound teaching of Christ.

## CHAPTER TWO
## REGARDING THE
## APOSTOLATE

**ARTICLE 29.- DIVINE APPOINTMENT.-** In accordance with Biblical teaching, the Church upholds and proclaims the exclusive intervention of God in the appointment of its Apostles.

**ARTICLE 30.- APOSTLE.-** The church proclaims the Apostle as the representative of Jesus Christ and the repository of his Authority.

**ARTICLE 31.- APOSTOLIC WORK.-** The Church recognizes and accepts that by divine delegation, full powers for the government of the Church reside in the Apostle of Jesus Christ, such that any organizational or hierarchical structure, ministry, or commission invariably fall under his direction. The Apostle has full authority at all times to make the changes or modifications he deems appropriate in all areas of the Church.

**ARTICLE 32.- APPOINTMENTS.-** The power to grant, suspend, or revoke the hierarchical appointments of Pastor or Bishop, Deacon, and Evangelical Missionary resides in the Apostle of Jesus Christ.

**ARTICLE 33.- SUPREME AUTHORITY.-** God has placed the Apostle of Jesus Christ in His Church as the highest authority; consequently, his instructions regarding Church government are to be received and accepted.

## CHAPTER THREE
## REGARDING THE ECCLESIASTICAL HIERARCHY

**ARTICLE 334.- PASTOR OR BISHOP.-** The Pastorate or Bishopric is the highest hierarchical rank to which a minister can aspire. This degree is awarded to those who, showing irreproachable conduct and standing out in their dedication to God's work, meet the requirements established in 1 Timothy 3:17.

**ARTICLE 35.- DEACON.-** In order to receive the rank of Deacon, it is necessary to demonstrate service: honesty, sincerity, not coveting dishonest gains, guarding the ministry of faith with a clear conscience, being blameless, husband to one sole wife, and governing his house well (1 Timothy 2:15).

**ARTICLE 36.- EVANGELICAL MISSIONARY.-** The hierarchical rank of Evangelical Missionary is granted to a church member who voluntarily expresses his desire to collaborate in spiritual work, once he has been accepted for such rank by the competent body of the Church (2 Timothy 2:15).

## CHAPTER FOUR
## REGARDING THE
## MINISTERS

**ARTICLE 37.- MINISTER.-** The Church recognizes as minister one who has been conferred a hierarchical degree, and who is appointed to lead a local congregation in order to assist it in its spiritual and material needs, as well as to administer the doctrine of Jesus Christ (2 Timothy 2:15).

**ARTICLE 38.- WORSHIP LEADING.-** Any church member may preside over an act of worship to God with the authorization of the local minister, without the need for the church member to attain the rank of minister.

**ARTICLE 39.- REQUIREMENTS.-** In order to become a minister of the Church, it is necessary to meet the following requirements:

    I.      Be an active church member with minimum seniority of seven years.
    II.     Submit the corresponding application.
    III.    Lead an honest and holy life as witnessed by church members and the congregation minister.
    IV.    Dedicate oneself to study of the Holy Scriptures.
    V.     Have completed and passed the theology and history studies taught in the Church.

VI.    Pass the courses on human rights, civic education, and general administration taught by the church through the Ministry of Culture and Christian Education.

VII.   Pass the general examination of Christian doctrine before the Ministry of Evangelical Orthodoxy and Sacred Doctrine.

**ARTICLE 40.- CREDENTIAL.-** The Church shall issue the minister with a credential of limited validity that accredits him as such, to be initialed by the director of the respective jurisdiction. The minister will be responsible for the use of the same.

**ARTICLE 41.- DEFERENCE.-** Ministers must demonstrate fidelity and obedience to God, spiritual government, and doctrine, as well as deference to everything instituted by God (1 Timothy 1:12 and Acts 2:28).

**ARTICLE 42.- CIVIC DUTIES.-** Ministers have the duty to comply with the civic obligations which, without contravening the rights inherent to human dignity and the basic principles of Christian doctrine, countries' laws dictate, as well as to respect the legally constituted civil authorities.

**ARTICLE 43.- MINISTERIAL WORK.-** A minister is obliged to carry out all material and spiritual actions to the benefit of the congregation, regardless of the adverse circumstances in which they must be carried out (John 10:11).

**ARTICLE 44.- EXEMPLARINESS.-** Ministers are obliged to lead an exemplary life before the Church and within society, in word, conduct, love, spirit, faith, and purity (1 Timothy 4:12).

**ARTICLE 45.- CHANGE OF MINISTERS.-** Ministers are not permanent in the congregations where they are sent, and consequently, they may be transferred elsewhere where their services are required (Titus 1:5).

**ARTICLE 46.- BELONGINGS.-** Upon being transferred from a congregation, a minister may take only his personal belongings with him (1 Peter 5:2), as all furniture and fixtures found within the parsonage and the temple belong to the ecclesiastical patrimony.

**ARTICLE 47.- AVAILABILITY.-** A minister must respect the transfer order issued to him. In the space of a few days, in relation to the distance, he must arrive in the congregation that has been assigned to him.

**ARTICLE 48.- CULTURAL ATTENDANCE.-** Ministers are required to attend all religious ceremonies held in the church.

**ARTICLE 49.- SUBORDINATION.-** Ministers will abide by the provisions ordered by their superior, except in the case of commissions with specific powers before which the hierarchical ranks are subordinated.

All ministers will be exempt from obedience when a superior gives an order contrary to the basic principles of the Christian doctrine of the Church or to the present Statute.

Likewise, he shall attend to the provisions issued by the ministries in order to effectuate a better administration and will comply with the ordinances provided by these.

**ARTICLE 50.- VOLUNTARY ACTIVITY.-** There is no employment relationship between the Church and its ministers, as a minister's activity is by vocation. When he so wishes, a minister may request his discharge from service, without the Church being obliged to indemnify him.

A minister, observing the principles of austerity and self-denial, shall have his needs attended to by the congregation under his charge, to the extent it is able.

**ARTICLE 51.- RESOLUTION.-** Each minister must resolve the problems that arise in the congregation under his charge. When he deems it pertinent, he may seek the advice of his immediate superior.


### TITLE FIVE
### REGARDING
### CHURCH MEMBERS


**ARTICLE 52.- CHURCH MEMBERS.-** A church member is any person who meets the conditions established by ARTICLE 9 of this Statute. In order to join as a church member, no person is required to make make a contribution of pecuniary nature or one in kind; consequently, the Church will have no obligation of compensation or patrimonial restitution toward its church members.

**ARTICLE 53.- WATER BAPTISM.-** Baptism is the sacred office consisting of immersion in water and the invocation of the name of Jesus Christ for the forgiveness of sins carried out by a minister authorized by the corresponding authority.

**ARTICLE 54.- WILLFULNESS.-** In the Church, baptism is voluntary and is administered from the age of fourteen. All applicants requesting it must know and accept the doctrine of the church and its institutions, and profess obedience.

**ARTICLE 55.- CERTIFICATE OF BAPTISM.-** Church members will be issued a certificate with their general information, the date of baptism, as well as the name of the minister who performed it. The certificate will be made in duplicate, so as to be recorded in the Church Archives.

**ARTICLE 56.- PRESENTATION CERTIFICATE.-** A certificate will be issued to parents who present their children to the Church within forty days, counted from the date of birth (Luke 2:22-23).

**ARTICLE 57.- RELIGIOUS INSTRUCTION.-** Parents are responsible for the religious instruction of their children, helping the Church in this task (Proverbs 22:6).

**ARTICLE 58.- FREEDOM OF RELIGION.-** All church members are free to change their religion, if they so decide, forfeiting this nature as a consequence.

**ARTICLE 59.- RIGHTS.-** Church members shall enjoy the following rights:

    I.      To receive spiritual assistance at all times.
    II.    To be visited in case of illness, and when the church has orphanages and charities, to be able to receive these services in accordance with their conduct (1 Timothy 5:3-4).
    III.   Respect for their marital status.
    IV.   Respect for their heritage.
    V.    To obtain sacred benefits, subsequent to fulfilling the requirements for the same.
    VI.   To involve themselves in church activities, and
    VII.  All those referred to in this Statute.

**ARTICLE 60.- OBLIGATIONS.-** Church members' obligations are:

I.      To respect and obey the Church authorities.
II.     To accept and practice Christian doctrine.
III.    To behave fraternally with church members in the family of faith and with society in general, and
IV.     All those referred to in this Statute.

**ARTICLE 61.- WORSHIP IN ADORATION OF GOD.-** Worship in adoration of God is understood as the religious ceremony by which church members pay supreme devotion to God and receive the corresponding doctrinal instruction.

**ARTICLE 62.- RELIGIOUS PRACTICE**.- Church members voluntarily practice acts of worship, individually or collectively, in accordance with the discipline of the Church.

**ARTICLE 63.- WORSHIP.-** There are ordinary and extraordinary worship services in the adoration of God.

**ARTICLE 64.- ORDINARY WORSHIP.-** Ordinary worship services in adoration of God are those practiced inside the temples within the hours indicated below, except in cases where the District Pastor authorizes some variation to the schedule:

I.      Morning prayers from 5:00 a.m. to 6:00 a.m. daily, and from 9:00 a.m. to 10:00 a.m. Monday to Saturday.
II.     Evening prayers from 6:00 p.m. to 7:00 p.m. Monday to Saturday, except Thursday.
III.    Praise services from 5:00 p.m. to 8:00 p.m., Thursdays and Sundays.
IV.     Sunday school from 10:00 to 12:00.

**ARTICLE 65.- EXTRAORDINARY WORSHIP.-** These are extraordinary worship services in adoration of God, those that, owing to special reasons, should be celebrated outside the temples.

**ARTICLE 66.- LEGAL REQUIREMENTS.-** It is the minister's responsibility to comply with the requirements for the celebration of worship services.

**ARTICLE 67.- FORMALITIES.-** Every worship service in adoration of God must be presided over and heard in accordance with the discipline of the Church. The development of religious ceremonies is stipulated in the Manual of Sacred Offices, which will be of general observance for every all church members and ministers.

**ARTICLE 68.- REVERENCE.-** No one will be denied entrance to the temples, being asked to observe due respect for these sacred places (Leviticus 26:2).

In the event that a person enters in an impertinent state, or causes some disorder, a minister may request assistance from the competent civil authorities.

**TITLE SIX**
**REGARDING THE ECCLESIASTICAL ORGANIZATION**

**CHAPTER ONE**

**GENERAL PROVISIONS**

**ARTICLE 69.- ORGANIZATIONAL STRUCTURES.-** For the church operation and attention to church membership, the following organizational structures are in place:

I.     Ecclesiastical Government Structure, referred to in the Title Four of this Statute.
II.    Territorial Structure.
III.   Administrative Structure.
IV.    Legal Structure.

**ARTICLE 70.- DUTIES.-** The members of each of the Church's organizational structures will assume the fulfillment of their functions under their strict responsibility. Every minister, director, or commissioner will be responsible for faithfully complying with the legal obligations that correspond to him.

**ARTICLE 71.- LETTER OF RESPONSIBILITY.-** The heads of administrative ministries, district pastors, and directors of the internal entities of the Church with legal personality will receive, upon appointment, a document establishing the responsibility of each of these in compliance with legal obligations, derived from their specific functions.

**CHAPTER TWO**

**REGARDING THE TERRITORIAL STRUCTURE**

**ARTICLE 72.- TERRITORIAL STRUCTURE.- The Church is organized territorially according to districts, congregations, and missions, which shall carry out their functions and activities in accordance with the provisions of this chapter.**

**ARTICLE 73.- DISTRICTS.-** Districts are made up of the group of congregations and missions within a federative entity or department, as the case may be. In extraordinary circumstances, they may be made up of congregations from two or more federative entities or departments, per the consideration of the Presidency of the Church.

**ARTICLE 74.- DISTRICT DIRECTORSHIP.-** A pastor will head each district, with responsibility for the proper functioning of his area of competence as appointed by the presidency of the Church.

**ARTICLE 75.- FUNCTION OF THE DISTRICT PASTOR.-** The responsibilities of the Pastor in the District under his charge are:

I.     To supervise the good order and correct development of the congregations and missions.
II.    To coordinate the tasks of evangelizing, caring for the sick and needy, the care and spiritual growth of Christian discipline, and others.
III.   To advise ministers on the resolution of problems that arise in congregations                          and                          missions.

IV.   To supervise the growth of church membership in the congregations and missions, detecting any deficiencies that may arise and calling for their correction.

V.   To supervise the good conduct of ministers.

VI.   To be aware of problems that, due to their importance and severity, merit special attention. If deemed necessary, and in the appropriate cases, these will be forwarded to the Ministry of Human Rights and Justice for its awareness, investigation, and resolution, and

VII.   All those assigned by the Presidency of the Church.

**ARTICLE 76.- CONGREGATIONS.-** Congregations are made up of the group of parishioners who regularly attend a given temple to pay tribute worshiping in the adoration of God.

**ARTICLE 77.- LOCAL ARCHIVES.-** In each congregation, there must be a file recording the identification data of church members and the religious activities they carry out.

**ARTICLE 78.- PERSON IN CHARGE.-** The minister is the person in charge of administering all religious activities carried out in the congregation and missions under his charge.

**ARTICLE 79.- NOTIFICATIONS.-** Upon receiving a notification from a civil authority, ministers shall send it in a timely manner to the corresponding legal representation of the Church, so that they may reply to it.

In the case of notifications pertaining to a local congregation or its missions, concerning public services or legal obligations of Church properties, ministers shall comply duly.

**ARTICLE 80.- PROPERTY MAINTENANCE.-** Ministers are responsible for the necessary custody, conservation, and maintenance of real estate owned by the Church or the Nation.

**ARTICLE 81.- CONSTRUCTION AND REMODELING.-** It is the minister's responsibility, in the construction and remodeling of the temples and parsonages under his custody, to obtain all the corresponding legal permits, as well as the authorizations from the pertinent administrative ministries of the Church.

The technical director of the work shall invariably be an expert in the matter.

The minister shall ensure that the work's execution is carried out in accordance with the projects authorized.

**ARTICLE 82.- MISSIONS.-** Missions are made up of the group of church members who meet in a specific temple, or in a private home, for their worship in adoration of God, without having a minister who permanently resides in that place.

**ARTICLE 83.- COLLABORATORS.-** For the care of a mission, a minister may be assisted by a church member to the effect that he may take charge of it. A minister will supervise the collaborators' activities.

**ARTICLE 84.- VISITS TO MISSIONS.-** Ministers must offer the due mission to the missions, seeking their consolidation and development, to which end he shall visit them and instruct them in                                                                                             doctrine.

**ARTICLE 85.- SPECIAL DUTY.-** It is the duty of each minister to ensure that every mission has the necessary infrastructure for its worship services in the adoration of God. He must report to the competent ministry when the mission under his charge meets the conditions of the congregation.

### CHAPTER THREE
### REGARDING THE ADMINISTRATIVE STRUCTURE

**ARTICLE 86.- ADMINISTRATIVE STRUCTURE.-** The Church's administrative organization is as follows:

I.  Presidency.
II.  Council of Ministers.
III.  Ministries.
IV.  Commissions.

**ARTICLE 87.- KINSHIP.-** There shall be no kinship between members of the Council of Ministers, nor between the constituents within each of the administrative ministries and commissions.

### SECTION ONE
### REGARDING THE
### PRESIDENCY

**ARTICLE 88.- POWERS.-** The Presidency of the Church resides in the Apostle of Jesus Christ.

It is the responsibility of the Presidency to establish the organizational structures of the Church, to indicate its functions and areas of competence, and to name its appointees, as well as their modification, termination, or revocation, when, in its opinion, this is necessary.

It is the supreme representation of the Church and shall have all the decision-making powers within it; against its determinations, there shall be no recourse.

**ARTICLE 89.- OFFICES.-** The Presidency has the following support staff for the dispatching of matters:

I.  Private secretary.
II.  Advisers.

### SECTION TWO
### REGARDING THE
### COUNCIL OF MINISTERS

**ARTICLE 90.- INTEGRATION.-** The Council of Ministers is made up of five heads of administrative ministries, who shall be elected annually in plenary session by the heads of said ministries. As to decision-making, the vote of each Council member shall have the same value.

It is up to the Presidency of the Church to confirm or reject the appointment of members of                    the                    Council                    of                    Ministers.

**ARTICLE 91.- SESSIONS.-** The Council of Ministers shall hold ordinary and extraordinary meetings, in accordance with its internal bylaws, in the cities of Guadalajara, Jalisco, and Mexico City, Federal District.

The Presidency of the Church has the power to convene at any time and place.

The Council shall be in session when at least three of its members are present.

**ARTICLE 92.- FUNCTIONS.-** The functions of the Council of Ministers are:

I.    To address and resolve written requests submitted by the heads of administrative ministries and commissions.
II.   To ensure that the ministries submit reports in a timely fashion regarding the operation of the ministry they direct.
III.  To convene ministers in the month of February of the year in which their functions come into effect so as to become aware of their exceptions, experiences, and suggestions.
IV.   To provide the incoming Council with a copy of its report on work carried out, which will serve as a reference for the preparation of its annual work plan.
V.    To communicate to ministers the provisions issued by the Presidency of the Church.
VI.   To prepare their annual work plan.
VII.  To schedule training courses for the proper function and efficiency of administrative ministries and commissions.
VIII. To promote coordination, collaboration, and communication between administrative ministries and commissions, and
IX.   Others as indicated by the Presidency and by the Administrative Bylaws of the Church.

**ARTICLE 93.- INTEGRITY.-** The Council of Ministers, having heard the interested parties with courtesy, shall sustain its resolutions in this Statute and in the Administrative Bylaws of the Church, making determinations with rectitude and impartiality.

**ARTICLE 94.- REMOVAL.-** The heads of the ministries meeting in plenary session shall remove one or all of the members of the Council of Ministers in the event of doctrinal, statutory, or regulatory infractions or omissions. The plenary decision may be approved, modified, or reversed by the President of the Church.

**ARTICLE 95.- REPLACEMENT.-** Members of the Council of Ministers will be replaced by agreement of the plenary session in the following cases:

I.    Death.
II.   Illness.
III.  Disability.
IV.   Change of residence.

**SECTION THREE
REGARDING THE
MINISTRIES**

**ARTICLE 96.- MINISTRIES.-** The ministries for the dispatching of the Church's administrative affairs are:

- The International Ministry of Evangelical Orthodoxy and Sacred Doctrine.
- The International Ministry of Social Communication.

- The Ministry of Evangelical Orthodoxy and Sacred Doctrine.
- The Ministry of Culture and Christian Education.
- The Ministry of Sacred Offices.
- The Ministry of Honor and Justice.
- The Ministry of Social Communication.
- The Ministry of Statistics.
- The Ministry of Land and Construction.
- The Ministry of Ecclesiastical Patrimony.
- The Ministry of Administration and Heritage Conservation.
- The Ministry of Health.
- The Ministry of Social Welfare.
- The Ministry of Financial Administration.

The Presidency of the Church may form the necessary ministries in the Mexican Republic and in each country for the Church to meet its objectives.

**ARTICLE 97.- FUNCTIONS.-** The ministries shall perform the following functions:

I.      Prepare its programs and activity plans.
II.     Periodically evaluate the progress of its activity program.
III.    They shall implement the measures and norms necessary for the faithful fulfillment of the ministry entrusted to them.
IV.     They shall submit their programs and activity plans for the consideration of the Presidency of the Church, and
V.      Others as indicated in the Administrative Bylaws of the Church.


**SECTION FOUR
REGARDING
COMMISSIONS**

**ARTICLE 98.- COMMISSIONS.-** In order to address administrative matters requiring technical and specialized knowledge, the required commissions may be established.


**CHAPTER FOUR
REGARDING THE LEGAL
STRUCTURE**

**ARTICLE 99.- LEGAL PERSONALITY.-** In order to exercise its legal personality, the Church may assume the relevant legal figure.

**ARTICLE 100.- REPRESENTATION.-** The legal personality of the Church is exercised by:

I.      Legal Representatives, and
II.     Attorneys in Fact.

The Legal Representatives and Attorneys in Fact shall exercise their powers in accordance with the provisions of this chapter.

**SECTION ONE
REGARDING LEGAL
REPRESENTATIVES**

**ARTICLE 101.- LEGAL REPRESENTATIVE.-** Exercises the legal representation of the Church, as well as of each of its internal entities with legal personality, and the President of the Church, having the following powers:

I.    General power of attorney for acts of domain.
II.    General power of attorney for acts of administration:
    1) General administration of assets with the condition of administrative powers.
    2) Issuance of credit titles, with express authorization to open and close bank accounts; as well as to designate persons to sign against them; and to carry out any other procedure or operation with credit institutions.
III.    General power of attorney for lawsuits and collections, with all the general and special powers that require a special clause in accordance with the law.

The Legal Representative shall notify the competent civil authorities of all changes, appointments, and deletions that arise within the Church, as well as of each of the internal entities having legal personality.

**ARTICLE 102.- DELEGATION.-** The President of the Church may delegate the powers mentioned in the previous ARTICLE generally or especially, being able to revoke them at any time; said delegation shall be in writing and the competent civil authorities notified.

## SECTION TWO
## REGARDING
## DIRECTORS

**ARTICLE 103.- DIRECTORS.-** The President shall appoint a Director at the head of each collective legal person that constitutes the Church, who shall be the legal representative of the Church, being able to specifically delegate the following powers to him:

I.    General power of attorney for acts of administration.
II.    General power of attorney for lawsuits and collections.

**ARTICLE 104.- FORMALITY.-** The powers referred to in the previous ARTICLE may be granted to directors by the President of the Church through a power of attorney, who has the power of revocation at all times.

**ARTICLE 105.- FUNCTIONS.-** The functions of the directors are:

I.    To represent the President of the Church before the administrative, legislative, and judicial authorities at all levels, with respect to the collective legal person in charge.
II.    To represent the Religious Association, under its charge before administrative, legislative, and judicial authorities at all levels.
III.    To grant third parties jointly with special legal powers for administrative or judicial procedures that involve the interests of the Religious Association under their charge.
IV.    To comply in a timely and correct manner, together with the legal representatives, with all the obligations established by the current legal system, and
V.    All those referred to in this Statute, in the Administrative Bylaws, as well as dictated by the Presidency of the Church.

**ARTICLE 106.- JOINT RESPONSIBILITY.-** The powers and functions granted to directors in the terms of ARTICLE 103 of this Statute shall be exercised jointly with the legal representatives.

### SECTION THREE
### REGARDING ATTORNEYS IN FACT

**ARTICLE 107.- ATTORNEYS IN FACT.-** The Presidency of the Church may designate proxies in each Religious Association constituted to assist directors in the exercise of their legal functions.

### SECTION FOUR
### REGARDING
### ASSOCIATES

**ARTICLE 108.- ASSOCIATES.-** For the purposes of registering the Religious Associations which the Church establishes, the Presidency shall designate three associates for each of them. The associates shall not make any contribution to the patrimony of the Religious Associations, as a result of which they shall have no right to claim any remuneration.

The Presidency of the Church has at all times the power to remove one or all the associates of each Religious Association constituted for infractions or omissions to the Christian doctrine or to the present Statute and the Administrative Regulation of the Church. They shall be no recourse against such determination.

The associates shall lack powers of directorship vis-à-vis the Religious Associations to which they belong, nor in the ecclesiastical and administrative government of the Church.

### TITLE EIGHT
### REGARDING THE ECCLESIASTICAL PATRIMONY

### CHAPTER ONE
### REGARDING ITS
### INTEGRATION

**ARTICLE 109.- PATRIMONY.-** The ecclesiastical patrimony consists of:

      I.      Pecuniary and in-kind donations.
      II.     Properties.
      III.    Movable assets.
      IV.    All other assets sufficient and necessary for the optimal fulfillment of Church objectives.

**ARTICLE 110.- DONATIONS.-** The Church, in order to meet its needs, receives voluntary donations                              from                              its                              members.

**ARTICLE 111.- BYLAWS.-** The ecclesiastical patrimony shall be governed by the Administrative Bylaws of the Church, which shall be applied by the competent ministries.

**ARTICLE 112.- EXCLUSIVITY.-** Real estate property of the Religious Association, as well as property owned by the Nation, shall be used solely for the purposes of the Church and may not be disincorporated from it by the mere separation of associates, ministers, directors, representatives, and legal representatives.

**ARTICLE 113.- DISPOSITION OF PATRIMONY.-** The President of the Church shall be the sole and exclusive body empowered for the sale, assignment, donation, transmission, and exchange of real estate owned by the Religious Association, as well as for the establishment of any lien on them.

Violation of this precept shall imply the nullity of any act of disposition, leaving the Religious Association in full power to appeal to the pertinent legal instances for the protection of its patrimony.

**ARTICLE 114.- FINANCE COMMISSION.-** In each congregation, a finance commission shall be formed comprising three or more active church members to be elected by the church membership via a directive vote. This commission shall account for proceeds and shall cover the needs of the congregation.

**CHAPTER TWO**
**REGARDING REAL ESTATE**

**ARTICLE 115.- REAL ESTATE.-** The following is the real estate that forms part of the ecclesiastical patrimony:

I.    Temples.
II.   Parsonages.
III.  Social welfare houses, and
IV.   All those assets the Religious Association acquires for the fulfillment of its objectives.

**ARTICLE 116.- ACQUISITION OF REAL ESTATE.-** Real estate may be acquired, owned, or managed by the Religious Association through any title.

**ARTICLE 117.- GUARDIANSHIP.-** The Ministry of Ecclesiastical Heritage is the guardian of the legal titles certifying the ownership and possession of real estate; the Ministry of Intendancy and Heritage Conservation is empowered to order that which is conducive to their maintenance and conservation.

In the event that assets are considered historical or artistic, the corresponding notification shall be made before the competent authorities.

**ARTICLE 118.- CONSTRUCTION.-** Ministers who must build or remodel properties owned by the Religious Association, as well as acquire land for a temple, parsonage, or any other legal use, may do so only upon having obtained authorization from the Ministries of Ecclesiastical Heritage and Land and Construction, giving due compliance to all legal provisions, whether federal,                    state,                    or                    municipal.

**ARTICLE 119.- COLLABORATION.-** All construction or remodeling of temples, parsonages, shelters, etc., shall be carried out with the labor of church members who voluntarily wish to contribute, so that in no way may a labor relationship be considered to exist between church members and the Church, as there is no subordination.

**ARTICLE 120.- PROFESSIONAL SERVICES.-** When technicians, professionals, experts, etc., are hired to carry out work referred to in the previous ARTICLE, the Religious Association shall enter into the respective professional services contracts.

**ARTICLE 121.- PRO-CONSTRUCTION COMMISSION.-** Funds collected for the construction of temples, etc., shall be administered by a pro-construction commission, whose members shall be elected by members of the congregation or mission; said commission is obliged to render reports to the congregation regarding its management.

## CHAPTER THREE
## REGARDING MOVABLE ASSETS

**ARTICLE 122.- MOVABLE ASSETS.-** The ecclesiastical patrimony of movable assets comprises all objects that exist in the temple and parsonages, and all those used for the fulfillment of Church objectives. The local inventory commission shall maintain a record of these to be delivered to the respective Ministry of Ecclesiastical Patrimony.

**ARTICLE 123.- ACQUISITION OF MOVABLE ASSETS.-** Movable assets may be acquired by the Religious Association through donations from church members, or obtained directly. In both cases, they are part of the ecclesiastical patrimony, and their use shall be governed by this Statute.

**ARTICLE 124.- AUTHORIZATION.-** In order to exchange movable assets, ministers, ministries, directors, and commissioners must obtain prior authorization from the Ministry of Ecclesiastical Patrimony, which shall indicate the final destination of the assets when they are discharged.

## TITLE NINE
## PROCEEDINGS AND COUNTERCLAIMS

## CHAPTER ONE
## REGARDING THE PROCEDURE FOR CONVENING CHURCH MEMBERS

**ARTICLE 125.- COMPLAINTS.-** Any church member may submit a complaint to the local minister. The complaint may be presented in writing or verbally.

**ARTICLE 126.- NOTIFICATION.-** Prior to initiating the procedure, the opposing party shall not be notified, indicating the reason for the complaint, so as to present his defense.

**ARTICLE 127.- EVIDENCE.-** The ministry or its superiors shall base their resolutions on the evidence provided by the church members.

**ARTICLE 128.- APPEALS.-** Resolutions issued by the local ministry may be appealed before the supervising Deacon and that of the latter before the corresponding District Pastor.

The resolutions of a District Pastor, with respect to the congregation in his charge, may be appealed before the Ministry of Honor and Justice.

## CHAPTER TWO
## REGARDING THE PROCEDURE FOR SANCTIONING MINISTERS

**ARTICLE 129.- PROCEDURE AGAINST MINISTERS.-** Ministers may be called to trial before the Ministry of Honor and Justice.

**ARTICLE 130.- INFRACTIONS.-** Ministries may be prosecuted for faults in discipline and Christian doctrine, as well as in the provisions of this Statute.

**ARTICLE 131.- COMPLAINTS.-** A trial may be initiated by a complaint from a church member or a minister, who shall raise and substantiate the trial before the Ministry of Honor and Justice.
The trial shall be held in the place and time determined by said Ministry.

## CHAPTER THREE
## COUNTERCLAIMS

**ARTICLE 132.- NOTIFICATION.-** The Ministry of Honor and Justice or the District Pastor, as appropriate, must notify the ministry or church member presumably responsible of the accusation that exists against it or him, so that it or he can prepare what is convenient for it or his defense, indicating the day and time the trial is to take place.

**ARTICLE 133.- LANGUAGE.-** All trials must be conducted in the official language of each country. In the event that the accused does not know said language, he must have an interpreter present at all stages of the trial.

**ARTICLE 134.- COUNTERCLAIMS.-** Members and ministers of the Church may face counterclaims depending on the severity of their conduct. No counterclaim shall be applied to a parishioner or minister without a prior hearing.

## ARTICLE TEN
## GENERAL PREVENTION

**ARTICLE 135.- SUPPLEMENTARY PROVISIONS.-** All powers not expressly conceived for directors, the Council of Ministers, and the administrative ministries are reserved to the Presidency of the Church.

**ARTICLE 136.- REFORMS AND VALIDITY.-** This statute may be expanded, modified, suspended, or annulled, in whole or in part, according to the guidelines determined by the Presidency of the Church, in compliance with Christian doctrine and its objectives.

## TEMPORARY ARTICLES

**ONE.-** Anything in agreement or in opposition to this Statute shall be invalid.

**TWO.-** For the enforcement of this Statute, the legal terminology shall be adapted to current local and international legal provisions.

**THREE.-** This Statute shall enter into effect as of June 29, 2001.

CITIZEN GUILLERMO FUENTES MALDONADO, DIRECTOR OF REGISTRATION AND CERTIFICATION OF THE DIRECTORATE GENERAL OF RELIGIOUS ASSOCIATIONS OF THE SECRETARIAT OF GOVERNMENT, BASED ON ARTICLES 27, SECTION XVIII, OF THE ORGANIC LAW OF THE FEDERAL PUBLIC ADMINISTRATION; 25 AND 26 OF THE LAW ON RELIGIOUS ASSOCIATIONS AND PUBLIC WORSHIP: 8 AND 18, FRACTION

V,       OF THE INTERNAL REGULATION OF THE SECRETARIAT OF GOVERNMENT,--------
----------------------------------------------------CERTIFIED----------------------------------------------------THAT
THIS IS A FAITHFUL COPY OF THE ORIGINAL OF THE STATUTES OF THE CHURCH OF
THE LIVING GOD, PILLAR AND GROUND OF THE TRUTH THE LIGHT OF THE WORLD
RELIGIOUS ASSOCIATION, WHICH WORK IS IN FILE SGAR / 7/93 OF THIS ADDRESS,
WHICH I HAD IN VIEW AND AFTER CROSS-CHECKING AND VERIFICATION, ISSUED IN
TWENTY-NINE USEFUL LEAVES WRITTEN ONLY ON THE FRONT, AT THE REQUEST OF
THE LICENTIATE JOSÉ ORESTE SÁNCHEZ, THE CHURCH OF THE LIVING GOD, PILLAR
AND GROUND OF THE TRUTH THE LIGHT OF THE WORLD, IN MEXICO CITY, FEDERAL
DISTRICT. ON THE NINETEENTH DAY OF THE MONTH OF NOVEMBER OF THE YEAR
TWO THOUSAND
ONE---------------------------------------------------------------------------------------------------------------------
-------------------------------

GEE



**CERTIFICATION OF AUTHENTICITY**

**Date:** 9/3/2020

**Client:** Deborah S. Mallgrave

**File Name:**
211285_ESTATUTO DE LA IGLESIA DEL DIOS VIVO

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct translation of the document mentioned above, having been translated and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the translator, have any personal association with the case; nor am I, nor the translator in any way interested in the outcome thereof.

Executed this 3rd day of September 2020.

Sincerely,

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 731-9000