Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendants
*Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin, Jose Luis Estrada and Rahel Garcia*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>      Plaintiff,<br><br>   v.<br><br>LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>      Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**DECLARATION OF GEOFFREY A. NERI <u>RE</u> MOTION TO QUASH SERVICE ON DEFENDANT LA LUZ DEL MUNDO**<br><br>Date: Sept. 21, 2020<br>Time: 1:30 p.m.<br>Ctrm: 5D<br><br>Complaint filed: February 12, 2020<br>Trial date:          None set |

DECLARATION OF GEOFFREY A. NERI

# DECLARATION OF GEOFFREY A. NERI

I, GEOFFREY A. NERI, declare as follows:

1. I am a partner with the law firm of Brown, Neri, Smith & Khan, LLP, counsel of record for Defendant Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin, Jose Luis Estrada and Rahel Garcia in these proceedings, have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify thereto.

2. On July 27, 2020, I participated in a telephonic conference, pursuant to L.R. 7-3, along with counsel for Caleb Mason and Reed Aljian, counsel for certain of the other Defendants in this case, and Deborah Mallgrave, counsel for the Plaintiff. I have reviewed Mr. Mason's declaration submitted in support of the Motion to Quash Service on Defendant La Luz del Mundo.

3. Specifically, I have reviewed Mr. Mason's recitation of statements made and positions taken by Plaintiff's counsel during the July 27, 2020, teleconference. Mr. Mason's recollection of those statements and positions is accurate and consistent with my own recollection of the teleconference.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this September 4, 2020, in the County of Los Angeles, California.

/s/ Geoffrey A. Neri
_____
Geoffrey A. Neri

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 4, 2020.

DATED: September 4, 2020

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri