| | |
|---|---|
| 1 | Alan Jackson (SBN 173647) |
| 2 | ajackson@werksmanjackson.com |
|   | Caleb Mason (SBN 246653) |
| 3 | cmason@werksmanjackson.com |
|   | WERKSMAN, JACKSON & QUINN LLP |
| 4 | 888 W. 6th St. 4th Floor |
| 5 | Los Angeles, California 90017 |
|   | Telephone:  (213) 688-04600 |
| 6 | Facsimile:   (213) 624-1942 |
|   | Attorneys for Defendant |
| 7 | *Naason Joaquin-Garcia* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SOCHIL MARTIN, | Case No.: 2:20−cv−01437 ODW (ASx) |
|   Plaintiff, | **SUPPLEMENTAL DECLARATION OF CALEB MASON IN SUPPORT OF MOTION TO QUASH SERVICE UNDER RULE 12(B)(5)** |
| v. | Complaint Filed: February 12, 2020 |
| LA LUZ DEL MUNDO, an unincorporated association, et al. | Trial Date: None Set |
|   Defendants. | District Judge: Otis D. Wright, II |
|   | Courtroom: 5D, 5th Floor |
|   | Magistrate Judge: Alka Sagar |
|   | Courtroom: 540, 5th Floor |
|   | DATE: Sept. 21, 2020 |
|   | TIME: 1:30 p.m. |

SUPPLEMENTAL DECLARATION OF CALEB MASON

I, Caleb Mason, declare:

1. I am a partner at the law firm of Werksman Jackson & Quinn LLP, counsel for Defendant Naason Joaquin-Garcia ("Mr. Garcia"). My firm represents Mr. Garcia both in this case ("Civil Case") and in the pending criminal prosecution against Mr. Garcia ("Criminal Case"). Unless otherwise stated, I make this declaration from personal knowledge, and if called as a witness I could and would testify competently to the facts set forth herein. I make this Declaration in support of Mr. Garcia's Motion to Quash Service purportedly effected upon him on behalf of asserted defendant La Luz Del Mundo ("LLDM"), and in response to the Opposition filed by Plaintiff Sochil Martin, Doc. 98, filed Aug. 31, 2020.

2. Attached as Exhibit 1 is a true and complete copy of the emails exchanged among all counsel in this case, including me, relating to the purported service of asserted defendant LLDM through my client Mr. Garcia, between June 16 and July 1, 2020.

The foregoing is true and correct to the best of my knowledge and belief. Executed under penalty of perjury this date, Sep. 4, 2020, under the laws of California and the United States.

/s/ Caleb Mason
CALEB MASON

1

SUPPLEMENTAL DECLARATION OF CALEB MASON