Alan Jackson (SBN 173647)
ajackson@werksmanjackson.com
Caleb Mason (SBN 246653)
cmason@werksmanjackson.com
WERKSMAN, JACKSON & QUINN LLP
888 W. 6th St. 4th Floor
Los Angeles, California 90017
Telephone:  (213) 688-04600
Facsimile:   (213) 624-1942
Attorneys for Defendant
*Naason Joaquin-Garcia*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SOCHIL MARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>        Defendants. | Case No.: 2:20−cv−01437 ODW (ASx)<br><br>**[PROPOSED] ORDER ON REQUEST PURSUANT TO LOCAL RULE 7–8 TO CROSS-EXAMINE PLAINTIFF AND DECLARANT SOCHIL MARTIN**<br><br>Complaint Filed: February 12, 2020<br>Trial Date: None Set<br><br>District Judge: Otis D. Wright, II<br>Courtroom: 5D, 5th Floor<br><br>Magistrate Judge: Alka Sagar<br>Courtroom: 540, 5th Floor<br><br>DATE: Sept. 21, 2020<br>TIME: 1:30 p.m.<br>CTRM: 5D |

Good cause appearing, Defendant's request for testimony pursuant to Local Rule 7-8 is **GRANTED**. Plaintiff and Declarant Sochil Martin shall:

\_\_\_\_\_ Appear for testimony at 1:30 p.m. in Courtroom 5D in the United States District Court, 350 West First Street, Los Angeles, California 90012.

\_\_\_\_\_ Appear for \_\_\_\_\_ hours of deposition testimony at a date and time to be agreed upon by counsel, between September \_\_\_\_, 2020, and September \_\_\_\_, 2020.

**IT IS SO ORDERED**.

Dated: _____          _____

Hon. Otis D. Wright
United States District Judge