1  DEBORAH S. MALLGRAVE, State Bar No. 198603
     *DMallgrave@GGTrialLaw.com*
2  DESIRÉE N. MURRAY, State Bar No. 330079
     *DMurray@GGTrialLaw.com*
3  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Telephone: (949) 383-2800
5  Facsimile: (949) 383-2801

6  MICHAEL G. FINNEGAN, State Bar No. 241091
     *Mike@AndersonAdvocates.com*
7  JENNIFER E. STEIN, State Bar No. 300775
     *Jennifer@AndersonAdvocates.com*
8  JEFF ANDERSON & ASSOCIATES
   11812 San Vincente Boulevard, #503
9  Los Angeles, California, 90049
   Telephone: (310) 357-2425
10 Facsimile: (651) 297-6543

11 Attorneys for Plaintiff SOCHIL MARTIN

13 **UNITED STATES DISTRICT COURT**

14 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 16  SOCHIL MARTIN, | Case No. 2:20-cv-01437-ODW-AS |
| 17          Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANT'S REQUEST TO CROSS-EXAMINE PLAINTIFF** |
| 18       v. | |
| 19  LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN | [Filed concurrently with Plaintiff's Opposition to Defendant's Request to Cross-Examine Plaintiff]<br><br>Date:   September 21, 2020<br>Time:   1:30 p.m.<br>Ctrm:    5D |

1  ZAMORA, an individual, DAVID
2  MENDOZA, an individual and DOES 1 through 10, inclusive.
3              Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
[PROPOSED] ORDER

Case No. 2:20-cv-01437-ODW-AS

THIS MATTER having come before the Court on Defendant Naason Joaquin Garcia's Request to Cross-Examine Plaintiff Sochil Martin on behalf of Defendant La Luz del Mundo, and the Court having considered the moving and responding papers filed by the parties, and with good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Garcia's Request pursuant to Local Rule 7-8 is **DENIED.**

**IT IS SO ORDERED.**

DATED:  September ___, 2020

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE