UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:20-cv-01437-ODW-(ASx) | Date | September 17, 2020 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**       **In Chambers**

On September 4, 2020, Defendant filed a Notice of Request Pursuant to Local Rule 7-8 to Cross-Examine Plaintiff Sochil Martin. (ECF No. 103.) Defendant requests to cross-examine Plaintiff Sochil Martin at the September 21, 2020, hearing, or in the alternative, Defendant seeks an order compelling Plaintiff to appear for a deposition in advance of the hearing. (*Id.*) Plaintiff opposed Defendant's request. (ECF No. 105.) After considering the papers filed in connection with Defendant's Request, and in light of the Court's Order vacating the September 21, 2020 hearing (ECF No. 106), Defendant's Request is **DENIED.** (ECF No. 103.)

**IT IS SO ORDERED.**

                                                                                                                :    00
                                                                        Initials of Preparer    SE