1 | XAVIER BECERRA
Attorney General of California
2 | MARK T. CUMBA
Supervising Deputy Attorney General
3 | DONNA M. DEAN
Deputy Attorney General
4 | State Bar No. 187104
  300 South Spring Street, Suite 1702
5 |   Los Angeles, CA  90013
  Telephone:  (213) 269-6509
6 |   Fax:  (916) 731-2120
  E-mail:  Donna.Dean@doj.ca.gov
7 | *Attorneys for the People of the State of California*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>                    Plaintiff,<br><br>v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUIN GARCIA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCIA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUIN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUIN,** *an individual*, **BENJAMIN JOAQUIN GARCÍA,** *an individual*, **RAHEL JOAQUIN GARCIA,** *an individual*, **ADORAIM JOAQUIN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>                    Defendants. | 2:20-cv-01437-ODW-AS<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA'S STATUS REPORT REGARDING CRIMINAL MATTER**<br><br>Judge:      Hon. Otis D. Wright, II<br><br>Trial Date: Not set<br>Action Filed: February 12, 2020 |

**TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The People of the State of California hereby provide the following status report regarding the criminal matter:

The criminal complaint was refiled in the Los Angeles Superior Court on July 30, 2020, and assigned the new case number BA484133.

A discovery date is set for October 16, 2020, in the Los Angeles Superior Court. The People will be re-filing a motion seeking protection for the victim information pursuant to Penal Code section 1054.7 in the new case to be heard on October 16, 2020.

A hearing on defendants' motion pursuant to Penal Code section 995 is set on October 21, 2020. A pre-trial hearing is also set for October 21, 2020. Trial is set for November 12, 2020.

Dated: October 8, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General

/s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for the People of the State of California*