1  Alan J. Jackson (State Bar No. 173647)
2  Caleb E. Mason (State Bar No. 246653)
   WERKSMAN JACKSON & QUINN LLP
   888 W 6th St, Fourth Floor
3  Los Angeles, CA 90017
   Telephone:    213.688.0460
4  Facsimile:    213.624.1942

5  Attorneys for Defendant
   NAASÓN JOAQUÍN GARCÍA

6                    UNITED STATES DISTRICT COURT
7                   CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION - LOS ANGELES
8
   SOCHIL MARTIN,                        Case No.: 2:20−cv−01437 ODW (ASx)
9
            Plaintiff,                   **DEFENDANT NAASÓN JOAQUÍN**
10                                       **GARCÍA'S ANSWER TO**
        v.                               **PLAINTIFF SOCHIL MARTIN'S**
11                                       **COMPLAINT**
12 LA LUZ DEL MUNDO, an                  Complaint Filed:  February 12, 2020
   unincorporated association, NAASÓN    Trial Date:       None Set
13 JOAQUÍN GARCÍA, an individual, EL
14 CONSEJO DE OBISPOS, an
   unincorporated association,
15 INTERNATIONAL BEREA USA, an
16 unincorporated association, GILBERTO
   GARCÍA GRANADOS, an individual,
17 JOSE HERNANDEZ, an individual,
   UZZIEL JOAQUÍN, an individual,
18 SILVERIO CORONADO, an individual,
19 AURELIO ZAVALETA, an individual,
   JOSE LUIS ESTRADA, an individual,
20 JONATHAN MENDOZA, an individual,
21 ALMA ZAMORA DE JOAQUÍN, an
   individual, BENJAMIN JOAQUÍN
22 GARCÍA, an individual, RAHEL
23 JOAQUÍN GARCÍA, an individual,
   ADORAIM JOAQUÍN, ZAMORA, an
24 individual, DAVID MENDOZA, an
25 individual and DOES 1 through 10,
   inclusive.
26
27          Defendants.
28

Defendant Naasón Joaquín García ("Defendant") by his undersigned attorneys, Werksman Jackson & Quinn LLP, for his Answer to Plaintiff Sochil Martin's ("Plaintiff") Complaint (the "Complaint"), states as follows: In providing this unsworn Answer through his undersigned counsel, Defendant does not intend to, and does not, waive any privileges in this or any other proceeding, including but not limited to the privilege against self-incrimination guaranteed to him by the Fifth Amendment to the United States Constitution and Article I Section 15 of the California Constitution. Defendant reserves the right to assert any such applicable privileges in this or other proceedings.   Defendant is presently facing criminal prosecution in *People v. Naason Joaquin Garcia et al*., Case No. BA-4848133 (Los Angeles Sup. Ct.).

1.     In response to Paragraph 1 of the Complaint, Defendant asserts his privilege against self-incrimination guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

2.     In response to Paragraph 2 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

3.     In response to Paragraph 3 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

4.    In response to Paragraph 4 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

5.    In response to Paragraph 5 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

6.    In response to Paragraph 6 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

7.    In response to Paragraph 7 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

8.      In response to Paragraph 8 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

9.      In response to Paragraph 9 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

## JURISDICTION AND VENUE

10.      In response to Paragraph 10 of the Complaint, and pursuant to the
Court's Order of October 30, 2020 (ECF Doc. 110), Defendant responds as follows:
While the allegations contained in Paragraph 10 state legal conclusions rather than
factual allegations, to the extent Paragraph 10 asserts allegations to which a
response is required, Defendant denies the allegations of Paragraph 10. Defendant
makes this response in compliance with the Court's Order, ECF Doc. 110.  As to all
allegations in the Complaint other than Paragraphs 10-12, and to the fullest extent

3

1 consistent with the Court's Order, ECF Doc. 110, Defendant asserts his privilege

2 against self-incrimination that is guaranteed by the Fifth Amendment of the United

3 States Constitution, Article I Section 15 of the California Constitution, and

4 California Evidence Code section 940.

5        11.    In response to Paragraph 11 of the Complaint, and pursuant to the

6 Court's Order of October 30, 2020 (ECF Doc. 110), Defendant responds as follows:

7 While the allegations contained in Paragraph 11 state legal conclusions rather than

8 factual allegations, to the extent Paragraph 11 asserts allegations to which a

9 response is required, Defendant denies the allegations of Paragraph 11. Defendant

10 makes this response in compliance with the Court's Order, ECF Doc. 110.  As to all

11 allegations in the Complaint other than Paragraphs 10-12, and to the fullest extent

12 consistent with the Court's Order, ECF Doc. 110, Defendant asserts his privilege

13 against self-incrimination that is guaranteed by the Fifth Amendment of the United

14 States Constitution, Article I Section 15 of the California Constitution, and

15 California Evidence Code section 940.

16        12.    In response to Paragraph 12 of the Complaint, and pursuant to the

17 Court's Order of October 30, 2020 (ECF Doc. 110), Defendant responds as follows:

18 While the allegations contained in Paragraph 12 state legal conclusions rather than

19 factual allegations, to the extent Paragraph 12 asserts allegations to which a

20 response is required, Defendant denies the allegations of Paragraph 12. Defendant

21 makes this response in compliance with the Court's Order, ECF Doc. 110.  As to all

22 allegations in the Complaint other than Paragraphs 10-12, and to the fullest extent

23 consistent with the Court's Order, ECF Doc. 110, Defendant asserts his privilege

24 against self-incrimination that is guaranteed by the Fifth Amendment of the United

25 States Constitution, Article I Section 15 of the California Constitution, and

26 California Evidence Code section 940.

27

28

# THE PARTIES

13.    In response to Paragraph 13 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

14.    In response to Paragraph 14, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

15.    In response to Paragraph 15 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

16.    In response to Paragraph 16 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

17.    In response to Paragraph 17 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

18.    In response to Paragraph 18 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

19.    In response to Paragraph 19 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

20.    In response to Paragraph 20 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to

1   respond to each and every allegation therein. Moreover, Defendant's right to assert
2   and assertion of his privilege against self-incrimination shall not be deemed or
3   considered an admission of any allegation therein.

4       21.    In response to Paragraph 21 of the Complaint, Defendant asserts his
5   privilege against self-incrimination that is guaranteed by the Fifth Amendment of
6   the United States Constitution, Article I Section 15 of the California Constitution,
7   and California Evidence Code section 940. On that basis, Defendant declines to
8   respond to each and every allegation therein. Moreover, Defendant's right to assert
9   and assertion of his privilege against self-incrimination shall not be deemed or
10  considered an admission of any allegation therein.

11      22.    In response to Paragraph 22 of the Complaint, Defendant asserts his
12  privilege against self-incrimination that is guaranteed by the Fifth Amendment of
13  the United States Constitution, Article I Section 15 of the California Constitution,
14  and California Evidence Code section 940. On that basis, Defendant declines to
15  respond to each and every allegation therein. Moreover, Defendant's right to assert
16  and assertion of his privilege against self-incrimination shall not be deemed or
17  considered an admission of any allegation therein.

18      23.    In response to Paragraph 23 of the Complaint, Defendant asserts his
19  privilege against self-incrimination that is guaranteed by the Fifth Amendment of
20  the United States Constitution, Article I Section 15 of the California Constitution,
21  and California Evidence Code section 940. On that basis, Defendant declines to
22  respond to each and every allegation therein. Moreover, Defendant's right to assert
23  and assertion of his privilege against self-incrimination shall not be deemed or
24  considered an admission of any allegation therein.

25      24.    In response to Paragraph 24 of the Complaint, Defendant asserts his
26  privilege against self-incrimination that is guaranteed by the Fifth Amendment of
27  the United States Constitution, Article I Section 15 of the California Constitution,
28

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

25. In response to Paragraph 25 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

26. In response to Paragraph 26 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

27. In response to Paragraph 27 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

28. In response to Paragraph 28 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

29.    In response to Paragraph 29 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

30.    In response to Paragraph 30 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

31.    In response to Paragraph 31 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

32.    In response to Paragraph 32 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

33.    In response to Paragraph 33 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

34.    In response to Paragraph 34 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

35.    In response to Paragraph 35 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

36.     In response to Paragraph 36 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

37.     In response to Paragraph 37 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

38.     In response to Paragraph 38 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

39.     In response to Paragraph 39 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## **GENERAL ALLEGATIONS**

40.    In response to Paragraph 40 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

41.    In response to Paragraph 41 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

42.    In response to Paragraph 42 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

43.    In response to Paragraph 43 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

12

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

44.    In response to Paragraph 44 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

45.    In response to Paragraph 45 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

46.    In response to Paragraph 46 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

47.     In response to Paragraph 47 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

48.     In response to Paragraph 48 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

49.     In response to Paragraph 49 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

50.     In response to Paragraph 50 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

51.     In response to Paragraph 51 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

52.     In response to Paragraph 52 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

53.     In response to Paragraph 53 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

54.     In response to Paragraph 54 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

55.    In response to Paragraph 55 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

56.    In response to Paragraph 56 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

57.    In response to Paragraph 57 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

58.    In response to Paragraph 58 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

59.    In response to Paragraph 59 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

60.    In response to Paragraph 60 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

61.    In response to Paragraph 61 of the Complaint, Defendant  asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

62.    In response to Paragraph 62 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

17

1     the United States Constitution, Article I Section 15 of the California Constitution,
2     and California Evidence Code section 940. On that basis, Defendant declines to
3     respond to each and every allegation therein. Moreover, Defendant's right to assert
4     and assertion of his privilege against self-incrimination shall not be deemed or
5     considered an admission of any allegation therein.
6         63.    In response to Paragraph 63 of the Complaint, Defendant asserts his
7     privilege against self-incrimination that is guaranteed by the Fifth Amendment of
8     the United States Constitution, Article I Section 15 of the California Constitution,
9     and California Evidence Code section 940. On that basis, Defendant declines to
10    respond to each and every allegation therein. Moreover, Defendant's right to assert
11    and assertion of his privilege against self-incrimination shall not be deemed or
12    considered an admission of any allegation therein.
13        64.    In response to Paragraph 64 of the Complaint, Defendant asserts his
14    privilege against self-incrimination that is guaranteed by the Fifth Amendment of
15    the United States Constitution, Article I Section 15 of the California Constitution,
16    and California Evidence Code section 940. On that basis, Defendant declines to
17    respond to each and every allegation therein. Moreover, Defendant's right to assert
18    and assertion of his privilege against self-incrimination shall not be deemed or
19    considered an admission of any allegation therein.
20        65.    In response to Paragraph 65 of the Complaint, Defendant asserts his
21    privilege against self-incrimination that is guaranteed by the Fifth Amendment of
22    the United States Constitution, Article I Section 15 of the California Constitution,
23    and California Evidence Code section 940. On that basis, Defendant declines to
24    respond to each and every allegation therein. Moreover, Defendant's right to assert
25    and assertion of his privilege against self-incrimination shall not be deemed or
26    considered an admission of any allegation therein.
27
28

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

66.    In response to Paragraph 66 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

67.    In response to Paragraph 67 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

68.    In response to Paragraph 68 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

69.    In response to Paragraph 69 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

70.     In response to Paragraph 70 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

71.     In response to Paragraph 71 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

72.     In response to Paragraph 72 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

73.     In response to Paragraph 73 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

74.    In response to Paragraph 74 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

75.    In response to Paragraph 75 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

76.    In response to Paragraph 76 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

77.    In response to Paragraph 77 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

78.    In response to Paragraph 78 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

79.    In response to Paragraph 79 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

80.    In response to Paragraph 80 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

81.    In response to Paragraph 81 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

82.     In response to Paragraph 82 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

83.     In response to Paragraph 83 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

84.     In response to Paragraph 84 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

85.     In response to paragraph 85 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

86.     In response to Paragraph 86 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

87.     In response to Paragraph 87 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

88.     In response to Paragraph 88 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

89.    In response to Paragraph 89 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

90.    In response to Paragraph 90 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

91.    In response to Paragraph 91 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

92.    In response to Paragraph 92 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

93.     In response to Paragraph 93 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

94.     In response to Paragraph 94 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

95.     In response to Paragraph 95 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein

96.     In response to Paragraph 96 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution,

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein

97.    In response to Paragraph 97 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

98.    In response to Paragraph 98 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein

99.    In response to Paragraph 99 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

100.    In response to Paragraph 100 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

101.   In response to Paragraph 101 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

102.   In response to Paragraph 102 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

103.   In response to Paragraph 103 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

104.   In response to Paragraph 104 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

105.   In response to Paragraph 105 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

106.   In response to Paragraph 106 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

107.   In response to Paragraph 107 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

108.   In response to Paragraph 108 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

109.   In response to Paragraph 109 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

110.   In response to Paragraph 110 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

111.   In response to Paragraph 111 of the Complaint, Defendant asserts his privilege against self-incrimination -that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

112.  In response to Paragraph 112 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

113.  In response to Paragraph 113 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

114.  In response to Paragraph 114 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

115.  In response to Paragraph 115 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

116.    In response to Paragraph 116 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

117.    In response to Paragraph 117 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

118.    In response to Paragraph 118 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

119.    In response to Paragraph 119 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

120.   In response to Paragraph 120 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

121.   In response to Paragraph 121 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

122.   In response to Paragraph 122 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

123.   In response to Paragraph 123 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

124.   In response to Paragraph 124 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

125.   In response to Paragraph 125 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

126.   In response to paragraph 126 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

127.    In response to paragraph 127 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

128.    In response to Paragraph 128 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

129.    In response to Paragraph 129 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

130.    In response to Paragraph 130 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

131.   In response to Paragraph 131 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

132.   In response to Paragraph 132 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

133.   In response to Paragraph 133 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

134.   In response to Paragraph 134 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution,

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

135.   In response to Paragraph 135 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

136.   In response to Paragraph 136 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

137.   In response to Paragraph 137 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

138.   In response to Paragraph 138 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

139.   In response to Paragraph 139 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

140.   In response to Paragraph 140 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

141.   In response to Paragraph 141 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

142.   In response to Paragraph 142 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

143.   In response to Paragraph 143 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

144.   In response to Paragraph 144 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

145.   In response to Paragraph 145 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

146.   In response to Paragraph 146 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

147.   In response to Paragraph 147 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

148.   In response to Paragraph 148 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

149.   In response to Paragraph 149 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

150.   In response to Paragraph 150 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

151.   In response to Paragraph 151 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

152.   In response to Paragraph 152 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

153.   In response to paragraph 153 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

154.    In response to Paragraph 154 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

155.    In response to Paragraph 155 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

156.    In response to Paragraph 156 of the Complaint, Defendants asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## ANSWER TO FIRST CLAIM FOR RELIEF

### Alleged Violation of 18 U.S.C. § 1584

157.    In response to Paragraph 157, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 156 herein.

158.    In response to Paragraph 158, this paragraph contains legal conclusions to which no response is required.  To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

159.    In response to Paragraph 159, this paragraph contains legal conclusions to which no response is required.  To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

160.    In response to Paragraph 160 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

161.   In response to Paragraph 161 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

162.   In response to Paragraph 162 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

163.   In response to Paragraph 163 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

164.   In response to Paragraph 164 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

165.    In response to Paragraph 165 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

166.    In response to Paragraph 166 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

167.    In response to Paragraph 167 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## ANSWER TO SECOND CLAIM FOR RELIEF

**Alleged Violation of 18 U.S.C. § 1589**

168.   In response to Paragraph 168, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 167 herein.

169.   In response to Paragraph 169 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

170.   In response to Paragraph 170 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

171.   In response to Paragraph 171 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

172.   In response to Paragraph 172 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

173.   In response to Paragraph 173 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

174.   In response to Paragraph 174 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

175.   In response to Paragraph 175 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

176.    In response to Paragraph 176 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## ANSWER TO THIRD CLAIM FOR RELIEF
### Alleged Violation of 18 U.S.C. § 1590

177.    In response to Paragraph 177, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 176 herein.

178.    In response to Paragraph 178 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

179.    In response to Paragraph 179 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

Section 15 of the California Constitution, and California Evidence Code section
940. On that basis, Defendant declines to respond to each and every allegation
therein. Moreover, Defendant's right to assert and assertion of his privilege against
self-incrimination shall not be deemed or considered an admission of any allegation
therein.

180.    In response to Paragraph 180 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

181.    In response to Paragraph 181 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

182.    In response to Paragraph 182 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

1    183.   In response to Paragraph 183 of the Complaint, Defendant asserts his

2    privilege against self-incrimination that is guaranteed by the Fifth Amendment of

3    the United States Constitution, Article I Section 15 of the California Constitution,

4    and California Evidence Code section 940. On that basis, Defendant declines to

5    respond to each and every allegation therein. Moreover, Defendant's right to assert

6    and assertion of his privilege against self-incrimination shall not be deemed or

7    considered an admission of any allegation therein.

8    184.   In response to Paragraph 184 of the Complaint, Defendant asserts his

9    privilege against self-incrimination that is guaranteed by the Fifth Amendment of

10    the United States Constitution, Article I Section 15 of the California Constitution,

11    and California Evidence Code section 940. On that basis, Defendant declines to

12    respond to each and every allegation therein. Moreover, Defendant's right to assert

13    and assertion of his privilege against self-incrimination shall not be deemed or

14    considered an admission of any allegation therein.

15    185.   In response to Paragraph 185 of the Complaint, this Paragraph contains

16    legal assertions which do not require an answer. To the extent any response is

17    required, Defendant asserts his privilege against self-incrimination that is

18    guaranteed by the Fifth Amendment of the United States Constitution, Article I

19    Section 15 of the California Constitution, and California Evidence Code section

20    940. On that basis, Defendant declines to respond to each and every allegation

21    therein. Moreover, Defendant's right to assert and assertion of his privilege against

22    self-incrimination shall not be deemed or considered an admission of any allegation

23    therein.

24    **ANSWER TO FOURTH CLAIM FOR RELIEF**

25    **Alleged Conspiracy in Violation of 18 U.S.C. § 1594**

26

27

28

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

186.   In response to Paragraph 186, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 185 herein.

187.   In response to Paragraph 187 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

188.   In response to Paragraph 188 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

189.   In response to Paragraph 189 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

190.   In response to Paragraph 190 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

191.   In response to Paragraph 191of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

192.   In response to Paragraph 192 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

193.   In response to Paragraph 193 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

194.   In response to Paragraph 194 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## ANSWER TO FIFTH CLAIM FOR RELIEF
### Alleged Violation of 18 U.S.C. § 1590(b)

195.   In response to Paragraph 195, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 194 herein.

196.   In response to Paragraph 196 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

197.   In response to Paragraph 197 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

198.   In response to Paragraph 198 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

199.   In response to Paragraph 199 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

200.   In response to Paragraph 200 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

201.   In response to Paragraph 201 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

202.   In response to Paragraph 202 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

203.   In response to Paragraph 203 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

204.   In response to Paragraph 204 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against

self-incrimination shall not be deemed or considered an admission of any allegation therein.

## ANSWER TO SIXTH CLAIM FOR RELIEF

### Alleged Violation of 18 U.S.C. § 1593A

205.    In response to Paragraph 205, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 204 herein.

206.    In response to Paragraph 206 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

207.    In response to Paragraph 207 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

208.    In response to Paragraph 208 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

209.    In response to Paragraph 209 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

210.    In response to Paragraph 210 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

211.    In response to Paragraph 211 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

212.    In response to Paragraph 212 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

213.   In response to Paragraph 213 of the Complaint, this Paragraph contains legal assertions which do not require an answer. To the extent a response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## **ANSWER TO SEVENTH CLAIM FOR RELIEF**
### **Alleged Violation of 29 U.S.C. § 201 *et. seq.***

214.   In response to Paragraph 214, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 213 herein.

215.   In response to Paragraph 215 of the Complaint, this Paragraph contains legal assertions which do not require a response. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

216.   In response to Paragraph 216 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

217.   In response to Paragraph 217 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

218.   In response to Paragraph 218 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

219.   In response to Paragraph 219 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert

and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

220.   In response to Paragraph 220 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

221.   In response to Paragraph 221 of the Complaint, this Paragraph contains legal assertions, which do not require a response. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## ANSWER TO EIGHTH CLAIM FOR RELIEF
### Alleged Violation of the California Labor Code

222.   In response to Paragraph 222, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 221 herein.

223.   In response to Paragraph 223 of the Complaint, this Paragraph contains legal assertions which do not require a response. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I

Section 15 of the California Constitution, and California Evidence Code section

940. On that basis, Defendant declines to respond to each and every allegation

therein. Moreover, Defendant's right to assert and assertion of his privilege against

self-incrimination shall not be deemed or considered an admission of any allegation

therein.

224.   In response to Paragraph 224 of the Complaint, this Paragraph contains

legal assertions which do not require a response. To the extent any response is

required, Defendant asserts his privilege against self-incrimination that is

guaranteed by the Fifth Amendment of the United States Constitution, Article I

Section 15 of the California Constitution, and California Evidence Code section

940. On that basis, Defendant declines to respond to each and every allegation

therein. Moreover, Defendant's right to assert and assertion of his privilege against

self-incrimination shall not be deemed or considered an admission of any allegation

therein.

225.   In response to Paragraph 225 of the Complaint, Defendant asserts his

privilege against self-incrimination that is guaranteed by the Fifth Amendment of

the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to

respond to each and every allegation therein. Moreover, Defendant's right to assert

and assertion of his privilege against self-incrimination shall not be deemed or

considered an admission of any allegation therein.

226.   In response to Paragraph 226 of the Complaint, Defendant asserts his

privilege against self-incrimination that is guaranteed by the Fifth Amendment of

the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to

respond to each and every allegation therein. Moreover, Defendant's right to assert

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

227.   In response to Paragraph 227 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

228.   In response to Paragraph 228 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

229.   In response to Paragraph 229 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

230.   In response to Paragraph 230 of the Complaint, this Paragraph contains
legal assertions, which do not require a response. To the extent any response is
required, Defendant asserts his privilege against self-incrimination that is
guaranteed by the Fifth Amendment of the United States Constitution, Article I

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

Section 15 of the California Constitution, and California Evidence Code section
940. On that basis, Defendant declines to respond to each and every allegation
therein. Moreover, Defendant's right to assert and assertion of his privilege against
self-incrimination shall not be deemed or considered an admission of any allegation
therein.

**ANSWER TO NINTH CLAIM FOR RELIEF**

**Alleged Violation Act 18 U.S.C. § 1962(c)**

231.    In response to Paragraph 231, Defendant incorporates by reference
each assertion of privilege and related statement contained in Paragraphs 1 through
230 herein.

232.    In response to Paragraph 232 of the Complaint, this Paragraph contains
legal assertions which do not require a response. To the extent any response is
required, Defendant asserts his privilege against self-incrimination that is
guaranteed by the Fifth Amendment of the United States Constitution, Article I
Section 15 of the California Constitution, and California Evidence Code section
940. On that basis, Defendant declines to respond to each and every allegation
therein. Moreover, Defendant's right to assert and assertion of his privilege against
self-incrimination shall not be deemed or considered an admission of any allegation
therein.

233.    In response to Paragraph 233 of the Complaint, this Paragraph contains
legal assertions which do not require a response. To the extent any response is
required, Defendant asserts his privilege against self-incrimination that is
guaranteed by the Fifth Amendment of the United States Constitution, Article I
Section 15 of the California Constitution, and California Evidence Code section
940. On that basis, Defendant declines to respond to each and every allegation
therein. Moreover, Defendant's right to assert and assertion of his privilege against

self-incrimination shall not be deemed or considered an admission of any allegation therein.

234.   In response to Paragraph 234 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

235.   In response to Paragraph 235 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

236.   In response to Paragraph 236 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

237.   In response to Paragraph 237 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

238.    In response to Paragraph 238 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

239.    In response to Paragraph 239 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

240.    In response to Paragraph 240 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

241.    In response to Paragraph 241 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution,

and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

242.    In response to Paragraph 242 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

243.    In response to Paragraph 243 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

244.    In response to Paragraph 244of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

245.    In response to Paragraph 245 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

246.   In response to Paragraph 246 of the Complaint, this Paragraph contains
legal assertions, which do not require a response. To the extent that any response is
required, Defendant asserts his privilege against self-incrimination that is
guaranteed by the Fifth Amendment of the United States Constitution, Article I
Section 15 of the California Constitution, and California Evidence Code section
940. On that basis, Defendant declines to respond to each and every allegation
therein. Moreover, Defendant's right to assert and assertion of his privilege against
self-incrimination shall not be deemed or considered an admission of any allegation
therein.

247.   In response to Paragraph 247 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

248.   In response to Paragraph 248 of the Complaint, this Paragraph contains
legal assertions, which do not require a response. To the extent that any response is
required, Defendant asserts his privilege against self-incrimination that is
guaranteed by the Fifth Amendment of the United States Constitution, Article I
Section 15 of the California Constitution, and California Evidence Code section
940. On that basis, Defendant declines to respond to each and every allegation

therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

### ANSWER TO TENTH CLAIM FOR RELIEF

### Alleged Violation of Cal. Civ. Code § 1708.5

249.    In response to Paragraph 249, Defendant incorporates by reference each assertion of privilege and related statement contained in Paragraphs 1 through 248 herein.

250.    In response to Paragraph 250 of the Complaint, this Paragraph contains legal assertions, which do not require a response. To the extent a response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

251.    In response to Paragraph 251 of the Complaint, this Paragraph contains legal assertions, which do not require a response. To the extent a response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

252.   In response to Paragraph 252 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

253.   In response to Paragraph 253 of the Complaint, this Paragraph contains
legal assertions, which do not require a response. To the extent any response is
required, Defendant asserts his privilege against self-incrimination that is
guaranteed by the Fifth Amendment of the United States Constitution, Article I
Section 15 of the California Constitution, and California Evidence Code section
940. On that basis, Defendant declines to respond to each and every allegation
therein. Moreover, Defendant's right to assert and assertion of his privilege against
self-incrimination shall not be deemed or considered an admission of any allegation
therein.

254.   In response to Paragraph 254 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

255.   In response to Paragraph 255 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

256.   In response to Paragraph 256 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

257.   In response to Paragraph 257 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

258.   In response to Paragraph 258 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

259.   In response to Paragraph 259 of the Complaint, this Paragraph contains legal assertions, which do not require a response. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is

guaranteed by the Fifth Amendment of the United States Constitution, Article I

Section 15 of the California Constitution, and California Evidence Code section

940. On that basis, Defendant declines to respond to each and every allegation

therein. Moreover, Defendant's right to assert and assertion of his privilege against

self-incrimination shall not be deemed or considered an admission of any allegation

therein.

## ANSWER TO ELEVENTH CLAIM FOR RELIEF

### Alleged Violation of Cal. Civ. Code § 52.4

260.    In response to Paragraph 260, Defendant incorporates by reference

each assertion of privilege and related statement contained in Paragraphs 1 through

259 herein.

261.    In response to Paragraph 261 of the Complaint, this Paragraph contains

legal assertions, which do not require a response. To the extent a response is

required, Defendant asserts his privilege against self-incrimination that is

guaranteed by the Fifth Amendment of the United States Constitution, Article I

Section 15 of the California Constitution, and California Evidence Code section

940. On that basis, Defendant declines to respond to each and every allegation

therein. Moreover, Defendant's right to assert and assertion of his privilege against

self-incrimination shall not be deemed or considered an admission of any allegation

therein.

262.    In response to Paragraph 262 of the Complaint, this Paragraph contains

legal assertions, which do not require a response. To the extent a response is

required, Defendant asserts his privilege against self-incrimination that is

guaranteed by the Fifth Amendment of the United States Constitution, Article I

Section 15 of the California Constitution, and California Evidence Code section

940. On that basis, Defendant declines to respond to each and every allegation

therein. Moreover, Defendant's right to assert and assertion of his privilege against

self-incrimination shall not be deemed or considered an admission of any allegation therein.

263.   In response to Paragraph 263 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

264.   In response to Paragraph 264 of the Complaint, this Paragraph contains legal assertions, which do not require a response. To the extent a response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

265.   In response to Paragraph 265 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

266.   In response to Paragraph 266 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

267.   In response to Paragraph 267 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

268.   In response to Paragraph 268 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

269.   In response to Paragraph 269 of the Complaint, Defendant asserts his
privilege against self-incrimination that is guaranteed by the Fifth Amendment of
the United States Constitution, Article I Section 15 of the California Constitution,
and California Evidence Code section 940. On that basis, Defendant declines to
respond to each and every allegation therein. Moreover, Defendant's right to assert
and assertion of his privilege against self-incrimination shall not be deemed or
considered an admission of any allegation therein.

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

270.    In response to Paragraph 270 of the Complaint, this Paragraph contains legal assertions, which do not require a response. To the extent any response is required, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

The remainder of the Complaint contains Plaintiff's request for relief, to which no response is required.

## REQUEST FOR RELIEF

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1.    The Plaintiff takes nothing by way of her Complaint;

2.    That Plaintiff's Complaint be dismissed with prejudice and judgment entered in favor of Defendant;

3.    That Defendant be awarded costs of suit incurred in this action;

4.    That Defendant be awarded Attorneys' Fees to the extent allowed by law; and

5.    For such further relief the Court deems fair and just.

Dated:  November 12, 2020                    WERKSMAN JACKSON & QUINN LLP


By:/s/ Alan J. Jackson  /s/ Caleb E. Mason
     Alan J. Jackson
     Caleb E. Mason
     Attorneys for Defendant
     NAASÓN JOAQUÍN GARCÍA

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DEMAND FOR JURY TRIAL

Defendant demands a jury trial.

Dated:  November 12, 2020                    WERKSMAN JACKSON & QUINN LLP


By: /s/ Alan J. Jackson  /s/ Caleb E. Mason
Alan J. Jackson
Caleb E. Mason
Attorneys for Defendant
NAASÓN JOAQUÍN GARCÍA

NAASÓN JOAQUÍN GARCÍA'S AMENDED ANSWER TO COMPLAINT