# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| SOCHIL MARTIN | 2:20–cv–01437–ODW–AS |
| Plaintiff(s), | |
| v. | |
| LA LUZ DEL MUNDO, et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __11/12/2020__

Document Number(s):  __111__

Title of Document(s):  __Answer to complaint by Naason Joaquin Garcia__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Amended Answer to complaint

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 13, 2020           By: __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Case 2:20-cv-01437-FWS-AS   Document 112   Filed 11/13/20   Page 2 of 2   Page ID #:2616

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

