UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-01437-ODW-(ASx) | Date | January 6, 2021 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

    Upon consideration of the Government's Status Report regarding the criminal matter (ECF No. 113), and for good cause shown, the Court orders that discovery in this case is stayed for an additional 120 days. The Government is **ORDERED** to file a status report regarding the criminal proceeding explaining to the Court the need to maintain the stay in this action every 90 days.

    **IT IS SO ORDERED.**

                                                            : 00

Initials of Preparer  SE