DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
DESIRÉE N. MURRAY, State Bar No. 330079
  *DMurray@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
  *Mike@AndersonAdvocates.com*
JENNIFER E. STEIN, State Bar No. 300775
  *Jennifer@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>     Plaintiff,<br><br>     v.<br><br>LA LUZ DEL MUNDO, et al.<br><br>     Defendants. | Case No. 2:20-cv-01437-ODW-AS<br><br>**NOTICE OF SCHEDULING CONFERENCE**<br><br>Date:  July 12, 2021<br>Time:  1:30 p.m.<br>Ctrm:  5D |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the Court has scheduled the Scheduling Conference in the above-captioned matter. The Scheduling Conference is set for July 12, 2021 at 1:30 p.m. in room 5D of the above-referenced Court located at 350 W. 1st Street, Los Angeles, CA 90012. A copy of the Court's Order is attached as Exhibit A.

DATED: March 17, 2021      GREENBERG GROSS LLP
Deborah S. Mallgrave
Desiree N. Murray

JEFF ANDERSON & ASSOCIATES
Michael Finnegan
Jennifer E. Stein

By:    */s/ Deborah S. Mallgrave*
Deborah S. Mallgrave
Attorneys for Plaintiff SOCHIL MARTIN

# PROOF OF SERVICE

**Sochil Martin v. Naason Joaquin Garcia, et al.**
**Case No. 2:20-cv-01437-ODW-AS**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On March 15, 2021, I served true copies of the following document(s) described as **NOTICE OF SCHEDULING CONFERENCE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 17, 2021, at Costa Mesa, California.

/s/ Jenira Velez
Jenira Velez

-1-

Case No. 2:20-cv-01437-ODW-AS

NOTICE OF SCHEDULING CONFERENCE

# SERVICE LIST
## Sochil Martin v. Naason Joaquin Garcia, et al.
## Case No. 2:20-cv-01437-ODW-AS

| | |
|---|---|
| Alan J. Jackson<br>Caleb E. Mason<br>WERKSMAN JACKSON & QUINN LLP<br>888 W 6th Street, Fourth Floor<br>Los Angeles, CA 90017 | T: 213.688.0460<br>F: 213.624.1942<br>E: ajackson@werksmanjackson.com<br>cmason@werksmanjackson.com<br><br>Attorneys for Defendant NAASON JOAQUIN GARCIA, an individual |
| Ethan J. Brown<br>Geoffrey A. Neri<br>BROWN, NERI, SMITH & KHAN LLP<br>11601 Wilshire Blvd., Suite 2080<br>Los Angeles, CA 90025 | T: 310.593.9890<br>F: 310.593.9980<br>E: ethan@bnsklaw.com<br>geoff@bnsklaw.com<br><br>Attorneys for Defendants JOSE HERNANDEZ, UZZIEL JOAQUIN, BENJAMIN JOAQUIN, SILVERIO CORONADO, AURELIO ZAVALETA, JOSE LUIS ESTRADA, JONATHAN MENDOZA, DAVID MENDOZA |
| Reed Aljian<br>Justin E. D. Daily<br>Rochelle Calderon Rotea<br>DAILY ALJIAN LLP<br>100 Bayview Circle, Suite 5500<br>Newport Beach, CA 92660 | T: 949.861.2524<br>F: 949.269.6364<br>E: ra@dallp.com<br>jd@dallp.com<br>rochelle@dallp.com<br><br>Attorneys for Defendants ALMA ELIZABETH JOAQUIN erroneously sued as ALMA ZAMORA DE JOAQUIN, ADORAIM JOSADAC JOAQUIN erroneously sued as ADORAIM JOAQUIN ZAMORA, and LA LUZ DEL MUNDO |
| Donna M. Dean – Deputy Attorney General<br>CAAG – OFFICE OF ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | E: Donna.Dean@doj.ca.gov<br><br>Attorneys for THE PEOPLE OF THE STATE OF CALIFORNIA |

| | | | |
|---|---|---|---|
| 1 | Michael G. Finnegan | E: | Mike@AndersonAdvocates.com |
| | Jennifer E. Stein | | Jennifer@AndersonAdvocates.com |
| 2 | JEFF ANDERSON & ASSOCIATES | | |
| | 11812 San Vicente Blvd., #503 | | Co-Counsel for Plaintiff SOCHIL |
| 3 | Los Angeles. CA 90049 | | MARTIN |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28