# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN<br><br>Plaintiff(s),<br><br>v.<br><br>LA LUZ DEL MUNDO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–01437–ODW–AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __3/17/2021__

Document Number(s):   __121–1__

Title of Document(s):   __RE ONLY attached exhibit__

**ERROR(S) WITH DOCUMENT:**

Filer attached as an exhibit previously issued order with its active electronic headers intact, thus making current headers to the exhibit illegible.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: March 18, 2021          By: __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**