1  Ethan J. Brown (SBN 218814)
    (ethan@bnsklaw.com)
2  Geoffrey A. Neri (SBN 258802)
    (geoff@bnsklaw.com)
3  BROWN, NERI, SMITH & KHAN LLP
   11601 Wilshire Blvd., Suite 2080
4  Los Angeles, California 90025
   Telephone:   (310) 593-9890
5  Facsimile:   (310) 593-9980

6

7  Attorneys for Defendants

8  *Jose Hernandez, Silverio Coronado, Aurelio Zavaleta,*
   *Uzziel Joaquin, Jonathan Mendoza, David Mendoza,*
9  *Benjamin Joaquin and Jose Luis Estrada and Rahel Garcia*

10         UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION
11

12  SOCHIL MARTIN,                          | Case No.: 2:20-CV-01437-OWD (ASx)

13              Plaintiff,

14       v.                                  **SPECIALLY APPEARING
                                             DEFENDANT RAHEL GARCIA'S
15                                           NOTICE OF MOTION AND
    LA LUZ DEL MUNDO, an                     MOTION TO DISMISS PURSUANT
16  unincorporated association, NAASON       TO FEDERAL RULES OF CIVIL
    JOAQUIN GARCIA, an individual, EL        PROCEDURE 12(b)(5) AND 12(b)(2)
17  CONSEJO DE OBISPOS, an                   FOR DEFICIENT SERVICE OF
    unincorporated association, GILBERTO     PROCESS AND LACK OF
18  GARCIA GRANADOS, an individual,          PERSONAL JURISDICTION**
    JOSE HERNANDEZ, an individual,
19  UZZIEL JOAQUIN, an individual,
    SILVERIO CORONADO, an
20  individual, AURELIO ZAVALETA, an         Date:  April 26, 2021
    individual, JOSE LUIS ESTRADA, an        Time: 1:30 p.m.
21  individual, JONATHAN MENDOZA,            Ctrm: 5D
    an individual, ALMA ZAMORA DE
22  JOAQUIN, an individual, BENJAMIN
    JOAQUIN GARCIA, an individual,           [Concurrently filed herewith: (1)
23  RAHEL JOAQUIN GARCIA, an                 Memorandum of Points and Authorities;
    individual, ADORAIM JOAQUIN              (2) Declaration of Rahel Garcia; (3)
24  ZAMORA, an individual, DAVID             Declaration of Jaciel Enriques; (4)
    MENDOZA, an individual and DOES 1        Declaration of Geoffrey A. Neri; and (5)
25  through 10, inclusive.                   [Proposed] Order]

26              Defendants.

27

28

1    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2         **PLEASE TAKE NOTICE** that on April 26, 2021, at 1:30 p.m., or as soon

3    thereafter as counsel may be heard, in Courtroom 5D of the above-entitled Court,

4    located at 350 West 1st Street, Los Angeles, CA 90012, Defendant Rahel Garcia

5    ("Defendant") will and hereby does appear specially to move the Court for an order

6    dismissing the action or, alternatively, quashing service and setting a deadline to

7    properly effect service pursuant to Federal Rules of Civil Procedure 12(b)(5) and

8    12(b)(2) for insufficient service of process and lack of personal jurisdiction.

9         This Motion is made on the grounds that the summons and complaint were not

10   sufficiently served on Defendant.  Furthermore, even if service were sufficient,

11   which it was not, this Court would still lack personal jurisdiction over

12   Defendant.  Plaintiff cannot establish that the Defendant has the minimum contacts

13   sufficient to comport with due process and to allow this Court to exercise

14   general or specific jurisdiction over Defendant.

15        The motion is and will based upon this Notice of Motion and Motion, the

16   concurrently-filed Memorandum of Points and Authorities, Declarations of Rahel

17   Garcia, Jaciel Enriques, and Geoffrey A. Neri, and [Proposed] Order], as well as the

18   pleadings and papers filed herein, and such oral or documentary evidence that may be

19   presented at the hearing.

20        This motion is made following a conference of counsel pursuant to L.R. 7-3

21   which took place on March 1, 2021.  (Declaration of Geoffrey A. Neri at ¶ 3.)

22

23        Respectfully submitted,

24

25    DATED: March 25, 2021                BROWN, NERI, SMITH & KHAN LLP

26                                          By:   /s/ Geoffrey A. Neri
                                                  Geoffrey A. Neri
27
                                            Attorneys for Defendants
28
                                            1
NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF
CIVIL PROCEDURE 12(b)(5) AND 12(b)(2)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin, Jose Luis Estrada and Rahel Garcia*

2
NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2)

## CERTIFICATE OF SERVICE

I, Geoffrey A. Neri, declare as follows:

I am over the age of eighteen years of age and am not a party to this action.  I am employed in the County of Los Angeles, State of California, and my business address is 11601 Wilshire Blvd., Suite 2080, Los Angeles, CA 90025.

On March 25, 2021, I electronically filed the following document— SPECIALLY APPEARING DEFENDANT RAHEL GARCIA'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2) FOR DEFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION—with the United States District Court for the Central District of California by using the court's CM/ECF system and all participants in the case who are registered CM/ECF users will thereby be served on March 25, 2021.

                                        /s/ Geoffrey A. Neri
                                        Geoffrey A. Neri