1  Ethan J. Brown (SBN 218814)
    (ethan@bnsklaw.com)
2  Geoffrey A. Neri (SBN 258802)
    (geoff@bnsklaw.com)
3  BROWN, NERI, SMITH & KHAN LLP
   11601 Wilshire Blvd., Suite 2080
4  Los Angeles, California 90025
   Telephone:   (310) 593-9890
5  Facsimile:   (310) 593-9980

6

7  Attorneys for Defendants
   *Jose Hernandez, Silverio Coronado, Aurelio Zavaleta,*
   *Uzziel Joaquin, Jonathan Mendoza, David Mendoza,*
8  *Benjamin Joaquin, Jose Luis Estrada and Rahel*
   *Garcia*
9

10            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
11                    **WESTERN DIVISION**

12

13  SOCHIL MARTIN,                          Case No.: 2:20-CV-01437-OWD (ASx)

14              Plaintiff,

15        v.                                **DECLARATION OF JACIEL**
                                            **ENRIQUES**
16  LA LUZ DEL MUNDO, an
    unincorporated association, NAASON
17  JOAQUIN GARCIA, an individual, EL
    CONSEJO DE OBISPOS, an
18  unincorporated association, GILBERTO
    GARCIA GRANADOS, an individual,
19  JOSE HERNANDEZ, an individual,
    UZZIEL JOAQUIN, an individual,
20  SILVERIO CORONADO, an
    individual, AURELIO ZAVALETA, an
21  individual, JOSE LUIS ESTRADA, an
    individual, JONATHAN MENDOZA,
22  an individual, ALMA ZAMORA DE
    JOAQUIN, an individual, BENJAMIN
23  JOAQUIN GARCIA, an individual,
    RAHEL JOAQUIN GARCIA, an
24  individual, ADORAIM JOAQUIN
    ZAMORA, an individual, DAVID
25  MENDOZA, an individual and DOES 1
    through 10, inclusive.
26

27              Defendants.

28

─────────────────────────────────────────────
              DECLARATION OF JACIEL ENRIQUES

## DECLARATION OF JACIEL ENRIQUES

I, JACIEL ENRIQUES, declare as follows:

1. I am over the age of eighteen years old, the facts set forth herein are within

my personal knowledge and, if called as a witness, could and would competently testify thereto.

2. On or around August 11, 2020, I was on the premises of a property located

at 308 N. Arizona Ave., Los Angeles, CA.   On that date, I had an encounter with an individual who I would later learn is a process server.

3. The process server left some legal papers with me that I have been informed

relate to a lawsuit involving Rahel Garcia.   I have also been informed that the process server has represented that I am the nephew of Ms. Garcia and a "co-occupant" with her at 308 N. Arizona Ave., Los Angeles, CA.

4. I am not the nephew of Ms. Garcia.   Nor am I a "co-occupant"

with her at 308 N. Arizona Ave., Los Angeles, CA.   In fact, neither Ms. Garcia nor I reside at that property.


I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.   Executed on this 24th day of February in the County of Los Angeles, California.

_____
JACIEL ENRIQUES

DECLARATION OF JACIEL ENRIQUES                     1

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that all counsel of record who are deemed to have consented

3  to electronic service are being served with a copy of this document via the

4  Court's CM/ECF system on _03/25/2021__.

5                                                          BROWN, NERI, SMITH & KHAN LLP

6   DATED: ____03/25/2021_____.          By:    /s/ Geoffrey A. Neri
                                                           Geoffrey A. Neri

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28