1 | Ethan J. Brown (SBN 218814)
   (ethan@bnsklaw.com)
2 | Geoffrey A. Neri (SBN 258802)
   (geoff@bnsklaw.com)
3 | BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
4 | Los Angeles, California 90025
Telephone:  (310) 593-9890
5 | Facsimile:   (310) 593-9980

Attorneys for Defendants
*Jose Hernandez, Silverio Coronado, Aurelio Zavaleta, Uzziel Joaquin, Jonathan Mendoza, David Mendoza, Benjamin Joaquin, Jose Luis Estrada and Rahel Garcia*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>  Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**DECLARATION OF GEOFFREY A. NERI** |

DECLARATION OF GEOFFREY A. NERI

## DECLARATION OF GEOFFREY A. NERI

I, GEOFFREY A. NERI, declare as follows:

1. I am a partner with the law firm of Brown, Neri, Smith & Khan, LLP, counsel of record for Defendant Rahel Garcia ("Garcia"), among others, in these proceedings, have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify thereto.

2. On June 29, 2020, counsel for the Plaintiff and I held a telephonic conference pursuant to L.R. 7-3. During that meeting and in emails afterwards, I informed counsel that Garcia resides in Mexico and expressed my view that she is not subject to personal jurisdiction in the Central District of California. Plantiff's counsel and I could not agree to any compromise that would obviate the need for motions practice.

3. On March 1, 2021, I conferred with counsel for Plaintiff again, pursuant to L.R. 7-3, at which time I pointed out Plaintiff's contradictory representations to the Court with respect to Garcia's alleged "home". I also represented that I had obtained a declaration from the individual purportedly subserved and that he represented that he was neither Garcia's nephew nor a "co-occupant" with her at 308 N. Arizona Ave. However, we were unable to reach a resolution and thereby obviate the need for motions practice.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 25th day of March in the County of Los Angeles, California.

_____
Geoffrey A. Neri

1
DECLARATION OF GEOFFREY A. NERI

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 25, 2021.

DATED: March 25, 2021

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri