1  Ethan J. Brown (SBN 218814)
    (ethan@bnsklaw.com)
2  Geoffrey A. Neri (SBN 258802)
    (geoff@bnsklaw.com)
3  BROWN, NERI, SMITH & KHAN LLP
   11601 Wilshire Blvd., Suite 2080
4  Los Angeles, California 90025
   Telephone:  (310) 593-9890
5  Facsimile:   (310) 593-9980

6

7  Attorneys for Defendants
   *Jose Hernandez, Silverio Coronado, Aurelio Zavaleta,*
   *Uzziel Joaquin, Jonathan Mendoza, David Mendoza,*
8  *Benjamin Joaquin and Jose Luis Estrada*

9

10              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
11                    **WESTERN DIVISION**

12

| | |
|---|---|
| SOCHIL MARTIN, | Case No.: 2:20-CV-01437-OWD (ASx) |
| Plaintiff, | |
| v. | **DECLARATION OF RAHEL GARCIA** |
| LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive. | |
| Defendants. | |

---

DECLARATION OF RAHEL GARCIA

## DECLARATION OF RAHEL GARCIA

I, RAHEL GARCIA, declare as follows:

1. I am over the age of eighteen years old, the facts set forth herein are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. I am a citizen of Mexico and I reside in the city of Guadalajara, Mexico, in the State of Jalisco, Mexico. I do not reside in California or Texas any other state of the United States of America.

3. In or around April 2000, I became a volunteer missionary and for a number of years lived in several states within the United States. During this time, I would travel back and forth between the United States and Mexico.

4. However, I have not lived in any state of the United States since 2017, when I left my post as a voluntary missionary in Colorado, and moved back permanently to Guadalajara, Mexico.

5. I did not notify the United States Postal Service of any change of addresses during the time that I lived in the United States, or later when I moved back to Mexico, but instead notified all people and/or companies with whom I had relevant correspondence directly of my new addresses. I do not use any address in the United States to receive mail as a matter of course.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 19th day of March 2021 in Guadalajara, Mexico.

*[signature]*
RAHEL GARCIA

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 25, 2021.

BROWN, NERI, SMITH & KHAN LLP

DATED: March 25, 2021

By: /s/ Geoffrey A. Neri
     Geoffrey A. Neri