1  DEBORAH S. MALLGRAVE, State Bar No. 198603
   *DMallgrave@GGTrialLaw.com*
2  DESIRÉE N. MURRAY, State Bar No. 330079
   *DMurray@GGTrialLaw.com*
3  **GREENBERG GROSS LLP**
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Telephone: (949) 383-2800
5  Facsimile: (949) 383-2801

6  MICHAEL G. FINNEGAN, State Bar No. 241091
   *Mike@AndersonAdvocates.com*
7  JENNIFER E. STEIN, State Bar No. 300775
   *Jennifer@AndersonAdvocates.com*
8  **JEFF ANDERSON & ASSOCIATES**
   11812 San Vincente Boulevard, #503
9  Los Angeles, California, 90049
   Telephone: (310) 357-2425
10  Facsimile: (651) 297-6543

11  Attorneys for Plaintiff SOCHIL MARTIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN ZAMORA, an | Case No. 2:20-cv-01437-ODW-AS<br><br>**DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF OPPOSITION TO DEFENDANT RAHEL GARCÍA'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2) FOR DEFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**<br><br>[Filed concurrently with Opposition and [Proposed] Order]<br><br>Date:     April 26, 2021<br>Time:    1:30 p.m.<br>Courtroom: 5D |

1  individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.
2
3              Defendants.

# DECLARATION OF DEBORAH S. MALLGRAVE

I, Deborah S. Mallgrave, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California. I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for Plaintiff SOCHIL MARTIN in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. On February 24, 2020, Plaintiff Sochil Martin ("Plaintiff") began attempting service on Defendant Rahel García ("Defendant García"). Plaintiff, through a licensed process server, made at least five attempts at 139 Milta Lane Kissimmee, Florida ("Kissimmee Address"). Attached as **Exhibit A** is a true and correct copy of an email from the process server documenting these service attempts.

3. Publicly available information obtained from Lexis Nexis lists the Kissimmee Address as one of two current residences for Defendant García. Attached as **Exhibit B** is a true and correct copy of the Lexis Nexis Report for Defendant García.

4. On March 11, 2020, Plaintiff began attempting service on Defendant García at 308 North Arizona Avenue, Los Angeles, California, the second of the current addresses listed in García's Lexis Nexis report in **Exhibit B**. This address is further identified publicly as García's address on websites such as whitepages.com. Attached as **Exhibit C** is a true and correct copy of a screenshot from the whitepages.com report for 308 North Arizona Avenue, last visited on August 10, 2020.

5. No one at 308 North Arizona Avenue answered the door after three attempts. These service attempts are also described in the previously referenced **Exhibit A**.

-1-   Case No. 2:20-cv-01437-ODW-AS
DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF OPPOSITION TO DEFENDANT RAHEL GARCÍA'S MOTION TO DISMISS

6.     On July 8, 2020, my firm mailed a letter to the United States Post Office located at 975 South Atlantic Boulevard, Los Angeles, California to obtain information regarding García's mailing address.

7.     On July 27, 2020, my colleague, Desiree N. Murray, hand delivered a copy of the letter to the United States Post Office located at 975 South Atlantic Boulevard, Los Angeles, California.

8.     On August 5, 2020, Michelle Sanchez from the United States Post Office called Ms. Murray to inform her that García currently receives mail at 308 North Arizona Avenue.  Attached as **Exhibit D** is a true and correct copy of the letter returned to my firm confirming that García does not have a change of address order on file from 308 North Arizona Avenue, the address at which Sanchez confirmed that García currently receives mail.

9.     On August 7, 2020, Plaintiff attempted service again at 308 North Arizona Avenue.  Despite the front gate being open and hearing signs of people inside, no one would answer the door to accept service.  Attached as **Exhibit E** is a true and correct copy of the e-mail from the process server documenting the additional service attempts.

10.    My firm has reviewed the Lexis Nexis property report for 308 North Arizona Avenue which shows that all of García's children have, at various times, identified 308 North Arizona Avenue as their primary residence.  Attached as **Exhibit F** is a true and correct copy of the 308 North Arizona Avenue Lexis Nexis report.

11.    On March 13, 2020, Plaintiff began attempting service on García at her declared place of business – the California corporation "Fundación Eva García de Joaquín," located at 28899 San Timoteo Canyon Road, Redlands, California ("Redlands Address").  García is identified on the incorporation paperwork filed with the state of California as the Chief Executive Officer of the corporation.  Attached as **Exhibits G and H** are true and correct copies of the Articles of Incorporation and

Statement of Information filed with the California Secretary of State on behalf of Fundación Eva García de Joaquín, as retrieved from the California Secretary of State website on August 3, 2020.

12. Publicly available documents list the current owner of the Redlands Address as Defendant La Luz Del Mundo. Attached as **Exhibits I and J** are true and correct copies of two Grant Deeds for 28899 San Timoteo Canyon Rd, Redlands, CA 92373, filed in San Bernardino County, California on July 6, 2001.

13. In an attempt to avoid unnecessary motion practice regarding service, I emailed Garcia's counsel to inform him that Plaintiff effectuated service at the 308 N. Arizona Avenue Address, attaching the proof of service at issue in this motion. In that email, I asked counsel "if this changes your position on Ms. Garcia's motion to dismiss for deficient service of process." Attached as **Exhibit K** is a true and correct copy of our e-mail exchange. Counsel never responded to my email.

14. According to public records, Defendant García owns properties in both Orlando, Florida and Los Angeles, California. Attached as **Exhibit L** is a true and correct copy of the Warranty Deed for 833 Evangeline Avenue, Orlando, Florida, 32809, filed in Orange County, Florida on September 19, 2002. Attached as **Exhibit M** is a true and correct copy of the Grant Deed for 108 N. Dangler Avenue, Los Angeles, California 90022, filed in Los Angeles County California on December 29, 1988.

15. García's Lexis Nexis report identifies United States addresses for García, without break, since at least 1992, and shows that Defendant García currently holds a valid driver's license and identification card in the state of Texas, and has previously held a driver's license in Florida. According to the Texas Department of Public Safety's website, in order to get an identification card or a driver's license you need to prove, in part, U.S. citizenship or evidence of lawful presence. Attached as **Exhibit B** is a true and correct copy of García's Lexis Nexis report.

16. A Lexis Nexis report for the Redlands Address shows at least eight different organizations or corporations associated with the address, including Fundación Eva García de Joaquín and La Luz Del Mundo, d/b/a Rancho Caballo. Attached as **Exhibit N** is a true and correct copy of the Redlands Address Lexis Nexis report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 5, 2021

*Deborah S. Mallgrave*
Deborah S. Mallgrave