# EXHIBIT A

| | |
|---|---|
| **From:** | Vanessa <Vanessa@asaplegal.com> |
| **Sent:** | Friday, August 7, 2020 3:34 PM |
| **To:** | Desiree N. Murray |
| **Subject:** | [EXT] RE: 31275847 :RAHEL JOAQUIN GARCIA |

Yes! I see we attempted that in February-
31273738


2.24 @ 0936AM- NO ANSWER AT THE DOOR, NO MOVEMENT WITHN
  NO LIGHTS WERE ON INSIDE, NO VEHICLES IN THE DRIVEWAY
2.26 @ 1203PM- SERVER KNOCKED ON THE DOOR, NO RESPONSE
2.26 @ 1948 NO RESONSE AT THE DOOR AGAIN, NO
  MOVEMENT WAS HEARD WITHIN NO LIGHTS WERE ON INSIDE
  OR VEHILCES IN THE DRIVEWAY
2.27 @ 1800 NO ANSWER AT THE DOOR, NO MOVEMENT WITHIN
  NO LIGHTS ON INSIDE.
2.29 @ 1415 NO ANSWER AGAIN, NO LIGHTS WERE ON INSIDE
  NO VEHCILES IN THE DRIVEWAY



*THANK YOU!*

Vanessa Padilla
Process Department
ASAP LEGAL, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
T 714.543.5100
Email: vanessa@asaplegal.com



1

**From:** Desiree N. Murray <DMurray@GGTrialLaw.com>
**Sent:** Friday, August 7, 2020 3:14 PM
**To:** Vanessa <Vanessa@asaplegal.com>
**Subject:** RE: 31275847 :RAHEL JOAQUIN GARCIA

Hi Vanessa,

Unrelated to this updated service attempt – do you have any record of us attempting service for Rahel at 139 Milta Ln Kissimmee, FL 34743-9215? I am trying to track down all of the addresses we tried previously. I have note of two LA addresses and one in Redlands.

**From:** Jenira Velez <JVelez@GGTrialLaw.com>
**Sent:** Friday, August 7, 2020 12:50 PM
**To:** Vanessa <Vanessa@asaplegal.com>
**Cc:** Desiree N. Murray <DMurray@GGTrialLaw.com>; Arielle A. Seidman <ASeidman@GGTrialLaw.com>
**Subject:** RE: 31275847 :RAHEL JOAQUIN GARCIA

Correct

**From:** Vanessa <Vanessa@asaplegal.com>
**Sent:** Friday, August 7, 2020 12:48 PM
**To:** Jenira Velez <JVelez@GGTrialLaw.com>
**Subject:** [EXT] RE: 31275847 :RAHEL JOAQUIN GARCIA

This is the first address we attempted at- we are attempting at this same address again, correct? I believe there were outside cameras- I would strongly suggest a stake-out.
If someone answers the door, we can sub-serve on the first attempt since we have prior diligence.

***THANK YOU!***

**Vanessa Padilla**
Process Department
ASAP LEGAL, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
T 714.543.5100

Email: vanessa@asaplegal.com



**From:** Jenira Velez <JVelez@GGTrialLaw.com>
**Sent:** Friday, August 7, 2020 12:44 PM
**To:** Vanessa <Vanessa@asaplegal.com>
**Subject:** RE: 31275847 :RAHEL JOAQUIN GARCIA

Hi Vanessa, we would like to attempt service on Rahel Joaquin Garcia again. Attorneys would like to start attempting today through Sunday. Please see attached email. Docs to serve also attached. Address below.

308 N ARIZONA AVE LOS ANGELES, CA 90022-1241


**From:** Vanessa <Vanessa@asaplegal.com>
**Sent:** Friday, March 13, 2020 11:19 AM
**To:** Desiree N. Murray <DMurray@GGTrialLaw.com>; Jenira Velez <JVelez@GGTrialLaw.com>
**Subject:** [EXT] 31275847 :RACHEL JOAQUIN GARCIA

Good morning,

Did you want the server to continue with attempts over the weekend? So far, we have not been able to verify the address with the neighbors, the cameras outside the door are not helping.


Control Number: 31275847
Reference: MATIN V LA LUZ DEL
Service Type: SPLPRSS
Case Number: 2:20-CV-01437
Case Name: MARTIN V LA LUZ DEL
Documents: S&C



3.11 @ 1810 NO ANSWER AT THE DOOR, LIGHTS WERE ON SOMEONE WAS INSIDE, CAMERAS ARE OUTSIDE OF DOOR

3.12 @ 750AM- NO ANSWER AGAIN, PER NEIGHBOR TENANTS ARE INSIDE, FOR SERVER TO KNOCK HARDER, BUT NO ANSWER, THE NEIGHBORS DID NOT KNOW WHO LIVES AT GIVEN ADDRESS, JUST THAT THEY WERE HOME

3.13 @ 1108AM- NO ANSWER AGAIN

*THANK YOU!*

Vanessa Padilla
Process Department
ASAP LEGAL, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
T 714.543.5100
Email: vanessa@asaplegal.com



This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.