# EXHIBIT C



Menu

# 308 N Arizona Ave
Los Angeles, CA 90022

Single-Family Residence    East Los Angeles

## Residents

This address has **7** current residents.

**Rahel A Velazquez**
Age 50s

**Rahel A Joaquin**
Age 50s

**Vicente Antonio Velazquez**
Age 50s

**Naason Merari Joaquin**
Age 50s

**PEOPLE**    PHONE    ADDRESS    BUSINESS

Name

Location: Los Angeles CA

Search

Age 20s

## 🏠 Property Details

**LOT SIZE (ACRES)**
0.130

**BEDROOMS**
5

**BATHROOMS**
2

**YEAR BUILT**
1990

## 🗺 Map

Map | Satellite

3

2
5

1

PEOPLE | PHONE | ADDRESS | BUSINESS

Name

Location
Los Angeles CA

Search

| 3 | **318 N Arizona Ave** Arana Vazquez, Carolina Calderon, Juan Amayafavela |
|---|---|
| 4 | **305 1/2 N Kern Ave** No current residents |
| 5 | **305 N Kern Ave** William Hernandez, Yvette Adriana Briseno, Ruth Griselda Velazco |

**Show More (15)**

## Why use Whitepages?

We found 7 individuals connected to 308 N Arizona Ave, Los Angeles CA 90022. Find contact information for the other owners and residents. In addition, search the neighborhood to find your neighbors' names, phone numbers, and more. Know the full story and access public records with background check reports powered by Whitepages SmartCheck.

## What is Whitepages?

Whitepages features the top free reverse address lookup tool online, established in 1997. With comprehensive contact information for over 275 million people, neighborhood and property data as well as criminal records, we're not your traditional white pages directory or phone book.

Reverse Address  >  CA  >  Los Angeles  >  East Los Angeles

**PEOPLE** | PHONE | ADDRESS | BUSINESS

Name

Location
Los Angeles CA

Search

Address Search
Business Search
Background Checks
Whitepages SmartCheck

Your Whitepages

Help
Privacy Policy
Terms of Use
Do Not Sell

More

Whitepages TenantCheck
Yellow Pages
White Pages
411.com

 

 

© Whitepages Inc.　|　Sitemap