# EXHIBIT D



# GREENBERG GROSS LLP

Arielle A. Seidman
Direct Dial: (949) 383-2795
Direct Fax: (949) 383-2801
ASeidman@GGTrialLaw.com

July 8, 2020

**VIA U.S. MAIL**

Postmaster
EAST LOS ANGELES — Post Office
975 S Atlantic Blvd.
Los Angeles, CA 90022-9998

      **Re:**   *Sochil Martin v. La Luz Del Mundo, et al.*
             U.S. District Court, Central District of CA Case No. 2:20-cv-01437-ODW-AS

Dear Postmaster:

**REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS**

     Please furnish the new address or the name and street address (if a boxholder) for the following:

     Name:  Rahel Joaquin Garcia
     Address:  308 N Arizona Ave, Los Angeles, CA 90022-1241

     Note: Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known, and Post Office box address are required for boxholder information

     The following information is provided in accordance with 39 CFR 265.14(d). There is no fee for providing boxholder or change of address information.

     1.     Capacity of requester (e.g., process server, attorney, party representing self): Attorney.

     2.     Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se - except a corporation acting pro se must cite statute):

_____

     3.     The names of all known parties to the litigation:  Sochil Martin; La Luz Del Mundo; Naasón Joaquín García; El Consejo De Obispos; International Berea Usa; Gilberto García Granados; Jose Hernandez; Uzziel Joaquín; Silverio Coronado; Aurelio Zavaleta; Jose

**GREENBERG GROSS LLP**

July 8, 2020
Page 2

Luis Estrada; Jonathan Mendoza; Alma Zamora De Joaquín; Benjamin Joaquín García; Rahel Joaquín García; and Adoraim Joaquín

    4.    The court in which the case has been or will be heard: U.S. District Court, Central District of California

    5.    The docket or other identifying number (a or b must be completed):

    X a. Docket or other identifying number: 2:20-cv-01437-ODW-AS

    b. Docket or other identifying number has not been issued.

    6.    The capacity in which this individual is to be served (e.g., defendant or witness): Defendant

### WARNING

**THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

_[signature]_
Signature Address

Desiree Murray    July 31, 2020
Printed Name City, State, ZIP Code
650 town center drive, costa mesa, CA 92626

**POST OFFICE USE ONLY**

✓ No change of address order on file. NEW ADDRESS OR BOXHOLDER'S NAME

\_\_\_\_\_ Moved, left no forwarding address. POSTMARK AND STREET ADDRESS

\_\_\_\_\_ No such address. _____

_[signature]_