# EXHIBIT G

# Articles of Incorporation

**FILED**
in the office of the Secretary of State
of the State of California

**OCT 22 2012**

## I

The name of the corporation is **Fundacion Eva Garcia De Joaquin.**

## II

A. This corporation is a nonprofit **Public Benefit Corporation** and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for: **public and charitable** purposes.

B. The specific purpose of this corporation is to **assist the community in difficult economic circumstances.**

## III

The name and address in the State of California of this corporation's initial agent for service of process is:

Name Rahel A. Joaquin de V.
Address 310 S. 4th st
City Redlands   State **California**   Zip Code 92373

## IV

A. This corporation is organized and operated exclusively for **charitable** purposes within the meaning of Internal Revenue Code section 501(c)(3).

B. No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

## V

The property of this corporation is irrevocably dedicated to **charitable** purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for **charitable** purposes and which has established its tax exempt status under Internal Revenue Code section 501(c)(3).

_____, Incorporator

Rahel A. Joaquin de V.