# EXHIBIT H



# State of California
## Secretary of State

**Statement of Information**
(Domestic Nonprofit, Credit Union and Consumer Cooperative Corporations)
Filing Fee $20.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

N

E-Q33570

**FILED**
In the office of the Secretary of State of the State of California
**Jan - 20 2013**
This Space For Filing Use Only

---

**1. CORPORATE NAME**

C3515469
FUNDACION EVA GARCIA DE JOAQUIN
RAHEL A JOAQUIN
28899 SAN TIMOTEO CANYON RD
REDLANDS  CA 92373

**Due Date:**

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 2 cannot be a P.O. Box.)

| | | | |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 28899 SAN TIMOTEO CANYON RD | REDLANDS | CA | 92373 |
| 3. MAILING ADDRESS OF THE CORPORATION, IF REQUIRED | CITY | STATE | ZIP CODE |
| RAHEL A JOAQUIN  28899 SAN TIMOTEO CANYON RD | REDLANDS | CA | 92373 |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | |
|---|---|---|---|---|
| 4. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| RAHEL A JOAQUIN | 28899 SAN TIMOTEO CANYON RD | REDLANDS, | CA | 92373 |
| 5. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| ESTELA DELGADO | 764 N GARFIELD AVE # 101 | MONTEBELLO | CA | 90640 |
| 6. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| MARGARITA OCAMPO | 219 N KERN AVE | LOS ANGELES | CA | 90022 |

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 8 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 8 must be left blank.)

7. NAME OF AGENT FOR SERVICE OF PROCESS

JOANA GONZALEZ

| | | | |
|---|---|---|---|
| 8. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
| 1348 CESAR CHAVEZ AVE | MONTEREY PARK, | CA | 91754 |

**Davis-Stiring Common Interest Development Act** (California Civil Code section 1350, et seq.)

9. ☐ Check here if the corporation is an association formed to manage common interest development under the Davis-Stirling Common interest Development Act and proceed to items 10, 11 and 12.

**NOTE:** Corporations formed to manage a common interest development must also file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code section 1363.6. Please see instructions on the reverse side of this form.

| | | | |
|---|---|---|---|
| 10. ADDRESS OF BUSINESS OR CORPORATE OFFICE OF THE ASSOCIATION, IF ANY | CITY | STATE | ZIP CODE |
| 11. FRONT STREET AND NEAREST CROSS STREET FOR THE PHYSICAL LOCATION OF THE COMMON INTEREST DEVELOPMENT (Complete if the business or corporate office is not on the site of the common interest development.) | | | 9-DIGIT ZIP CODE |
| 12. NAME AND ADDRESS OF ASSOCIATION'S MANAGING AGENT, IF ANY | CITY | STATE | ZIP CODE |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| | | | |
|---|---|---|---|
| 01/20/2013 | ESTELA DELGADO | SECRETARY | |
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-100 (REV 10/2010)      APPROVED BY SECRETARY OF STATE