# EXHIBIT J

**ORANGE COAST TITLE CO.**

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:
LA LUZ DEL MUNDO, a CA corp.
28859 San Timoteo
Canyon Rd.
Redlands, CA 92373

Recorded in Official Records, County of San Bernardino, Larry Walker, Recorder

**Doc No. 20010263737**
**08:00am 07/06/01**

**ORANGE COAST TITLE  # 611**

| PG | FEE | APF | GIMS | PH CPY | CRT CPY | ADD NM | PEN PR | PCOR |
|----|-----|-----|------|--------|---------|--------|--------|------|
| 2  | 7   | 3   |      |        |         |        |        |      |
|    |     |     | 10 5 |        |         |        | 611    |      |
| NON ST | LN | SVY | CIT-CO | TRANS TAX | DA | CHRG | EXAM |

A.P.N.: See Below        Order No.: s-133996-9        Escrow No.: 11592-NW

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) THAT DOCUMENTARY TRANSFER TAX IS: COUNTY $
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale,
[ ] unincorporated area;  [ ] City of Redlands, and

FOR A VALUABLE CONSIDERATION, Receipt of which is hereby acknowledged,
**FRANK J. MAKA and META M. MAKA, Husband and Wife**

hereby GRANT(S) to **IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD LA LUZ DEL MUNDO, a CA corporation**

the following described property in the                County of **San Bernardino & Riverside** State of California;

**SEE EXHIBIT 'A' FOR LEGAL DESCRIPTION FOR 4 PARCELS -**

RE: SAN BERNARDINO COUNTY

A.P. #0294-101-14-0-000
A.P. #0294-121-21-0-000

RE: RIVERSIDE COUNTY

A.P. #471-150-018
A.P. #471-160-009

_____          _____
FRANK J. MAKA                                                META M. MAKA

Document Date: July 1, 2001

STATE OF CALIFORNIA                            )SS
COUNTY OF  SAN BERNARDINO    )
On  7/02/01                      before me,  Traci Wynn Beaty
personally appeared  FRANK J. MAKA and META M. MAKA                             ,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.
Signature  Traci Wynn Beaty

TRACI WYNN BEATY
Comm. # 1164953
NOTARY PUBLIC - CALIFORNIA
San Bernardino County
My Comm. Expires Aug. 20, 2003

official notarial seal.

Mail Tax Statements to:   SAME AS ABOVE or Address Noted Below

EXHIBIT "A"

PARCEL 1:

THE SOUTH ONE-HALF OF THE SOUTHEAST ONE-QUARTER OF SECTION 10, TOWNSHIP 2 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE JUNE 9, 1880.

EXCEPTING A PIECE OF LAND 4 RODS SQUARE LYING IN THE EXTREME NORTHEAST CORNER OF SAID LAND AND USED AS A GRAVEYARD.

PARCEL 2:

THAT PART OF SECTION 11, TOWNSHIP 2 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE WEST LINE OF SAID SECTION 11, WHICH IS NORTH 0° 19' 37" WEST, A DISTANCE OF 909.13 FEET ALONG THE WEST LINE OF SAID SECTION 11, FROM THE SOUTHWEST CORNER THEREOF; THENCE NORTH 43° 23' 00" EAST, 185.50 FEET; THENCE NORTH 51° 26' 30" EAST, 300.90 FEET, MORE OR LESS, TO THE CENTER LINE OF TIMOTEO CANYON ROAD (AS NOW LAID OUT AND TRAVELED); THENCE NORTHWESTERLY ALONG SAID CENTER LINE TO THE WEST LINE OF SAID SECTION 11; THENCE SOUTH 0° 19' 37" EAST, 584.50 FEET TO THE POINT OF BEGINNING.

PARCEL 3:

THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 2 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 4:

THE SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 2 SOUTH RANGE 3 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY UNITED STATES GOVERNMENT SURVEY.