# EXHIBIT K

| | |
|---|---|
| **From:** | Deborah Mallgrave |
| **Sent:** | Thursday, August 27, 2020 12:50 PM |
| **To:** | Geoff Neri |
| **Cc:** | Arielle A. Seidman; Desiree N. Murray |
| **Subject:** | Martin v. LDM: service on Rahel Garcia |
| **Attachments:** | 20200826150734.pdf |

Geoff,

I write to provide more recent information concerning service of process on your client, Rahel Garica. While it remains our position that we previously effectuated service on Rahel, our process continued attempts to serve Rahel at 308 N. Arizona Avenue, Los Angeles and effectively substituted service at that address on August 11, 2020. Prior to August 11, our process server attempted to serve Rahel personally at the 308 N. Arizona address 6 times. Then, on his seventh attempt on August 11, 2020, our process server witnessed a man outside of the residence, taking out the trash cans. He approached and spoke the man, who told our server he was Ms. Garcia's nephew and that he lived at the residence with Ms. Garcia (though Ms. Garcia was not at home). Ms. Garcia's nephew told the process server his name, which our server heard as "Jaciel Enriques" (but I understand the nephew's name might be Jaicel Nunez). The server told Ms. Garcia's nephew the nature of the documents, and the nephew confirmed he would get them to Ms. Garcia. A copy of those same documents was then mailed Ms. Garcia at 308 N. Arizona address (which the USPS also confirmed was Ms. Garcia's mailing address). I've attached an updated proof of service that we intend to file with the court today. Please let me know if this changes your position on Ms. Garcia's motion to dismiss for deficient service of process.

Thank you,
Deb

**Deborah S. Mallgrave**
*Partner*
601 South Figueroa Street, 30th Floor | Los Angeles, California 90017
650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2790 | Fax 949.383.2801
DMallgrave@GGTrialLaw.com | www.GGTrialLaw.com



**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DEBORAH S. MALLGRAVE | SBN: 198603<br>GREENBERG GROSS LLP<br>601 S. FIGUEROA ST., 30TH FLOOR<br>LOS ANGELES, CA 90017<br>TELEPHONE NO.: (213) 334-7000 | FAX NO. (213) 334-7001 | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): : PLAINTIFF | |

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 312 NORTH SPRING STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: WESTERN DIVISION

PLAINTIFF/PETITIONER: SOCHIL MARTIN
DEFENDANT/RESPONDENT: LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION, ET AL.

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: 2:20-CV-1437 DDP (ASX)
Ref. No. or File No.: 31285210 VXP

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other (specify documents): NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES
3. a. Party served (specify name of party as shown on documents served):
   **RAHEL JOAQUIN GARCIA, AN INDIVIDUAL**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: **308 N ARIZONA AVE.**
   **LOS ANGELES, CA 90022**

5. I served the party (check proper box)
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):    (2) at (time):

   b. [X] **by substituted service.** On (date): **08/11/2020** at (time): **04:26 pm** I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):
   **JACIEL ENRIQUES - NEPHEW/CO-OCCUPANT**

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   (date): **08/11/2020** from (city): **SANTA ANA**    or [X] a declaration of mailing is attached.

   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/31285210

| PETITIONER: SOCHIL MARTIN | CASE NUMBER: |
|---|---|
| RESPONDENT: LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION, ET AL. | 2:20-CV-1437 DDP (ASX) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                           ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)                   ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                          ☐ 415.46 (occupant)
                                                          ☐ other:

7. **Person who served papers**
   a. Name: **MIGUEL ANGEL MOLINA C/O ASAP Legal, LLC**
   b. Address: **404 West 4th St., Suite B  Santa Ana, CA 92701**
   c. Telephone number: **(714) 543-5100**
   d. **The fee** for service was: **$ 308.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
        (i) ☐ **owner**    ☐ **employee**    ☒ **independent contractor.**
        (ii) Registration No.: **5414**
        (iii) County: **LOS ANGELES**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **08/12/2020**

**ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
www.legalsolutionasap.com**

**MIGUEL ANGEL MOLINA**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶   (SIGNATURE)

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| DEBORAH S. MALLGRAVE, SBN: 198603<br>GREENBERG GROSS LLP<br>601 S. FIGUEROA ST., 30TH FLOOR<br>LOS ANGELES, CA 90017<br>TELEPHONE No.: (213) 334-7000 | FAX No. (Optional): (213) 334-7001 | E-MAIL ADDRESS (Optional): | |
| Attorney for: PLAINTIFF | | Ref No. or File No.:<br>31285210 VXP | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Plaintiff: SOCHIL MARTIN
Defendant: LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION, ET AL.

| AFFIDAVIT OF REASONABLE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:20-CV-1437 DDP (ASX) |
|---|---|---|---|---|

I, MIGUEL ANGEL MOLINA, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: RAHEL JOAQUIN GARCIA, AN INDIVIDUAL as follows:
Documents:
 SUMMONS;COMPLAINT;NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES
I attempted personal service on the following dates and times with the following results:

| Date | Time | Results |
|---|---|---|
| 03/11/2020 | 06:10 pm | NO ANSWER AT THE DOOR, LIGHTS WERE ON, SERVER HEARD MOVEMENT WITHIN. CAMERAS OUTSIDE OF DOOR. at: (Home) - 308 N ARIZONA AVE., LOS ANGELES, CA 90022 |
| 03/12/2020 | 07:50 am | NO ANSWER AT THE DOOR, PER NEIGHBOR, TENANTS ARE INSIDE AND JUST NOT ANSWERING. at: (Home) - 308 N ARIZONA AVE., LOS ANGELES, CA 90022 |
| 03/13/2020 | 11:08 am | NO ANSWER AGAIN. at: (Home) - 308 N ARIZONA AVE., LOS ANGELES, CA 90022 |
| 08/07/2020 | 06:11 pm | NO ANSWER AT THE DOOR at: (Home) - 308 N ARIZONA AVE., LOS ANGELES, CA 90022 |
| 08/08/2020 | 07:59 pm | SERVER WAS UNABLE TO GAIN ACCESS TO THE FRONT DOOR, GATE IN FRONT OF THE HOUSE WAS CLOSED AND LOCKED, at: (Home) - 308 N ARIZONA AVE., LOS ANGELES, CA 90022 |
| 08/09/2020 | 12:03 pm | NO ANSWER AT THE DOOR AGAIN, SERVER HEARD THE TV ON INSIDE, NO ONE CAME TO THE DOOR. at: (Home) - 308 N ARIZONA AVE., LOS ANGELES, CA 90022 |
| 08/11/2020 | 04:26 pm | I EFFECTUATED SERVICE BY LEAVING DOCUMENTS WITH A MAN WHO CONFIRMED HE WAS SUBJECT'S NEPHEW AND CO-OCCUPANT, NAME HEARD AS JACIEL ENRIQUES. at: (Home) - 308 N ARIZONA AVE., LOS ANGELES, CA 90022 |



County: LOS ANGELES
Registration No.: 5414
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
www.legalsolutionasap.com

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on 08/12/2020.

Signature: _____
MIGUEL ANGEL MOLINA

AFFIDAVIT OF REASONABLE DILIGENCE

Order#: 31285210/DilFormat.mdl

| | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>DEBORAH S. MALLGRAVE, SBN: 198603<br>GREENBERG GROSS LLP<br>601 S. FIGUEROA ST., 30TH FLOOR<br>LOS ANGELES, CA 90017<br>*TELEPHONE No.:* (213) 334-7000  *FAX No. (Optional):* (213) 334-7001 | | *E-MAIL ADDRESS (Optional):* | | |
| *Attorney for:* PLAINTIFF | | *Ref No. or File No.:*<br>31285210 VXP | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION | | | | |
| *Plaintiff:* SOCHIL MARTIN | | | | |
| *Defendant:* LA LUZ DEL MUNDO, AN UNINCORPORATED ASSOCIATION, ET AL. | | | | |
| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:20-CV-1437 DDP (ASX) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS;COMPLAINT;NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:        August 11, 2020
   b. Place of Mailing:       SANTA ANA, California
   c. Addressed as follows:   RAHEL JOAQUIN GARCIA, AN INDIVIDUAL
                              308 N ARIZONA AVE.
                              LOS ANGELES, CA 90022

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 308.00

ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
www.legalsolutionasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 12, 2020.**

Signature: _____

VANESSA PADILLA

**PROOF OF SERVICE BY MAIL**

Order#: 31285210/mailproof