# EXHIBIT M



RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO:

NAME  Rahel Areli Joaquin &
STREET Betsabe Joaquin
ADDRESS 108 N. Dangler Ave.
CITY
STATE  Los Angeles, CA  90022
ZIP

Title Order No. _____ Escrow No. _____

88-2083599

RECORDED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

31 MIN. PAST. 4 P.M. DEC 29 1988

FEE $5 N

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

# GRANT DEED

DOCUMENTARY TRANSFER TAX $ Gift
☐ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale.

_Herem_
Signature of Declarant or Agent Determining Tax    Firm Name

FOR VALUABLE CONSIDERATION, receipt of which is acknowledged, I (We), __LETICIA HEREM__
(name of grantor(s))

grant to __RAHEL ARELI JOAQUIN & BETSABE JOAQUIN__
(name of grantee(s))

all that real property situated in the City of __Los Angeles__

(or in an unincorporated area of) __Los Angeles__ County, California,
(name of County)

described as follows (insert legal description):

Lots 2, 3, 4 and the Northerly 10 feet of Lot 1, Block 1, of Maravilla Park, as recorded in Map Book 18, Page 168, Records of Los Angeles County.

Lot 2, and the Southerly 14 feet of Lot 3 and the Northerly 10 feet of Lot 1, Block 1, of Maravilla Park, as recorded in Map Book 18, Page 168, Records of Los Angeles County.

Lot 4 and the Northerly 11 feet of Lot 3, Block 1, of Maravilla Park, as recorded in Map Book 18, Page 168, Records of Los Angeles County.

Assessor's parcel No. _____

Executed on __December 29__, 19__88__, at __Los Angeles, California__
(City and State)

STATE OF CALIFORNIA                    } ss

COUNTY OF __Los Angeles__              

On this __29__ day of __December__ in the year 19__88__, before me, the undersigned, a Notary Public in and for said State, personally appeared __LETICIA HEREM__

_Leticia Herem_

_____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person__ whose name__ __is__ subscribed to the within instrument, and acknowledged to me that __she__ executed it.

WITNESS my hand and official seal.

_Rigoberto D. Garcia_
Notary Public in and for said State

OFFICIAL SEAL
RIGOBERTO D GARCIA
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My comm. expires MAY 26, 1990

(This area for official notarial seal)

MAIL TAX STATEMENTS TO __Same as Shown Above__
            NAME              ADDRESS            ZIP