# EXHIBIT N

## Table of Contents

**Location Information - 1 record found** ...................................................................................... 2
**Address Variations - 1 records found** ...................................................................................... 2
**APN(s) - 3 records found** ........................................................................................................... 2
**Property Information - 2 records found** .................................................................................. 2
**Neighbors - 3 records found** ..................................................................................................... 3
**Associated Entities - 109 records found** ................................................................................. 3
**Source Information - 444 records found** ................................................................................. 7



# 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY

Copyright 2020 LexisNexis

a division of Reed Elsevier Inc. All Rights Reserved.

## Location Information - 1 record found

28899 SAN TIMOTEO CANYON RD, REDLANDS, CA 92373-0870

| | |
|---|---|
| **Latitude:** | 34.005930 |
| **Longitude:** | -117.177450 |
| **MSA Number:** | 6780 |
| **MSA Description:** | Riverside-San Bernardino, CA |

## Address Variations - 1 records found

**No.   Address**

1.   28899 SAN TIMOTEO CANYON RD

   REDLANDS, CA 92373-8706

## APN(s) - 3 records found

**No.   Number**

1.   0294-091-37

2.   0294-101-14

3.   0294-101-23

## Property Information - 2 records found

No. 1

| | |
|---|---|
| **Legal Description:** | S 1/2 SE 1/4 SEC 10 TP 2S R 3W EX N 66 FT E 66 FT 79.9 AC |
| **Land Usage:** | COMMERCIAL (NEC) |
| **Tax Year:** | 2012 |
| **Data Source:** | A |

Property Sale Information

| | |
|---|---|
| **Sale Date:** | 07/01/2001 |

Assessment Information

| | |
|---|---|
| **Assessed Land Value:** | $2,783,238.00 |

| | |
|---|---|
| **Assessed Improvement Value:** | $172,155.00 |
| **Assessed Total Value:** | $2,955,393.00 |

No. 2

| | |
|---|---|
| **Legal Description:** | S 1/2 SE 1/4 SEC 10 TP 2S R 3W EX N 66 FT E 66 FT 79.9 AC |
| **Tax Year:** | 2019 |
| **Data Source:** | B |

Assessment Information

| | |
|---|---|
| **Assessed Land Value:** | $3,072,437.00 |
| **Assessed Improvement Value:** | $190,043.00 |
| **Assessed Total Value:** | $3,262,480.00 |

## Neighbors - 3 records found

| Neighbor Name | Neighbor Address | Neighbor Phone |
|---|---|---|
| BROCK, KATRINA J | 28591 SAN TIMOTEO CANYON RD, REDLANDS, CA 92373-7910 | None Listed |
| NIXON, ANN N | 28741 SAN TIMOTEO CANYON RD, REDLANDS, CA 92373-7909 | None Listed |
| MARQUEZ, JOSE M | 28911 SAN TIMOTEO CANYON RD, REDLANDS, CA 92373-7916 | None Listed |

## Associated Entities - 109 records found

**No.   Current Owner(s)/Resident(s)**

**Current Owner(s):**

1. GRAY, SAMUEL
2. LA LUZ, DEL MUNDO

**Current Resident(s):**

3. BECK, BECK L
4. BECK, ROSE L
5. BRAMBILA, ELISEO
6. BRAMBILA, EYSIQUIA
7. BRAMBILA, JOSH
8. CARRILLO, MARIA C
9. CARRILLO, MARIA
10. CORONADO, ABRAHAM J
11. CORONADO, ELIAKIM
12. COZART, KATHYE J

| No. | Current Owner(s)/Resident(s) |
|---|---|
| 13. | DIAZ, JOSE G |
| 14. | DIOS VIVO, COLUMNA DEL |
| 15. | DIOS VIVO, IGLESIA DEL |
| 16. | ELIZALDE, GABRIEL A |
| 17. | FRAD, WAYNE |
| 18. | FRANCISCO, ABIGAIL FLORES |
| 19. | GAMBOA, BELEN |
| 20. | GAMBOA, DANIEL M |
| 21. | GARCIA, ISMAEL |
| 22. | GUZMAN, MARIA J |
| 23. | GUZMAN, NOE |
| 24. | GUZMAN-RODARTE, NOE GUZMAN |
| 25. | IGLESIA, DEL DIOS |
| 26. | LOPEZ, CORNELIO M |
| 27. | MAGDANELO, AID |
| 28. | MAKA, JILL M |
| 29. | MARTINEZ, JOSE ANTONIO |
| 30. | MARTINEZ, JOSE |
| 31. | MEDLEY, SAVANNAH J |
| 32. | MENDOZA, DAVID M |
| 33. | MENDOZA, DAVID |
| 34. | MYRICK, J N |
| 35. | OLSON, VAUGHN |
| 36. | PACHECO, GABRIEL ALONSO |
| 37. | PEREZ, ADAIA |
| 38. | PEREZ, LIZBETH |
| 39. | PEREZ, MAGDALENO S |
| 40. | PEREZ, MARIA |
| 41. | PEREZ, RAUL |
| 42. | PEREZ, SALVADOR |
| 43. | RANCHO, CABALLO |
| 44. | RICO, MARIA G |

| No. | Current Owner(s)/Resident(s) |
|---|---|
| 45. | ROSALES, CESAR |
| 46. | WILLIAMS, THOMAS |

**Previous Owner(s):**

| | |
|---|---|
| 47. | MAKA, FRANK J |
| 48. | MAKA, META M |

**Previous Residents(s):**

| | |
|---|---|
| 49. | AVILA, ELIZABETH |
| 50. | BRAMBILA, GABRIEL E |
| 51. | BRAMBILA, JOSUE |
| 52. | BRAMBILA, JUAN B |
| 53. | BUCKERT, LINDA S |
| 54. | CARDENAS, EFRAIN |
| 55. | CARLTON, ROBIN LEANN III |
| 56. | CARRILLO, MAYRA ALEJANDRA |
| 57. | CORONADO, ABRAHAM J |
| 58. | CORONADO, ASAEL C |
| 59. | CORONADO, ELISA |
| 60. | CORONADO, GERSON |
| 61. | DAMIAN, ROBERTO |
| 62. | DENAY, MARINE TARVER |
| 63. | DENSLEY, DARIN J |
| 64. | FRANCISCO, ABIGAIL FLORES |
| 65. | GAMBOA, DANIEL M |
| 66. | GODINEZ, FELIPE |
| 67. | GRAY, SAMUEL GARCIA |
| 68. | HERMENEGILDO, ANTONIO MARIN |
| 69. | KIRPATRICK, KAREN L |
| 70. | MARTINEZ, ANA ELIZABE |
| 71. | MARTINEZ, ESBAI M |
| 72. | MEDLEY, STORMY LYNN |
| 73. | MOULD, KENNETH CHARLES |
| 74. | MOULD, MELODY |

| No. | Current Owner(s)/Resident(s) |
|---|---|
| 75. | NICHOLS, TUITTI |
| 76. | OCAMPO, FRANCISCO L |
| 77. | OCAMPO, MARGARITA D |
| 78. | OROZCO, JOHN ANTHONY |
| 79. | OROZCO, MARIA E |
| 80. | PEREZ, RAUL D |
| 81. | POWELL, DOUGLAS MART |
| 82. | RUBIO, EXSIQUIA R |
| 83. | RUBIO, VICTORIANO R |
| 84. | RUBIO, VICTORIANO |
| 85. | SANTOS, JONNATHAN JACOB |
| 86. | TACK, IENSLEY CUSTOM |
| 87. | TARVER, DENAY LYNN |
| 88. | TELLEZ, CARLOS T |
| 89. | TORRES, CRUZ |
| 90. | TRENERY, JILL M |
| 91. | TRENERY, JILL M |
| 92. | TRENERY, PAUL DOUGLAS |
| 93. | VORHAUER, SARAH S |
| 94. | VORHAUER, WILLIAM H II |

**Other(s):**

| | |
|---|---|
| 95. | CONQUEST TRANSPORT |
| 96. | FUNDACION EVA GARCIA DE JOAQUIN |
| 97. | KCAA RADIO |
| 98. | RANCHO CABALLO |
| 99. | B & J TRANSPORTATION INC. |
| 100. | OASIS POOL SERVICE |
| 101. | PERSONAL TOUCH POOL SERVICE |
| 102. | CHURCH OF THE LIVING GOD PILLAR&GROUND |
| 103. | RANCHO EVENEAER |
| 104. | EL RANCHO EVEN HECER |
| 105. | GABRIEL ELIASER BRAMBILA |

| No. | Current Owner(s)/Resident(s) |
|---|---|
| 106. | IGLESIA DEL DIOS VIVO COLUMNA Y APOYO DE LA VERDAD, LA LUZ DEL MUNDO SOUTH REDLANDS |
| 107. | GLOBAL 911 TRUCKING INC |
| 108. | ADAIA PEREZ |
| 109. | ELISEO BRAMBILA |

## Source Information - 444 records found

| | |
|---|---|
| **All Sources** | **444 Source Document(s)** |
| **Deed Transfers** | 2 Source Document(s) |
| **Historical Person Locator** | 77 Source Document(s) |
| **Motor Vehicle Registrations** | 1 Source Document(s) |
| **Person Locator 1** | 80 Source Document(s) |
| **Person Locator 2** | 6 Source Document(s) |
| **Person Locator 5** | 138 Source Document(s) |
| **Person Locator 6** | 88 Source Document(s) |
| **Tax Assessor Records** | 9 Source Document(s) |
| **Utility Locator** | 43 Source Document(s) |

Key
🔺 High Risk Indicator. These symbols may prompt you to investigate further
⚑ Moderate Risk Indicator. These symbols may prompt you to investigate further
⚑ General Information Indicator. These symbols inform you that additional information is provided
✓ The most recent telephone listing as reported by the EDA source

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.
Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Legal Compliance
Copyright © 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**