DEBORAH S. MALLGRAVE, State Bar No. 198603
  DMallgrave@GGTrialLaw.com
DESIRÉE N. MURRAY State Bar No. 330079
  DMurray@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL G. FINNEGAN, State Bar No. 241091
  Mike@AndersonAdvocates.com
JENNIFER E. STEIN, State Bar No. 300775
  Jennifer@AndersonAdvocates.com
JEFF ANDERSON & ASSOCIATES
11812 San Vincente Boulevard, #503
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN | Case No. 2:20-cv-01437-ODW-AS<br><br>**[PROPOSED] ORDER RE OPPOSITION TO DEFENDANT RAHEL GARCÍA'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2) FOR DEFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**<br><br>Date:　April 26, 2021<br>Time:　1:30 p.m.<br>Ctrm:　5D |

1 | ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.
2 |
3 |       Defendants.

-2-   Case No. 2:20-cv-01437-ODW-AS
[PROPOSED] ORDER RE OPPOSITION TO DEFENDANT RAHEL GARCÍA'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2) FOR DEFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION

THIS MATTER having come before the Court on Defendant Rahel García's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(2) for Deficient Service and Lack of Personal Jurisdiction (the "Motion"), and the Court having considered the moving and responding papers filed by the parties and having heard the arguments of counsel, and with good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Rahel García's Motion is **DENIED**.

**OR**

**IT IS HEREBY ORDERED AND ADJUDGED** that the service of process on Defendant Rahel García is **QUASHED**. Plaintiff's request to extend time to serve Defendant Rahel García and for limited discovery on this issue is **GRANTED**.

DATED: _____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE