1  MATTHEW RODRIQUEZ
   Acting Attorney General of California
2  MARK T. CUMBA
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
    300 South Spring Street, Suite 1702
5   Los Angeles, CA 90013
    Telephone: (213) 269-6509
6   Fax: (916) 731-2120
    E-mail: Donna.Dean@doj.ca.gov
7  *Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, *an unincorporated association*, NAASÓN JOAQUÍN GARCIA, *an individual*, EL CONSEJO DE OBISPOS, *an unincorporated association*, INTERNATIONAL BEREA USA, *an unincorporated association*, GILBERTO GARCÍA GRANADOS, *an individual*, JOSE HERNANDEZ, *an individual*, UZZIEL JOAQUÍN, *an individual*, SILVERIO CORONADO, *an individual*, AURELIO ZAVALETA, *an individual*, JOSE LUIS ESTRADA, *an individual*, JONATHAN MENDOZA, *an individual*, ALMA ZAMORA DE JOAQUÍN, *an individual*, BENJAMÍN JOAQUÍN GARCÍA, *an individual*, RAHEL JOAQUÍN GARCÍA, *an individual*, ADORAIM JOAQUÍN ZAMORA, *an individual*, DAVID MENDOZA, *an individual* and DOES 1 through 10, inclusive,<br><br>Defendants. | 2:20-cv-01437-ODW-AS<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA'S STATUS REPORT REGARDING CRIMINAL MATTER AND REQUEST FOR EXTENSION OF DISCOVERY STAY; DECLARATION OF PATRICIA FUSCO IN SUPPORT THEREOF**<br><br>Judge: Hon. Otis D. Wright, II<br><br>Trial Date: Not set<br>Action Filed: February 12, 2020 |

1

**TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The People of the State of California hereby provide the following status report regarding the criminal matter and request that the discovery stay granted on September 29, 2020 (Dkt. No. 108) and extended on January 6, 2021 (Dkt. No. 114), be extended an additional 120 days from May 18, 2021, to September 15, 2021.

In addition, the People request that the Court order a stay of disclosure of witness information pursuant to Federal Rule of Civil Procedure 26 until September 15, 2021. Given the Court's Order Scheduling Meeting of Counsel (Dkt. 119), initial disclosures will be required to be exchanged after the early meeting of counsel. The disclosure of the victim's and witnesses' information in the civil case prior to disclosure in the criminal case will subject them to continued harassment, and quite possibly physical danger.

At the time of the People's last status report, the Los Angeles Superior County had set January 6, 2021, as day 0 of 45, meaning that trial was expected to start within 45 days of January 6. Dkt. 113.

On January 6, 2021, defense counsel advised that they would be filing a motion to compel discovery pertaining to evidence on devices owned by the confidential victims and witnesses. Fusco Decl., ¶ 2. The hearing was set for February 10, 2021, and that date was then set as 0 of 60 for trial, meaning the trial should take place within 60 days of February 10, 2021. *Id.*

On February 10, 2021, the defense motion was denied. Fusco Decl., ¶ 3. During the February 10 hearing, defense counsel stated that they needed more time to review evidence and prepare for trial. *Id.* Based on this request by defense counsel, the court set April 12, 2021, as 0 of 60. *Id.*

//
//

1  Defense counsel then filed a motion to compel *Brady* evidence, which was
2  set for hearing on March 26, 2021. Fusco Decl., ¶ 4. The motion was denied. *Id.*,
3  ¶ 4.
4  The People have not sought, and do not intend to seek, any continuances of
5  the criminal trial and in fact will answer "Ready" on April 12, 2021 to proceed with
6  trial and to move the criminal case forward as expeditiously as possible. Fusco
7  Decl., ¶ 5.
8  The People's and the Los Angeles Superior Court's concerns about the safety
9  of the victims and the integrity of the process in the criminal case have not
10 diminished. If discovery and disclosure are allowed in this case, even subject to a
11 protective order, there is no guarantee that parties or third party witnesses would
12 not disclose the victim's identities or other identifying information, even if they
13 would be subject to sanctions for doing so. In addition, if the victim's names
14 and/or identifying information is disclosed in this case, nothing will prevent
15 counsel, the parties, or third party witnesses from attempting to contact the victims
16 – or from taking their depositions. The safety of the victims, the prevention of
17 witness intimidation in the criminal case, and the need to preserve the integrity of
18 the criminal case remain at issue.
19 Accordingly, the People respectfully request that this court extend the
20 discovery stay, currently set to expire on May 18, 2021, for an additional 120 days
21 to September 15, 2021.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Dated: April 6, 2021

Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General

/s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for the People of the State of California*

## DECLARATION OF PATRICIA FUSCO

I, Patricia Fusco, declare as follows:

1. I am a duly appointed Supervising Deputy Attorney General and am assigned to represent the People of the State of California in the matter entitled *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA484133. The facts set forth herein are within my personal knowledge, and if called to testify herein I could and would competently testify thereto.

2. On January 6, 2021, defense counsel advised that they would be filing a motion to compel discovery pertaining to evidence on devices owned by the confidential victims and witnesses. The hearing was set for February 10, 2021, and that date was also set as 0 of 60 for trial, meaning the trial should take place within 60 days of February 10, 2021.

3. On February 10, 2021, the defense motion was denied. During the February 10 hearing, defense counsel stated that they needed more time to review evidence and prepare for trial. Based on this request by defense counsel, the court set April 12, 2021, as 0 of 60.

4. Defense counsel then filed a motion to compel *Brady* evidence, which was set for hearing on March 26, 2021. The motion was denied.

5. The People have not sought and do not intend to seek any continuances of the criminal trial and in fact will seek to move the criminal case forward as expeditiously as possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 6, 2021, at Los Angeles, California.

Patricia Fusco
Supervising Deputy Attorney General

5