1  MATTHEW RODRIQUEZ
   Acting Attorney General of California
2  MARK T. CUMBA
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone:  (213) 269-6509
6   Fax:  (916) 731-2120
    E-mail:  Donna.Dean@doj.ca.gov
7  *Attorneys for the People of the State of California*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>                        Plaintiff,<br><br>        v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCIA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUIN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUIN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUIN GARCIA,** *an individual*, **ADORAIM JOAQUIN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>                        Defendants. | 2:20-cv-01437-ODW-AS<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER EXTENDING STAY OF DISCOVERY AND DISCLOSURE OF WITNESSES**<br><br>Judge:        Hon. Otis D. Wright, II<br><br>Trial Date: Not set<br>Action Filed: February 12, 2020 |

1  **TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE**
2  **ATTORNEYS OF RECORD:**
3  PLEASE TAKE NOTICE that the People of the State of California hereby
4  lodge their [Proposed] Order Extending Stay of Discovery and Disclosure of
5  Witnesses.

6  Dated: April 7, 2021             Respectfully submitted,

7                                   MATTHEW RODRIQUEZ
                                    Acting Attorney General of California
8                                   MARK T. CUMBA
                                    Supervising Deputy Attorney General
9

10                                  /s/ Donna M. Dean

11                                  DONNA M. DEAN
                                    Deputy Attorney General
12                                  *Attorneys for the People of the State of*
                                    *California*
13