1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-01437-ODW-AS<br><br>**ORDER EXTENDING STAY OF DISCOVERY AND DISCLOSURE OF WITNESSES**<br><br>Courtroom: 5D<br><br>Judge:　　Hon. Otis D. Wright, II<br><br>Trial Date:　　Not set<br>Action Filed:　　February 12, 2020 |

1

1    Upon consideration of the Status Report Regarding Criminal Matter and
2 Request for Extension of Discovery Stay filed by the People of the State of
3 California (ECF No. 129), and for good cause shown, the Court orders that
4 discovery in this case and disclosure of witnesses pursuant to Fed. R. Civ. P. 16 is
5 stayed for an additional 120 days.  The People of the State of California are
6 ORDERED to file a status report regarding the criminal proceeding explaining to
7 the Court the need to maintain the stay in this action every 90 days.
8    IT IS SO ORDERED.

12  Dated:  April 9, 2021                             _____
                                                      Hon. Otis D. Wright, II