Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for specially appearing
Defendant Rahel Garcia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>              Plaintiff,<br><br>         v.<br><br>LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>              Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF DEBORAH S. MALLGRAVE AND ATTACHED EXHIBITS**<br><br>Date: April 26, 2021<br>Time: 1:30 p.m.<br>Ctrm: 5D<br><br>Action filed: February 12, 2020 |

EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION AND ATTACHED EXHIBITS

1   Specially appearing Defendant Rahel Garcia ("Garcia") hereby submits the
2   following evidentiary objections to the Declaration of Deborah S. Mallgrave (ECF
3   No. 128-1) ("Mallgrave Declaration") and attached exhibits (ECF Nos. 128-2-15) in
4   support of Plaintiff's Opposition to Defendant Rahel Garcia's Motion to Dismiss
5   Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(2) for Deficient
6   Service and Lack of Personal Jurisdiction.

7   **OBJECTIONS TO DECLARATION OF DEBORAH S. MALLGRAVE AND**
8   **ATTACHED EXHIBITS**

| Mallgrave Declaration ¶ | Objections | Ruling |
|---|---|---|
| ¶ 3 Publicly available information obtained from Lexis Nexis lists the Kissimmee Address as one of two current residences for Defendant García. Attached as **Exhibit B** is a true and correct copy of the Lexis Nexis Report for Defendant García. | Lacks foundation, lacks personal knowledge, inability to authenticate. Ms. Mallgrave cannot authenticate the document offered as Exhibit "B" because she took no part in its creation and the document is not certified and/or self-authenticating. Exhibit "B" in its entirety consists of hearsay subject to no exception.<br><br>FRE 601, 602, 802, 901, 902, 1005. | |
| ¶ 4 (lines 18-22): ". . . This address is further identified publicly as García's address on | Ms. Mallgrave cannot authenticate the document offered as Exhibit "C" because | |

EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION AND ATTACHED EXHIBITS

1

| | | |
|---|---|---|
| websites such as whitepages.com. Attached as **Exhibit C** is a true and correct copy of a screenshot from the whitepages.com report for 308 North Arizona Avenue, last visited on August 10, 2020. | she took no part in its creation and the document is not certified and/or self-authenticating. Exhibit "C" in its entirety consists of hearsay subject to no exception.<br><br>FRE 601, 602, 802, 901, 902, 1005. | |
| ¶ 8: "On August 5, 2020, Michelle Sanchez from the United States Post Office called Ms. Murray to inform her that García currently receives mail at 308 North Arizona Avenue. Attached as **Exhibit D** is a true and correct copy of the letter returned to my firm confirming that García does not have a change of address order on file from 308 North Arizona Avenue, the address at which Sanchez confirmed that García currently receives mail." | Lacks foundation, lacks personal knowledge, and hearsay. Exhibit "D" in its entirety consists of hearsay subject to no exception.<br><br>FRE 601, 602, 802, and 804. | |
| ¶ 9 (lines 11-12): "Despite the front gate being open and hearing signs of people inside, no one would answer the door to accept | Lacks foundation, lacks personal knowledge, speculation. Exhibit "E" consists of hearsay subject to no exception. | |

EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION AND ATTACHED EXHIBITS

2

| | | | |
|---|---|---|---|
| 1 | service." | | |
| 2 | | FRE 601, 602, 802. | |
| 3 | ¶ 10: "My firm has reviewed the Lexis Nexis property report for 308 North Arizona Avenue which shows that all of García's children have, at various times, identified 308 North Arizona Avenue as their primary residence. Attached as **Exhibit F** is a true and correct copy of the 308 North Arizona Avenue Lexis Nexis report. | Lacks foundation, lacks personal knowledge, speculation and conclusory. Ms. Mallgrave cannot authenticate the document offered as Exhibit "F" because she took no part in its creation and the document is not certified and/or self-authenticating. Exhibit "F" in its entirety consists of hearsay subject to no exception.<br><br>FRE 601, 602, 802, 901, 902, 1005. | |
| 17 | ¶ 11: "On March 13, 2020, Plaintiff began attempting service on García at her declared place of business – the California corporation "Fundación Eva García de Joaquín," located at 28899 San Timoteo Canyon Road, Redlands, California ("Redlands Address"). García is identified on the incorporation paperwork filed with the state of | Lacks personal knowledge, lacks foundation, speculation, conclusory. Ms. Mallgrave has no basis to determine what Garcia's "declared place of business" is.  Ms. Mallgrave cannot authenticate the document offered as Exhibits "G" and "H" because she took no part in their creation and the documents are not certified and/or self- | |

EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION AND ATTACHED EXHIBITS

3

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | California as the Chief Executive Officer of the corporation. Attached as **Exhibits G and H** are true and correct copies of the Articles of Incorporation and Statement of Information filed with the California Secretary of State on behalf of Fundación Eva García de Joaquín. as retrieved from the California Secretary of State website on August 3, 2020. | authenticating. Exhibits "G" and "H" consist of hearsay subject to no exception.<br><br>FRE 601, 602, 802, 901, 902, 1005. |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | ¶ 12: Publicly available documents list the current owner of the Redlands Address as Defendant La Luz Del Mundo. Attached as **Exhibits I and J** are true and correct copies of two Grant Deeds for 28899 San Timoteo Canyon Rd, Redlands, CA 92373, filed in San Bernardino County, California on July 6, 2001. | Lacks foundation, lacks personal knowledge, speculation and conclusory. Ms. Mallgrave cannot authenticate the documents offered as Exhibits "I" and "J" because she took no part in its creation and the document is not certified and/or self-authenticating. Exhibits "I" and "J" consist of hearsay subject to no exception.<br><br>FRE 601, 602, 802, 901, 902, 1005. |

26
27
28

EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION AND ATTACHED EXHIBITS
4

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | ¶ 15: García's Lexis Nexis report identifies United States addresses for García, without break, since at least 1992, and shows that Defendant García currently holds a valid driver's license and identification card in the state of Texas, and has previously held a driver's license in Florida. According to the Texas Department of Public Safety's website, in order to get an identification card or a driver's license you need to prove, in part, U.S. citizenship or evidence of lawful presence.  Attached as Exhibit B is a true and correct copy of García's Lexis Nexis report. | Lacks foundation, lacks personal knowledge, inability to authenticate. Ms. Mallgrave cannot authenticate the document offered as Exhibit "B" because she took no part in its creation and the document is not certified and/or self-authenticating. Exhibit "B" in its entirety consists of hearsay subject to no exception.<br><br>FRE 601, 602, 802, 901, 902, 1005. | |
| 20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | ¶ 16: A Lexis Nexis report for the Redlands Address shows at least eight different organizations or corporations associated with the address, including Fundación Eva García de Joaquín and La Luz Del Mundo, d/b/a Rancho Caballo. Attached as Exhibit N is a true | Lacks foundation, lacks personal knowledge, inability to authenticate. Ms. Mallgrave cannot authenticate the document offered as Exhibit "N" because she took no part in its creation and the document is not certified and/or self-authenticating. | |

28

EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION AND ATTACHED EXHIBITS

5

| | | |
|---|---|---|
| and correct copy of the Redlands Address Lexis Nexis report. | Exhibit "N" in its entirety consists of hearsay subject to no exception.<br><br>FRE 601, 602, 802, 901, 902, 1005. | |

Dated: April 12, 2021                                    BROWN NERI SMITH & KHAN, LLP


By:  /s/ Geoffrey A. Neri
       Geoffrey A. Neri

Attorneys for specially appearing
Defendant Rahel Garcia

---

EVIDENTIARY OBJECTIONS TO MALLGRAVE DECLARATION AND ATTACHED EXHIBITS

6

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 12, 2021.

DATED: April 12, 2021

BROWN, NERI, SMITH & KHAN LLP

By:  /s/ Geoffrey A. Neri
      Geoffrey A. Neri

1
CERTIFICATE OF SERVICE