ROB BONTA  
Attorney General of California  
MARK T. CUMBA  
Supervising Deputy Attorney General  
DONNA M. DEAN  
Deputy Attorney General  
State Bar No. 187104  
 300 South Spring Street, Suite 1702  
 Los Angeles, CA  90013  
 Telephone:  (213) 269-6509  
 Fax:  (916) 731-2120  
 E-mail:  Donna.Dean@doj.ca.gov  
*Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>            Plaintiff,<br><br>       v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCIA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUIN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUIN,** *an individual*, **BENJAMIN JOAQUIN GARCÍA,** *an individual*, **RAHEL JOAQUIN GARCIA,** *an individual*, **ADORAIM JOAQUIN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>            Defendants. | 2:20-cv-01437-ODW-AS<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA'S STATUS REPORT REGARDING CRIMINAL MATTER AND REQUEST FOR EXTENSION OF DISCOVERY STAY; DECLARATION OF PATRICIA FUSCO IN SUPPORT THEREOF**<br><br>Judge:           Hon. Otis D. Wright, II<br><br>Trial Date:  Not set<br>Action Filed: February 12, 2020 |

1

**TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The People of the State of California hereby provide the following status report regarding the criminal matter. Pursuant to Dkt. No. 132, the discovery stay granted on September 29, 2020 (Dkt. No. 108) and extended on January 6, 2021 (Dkt. No. 114), was extended an additional 120 days from May 18, 2021, to September 15, 2021. The Court also ordered a stay of disclosure of witness information pursuant to Federal Rule of Civil Procedure 26 until September 15, 2021. Dkt. No. 132.

At the time of the People's last status report, the Los Angeles Superior Court had set April 12, 2021, as day 0 of 45, meaning that trial was expected to start within 45 days of April 12. Dkt. 129.

On April 12, 2021, defense counsel in the criminal matter requested another continuance of the trial date. Fusco Decl., ¶ 2. The court set a trial date of September 27, 2021, to accommodate the schedules of all counsel. *Id*.

The People request an additional 90-day extension of the discovery stay and the stay of disclosure of witness information pursuant to Federal Rule of Civil Procedure 26 until December 14, 2021. The judge in the criminal matter has a vacation planned during the month of October 2021, and the trial may not be concluded before the vacation. Fusco Decl., ¶ 3. Accordingly, the People request a 90-day extension to ensure that the trial is concluded before the stay expires.

The People have not sought, and do not intend to seek, any continuances of the criminal trial and in fact will answer "Ready" on September 27, 2021 to proceed with trial and to move the criminal case forward as expeditiously as possible. Fusco Decl., ¶ 4.

The People's and the Los Angeles Superior Court's concerns about the safety of the victims and the integrity of the process in the criminal case have not diminished. If discovery and disclosure are allowed in this case, even subject to a

protective order, there is no guarantee that parties or third party witnesses would not disclose the victim's identities or other identifying information, even if they would be subject to sanctions for doing so.  In addition, if the victim's names and/or identifying information is disclosed in this case, nothing will prevent counsel, the parties, or third party witnesses from attempting to contact the victims – or from taking their depositions.  The safety of the victims, the prevention of witness intimidation in the criminal case, and the need to preserve the integrity of the criminal case remain at issue.

      Accordingly, the People respectfully request that this court extend the discovery stay and the stay of disclosure of witness information pursuant to Federal Rule of Civil Procedure 26, currently set to expire on September 15, 2021, for an additional 90 days to December 14, 2021.

Dated:  July 1, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General

/s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for the People of the State of California*

# DECLARATION OF PATRICIA FUSCO

I, Patricia Fusco, declare as follows:

1. I am a duly appointed Supervising Deputy Attorney General and am assigned to represent the People of the State of California in the matter entitled *People v. Garcia et al.*, Los Angeles Superior Court Case No. BA484133. The facts set forth herein are within my personal knowledge, and if called to testify herein I could and would competently testify thereto.

2. On April 12, 2021, at the request of defense counsel, the court set the trial in the criminal case to September 27, 2021.

3. The People have not sought, and do not intend to seek, any continuances of the criminal trial and in fact will answer "Ready" on September 27, 2021 to proceed with trial and to move the criminal case forward as expeditiously as possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2021, at Los Angeles, California.

Patricia Fusco
Supervising Deputy Attorney General