IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LA LUZ DEL MUNDO, *an unincorporated association*, NAASÓN JOAQUÍN GARCÍA, *an individual*, EL CONSEJO DE OBISPOS, *an unincorporated association*, INTERNATIONAL BEREA USA, *an unincorporated association*, GILBERTO GARCÍA GRANADOS, *an individual*, JOSE HERNANDEZ, *an individual*, UZZIEL JOAQUÍN, *an individual*, SILVERIO CORONADO, *an individual*, AURELIO ZAVALETA, *an individual*, JOSE LUIS ESTRADA, *an individual*, JONATHAN MENDOZA, *an individual*, ALMA ZAMORA DE JOAQUÍN, *an individual*, BENJAMIN JOAQUÍN GARCÍA, *an individual*, RAHEL JOAQUÍN GARCÍA, *an individual*, ADORAIM JOAQUÍN ZAMORA, *an individual*, DAVID MENDOZA, *an individual* and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-01437-ODW-AS<br><br>**[PROPOSED] ORDER EXTENDING STAY OF DISCOVERY AND DISCLOSURE OF WITNESSES**<br><br>Courtroom: 5D<br><br>Judge:　　Hon. Otis D. Wright, II<br><br>Trial Date:　　Not set<br>Action Filed:　　February 12, 2020 |

1

1  Upon consideration of the Status Report Regarding Criminal Matter and
2  Request for Extension of Discovery Stay filed by the People of the State of
3  California, and for good cause shown, the Court orders that discovery in this case
4  and disclosure of witnesses pursuant to Fed. R. Civ. P. 16 is stayed for an additional
5  90 days from September 15, 2021, to December 14, 2021.  The People of the State
6  of California are ORDERED to file a status report regarding the criminal
7  proceeding explaining to the Court the need to maintain the stay in this action in 90
8  days.
9  IT IS SO ORDERED.

13 Dated: _____    _____
                                              Hon. Otis D. Wright, II