1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **SOCHIL MARTIN,** | Case No. 2:20-cv-01437-ODW-AS |
| Plaintiff, | **ORDER EXTENDING STAY OF DISCOVERY AND DISCLOSURE OF WITNESSES** |
| v. | |
| **LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCIA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* and DOES 1 through 10, inclusive, | Courtroom: 5D |
| | Judge:   Hon. Otis D. Wright, II |
| | Trial Date:   Not set |
| | Action Filed:   February 12, 2020 |
| Defendants. | |

1

1  Upon consideration of the Status Report Regarding Criminal Matter and
2  Request for Extension of Discovery Stay filed by the People of the State of
3  California, and for good cause shown, the Court orders that discovery in this case
4  and disclosure of witnesses pursuant to Fed. R. Civ. P. 16 is stayed for an additional
5  90 days from September 15, 2021, to December 14, 2021.  The People of the State
6  of California are ORDERED to file a status report regarding the criminal
7  proceeding explaining to the Court the need to maintain the stay in this action in 90
8  days.
9  IT IS SO ORDERED.

Dated:  July 2, 2021

Hon. Otis D. Wright, II