1
2
3
4
5
6
7

8           IN THE UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>                         Plaintiff,<br><br>             v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>                         Defendants. | Case No. 2:20-cv-01437-ODW-AS<br><br>**ORDER EXTENDING STAY OF DISCOVERY AND DISCLOSURE OF WITNESSES**<br><br>Courtroom: 5D<br><br>Judge:     Hon. Otis D. Wright, II<br><br>Trial Date:       Not set<br>Action Filed:   February 12, 2020 |

1      Upon consideration of the Status Report Regarding Criminal Matter and Request for Extension of Discovery Stay filed by the People of the State of California, and for good cause shown, the Court orders that discovery in this case and disclosure of witnesses pursuant to Fed. R. Civ. P. 16 is stayed until July 9, 2022. The People of the State of California are ORDERED to file a status report regarding the criminal proceeding explaining to the Court the need to maintain the stay in this action in 90 days.

     IT IS SO ORDERED.

Dated: _November 1, 2021

                              Hon. Otis D. Wright, II