1  ROB BONTA
   Attorney General of California
2  JEFFREY R. VINCENT
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
    300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6509
6    Fax:  (916) 731-2120
     E-mail:  Donna.Dean@doj.ca.gov
7  *Attorneys for the People of the State of California*

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  **SOCHIL MARTIN,**                      2:20-cv-01437-ODW-AS

                                Plaintiff,   **THE PEOPLE OF THE STATE OF**
13                                           **CALIFORNIA'S STATUS REPORT**
                                             **REGARDING CRIMINAL MATTER**
14                        v.

    **LA LUZ DEL MUNDO,** *an*               Judge:        Hon. Otis D. Wright, II
15  *unincorporated association*, **NAASÓN**
    **JOAQUÍN GARCÍA,** *an individual*,     Trial Date:  Not set
16  **EL CONSEJO DE OBISPOS,** *an*          Action Filed: February 12, 2020
    *unincorporated association*,
17  **INTERNATIONAL BEREA USA,** *an*
    *unincorporated association*,
18  **GILBERTO GARCÍA GRANADOS,**
    *an individual*, **JOSE HERNANDEZ,**
19  *an individual*, **UZZIEL JOAQUÍN,** *an*
    *individual*, **SILVERIO CORONADO,**
20  *an individual*, **AURELIO**
    **ZAVALETA,** *an individual*, **JOSE**
21  **LUIS ESTRADA,** *an individual*,
    **JONATHAN MENDOZA,** *an*
22  *individual*, **ALMA ZAMORA DE**
    **JOAQUÍN,** *an individual*,
23  **BENJAMÍN JOAQUÍN GARCÍA,** *an*
    *individual*, **RAHEL JOAQUÍN**
24  **GARCÍA,** *an individual*, **ADORAIM**
    **JOAQUÍN ZAMORA,** *an individual*,
25  **DAVID MENDOZA,** *an individual*
    **and DOES 1 through 10, inclusive,**
26
                                Defendants.
27

28

                                    1

**TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

The trial in the criminal matter, *People v. Garcia et al*., Los Angeles Superior Court Case No. BA475856, remains on calendar for May 9, 2022, in the Los Angeles Superior Court.  Pursuant to Dkt. No. 141, discovery in this matter is stayed until July 9, 2022.

Dated:  December 21, 2021                    Respectfully submitted,

ROB BONTA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for the People of the State of California*