1   ROB BONTA
    Attorney General of California
2   DAVID ADIDA
    Supervising Deputy Attorney General
3   DONNA M. DEAN
    Deputy Attorney General
4   State Bar No. 187104
      300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013
      Telephone:  (213) 269-6509
6     Fax:  (916) 731-2120
      E-mail:  Donna.Dean@doj.ca.gov
7   *Attorneys for the People of the State of California*

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  | | |
    |---|---|
    | **SOCHIL MARTIN,** | 2:20-cv-01437-ODW-AS |
    | Plaintiff, | **THE PEOPLE OF THE STATE OF CALIFORNIA'S STATUS REPORT REGARDING CRIMINAL MATTER** |
    | v. | |
    | **LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCIA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCIA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMÍN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,** | Judge:        Hon. Otis D. Wright, II |
    | | Trial Date:  Not set |
    | | Action Filed: February 12, 2020 |
    | Defendants. | |

1

**TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The trial in the criminal matter, *People v. Garcia et al*., Los Angeles Superior Court Case No. BA475856, remains on calendar for May 9, 2022, in the Los Angeles Superior Court.  Pursuant to Dkt. No. 141, discovery in this matter is stayed until July 9, 2022.

Dated:  March 28, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DAVID ADIDA
Supervising Deputy Attorney General

s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for the People of the State of California*