

FILED
CLERK, U.S. DISTRICT COURT

April 20, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge FRED W. SLAUGHTER | ORDER OF THE CHIEF JUDGE<br>**22-076** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fred W. Slaughter,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Otis D. Wright II to the calendar of Judge Fred W. Slaughter:

| | |
|---|---|
| 2:18-cv-04597-ODW-MRWx | Aaron Knight v. Sears Logistics Services, et al. |
| 2:18-cv-08311-ODW-ASx | United States of America et al v. University of Southern California |
| 2:20-cv-00939-ODW-JCx | Convergeone, Inc. v. Yuneec USA, Inc., et al. |
| 2:20-cv-01437-ODW-ASx | Sochil Martin v. La Luz Del Mundo, et al. |
| 2:20-cv-07959-ODW-RAOx | Hector Portaluppi et al v. FortiFi Financial, Inc., et al. |
| 2:20-cv-08985-ODW-DFMx | Securities and Exchange Commission v. Patrick Jevon Johnson, et al. |
| 2:21-cv-05527-ODW-PLA | Gregory D. Hayes v. United States of America, et al. |
| 2:21-cv-08779-ODW-MRWx | Chrome Hearts LLC v. Styleworks Design Group Inc., et al. |
| 2:21-cv-09526-ODW-MAAx | Lesley Furchi v. Sheraton Operating Corporation, et al. |
| 2:21-cv-09551-ODW-AS | Jacquelyn Miller v. Unknown |
| 2:22-cv-00382-ODW-GJSx | Hee Soon Park v. Simi Entertainment Plaza LLC et al |
| 2:22-cv-00546-ODW-MARx | Ana Campos v. Costco Wholesale Corporation, et al. |

In the Matter of the
Creation of Calendar for
District Judge Fred W. Slaughter                                                                2

_____

    2:22-cv-01200-ODW-Ex    Amira Coleman v. Samer Hammoude, et al.
    2:22-cv-01212-ODW-SKx    Linda Matlow v. Fandom, Inc., et al.
    2:22-cv-01916-ODW-GJSx    Abdirahman Aden Kariye, et al. v. Alejandro Mayorkas, et al.
    5:21-cv-01491-ODW-SHKx    Debbie Mendoza v. Princess House, Inc.

    On all documents subsequently filed in the case, please substitute the Judge initials FWS after the case number in place of the initials of the prior Judge.

DATED: April 20, 2022                          _____
                                                Chief Judge Philip S. Gutierrez