Rob Bonta
Attorney General of California
David Adida
Supervising Deputy Attorney General
Donna M. Dean
Deputy Attorney General
State Bar No. 187104
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6509
 Fax:  (916) 731-2120
 E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for the People of the State of California*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCIA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMÍN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* **and DOES 1 through 10, inclusive,**<br><br>Defendants. | 2:20-cv-01437-FWS-ASx<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA'S STATUS REPORT REGARDING CRIMINAL MATTER; REQUEST TO DISSOLVE STAY; REQUEST FOR DISMISSAL**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Trial Date: Not set<br>Action Filed: February 12, 2020 |

1

**TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

On June 4, 2019, Defendant Naasón Joaquin Garcia, the leader of the La Luz del Mundo church was charged, along with three co-defendants, with sexually assaulting and/or trafficking four Jane Does, three of whom were minors, in the case entitled *People v. Garcia, et al.*, Los Angeles Superior Court Case No. BA475856.

On June 12, 2020, Intervener People of the State of California filed a motion to intervene and stay disclosure and discovery in the present case (Dkt. No.50) to prevent the disclosure and discovery of the identities of the alleged victims and witnesses in the criminal case, based on the People's contention that the conduct Plaintiff describes in her civil complaint in the present case is, in significant part, the matter factually alleged in the criminal complaint, and, therefore, the cases involve overlapping issues of fact and law.

On July 30, 2020, the criminal case against Defendant Naasón Joaquín García was dismissed on procedural grounds, and the People of the State of California commenced a new criminal action against Defendant Naasón Joaquín García on July 30, 2020, entitled *People v. Garcia, et al.*, Los Angeles Superior Court Case No. BA484133 ("*People v. Garcia*").

On September 29, 2020, the court granted the motion filed by the People of the State of California to intervene and stay disclosure and discovery.  Dkt. No. 108.  The court subsequently extended the disclosure and discovery stay, which has been continuously in effect and is set to expire on July 9, 2022.  Dkt. Nos. 114, 132, 138, and 141.

On June 3, 2022, Defendant Naasón Joaquín García pleaded guilty to two counts of forcible oral copulation on a minor and one count of committing a lewd act on a child.  Thereafter, on June 8, 2022, Defendant Naasón Joaquín García was sentenced to sixteen years and eight months in prison in the *People v. Garcia* case.

Accordingly, given the conclusion of the *People v. Garcia* case, the disclosure and discovery stay is no longer necessary, and the People of the State of California no longer have an interest as an intervener in this matter. Therefore, the People of the State of California request that the stay of disclosure and discovery be dissolved and Intervener the People of the State of California be dismissed from this action.

Dated: June 21, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DAVID ADIDA
Supervising Deputy Attorney General

s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for the People of the State of California*