UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCHIL MARTIN,**<br><br>  Plaintiff,<br><br>v.<br><br>**LA LUZ DEL MUNDO,** *an unincorporated association*, **NAASÓN JOAQUÍN GARCÍA,** *an individual*, **EL CONSEJO DE OBISPOS,** *an unincorporated association*, **INTERNATIONAL BEREA USA,** *an unincorporated association*, **GILBERTO GARCÍA GRANADOS,** *an individual*, **JOSE HERNANDEZ,** *an individual*, **UZZIEL JOAQUÍN,** *an individual*, **SILVERIO CORONADO,** *an individual*, **AURELIO ZAVALETA,** *an individual*, **JOSE LUIS ESTRADA,** *an individual*, **JONATHAN MENDOZA,** *an individual*, **ALMA ZAMORA DE JOAQUÍN,** *an individual*, **BENJAMIN JOAQUÍN GARCÍA,** *an individual*, **RAHEL JOAQUÍN GARCÍA,** *an individual*, **ADORAIM JOAQUÍN ZAMORA,** *an individual*, **DAVID MENDOZA,** *an individual* and **DOES 1 through 10, inclusive,**<br><br>  Defendants. | Case No. 2:20-cv-01437-FWS-AS<br><br>**[PROPOSED] ORDER DISSOLVING DISCOVERY STAY AND DISMISSING INTERVENER PEOPLE OF THE STATE OF CALIFORNIA**<br><br>Judge:  Hon. Fred W. Slaughter<br><br>Courtroom:  10D<br><br>Trial Date:  Not set<br>Action Filed:  February 12, 2020 |

1

Based on the Status Report filed by Intervener People of the State of California, and good cause appearing therefor, the Court orders as follows:

1. The stay of disclosure and discovery is hereby dissolved; and
2. Intervener the People of the State of California are hereby dismissed as from this action.

IT IS SO ORDERED.

Dated: _____    _____
                                         Hon. Fred W. Slaughter