1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNDO, *an unincorporated association*, NAASÓN JOAQUÍN GARCÍA, *an individual*, EL CONSEJO DE OBISPOS, *an unincorporated association*, INTERNATIONAL BEREA USA, *an unincorporated association*, GILBERTO GARCÍA GRANADOS, *an individual*, JOSE HERNANDEZ, *an individual*, UZZIEL JOAQUÍN, *an individual*, SILVERIO CORONADO, *an individual*, AURELIO ZAVALETA, *an individual*, JOSE LUIS ESTRADA, *an individual*, JONATHAN MENDOZA, *an individual*, ALMA ZAMORA DE JOAQUÍN, *an individual*, BENJAMIN JOAQUÍN GARCÍA, *an individual*, RAHEL JOAQUÍN GARCIA, *an individual*, ADORAIM JOAQUÍN ZAMORA, *an individual*, DAVID MENDOZA, *an individual* and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-01437-FWS-AS<br><br>**ORDER DISSOLVING DISCOVERY STAY AND DISMISSING INTERVENOR PEOPLE OF THE STATE OF CALIFORNIA**<br><br>Judge:　Hon. Fred W. Slaughter<br><br>Courtroom:　10D<br><br>Trial Date:　Not set<br>Action Filed:　February 12, 2020 |

1

     Based on the Status Report filed by Intervenor People of the State of California, and good cause appearing therefor, the Court orders as follows:

     1.    The stay of disclosure and discovery is hereby dissolved; and

     2.    Intervenor the People of the State of California are hereby dismissed as from this action.

     IT IS SO ORDERED.

Dated: June 23, 2022

                                      Hon. Fred W. Slaughter
                                      United States District Judge