**JUDGE FRED W. SLAUGHTER**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The parties must make every effort to agree on dates or the court will set them.**

| Case No. 2:20-cv-01437-FWS-AS | Case Name: SOCHIL MARTIN V. LA LUZ DEL MUNDO ET. AL | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Check one: [X] Jury Trial or [ ] Court Trial [**Tuesday at 8:30 a.m., within 18 months after Complaint filed**] Estimated Duration: 20 Days | | 02/27/2024 | 02/27/24 | [ ] Jury Trial [ ] Court Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* [**Thursday at 8:30 a.m., at least 12 days before trial**] | | 02/08/2024 | 02/08/24 | |
| **Event** [1] *Note:* Hearings shall be on Thursdays at 10:00 a.m. Other dates can be any day of the week. | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to **Hear** Motion to Amend Pleadings /Add Parties [Thursday] | | 11/10/2022 | 10/06/22 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 17 | 09/08/2023 | 09/08/23 | |
| Expert Disclosure (Initial) | 16 | 09/22/2023 | 09/22/23 | |
| Expert Disclosure (Rebuttal) | 14 | 10/06/2023 | 10/06/23 | |
| Expert Discovery Cut-Off | 12[2] | 10/20/2023 | 10/20/23 | |
| Last Date to **Hear** Motions [Thursday]<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 11/16/2023 | 11/16/23 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>*Select* one: [ ] 1. Magistrate Judge *(with Court approval)*<br>[ ] 2. Court's Mediation Panel<br>[ ] 3. Private Mediation | 10 | 11/30/2023 | 11/30/23 | [ ] 1. Mag. J. [ ] 2. Panel [X] 3. Private |
| **Trial Filings (first round)**<br>• Motions in *Limine* with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 3 | 01/19/2024 | 01/19/24 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in *Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bencht trial only) | 2 | 01/26/2024 | 01/26/24 | |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. Class actions and patent and ERISA cases in particular may need to vary from the above.

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing a motion for summary judgment.