UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 20-01437-FWS (ASx)                    Date: September 2, 2022
Title: Sochil Martin v. La Luz Del Mundo et al

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig                                            N/A
Deputy Clerk                                          Court Reporter

Attorneys Present for Plaintiff:               Attorneys Present for Defendant:

Not Present                                         Not Present

**PROCEEDINGS:     SCHEDULING ORDER**

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for September 8, 2022 and sets the following schedule:

| | |
|---|---|
| Check one: [x] Jury Trial  or  [ ] Bench Trial **Tuesday at 8:30 a.m.** | **2/27/2024** |
| Trial Length | **20 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | **2/8/2024** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **10/27/2022** |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | **9/8/2023** |
| Expert Disclosure (Initial) | **9/22/2023** |
| Expert Disclosure (Rebuttal) | **10/6/2023** |
| Expert Discovery Cut-Off | **10/20/2023** |
| Last Date to **Hear** Motions **[Thursday]** • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | **11/16/2023** |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: [ ] 1. Magistrate Judge (with Court approval) [ ] 2. Court's Mediation Panel [x] 3. Private Mediation | **11/30/2023** |

---

**CIVIL MINUTES – GENERAL**                                          **1**

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 20-01437-FWS (ASx)                         Date: September 2, 2022
Title: Sochil Martin v. La Luz Del Mundo et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>  Declarations containing Direct Testimony, if ordered (bench trial only) | **1/19/2024** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **1/26/2024** |

**cc: ADR**                                         Initials of Deputy Clerk:  mku

_____

**CIVIL MINUTES – GENERAL**                                         **2**