# Notices

2:20-cv-01437-FWS-AS Sochil Martin v. La Luz Del Mundo et al

ACCO,(ASx),DISCOVERY,MANADR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Cha, Daniel on 9/2/2022 at 1:11 PM PDT and filed on 9/2/2022
**Case Name:**     Sochil Martin v. La Luz Del Mundo et al
**Case Number:**   2:20-cv-01437-FWS-AS
**Filer:**         Sochil Martin
**Document Number:** 156

**Docket Text:**
Notice of Appearance or Withdrawal of Counsel: for attorney Daniel S Cha counsel for Plaintiff Sochil Martin. Adding Daniel S. Cha as counsel of record for Sochil Martin for the reason indicated in the G-123 Notice. Filed by Plaintiff Sochil Martin. (Attorney Daniel S Cha added to party Sochil Martin(pty:pla))(Cha, Daniel)

**2:20-cv-01437-FWS-AS Notice has been electronically mailed to:**

Alan J. Jackson     ajackson@werksmanjackson.com, cmason@werksmanjackson.com, gsaucedo@werksmanjackson.com

Caleb E. Mason     cmason@werksmanjackson.com, michele@werksmanjackson.com

Daniel S Cha     dcha@ggtriallaw.com, Cludvigson@law4cops.com, csherman@law4cops.com, mkoller@law4cops.com

Deborah S Mallgrave     dmallgrave@ggtriallaw.com, cwinsten@ggtriallaw.com, jvelez@ggtriallaw.com, scampbell@ggtriallaw.com

Ethan J Brown     ethan@bnsklaw.com, donna@bnsklaw.com, emily@bnsklaw.com

Geoffrey A Neri     geoff@bnsklaw.com

Jennifer Elizabeth Stein     jennifer@andersonadvocates.com, alichia.love@andersonadvocates.com, cristina.banuelos@andersonadvocates.com, trish.ketchie@andersonadvocates.com

Michael George Finnegan     mike@andersonadvocates.com, erin@andersonadvocates.com, jeff@andersonadvocates.com, mreck@andersonadvocates.com, parker@andersonadvocates.com, stacey@andersonadvocates.com, therese@andersonadvocates.com

Reed T Aljian     ra@dallp.com, hilda@dallp.com

**2:20-cv-01437-FWS-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2022.09.02 Notice of Appearance of Counsel (DSC).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/2/2022] [FileNumber=34518038-0]
[ac940ffe654e6de86cf680cc9cee19fb5a514eb9c2 8f6036daa515de16ff6d508592
90774d4d3f540edc3eb490f1032cf69f1ac9ba88fb1bebf95f4d2569e149]]