1  DEBORAH S. MALLGRAVE, State Bar No. 198603
     *DMallgrave@GGTrialLaw.com*
2  DANIEL S. CHA, State Bar No. 260256
     *DCha@GGTrialLaw.com*
3  DESIREE N. MURRAY, State Bar No. 330079
     *DMurray@GGTrialLaw.com*
4  **GREENBERG GROSS LLP**
   650 Town Center Drive, Suite 1700
5  Costa Mesa, California 92626
   Telephone: (949) 383-2800
6  Facsimile: (949) 383-2801

7  MICHAEL RECK, State Bar No. 209895
     *MReck@AndersonAdvocates.com*
8  HAGEREY MENGISTU, State Bar No. 290300
     *HMengistu@AndersonAdvocates.com*
9  **JEFF ANDERSON & ASSOCIATES**
   12011 San Vincente Boulevard, #700
10 Los Angeles, California, 90049
   Telephone: (310) 357-2425
11 Facsimile: (651) 297-6543

12 Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, | Case No. 2:20-cv-01437-FWS-AS<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS SPECIFIED DEFENDANTS WITHOUT PREJUDICE**<br><br>Date:  January 12, 2023<br>Time:  10:00 a.m.<br>Crtrm:  10D<br><br>Judge:  Hon. Fred W. Slaughter |

|   |   |
|---|---|
| 1 | RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive. |
| 2 | |
| 3 | |
| 4 | Defendants. |

THIS MATTER having come before the Court on Plaintiff Sochil Martin's Motion to Voluntarily Dismiss Specified Defendants Without Prejudice, and the Court having considered the moving and responding papers filed by the parties and having heard the arguments of counsel, and with good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Sochil Martin's Motion to Voluntarily Dismiss Specified Defendants Without Prejudice is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the following defendants are dismissed without prejudice: Gilberto García Granados, Jose Hernandez, Uzziel Joaquín, Silverio Coronado, Aurelio Zavaleta, Jose Luis Estrada, Jonathan Mendoza, Benjamin Joaquín García, Alma Elizabeth Joaquín (erroneously sued as Alma Zamora de Joaquín), Adoraim Josadac Joaquín (erroneously sued as Adoraim Joaquín Zamora), and David Mendoza.

DATED: January ____, 2023

_____
The Honorable Fred W. Slaughter
United States District Judge