1  DEBORAH S. MALLGRAVE, State Bar No. 198603
     DMallgrave@GGTrialLaw.com
2  DANIEL S. CHA, State Bar No. 260256
     DCha@GGTrialLaw.com
3  DESIREE N. MURRAY, State Bar No. 330079
     DMurray@GGTrialLaw.com
4  **GREENBERG GROSS LLP**
   650 Town Center Drive, Suite 1700
5  Costa Mesa, California 92626
   Telephone: (949) 383-2800
6  Facsimile: (949) 383-2801

7  MICHAEL RECK, State Bar No. 209895
     MReck@AndersonAdvocates.com
8  HAGEREY MENGISTU, State Bar No. 290300
     HMengistu@AndersonAdvocates.com
9  **JEFF ANDERSON & ASSOCIATES**
   12011 San Vincente Boulevard, #700
10 Los Angeles, California, 90049
   Telephone: (310) 357-2425
11 Facsimile: (651) 297-6543

12 Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN, | Case No. 2:20-cv-01437-FWS-AS |
| Plaintiff, | **[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND ADVANCE THE TRIAL DATE** |
| v. | |
| LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, | Date:   January 12, 2023<br>Time:   10:00 a.m.<br>Crtrm:  10D<br><br>Judge:  Hon. Fred W. Slaughter |

RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.

Defendants.

THIS MATTER having come before the Court on Plaintiff Sochil Martin's Motion to Modify the Scheduling Order and Advance the Trial Date, and the Court having considered the moving and responding papers filed by the parties and having heard the arguments of counsel, and with good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Sochil Martin's Motion to Modify the Scheduling Order and Advance the Trial Date is **GRANTED**.

The Scheduling Order is modified and the Trial Date is advanced to the following dates:

| Event | Date |
| --- | --- |
| Trial | 9/26/2023 |
| Final Pretrial Conference and Hearing on MILs | 9/7/2023 |
| Trial Filings (second round) | 8/25/2023 |
| Trial Filings (first round) | 8/18/2023 |
| Deadline to Complete Settlement Conference | 6/29/2023 |
| Expert Discovery Cut-Off | 6/15/2023 |
| Expert Disclosure (Rebuttal) | 5/5/2023 |
| Expert Disclosure (Initial) | 4/21/2023 |
| Non-Expert Discovery Cut-Off | 4/7/2023 |

1  DATED: January ___, 2023

_____
The Honorable Fred W. Slaughter
United States District Judge