1   DEBORAH S. MALLGRAVE, State Bar No. 198603
      *DMallgrave@GGTrialLaw.com*
2   DANIEL S. CHA, State Bar No. 260256
      *DCha@GGTrialLaw.com*
3   DESIREE N. MURRAY, State Bar No. 330079
      *DMurray@GGTrialLaw.com*
4   **GREENBERG GROSS LLP**
    650 Town Center Drive, Suite 1700
5   Costa Mesa, California 92626
    Telephone: (949) 383-2800
6   Facsimile: (949) 383-2801

7   MICHAEL RECK, State Bar No. 209895
      *MReck@AndersonAdvocates.com*
8   HAGEREY MENGISTU, State Bar No. 290300
      *HMengistu@AndersonAdvocates.com*
9   **JEFF ANDERSON & ASSOCIATES**
    12011 San Vincente Boulevard, #700
10  Los Angeles, California, 90049
    Telephone: (310) 357-2425
11  Facsimile: (651) 297-6543

12  Attorneys for Plaintiff SOCHIL MARTIN

13

14              **UNITED STATES DISTRICT COURT**

15    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

17  SOCHIL MARTIN,                          Case No. 2:20-cv-01437-FWS-AS

18            Plaintiff,

19       v.                                 **DECLARATION OF DANIEL S. CHA
                                            IN SUPPORT OF PLAINTIFF'S
20  LA LUZ DEL MUNDO, an                    MOTIONS TO (1) VOLUNTARILY
    unincorporated association, NAASÓN      DISMISS SPECIFIED DEFENDANTS
21  JOAQUÍN GARCÍA, an individual, EL       WITHOUT PREJUDICE AND (2)
    CONSEJO DE OBISPOS, an                  MODIFY SCHEDULING ORDER
22  unincorporated association,            AND ADVANCE THE TRIAL DATE**
    INTERNATIONAL BEREA USA, an
23  unincorporated association, GILBERTO    [Filed Concurrently with Plaintiff's
    GARCÍA GRANADOS, an individual,         Motion to Voluntarily Dismiss Specified
24  JOSE HERNANDEZ, an individual,          Defendants Without Prejudice, Plaintiff's
    UZZIEL JOAQUÍN, an individual,          Motion to Modify the Scheduling Order
25  SILVERIO CORONADO, an individual,       and Advance the Trial Date, and
    AURELIO ZAVALETA, an individual,        [Proposed] Orders.]
26  JOSE LUIS ESTRADA, an individual,
    JONATHAN MENDOZA, an individual,        Courtroom:    10D
27  ALMA ZAMORA DE JOAQUÍN, an              Judge:        Hon. Fred W. Slaughter
    individual, BENJAMIN JOAQUÍN
28  GARCÍA. an individual. RAHEL

                                                    Case No. 2:20-cv-01437-ODW-AS
    ───────────────────────────────────────────────────────────────────
    DECLARATION OF DANIEL S. CHA ISO PLAINTIFF'S MOTIONS TO VOLUNTARILY DISMISS SPECIFIED
                   DEFENDANTS AND TO MODIFY SCHEDULING ORDER

1   JOAQUÍN GARCÍA, an individual,
    ADORAIM JOAQUÍN ZAMORA, an
2   individual, DAVID MENDOZA, an
    individual and DOES 1 through 10,
3   inclusive.

4           Defendants.

5

6

7               **DECLARATION OF DANIEL S. CHA**

8       I, Daniel S. Cha, declare as follows:

9       1.      I am an attorney, duly licensed to practice law in the State of

10  California.  I am an attorney with the law firm of  Greenberg Gross LLP, counsel of

11  record for Plaintiff Sochil Martin in this action.  The facts stated herein are within my

12  personal knowledge and if called upon to testify, I can truthfully and competently do

13  so as to all matters herein.

14      2.      On July 28, 2022, counsel for all parties participated in and conducted

15  the Rule 26(f) discovery conference.

16      3.      On August 1, 2022, defendant Gilberto Granados served Plaintiff with

17  589 interrogatories and 456 requests for the production of documents.

18      4.      On August 3, 2022, Plaintiff served requests for production of

19  documents to defendants La Luz del Mundo ("LLDM") (215 requests),

20  Communication Center Berea U.S.A. LLC  ("Berea") (201 requests), Adoraim

21  Joaquín Zamora (185 requests), Alma Zamora de Joaquín (187 requests), David

22  Mendoza (177 requests), and Naasón Joaquín García ("García") (189 requests).  On

23  August 33, 2022, Plaintiff served requests for production of documents to defendants

24  Aurelio Zavaleta (159 requests), Benjamin García (156 requests), Gilberto Granados

25  (159 requests), Jose Luis Estrada (156 requests), Jose Hernandez (159 requests),

26  Jonathon Mendoza (159 requests), Silverio Coronado (160 requests), and Uzziel

27  Joaquin (159 requests).

28

-2-                                          Case No. 2:20-cv-01437-ODW-AS
DECLARATION OF DANIEL S. CHA ISO PLAINTIFF'S MOTIONS TO VOLUNTARILY DISMISS SPECIFIED
DEFENDANTS AND TO MODIFY SCHEDULING ORDER

1      5.      On August 8, 2022, I provided defense counsel with a working draft of

2  the parties' Joint Rule 26(f) Report.

3      6.      On August 9, 2022, defense counsel Reed Aljian sent me an email

4  stating that defense counsel would work together to get a draft back to me.

5      7.      On August 24, 2022, I sent a follow-up email to all defense counsel

6  asking about the return of the draft report, and received a return draft on August 25,

7  2022.

8      8.      Over the next several days, the parties' counsel exchanged revisions and

9  finalized the draft Joint Rule 26(f) Report.

10      9.      With regard to initial disclosures and responses to the written discovery

11 that had been propounded, the parties reciprocally agreed to several extensions of

12 time, agreeing to exchange their responses and initial disclosures by November 11,

13 2022 (other than Defendant García, who served his responses on September 30,

14 2022).

15      10.      The parties served their initial disclosures and discovery responses as

16 agreed on November 11, 2022, except for defendants LLDM, Berea, Alma Elizabeth

17 Joaquín, and Adoraim Joaquín Josadac Joaquín, who served their discovery responses

18 shortly after midnight on November 12, 2022.  Reed Aljian, counsel for defendants

19 LLDM, Berea, Alma Elizabeth Joaquín, and Adoraim Joaquín Josadac Joaquín

20 informed me by telephone on November 14, 2022 that their responses were served

21 late as the result of a computer/clerical error.

22      11.      On November 10, 2022, I reached out to all defense counsel, seeking a

23 stipulation to dismiss the Specified Defendants without prejudice, to advance the trial

24 date to September 2023, and for leave of court to take García's deposition in custody

25 under Rule 30(a)(2).  (As used herein, "Specified Defendants" refers to Gilberto

26 García Granados, Jose Hernandez, Uzziel Joaquín, Silverio Coronado, Aurelio

27 Zavaleta, Jose Luis Estrada, Jonathan Mendoza, Benjamin Joaquín García, Alma

28

DECLARATION OF DANIEL S. CHA ISO PLAINTIFF'S MOTIONS TO VOLUNTARILY DISMISS SPECIFIED
DEFENDANTS AND TO MODIFY SCHEDULING ORDER

1   Elizabeth Joaquín (erroneously sued as Alma Zamora de Joaquín), Adoraim Josadac

2   Joaquín (erroneously sued as Adoraim Joaquín Zamora), and David Mendoza.)

3       12.     Thereafter, I exchanged emails with all counsel about the details of the

4   requested stipulation and spoke directly with Mr. Aljian by telephone on November

5   14, 2022.  On November 16, 2022, counsel for all parties participated in a telephonic

6   meet-and-confer conference regarding Plaintiff's requested stipulation.

7       13.     During our meet-and-confer conference, counsel for defendants, Mr.

8   Aljian and Mr. Neri, stated that defendants would very likely not stipulate to

9   Plaintiff's requests and would confirm their position by November 18, 2022.

10      14.     During this same call, we also discussed timing for any motion.  At that

11  time, the Court's hearing dates for civil motions in December were all closed and Mr.

12  Neri informed me of a pending trial he had starting on January 9, 2022.  All counsel

13  therefore agreed that Plaintiff would attempt to calendar any necessary motions to be

14  heard on January 5, 2023.

15      15.     On November 18, 2022, counsel for defendants confirmed they would

16  not stipulate to Plaintiff's requested relief.

17      16.     On December 3, 2022, I discovered the Court's civil motion calendar for

18  January 5, 2023 was also closed, and promptly notified defense counsel by email of

19  the need to file Plaintiff's motions to be heard on January 12, 2023.

20      17.     Mr. Aljian responded to me and expressed concern that the briefing

21  schedule might impinge his holiday vacation plans, but I reiterated Plaintiff's need

22  and desire to have the matters heard as expeditiously as possible and further pointed

23  out the briefing schedule should interfere only with Plaintiff's counsel's holiday

24  plans.

25      18.     During the meet-and-confer conversation on November 16, 2022, Mr.

26  Neri and Mr. Aljian stated that their respective clients would object to a dismissal

27  without prejudice because it would block them from later pursuing a malicious

28  prosecution action against Plaintiff due to the "favorable termination" element under

-4-                                    Case No. 2:20-cv-01437-ODW-AS

DECLARATION OF DANIEL S. CHA ISO PLAINTIFF'S MOTIONS TO VOLUNTARILY DISMISS SPECIFIED
DEFENDANTS AND TO MODIFY SCHEDULING ORDER

1  state law requiring a resolution of this action on the merits in their favor.  Mr. Neri

2  and Mr. Aljian also informed me their clients opposed Plaintiff's request to advance

3  the trial date on the grounds that Plaintiff was not diligent in making her request and

4  that they relied on the court dates already set in the Scheduling Order.

5

6      I declare under penalty of perjury under the laws of the United States of

7  America that the foregoing is true and correct.

8

9  DATED:  December 14, 2022

10

                                    By:    /s/ Daniel S. Cha
11                                          Daniel S. Cha

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:20-cv-01437-ODW-AS

DECLARATION OF DANIEL S. CHA ISO PLAINTIFF'S MOTIONS TO VOLUNTARILY DISMISS SPECIFIED
DEFENDANTS AND TO MODIFY SCHEDULING ORDER