```
 1  Reed Aljian (State Bar No. 211010)
       ra@dallp.com
 2  Justin E. D. Daily (State Bar No. 209772)
       jd@dallp.com
 3  Simon Kwak (State Bar No. 297362)
       sk@dallp.com
 4  DAILY ALJIAN LLP
    100 Bayview Circle, Suite 5500
 5  Newport Beach, CA  92660
    Telephone:    949.861.2524
 6  Facsimile:    949.269.6364
 7
    Attorneys for Defendants named as
 8  LA LUZ DEL MUNDO, an alleged unincorporated association;
    COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as
 9  International Berea USA); ADORAIM JOSADAC JOAQUIN (erroneously sued as
    Adoraim Joaquin Zamora); ALMA ELIZABETH JOAQUIN (erroneously sued as
10  Alma Zamora de Joaquin); and NAASON JOAQUIN GARCIA, an individual
11
12  *Additional attorneys and parties listed on subsequent page*
```

DAILY ALJIAN LLP
Newport Beach, California

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>    Defendants. | Case No.: 2:20−cv−01437-FWS-AS<br><br>**DECLARATION OF ALAN JACKSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND ADVANCE THE TRIAL DATE**<br><br>Date:        January 12, 2023<br>Time:       10:00 a.m.<br>Judge:      Hon. Fred W. Slaughter<br>Courtroom: 10D<br><br>Action Filed:   February 12, 2020<br>Trial Date:    February 27, 2024 |

1  Alan J. Jackson
   *ajackson@werksmanjackson.com*
2  WERKSMAN JACKSON & QUINN LLP
3  888 W 6th St, Fourth Floor
   Los Angeles, CA 90017
4
   Attorneys for Defendant
5  NAASON JOAQUIN GARCIA, an individual
6
   Geoffrey A. Neri
7    *geoff@bnsklaw.com*
   BROWN, NERI, SMITH & KHAN LLP
8  11601 Wilshire Blvd., Suite 2080
9  Los Angeles, California 90025
   Telephone: (310) 593-9890
10 Facsimile: (310) 593-9980

11 Attorneys for Defendants
12 JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA,
   UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA,
13 BENJAMIN JOAQUIN, and JOSE LUIS ESTRADA

# DECLARATION OF ALAN JACKSON

I, Alan Jackson, hereby declare as follows:

1.  I am an attorney licensed to practice law before all state and federal courts in the State of California. I am a Partner with the law firm of Werksman Jackson & Quinn LLP (the "Firm"), counsel of record for Defendant NAASON JOAQUIN GARCIA, an individual ("Garcia"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Modify Scheduling Order and Advance the Trial Date. The facts stated herein are true based upon my own personal knowledge. If called as a witness, I could and would testify truthfully to the contents of this declaration.

2.  Plaintiff asks the Court to advance the trial in the matter from February 27, 2024, to September 26, 2023. I am one of the attorneys primarily responsible for the defense of this action at trial. I am not available in September 2023. As of today, my calendar reflects the following conflicting trials:

   a. *Commonwealth of Massachusetts v. Karen Read*, Superior Court of Massachusetts, Case No.: 2282-C-0117. Trial to commence late August 2023 and end mid to late October 2023, estimated for two months.

   b. *H.F. v. Garcia, et al.*, Superior Court of California, County of Los Angeles Case No. 21STCV28927, trial commencing November 7, 2023, estimated for 7 court days.

/ / /
/ / /
/ / /

      c.    *Angus Mitchell v. Sian Mitchell*, Los Angeles Superior Court, Case No.: BD623803. Trial to commence March 30, 2023, estimated for four weeks.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of December, 2022.

By: /s/ Alan Jackson
Alan Jackson