1 | Reed Aljian (State Bar No. 211010)
   |    ra@dallp.com
2 | Justin E. D. Daily (State Bar No. 209772)
   |    jd@dallp.com
3 | Simon Kwak (State Bar No. 297362)
   |    sk@dallp.com
4 | DAILY ALJIAN LLP
5 | 100 Bayview Circle, Suite 5500
   | Newport Beach, CA  92660
6 | Telephone:     949.861.2524
7 | Facsimile:     949.269.6364

8 | Attorneys for Defendants named as
   | LA LUZ DEL MUNDO, an alleged unincorporated association;
9 | COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International
   | Berea USA); ADORAIM JOSADAC JOAQUIN (erroneously sued as Adoraim Joaquin
10 | Zamora); ALMA ELIZABETH JOAQUIN (erroneously sued as Alma Zamora de
11 | Joaquin); and NAASON JOAQUIN GARCIA, an individual

12 | *Additional attorneys and parties listed on subsequent page*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN, | Case No.: 2:20−cv−01437-FWS-AS |
| Plaintiff, | **DECLARATION OF CALEB MASON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND ADVANCE THE TRIAL DATE** |
| v. | |
| LA LUZ DEL MUNDO, an unincorporated association, et al. | |
| Defendants. | |
| | Date:        January 12, 2023 |
| | Time:        10:00 a.m. |
| | Judge:       Hon. Fred W. Slaughter |
| | Courtroom:   10D |
| | Action Filed:   February 12, 2020 |
| | Trial Date:     February 27, 2024 |

MASON DECL. ISO OPP. TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Alan J. Jackson
*ajackson@werksmanjackson.com*
WERKSMAN JACKSON & QUINN LLP
888 W 6th St, Fourth Floor
Los Angeles, CA 90017

Attorneys for Defendant
NAASON JOAQUIN GARCIA, an individual

Geoffrey A. Neri
  *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Defendants
JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN, and JOSE LUIS ESTRADA

DAILY ALJIAN LLP
Newport Beach, California

# DECLARATION OF CALEB MASON

I, Caleb Mason, hereby declare as follows:

1. I am an attorney licensed to practice law before all state and federal courts in the State of California. I am a Partner with the law firm of Werksman Jackson & Quinn LLP (the "Firm"), counsel of record for Defendant NAASON JOAQUIN GARCIA, an individual ("Garcia"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Modify Scheduling Order and Advance the Trial Date. The facts stated herein are true based upon my own personal knowledge. If called as a witness, I could and would testify truthfully to the contents of this declaration.

2. Plaintiff asks the Court to advance the trial in the matter from February 27, 2024, to September 26, 2023. I am one of the attorneys primarily responsible for the defense of this action at trial. As of today, my calendar reflects the following trials during that period of time Plaintiff seeks to advance the trial date:

   a. *United States v. Navarro*, Central District of California Case No. 22-cr-00154-SB, estimated length four weeks, trial date July 11, 2023.

   b. *Michael Gonzalez v. City of Pacific Grove*, Northern District of California, Case No. 22-cr-01079-EJD, estimated length two weeks, trial date October 2, 2023.

   c. *H.F. v. Garcia, et al.*, Superior Court of California, County of Los Angeles Case No. 21STCV28927, estimated length court days, trial date November 7, 2023.

   d. *United States v. Juan Martinez,* Southern District of Georgia, Case No. 22-cr-0170, estimated length four weeks, trial date TBD, most likely November-December 2023.

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of December, 2022.

By: /s/ *Caleb Mason*
Caleb Mason

DAILY ALJIAN LLP
Newport Beach, California