Reed Aljian (State Bar No. 211010)
   *ra@dallp.com*
Justin E. D. Daily (State Bar No. 209772)
   *jd@dallp.com*
Simon Kwak (State Bar No. 297362)
   *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:   949.861.2524
Facsimile:    949.269.6364

Attorneys for Defendants named as
LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); ADORAIM JOSADAC JOAQUIN (erroneously sued as Adoraim Joaquin Zamora); ALMA ELIZABETH JOAQUIN (erroneously sued as Alma Zamora de Joaquin); and NAASON JOAQUIN GARCIA, an individual.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>        Defendants. | Case No.: 2:20−cv−01437-FWS-AS<br><br>**PROOF OF SERVICE**<br><br>Judge:          Hon. Fred W. Slaughter<br>Courtroom:  10D<br><br>Magistrate Judge:  Hon. Alka Sagar<br>Courtroom:            540, 5th Floor<br><br>Action Filed:  February 12, 2020<br>Trial Date:     February 27, 2024 |

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:** *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **December 22, 2022**, I caused the foregoing document(s) to be served on:

1. **DEFENDANTS' JOINT MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND ADVANCE THE TRIAL DATE**

2. **DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND ADVANCE THE TRIAL DATE**

3. **DECLARATION OF ALAN JACKSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND ADVANCE THE TRIAL DATE**

4. **DECLARATION OF CALEB MASON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND ADVANCE THE TRIAL DATE**

5. **DECLARATION OF GEOFFREY NERI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND ADVANCE THE TRIAL DATE**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]   (BY EMAIL) The above-referenced document was transmitted by email.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **December 22, 2022**, at Newport Beach, California.

*/s/* Hilda Crowley
Hilda Crowley

# **SERVICE LIST**

DEBORAH S. MALLGRAVE
  *DMallgrave@GGTrialLaw.com*
DANIEL S. CHA
  *DCha@GGTrialLaw.com*
DESIREE N. MURRAY
  *DMurray@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
  *Attorneys for Plaintiff SOCHIL MARTIN*

Michael Reck
  *MReck@AndersonAdvocates.com*
Hagerey Mengistu
  *Hagerey@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
  *Attorneys for Plaintiff SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
WERKSMAN JACKSON & QUINN LLP
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
  *Attorneys for Defendant NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
  *Attorneys for Defendants JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN AND JOSE LUIS ESTRADA*

3

PROOF OF SERVICE