DEBORAH S. MALLGRAVE, State Bar No. 198603
  DMallgrave@GGTrialLaw.com
DANIEL S. CHA, State Bar No. 260256
  DCha@GGTrialLaw.com
DESIREE N. MURRAY, State Bar No. 330079
  DMurray@GGTrialLaw.com
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL RECK, State Bar No. 209895
  MReck@AndersonAdvocates.com
HAGEREY MENGISTU, State Bar No. 290300
  HMengistu@AndersonAdvocates.com
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL | Case No. 2:20-cv-01437-FWS-AS<br><br>**DECLARATION OF DESIREE N. MURRAY IN SUPPORT OF PLAINTIFF'S REPLIES TO DEFENDANTS' OPPOSITIONS TO MOTIONS TO (1) VOLUNTARILY DISMISS SPECIFIED DEFENDANTS WITHOUT PREJUDICE AND (2) MODIFY SCHEDULING ORDER AND ADVANCE THE TRIAL DATE**<br><br>[Filed Concurrently with Plaintiff's Reply to Defendants' Opposition to Motion to Voluntarily Dismiss Specified Defendants Without Prejudice, Plaintiff's Reply to Defendants' Opposition to Modify the Scheduling Order and Advance the Trial |

Case No. 2:20-cv-01437-ODW-AS

DECLARATION OF DESIREE N. MURRAY ISO PLAINTIFF'S REPLIES REGARDING MOTIONS TO VOLUNTARILY DISMISS SPECIFIED DEFENDANTS AND TO MODIFY SCHEDULING ORDER

| | |
|---|---|
| JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>    Defendants. | Date, and Plaintiff's Request for Judicial Notice]<br><br>Courtroom:   10D<br>Judge:         Hon. Fred W. Slaughter |

# DECLARATION OF DESIREE N. MURRAY

I, Desiree N. Murray, declare as follows:

1.  I am an attorney, duly licensed to practice law in the State of California. I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for Plaintiff Sochil Martin in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2.  On November 11, 2022, Plaintiff fully responded to Defendant Gilberto Garcia Granados's first 25 interrogatories, including subparts. Plaintiff also responded to Granados's requests for production of documents, agreeing to produce relevant, non-privileged documents under an appropriate protective order.

3.  The parties continue to meet and confer regarding the terms of a protective order.

4.  On November 18, 2022, Defendant Communication Center Berea U.S.A LLC ("CCB") served Plaintiff with 19 interrogatories and Defendant La Luz del Mundo ("LLDM") served Plaintiff with 22 interrogatories and 233 requests for production.

5.  I have reviewed the requests for production served by both Granados and LLDM. The requests for production served by LLDM were largely duplicative of the requests previously served by Granados and previously answered by Plaintiff.

6.  On December 21, 2022, Plaintiff served responses to both CCB's and LLDM's written discovery requests.

7. As of December 29, 2022, no defendant has attempted to meet-and-confer with Plaintiff regarding any of her discovery responses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 29, 2022

By: ___*/s/ Desiree N. Murray*___
       Desiree N. Murray