Reed Aljian (State Bar No. 211010)
  ra@dallp.com
Justin E. D. Daily (State Bar No. 209772)
  jd@dallp.com
Simon Kwak (State Bar No. 297362)
  sk@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:   949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as
LA LUZ DEL MUNDO, an alleged unincorporated association;
COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); ADORAIM JOSADAC JOAQUIN (erroneously sued as Adoraim Joaquin Zamora); ALMA ELIZABETH JOAQUIN (erroneously sued as Alma Zamora de Joaquin); and NAASON JOAQUIN GARCIA, an individual

*Additional attorneys and parties listed on subsequent page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>           Plaintiff,<br><br>      v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>           Defendants. | Case No.: 2:20−cv−01437-FWS-AS<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

Alan J. Jackson (State Bar No. 173647)
*ajackson@werksmanjackson.com*
Caleb E. Mason (State Bar No. 246653)
*cmason@werksmanjackson.com*
WERKSMAN JACKSON & QUINN LLP
888 W 6th St, Fourth Floor
Los Angeles, CA 90017

Attorneys for Defendant
NAASON JOAQUIN GARCIA, an individual

Geoffrey A. Neri (State Bar No. 258802)
*geoff@bnsklaw.com*
Ethan J. Brown (State Bar No. 218814)
*ethan@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Defendants
JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN, and JOSE LUIS ESTRADA

DAILY ALJIAN LLP
Newport Beach, California

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Reed T. Aljian, Justin Daily and Simon Kwak of Daily Aljian LLP, counsel of record for La Luz Del Mundo, an alleged unincorporated association; Communication Center Berea U.S.A. LLC (erroneously sued as International Berea USA); Adoraim Josada Joaquin (erroneously sued as Adoraim Joaquin Zamora); Alma Elizabeth Joaquin (erroneously sued as Alma Zamora de Joaquin); and Naason Joaquin Garcia, hereby associate Geoffrey A. Neri and Ethan J. Brown of Brown, Neri, Smith & Khan, LLP, as co-counsel for Communication Center Berea U.S.A. LLC (erroneously sued as International Berea USA). The name, address, telephone number, fax number and email address of the associated counsel are as follows:

> Geoffrey A. Neri (SBN 258802)
>  (geoff@bnsklaw.com)
> Ethan J. Brown (SBN 218814)
>  (ethan@bnsklaw.com)
> BROWN, NERI, SMITH & KHAN LLP
> 11601 Wilshire Blvd., Suite 2080
> Los Angeles, California 90025
> Telephone:  (310) 593-9890
> Facsimile:  (310) 593-9980

Respectfully submitted,

DATED: January 18, 2023        DAILY ALJIAN LLP

                               By:   /s/ Reed T. Aljian
                                     Reed T. Aljian

DATED: January 18, 2023        BROWN, NERI, SMITH & KHAN LLP

                               By:   /s/ Geoffrey A. Neri
                                     Geoffrey A. Neri

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 19, 2023.

DATED: January 19, 2023

BROWN, NERI, SMITH & KHAN LLP

By:  /s/ Geoffrey A. Neri
       Geoffrey A. Neri