UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 20-01437-FWS (ASx) | Date | March 27, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Re: Plaintiff's Motion for Leave to Take Deposition of Defendant Naasón García While He is in Prison (Dkt. No. 178)**

On March 24, 2023, the parties filed a Joint Stipulation ("Joint Stip.") regarding Plaintiff's Motion for Leave to Take the Deposition of Defendant Naasón García While He is in Prison, together with the declarations of Daniel S. Cha and Reed Aljian (with Exhibit A). (Dkt. No. 178). Each party may file a supplemental memorandum of law no later than **April 3, 2023**. This motion will be under submission upon the filing of the supplemental memoranda, or the day after they are due.

The hearing on April 18, 2023 is VACATED.

**IT IS SO ORDERED.**

cc:   Fred W. Slaughter
      United States District Judge

                                                    0    :  00
                                Initials of Preparer   AF