DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
DANIEL S. CHA, State Bar No. 260256
  *DCha@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL RECK, State Bar No. 209895
  *MReck@AndersonAdvocates.com*
HAGEREY MENGISTU, State Bar No. 290300
  *HMengistu@AndersonAdvocates.com*
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>　　　　Defendants. | Case No. 2:20-cv-01437-FWS-AS<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL S. CHA IN SUPPORT OF MOTION FOR LEAVE PURSUANT TO FED.R.CIV.P. 30(a)(2)(B) TO TAKE THE DEPOSITION OF DEFENDANT NAASON GARCIA WHILE HE IS IN PRISON**<br><br>Courtroom:　　540<br><br>Magistrate Judge:　　Hon. Alka Sagar |

## SUPPLEMENTAL DECLARATION OF DANIEL S. CHA

I, Daniel S. Cha, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California. I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for Plaintiff Sochil Martin in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. As part of the discovery exchange in this case, Plaintiff Sochil Martin (hereinafter "Martin") has been engaged in a diligent and ongoing effort to produce as many relevant, responsive, non-privileged documents as possible in a rolling production.

3. Martin served an initial batch of responsive documents on February 10, 2023 and a second batch on March 6, 2023.

4. In fact, since the filing of the Joint Stipulation, Martin has since made a third production on March 24, 2023.

5. In total, Martin has produced approximately 2,191 pages of documents, and 347 audio/video recordings responsive to discovery.

6. Defendants in contrast have made a single production on February 13, 2013 made up of a combined total of 250 pages of documents.

7. Martin produced responsive social media posts and messages for the reddit username "survivalkid56" on March 6, 2023.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

8. Martin is not, and has not withheld communications with government agencies for her own benefit. Her counsel has reached out to the relevant law enforcement agencies, domestic and abroad, in order to give those agencies the opportunity to weigh in on whether they object to the release of communications regarding potentially open and ongoing criminal matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 3, 2023

/s/ Daniel S. Cha
Daniel S. Cha