

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| SOCHIL MARTIN, *Plaintiff*, | § § § | |
| v. | § § | CASE NO. 2:20-cv-01437-FWS-AS |
| | § § | |
| LA LUZ DEL MUNDO, et.al. *Defendants*. | § § | |

## NONPARTY SCOTT OGLE'S MOTION TO QUASH SUBPOENA

Nonparty Scott Ogle asks the Court to quash Defendant's La Luz Del Mundo, et.al. subpoena.

### I. Introduction

1. Plaintiff is Sochil Martin; Defendant is La Luz Del Mundo, et.al.

2. Defendant La Luz Del Mundo, et.al. served a subpoena on Nonparty Scott Ogle for testimony at a deposition and for the production of any or all records described in the subpoena regarding Plaintiff Sochil Martin. This subpoena commands the Nonparty Ogle to appear on June 16, 2023, at 9:30 a.m. at SPACES-501 Congress Ave., Ste 150, Austin, Texas 78701.

3. Nonparty Scott Ogle asks the Court to quash the subpoena to appear for the June 16, 2023 deposition and to quash the subpoena to produce documents related to Plaintiff Sochil Martin.

## II. Argument

4.  A court must, on timely motion, quash or modify a subpoena if the subpoena requires disclosing privileged or protected material with no exception or waiver applying. Nonparty Scott Ogle provided legal representation to Plaintiff Martin in the past and the deposition testimony and production of documents would violate the lawyer/client privilege, and no exception or waiver applies. *See* FED. R. CIV. P. 45(d)(3)(iii); *see also Profit Point Tax Techs., Inc. v. DPAD Grp., LLP*, 336 F.R.D. 177, 180-81 (W.D. Wis. 2020).

5.  Nonparty Scott Ogle has timely filed this motion, as it was filed prior to the time for performance. *See Winchester Capital Mgmt. Co. v. Manufacturers Hanover Trust Co.*, 144 F.R.D. 170, 175-76 (D. Mass. 1992).

## III. Conclusion and Prayer

PREMISES CONSIDERED, nonparty Scott Ogle respectfully requested that this Court GRANT this Motion to Quash. Scott Ogle further requests that he be granted any such further relief to which he may show himself justly entitled.

Respectfully submitted,

/s/ Scott Ogle
TBN: 00797170
2028 W. Ben White Blvd.
Austin, TX 78704

Telephone: (512) 442-8833
Facsimile: (512) 442-3256
Email: soglelaw@peoplepc.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this pleading has been provided to counsel for parties by a manner compliant with the rules on this 13th day of June, 2023.

/s/ Scott Ogle
Scott Ogle