Name and address:
ECKLEY M. KEACH, III
EKeach@GGTrialLaw.com
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN <br><br> v. <br><br> LA LUZ DEL MUNDO, an unincorporated association, et al. <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER <br> 2:20-cv-01437-FWS-AS <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Keach, III, Eckley M.    of    Greenberg Gross LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      1980 Festival Plaza Drive
702-623-8904                              Suite 300
*Telephone Number*   *Fax Number*         Las Vegas, NV 89135
EKeach@ggtriallaw.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Sochil Martin

*Name(s) of Party(ies) Represented*   [x] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:* _____

**and designating as Local Counsel**

Daniel S. Cha    of    Greenberg Gross LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    650 Town Center Drive
260256    949-383-2795    949-383-2801                        Suite 1700
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Costa Mesa, CA, 92626
DCha@GGTrialLaw.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge