1  Ethan J. Brown (SBN 218814)
    (ethan@bnsklaw.com)
2  Geoffrey A. Neri (SBN 258802)
    (geoff@bnsklaw.com)
3  BROWN, NERI, SMITH & KHAN LLP
   11601 Wilshire Blvd., Suite 2080
4  Los Angeles, California 90025
   Telephone:  (310) 593-9890
5  Facsimile:   (310) 593-9980

6
7  Attorneys for Defendant
   COMMUNICATION CENTER BEREA U.S.A. LLC
8  (erroneously sued as International Berea USA)

9  (Additional attorney information on following page)

10                UNITED STATES DISTRICT COURT

11
12        CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

13 | SOCHIL MARTIN,                                    | Case No.: 2:20-CV-01437-OWD (ASx)
14 |        Plaintiff,                                  |
15 |   v.                                               | **DEFENDANTS' APPLICATION FOR AN ORDER PERMITTING THEM TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION TO QUASH OR MODIFY DEPOSITION SUBPOENA RE SCOTT OGLE; DECLARATION OF GEOFFREY A. NERI**
16 | LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive. |
   |        Defendants.                                  | Action filed: February 12, 2020

APPLICATION FOR AN ORDER PERMITTING DEFENDANTS TO FILE UNDER SEAL

| | |
|---|---|
| 1 | Reed Aljian (SBN 211010) |
|   | (ra@dallp.com) |
| 2 | DAILY ALJIAN LLP |
| 3 | 100 Bayview Circle, Suite 5500 |
|   | Newport Beach, CA 92660 |
| 4 | Tel: (949) 861-2524 |
| 5 | Fax: (949) 269 -6364 |
| 6 | |
|   | Attorneys for Defendants, |
| 7 | LA LUZ DEL MUNDO, an |
|   | unincorporated association, NAASÓN |
| 8 | JOAQUIN GARCIA, and |
| 9 | COMMUNICATION CENTER |
|   | BEREA U.S.A. LLC, erroneously sued |
| 10 | as INTERNATIONAL BEREA USA |
| 11 | |
| 12 | Alan J. Jackson (SBN 173647) |
|    | (ajackson@werksmanjackson.com) |
| 13 | Caleb E. Mason (SBN 246653) |
| 14 | (cmason@werksmanjackson.com) |
|    | Werksman Jackson & Quinn LLP |
| 15 | 888 W. 6th St. Fourth Floor |
| 16 | Los Angeles CA 90017 |
|    | Tel: (213) 688-0460 |
| 17 | Fax: (213) 624-1942 |
| 18 | |
| 19 | Attorneys for Defendant, |
|    | NAASÓN JOAQUIN GARCIA |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

**PLEASE TAKE NOTICE** that Defendants La Luz Del Mundo, an unincorporated association, Naason Joaquin Garcia, and Communication Center Berea U.S.A. LLC, erroneously sued as International Berea USA (collectively, "Defendants") hereby apply, pursuant to Local Rule 79-5 et seq. and the Stipulated Protective Order (the "Protective Order"), entered on February 15, 2023. (ECF No. 39), for an order permitting them to file under seal the following documents:

1) Unredacted version of DEFENDANTS' OPPOSITION TO PLAINTIFF SOCHIL MARTIN'S MOTION TO QUASH OR MODIFY DEPOSITION SUBPOENA RE SCOTT OGLE; and

2) Unredacted version of DECLARATION OF GEOFFREY A. NERI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF SOCHIL MARTIN'S MOTION TO QUASH OR MODIFY DEPOSITION SUBPOENA RE SCOTT OGLE.

Defendants submit that good cause exists to seal the foregoing documents. The redacted portions of the documents are subject to the Court's protective order and the sealing of these documents is necessary in order to protect information that Plaintiff Sochil Martin has designated as "CONFIDENTIAL" under the Protective Order. (Declaration of Geoffrey A. Neri at ¶ 2.)

DATED: June 27, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
    Geoffrey A. Neri

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA)

## DECLARATION OF GEOFFREY A. NERI

I, GEOFFREY A. NERI, declare as follows:

1. I am a partner with the law firm of Brown, Neri, Smith & Khan, LLP, counsel of record for Defendant Communication Center Berea U.S.A. LLC (erroneously sued as International Berea USA) ("Defendant").

2. In support of their Opposition to Plaintiff Sochil Martin's Motion to Quash or Modify Deposition Subpoena RE Scott Ogle, Defendants used documents that are subject to the Court's protective order and the sealing of these documents is necessary in order to protect information that Plaintiff Social Martin has designated as "CONFIDENTIAL" under the Protective Order.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2023, in the County of Los Angeles, California.

_____
Geoffrey A. Neri

1
DECLARATION OF GEOFFREY A. NERI

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 27, 2023.

DATED: June 27, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
      Geoffrey A. Neri