Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:   (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)

(Additional attorney information on following page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR AN ORDER PERMITTING THEM TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION TO QUASH OR MODIFY DEPOSITION SUBPOENA <u>RE</u> SCOTT OGLE; DECLARATION OF GEOFFREY A. NERI**<br><br>Action filed:  February 12, 2020 |

```
 1  Reed Aljian (SBN 211010)
    (ra@dallp.com)
 2  DAILY ALJIAN LLP
    100 Bayview Circle, Suite 5500
 3  Newport Beach, CA 92660
 4  Tel: (949) 861-2524
    Fax: (949) 269 -6364
 5
 6  Attorneys for Defendants,
    LA LUZ DEL MUNDO, an
 7  unincorporated association, NAASÓN
 8  JOAQUIN GARCIA, and
    COMMUNICATION CENTER
 9  BEREA U.S.A. LLC, erroneously sued
10  as INTERNATIONAL BEREA USA
11
12  Alan J. Jackson (SBN 173647)
    (ajackson@werksmanjackson.com)
13  Caleb E. Mason (SBN 246653)
    (cmason@werksmanjackson.com)
14
    Werksman Jackson & Quinn LLP
15  888 W. 6th St. Fourth Floor
    Los Angeles CA 90017
16  Tel: (213) 688-0460
17  Fax: (213) 624-1942
18
    Attorneys for Defendant,
19  NAASÓN JOAQUIN GARCIA
20
21
22
23
24
25
26
27
28
```

Defendants La Luz Del Mundo, an unincorporated association, Naason Joaquin Garcia, and Communication Center Berea U.S.A. LLC, erroneously sued as International Berea USA (collectively, "Defendants") have applied for an order permitting them to file under seal certain documents in support of their Opposition to Plaintiff Sochil Martin's Motion to Quash or Modify Deposition Subpoena RE Scott Ogle.  The Court finds that the request is narrowly tailored to seal only that material for which good cause to seal has been established.  Therefore,

**IT IS HEREBY ORDERED** that the following documents may be filed under seal:

1) Unredacted version of DEFENDANTS' OPPOSITION TO PLAINTIFF SOCHIL MARTIN'S MOTION TO QUASH OR MODIFY DEPOSITION SUBPOENA RE SCOTT OGLE; and

2) Unredacted version of DECLARATION OF GEOFFREY A. NERI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF SOCHIL MARTIN'S MOTION TO QUASH OR MODIFY DEPOSITION SUBPOENA RE SCOTT OGLE.

DATED: June 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　Hon. Fred W. Slaughter
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 27, 2023.

DATED: June 27, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri