Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)

(Additional attorney information on following page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>                Plaintiff,<br><br>        v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>                Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**DECLARATION OF GEOFFREY A. NERI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF SOCHIL MARTIN'S MOTION TO QUASH OR MODIFY SUBPOENA RE: SCOTT OGLE**<br><br>[REDACTED EXHIBITS A & C]<br><br>Date: July 18, 2020<br>Time: 10:00 a.m.<br>Ctrm: 540, 5th Floor<br><br>Action filed:  February 12, 2020 |

DECLARATION OF GEOFFREY A. NERI

| | |
|---|---|
| 1 | Reed Aljian (SBN 211010) |
|   | (ra@dallp.com) |
| 2 | DAILY ALJIAN LLP |
| 3 | 100 Bayview Circle, Suite 5500 |
|   | Newport Beach, CA 92660 |
| 4 | Tel: (949) 861-2524 |
| 5 | Fax: (949) 269 -6364 |
| 6 | Attorneys for Defendants, |
| 7 | LA LUZ DEL MUNDO, an |
|   | unincorporated association, NAASÓN |
| 8 | JOAQUIN GARCIA, and |
| 9 | COMMUNICATION CENTER |
|   | BEREA U.S.A. LLC, erroneously sued |
| 10 | as INTERNATIONAL BEREA USA |
| 11 | |
| 12 | Alan J. Jackson (SBN 173647) |
|   | (ajackson@werksmanjackson.com) |
| 13 | Caleb E. Mason (SBN 246653) |
| 14 | (cmason@werksmanjackson.com) |
|   | Werksman Jackson & Quinn LLP |
| 15 | 888 W. 6th St. Fourth Floor |
| 16 | Los Angeles CA 90017 |
|   | Tel: (213) 688-0460 |
| 17 | Fax: (213) 624-1942 |
| 18 | |
| 19 | Attorneys for Defendant, |
|   | NAASÓN JOAQUIN GARCIA |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## DECLARATION OF GEOFFREY A. NERI

I, GEOFFREY A. NERI, declare as follows:

1. I am a partner with the law firm of Brown, Neri, Smith & Khan, LLP, counsel of record for Defendant Communication Center Berea U.S.A. LLC (erroneously sued as International Berea USA) ("Defendant").

2. On November 18, 2022, Defendant served requests for production of documents on Martin.

3. In response, Martin began a "rolling production" that included a production sent to Defendants on April 21, 2023. In that production, Martin included email communications exchanged in June of 2018 by and between Martin and her former attorney Scott Ogle. A true and correct copy of a string of those emails is attached hereto as **Exhibit "A"**.

4. Martin's current counsel or record Deborah Mallgrave sent Mr. Ogle a "Notice to Cease and Desist" on March 9, 2020, after this case was filed and after Martin had a duty to preserve evidence. A true and correct copy of that correspondence is attached hereto as **Exhibit "B"**.

5. On September 20, 2019, Mr. Ogle testified at length in about his engagement by Martin in a Texas case captioned *Law Office Scott Ogle et al. v. Naason Joaquin Garcia et al.* A true and correct copy of a transcript of that deposition is attached hereto as **Exhibit "C"**.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2023, in the County of Los Angeles, California.

_____
Geoffrey A. Neri

1
DECLARATION OF GEOFFREY A. NERI

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 27, 2023.

DATED: June 27, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
     Geoffrey A. Neri

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA)