# EXHIBIT "A"
# [REDACTED]

Case 2:20-cv-01437-FWS-AS   Document 187-2   Filed 06/27/23   Page 2 of 4   Page ID #:3559