# EXHIBIT "B"



# GREENBERG GROSS LLP

Deborah S. Mallgrave
Direct Dial: (949) 383-2790
dmallgrave@ggtriallaw.com

March 9, 2020

**VIA UNITED PARCEL SERVICE:**

Scott Ogle
Law Office of Scott Ogle
2028 W. Ben White Blvd
Austin, Texas 78704

Re:   **Notice to Cease and Desist**

Dear Mr. Ogle:

Our firm represents Sochil Martin. We are aware that you have published and are disseminating confidential and privileged information about Ms. Martin that Ms. Martin shared with you while you were her attorney. As we understand it, you are doing so via multiple social media and file share platforms such as Twitter, Facebook, and Google Drive, and the information disseminated includes the transcript of a deposition during which you extensively discuss the nature and content of your attorney-client relationship with Ms. Martin. In addition, it appears that you are also publishing numerous defamatory statements regarding Ms. Martin.

Your actions constitute a breach of the fiduciary duties you owe to Ms. Martin as her former attorney, as well as violations of Rules 1.05 and 8.04 of the Texas Disciplinary Rules of Professional Conduct. They also constitute violations of Ms. Martin's right to privacy and defamation of her character. Even more importantly, your actions are putting her life, and the lives of her family, in danger.

We demand that you immediately stop publishing and disseminating Ms. Martin's confidential and privileged information, and delete any and all content you have posted and shared that contains any such information or defamatory remarks. If you do not, we will refer the matter to the State Bar of Texas for disciplinary proceedings.

Regards,

Deborah S. Mallgrave