# EXHIBIT "C"
# [REDACTED]









sufficient

































































