# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sochil Martin, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV20-01437-FWS (ASx) |
| v. | |
| La Luz Del Mundo, et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
| --- | --- | --- |
| June 27, 2023 | 186 - 188 | Application to File Under Seal (Docket No. 186)<br>Opposition to Motion to Quash (Docket No. 187)<br>Sealed Opposition to Motion to Quash (Docket No. 188) |

**IT IS HEREBY ORDERED:**

- [✓] The documents are stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

  Counsel are directed to re-file the application for under seal filing in compliance with L.R. 79-5.2.2

Dated: June 29, 2023

By: / s / Sagar
Honorable Alka Sagar
United States Magistrate Judge