Name and address:
ECKLEY M. KEACH, III
EKeach@GGTrialLaw.com
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN | CASE NUMBER |
| v.   Plaintiff(s) | 2:20-cv-01437-FWS-AS |
| LA LUZ DEL MUNDO, an unincorporated association, et al.    Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Keach, III, Eckley M.                                                of   Greenberg Gross LLP
*Applicant's Name (Last Name  First Name & Middle Initial)*             1980 Festival Plaza Drive
702-623-8904                                                            Suite 300
*Telephone Number        Fax Number*                                    Las Vegas, NV 89135
EKeach@ggtriallaw.com
*E-Mail Address*                                                        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Sochil Martin

*Name(s) of Party(ies) Represented*     [x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel
Daniel S. Cha                                                       of   Greenberg Gross LLP
*Designee's Name (Last Name  First Name & Middle Initial)*              650 Town Center Drive
260256          949-383-2795      949-383-2801                          Suite 1700
*Designee's Cal. Bar No.  Telephone Number  Fax Number*                 Costa Mesa, CA, 92626
DCha@GGTrialLaw.com
*E-Mail Address*                                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[x] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
           [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           [ ] for failure to complete Application: _____
           [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
           [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded  [ ] not be refunded.

Dated  June 30, 2023                                   _____
                                                       U.S. District Judge/U.S. Magistrate Judge

G 64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1