# EXHIBIT "2"

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

GEOFFREY A. NERI (SBN 258802)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025; (310) 593-9890

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| SOCHIL MARTIN | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 2:20-CV-01437-OWD (ASx) |
| v. | |
| LA LUZ DEL MUNDO, an unincorporated association, et al. | **PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, _____, State of California, and not a party to the above-entitled cause. On July 5 _____, 20 23 _____, I served a true copy of APPLICATION FOR LEAVE TO FILE UNDER SEAL; DECLARATION OF GEOFFREY A. NERI _____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 11601 Wilshire Blvd., Suite 2080, Los Angeles, California
Executed on July 5 _____, 20 23 _____ at Los Angeles _____, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

**ACKNOWLEDGEMENT OF SERVICE**

I, _____, received a true copy of the within document on _____.

_____   _____
*Signature*                *Party Served*

CV-40 (01/00)   **PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE**

## SERVICE LIST

Daniel S. Cha
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Tel 949.383.2795
Fax 949.383.2801
DCha@GGTrialLaw.com
**COUNSEL FOR PLAINTIFF,
SOCHIL MARTIN**

Scott Ogle
2028 W. Ben White Blvd.
Austin, TX 78704