UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 20-01437-FWS (ASx) | Date | July 6, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):** **Order Requiring Plaintiff to Respond to Defendant's Application for Under Seal Filing (Dkt. No. 193)**

On June 13, 2023, non-party Scott Ogle filed a motion to quash a subpoena for deposition. (Dkt. 184). On June 16, 2023, Plaintiff filed a motion to quash the subpoena for deposition to Scott Ogle. (Dkt. No. 185). On June 27, 2023, Defendants filed an application for an order permitting them to file documents in support of their opposition to Plaintiff's motion to quash or modify the deposition subpoena under seal. (Dkt. Nos. 186-188). Defendants' application was stricken for failure to comply with Local Rule 79-5.2.2. See Dkt. No. 190. On July 5, 2023 Defendants filed an *ex parte* application to file documents in support of their opposition to Plaintiff's motion to quash under seal, specifically, Defendants' unredacted opposition to the motion to quash, unredacted exhibit A to the declaration of Geoffrey A. Neri and the entirety of Exhibit C to the declaration of Geoffrey A. Neri. (Dkt. Nos. 193-94).

Plaintiff and non-party Scott Ogle are ordered to file – no later than **July 11, 2023** – their respective responses to the motion for under seal filing of Defendants' unredacted opposition to the motion to quash and the entirety of Exhibit C to the supporting declaration of Geoffrey A. Neri and must address (1) the need for under seal filing of the deposition testimony of Mr. Ogle in an unrelated case (Exhibit C) which has not been sealed, or produced in discovery pursuant to a protective order or confidentiality designation; and (2) the need for redacting references (in Defendants' opposition) to Exhibit B to the declaration of Geoffrey A. Neri, given that Exhibit B is not being filed under seal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 20-01437-FWS (ASx) | Date | July 6, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo, et al.* | | |

    Defendants are directed to serve non-party Scott Ogle with this Order forthwith and to file a proof of service with the Court no later than July 11, 2023.

    IT IS SO ORDERED.

cc:     Fred W. Slaughter
       United States District Judge

                                                                       0   :   00
Initials of Preparer   AF