IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CASE NO. 2:20-cv-01437-FWS-AS |
| § | |
| § | |
| LA LUZ DEL MUNDO, et.al. § | |
| *Defendants.* § | |

### NONPARTY SCOTT OGLE'S NOTICE OF NO OBJECTION TO DEFENDANT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

Nonparty Scott Ogle hereby gives Notice of no Objection to Defendant's Application to File Documents [Dkt # 193] Under Seal.

Respectfully submitted,

/s/ Scott Ogle
TBN: 00797170
2028 W. Ben White Blvd.
Austin, TX 78704
Telephone: (512) 442-8833
Facsimile: (512) 442-3256
Email: soglelaw@peoplepc.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this pleading has been provided to counsel for parties by a manner compliant with the rules on this 11th day of July, 2023.

/s/ Scott Ogle
Scott Ogle