UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-01437-FWS (ASx) | Date | July 18, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | CS 07/18/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Daniel Cha | Geoffrey Neri, |
| | Reed Aljian |

Non-Party Scott Ogle, appearing *pro se*

**Proceedings (In Chambers):**   Order GRANTING IN PART (1) Motion to Quash or Modify Subpoena (Dkt. Nos. 183-184); and (2) Application for Under Seal Filing (Dkt. Nos. 193-194)

On June 13, 2023, non-party Scott Ogle filed a motion to quash a subpoena for deposition testimony and document production served by Defendants. (Dkt. 184). On June 16, 2023, Plaintiff filed a motion to quash or modify the subpoena issued to Scott Ogle. (Dkt. No. 183). On July 5, 2023, Defendants filed an application to file documents in support of their opposition to the motion to quash or modify the subpoena under seal, and the declaration of Geoffrey Neri in support of the application with attached exhibits. (Dkt. Nos. 193-194). On July 6, 2023, the Court issued an order directing Plaintiff and Non-Party Scott Ogle to respond to the application for under seal filing. (Dkt. No. 196). On July 10, 2023, Plaintiff submitting the declaration of Eckley Keach in support of the request for under seal filing, (Dkt. No. 197), and on July 11, 2023, Non-Party Scott Ogle filed a notice of no objection to the request for under seal filing (Dkt. No. 198). Plaintiff filed a reply in support of the motion to quash or modify on July 3, 2023 (Dkt. No. 193).[1]

---

[1]   Defendants' initial request for under seal filing regarding its opposition to the motion, filed on June 27, 2023 (Dkt. Nos. 186-188) was stricken for failure to comply with Local Rule 79-5.2.2 (Dkt. No. 190).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-01437-FWS (ASx) | Date | July 18, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo, et. al.,* | | |

On July 18, 2023, the Court held a telephonic hearing on the motion and heard argument from counsel. The Court has reviewed the parties' submissions and carefully considered the arguments made at the hearing.

For the reasons stated at the hearing and below, the motion to quash or modify the subpoena is GRANTED IN PART; Defendants' application for under seal filing is GRANTED IN PART.

**A.   Application For Under Seal Filing**

Defendants seek leave of court to file Exhibits A and C to the Declaration of Geoffrey Neri and all references to Exhibits A – C in their opposition to the motion under seal. Exhibit A consists of email communications between Plaintiff and her former attorney, Non-Party Scott Ogle, Exhibit B is a cease and desist letter, dated March 9, 2020, from Plaintiff's current counsel to Scott Ogle, and Exhibit C is Non-Party Scott Ogle's deposition testimony on September 20, 2019, in a case that Mr. Ogle filed in Texas. (Dkt. No. 187). At the hearing, Mr. Ogle represented that the case in Texas is no longer pending. Defendants seek to file all references to Exhibits A-C in their opposition to the motion under seal. Id.

The Court GRANTS the request to file portions of Exhibit A that consist of communications between Plaintiff and her former attorney, Scott Ogle, under seal and references to those communication in Defendants' opposition may be redacted. The communications at issue may be protected by the attorney client privilege. Since Exhibit B is not filed under seal, references to Exhibit B in Defendants' opposition may not be redacted. The Court DENIES Defendants' request to file the entirety of the deposition testimony in Exhibit C under seal. The parties are ordered to meet and confer regarding those portions of the testimony that reflect privileged communications between Mr. Ogle and Plaintiff, information that implicates Plaintiff's privacy rights, or information protected from disclosure as attorney work product and submit a joint application for under seal filing of Exhibit C. References to the designated information in Exhibit C in Defendants' opposition may be redacted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-01437-FWS (ASx) | Date | July 18, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo, et. al.,* | | |

**B. Motion to Quash or Modify Subpoena**

Plaintiff's motion to modify the subpoena is GRANTED IN PART. Mr. Ogle must produce all documents that are responsive to the production requests in the subpoena to Plaintiff's counsel for review no later than July 28, 2023. Plaintiff and Mr. Ogle must also produce any documents or records regarding Plaintiff's consent to Mr. Ogle's disclosure of communications with, or documents provided by, Plaintiff and any documents that reflect Plaintiff's waiver of the attorney client privilege. The parties agree that Plaintiff's communications with Mr. Ogle that post-date the termination of the attorney client relationship with Mr. Ogle, and documents that Plaintiff provided to Mr. Ogle will be produced without any objection. Following Plaintiff's review of the documents provided by Mr. Ogle, Plaintiff and Mr. Ogle must produce all responsive non-privileged documents sought in the subpoena to Defendants no later than August 11, 2023. To the extent Plaintiff and/or Mr. Ogle seek to withhold responsive documents on the basis of attorney-client privilege or the work product doctrine, they must produce a privilege log, identifying any records that are being withheld on the grounds of work product or privilege and the parties to the communication and describing the subject matter with sufficient detail to enable a challenge to the assertion. See Fed.R.Civ.P. 26(b)(5(A)(ii).

Mr. Ogle's deposition will take place on Friday, August 18, 2023 in Austin, Texas. The parties are directed to meet and confer regarding a time and location for the in-person deposition. Mr. Ogle may testify about the documents produced in response to the subpoena requests, communications post-dating the termination of his attorney client relationship with Plaintiff, and any communications or documents for which the privilege has been waived by Plaintiff.

The parties may utilize the Court's informal discovery dispute resolution procedure to bring any further discovery disputes to the Court's attention. (See Judge Sagar's Procedures).

**IT IS SO ORDERED.**

cc:   Fred W. Slaughter
      United States District Judge

|  | 0 | : | 54 |
|---|---|---|---|
| Initials of Preparer | AF | | |