# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sochil Martin, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV20-01437-FWS (ASx) |
| v. | |
| La Luz Del Mundo et al | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| August 9, 2023 | 202 | Joint Stipulation to Produce Plaintiff's Electronic Devices |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

    - The parties are directed to file a corrected Joint Stipulation and attach the required proposed order.

    - For assistance in properly e-filing documents, the parties may contact the Help Desk at (213) 894-0242 or ecf-helpdesk@cacd.uscourts.gov

Dated: August 9, 2023

By:     / s / Sagar
Honorable Alka Sagar
United States Magistrate Judge