# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sochil Martin, <br>     v. <br> La Luz Del Mundo, et al. | Plaintiff(s) <br><br> Defendant(s) | **CASE NUMBER:** <br> CV20-01437-FWS (ASx) <br><br> **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
            ☐ In-Person Court Hearing
            ☐ Video Conference
            ☒ Telephonic

Magistrate Judge   Alka Sagar

Date/Time   **August 23, 2023 at 9:00 a.m.**

Courtroom:   Call-in number and password will be e-mailed to the parties.

Dated:   August 21, 2023          By:   Alma Felix
                             Deputy Clerk