UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 20-01437-FWS (ASx) | Date | August 21, 2023 |
|---|---|---|---|
| Title | *Martin v. La Laz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **Order Directing Defendant to Submit Interrogatories and Plaintiff to Submit Responses to the Court**

On August 18, 2023, Defendant filed a request for an informal discovery conference ("IDC"), alleging Plaintiff refuses to respond adequately to certain interrogatories. In the IDC request, Plaintiff alleges that Defendant will not produce four individuals for deposition that Plaintiff asserts are key witnesses.

Within one day of the date of this Order – <u>by no later than **August 22, 2023**</u> – Defendant is **ORDERED** to submit its interrogatories to the Court and Plaintiff is **ORDERED** to submit its most recent responses to the interrogatories. The IDC will be held by telephonic conference on August 23, 2023 at 9:00 a.m. The call-in information will be emailed to the parties.

**IT IS SO ORDERED.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |