Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Simon Kwak (State Bar No. 297362)
  *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone:   949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as
LA LUZ DEL MUNDO, an alleged unincorporated association;
COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASON JOAQUIN GARCIA, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> LA LUZ DEL MUNDO, an unincorporated association, et al. <br><br> Defendants. | Case No.: 2:20−cv−01437-FWS-AS <br><br> **JOINT STIPULATION AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER TO EXTEND NON-EXPERT AND EXPERT DISCOVERY CUT-OFF DEADLINES ONLY** <br><br><br> Hon. Fred W. Slaughter <br><br><br><br> Action Filed:   February 12, 2020 <br> Trial Date:       February 27, 2024 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff SOCHIL MARTIN ("Plaintiff") and Defendants LA LUZ DEL MUNDO, an alleged unincorporated association, COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as International Berea USA, and NAASON JOAQUIN GARCIA, an individual (collectively, the "Defendants", and together with Plaintiff, the "Parties"), hereby stipulate and respectfully request that the Court modify the scheduling order to extend the non-expert and expert discovery cut-off and related disclosure deadlines only as follows:

**WHEREAS**, the Court entered a Scheduling Order on September 2, 2022, that sets September 8, 2023, as the non-expert discovery cut-off deadline and October 20, 2023, as the expert discovery cut-off deadlines, with corresponding expert disclosure deadlines of September 22, 2023 (initial) and October 6, 2023 (rebuttal) (Dkt. No. 154);

**WHEREAS**, the Parties believe that a brief twenty-one (21) day extension of the foregoing deadlines is necessary and desirable to ensure adequate time to complete three key depositions, including that of the Plaintiff and the two of the Defendants' Persons-Most-Knowledgeable, and potentially to complete an independent medical examination of Plaintiff for which the parties are currently engaged in a meet and confer, pursuant to which Plaintiff generally agrees in principle to submit to a non-invasive, otherwise routine psychological examination, provided she is given the particulars of the who, what and where;

**WHEREAS**, counsel for certain third-party witnesses, who Plaintiff intends to call as witnesses, has accepted service of subpoenas for depositions of those witnesses but has indicated that he intends to either seek a protective order regarding the subject matter of those depositions or an order quashing the subpoenas;

**WHEREAS**, the Parties have agreed to suspend the depositions of those third-party witnesses to permit their counsel to pursue the relief he is seeking with this Court, which will not likely occur until after the current non-expert discovery cut-off

2

deadline;

**WHEREAS**, the deposition of another third party witness was initially noticed for August 21, 2023, but the subpoena was inadvertently served on a person bearing the same name but not the intended witness, and the subpoena to the correct witness is currently out for service subject to interruption due to the Hurricane/Tropical Storm Hilary, presenting the possibility for the need to take the deposition a brief time after the current non-expert discovery cut-off deadline;

**WHEREAS**, the Parties agree that the expert discovery cut-off and disclosure deadlines should be continued for the same length of time as the non-expert discovery cut-off deadline in order to permit adequate preparation of any necessary reports and designations;

**WHEREAS**, the Parties understand that trial deadlines are firm and therefore they do not wish or seek to continue the trial, motion hearing cutoff, or any other deadlines.

**NOW, THEREFORE, THE PARTIES, THROUGH UNDERSIGNED COUNSEL OF RECORD, HEREBY STIPULATE, AGREE, AND REQUEST:**

That the Court modify the pretrial schedule and enter the attached [Proposed] Order, which sets the new non-expert and expert discovery cut-off deadlines, and disclosure deadlines, as follows:

Current Non-Expert Discovery Cut-Off: September 8, 2023
New Non-Expert Discovery Cut-Off:  September 29, 2023

Current Expert Disclosure (Initial): September 22, 2023
New Expert Disclosure (Initial):  October 13, 2023

Current Expert Disclosure (Rebuttal): October 6, 2023
New Expert Disclosure (Rebuttal):  October 27, 2023

Current Expert Discovery Cut-Off: October 20, 2023

New Expert Discovery Cutoff: November 10, 2023

Respectfully submitted,

Dated: August 21, 2023                     GREENBERG GROSS LLP

By: /s/ Daniel Cha
Deborah S. Mallgrave
Daniel Cha
Attorneys for Plaintiff
Sochil Martin

Dated: August 21, 2023                     DAILY ALJIAN LLP

By: /s/ Reed Aljian
Reed Aljian
Attorneys for Defendants
LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASON JOAQUIN GARCIA, an individual.

2

JOINT STIPULATION AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER
TO EXTEND NON-EXPERT AND EXPERT DISCOVERY CUT-OFF DEADLINES ONLY

Dated: August 21, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri
Attorneys for Defendant
COMMUNICATION CENTER
BEREA U.S.A. LLC (erroneously sued as International Berea USA)

2

JOINT STIPULATION AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER
TO EXTEND NON-EXPERT AND EXPERT DISCOVERY CUT-OFF DEADLINES ONLY

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 21, 2023.

DATED: August 21, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
     Geoffrey A. Neri