Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Simon Kwak (State Bar No. 297362)
  *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:   949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as
LA LUZ DEL MUNDO, an alleged unincorporated association;
COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as
International Berea USA); and NAASON JOAQUIN GARCIA, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>      Plaintiff,<br><br>   v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>      Defendants. | Case No.: 2:20−cv−01437-FWS-AS<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO MODIFY SCHEDULING ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF ONLY PURSUANT TO FEDERAL RULE OF CIVIL PROECDURE 16(b)(4)**<br><br>Hon. Fred W. Slaughter<br><br><br>Action Filed:    February 12, 2020<br>Trial Date:     February 27, 2024 |

1    The Court having considered the parties' joint stipulation, and good cause

2    having been shown, hereby grants the stipulation and orders that the pretrial

3    schedule is modified as follows:

4

5    Current Non-Expert Discovery Cut-Off: September 8, 2023

6    New Non-Expert Discovery Cut-Off:  September 29, 2023

7

8    Current Expert Disclosure (Initial): September 22, 2023

9    New Expert Disclosure (Initial):  October 13, 2023

10

11    Current Expert Disclosure (Rebuttal): October 6, 2023

12    New Expert Disclosure (Rebuttal):  October 27, 2023

13

14    Current Expert Discovery Cut-Off: October 20, 2023

15    New Expert Discovery Cutoff:  November 10, 2023

16

17    IT IS SO ORDERED

18

19

20    Dated: _____    _____

21                                     Hon. Fred W. Slaughter

22                                     United States District Judge

23

24

25

26

27

28

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 21, 2023.

DATED: August 21, 2023

BROWN, NERI, SMITH & KHAN LLP

By: ___/s/ Geoffrey A. Neri_____

Geoffrey A. Neri