IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN<br>*Plaintiff*<br>VS.<br><br>LA LUZ DEL MUNDO, ET AL.<br>*Defendants* | Civil Action No.: 2:20-cv-01437-FWS-AS<br><br>PROPOSED ORDER ON<br>MOTION FOR PROTECTION |

## **ORDER**

The Motion for Protective Order came on for hearing before this Court on _____, 2023. All parties appeared. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefor, the Court grants the motion and further orders as follows:

1. Movants' deposition testimony will be limited to their personal knowledge of Plaintiff Sochil Martin's alleged abuse and damages;

2. Counsel for Plaintiff and Defendants are prohibited from questioning Movants about their own allegations of past sexual trauma and abuse;

3. Movants' objection to their subpoenas duces tecum are sustained; and

4. Movants' depositions will be set after Counsel for Parties and Movants meet and confer on witness and counsel availability, and deposition locations.

IT IS SO ORDERED.

Dated: _____       _____

Hon. Fred W. Slaughter
United States District Judge