Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

SOCHIL MARTIN,

   Plaintiff,

 v.

LA LUZ DEL MUNNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.

   Defendants.

Case No.: 2:20-CV-01437-OWD (ASx)

**(DSICOVERY MATTER)**

**DECLARATION OF GEOFFREY A. NERI RE INFORMAL DISCOVERY CONFERENCE**

Date: August 23, 2023
Time: 9 a.m.
Ctrm: 540

Complaint filed:  February 12, 2020
Trial date:    February 27, 2024

DECLARATION OF GEOFFREY A. NERI

## **DECLARATION OF GEOFFREY A. NERI**

I, GEOFFREY A. NERI, declare as follows:

1. I am a partner with the law firm of Brown, Neri, Smith & Khan, LLP, counsel of record for Defendant COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA) ("Berea"). I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify thereto.

2. I am submitting this declaration in response to Magistrate Judge Alka Sagar's minute order of August 21, 2023, directing Defendant to submit interrogatories to the Court and Plaintiff to submit responses in advance of the Informal Discovery Conference ("IDC") scheduled for August 23, 2023, at 9 am.

3. Attached hereto as <u>Exhibit "A"</u> is a true and correct copy of Defendant Communication Center Berea U.S.A. LLC'S Interrogatories Upon Plaintiff (Set One). I have highlighted the specific interrogatories (Nos. 14-18) that elicited objections based on attorney-client privilege and that are therefore at issue for purposes of the IDC.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2023, in the County of Los Angeles, California.

_____
Geoffrey A. Neri

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 22, 2023.

DATED: August 22, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
      Geoffrey A. Neri