# EXHIBIT "A"

Reed Aljian (State Bar No. 211010)
 *ra@dallp.com*
Justin E. D. Daily (State Bar No. 209772)
 *jd@dallp.com*
Simon Kwak (State Bar No. 297362)
 *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone: 949.861.2524
Facsimile: 949.269.6364

Attorneys for Defendants named as
LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); ADORAIM JOSADAC JOAQUIN (erroneously sued as Adoraim Joaquin Zamora); ALMA ELIZABETH JOAQUIN (erroneously sued as Alma Zamora de Joaquin); and NAASON JOAQUIN GARCIA, an individual.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> LA LUZ DEL MUNDO, an unincorporated association, et al. <br><br> Defendants. | Case No.: 2:20−cv−01437-FWS-AS <br><br> **DEFENDANT COMMUNICATION CENTER BEREA U.S.A. LLC'S INTERROGATORIES UPON PLAINTIFF (SET ONE)** <br><br> Judge: Hon. Fred W. Slaughter <br> Courtroom: 10D <br><br> Magistrate Judge: Hon. Alka Sagar <br> Courtroom: 540, 5th Floor <br><br> Action Filed: February 12, 2020 <br> Trial Date: February 27, 2024 |

PROPOUNDING PARTY:   COMMUNICATION CENTER BEREA U.S.A. LLC

RESPONDING PARTY:   SOCHIL MARTIN

SET NO:   ONE

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 33, Defendant named as COMMUNICATION CENTER BEREA U.S.A. LLC propounds the following interrogatories, Set One, onto Plaintiff Sochil Martin:

## DEFINITIONS

1. "COMPLAINT" means the operative complaint filed by PLAINTIFF in the ACTION.

2. "ACTION" means the action titled *Sochil Martin v. La Luz Del Mundo, et al*, Case No. 2:20−cv−01437 OWD (ASx).

3. "PLAINTIFF," "YOU," and "YOUR" means Plaintiff Sochil Martin.

4. "LLDM" shall mean the defendant named as LA LUZ DEL MUNDO, an alleged unincorporated association.

5. "CCB" shall mean and refer to Defendant COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA) and any representatives or any other PERSON acting or purporting to act on its behalf.

6. "GARCIA" shall mean and refer to Defendant NAASÓN JOAQUIN GARCIA.

7. "DEFENDANTS" shall mean and refer collectively to LLDM, , CCB, GARCIA, ALMA, ADORAIM, GILBERTO GARCIA GRANADOS, CONSEJO DE OBISPOS, CCB, JOSE HERNANDEZ, UZZIEL JOAQUIN, SILVERIO CORONADO, AURELIO ZAVALETA, JOSE LUIS ESTRADA, JONATHAN MENDOZA, BENJAMIN JOAQUIN GARCIA, RAHEL JOAQUIN GARCIA, and DAVID MENDOZA.

8. "PERSON" or "PERSONS" shall mean and refer to any natural person, firm, partnership, association, corporation, trust, or any other business or legal entity.

9. When used in reference to a PERSON, "IDENTIFY" shall mean to state to the PERSON's full name, present or last known resident and business

address, telephone number, email, and the present or last known employer and job title.

10. When used in reference to a calendar date, "IDENTIFY" shall mean to state the month, day, and year.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please state all facts supporting YOUR contention that YOU are entitled to wages for the alleged unpaid labor YOU seek to recover under your Seventh Claim for Relief in YOUR COMPLAINT.

**INTERROGATORY NO. 2:**

Please state all facts supporting YOUR contention that YOU are entitled to wages for the alleged unpaid wages YOU seek to recover under your Eighth Claim for Relief in YOUR COMPLAINT.

**INTERROGATORY NO. 3:**

Please state all facts supporting YOUR contention that YOU were entitled to overtime for the alleged services YOU allegedly provided to CCB.

**INTERROGATORY NO. 4:**

Please state all facts supporting YOUR contention that YOU were entitled to meal breaks for the alleged services YOU provided on behalf to CCB.

**INTERROGATORY NO. 5:**

Please state all facts supporting YOUR contention that YOU were entitled to rest breaks for the alleged services YOU provided to CCB.

**INTERROGATORY NO. 6:**

Please state the dollar amount of alleged unpaid wages and overtime YOU seek to recover under YOUR Seventh Claim for Relief.

**INTERROGATORY NO. 7:**

Please state the dollar amount of alleged unpaid wages and overtime YOU seek to recover under YOUR Eighth Claim for Relief.

**INTERROGATORY NO. 8:**

Please IDENTIFY the date that YOUR alleged employment for CCB ended.

**INTERROGATORY NO. 9:**

Please IDENTIFY the date that YOUR alleged employment for LLDM ended.

**INTERROGATORY NO. 10:**

Please IDENTIFY the date that YOUR alleged employment for GARCIA ended.

**INTERROGATORY NO. 11:**

Please IDENTIFY the last date that YOU allegedly performed services for CCB that would allegedly entitle YOU to wages.

**INTERROGATORY NO. 12:**

Please IDENTIFY the last date that YOU allegedly performed services for LLDM that would allegedly entitle YOU to wages.

**INTERROGATORY NO. 13:**

Please IDENTIFY the last date that YOU allegedly performed services for GARCIA that would allegedly entitle YOU to wages.

**INTERROGATORY NO. 14:**

Please IDENTIFY the first date YOU communicated with any member of the Herman Law Group for purposes of communicating any of YOUR complaints regarding any of the DEFENDANTS.

**INTERROGATORY NO. 15:**

Please IDENTIFY the first date that YOU communicated with any member of the Law Office of Scott Ogle, including Scott Ogle, for purposes of communicating any of YOUR complaints regarding any of the DEFENDANTS.

**INTERROGATORY NO. 16:**

Please IDENTIFY the first date that YOU communicated with any attorney (not including attorneys working for a government agency) for purposes of communicating any of YOUR complaints regarding any of the DEFENDANTS.

3

DEFENDANT CCB'S INTERROGATORIES UPON PLAINTIFF, SET ONE

**INTERROGATORY NO. 17:**

Please IDENTIFY the first date that YOU communicated with any attorney (not including attorneys working for a government agency) for purposes of communicating any of YOUR complaints regarding any of the DEFENDANTS.

**INTERROGATORY NO. 18:**

Please IDENTIFY the first date that YOU communicated with any government agency (e.g., the Federal Bureau of Investigation, California Attorney General, etc.) for purposes of communicating any of YOUR complaints regarding any of the DEFENDANTS.

**INTERROGATORY NO. 19:**

Please IDENTIFY the first date that YOU communicated with any member of the media (e.g., journalist) for purposes of communicating any of YOUR complaints regarding any of the DEFENDANTS.

Dated: November 18, 2022         DAILY ALJIAN LLP

By: /s/ Reed Aljian
Reed Aljian
Attorneys for Defendants
LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); ADORAIM JOSADAC JOAQUIN (erroneously sued as Adoraim Joaquin Zamora); ALMA ELIZABETH JOAQUIN (erroneously sued as Alma Zamora de Joaquin); and NAASON JOAQUIN GARCIA, an individual

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:** *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **November 18, 2022**, I caused the foregoing document(s) to be served on:

**DEFENDANT COMMUNICATION CENTER BEREA U.S.A. LLC'S INTERROGATORIES UPON PLAINTIFF SOCHIL MARTIN (SET ONE)**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]   (BY EMAIL) The above-referenced document was transmitted by email.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **November 18, 2022**, at Newport Beach, California.

                                    */s/* Hilda Crowley
                                    Hilda Crowley

1

PROOF OF SERVICE

# **SERVICE LIST**

DEBORAH S. MALLGRAVE
  *DMallgrave@GGTrialLaw.com*
DANIEL S. CHA
  *DCha@GGTrialLaw.com*
DESIREE N. MURRAY
  *DMurray@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
  *Attorneys for Plaintiff SOCHIL MARTIN*

Michael Reck
  *MReck@AndersonAdvocates.com*
Hagerey Mengistu
  *Hagerey@AndersonAdvocates.com*
JEFF ANDERSON & ASSOCIATES
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
  *Attorneys for Plaintiff SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
WERKSMAN JACKSON & QUINN LLP
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
  *Attorneys for Defendant NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
  *Attorneys for Defendants JOSE HERNANDEZ, SILVERIO CORONADO, AURELIO ZAVALETA, UZZIEL JOAQUIN, JONATHAN MENDOZA, DAVID MENDOZA, BENJAMIN JOAQUIN AND JOSE LUIS ESTRADA*