# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sochil Martin,<br><br>PLAINTIFF(S)<br><br>v.<br><br>La Luz Del Mundo, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV20-01437-FWS (ASx)<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| August 22, 2023 | 211 | Amended Motion for Protection |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

- Counsel for Movant is directed to file an Amended Motion for Protection that cures the deficiencies listed in the "Notice to Filer of Deficiencies in Filed Documents" (ECF No. 214).

- For assistance in properly e-filing future documents, counsel may contact the Help Desk at (213) 894-0242 or ecf-helpdesk@cacd.uscourts.gov

Dated: August 23, 2023

By: / s / Sagar
Honorable Alka Sagar
United States Magistrate Judge