IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN<br>  *Plaintiff*<br>VS.<br><br>LA LUZ DEL MUNDO, ET AL.<br>  *Defendants* | Civil Action No.: 2:20-cv-01437-FWS-AS<br><br>PROPOSED ORDER ON<br>MOTION FOR PROTECTION<br><br>**Date:** October 3, 2023<br>**Time:** 10:00 a.m.<br>**Courtroom:** 540 |

### ORDER

The Motion for Protective Order came on for hearing before this Court on October 3, 2023. All parties appeared. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefor, the Court grants the motion and further orders as follows:

1. Movants' deposition testimony will be limited to their personal knowledge of Plaintiff Sochil Martin's alleged abuse and damages;

2. Counsel for Plaintiff and Defendants are prohibited from questioning Movants about their own allegations of past sexual trauma and abuse;

3. Movants' objection to their subpoenas duces tecum are sustained; and

4. Movants' depositions will be set after Counsel for Parties and Movants meet and confer on witness and counsel availability, and deposition locations.

IT IS SO ORDERED.

Dated: _____        _____

                                                                  Hon. Fred W. Slaughter
                                                                  United States District Judge