# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sochil Martin,<br><br>PLAINTIFF(S)<br>v.<br>La Luz Del Mundo et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV20-01437-FWS (ASx)<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| August 28, 2023 | 217 | Motion for Protective Order |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

    - The hearing will be heard before Magistrate Judge Sagar on October 3, 2023 at 10:00 a.m. in courtroom 540, 5th Floor of the Edward R. Roybal Federal Building 255 East Temple Street, Los Angeles, CA 90012.

    - Counsel is directed to e-mail a revised proposed order that has Magistarte Judge Sagar's name and provide a courtesy copy.

    - Refer to Judge Sagar's Procedures and Schedules at http://www.cacd.uscourts.gov/honorable-alka-sagar

Dated: August 28, 2023

By: / s / Sagar
Honorable Alka Sagar
United States Magistrate Judge