DEBORAH S. MALLGRAVE, State Bar No. 198603
  *DMallgrave@GGTrialLaw.com*
DANIEL S. CHA, State Bar No. 260256
  *DCha@GGTrialLaw.com*
ECLKEY M. KEACH, III, (*admitted pro hac vice*)
  *ekeach@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL RECK, State Bar No. 209895
  *MReck@AndersonAdvocates.com*
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCIA, an individual, INTERNATIONAL BEREA USA, an unincorporated association,<br><br>  Defendants. | Case No. 2:20-cv-01437-FWS-AS<br>Judge:  Hon. Fred W. Slaughter<br>Courtroom:  10D<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO TAKE THE DEPOSITION OF DEFENDANT NAASON JOAQUIN GARCIA BEYOND THE CURRENT DISCOVERY CUTOFF** |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Unopposed *Ex Parte* Application for Leave to Take the Deposition of Defendant Naason Joaquin Garcia Beyond the Current Discovery Cutoff, filed August 30, 2023. Good cause having been found,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed *Ex Parte* Application for Leave to Take the Deposition of Defendant Naason Joaquin Garcia Beyond the Current Discovery Cutoff, is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff has until September 29, 2023, to conduct the deposition of Defendant Naason Joaquin Garcia.

**IT IS SO ORDERED.**

Dated: _____, 2023   _____
Fred W. Slaughter
Judge of United States District Court