**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sochil Martin, <br><br> PETITIONER, <br><br> v. <br><br> La Luz Del Mundo et al, <br><br> RESPONDENT. | CASE NUMBER <br><br> CV20-01437-FWS (ASx) <br><br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)

The exhibits to the Motion and Objections (Docket No. 217-1) include protected, personally identifiable information. Counsel for Movant Jane Does 1-5 is instructed to re-file in the event they still would like the 10/03/23 hearing date on the motion for protective order/objections.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Motion for Protective Order (Docket No. 217) | August 28, 2023 |
| **NOTICE - The Court has sealed Docket No. 217-1** | |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

| | |
|---|---|
| August 31, 2023 <br> Date | / s / Sagar <br> Honorable Alka Sagar <br> United States Magistrate Judge |