**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al,<br><br>　　　　Defendants. | Case No. 2:20-cv-01437-FWS-AS<br><br>**ORDER RE JOINT STIPULATION AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER TO EXTEND NON-EXPERT AND EXPERT DISCOVERY CUT-OFF DEADLINES ONLY [207]; ORDER DENYING AS MOOT PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO TAKE THE DEPOSITION OF DEFENDANT NAASÓN JOAQUÍN GARCÍA BEYOND THE CURRENT DISCOVERY CUTOFF [220]** |

　　　　Having reviewed and considered the Parties' Joint Stipulation and Request for Modification of Scheduling Order to Extend Non-Expert and Expert Discovery Cut-Off Deadlines Only [207] (the "Stipulation"), the files and records of the case, the

applicable law, and for the good cause demonstrated, the court **ORDERS** the court's September 2, 2022, Scheduling Order [154] **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial<br>**Tuesday at 8:30 a.m.** | **First Day:<br>2/27/2024** |
| *Parties' Estimated* Trial Length | **20 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | 2/8/2024 |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 10/27/2022 |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | *9/29/2023* |
| Expert Disclosure (Initial) | *10/13/2023* |
| Expert Disclosure (Rebuttal) | *10/27/2023* |
| Expert Discovery Cut-Off | *11/10/2023* |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 11/16/2023 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | 11/30/2023 |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert Motions with Proposed Orders*[2]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1] | 1/19/2024 |

---

[1] Given the record before the court, the court is disinclined to grant further modifications of the court's scheduling order.
[2] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

| | |
|---|---|
| • Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• *Oppositions to Daubert Motions*[3]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• *Objections and Counter Deposition Designation(s)* | **1/26/2024** |
| • *Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s)* | **2/1/2024** |

In light of the court modifying the Scheduling Order as described above, Plaintiff's Unopposed *Ex Parte* Application for Leave to Take the Deposition of Defendant Naasón Joaquín García beyond the Current Discovery Cutoff [220] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: September 1, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR

---

[3] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 155 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.