Reed Aljian (State Bar No. 211010)
  ra@dallp.com
Justin E.D. Daily (State Bar No. 209772)
  jd@dallp.com
Simon Kwak (State Bar No. 296362)
  sk@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone:  949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASON JOAQUIN GARCIA, an individual.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>          Defendants. | CASE NO.:  2:20-CV-01437-FWS (ASx)<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**DEFENDANTS' STATUS REPORT PER ORDER DATED AUGUST 25, 2023**<br><br>Judge:         Hon. Fred W. Slaughter<br>Courtroom:  10D (Santa Ana)<br><br>Magistrate Judge:  Hon. Alka Sagar<br>Courtroom:           540 (Roybal)<br><br>Action Filed:  February 12, 2020<br>Trial Date:     February 27, 2024 |

Defendant named as LA LUZ DEL MUNDO, an alleged unincorporated association and Defendant COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as INTERNATIONAL BEREA USA) (collectively, "Defendants") hereby submit the following Status Report pursuant to the "Order Re: Informal Discovery Conference (Dkt. No. 212)":

### SUMMARY OF AUGUST 25, 2023, ORDER (Dkt. No. 216)

On August 23, 2023, the Parties participated in an Informal Discovery Conference before the Honorable Alka Sagar, United States Magistrate Judge. Among other matters, the Parties addressed Plaintiff's request to depose Gilberto Garcia Granados, Nicholas Menchaca, Josue Mora and Rogelio Zamora (collectively, the "Persons"), who Plaintiff contends are high ranking members of Defendant LLDM.

Following the Informal Discovery Conference, the Court entered the Order Re: Informal Discovery Conference (Dkt. No. 212), on August 25, 2023. As to the depositions, the Court's Order states as follows:

"Defendants are ordered to submit a status report to the Court and to Plaintiff – no later than one week from the date of this Order – setting forth the following information: (1) whether the four individuals are U.S. nationals or residents; (2) the title or position that the four individuals hold vis-à-vis the Defendant entity, La Luz Del Mundo ("LLDM"); and (3) whether LLDM has any ability to require these four individuals to appear for deposition either in the United States, Mexico, or elsewhere."

### STATUS REPORT

1. None of the Persons are U.S. nationals or residents of the United States. All are citizens and residents of Mexico.

2. Gilberto García Granados, Rogelio Zamora, and Nicholas Menchaca are Pastors. Josue Mora is a Minister.

///

3. LLDM does not have the ability to require the Persons to appear for deposition in the United States, Mexico, or elsewhere.

Dated: September 1, 2023          **DAILY ALJIAN LLP**

By: /s/ Reed Aljian
    Reed Aljian
    Attorneys for Defendants
    LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASON JOAQUIN GARCIA, an individual


# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:** *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **September 1, 2023**, I caused the foregoing document(s) to be served on:

**DEFENDANTS' STATUS REPORT
PER ORDER DATED AUGUST 25, 2023**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]   (BY EMAIL) The above-referenced document was transmitted by email.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **September 1, 2023**, at Newport Beach, California.

                                        */s/* Bahar Ebe
                                        Bahar Ebe

# SERVICE LIST

Deborah S. Mallgrave
  *DMallgrave@GGTrialLaw.com*
Daniel S. Cha
  *DCha@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
  *Attorneys for Plaintiff SOCHIL MARTIN*

Michael Reck
  *MReck@AndersonAdvocates.com*
  *cafiling@andersonadvocates.com*
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
  *Attorneys for Plaintiff SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
**WERKSMAN JACKSON & QUINN LLP**
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
  *Attorneys for Defendant NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
  *Attorneys for Defendant* COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA)