# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 20-01437-FWS (ASx) | Date | September 5, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER RE FILING OF REPLY**

On September 1, 2023, Jane Does 1-5 ("Movants") filed an Amended Notice of Motion, Motion for Protective Order and Objections to Subpoena Duces Tecum with the Court. (Dkt. No. 222).

Defendant La Luz Del Mundo must file a response to this Motion and Objections no later than fourteen (14) days from the date of this Order - by **September 19, 2023.**

**IT IS SO ORDERED.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |