UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 20-01437-FWS (AS) | Date | September 14, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings (In Chambers):**   **ORDER RE LETTERS ROGATORY**

On August 25, 2023, the Court issued an order following an informal discovery conference held with the parties directing Defendant La Luz Del Mundo ("LLDM") to submit a status report regarding information about Plaintiff's request to depose four witnesses alleged to be high ranking members of LLDM who are residing in Mexico. (Dkt. No. 216). After reviewing Defendant's status report submitted on September 1, 2023, (Dkt. No. 224), the Court finds that Defendant has no control over the witnesses Plaintiff seeks to depose and therefore cannot compel them to appear for deposition. Accordingly, if Plaintiff wishes to depose these four individuals, she must submit a Letter Rogatory to the Court.

A letter rogatory is "a formal request from a court in which an action is pending[ ] to a foreign court to perform some judicial act." 22 C.F.R. § 92.54; *see also Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 n.1 (2004) (defining "letter rogatory" as "the request by a domestic court to a foreign court to take evidence from a certain witness"); 8A Wright, Miller & Marcus, *Fed. Prac. & Proc. Civ.* § 2083 (3d ed.) ("Letters rogatory are formal communications in writing sent by a court in which an action is pending to a court or judge of a foreign country requesting that the testimony of a witness resident within the jurisdiction of the latter court may be formally taken there under its direction and transmitted to the first court for use in the pending action."). The Federal Rules provide for the taking of depositions within foreign countries through letters rogatory. Fed. R. Civ. P. 28(b)(1) ("A deposition may be taken in a foreign country . . . under a letter of request, whether or not captioned a 'letter rogatory' . . . ."). In accordance with Rule 28(b)(1)(B), "[t]he Department of State has power, directly, or through suitable channels . . . to receive a letter rogatory issued, or request made, by a tribunal in the United States, to transmit it to the foreign or international tribunal, officer, or agency to whom it is addressed, and to receive and return it after execution." 28 U.S.C. § 1781(a). The proper method for obtaining deposition testimony in Mexico for use in a United States action is to proceed by means of a

**CIVIL MINUTES – GENERAL**

| No. | CV 20-01437-FWS (AS) | Date | September 14, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

letter rogatory. The Inter-American Convention on Letters Rogatory, which the United States and Mexico are both parties to, specifically provides that a court outside of Mexico may serve letters rogatory upon a Mexican court. Inter-American Convention on Letters Rogatory. To be accepted before a Mexican court, a letter rogatory must: (1) appear on the appropriate Inter-American Convention on Letters Rogatory form, (2) be duly notarized, (3) be duly apostilled pursuant to the Hague Convention, (4) be translated into Spanish by a Mexican translator, (5) describe the nature of the foreign action, and (6) state that which the foreign court is requesting of the Mexican court. *Id*.

Courts have "inherent power to issue Letters Rogatory," *United States v. Staples*, 256 F.2d 290, 292 (9th Cir. 1958), and "[w]hether to issue such a letter is a matter of discretion for the court," *Valcor Eng'g Corp. v. Parker Hannifin Corp.*, No. SACV 16-0909, 2017 WL 10440084, at *1 (C.D. Cal. May 1, 2017) (citation omitted). "When determining whether to exercise its discretion, a court will generally not weigh the evidence sought from the discovery request nor will it attempt to predict whether that information will actually be obtained." *Asis Internet Servs.*, 2007 WL 1880369, at *3; *accord Valcor Eng'g Corp.*, 2017 WL 10440084, at *1. Instead, a court applies "Rule 28(b) in light of the scope of discovery provided by the Federal Rules of Civil Procedure." *Asis Internet Servs.*, 2007 WL 1880369, at *3 (collecting cases); *see Valcor Eng'g Corp.*, 2017 WL 10440084, at *1 ("Thus, in deciding whether to issue a letter rogatory, a Court decides whether the discovery sought is permissible under the Federal Rules of Civil Procedure."). Under Rule 26, "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1).

Here, Plaintiff alleges the four witnesses she would like to depose are high ranking members of LLDM with percipient knowledge of Defendants' misconduct and the illegal cover up. It follows that their deposition is narrowly tailored and relevant to Plaintiff's claims and Defendants' defenses. Fed. R. Civ. P. 26(b)(1). Further, there is no alternative source of the information sought given Plaintiff's claims regarding these specific LLDM members' unique knowledge.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-01437-FWS (AS) | Date | September 14, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

Plaintiff shall lodge with the Court **two** original copies of the Letter Rogatory she seeks. The Letter Rogatory must be formatted and allow for the signatures, authentications, and verifications pursuant to the Central District of California's filing procedures. *See Letter Rogatory / Letter of Request for Judicial Assistance*, available at http://www.cacd.uscourts.gov/court-procedures/filing-procedures/letters-rogatory. Once the Letter Rogatory has been signed and sealed, it will be returned to Plaintiff for appropriate service on the United States Department of State or the appropriate judicial authority in Mexico.

**IT IS SO ORDERED.**

Initials of Preparer    AF        0 : 00