UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-01437-FWS (AS) | Date | September 21, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER RE REDACTED DOCUMENTS AND PRIVILEGE LOG**

On August 25, 2023, the Court issued an order following an informal discovery conference held with the parties. (Dkt. No. 216). Part of this order directed the parties to submit attorney Scott Ogle's unredacted communications with Plaintiff, Plaintiff's redactions, and Plaintiff's privilege log to the court for *in camera* review within a week. (Id.). The parties submitted the documents on September 1, 2023. Plaintiff is ordered to (1) re-submit the redacted and unredacted communications with Mr. Ogle as a single document, with the redacted portions in highlighted text and (2) submit an updated privilege log in no less than 12-point font that describes the content of the communications with greater specificity.

Plaintiff must submit the updated communications and privilege log within a week from this order — no later than September 28, 2023.

**IT IS SO ORDERED.**

                                                                                                                                  0   :   00
Initials of Preparer    AF