Reed Aljian (State Bar No. 211010)
 *ra@dallp.com*
Justin E.D. Daily (State Bar No. 209772)
 *jd@dallp.com*
Simon Kwak (State Bar No. 296362)
 *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:   949.861.2524
Facsimile:    949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASÓN JOAQUÍN GARCÍA, an individual

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>Defendants. | CASE NO.:  2:20-CV-01437-FWS (ASx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF REED ALJIAN RE: DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF DEFENDANT NAASÓN JOAQUÍN GARCÍA**<br><br>Date:        October 24, 2023<br>Time:        10:00 a.m.<br>Courtroom:  540 (Roybal)<br><br>Discovery Cutoff:  September 29, 2023<br>Pretrial Conf.:     February 8, 2024<br>Trial Date:         February 27, 2024<br><br>Magistrate Judge:  Hon. Alka Sagar |

# DECLARATION OF REED ALJIAN

I, Reed Aljian, hereby declare as follows:

1.  I am an attorney licensed to practice law before all state and federal courts in the State of California. I am the Managing Partner with the law firm of Daily Aljian LLP (the "Firm"), counsel of record for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association ("LLDM"); COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA) ("CCB"), and NAASÓN JOAQUÍN GARCÍA, an individual (collectively, "Defendants").

2.  I submit this declaration in support of the Joint Stipulation Re: Motion for Entry of Protective Order Regarding Deposition of Defendant Naasón Joaquín García. The facts stated herein are true based upon my own personal knowledge or upon review of the records in my Firm's possession. If called as a witness, I could and would testify truthfully to the contents of this declaration.

3.  The deposition of Mr. García was scheduled to commence on September 18, 2023, subject to the California Institute for Men's requirements for approval and security clearance to conduct inmate depositions.

4.  Beginning in or about February 2023, the Parties began the process of meeting and conferring regarding the deposition of Mr. García. Pursuant to those discussions in the following months, it was my understanding that the deposition testimony of Mr. García would not be videotaped.

5.  The deposition of Mr. García was previously scheduled to commence on August 30, 2023. On August 25, 2023, however, I was informed that Plaintiff was seeking security clearance for a videographer for the deposition. That same day, I met and conferred with Plaintiff's counsel, Mr. Daniel Cha, telephonically and by email, regarding the parameters of the deposition of Mr. García, including the method of recording of the testimony, pursuant to Local Rule 7-3 and 37-1. A true and correct copy of the email exchange is attached hereto as **Exhibit A**.

DAILY ALJIAN LLP
Newport Beach, California

6. On August 28, 2023, I continued the meet and confer process, telephonically, to seek an informal resolution regarding how Mr. García's deposition would be recorded and to determine whether a motion for a protective order would be necessary to resolve the issue. The Parties were unable to reach an informal resolution and postponed the deposition until the issue was resolved by the Court.

7. On February 13, 2020, the day after Plaintiff filed her initial complaint, Plaintiff and her counsel held a "news conference" in downtown Los Angeles to announce the filing of her Complaint. At that news conference, Plaintiff stood between her attorneys (Jeff Anderson, Deborah Mallgraves, and Joshua Robbins), and behind a lectern emblazoned with the names and logos of the attorneys' law firms, publicly recounting allegations of forced labor, involuntary servitude, sex trafficking, and RICO conspiracy, among others, that comprise her Complaint. The 45-minute news conference was streamed live on the internet. The news conference was streamed live on the internet and can be viewed at https://youtu.be/48qalqYWKVQ. The next morning, Ms. Martin was featured on the front page of the Los Angeles Times, which ran a long article covering her and her allegations.

8. In March 2020, Plaintiff starred in a documentary mini-series on Showtime called "The Trade." During the documentary, she repeated her allegations of forced labor, involuntary servitude, sex trafficking, among others, contained in her Complaint.

9. On or around November 3, 2022, a 10-part podcast was released on the internet for online streaming. Information about the podcast can be found at https://www.audible.com/blog/la-luz-del-mundo-the-secretive-megachurch-in-darkness-of-the-world-explained. In the last episode of the series, Ms. Mallgraves is interviewed and discusses her own opinions on topics concerning Defendants and the Action. A transcript of the podcast is being prepared, and relevant portions will be submitted for the Court's review, if necessary.

10. On December 6, 2022, HBO released a three-episode documentary called "Unveiled: Surviving La Luz Del Mundo", which "starred" Plaintiff. The documentary is available for streaming online. In the third episode, Ms. Mallgraves makes an appearance and states that there were ongoing criminal investigations by the FBI and other law enforcement agencies. The third episode features a third party stating that he unlawfully received electronic data, including a video recording, from the California Department of Justice. The third party states that he provided the video recording to HBO, which HBO then published in the documentary.

11. A true and correct copy of a document produced during discovery of the Action is attached hereto as **Exhibit B**. The document appears to show written communications between Plaintiff and Mr. Scott Ogle.

12. On September 11, 2023, I provided Plaintiff's counsel, Mr. Daniel Cha, Defendants' initial portion of the Joint Stipulation on the Motion, under L.R. 37-2.2.

13. On or around September 14, 2023, Univision, a Spanish-language news media outlet published an article, in Spanish, regarding Plaintiff's lawsuit and the deposition of Mr. García. The article can be accessed at https://www.univision.com/noticias/estados-unidos/naason-joaquin-lider-luz-del-mundo-interrogatorio-demanda-civil-federal-california. A true and correct copy of an English translation of the article is attached hereto as **Exhibit C**.

14. Prior to the filing the Motion, I received confirmation from the California Institute for Men that inmates are not permitted to have, use, or change to alternate clothing while in custody.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2023.

By: /s/ Reed Aljian
Reed Aljian

# EXHIBIT A

**Simon Kwak**

| | |
|---|---|
| **From:** | Reed Aljian |
| **Sent:** | Saturday, August 26, 2023 4:41 PM |
| **To:** | Daniel S. Cha |
| **Cc:** | Alan Jackson; Geoff Neri; Eckley M. Keach III; Deborah Mallgrave; Caleb Mason; Bahar Ebe; Simon Kwak; Daisy Lopez; Crystal M. Rose |
| **Subject:** | Re: Sochil Martin v. La Luz Del Mundo et al / CV20-1437-FWS (ASx) / Telephone Conference |

Dear Daniel,

Based upon your response, I understand that Plaintiff intends to take the deposition of Mr. Garcia by video. Rather than engage in a debate whether we previously agreed that the deposition not be taken by that method, I write to request a conference call to meet and confer regarding a motion for protective order in an effort to seek an informal resolution. Please advise if you have time on Monday or Tuesday to engage in that meet and confer. I am generally available each day.

Reed Aljian

On Aug 25, 2023, at 7:44 PM, Daniel S. Cha <DCha@ggtriallaw.com> wrote:

Reed,

When we spoke this afternoon, you said we had previously confirmed in writing that the deposition would not be video-recorded. I did not recall that, and asked you to forward me that information. Otherwise, the deposition notice stated the deposition may be recorded by audiovisual means.

In any event, as I mentioned, I learned today that the processing of the interpreter and the videographer may not be complete in time for the August 30 date currently set for the deposition of Mr. Garcia. I intend to have my office inquire of the litigation coordinator if anything can be done to expedite these clearances to permit the deposition to proceed on August 30. If it turns out that they can expedite the interpreter's clearance but not the videographer's, I intend to proceed without the videographer. If not, as I discussed with you and Mr. Neri this afternoon, I will contact you to discuss rescheduling the deposition for as soon as available and amenable to the correctional facility. If we cannot come to an agreement or cannot get a date before the discovery cutoff, Plaintiff will apply ex parte for leave to take the deposition on a date certain/after the current discovery cutoff (pending the court's ruling on our stipulation to continue the discovery cutoff).

**Daniel S. Cha**
*Counsel*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2795 | Fax 949.383.2801
DCha@GGTrialLaw.com | www.GGTrialLaw.com

---

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Friday, August 25, 2023 7:27:49 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Cc:** Alan Jackson <ajackson@werksmanjackson.com>; 'Geoff Neri' <geoff@bnsklaw.com>; Eckley M. Keach III

1

Exhibit A
5

&lt;EKeach@GGTrialLaw.com&gt;; Deborah Mallgrave &lt;DMallgrave@GGTrialLaw.com&gt;; Caleb Mason &lt;cmason@werksmanjackson.com&gt;; Bahar Ebe &lt;bahar@dallp.com&gt;; Simon Kwak &lt;sk@dallp.com&gt;; Daisy Lopez &lt;dlopez@dallp.com&gt;
**Subject:** [EXT] RE: Sochil Martin v. La Luz Del Mundo et al / CV20-1437-FWS (ASx) / Telephone Conference

Dear Daniel,

Today, you explained you intended to have Mr. Garcia's deposition recorded by video. I was shocked by that explanation, since we agreed otherwise.

However, I wish to make this clear. My client objects to appearing at deposition on video while at his current location. It is prejudicial, harassing, and improper.

So, please kindly state, clearly and in writing and no later than end of day Monday, August 28, 2023, whether Plaintiff demands and plans to video the deposition of Mr. Garcia. I need to know during this time period so that I can plan accordingly and initiate the relief process.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

# EXHIBIT B

Scott Ogle

https://drive.google.com/file/d/1qMXaftoU0AFRK2pfs8NbA297VHy-nuGC/view?usp=sharing

http://articles.latimes.com/1998/mar/10/news/mn-27361

Sochil Martin
Hello, Scott! I am a victim of Naason Joaquin since i was 16. I am now pressing charges and moving full force with the FBI. I also now am part of a community of exlldm

And I plan to film a documentary of the psychological, emotional and sexual abuse of the Joaquin mafia.

Sochil added you on Messenger.
FRI 8:20PM
You accepted Sochil's request.

Scott Ogle
Great. How can we help?

Sochil Martin
I'm making a documentary on the cult Lldm, I am a filmmaker and thought I would use this terrible experience for my next project. I have a team of investigators and as for my film crew I will have to try and contact my friends from college. I would lile to invite you to this project, we are uniting with the makers of exlldm and other social media and bloggers that are anti Lldm as well as victims and ex lldm members that want to cooperate with the authorities and or with the filming of the documentary. It would be great to have you on board.

Scott Ogle
We would be honored.

Sochil Martin
Great! We are planning an international meeting with a few people from Colombia, El Salvador, Mexico City, Texas and Los Angeles.

DEF 000090

I want that fucker raped in jail

You don't know the amount of pain he and my mom caused me.

There is another person who naason had an affair with when she was a minor and is xlldm but she's scared to come out.

I know that for now it's just me but I know that there are hundreds of young men and women who want to speak but are to scared.

Scott

**Spotlight**

Michael Keaton, Mark Ruffalo, and Rachel McAdams lead a critically acclaimed cast in this gripping true story about the Pulitzer Prize-winning investigation ...

youtube.com

# EXHIBIT C

Exhibit C
10



LIGHT OF THE WORLD

# Naasón Joaquín, leader of La Luz del Mundo, will be interrogated in a federal civil lawsuit in California

The federal civil trial against Naasón Joaquín García, leader of the La Luz del Mundo church, for human trafficking, forced labor, sexual assault and other accusations is scheduled for late February 2024. On VIX you can now see the documentary about this case.

BY:: GERARDO REYES AND ISAIAH ALVARADO
PUBLISHED 14 SEP 2023 – 09:57 AM EDT | UPDATED SEP 17, 2023 – 07:49 PM EDT

SHARE

In a relatively unknown federal civil litigation in California, **the leader of the La Luz del Mundo church Naasón Joaquín García** will be questioned this Monday by the lawyers of a young former member of his cult who made known the first **allegations of sexual abuse** against the so-called 'Apostle of Jesus Christ' and his father.

Joaquín García, sentenced in a Los Angeles court to almost 17 years in prison for sexual abuse of minors, will face judicial proceedings outside of court and behind closed doors.

Depositions, as these testimonial evidence are known, are characterized by the severity of the lawyers' interrogations and the breadth of the topics to which the deponent must respond under the severity of the oath.

In February 2020, Joaquin was civilly charged in the Department of Justice's Central District of California court. The complaint mentions human trafficking, forced labor and sexual assault, among other charges. He was brought in by Sochil Martin, a young Mexican-American woman who was part of his closest circle. She paved the way to the criminal case that landed him in prison.

The trial is scheduled to begin on February 27, 2024, according to a calendar that Judge Fred Slaughter entered into the file on September 1. The trial is expected to take 20 days, according to the document.

Case 2:20-cv-01437-FWS-AS    Document 229-1    Filed 09/21/23    Page 13 of 18    Page ID #:4282

9/20/23, 10:50 AM                    Naasón Joaquín will be subjected to interrogation for a federal civil lawsuit in California | Univision News United States | Univision

A previous final hearing was scheduled for February 8, 2024 and the period to hear motions from both parties will conclude on November 16.

The discussion about carrying out the interrogation of Joaquín was preceded by strong objections from his lawyers, who asked the judge to annul it because there is a criminal investigation underway.

According to documents provided to the file by the defense, a defendant in a civil proceeding can be exempt from deposition if there is a criminal investigation.

For their part, Martin's lawyers indicated in the court fi they would request said suspension "only if the investig involved the same facts and victims as in the civil case."

"The Apostle, my rapist, is my uncle": VIX's shocking documentary about La Luz del Mundo

### Confidentiality for statements by Naasón Joaquín

Joaquín García's lawyers also objected to cameras being used during the testimony.

But a recent court document states that a cameraman registered to record the statements of the 'Apostle' on August 30, but did not submit an authorization form to prison authorities in time and the deposition had to be postponed.

A person familiar with the case told Univision that Joaquín García may take advantage of the Fifth Amendment to not answer most of the questions. The Fifth Amendment protects a person's right not to incriminate themselves.

Joaquín's testimony will be kept confidential by agreement of the parties. The same applies to the depositions already given by Martin and her husband.

It is unclear where the interrogation, which has been postponed since last July, will occur. At one point it w for early August, but the date was changed due to Ho Communion, the most important ceremony of The Ligh World.

Thousands of faithful who then gathered in Guadalajara, Mexico, listened to an audio of the pastor. "I am not here and I am among all of you," "They don't see me and they do feel me in this wonderful coexistence," he told them.

"There is no sadder and more pitiful state than that of the sinner, mired in the mire of guilt, the sadism of malice, all because of a whim of his flesh, because of an unhealthy craving and a gentle deception that brought him the worst evils." ", the audio continues.

Case 2:20-cv-01437-FWS-AS   Document 229-1   Filed 09/21/23   Page 14 of 18   Page ID #:4283

9/20/23, 10:50 AM                Naasón Joaquín will be subjected to interrogation for a federal civil lawsuit in California | Univision News United States | Univision

"His hand went under my boxers": two followers of La Luz del Mundo face allegations of child abuse

### Sochil Martin's civil suit

The civil suit claims that the Sochil Martin case is the story of "a lifelong manipulation and abuse of a young woman perpetrated by sexual predators and the global institution built around it for the protection of those predators."

Attorneys Deborah S. Malgrave and Joshua M. Robbins wrote in the lawsuit that Martin "was enslaved, trafficked and sexually abused by Light of the World leaders."

The complaint relates that the episode that led to Martin's break with the church occurred due to his refusal to masturbate a 14-year-old adolescent in front of Joaquín García and the minor's mother.

Given the disobedience of her maid, as the close collaborators of the 'Apostle' were known, he brutally b_ to the point that the young woman could not feel her right leg.

"Naasón later forced the boy and his mother to have sexual relations," the lawsuit notes.

The civil litigation indicates that, regardless of this process and the conviction in the Los Angeles court, the federal criminal investigation continues.

Daniel S. Cha, one of Martin's lawyers, reported in a document submitted to the file that the Homeland Security Investigations (HSI) office, a department of the Department of Homeland Security (DHS), confirmed to his firm Greenber Gross LLP that the investigation "remains open and ongoing."

According to Cha, Martin has already been interviewed by federal investigators. The lawyers also discussed the investigations with a federal prosecutor.

DHS officials revealed to Univision that they opened this investigation based on a complaint in New York from a person who considers himself a victim of the 'Apostle'.

Case 2:20-cv-01437-FWS-AS   Document 229-1   Filed 09/21/23   Page 15 of 18   Page ID #:4284

9/20/23, 10:50 AM                    Naasón Joaquín will be subjected to interrogation for a federal civil lawsuit in California | Univision News United States | Univision

Another accusation of child sexual abuse in La Luz del Mundo: the choir director is arrested in Texas

### Former faithful interviewed by federal agents

Héctor Vera, former pastor of the Light of the World, told Univision that he was approached by federal agents after the sentencing of Joaquín García, in June 2022. "His greatest interest was to know about the Joaquín family," Vera said. "They were very interested in the activities they have (...) how they receive so much money and how they manage everything very secretly."

The Federal Bureau of Investigation (FBI) has also had the church in its sights since 2019, an agent of the California Department of Justice revealed at a hearing in the criminal proceedings against Joaquín García. The FBI has interviewed several former believers in the United States and participated in the rescue operation in Mexico of one of the complainants, identified as Jane Doe 5, she revealed in court.

Daniel Mendoza, who was at La Luz del Mundo until 2014, claims that he spoke with the FBI last year. "The FBI asked me if I had knowledge of tax evasion or the flow of money that existed within the church and the ways they obtained money from the faithful," Mendoza said in an interview with this medium.

"The FBI told me: Daniel, we didn't know that the La Luz del Mundo Church existed. Who are they? Why is it now a monster that we are discovering? Because there were no complaints, because there were no kind of complaints, because the sexual investigations were just becoming known to the public," he added.

The church did not respond to requests for interviews or comment regarding the interrogation of Joaquín García and the ongoing federal investigation.

The former faithful now hope that federal prosecutors will file charges against the leader of La Luz del Mundo and that a district judge will impose an exemplary punishment. "The federal government is not going to let Naasón leave, for anything in the world. It has so many elements to keep him there," says Mendoza.

**See also:**

### The names behind the allegations of sexual abuse within the La Luz del Mundo church

9/20/23, 10:50 AM      Naasón Joaquín will be subjected to interrogation for a federal civil lawsuit in California | Univision News United States | Univision





**In video:** Sochil Martin affirms that he broke his silence so that the young followers of the church understand that the leader Naasón Joaquín took physical and psychological advantage of them, hiding behind the legend that he was the representative of God on Earth.

1/18

Univision

ADVERTISING

New documentary reveals how Naasón Joaquín García became a convicted child predator

   SHARE

https://www.univision.com/noticias/estados-unidos/naason-joaquin-lider-luz-del-mundo-interrogatorio-demanda-civil-federal-california      5/7

Exhibit C
15

Case 2:20-cv-01437-FWS-AS   Document 229-1   Filed 09/21/23   Page 17 of 18   Page ID #:4286

9/20/23, 10:50 AM                    Naasón Joaquín will be subjected to interrogation for a federal civil lawsuit in California | Univision News United States | Univision

RELATED :
LIGHT OF THE WORLD
·
LIGHT OF THE WORLD CHURCH
·
NAASÓN JOAQUÍN GARCÍA
·
TRIALS
·
CHILD ABUSE





NEWSLETTERS

OTHER PAGES

APPS

UNIVISION    NEWS    STUDY

UPHORIA    NOW    VIX

ABOUT UNIVISION

Privacy Policy            Privacy Policy

Case 2:20-cv-01437-FWS-AS    Document 229-1    Filed 09/21/23    Page 18 of 18    Page ID #:4287

9/20/23, 10:50 AM    Naasón Joaquín will be subjected to interrogation for a federal civil lawsuit in California | Univision News United States | Univision

| | |
|---|---|
| Terms of use | Media Kit |
| Terms of Use | FAQ |
| Company information | TV Parental Guides |
| ADA Web Accessibility | Tag Publisher Sourcing Disclosure |
| Archive | Products, Services and Patents |
| Jobs | Univision Products, Services and Patents |
| Ad Specifications | |

Copyright. © 2023 .
Univision Communications Inc.
All Rights Reserved.