UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 20-01437-FWS (AS) | Date | September 22, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):** **ORDER RE HEARING ON MOTION FOR PROTECTIVE ORDER FOR DEPOSITION OF DEFENDANT NAASON JOAQUIN GARCIA**

On September 21, 2023, the parties filed a Joint Stipulation regarding Defendants' motion for a protective order for the deposition of Defendant Naason Joaquin Garcia, accompanied by supporting declarations. (Dkt. No. 229). The Court, on its own motion, advances the hearing date, from October 24, 2023, at 10:00 A.M., to October 3, 2023, at 10:00 A.M.

If parties intend to submit supplemental briefing, they must do so within six days of this order — no later than September 28, 2023.

**IT IS SO ORDERED.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |