IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN, | § <br> § <br> § <br> § |
| Plaintiff, | § <br> § CASE NO. 2:20-cv-01437-FWS-AS <br> § |
| v. | § <br> § |
| LA LUZ DEL MUNDO, et.al. <br> Defendants | § <br> § <br> § <br> § |

## **NON PARTY ABISAG AYALA** <br> **MOTION TO QUASH SUBPOENA**

Nonparty Abisag Ayala asks the Court to quash Defendant's La Luz Del Mundo, Berea et.al. subpoena.

### **I.     Introduction**

1.      Defendants including Berea International, et.al. served a subpoena on Non-party Abisag Ayala for testimony at a deposition. This subpoena commands Mrs. Ayala to appear on September 27, 2023, at 10:00 a.m. at 11601 Wilshire Blvd Suite 2080 Los Angeles CA 90025.

2.      Non-party Abisag Ayala asks the Court to quash the subpoena to appear for the September 27, 2023 deposition.

## II.  Argument

1.      A court must, on timely motion, quash or modify a subpoena if the subpoena requires disclosing privileged or protected material with no exception or waiver applying. See FED. R. Civ. P. 45(d)(3)(iii). Ayala's knowledge of Mrs. Martin's claims is limited to information provided by a Non-party church member through the act of confession and the deposition testimony would violate the clergy privilege and no exception or waivers apply. In addition, any additional information in Ayala's purview would have been obtained more recently through a legal consultation in the intake process and disclosure would violate the lawyer/ client privilege, and no exception or waivers apply. See FED. R. Civ. P. 45(d)(3)(iii).

2.      Non-party Abisag Ayala has timely filed this motion, as it was filed prior to the time for performance or attendance and she was not given reasonable notice. See FED. R. Civ. P. 45(d)(3)(i); See Winchester Capital Mgmt. Co. v. Manufacturers Hanover Trust Co., 144 F.R.D. 170, 175-76 (D. Mass. 1992).

3.      Non-party Ayala hereby notifies the court she was not given enough notice but was untimely served 8 work days prior to performance. She promptly notified Defendant's counsel Geoffrey A. Neri on September 20, 2023 that she is

unavailable on the date and time requested. Mrs. Ayala has conflicts with this date for several reasons due to her trial calendar and emergency travel.

### III. Conclusion and Prayer

Non-party Abisag Ayala respectfully requested that this Court GRANT this Motion to Quash the aforementioned subpoena.

Respectfully submitted,

*IsIAbisag Ayala*
BN:250836
10535 Foothill Blvd. Suite 375
Rancho Cucamonga, CA 91730
Telephone: (714)317-9745
Email: abisagayala@gmail.com

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this pleading has been provided to counsel for parties by a manner compliant with the rules on this 25th day of September, 2023.

/ s/ Abisag Ayala