# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sochil Martin,

PLAINTIFF(S)

v.

La Luz Del Mundo, et al.

DEFENDANT(S).

CASE NUMBER:

CV20-01437-FWS (ASx)

## NOTICE TO FILER OF DEFICIENCIES
## IN  FILED DOCUMENT

## PLEASE TAKE NOTICE:

The following problem(s) have been found with your  filed document:

| September 26, 2023 | 231 | Motion to Quash Subpoena for Deposition |
|---|---|---|
| Date Filed | Document  No. | Title of Document |

## DOCKETING AND FORMATTING ERRORS:

- [ ] Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- [ ] Document lacks required signature
- [ ] Document linked incorrectly to the wrong document/docket entry
- [ ] Document submitted in the wrong case
- [ ] Incorrect document is attached to the docket entry
- [ ] Incorrect event selected.  Correct event to be used is _____
- [x] Proposed document was not submitted or was not submitted as a separate attachment
- [x] Other:   See Local Rule 7-1

## MOTION-RELATED ERRORS:

- [ ] Local Rule 7-3 compliance statement missing
- [ ] Local Rules 7-9, 7-10 opposition or reply papers untimely
- [ ] Hearing information is missing, incorrect, or untimely
- [ ] Local Rule 11-6 Memorandum exceeds 25 pages
- [ ] Other: _____

## OTHER ERRORS:

- [ ] Local Rule 83-2.5 no letters to the Judge
- [ ] Fed. R. Civ. P. 5 no proof of service attached
- [ ] Local Rule 7-1.1 no notice of interested parties
- [ ] Other: _____

**Note:** **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:   September 26, 2023

By:       / s / Alma Felix (213) 894-1587

Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A  (08/22)                    NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT