Reed Aljian (State Bar No. 211010)
  ra@dallp.com
Justin E.D. Daily (State Bar No. 209772)
  jd@dallp.com
Simon Kwak (State Bar No. 296362)
  sk@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:  949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO,
an alleged unincorporated association; COMMUNICATION
CENTER BEREA U.S.A. LLC (erroneously sued as International
Berea USA); and NAASÓN JOAQUÍN GARCÍA, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>Defendants. | CASE NO.:  2:20-CV-01437-FWS (ASx)<br><br>**DISCOVERY MATTER**<br><br>**_SUPPLEMENTAL_ DECLARATION OF REED ALJIAN IN SUPPORT OF _SUPPLEMENTAL_ BRIEF RE: DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF DEFENDANT NAASÓN JOAQUÍN GARCÍA**<br><br>Date:            October 3, 2023<br>Time:           10:00 a.m.<br>Courtroom:   540 (Roybal)<br><br>Discovery Cutoff:  September 29, 2023<br>Pretrial Conf.:      February 8, 2024<br>Trial Date:           February 27, 2024<br><br>Magistrate Judge:  Hon. Alka Sagar |

DAILY ALJIAN LLP
Newport Beach, California

1

## **DECLARATION OF REED ALJIAN**

2    I, Reed Aljian, hereby declare as follows:

3         1.    I am an attorney licensed to practice law before all state and federal
4    courts in the State of California. I am the Managing Partner with the law firm of Daily
5    Aljian LLP (the "Firm"), counsel of record for Defendants named as LA LUZ DEL
6    MUNDO, an alleged unincorporated association ("LLDM"); COMMUNICATION
7    CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA)
8    ("CCB"), and NAASÓN JOAQUÍN GARCÍA, an individual (collectively,
9    "Defendants").

10        2.    I submit this supplemental declaration in support of Defendants'
11   Supplemental Brief filed in connection with Defendants' Motion for Entry of
12   Protective Order Regarding Deposition of Defendant Naasón Joaquín García (ECF
13   No. 299) (the "Motion").   The facts stated herein are true based upon my own
14   personal knowledge or upon review of the records in my Firm's possession. If called
15   as a witness, I could and would testify truthfully to the contents of this declaration.

16        3.    On or about September 21, 2023, I received from Plaintiff Sochil
17   Martin's counsel additional substantive edits to Plaintiff's portion of the Joint
18   Stipulation on Defendants' Motion, which included a hyperlink to a YouTube video
19   posted on the internet.

20        4.    The linked YouTube video is approximately 2.5 hours long.

21        5.    Due to the length of the video and Plaintiff's lack of reference to specific
22   portions of the video, I asked Plaintiff's counsel to kindly provide the time stamps of
23   the alleged comments referred to by Plaintiff in the Joint Stipulation.   Plaintiff's
24   counsel refused.  A true and correct copy of the email exchange is attached hereto as
25   **Exhibit D** (Exhibits A-C are attached to my declaration that was initially filed in
26   support of the Motion).

27   / / /

28   / / /

DAILY ALJIAN LLP
Newport Beach, California

6.    With the assistance of a Spanish-speaking staff member, my office reviewed the entire video referenced by Plaintiff.  Based upon our review of the video, the video does not appear to make a single reference to Mr. García's deposition, to the taking of the deposition by video, or to Defendants' objections to Plaintiff recording the deposition testimony by video.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 28, 2023.

By:  /s/ Reed Aljian
Reed Aljian

DAILY ALJIAN LLP
Newport Beach, California

SUPPL. ALJIAN DECL. ISO MOTION FOR PROTECTIVE ORDER

# EXHIBIT D

**From:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Sent:** Thursday, September 21, 2023 2:20 PM
**To:** Reed Aljian; Simon Kwak; Daniel S. Cha
**Cc:** Geoff Neri; Daisy Lopez; Bahar Ebe; Alan Jackson; Caleb Mason; Deborah Mallgrave; Crystal M. Rose
**Subject:** RE: Motion For Protective Order

Reed,

I respectfully decline your request.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 300 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Thursday, September 21, 2023 2:10 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>; Simon Kwak <sk@dallp.com>; Daniel S. Cha <DCha@GGTrialLaw.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Daisy Lopez <dlopez@dallp.com>; Bahar Ebe <bahar@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>
**Subject:** [EXT] RE: Motion For Protective Order

Eckley,

Please kindly provide for me the time stamp for the comment by Defendants on the deposition. Since you have identified two videos, I presume you know when the comment(s) take place.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

**From:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Sent:** Thursday, September 21, 2023 2:06 PM
**To:** Simon Kwak <sk@dallp.com>; Daniel S. Cha <DCha@GGTrialLaw.com>; Reed Aljian <ra@dallp.com>

**Cc:** Geoff Neri <geoff@bnsklaw.com>; Daisy Lopez <dlopez@dallp.com>; Bahar Ebe <bahar@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>
**Subject:** RE: Motion For Protective Order

Simon,

In light of Defendants' substantive additions to its portion of the joint stip, on Pg 18, ln 13, after "order in this case" please add the following footnote to Plaintiff's portion of the joint stip:

"Defendants have further accused Plaintiff of revealing facts from the instant Joint Stipulation between September 11, 2023 and September 14, 2023. See, e.g., Sec. II.A, supra. However, Defendants fail to provide to this court any attribution of the source of the purported leaked information. Further, Defendants by way of their own operatives, that have engaged in recent public disclosure and comment about the depositions. See https://www.youtube.com/watch?v=VP9nr7hpmtc&ab_channel=ASIATICOKAZUKI; and https://www.youtube.com/live/MCdbJSkQQsw?si=rlH3A0DEMfQgZlue. In any event, and irrespective of Defendants' accusations and own conduct, the objections raised by Defendants in the present document are not confidential because they are being raised in a public filing."

Please send a final proposed draft for review and signature after making that addition.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 300 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Simon Kwak <sk@dallp.com>
**Sent:** Thursday, September 21, 2023 1:49 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>; Reed Aljian <ra@dallp.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Daisy Lopez <dlopez@dallp.com>; Bahar Ebe <bahar@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>
**Subject:** [EXT] RE: Motion For Protective Order

Hi Daniel,

Following up on the status of your review, can we expect confirmation today?

Please advise if you have any questions.

Thank you.

**Simon Kwak**
**DAILY | ALJIAN**

100 Bayview Circle, Suite 5500
Newport Beach, California 92660
ph: 949.861.2524
fax: 949.269.6364
www.dallp.com

*CONFIDENTIAL: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.*

**From:** Simon Kwak
**Sent:** Wednesday, September 20, 2023 7:09 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>; Reed Aljian <ra@dallp.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Daisy Lopez <dlopez@dallp.com>; Bahar Ebe <bahar@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>
**Subject:** RE: Motion For Protective Order

Good evening, Daniel,

Attached for your review are the updated drafts of the following:
1. Joint Stipulation (w/ Plaintiff's portion incorporated)
2. Aljian Declaration (w/ Exhibits A-C)
3. Cha Declaration (w/ Exhibits 1-5)

For your convenience, the compare results for the Joint Stipulation and Aljian Declaration, reflecting Defendants' additional substantive edits (except for minor edits/formatting changes), are also attached.

Please confirm whether our office may e-sign on your behalf and proceed with finalizing the papers for filing with the Court.

Thank you.

**Simon Kwak**
**DAILY | ALJIAN**
100 Bayview Circle, Suite 5500
Newport Beach, California 92660
ph: 949.861.2524
fax: 949.269.6364
www.dallp.com

*CONFIDENTIAL: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.*

**From:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Sent:** Monday, September 18, 2023 8:43 PM
**To:** Reed Aljian <ra@dallp.com>

Exhibit D
6

Cc: Geoff Neri <geoff@bnsklaw.com>; Daisy Lopez <dlopez@dallp.com>; Bahar Ebe <bahar@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Simon Kwak <sk@dallp.com>
**Subject:** RE: Motion For Protective Order

Can't you just copy/paste from the pdf?

**Daniel S. Cha**
**Counsel | Greenberg Gross LLP**

650 Town Center Drive | Suite 1700 | Costa Mesa, CA 92626
Direct 949.383.2795 | Main 949.383.2800
DCha@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Monday, September 18, 2023 8:42 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>
Cc: Geoff Neri <geoff@bnsklaw.com>; Daisy Lopez <dlopez@dallp.com>; Bahar Ebe <bahar@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Simon Kwak <sk@dallp.com>
**Subject:** [EXT] Re: Motion For Protective Order

And please copy Simon.

On Sep 18, 2023, at 8:40 PM, Reed Aljian <ra@dallp.com> wrote:


Dear Daniel,

I need a word version to insert.

Reed

On Sep 18, 2023, at 8:32 PM, Daniel S. Cha <DCha@ggtriallaw.com> wrote:


Reed,

Attached are Plaintiff's portions of the Joint Stipulation.  Please note that the first three exhibits are the original, amended, and second amended notices of deposition, which you already have. I have not included them. Please send over the final draft for review and approval.

**Daniel S. Cha**
**Counsel | Greenberg Gross LLP**

650 Town Center Drive | Suite 1700 | Costa Mesa, CA 92626

Direct 949.383.2795 | Main 949.383.2800
DCha@GGTrialLaw.com

<image001.png>
Los Angeles | Orange County | Las Vegas | New York

---

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Tuesday, September 12, 2023 12:04 AM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Daisy Lopez <dlopez@dallp.com>; Bahar Ebe <bahar@dallp.com>; Alan Jackson <ajackson@werksmanjackson.com>; Caleb Mason <cmason@werksmanjackson.com>; Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** [EXT] Motion For Protective Order

Dear Daniel,

My apologies. If the intent is to oppose, please kindly provide your inserts timely, per local rules.

Reed

---

**From:** Reed Aljian <ra@dallp.com>
**Date:** Monday, September 11, 2023 at 7:33 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>, Daisy Lopez <dlopez@dallp.com>, Bahar Ebe <bahar@dallp.com>, Alan Jackson <ajackson@werksmanjackson.com>, Caleb Mason <cmason@werksmanjackson.com>, Deborah Mallgrave <DMallgrave@GGTrialLaw.com>
**Subject:** RE: Document Not Produced


Dear Daniel,

Please see joint statement re motion for protective order.

1. Please advise if Plaintiff stipulates to the relief being sought. If so, we can proceed with the deposition on Sept. 18, subject to the prison's approval.
2. If no agreement, please confirm the deposition is off-calendar to allow the matter to be resolved on its merits. Indeed, if no agreement, he will not appear.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)


PRIVILEGED & CONFIDENTIAL


<2023.09.18 Plaintiff's Resp to Def Garcia Proposed Joint Stipulation (612206).pdf>
<2023.09.18 Declaration of Daniel S. Cha Opposing Joint Stipulation (612259).pdf>

5

Exhibit D
8

<Exhibit 5.pdf>
<Exhibit 4.pdf>

6

Exhibit D

9