DEBORAH S. MALLGRAVE, State Bar No. 198603
  DMallgrave@GGTrialLaw.com
DANIEL S. CHA, State Bar No. 260256
  DCha@GGTrialLaw.com
ECLKEY M. KEACH, III, (*admitted pro hac vice*)
  EKeach@ggtriallaw.com
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL RECK, State Bar No. 209895
  MReck@AndersonAdvocates.com
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br><br>            Plaintiff,<br><br>     v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUÍN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUÍN, an individual, BENJAMIN JOAQUÍN GARCÍA, an individual, RAHEL JOAQUÍN GARCÍA, an individual, ADORAIM JOAQUÍN | Case No. 2:20-cv-01437-FWS-AS<br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL S. CHA RE: DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF DEFENDANT NAASÓN JOAQUÍN GARCIA**<br><br>Trial: February 27, 2024 |

---

Case No. 2:20-cv-01437-FWS-AS

DECLARATION OF DANIEL S. CHA IN SUPPORT OF JOINT STIPUILATION

1  ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.
2  
3              Defendants.
4  
5              **DECLARATION OF DANIEL S. CHA**
6       I, Daniel S. Cha, declare as follows:
7       1.    I am an attorney, duly licensed to practice law in the State of California.
8  I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for
9  Plaintiff Sochil Martin ("Plaintiff").  The facts stated herein are within my personal
10 knowledge and if called upon to testify, I can truthfully and competently do so as to
11 all matters herein.
12      2.    The footnote to Plaintiff's portion of the Joint Stipulation at issue
13 includes a reference to a YouTube video:
14 https://www.youtube.com/live/MCdbJSkQQsw?si=rlH3A0DEMfQgZIue .
15      3.    The video very clearly publishes screenshots from documents filed in
16 this case specifically related to the taking of Defendant's deposition (contents
17 translated into Spanish).  Specifically, the video published Docket No. 220-1, the
18 Declaration of Daniel S. Cha in Support of Plaintiff's Ex Parte Application for
19 Leave to Take Defendant Garcia's Deposition.  Attached hereto and incorporated
20 herein by reference as **Exhibit 5** is a true and correct copy of a screenshot I took of
21 the video showing Docket No. 220-1.
22      4.    Thereafter, the video displays and discusses the attached exhibit
23 translated into Spanish), Defense Counsel's correspondence to Plaintiff's counsel,
24 requesting a stay of proceedings, including discovery of Defendant García.
25      5.    The YouTube video was posted from an account named "Battallon
26 Cibernetico." This account's YouTube "about" page, describes itself (in Spanish) as
27 a part of the community of La Luz Del Mundo. Attached hereto and incorporated
28

1 herein by reference as **Exhibit 6** is a true and correct copy of a screenshot I took of
2 the account's "about" page.
3     6.    The video is prefaced with a title card that says, under "En Vivo"
4 (Live), the subtitle: "En Defensa de la Eleccion Apostolica," which translates to "In
5 defense of the Apostle's Election." Attached hereto and incorporated herein by
6 reference as **Exhibit 7** is a true and correct copy of a screenshot I took of the title
7 card from the video.
8     7.    I declare under penalty of perjury under the laws of the State of
9 California that the foregoing is true and correct. Dated this 28th day of September
10 2023 at Whittier, California.

By: _____
       Daniel S. Cha

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 5**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 6**



**EXHIBIT 7**


