DEBORAH S. MALLGRAVE, State Bar No. 198603
 *DMallgrave@GGTrialLaw.com*
DANIEL S. CHA, State Bar No. 260256
 *DCha@GGTrialLaw.com*
ECLKEY M. KEACH, III, (*admitted pro hac vice*)
 *ekeach@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL RECK, State Bar No. 209895
 *MReck@AndersonAdvocates.com*
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, INTERNATIONAL BEREA USA, an unincorporated association,<br><br>  Defendants. | Case No. 2:20-cv-01437-FWS-AS<br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION ON THE PARTIES' STIPULATION FOR MODIFICATION OF THE CURRENT SCHEDULING ORDER TO PERMIT CERTAIN PENDING ITEMS OF DISCOVERY ONLY TO BE COMPLETED AFTER THE CURRENT DISCOVERY CUTOFF** |

# [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Unopposed *Ex Parte* Application On The Parties' Stipulation For Modification Of The Current Scheduling Order To Permit Certain Pending Items Of Discovery Only To Be Completed After The Current Discovery Cutoff, filed September 29, 2023. Good cause having been found,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed *Ex Parte* Application On The Parties' Stipulation For Modification Of The Current Scheduling Order To Permit Certain Pending Items Of Discovery Only To Be Completed After The Current Discovery Cutoff, is **granted.**

**IT IS FURTHER ORDERED** that the Scheduling Order is Modified as follows:

Current Non-expert Discovery Cut-off: September 29, 2023

Specified Items of Pending Discovery Only Set Forth Herein: may be completed after September 29, 2023, but no later than November 16, 2023

1. Deposition of Plaintiff Sochil Martin;
2. Deposition of Defendant La Luz Del Mundo
3. Deposition of Defendant Naasón Joaquín García, subject to limitations of the pending motion for protective order
4. Deposition of E. F.
5. Deposition of J. G.
6. Deposition of S. S.
7. Deposition of Abisag Ayala, subject to pending motion to quash
8. Deposition of Alandro Ocampo
9. Deposition of Doe 1, subject to pending motion for protective order
10. Deposition of Doe 2, subject to pending motion for protective order
11. Deposition of Doe 3, subject to pending motion for protective order

12. Deposition of Doe 4, subject to pending motion for protective order

13. Deposition of Doe 5, subject to pending motion for protective order

No further discovery may be taken after September 29, 2023.

Current Expert Disclosures (Initial): October 13, 2023

New Expert Disclosures (Initial): November 13, 2023

Current Expert Disclosures (Rebuttal): October 27, 2023

New Expert Disclosures (Rebuttal): November 27, 2023

Current Expert Discovery Cut-off: November 10, 2023

New Expert Discovery Cut-off: December 11, 2023

Current Last Date to Hear Motions: November 16, 2023

New Last Date to Hear Motions: December 14, 2023

**IT IS SO ORDERED.**

Dated: _____, 2023            _____
                                   Honorable Fred W. Slaughter
                                   United States District Court Judge