**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCHIL MARTIN,<br><br>   Plaintiff,<br><br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al,<br><br>   Defendants. | Case No. 2:20-cv-01437-FWS-AS<br><br>**ORDER RE PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION ON THE PARTIES' STIPULATION FOR MODIFICATION OF THE CURRENT SCHEDULING ORDER TO PERMIT CERTAIN PENDING ITEMS OF DISCOVERY ONLY TO BE COMPLETED AFTER THE CURRENT DISCOVERY CUTOFF [236]** |

  Having reviewed and considered the Parties' Plaintiff's Unopposed *Ex Parte* Application on the Parties' Stipulation for Modification of the Current Scheduling

Order to Permit Certain Pending Items of Discovery Only to be Completed after the Current Discovery Cutoff [236] (the "Application") and accompanying signed Stipulation [236-1], the files and records of the case, the applicable law, and for the good cause demonstrated,[1] the court **ORDERS** the court's September 1, 2022, Scheduling Order [223] **MODIFIED** to read as follows (with changes indicated by italics):[2]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day: *4/23/2024*** |
| Parties' Estimated Trial Length | **20 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *3/14/2024* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 10/27/2022 |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | 9/29/2023 *(subject to the orders set forth below under heading "Other Orders Relating to the September* |

---

[1] Given the current record before the court, the court is disinclined to grant further modifications of the court's scheduling order.
[2] The court notes the Stipulation requests to continue several dates, such as certain discovery dates and the last date to hear motions, while requesting that other dates, such as the final pretrial conference and trial date, remain unchanged. The court finds the compression of the schedule as suggested in the Application is not viable. The court has taken into consideration all of the information in the record, including the Parties' Joint Case Management statement (Dkt. 146), the Joint Rule 26(f) Report (Dkt. 152), and previous scheduling orders, as applied to the applicable law, in exercising its discretion to modify the September 1, 2023, Scheduling Order, to the dates set forth in this Order.

| | |
|---|---|
| | ***29, 2023, Non-Expert Discovery Cut-Off")*** |
| Expert Disclosure (Initial) | ***11/13/2023*** |
| Expert Disclosure (Rebuttal) | ***11/27/2023*** |
| Expert Discovery Cut-Off | ***12/11/2023*** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | ***12/14/2023*** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | ***1/4/2024*** |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert Motions with Proposed Orders*³<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | ***2/8/2024*** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• *Oppositions to Daubert Motions*⁴<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only) | ***2/15/2024*** |

---

³ *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

⁴ Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 155 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.

| | |
|---|---|
| • Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• *Objections and Counter Deposition Designation(s)* | |
| • *Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s)* | **2/22/2024** |

## *Other Orders Relating to the September 29, 2023,*

## *Non-Expert Discovery Cut-Off*

*Only the following specified items of pending discovery may be completed after* **September 29, 2023**, *but no later than* **November 16, 2023**, *as exception to the Non-Expert Discovery deadline set forth above:*

*1. Deposition of Plaintiff Sochil Martin.*

*2. Deposition of Defendant La Luz Del Mundo.*

*3. Deposition of Defendant Naasón Joaquín García, subject to limitations of the pending motion for protective order.*

*4. Deposition of E. F.*

*5. Deposition of J. G.*

*6. Deposition of S. S.*

*7. Deposition of Abisag Ayala, subject to pending motion to quash.*

*8. Deposition of Alandro Ocampo.*

*9. Deposition of Doe 1, subject to pending motion for protective order.*

*10. Deposition of Doe 2, subject to pending motion for protective order.*

*11. Deposition of Doe 3, subject to pending motion for protective order.*

*12. Deposition of Doe 4, subject to pending motion for protective order.*

*13. Deposition of Doe 5, subject to pending motion for protective order.*

**IT IS SO ORDERED**.

Dated: October 3, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR