UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES –GENERAL

| No. | CV 20-01437-FWS (ASx) | Date | October 3, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER RE MOVANT SMIRNA ABISAG AYALA'S MOTION TO QUASH SUBPOENA**

On September 26, 2023, Non-Party Movant Smirna Abisag Ayala, proceeding *pro se*, filed a Motion to Quash Defendants' subpoena of her testimony for deposition. (Dkt. No. 231). Ms. Ayala's Motion is deficient because she did not attempt to meet and confer with defense counsel prior to filing the Motion, nor did she attach a Proposed Order. Accordingly, the Court now strikes this Motion. If Ms. Ayala wishes to proceed with the motion to quash, she must meet and confer with Plaintiff's and Defendants' counsel to propose an informal discovery conference ("IDC") which succinctly sets forth each party's position regarding the motion to quash. (See Judge Sagar's Procedures).

Counsel for Defendants are directed to serve this Order on Ms. Ayala forthwith.

**IT IS SO ORDERED.**

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |