UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-01437-FWS (AS) | Date | October 4, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS 10/03/23 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
| Daniel S. Cha | Reed T. Aljian |
| | Geoffrey A. Neri |

**Proceedings (In Chambers):**  **ORDER RE DEPOSITION OF NAASON JOAQUIN GARCIA (DKT. No. 229)**

On September 21, 2023, parties filed a Joint Stipulation regarding Defendants' Motion for a Protective Order ("Motion") for the deposition of Defendant Naason Joaquin Garcia ("Garcia"). (Dkt. No. 229). The Court, on its motion, advanced the hearing date to October 3, 2023. (Dkt. No. 230). Both Plaintiff and Defendants then filed supplementary briefing on the Motion. (Dkt. Nos. 234, 235). The Court, having carefully considered the parties' written submissions and the arguments made at the hearing, issued the following order:

Defendants seek a protective order limiting the deposition of Garcia, who is currently incarcerated, to stenographic means in lieu of videotaping. Defendants argue that the balance of interests weighs in favor of granting the Protective Order because of the potential for prejudice or harm to Garcia if a jury or a potential jury pool is exposed to video footage or images that depict Garcia in prison clothing. Defendants claim that such exposure would undermine Garcia's constitutional rights to due process and a fair trial under the Seventh Amendment, including the right to an impartial jury. Defendants further contend that such exposure is likely given Plaintiff's public statements regarding this case and her stated intention to film a documentary about this case. Plaintiff argues that Garcia's deposition was properly noticed as a videotaped deposition, Garcia's status as a convicted felon will be presented to the jury at trial, a videotaped deposition will enable the parties to litigate what portions, if any, of Garcia's video testimony should be admitted at trial, and will not prejudice Defendants. The Court disagrees. As Defendants point out, a videotaped deposition —portraying Garcia in prison clothing— has the potential to unduly influence a trial jury or potential jury pool and impact Garcia's right to a fair trial and an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 20-01437-FWS (AS) | Date | October 4, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

impartial jury. Moreover, Plaintiff has not articulated any harm or prejudice to her case if Garcia's deposition is taken through purely stenographic means.

Defendants' Motion for a Protective Order precluding the videotaping of Garcia's deposition is **GRANTED**.

**IT IS SO ORDERED.**

|  | 0 | : | 57 |
|---|---|---|---|
| Initials of Preparer | AF | | |