Reed Aljian (State Bar No. 211010)
  ra@dallp.com
Justin E. D. Daily (State Bar No. 209772)
  jd@dallp.com
Simon Kwak (State Bar No. 297362)
  sk@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone: 949.861.2524
Facsimile: 949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASON JOAQUIN GARCIA, an individual.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>    Defendants. | Case No.: 2:20−CV−01437-FWS (ASx)<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D (Santa Anta)<br><br>Magistrate Judge: Hon. Alka Sagar<br>Courtroom: 540 (Roybal)<br><br>Action Filed: February 12, 2020<br>Trial Date: April 23, 2024 |

PROOF OF SERVICE

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:**   *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **October 11, 2023**, I caused the foregoing document(s) to be served:

1. **STIPULATION REGARDING INSPECTION OF PLAINTIFF'S ELECTRONIC DEVICES**

2. **[PROPOSED] ORDER ON STIPULATION REGARDING INSPECTION OF PLAINTIFF'S ELECTRONIC DEVICES**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]   (BY EMAIL) The above-referenced document was transmitted by email.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **October 11, 2023**, at Newport Beach, California.

*/s/* Bahar Ebe
Bahar Ebe

# SERVICE LIST

Daniel S. Cha
 *DCha@GGTrialLaw.com*
Eckley Keach
 *ekeach@ggtriallaw.com*
Crystal Rose
 *crose@ggtriallaw.com*
Amanda Despujol
 *adespujol@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
 *Attorneys for Plaintiff SOCHIL MARTIN*

Michael Reck
 *MReck@AndersonAdvocates.com*
 *cafiling@andersonadvocates.com*
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
 *Attorneys for Plaintiff SOCHIL MARTIN*

Alan J. Jackson
 *ajackson@werksmanjackson.com*
Caleb E. Mason
 *cmason@werksmanjackson.com*
**WERKSMAN JACKSON & QUINN LLP**
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
 *Attorneys for Defendant NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
 *ethan@bnsklaw.com*
Geoffrey A. Neri
 *geoff@bnsklaw.com*
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
 *Attorneys for Defendant* COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA)