DANIEL S. CHA, State Bar No. 260256
  DCha@GGTrialLaw.com
ECLKEY M. KEACH, III, (*admitted pro hac vice*)
  ekeach@ggtriallaw.com
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL RECK, State Bar No. 209895
  MReck@AndersonAdvocates.com
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, INTERNATIONAL BEREA USA, an unincorporated association,<br><br>    Defendants. | Case No. 2:20-cv-01437-FWS-AS<br>Judge:   Hon. Fred W. Slaughter<br>Courtroom:    10D<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR REVIEW OF NONDISPOSITIVE RULING** |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff's *Ex Parte* Application for Review of Nondispositive Ruling. Good cause having been found,

1     **IT IS HEREBY ORDERED** that Plaintiff's *Ex Parte* Application for Review of
2 Nondispositive Ruling, is **GRANTED.**
3     **IT IS FURTHER ORDERED** that the Order Re: Deposition of Naason Joaquin Garcia,
4 Docket No. 240, is hereby **VACATED** and Defendant García's Motion for Protective Order,
5 Docket No. 229, is hereby **DENIED**.
6     **IT IS SO ORDERED.**

8 Dated: _____, 2023    _____
9                                               Honorable Fred W. Slaughter
                                              Judge of United States District Court