# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sochil Martin,<br><br>v.<br><br>La Luz Del Mundo, et al. | CASE NUMBER:<br>CV20-01437-FWS (ASx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
　　　　　　　　　　　　☐ In-Person Court Hearing
　　　　　　　　　　　　☐ Video Conference
　　　　　　　　　　　　☒ Telephonic

Magistrate Judge: Alka Sagar

Date/Time: **October 25, 2023 at 10:00 a.m.**

Courtroom: Call-in number and password will be e-mailed to the parties.

Dated: October 20, 2023　　　　　　　　By: Alma Felix
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk