UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-01437-FWS (ASx) | Date | October 25, 2023 |
|---|---|---|---|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS 10/25/23 |
| Deputy Clerk | Court Reporter / Recorder |

Attorney Present for Plaintiff:

Daniel S. Cha

Attorneys Present for Defendants:

Reed T Aljian

Geoffrey A. Neri

Attorney Present for Movant:

Smirna Abisag Ayala

**Proceedings (In Chambers):**   **ORDER RE INFORMAL DISCOVERY DISPUTE (Dkt. No. 244)**

On October 20, 2023, the Court held an informal discovery conference telephonically, at the parties' request, to address the parties' discovery dispute regarding the deposition of non-party Smirna Abisag. (Dkt. No. 244).  Counsel for other third parties, Thomas Cifarelli and Jonati Yedidsion, were also present.

Prior the hearing, the parties informed the Court that they have reached an agreement that would obviate the need to take the deposition.  At the hearing, the parties advised the Court that they are in the process of preparing a written agreement regarding Ms. Ayala's status as a potential witness at trial. Accordingly, the Court continues the IDC to **November 2, 2023 at 9:00 a.m**.

The parties shall inform the Court – no later than October 31, 2023 – regarding the need to proceed with the continued IDC hearing on November 2, 2023.

**IT IS SO ORDERED.**

____ : 32 ____

AF ____