Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:  (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)

(Additional attorney information on following page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br><br>  Defendants. | Case No.: 2:20-CV-01437-OWD (ASx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN ORDER PROVIDING THE NEXT AVAILABLE HEARING DATE FOR FEDERAL RULE OF CIVIL PROCEDUE 56 MOTION FOR SUMMARY JUDGMENT AND GRANTING LEAVE TO PERMIT HEARING TO BE HELD BEYOND THE CURRENT MOTION CUTOFF DATE, IF NECESSARY**<br><br>Action filed: February 12, 2020<br>Trial date: April 23, 2024 |

[PROPOSED] ORDER

1  Reed Aljian (SBN 211010)
   (ra@dallp.com)
2  DAILY ALJIAN LLP
3  100 Bayview Circle, Suite 5500
   Newport Beach, CA 92660
4  Tel: (949) 861-2524
5  Fax: (949) 269 -6364

6  Attorneys for Defendants,
7  LA LUZ DEL MUNDO, an
   unincorporated association, NAASÓN
8  JOAQUIN GARCIA, and
9  COMMUNICATION CENTER
   BEREA U.S.A. LLC, erroneously sued
10 as INTERNATIONAL BEREA USA

11

12 Alan J. Jackson (SBN 173647)
   (ajackson@werksmanjackson.com)
13 Caleb E. Mason (SBN 246653)
   (cmason@werksmanjackson.com)
14 Werksman Jackson & Quinn LLP
15 888 W. 6th St. Fourth Floor
   Los Angeles CA 90017
16 Tel: (213) 688-0460
17 Fax: (213) 624-1942

18
19 Attorneys for Defendant,
   NAASÓN JOAQUIN GARCIA
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court, having considered DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER PROVIDING THE NEXT AVAILABLE HEARING DATE FOR FEDERAL RULE OF CIVIL PROCEDURE 56 MOTION FOR SUMMARY JUDGMENT AND GRANTING LEAVE TO PERMIT HEARING TO BE HELD BEYOND THE CURRENT MOTION CUTOFF DATE, IF NECESSARY and any opposing papers, and having found good cause stated therein, hereby orders as follows:

(1) Defendants shall be permitted to file their Rule of Civil Procedure 56 Motion for Summary Judgment (the "MSJ") for a hearing date beyond the current motion cutoff date of December 14, 2023; and

(2) The MSJ shall be set for a hearing on _____.

IT IS SO ORDERED.

Dated: _____, 2023                           _____
                                                HON. FRED W. SLAUGHTER
                                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 29, 2023.

DATED: October 29, 2023

BROWN, NERI, SMITH & KHAN LLP

By:  /s/ Geoffrey A. Neri
      Geoffrey A. Neri