1  DANIEL S. CHA, State Bar No. 260256
     *DCha@GGTrialLaw.com*
2  ECLKEY M. KEACH, III, (*admitted pro hac vice*)
     *EKeach@ggtriallaw.com*
3  **GREENBERG GROSS LLP**
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Telephone: (949) 383-2800
5  Facsimile: (949) 383-2801

6  MICHAEL RECK, State Bar No. 209895
     *MReck@AndersonAdvocates.com*
7  **JEFF ANDERSON & ASSOCIATES**
   12011 San Vincente Boulevard, #700
8  Los Angeles, California, 90049
   Telephone: (310) 357-2425
9  Facsimile: (651) 297-6543

10  Attorneys for Plaintiff SOCHIL MARTIN

11

12              **UNITED STATES DISTRICT COURT**

13      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

15  SOCHIL MARTIN,                    Case No. 2:20-cv-01437-FWS-AS
                                      Judge:   Hon. Fred W. Slaughter
16              Plaintiff,            Courtroom:      10D

17          v.                        **PLAINTIFF'S NOTICE OF NON-OPPOSITION AND JOINDER TO DEFENDANTS' EX PARTE APPLICATION (Dkt. No. 249)**
18  LA LUZ DEL MUNDO, et al.

19              Defendants.

20                                    Pretrial Conf.: Feb. 8, 2024
                                      Trial Date:     Feb. 27, 2024
21
                                      Magistrate Judge: Hon. Alka Sagar
22

23

24

25

26

27

28
                                                Case No. 2:20-cv-01437-FWS-AS
─────────────────────────────────────────────────────────────────────
PLAINTIFF'S NOTICE OF NON-OPPOSITION AND JOINDER TO DEFENDANTS' EX PARTE APPLICATION
(Dkt. No. 249)

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF**

2  **RECORD:**

3       **PLEASE TAKE NOTICE** that Plaintiff Sochil Martin, by and through her

4  Counsel of Record, Daniel S. Cha, and Eckley M. Keach, III, of the law firm

5  Greenberg Gross, LLP, hereby submit the instant Notice of Non-Opposition and

6  Joinder to Defendants' *Ex Parte* Application (Dkt. No. 249). While Plaintiff

7  strongly disagrees with Defendants' identification and assessment of the grounds

8  upon which they may move for summary judgment, Plaintiff agrees that under the

9  current scheduling order, it is necessary to provide a hearing date and leave to

10  permit the hearing to be conducted beyond the current motion cutoff date, so that

11  Plaintiff may have the opportunity to suitably file any objections to Defendants'

12  Motion for Summary Judgment, and for Plaintiff to file her own Motion for

13  Summary Judgment in this matter.

14       Plaintiff also submits that the relief requested is necessary because the

15  deposition of Defendant Naason Joaquin Garcia is scheduled for November 15,

16  2023, which was the earliest available date authorized by Defendant Garcia's prison,

17  the California Institution for Men, to allow the taking of his deposition. Defendant

18  Garcia's deposition is necessary for Plaintiff's case, and its timing further supports

19  this Court granting the relief sought by the *Ex Parte* Application.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

PLAINTIFF'S NOTICE OF NON-OPPOSITION AND JOINDER TO DEFENDANTS' EX PARTE APPLICATION
(Dkt. No. 249)

1     For the foregoing reasons, Plaintiff does not oppose Defendants' *Ex Parte*

2     application (Dkt. No. 249).

3

4     DATED:  October 30, 2023          GREENBERG GROSS LLP

5

6

7          By:  _____/s/ Eckley M. Keach_____

          Daniel S. Cha

8          Eckley M. Keach

          Attorneys for Plaintiff SOCHIL MARTIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF NON-OPPOSITION AND JOINDER TO DEFENDANTS' EX PARTE APPLICATION
(Dkt. No. 249)

1

## CERTIFICATE OF SERVICE

2          I hereby certify that all counsel of record who are deemed to have consented

3     to electronic service are being served with a copy of this document via the Court's

4     CM/ECF system on October 30, 2023.

5

6

7                                                     */s/ Crystal M. Rose*
                                                      Crystal M. Rose
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF NON-OPPOSITION AND JOINDER TO DEFENDANTS' EX PARTE APPLICATION
(Dkt. No. 249)