Reed Aljian (State Bar No. 211010)
 ra@dallp.com
Justin E.D. Daily (State Bar No. 209772)
 jd@dallp.com
Simon Kwak (State Bar No. 296362)
 sk@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:   949.861.2524
Facsimile:    949.269.6364

Attorneys for Defendants named as
LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASON JOAQUIN GARCIA, an individual

(Additional attorney information on following page)

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-01437-FWS-AS<br><br>**DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL (L.R.5.2.2(a)-(b))**<br><br>[Concurrently filed: Application; [Proposed] Order]<br><br>Judge:　　　　　Hon. Fred W. Slaughter<br>Courtroom:　　　10D<br><br>Magistrate Judge:　Hon. Alka Sagar<br>Courtroom:　　　540, 5th Floor<br><br>Action Filed:　　February 12, 2020<br>Trial Date:　　　April 23, 2024 |

ALJIAN DECL. ISO DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL

Alan J. Jackson (SBN 173647)
(ajackson@werksmanjackson.com)
Caleb E. Mason (SBN 246653)
(cmason@werksmanjackson.com)
Werksman Jackson & Quinn LLP
888 W. 6th St. Fourth Floor
Los Angeles CA 90017
Tel: (213) 688-0460
Fax: (213) 624-1942

Attorneys for Defendant,
NAASÓN JOAQUIN GARCIA

Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:   (310) 593-9890
Facsimile:    (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)

# **DECLARATION OF REED ALJIAN**

I, Reed Aljian, hereby declare as follows:

1.  I am an attorney licensed to practice law before all state and federal courts in the State of California. I am the Managing Partner with the law firm of Daily Aljian LLP (the "Firm"), counsel of record for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association ("LLDM"); COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA) ("CCB"), and NAASÓN JOAQUÍN GARCÍA, an individual (collectively, "Defendants").

2.  I submit this declaration in support of Defendants' Application For Leave to File Under Seal. The facts stated herein are true based upon my own personal knowledge or upon review of the records in my Firm's possession. If called as a witness, I could and would testify truthfully to the contents of this declaration.

3.  <u>Exhibit A</u> hereto are true and correct copies of excerpts from the August 23, 2023 Deposition of Plaintiff Sochil Martin.

4.  <u>Exhibit B</u> hereto are true and correct copies of excerpts from the September 25, 2023 Deposition of Plaintiff Sochil Martin.

5.  <u>Exhibit C</u> hereto are true and correct copies of excerpts from the September 29, 2023 Deposition of Plaintiff Sochil Martin.

6.  Plaintiff designated all three of these depositions HIGHLY CONFIDENTIAL under the terms of the Protective Order in this Action. Defendants agreed and had no objections, given the nature and content of the testimony.

7.  Defendants intend to file a motion for summary judgment ("MSJ") on November 2, 2023. Defendants intend to support that MSJ, in part, with excerpts from Plaintiff's depositions. On October 29, 2023, I emailed Plaintiff's counsel of record Daniel Cha to meet and confer regarding an Application to file under seal the relevant deposition excerpts. Defendants sent Plaintiff highlighted copies of the transcripts, which identified the page and line references at issue and requested a time

to meet and confer by phone and/or video. On October 30, 2023, the parties participated in a meet and confer by video conference. During the conference, Plaintiff's counsel explained as follows: "Plaintiff contends that the testimony at issue should be maintained confidentially and filed under seal. The testimony involves personal details relating to matters subject to Plaintiff's right of privacy, including sexual history. Further, public disclosure of the testimony may prejudice both parties at trial."

8. During that video conference, the parties discussed the Application and the MSJ. The parties were unable to eliminate or minimize the need for filing under seal by means of redaction.

9. <u>Exhibit D</u> is a true and correct copy of my email to Mr. Cha memorializing Plaintiff positions articulated on that video conference, with his confirmation.

10. The day after Plaintiff filed this lawsuit, Plaintiff and her attorneys participated in the first of many public spectacles – a 45-minute press conference that was live-streamed on the internet. (https://www.youtube.com/watch?v=V4uf17tvvaE.) The news conference was streamed live on the internet and can be viewed by anyone with internet access to YouTube. The following morning, on February 14, 2020, Plaintiff was featured on the front page of the Los Angeles Times, which ran a long article covering her and her allegations.

11. In March 2020, Plaintiff appeared in a Showtime documentary in which she repeated the allegations of her Complaint. On or around December 3, 2022, an online podcast streaming platform released a 10-part podcast series, in which Plaintiff is interviewed.

12. In the last episode of the series, Plaintiff's former counsel of record, Ms. Mallgraves, is interviewed and discusses her own opinions about Defendants and Mr. García. On December 6, 2022, HBO released a three-episode documentary, which "starred" Plaintiff.

13. The documentary is available for streaming on the internet. In the third episode, a third party (a former member of the La Luz del Mundo congregation with electronic discovery expertise) admits he unlawfully received electronic data (a video recording) from the California Department of Justice. The third party further admits he provided the video recording to HBO, which HBO then published in the documentary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2023.

By: _____