**EXHIBIT A**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

SOCHIL MARTIN,         ) Case No.:
                  ) 2:20-cv-01437-FWS-AS
        Plaintiff,  )
                  )
    v.             )
                  )
LA LUZ DEL MUNDO, an     )
unincorporated association, )
et al.,            )
                  )
        Defendants.  )
_____)

**CERTIFIED COPY**

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SOCHIL ARELL MARTIN

Volume I

August 23, 2023

Newport Beach, California

STENOGRAPHICALLY REPORTED BY:
DENISE PAHOLSKI, CSR 10742, RPR

Job No.: 127233



SG THE SULLIVAN GROUP OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 562.888.6488









**E X H I B I T S**

| PLAINTIFF'S | DESCRIPTION | PAGE |
|-------------|-------------|------|

1































































































































1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2            I, DENISE PAHOLSKI, Certified Shorthand
   Reporter, License No. 10742, for the State of
3    California, do hereby certify:

4            That, prior to being examined, the witness
   named in the foregoing deposition, SOCHIL ARELL
5    MARTIN, was by me duly administered the oath under
   penalty of perjury;

6

           That the testimony of the witness, the
7    questions propounded, ambiguous all objections
   ambiguous statements made at the time of the
8    examination were recorded stenographically by me and
   were thereafter transcribed;

9

10           That before completion of the proceeding,
   pursuant to F.R.C.P. 30(e)(2):

11

           ( ) Reading and signing was requested.

12

           ( ) Reading and signing was waived.

13

           (X) Reading and signing was not requested.

14

           Should the signature of the witness not be
15   affixed to this transcript, the witness shall not
   have availed himself/herself of the opportunity to
16   sign, or the signature has been waived.

17           I further certify that I am not a relative
   or employee of any attorney of the parties, nor
18   financially interested in the action.

19           I declare under penalty of perjury under
   the laws of California that the foregoing is true
20   and correct.

21

22   DATED:  August 29, 2023

23

24   _____
                    DENISE PAHOLSKI, RPR, CSR #10742
25                  in and for the State of California

HIGHLY CONFIDENTIAL TRANSCRIPT



September        23        2023        28th

HIGHLY CONFIDENTIAL TRANSCRIPT



HIGHLY CONFIDENTIAL TRANSCRIPT

| PAGE | LINE | CHANGE/ADD/DELETE | REASON |
|------|------|-------------------|--------|
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |

Deponent's Signature _____ Date _____

THE SULLIVAN GROUP OF COURT REPORTERS