**EXHIBIT B**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

SOCHIL MARTIN,                  )
                                )
          Plaintiff,            )
                                )
     v.                         )    CASE NO. 2:20-cv-01437
                                )              -FWS-AS
LA LUZ DEL MUNDO, an            )
unincorporated association,     )
et al.,                         )
                                )
          Defendants.           )
_____  )

**CERTIFIED COPY**

VOLUME II

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO RECORDED DEPOSITION OF

SOCHIL MARTIN

NEWPORT BEACH, CALIFORNIA

SEPTEMBER 5, 2023

Reported by:
DEBBIE STRICKLAND
CSR 9036
No. 23-128347



THE SULLIVAN GROUP OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 562.888.6488







































1

2

3

4

5   ///

6   ///

7   ///

8   ///

9   ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

































































































HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TRANSCRIPT

```
 1   STATE OF CALIFORNIA   )
                           )  SS.
 2   COUNTY OF LOS ANGELES )

 3

 4           I, Debbie Strickland, a Certified Shorthand

 5   Reporter of the State of California, do hereby certify;

 6           That the foregoing proceedings were taken before

 7   me at the time and place herein set forth; that any

 8   witnesses in the foregoing proceedings, prior to

 9   testifying, were administered an oath; that a record of

10   the proceedings was made by me using machine shorthand

11   which was thereafter transcribed under my direction; that

12   the foregoing transcript is a true record of the

13   testimony given.

14           Further, that if the foregoing pertains to the

15   original transcript of a deposition in a Federal Case,

16   before completion of the proceedings, review of the

17   transcript [ ] was [X] was not requested.

18           I further certify I am neither financially

19   interested in the action nor a relative or employee of

20   any attorney or any party to this action.

21

22           Dated this _21st_ day of _September , 2023.

23

24

25                        DEBBIE STRICKLAND, CSR 9036
```

DocuSign Envelope ID: D30F6AC8-A981-42A9-9D3E-B6DA024EDCA8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TRANSCRIPT



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TRANSCRIPT



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TRANSCRIPT

1    **PAGE**      **LINE**      **CHANGE/ADD/DELETE/REASON**

2    _____      _____      _____

3    _____      _____      _____

4    _____      _____      _____

5    _____      _____      _____

6    _____      _____      _____

7    _____      _____      _____

8    _____      _____      _____

9    _____      _____      _____

10   _____      _____      _____

11   _____      _____      _____

12   _____      _____      _____

13   _____      _____      _____

14   _____      _____      _____

15   _____      _____      _____

16   _____      _____      _____

17   _____      _____      _____

18   _____      _____      _____

19   _____      _____      _____

20   _____      _____      _____

21   _____      _____      _____

22   _____      _____      _____

23   _____      _____      _____

24   _____      _____      _____

25   **Deponent's Signature** _____ **Date** _____

THE SULLIVAN GROUP OF COURT REPORTERS

597