**EXHIBIT C**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

SOCHIL MARTIN,                      )
                                    )
                Plaintiff,          )
                                    )
       vs.                          )
                                    )
LA LUZ DEL MUNDO, an                )
unincorporated association,         )
et al.,                             )
                Defendants.         )
_____)

CERTIFIED COPY

Case Number:
2:20-cv-01437-FWS-AS

HIGHLY CONFIDENTIAL

VIDEO DEPOSITION OF

SOCHIL MARTIN

VOLUME III - PAGES 599 THROUGH 955

NEWPORT BEACH, CALIFORNIA

SEPTEMBER 29, 2023

Reported by:
WENDI J. VALLARINO
CSR 9337, RPR, CRR
Number 23-128910



THE SULLIVAN GROUP
OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 562.888.6488









E X H I B I T S







































































HIGHLY CONFIDENTIAL TRANSCRIPT

```
 1                   REPORTER'S CERTIFICATE

 2

 3          I, WENDI J. VALLARINO, CSR Number 9337, RPR,

 4   CRR, Certified Shorthand Reporter in and for the State

 5   of California, do hereby certify:

 6          That the foregoing proceedings were taken

 7   before me at the time and place therein set forth, at

 8   which time the witness was put under oath by me;

 9          That the testimony of the witness and all

10   objections made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13          That the foregoing is a true and correct

14   transcription of my shorthand notes so taken.

15          I further certify that I am not a relative nor

16   employee of any attorney or of any of the parties, nor

17   financially interested in the action.

18          I declare under penalty of perjury under the

19   laws of the State of California that the foregoing is

20   true and correct.

21          Dated October 10, 2023.

22

23                  Wendi J. Vallarino

24                  _____
                    WENDI J. VALLARINO, CSR 9337, RPR, CRR

25
```





HIGHLY CONFIDENTIAL TRANSCRIPT

1  PAGE      LINE      CHANGE/ADD/DELETE/REASON

2  _____     _____     _____

3  _____     _____     _____

4  _____     _____     _____

5  _____     _____     _____

6  _____     _____     _____

7  _____     _____     _____

8  _____     _____     _____

9  _____     _____     _____

10  _____     _____     _____

11  _____     _____     _____

12  _____     _____     _____

13  _____     _____     _____

14  _____     _____     _____

15  _____     _____     _____

16  _____     _____     _____

17  _____     _____     _____

18  _____     _____     _____

19  _____     _____     _____

20  _____     _____     _____

21  _____     _____     _____

22  _____     _____     _____

23  _____     _____     _____

24  _____     _____     _____

25  _____     _____     _____

HIGHLY CONFIDENTIAL TRANSCRIPT

```
1   PAGE      LINE     CHANGE/ADD/DELETE/REASON

2   _____     _____    _____

3   _____     _____    _____

4   _____     _____    _____

5   _____     _____    _____

6   _____     _____    _____

7   _____     _____    _____

8   _____     _____    _____

9   _____     _____    _____

10  _____     _____    _____

11  _____     _____    _____

12  _____     _____    _____

13  _____     _____    _____

14  _____     _____    _____

15  _____     _____    _____

16  _____     _____    _____

17  _____     _____    _____

18  _____     _____    _____

19  _____     _____    _____

20  _____     _____    _____

21  _____     _____    _____

22  _____     _____    _____

23  _____     _____    _____

24  _____     _____    _____

25  Deponent's Signature _____ Date _____
```

THE SULLIVAN GROUP OF COURT REPORTERS