| | |
|---|---|
| **From:** | Daniel S. Cha |
| **To:** | Reed Aljian; Geoff Neri |
| **Cc:** | Bahar Ebe; Eckley M. Keach III; Crystal M. Rose; Daisy Lopez; Simon Kwak |
| **Subject:** | RE: Martin v. LLDM et al. - Motion to File Under Seal |
| **Date:** | Monday, October 30, 2023 3:01:14 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

Correct.

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Monday, October 30, 2023 2:43 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>; Geoff Neri <geoff@bnsklaw.com>
**Cc:** Bahar Ebe <bahar@dallp.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Daisy Lopez <dlopez@dallp.com>; Simon Kwak <sk@dallp.com>
**Subject:** [EXT] RE: Martin v. LLDM et al. - Motion to File Under Seal

Daniel:

Does this fairly represent your position. If not, please advise how I can change, if at all.

"Plaintiff contends that the testimony at issue should be maintained confidentially and filed under seal. The testimony involves personal details relating to matters subject to Plaintiff's right of privacy, including sexual history. Further, public disclosure of the testimony may prejudice both parties at trial."

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

**From:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Sent:** Monday, October 30, 2023 12:50 PM
**To:** Reed Aljian <ra@dallp.com>; Geoff Neri <geoff@bnsklaw.com>
**Cc:** Bahar Ebe <bahar@dallp.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Daisy Lopez <dlopez@dallp.com>; Simon Kwak <sk@dallp.com>
**Subject:** RE: Martin v. LLDM et al. - Motion to File Under Seal

https://ggtriallaw.zoom.us/j/8219212461?pwd=cmNpWVlvRGczZ0RIaXNpT2dzNGZQQT09

**Daniel S. Cha**
**Counsel | Greenberg Gross** LLP

650 Town Center Drive | Suite 1700 | Costa Mesa, CA 92626
Direct 949.383.2795 | Main 949.383.2800
DCha@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Monday, October 30, 2023 12:48 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>; Geoff Neri <geoff@bnsklaw.com>
**Cc:** Bahar Ebe <bahar@dallp.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Daisy Lopez <dlopez@dallp.com>; Simon Kwak <sk@dallp.com>
**Subject:** [EXT] RE: Martin v. LLDM et al. - Motion to File Under Seal

Daniel,

Geoff and I are ready, if you are. Please advise.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

---

**From:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Sent:** Monday, October 30, 2023 11:03 AM
**To:** Geoff Neri <geoff@bnsklaw.com>; Reed Aljian <ra@dallp.com>
**Cc:** Bahar Ebe <bahar@dallp.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Daisy Lopez <dlopez@dallp.com>; Simon Kwak <sk@dallp.com>
**Subject:** Re: Martin v. LLDM et al. - Motion to File Under Seal

I will try and ask for my depo to break for lunch at that time: 12:45.

### Daniel S. Cha

**Counsel | Greenberg Gross LLP**

650 Town Center Drive | Suite 1700 | Costa Mesa, CA 92626
Direct 949.383.2795 | Main 949.383.2800
DCha@GGTrialLaw.com

**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Monday, October 30, 2023 10:36:19 AM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>; Reed Aljian <ra@dallp.com>
**Cc:** Bahar Ebe <bahar@dallp.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Daisy Lopez <dlopez@dallp.com>; Simon Kwak <sk@dallp.com>
**Subject:** [EXT] RE: Martin v. LLDM et al. - Motion to File Under Seal

Daniel, Reed,

I am also in a deposition today but can join during a lunch break, say 12:45, 1?

I would also like to discuss Defendants' MSJ, which Daniel as you know we intend to file on Thursday or as soon as the Court's calendar permits for purposes of a hearing.   \

While Reed and I have met and conferred several times with Deborah previously, we would like to see if you have any different view of the issues, now that Deborah is gone and therefore no longer in charge of the case.

Thanks,
Geoff

**From:** Daniel S. Cha
**Sent:** Monday, October 30, 2023 9:47 AM
**To:** Reed Aljian
**Cc:** Geoff Neri; Bahar Ebe; Eckley M. Keach III; Crystal M. Rose; Daisy Lopez; Simon Kwak
**Subject:** Re: Martin v. LLDM et al. - Motion to File Under Seal

I'll try. But no guarantee I can do it before lunch break.


**Daniel S. Cha**

**Counsel | Greenberg Gross LLP**

650 Town Center Drive | Suite 1700 | Costa Mesa, CA 92626
Direct 949.383.2795 | Main 949.383.2800
DCha@GGTrialLaw.com


**From:** Reed Aljian <ra@dallp.com>
**Sent:** Monday, October 30, 2023 9:36:11 AM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Bahar Ebe <bahar@dallp.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Daisy Lopez

<dlopez@dallp.com>; Simon Kwak <sk@dallp.com>
**Subject:** [EXT] RE: Martin v. LLDM et al. - Motion to File Under Seal

Dear Daniel,

Can we do it this morning sometime? The filing deadline is today, so I wish to get your input as early as possible.

I am available anytime, except 10-10:30.

Reed Aljian
DAILY ALJIAN LLP
949.861.2524 (work)
310-721-7303 (cell)

PRIVILEGED & CONFIDENTIAL

---

**From:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Sent:** Monday, October 30, 2023 9:32 AM
**To:** Reed Aljian <ra@dallp.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Bahar Ebe <bahar@dallp.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Daisy Lopez <dlopez@dallp.com>; Simon Kwak <sk@dallp.com>
**Subject:** Re: Martin v. LLDM et al. - Motion to File Under Seal

I have a deposition. Perhaps during a break in the afternoon. Are you generally available today?

**Daniel S. Cha**

**Counsel | Greenberg Gross LLP**

650 Town Center Drive | Suite 1700 | Costa Mesa, CA 92626
Direct 949.383.2795 | Main 949.383.2800
DCha@GGTrialLaw.com


**From:** Reed Aljian <ra@dallp.com>
**Sent:** Sunday, October 29, 2023 7:04:58 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Bahar Ebe <bahar@dallp.com>; Eckley M. Keach III <EKeach@GGTrialLaw.com>; Crystal M. Rose <CRose@GGTrialLaw.com>; Daisy Lopez <dlopez@dallp.com>; Simon Kwak <sk@dallp.com>
**Subject:** [EXT] Re: Martin v. LLDM et al. - Motion to File Under Seal

Dear Daniel,

Attached are Plaintiff's transcripts, from Vol. 1 and 2, with highlights of the relevant portions. Volume 3 will be send next. Do you have time tomorrow for a call to discuss, so we may meet and confer by phone or video?

Reed

---

**From:** Reed Aljian <ra@dallp.com>
**Date:** Sunday, October 29, 2023 at 6:23 PM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>, Bahar Ebe <bahar@dallp.com>, Eckley M. Keach III <EKeach@GGTrialLaw.com>, Crystal M. Rose <CRose@GGTrialLaw.com>, Daisy Lopez <dlopez@dallp.com>, Simon Kwak <sk@dallp.com>
**Subject:** Martin v. LLDM et al. - Motion to File Under Seal

Dear Daniel,

Defendants plan to move for summary judgment. Defendants intend to file portions of Ms. Martin and Mr. Guzman's depositions transcripts in support of the Motion.

Plaintiff designated those transcripts highly confidential and they were designated accordingly.

Defendants had no objection and, indeed, agreed to the designations.

Please advise if Plaintiff has any opposition to a motion for a sealing order for those transcripts.

Sincerely,

Reed Aljian

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at <postmaster@ggtriallaw.com>, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at <postmaster@ggtriallaw.com>, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.