1  Reed Aljian (State Bar No. 211010)
    ra@dallp.com
2  Justin E.D. Daily (State Bar No. 209772)
    jd@dallp.com
3  Simon Kwak (State Bar No. 296362)
    sk@dallp.com
4  DAILY ALJIAN LLP
   100 Bayview Circle, Suite 5500
5  Newport Beach, CA  92660
   Telephone:   949.861.2524
6  Facsimile:     949.269.6364

7  Attorneys for Defendants named as
   LA LUZ DEL MUNDO, an alleged unincorporated
8  association; COMMUNICATION CENTER BEREA
   U.S.A. LLC (erroneously sued as International Berea
9  USA); and NAASON JOAQUIN GARCIA, an individual

10  (Additional attorney information on following page)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>　　　　Defendants. | **CASE NO.:  2:20-CV-01437-FWS-AS**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[Concurrently filed: Application; Declaration of Reed Aljian]<br><br>Judge:　　　　Hon. Fred W. Slaughter<br>Courtroom:　　10D<br><br>Magistrate Judge:　Hon. Alka Sagar<br>Courtroom:　　540, 5th Floor<br><br>Action Filed:　　February 12, 2020<br>Trial Date:　　April 23, 2024 |

PROPOSED ORDER

Alan J. Jackson (SBN 173647)
(ajackson@werksmanjackson.com)
Caleb E. Mason (SBN 246653)
(cmason@werksmanjackson.com)
Werksman Jackson & Quinn LLP
888 W. 6th St. Fourth Floor
Los Angeles CA 90017
Tel: (213) 688-0460
Fax: (213) 624-1942

Attorneys for Defendant,
NAASÓN JOAQUIN GARCIA

Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:   (310) 593-9890
Facsimile:    (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)

DAILY ALJIAN LLP
Newport Beach, California

Defendants La Luz Del Mundo, an unincorporated association, Naason Joaquin Garcia, and Communication Center Berea U.S.A. LLC, erroneously sued as International Berea USA (collectively, "Defendants") have applied for an order permitting them to file under seal certain documents in support of Defendants' Application For Leave to File Under Seal. The Court finds that the request is narrowly tailored to seal only that material for which good cause, pursuant to Rule 26 of the Federal Rules of Civil Procedure, to seal has been established. Therefore,

**IT IS HEREBY ORDERED** that the following documents may be filed under seal:

1) Unredacted versions of excerpts from the August 23, 2023 Deposition of Plaintiff Sochil Martin attached as Exhibit A to the concurrently filed Declaration of Reed Aljian ("Aljian Decl.");

2) Unredacted versions of excerpts from the September 25, 2023 Deposition of Plaintiff Sochil Martin attached as Exhibit B to the Aljian Decl.; and

3) Unredacted versions of the excerpts from the September 29, 2023 Deposition of Plaintiff Sochil Martin attached as Exhibit C to the Aljian Decl.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Alka Sagar
United States Magistrate Judge