Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Justin E. D. Daily (State Bar No. 209772)
  *jd@dallp.com*
Simon Kwak (State Bar No. 297362)
  *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone:  949.861.2524
Facsimile:  949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASON JOAQUIN GARCIA, an individual.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>          Defendants. | Case No.: 2:20−CV−01437-FWS (ASx)<br><br>**PROOF OF SERVICE**<br><br>Judge:         Hon. Fred W. Slaughter<br>Courtroom:  10D (Santa Anta)<br><br>Magistrate Judge:   Hon. Alka Sagar<br>Courtroom:         540 (Roybal)<br><br>Action Filed:   February 12, 2020<br>Trial Date:      April 23, 2024 |

PROOF OF SERVICE

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NAME:   *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On **October 30, 2023**, I caused the foregoing document(s) to be served:

1. **DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL (L.R.5.2.2(a)-(b));**

2. **DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL (L.R.5.2.2(a)-(b)); and**

3. **[PROPOSED] ORDER GRANTING DEFENDANTS' LEAVE TO FILE DOCUMENTS UNDER SEAL**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]   (BY EMAIL) The above-referenced document was transmitted by email.

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **October 30, 2023**, at Newport Beach, California.

　　　　　　　　　　　　　　　　　　　　　*/s/* Bahar Ebe
　　　　　　　　　　　　　　　　　　　　　Bahar Ebe

# SERVICE LIST

Daniel S. Cha
  *DCha@GGTrialLaw.com*
Eckley Keach
  *ekeach@ggtriallaw.com*
Crystal Rose
  *crose@ggtriallaw.com*
Amanda Despujol
  *adespujol@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
  *Attorneys for Plaintiff SOCHIL MARTIN*

Michael Reck
  *MReck@AndersonAdvocates.com*
  *cafiling@andersonadvocates.com*
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
  *Attorneys for Plaintiff SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
**WERKSMAN JACKSON & QUINN LLP**
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
  *Attorneys for Defendant NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
  *Attorneys for Defendant* COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA)

DAILY ALJIAN LLP
Newport Beach, California