Reed Aljian (State Bar No. 211010)
  ra@dallp.com
Justin E.D. Daily (State Bar No. 209772)
  jd@dallp.com
Simon Kwak (State Bar No. 296362)
  sk@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:   949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as
LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASON JOAQUIN GARCIA, an individual

(Additional attorney information on following page)

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>　　　　Defendants. | **CASE NO.: 2:20-CV-01437-FWS-AS**<br><br>***SUPPLEMENTAL* DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL (L.R.5.2.2(a)-(b))**<br><br>Judge:　　　　Hon. Fred W. Slaughter<br>Courtroom:　　10D<br><br>Magistrate Judge:　Hon. Alka Sagar<br>Courtroom:　　540, 5th Floor<br><br>Action Filed:　　February 12, 2020<br>Trial Date:　　　April 23, 2024 |

SUPPL. ALJIAN DECL. ISO DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL

Alan J. Jackson (SBN 173647)
(ajackson@werksmanjackson.com)
Caleb E. Mason (SBN 246653)
(cmason@werksmanjackson.com)
Werksman Jackson & Quinn LLP
888 W. 6th St. Fourth Floor
Los Angeles CA 90017
Tel: (213) 688-0460
Fax: (213) 624-1942

Attorneys for Defendant,
NAASÓN JOAQUIN GARCIA

Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:   (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)

DAILY ALJIAN LLP
Newport Beach, California

1
SUPPL. ALJIAN DECL. ISO DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL

# DECLARATION OF REED ALJIAN

I, Reed Aljian, hereby declare as follows:

1. I am an attorney licensed to practice law before all state and federal courts in the State of California. I am the Managing Partner with the law firm of Daily Aljian LLP (the "Firm"), counsel of record for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association ("LLDM"); COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA) ("CCB"), and NAASÓN JOAQUÍN GARCÍA, an individual (collectively, "Defendants").

2. I submit this declaration in support of Defendants' Application For Leave to File Under Seal. The facts stated herein are true based upon my own personal knowledge or upon review of the records in my Firm's possession. If called as a witness, I could and would testify truthfully to the contents of this declaration.

3. Exhibit A hereto are true and correct copies of redacted excerpts from the August 23, 2023 Deposition of Plaintiff Sochil Martin that I inadvertently did not attach to my declaration filed yesterday (it should have been included within the Exhibit A to the original declaration). We intend to use this testimony in support of the planned Motion for Summary Judgment. Plaintiff designated these transcripts (including these excerpts) HIGHLY CONFIDENTIAL under the terms of the Protective Order in this Action. Therefore, we seek approval to file under seal these excerpts also. I apologize to the Court for this oversight in the original filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2023.

By: /s/ Reed Aljian
Reed Aljian

DAILY ALJIAN LLP
Newport Beach, California