**EXHIBIT A**











