1  Reed Aljian (State Bar No. 211010)
     *ra@dallp.com*
2  Justin E. D. Daily (State Bar No. 209772)
     *jd@dallp.com*
3  Simon Kwak (State Bar No. 297362)
     *sk@dallp.com*
4  DAILY ALJIAN LLP
5  100 Bayview Circle, Suite 5500
   Newport Beach, CA 92660
6  Telephone:   949.861.2524
7  Facsimile:   949.269.6364

8  Attorneys for Defendants named as LA LUZ DEL MUNDO,
9  an alleged unincorporated association; COMMUNICATION
   CENTER BEREA U.S.A. LLC (erroneously sued as International
10 Berea USA); and NAASON JOAQUIN GARCIA, an individual.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br><br>         Plaintiff,<br><br>     v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, et al.<br><br>         Defendants. | Case No.: 2:20−CV−01437-FWS (ASx)<br><br>**PROOF OF SERVICE**<br><br>Judge:        Hon. Fred W. Slaughter<br>Courtroom:  10D (Santa Anta)<br><br>Magistrate Judge:  Hon. Alka Sagar<br>Courtroom:           540 (Roybal)<br><br>Action Filed:  February 12, 2020<br>Trial Date:    April 23, 2024 |

PROOF OF SERVICE

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CASE NAME:** *SOCHIL MARTIN v. LA LUZ DEL MUNDO, et al.*

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On October 31, 2023, I caused the foregoing document(s) to be served:

1. **SEALED SUPPLEMENTAL DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL**

2. **SUPPLEMENTAL DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE OF COURT TO FILE UNDER SEAL**

on the following parties:

**SEE ATTACHED SERVICE LIST**

[X]   (BY EMAIL) The above-referenced document was transmitted by email.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **October 31, 2023**, at Newport Beach, California.

/s/ Daisy Lopez
Daisy Lopez

# **SERVICE LIST**

Daniel S. Cha
  *DCha@GGTrialLaw.com*
Eckley Keach
  *ekeach@ggtriallaw.com*
Crystal Rose
  *crose@ggtriallaw.com*
Amanda Despujol
  *adespujol@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
  *Attorneys for Plaintiff SOCHIL MARTIN*

Michael Reck
  *MReck@AndersonAdvocates.com*
  *cafiling@andersonadvocates.com*
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
  *Attorneys for Plaintiff SOCHIL MARTIN*

Alan J. Jackson
  *ajackson@werksmanjackson.com*
Caleb E. Mason
  *cmason@werksmanjackson.com*
**WERKSMAN JACKSON & QUINN LLP**
888 W 6th St, Fourth Floor
Los Angeles, CA 90017
  *Attorneys for Defendant NAASÓN JOAQUÍN GARCÍA*

Ethan J. Brown
  *ethan@bnsklaw.com*
Geoffrey A. Neri
  *geoff@bnsklaw.com*
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
  *Attorneys for Defendant* COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA)