# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sochil Martin, **PLAINTIFF(S)** | CASE NUMBER: CV20-01437-FWS (ASx) |
| v. | |
| La Luz Del Mundo, et al **DEFENDANT(S).** | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| Date Filed | Document No. | Title of Document |
|---|---|---|
| October 30, 2023 | 251 | Application to File Plaintiff's Deposition Under Seal |

**DOCKETING AND FORMATTING ERRORS:**

- ☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- ☐ Document lacks required signature
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected. Correct event to be used is _____
- ☐ Proposed document was not submitted or was not submitted as a separate attachment
- ☐ Other: _____

**MOTION-RELATED ERRORS:**

- ☐ Local Rule 7-3 compliance statement missing
- ☐ Local Rules 7-9, 7-10 opposition or reply papers untimely
- ☐ Hearing information is missing, incorrect, or untimely
- ☐ Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: _____

**OTHER ERRORS:**

- ☐ Local Rule 83-2.5 no letters to the Judge
- ☐ Fed. R. Civ. P. 5 no proof of service attached
- ☐ Local Rule 7-1.1 no notice of interested parties
- ✓ Other: Defendant seeks leave to file plaintiff's deposition transcripts under seal in support of the MSJ they they intend to file on 11/2/23. Since the MSJ will be heard by District Judge Slaughter, the motion for under seal should be decided by him, unless it is referred to Magistrate Judge Sagar.

Note: **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: October 31, 2023     By: Alma Felix (213) 894-1587
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**