## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 20-01437-FWS (AS) | Date | November 2, 2023 |
|-----|----------------------|------|------------------|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|------------------------|--------------------------------------------|--|
| Alma Felix | | CS 11/02/23 |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---------------------------------|-----------------------------------|
| Daniel S. Cha | Reed T. Aljian |
| Attorney Present for Non-Party: | Attorneys Present for Movants: |
| Smirna Abisag Ayala | Thomas A. Cifarelli |
| | Jonati Yedidson |

**Proceedings (In Chambers):**        **ORDER RE INFORMAL DISCOVERY CONFERENCE (Dkt Nos. 247-248)**

On November 2, 2023, the Court held an informal discovery conference ("IDC"), telephonically, with the parties to address discovery issues raised during the IDC held on October 25, 2023, namely, the need to depose Ms. Smirna Abisag Ayala ("Non-Party'), and the deposition subpoenas served on Jane Does 1-5 ("Movants").

The parties advised the Court that they are in the process of finalizing a written agreement regarding Non-Party's status as a potential witness at trial.[1]

The parties sought clarification regarding the Court's October 27, 2023, Order regarding Movants' motion for a Protective Order, (see Dkt. No. 248), and whether Defendants should obtain the movants' testimony in accordance with Rule 31 or Rule 33. After hearing from the parties, the Court orders the parties to proceed by Rule 33. The Court finds that Movants' verified written responses to interrogatories as opposed to oral testimony balances the interest of Movants in not being re-traumatized by having to

---

[1] The Parties must seek an informal discovery conference if they are unable to reach an agreement.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 20-01437-FWS (AS) | Date | November 2, 2023 |
|-----|----------------------|------|------------------|
| Title | *Sochil Martin v. La Luz Del Mundo et al.* | | |

present live testimony and Defendants' interest in preparing for trial, if Plaintiff calls Movants to testify at trial.  The Movants' responses will be subject to the Protective Order in this case.

If, after reviewing Movants' interrogatory responses, Defendants find it necessary to take live testimony from Movants, the parties <u>must</u> promptly request an informal discovery conference with the Court.

**IT IS SO ORDERED.**

|  | 0 | : | 17 |
|--|---|---|----|
| Initials of Preparer | AF | | |