Reed Aljian (SBN 211010)
(ra@dallp.com)
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Tel: (949) 861-2524
Fax: (949) 269 -6364

Attorneys for Defendants,
LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUIN GARCIA, and COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA

(Additional attorney information on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br><br>  Plaintiff,<br>  v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br>  Defendants | Case No.: 2:20-CV-01437-FWS (ASx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF SOCHIL MARTIN'S FIRST THROUGH NINTH CLAIMS FOR RELIEF MADE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**<br><br>Date:  December 14, 2023<br>Time: 10:00 a.m.<br>Ctrm: 10D<br><br>Action filed:  February 12, 2020<br>Trial date:  April 23, 2024 |

Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)


Alan J. Jackson (SBN 173647)
(ajackson@werksmanjackson.com)
Caleb E. Mason (SBN 246653)
(cmason@werksmanjackson.com)
Werksman Jackson & Quinn LLP
888 W. 6th St. Fourth Floor
Los Angeles CA 90017
Tel: (213) 688-0460
Fax: (213) 624-1942


Attorneys for Defendant,
NAASÓN JOAQUIN GARCIA

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF'S FIRST THROUGH NINTH CLAIMS FOR RELIEF

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on December 14, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 10D of the United States District Court, Central District of California, located at 411 West 4th Street, Santa Ana, California 92701, the Honorable Fred W. Slaughter presiding, Defendants La Luz Del Mundo, Naason Joaquin Garcia and Communication Center Berea USA, LLC, erroneously sued as International Berea USA (together, "Defendants"), will move, and hereby do move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for partial summary judgment as to the First through Ninth Claims for Relief stated in the Complaint of Plaintiff Sochil Martin ("Martin"), and request that final judgment as to those claims in this action be awarded and entered.

This Motion is made on the following grounds establishing that Defendants are entitled to judgment as a matter of law:

1. Plaintiff's First Claim for Relief – Involuntary Servitude (18 U.S.C. § 1584) – fails as a matter of law because (a) there is no evidence that Plaintiff was forced to perform labor by the use or threat of physical restraint, physical injury or legal coercion and that she had no other choice than to perform such labor; and (b) the claim is barred by the applicable statute of limitations.

2. Plaintiff's Second Claim for Relief – Forced Labor (18 U.S.C. § 1589) – Fails as a matter of law because (a) there is no evidence that Plaintiff was forced to perform labor "by means of force, threats of force, physical restraint, or threats of physical restraint, . . . by means of serious harm or threats of serious harm, . . . by means of the abuse or threatened abuse of law or legal process, . . . or by means of any scheme, plan, or pattern intended to cause" the victim to believe that "serious harm or physical restraint" would result if the victim did not perform such labor 18 U.S.C. § 1589(a); and (b) the claim is barred by the appliable statute of limitations.

3. Plaintiff's Third, Fourth, Fifth and Sixth Causes of Action –Trafficking with Respect to Forced Labor or Involuntary Servitude (18 U.S.C. § 1590), Conspiracy to Violate the Trafficking Victims Protection Reauthorization Act (18 U.S.C. § 1594),

1

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIF'S FIRST THROUGH NINTH CLAIMS FOR RELIEF

Obstructing Enforcement of the Trafficking Victims Protection Reauthorization Act (18 U.S.C. § 1590(b)), and Benefitting Financially from Trafficking in Persons (18 U.S.C. § 1593A), respectively, fail as a matter of law because all of those claims are predicated and rest on Martin's First and Second Causes of Action for Involuntary Servitude (18 U.S.C. § 1584) and Forced Labor (18 U.S.C. § 1589), which fail as matter of law for the reasons stated above.

      4.  Plaintiff's Seventh and Eighth Claims for Relief – violation of the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and for unpaid labor in violation of the California Labor Code, respectively – fail as a matter of law because both claims are barred by the applicable statute of limitations.

      5.  Plaintiff's Ninth Claim for Relief – Racketeering (18 U.S.C. § 1961 et seq.) – fails as a matter of law because (a) Plaintiff has no standing to bring such a claim because there is no evidence that she has been "injured in [her] business or property" by reason of a violation of the statute; and (b) the claim is barred by the applicable statute of limitations.

      This motion is made following the conferences of counsel pursuant to L.R. 7-3 which took place on October 14, 2020, and then again on October 30, 2023.  The Motion is and will be based on this Notice of Motion and Motion for Partial Summary Judgment on Plaintiff Sochil Martin's First Through Ninth Claims for Relief; the accompanying Separate Statement of Uncontroverted Facts and Conclusions of Law; the accompanying Declarations of Reed Aljian and the exhibits attached thereto, the Declaration of Geoffrey A. Neri and the exhibits attached thereto, and Declaration of Ashley Valdez; the complete files and records in this action; and upon such oral argument as may be made by counsel during the hearing on this Motion.

Respectfully submitted,

DATED: November 2, 2023          BROWN, NERI, SMITH & KHAN LLP

                            By:   /s/ Geoffrey A. Neri

|   |   |   |
|---|---|---|
| | | Geoffrey A. Neri |
| | | Attorneys for Defendant, COMMUNICATIONS CENTER BEREA USA, LLC, erroneously sued as INTERNATIONAL BEREA USA |
| DATED: November 2, 2023 | | DAILY ALJIAN LLP |
| | By: | /s/ Reed Aljian<br>Reed Aljian |
| | | Attorneys for Defendants, LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUIN GARCIA, and COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA |
| DATED: November 2, 2023 | | WERKSMAN JACKSON QUINN LLP |
| | By: | /s/ Alan Jackson<br>Alan Jackson |
| | | Attorneys for Defendant, NAASÓN JOAQUIN GARCIA |

3

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIF'S FIRST THROUGH NINTH CLAIMS FOR RELIEF

# CERTIFICATE OF SERVICE

I, Geoffrey A. Neri, declare as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California, and my business address is 11601 Wilshire Blvd., Suite 2080, Los Angeles, CA 90025.

On November 2, 2023, I electronically filed the following document: DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF SOCHIL MARTIN'S FIRST THROUGH NINTH CAUSES OF ACTION with the United States District Court for the Central District of California by using the court's CM/ECF system and all participants in the case who are registered CM/ECF users will thereby be served on November 2, 2023.

/s/ Geoffrey A. Neri
Geoffrey A. Neri