Reed Aljian (SBN 211010)
(ra@dallp.com)
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Tel: (949) 861-2524
Fax: (949) 269 -6364

Attorneys for Defendants,
LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUIN GARCIA, and COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA

(Additional attorney information on following page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive.<br>    Defendants. | Case No.: 2:20-CV-01437-FWS (ASx)<br><br>**DECLARAION OF GEOFFREY A. NERI IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF SOCHIL MARTIN'S FIRST THROUGH NINTH CLAIMS FOR RELIEF MADE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**<br><br>Date:  December 14, 2023<br>Time: 10:00 a.m.<br>Ctrm: 10D |

DECLARATION OF GEOFFREY A. NERI

1  Ethan J. Brown (SBN 218814)
2   (ethan@bnsklaw.com)
   Geoffrey A. Neri (SBN 258802)
3   (geoff@bnsklaw.com)
   BROWN, NERI, SMITH & KHAN LLP
4  11601 Wilshire Blvd., Suite 2080
5  Los Angeles, California 90025
   Telephone:  (310) 593-9890
6  Facsimile:   (310) 593-9980
7
   Attorneys for Defendant
8  COMMUNICATION CENTER BEREA U.S.A. LLC
9  (erroneously sued as International Berea USA)
10
   Alan J. Jackson (SBN 173647)
11 (ajackson@werksmanjackson.com)
   Caleb E. Mason (SBN 246653)
12 (cmason@werksmanjackson.com)
13 Werksman Jackson & Quinn LLP
   888 W. 6th St. Fourth Floor
14 Los Angeles CA 90017
15 Tel: (213) 688-0460
   Fax: (213) 624-1942
16
17 Attorneys for Defendant,
   NAASÓN JOAQUIN GARCIA
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF GEOFFREY A. NERI

1

## **DECLARATION OF GEOFFREY NERI**

I, Geoffrey Neri, hereby declare as follows:

1. I am an attorney licensed to practice law before all state and federal courts in the State of California. I am a partner with the law firm of Brown, Neri, Smith & Khan LLP (the "Firm"), counsel of record for COMMUNICATION CENTER BEREA U.S.A. LLC ("CCB"), erroneously sued as INTERNATIONAL BEREA USA. The facts stated herein are true based upon my own personal knowledge. If called as a witness, I could and would testify truthfully to the contents of this declaration.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of "Plaintiff Sochil Martin's Responses to Defendant Communication Center CCB U.S.A. LLC'S First Set of Interrogatories."

3. Attached hereto as **Exhibit "B"** is a true and correct copy of a "Volunteer Liability Release Form" produced by CCB in discovery in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of November, 2023.

By: /s/ Geoffrey A. Neri
   Geoffrey Neri

# CERTIFICATE OF SERVICE

I, Geoffrey A. Neri, hereby declare under penalty of perjury as follows:

I am an attorney at the law firm of Brown, Neri, Smith & Khan, LLP, with offices at 11601 Wilshire Blvd., Suite 2080, Los Angeles, California 90025. On November 2, 2023, I electronically filed the foregoing **DECLARATION OF GEOFFREY A. NERI** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

DATED: November 2, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
     Geoffrey A. Neri