# EXHIBIT "A"







# Volunteer Liability Release Form

I, Sochil Martin, hereby release, indemnify, and hold harmless Communication Center Berea USA, LLC (CCB USA), Berea Vision (BV) Channel 31.6, and their respective officers, directors, employees, agents, contractors, subcontractors, representatives, successors and assigns, and all persons conducting directly or indirectly, the activities surrounding my involvement as a volunteer from any and all claims, rights, demands, actions, causes of action, expenses and damages, which I or my heirs, personal representative, successors, assigns or anyone claiming by, through or under me ever had, now have, or may have against the parties identified above arising from any injury, act or omission relating in the way to my participation as a volunteer.

I understand that I am to receive no payment for services from CCB USA, BV. I am not an employee. I will not be entitled to and will not receive Worker's Compensations benefits or other similar payments from the City of Los Angeles under the law of the State of California in the event that I am injured.

Initial: S.M.

**Depiction Release for Volunteer/s**

I hereby consent that CCB USA, in conjunction with BV, to copyright, publish, use, sell or assign any and all photographic portraits or pictures, television spots, movie films, videotapes, and/or sound records or any part thereof, that they may take or make of me during my work as a volunteer in which I may be included in whole or in part, whether separate from or in conjunction with, illustrative or written manner, story or news item, motion pictures, television or radio spots, or for publicity, advertising or any other lawful purpose whatsoever, in conjunction with my name or in anonymity. I hereby waive any right I may have to inspect and/or approve the finished product or the advertising copy that may be used in connection therewith or the use to which it may be applied.

Initial: S.M.

**Confidential Information Disclosure**

I agree at all times during the term of my volunteer time with CCB USA and BV and thereafter, to hold in strictest confidence, and not to use, except for the benefit of the Company, or to disclose to any person, firm or corporation without written authorization of the officers of the Company, any Confidential Information of the Company. I understand that "CONFIDENTIAL INFORMATION" means any Company proprietary information, technical data, trade secrets or know-how, including, but not limited to, research, product plans, products, services, customer lists and customers (including, but not limited to, customers of the Company on whom I called or with whom I became acquainted during the term of my employment), markets, software, developments, inventions, processes, formulas, technology, designs, drawings, engineering, hardware configuration information, marketing, finances or other business information disclosed to me by the Company either directly or indirectly, in writing, orally, by drawings, or by observation of parts or equipment. I further understand that Confidential Information does not include any of the foregoing items which has become publicly known and made

generally available through no wrongful act of mine or of others who were under confidentiality obligations as to the item or items involved.

**Proprietary Property/Information**

A. VOLUNTEER agrees that he/she will not at any time either while volunteering for CCB USA, BV and its affiliates, divisions, or subsidiaries, or afterwards, make any independent use of, or disclose to any other person or organization, except as authorized in writing by CCB USA, any of the proprietary information of CCB USA, BV and its affiliates, divisions, or subsidiaries.

B. Proprietary information shall include but not be limited to: any information made available to VOLUNTEER during the course of VOLUNTEER's employment relating to inventions, ideas, technical data, product specifications, services, processes, procedures, machinery, apparatus, prices, discounts, manufacturing costs, computer information systems (including software which shall encompass, for example, source code, object code, documentation, diagrams, and flow charts), unpublished works of any nature whether or not copyrightable, future plans, policies, and all other information and knowledge used in management, engineering, manufacturing, marketing, purchasing, finance, operations, or otherwise, concerning the business of COMPANY, which is of a secret or confidential nature (whether or not acquired, originated or developed in whole or part by VOLUNTEER).

C. On termination of such work, VOLUNTEER shall promptly deliver to COMPANY all drawings, blueprints, or manuals, letters, notes, notebooks, reports and copies thereof, customer information, electronically stored data, and all other proprietary information (collectively referred to as "documents") relating in any way to COMPANY business or customers in the possession or under the control of EMPLOYEE. All such documents made or produced by VOLUNTEER or those under VOLUNTEER'S control shall remain the sole property of COMPANY. All such documents produced by VOLUNTEER will be works for hire produced for COMPANY and COMPANY will own all rights in such documents, including copyright, patents, etc.

Initial: SM

I hereby waive all claims for compensation of such use or for damages.

I acknowledge that I have read, fully understand and voluntarily signing this release without any inducement from any member of the staff or other influence.

Sochil Martin

Name of Volunteer

Name of Project

Signature of Volunteer

03/11/2010

Date

Signature of Parent/Guardian (if under 18 years old)

Date