Reed Aljian (SBN 211010)
(ra@dallp.com)
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Tel: (949) 861-2524
Fax: (949) 269 -6364

Attorneys for Defendants,
LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUIN GARCIA, and COMMUNICATION CENTER BEREA U.S.A. LLC, erroneously sued as INTERNATIONAL BEREA USA

(Additional attorney information on following page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br>v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASON JOAQUIN GARCIA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, GILBERTO GARCIA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 through 10, inclusive<br>    Defendants. | Case No.: 2:20-CV-01437-FWS (ASx)<br><br>**DECLARATION OF ASHLEY VALDEZ IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF SOCHIL MARTIN'S FIRST THROUGH NINTH CLAIMS FOR RELIEF MADE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**<br><br>Date:  December 14, 2023<br>Time: 10:00 a.m.<br>Ctrm: 10D<br><br>Action filed:  February 12, 2020 |

DECLARATION OF ASHLEY VALDEZ

Ethan J. Brown (SBN 218814)
 (ethan@bnsklaw.com)
Geoffrey A. Neri (SBN 258802)
 (geoff@bnsklaw.com)
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:  (310) 593-9980

Attorneys for Defendant
COMMUNICATION CENTER BEREA U.S.A. LLC
(erroneously sued as International Berea USA)

Alan J. Jackson (SBN 173647)
(ajackson@werksmanjackson.com)
Caleb E. Mason (SBN 246653)
(cmason@werksmanjackson.com)
Werksman Jackson & Quinn LLP
888 W. 6th St. Fourth Floor
Los Angeles CA 90017
Tel: (213) 688-0460
Fax: (213) 624-1942

Attorneys for Defendant,
NAASÓN JOAQUIN GARCIA

1
DECLARATION OF ASHLEY VALDEZ

## DECLARATION OF ASHLEY VALDEZ

I, Ashley Valdez, declare as follows:

1. I am over eighteen years old and have been designated in this action as the person-most-qualified on behalf of Defendant La Luz del Mundo. I make this declaration from personal knowledge and if called as a witness I could and would testify competently to the matters set forth herein.

2. The Iglesia del Dios Vivo, Columna y Apoyo de la Verdad, La Luz del Mundo (English translation: "Church of the Living God, Pillar and Ground of the Truth, The Light of the World")—or simply La Luz del Mundo ("LLDM")—is a Christian religion, with roots in Guadalajara, Jalisco, Mexico.

3. LLDM was founded in 1926 by Aarón—born Eusebio—Joaquín González.

4. Members of LLDM adhere to a form of Christian theology. According to that theology, the original Christian church itself was founded by Jesus Christ approximately two thousand years ago but that after the deaths of the original Apostles, that church became corrupt and was lost.

5. LLDM faithful believe that LLDM is the restoration of the original Christian church.

6. Aarón Joaquín's ministry is seen as the restoration of the original Christian Church and that salvation can be attained in the Church by following the Bible-based teachings of their leader, known simply as "the Apostle".

7. There have been three Apostles since the founding of LLDM: Aarón (1896–1964), Samuel Joaquín Flores (1937–2014), and Naasón Joaquín García (born 1969). These Apostles are regarded by LLDM members as modern-day apostles of Jesus Christ.

8. However, followers of LLDM believe that ultimately the Bible is the true and authentic source of Christian doctrine. It is used as the main source of ministers' and lay persons' sermons and talks during prayer meetings and by church members during religious services.

9. LLDM churches can be found throughout the world and are both centers of community worship, as well as wellsprings for community service by LLDM members.

10. The LLDM church is one of the world's fastest growing religious movements. There are millions of LLDM church members worldwide.

The foregoing is true and correct to the best of my knowledge and belief. Executed under penalty of perjury under the laws of the United States of America on this date, November 1, 2023, at Los Angeles, California.

ASHLEY VALDEZ

3
DECLARATION OF ASHLEY VALDEZ

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 2, 2023.

DATED: November 2, 2023

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri