DANIEL S. CHA, State Bar No. 260256
 *DCha@GGTrialLaw.com*
ECLKEY M. KEACH, III, (*admitted pro hac vice*)
 *ekeach@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

MICHAEL RECK, State Bar No. 209895
 *MReck@AndersonAdvocates.com*
**JEFF ANDERSON & ASSOCIATES**
12011 San Vincente Boulevard, #700
Los Angeles, California, 90049
Telephone: (310) 357-2425
Facsimile: (651) 297-6543

Attorneys for Plaintiff SOCHIL MARTIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, INTERNATIONAL BEREA USA, an unincorporated association,<br><br>　　　　Defendants. | Case No. 2:20-cv-01437-FWS-AS<br>Judge:　Hon. Fred W. Slaughter<br>Courtroom:　10D<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

This matter is before the Court on Plaintiff's *Ex Parte* Application for Extension of Time to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment, filed November 6, 2023. Good cause having been found,

**IT IS HEREBY ORDERED** that Plaintiff's *Ex Parte* Application for Extension of Time to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment, is **granted.**

1  **IT IS FURTHER ORDERED** that the briefing schedule set in the previous order (Dk. No. 255) is modified accordingly:

    1. Plaintiff's opposition, if any, is due on or before December 16, 2023;

    2. Defendants' reply, if any, is due on or before December 27, 2023;

    3. Defendants' motion for summary judgment shall be heard on January 16, 2023.

**IT IS SO ORDERED.**

Dated: _____, 2023     _____
                                                  Fred W. Slaughter
                                                  Judge of United States District Court