| | |
|---|---|
| 1 | Reed Aljian (State Bar No. 211010) |
| 2 |   *ra@dallp.com* |
|   | Justin E.D. Daily (State Bar No. 209772) |
| 3 |   *jd@dallp.com* |
| 4 | Simon Kwak (State Bar No. 296362) |
|   |   *sk@dallp.com* |
| 5 | DAILY ALJIAN LLP |
| 6 | 100 Bayview Circle, Suite 5500 |
|   | Newport Beach, CA  92660 |
| 7 | Telephone:  949.861.2524 |
| 8 | Facsimile:   949.269.6364 |

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASÓN JOAQUÍN GARCÍA, an individual.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>        Defendants. | CASE NO.: 2:20-CV-01437-FWS (ASx)<br>Judge:  Hon. Fred W. Slaughter<br>Courtroom:  10D (Santa Ana)<br><br>**DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION TO STAY CIVIL ACTION AND VACATE TRIAL RELATED DATES PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**<br><br>Discovery Cutoff:   September 29, 2023<br>Other Disc. Cutoff: November 16, 2023<br>Pretrial Conf.:       March 14, 2024<br>Trial Date:           April 23, 2024 |

## DECLARATION OF REED ALJIAN

I, Reed Aljian, hereby declare as follows:

1. I am an attorney licensed to practice law before all state and federal courts in the State of California. I am the Managing Partner with the law firm of Daily Aljian LLP (the "Firm"), counsel of record for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association ("LLDM"); COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA) ("CCB"), and NAASÓN JOAQUÍN GARCÍA, an individual (collectively, "Defendants").

2. I submit this declaration in support of Defendants' *Ex Parte* Application to Stay Civil Action and Vacate Trial Related Dates Pending Resolution of Criminal Proceedings (the "Application"). The facts stated herein are true based upon my own personal knowledge or upon review of the records in my Firm's possession. If called as a witness, I could and would testify truthfully to the contents of this declaration.

3. On October 11, 2023, Plaintiff Sochil Martin ("Plaintiff") served a Third Amended Notice of Taking Deposition of Defendant Naason Joaquin Garcia, which is scheduled to commence on November 15, 2023, subject to the California Institute for Men's requirements for approval and security clearance to conduct inmate depositions. A true and correct copy of the notice is attached hereto as **Exhibit A**.

4. A true and correct copy of the federal indictment filed on October 25, 2023, in the matter of *United States v. Garcia*, 2:23-cr-00521-FMO (C.D. Cal.) (the "Federal Criminal Action") is attached hereto as **Exhibit B**.

5. On October 26, 2023, at 2:16 p.m., I contacted Plaintiff's counsel via electronic mail to initiate the meet and confer regarding the relief sought in the Application. The parties subsequently met and conferred in writing and by video conference. After multiple communications, Plaintiff advised Defendants she would not stipulate to stay the present action and, instead, that she would oppose the request. A true and correct copy of this email exchange is attached hereto as **Exhibit C**.

6. The circumstances necessitating the instant Application did not substantially materialize until after October 25, 2023, which was the date of the filing of the federal indictment of Mr. García.

7. Taking into account the minimum notice required pursuant to the Local Rules, the earliest that the relief requested in the Application could have been heard pursuant to a regularly noticed motion if a motion was filed on October 25, 2023, would have been November 22, 2023.

8. On February 13, 2020, the day after Plaintiff filed her initial complaint, Plaintiff and her counsel held a "news conference" in downtown Los Angeles to announce the filing of her Complaint. At that news conference, Plaintiff stood between her attorneys (Jeff Anderson, Deborah Mallgraves, and Joshua Robbins) and publicly recounted the allegations that comprise her Complaint. The 45-minute news conference was streamed live on the internet.

9. The next morning, Plaintiff was featured on the front page of the Los Angeles Times, which ran a long article covering her and her allegations.

10. In March 2020, Plaintiff starred in a documentary mini-series on Showtime called "The Trade." During the documentary, she recounted the allegations contained in her Complaint.

11. On or around November 3, 2022, a 10-part podcast was released on the internet for online streaming. In the last episode of the series, Ms. Mallgraves is interviewed and discusses her own opinions on topics concerning Defendants and Plaintiff's action.

12. On December 6, 2022, HBO released a three-episode documentary called "Unveiled: Surviving La Luz Del Mundo", which "starred" Plaintiff. The documentary is available for streaming online. In the third episode, Ms. Mallgraves makes an appearance and states that there were ongoing criminal investigations by the FBI and other law enforcement agencies. The third episode features a third party stating that he unlawfully received electronic data, including a video recording, from

the California Department of Justice. The third party states that he provided the video recording to HBO, which HBO then published in the documentary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2023.

By: /s/ Reed Aljian
Reed Aljian

# EXHIBIT A

| | |
|---|---|
| 1 | DANIEL S. CHA, State Bar No. 260256<br>*DCha@GGTrialLaw.com* |
| 2 | ECLKEY M. KEACH, III, (*admitted pro hac vice*)<br>*EKeach@ggtriallaw.com* |
| 3 | **GREENBERG GROSS LLP**<br>650 Town Center Drive, Suite 1700 |
| 4 | Costa Mesa, California 92626<br>Telephone: (949) 383-2800 |
| 5 | Facsimile: (949) 383-2801 |
| 6 | MICHAEL RECK, State Bar No. 209895<br>*MReck@AndersonAdvocates.com* |
| 7 | **JEFF ANDERSON & ASSOCIATES**<br>12011 San Vincente Boulevard, #700 |
| 8 | Los Angeles, California, 90049<br>Telephone: (310) 357-2425 |
| 9 | Facsimile: (651) 297-6543 |
| 10 | Attorneys for Plaintiff SOCHIL MARTIN |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SOCHIL MARTIN,<br>  Plaintiff,<br>  v.<br>LA LUZ DEL MUNDO, an unincorporated association, NAASÓN JOAQUÍN GARCÍA, an individual, EL CONSEJO DE OBISPOS, an unincorporated association, INTERNATIONAL BEREA USA, an unincorporated association, GILBERTO GARCÍA GRANADOS, an individual, JOSE HERNANDEZ, an individual, UZZIEL JOAQUIN, an individual, SILVERIO CORONADO, an individual, AURELIO ZAVALETA, an individual, JOSE LUIS ESTRADA, an individual, JONATHAN MENDOZA, an individual, ALMA ZAMORA DE JOAQUIN, an individual, BENJAMIN JOAQUIN GARCIA, an individual, RAHEL JOAQUIN GARCIA, an individual, ADORAIM JOAQUIN ZAMORA, an individual, DAVID MENDOZA, an individual and DOES 1 | Case No. 2:20-cv-01437-FWS-AS<br>Judge:   Hon. Fred W. Slaughter<br>Courtroom:   10D<br><br>**PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT NAASON JOAQUIN GARCIA**<br><br>Date:   November 15, 2023<br>Time:   9:00 am.<br>Place:   California Institution of Men<br>  6101 East Facility Drive<br>  Chino, CA 91710 |

Case No. 2:20-cv-01437-FWS-AS

PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT NAASON JOAQUIN GARCIA

| | |
|---|---|
| through 10, inclusive.<br><br>        Defendants. | Trial: April 23, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(a)(2) and the Court's April 6, 2023 Order granting leave to take the deposition of Defendant Naasón Joaquín García while he is in prison, Plaintiff Sochil Martin ("Plaintiff") will take the deposition of Defendant Naason Joaquin Garcia ("Garcia") at the **California Institution for Men** in **Facility C BPH conference room** located at **6101 East Facility Drive, Chino, CA 91710** on **November 15, 2023**, commencing at **9:00 a.m.**

The deposition will be taken before a notary public or other officer authorized to administer oaths in the United States of America who is present at the specified time and location, who will record the deposition by stenographic means. This deposition may also be recorded through the use of audio or audiovisual means.

**PLEASE TAKE FURTHER NOTICE** that the California Institution for Men requires any persons intending to attend the deposition to obtain clearance from the institution beforehand. In addition, any electronic equipment necessary for the deposition must be inventoried with model number, serial number, etc. provided to gate staff at entry and exit. Please see the attached email with attachments from Sandy Marquez (sandra.marquez@cdcr.ca.gov) and email from Kendra Leyva (kendra.leyva@cdcr.ca.gov) for additional details and rules of the institution.

DATED: October 11, 2023           GREENBERG GROSS LLP

                                  By: *Daniel C*
                                      Daniel S. Cha
                                      Eckley M. Keach III
                                      Attorneys for Plaintiff SOCHIL MARTIN

-2-                               Case No. 2:20-cv-01437-FWS-AS
PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT NAASON JOAQUIN GARCIA

# PROOF OF SERVICE

**Sochil Martin v. Naason Joaquin Garcia, et al.**
**Case No. 2:20-cv-01437-ODW-AS**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa Street, 30th Floor, Los Angeles, CA 90017.

On October 11, 2023, I served true copies of the following document(s) described as **PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT NAASON JOAQUIN GARCIA** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Greenberg Gross LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Crose@GGTrialLaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 11, 2023, at Los Angeles, California.

_____
Crystal M Rose

-1-   Case No. 2:20-cv-01437-FWS-AS
PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT NAASON JOAQUIN GARCIA

Exhibit A
Page 7

**SERVICE LIST**
**Sochil Martin v. Naason Joaquin Garcia, et al.**
**Case No. 2:20-cv-01437-ODW-AS**

| | |
|---|---|
| Alan J. Jackson<br>Caleb E. Mason<br>WERKSMAN JACKSON & QUINN LLP<br>888 W 6th Street, Fourth Floor<br>Los Angeles, CA 90017 | T:  213.688.0460<br>F:  213.624.1942<br>E:  ajackson@werksmanjackson.com<br>     cmason@werksmanjackson.com<br>     gsaucedo@werksmanjackson.com<br>     michele@werksmanjackson.com<br><br>Attorneys for Defendant NAASON JOAQUIN GARCIA, an individual |
| Ethan J. Brown<br>Geoffrey A. Neri<br>BROWN, NERI, SMITH & KHAN LLP<br>11601 Wilshire Blvd., Suite 2080<br>Los Angeles, CA 90025 | T:  310.593.9890<br>F:  310.593.9980<br>E:  ethan@bnsklaw.com<br>     geoff@bnsklaw.com<br><br>Attorneys for Defendants JOSE HERNÁNDEZ, UZZIEL JOAQUIN, BENJAMIN JOAQUIN, SILVERIO CORONADO, AURELIO ZAVALETA, JOSE LUIS ESTRADA, JONATHAN MENDOZA, DAVID MENDOZA, GILBERTO GARCIA GRANADOS |
| Reed Aljian<br>Simon Kwak<br>DAILY ALJIAN LLP<br>100 Bayview Circle, Suite 5500<br>Newport Beach, CA 92660 | T:  949.861.2524<br>F:  949.269.6364<br>E:  ra@dallp.com<br>     sk@dallp.com<br>     bahar@dallp.com<br>     dlopez@dallp.com<br><br>Attorneys for Defendants ALMA ELIZABETH JOAQUIN erroneously sued as ALMA ZAMORA DE JOAQUIN, and ADORAIM JOSADAC JOAQUIN erroneously sued as ADORAIM JOAQUIN ZAMORA, LA LUZ DEL MUNDO, COMMUNICATION CENTER BEREA U.SA., LLC, erroneously sued as, INTERNATIONAL BEREA USA |
| Michael Reck<br>JEFF ANDERSON & ASSOCIATES<br>11812 San Vicente Blvd., #503<br>Los Angeles, CA 90049 | E:  MReck@AndersonAdvocates.com<br>     cafiling@andersonadvocates.com<br><br>Co-Counsel for Plaintiff SOCHIL MARTIN |

-2-   Case No. 2:20-cv-01437-FWS-AS
PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT NAASON JOAQUIN GARCIA

# EXHIBIT B

FILED
CLERK, U.S. DISTRICT COURT
10/25/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JB    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00521-FMO |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2251(a), (e): Production of Child Pornography and 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| NAASON JOAQUIN GARCIA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(a), (e)]

On or about May 6, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant NAASON JOAQUIN GARCIA knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Minor Victim 1, who was then approximately 16 years old, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that the visual depiction would be mailed or transported and transmitted in and affecting interstate and foreign commerce and that such visual depiction was produced using

1  materials that had been mailed, shipped, and transported in and
2  affecting interstate and foreign commerce, and which visual depiction
3  was actually transported and transmitted in and affecting interstate
4  commerce.

2

```
 1                              COUNT TWO
 2                  [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]
 3        On or about June 3, 2019, in Los Angeles County, within the
 4   Central District of California, defendant NAASON JOAQUIN GARCIA
 5   knowingly possessed an iPad, bearing serial number DLXWM1AUHPJ4, that
 6   contained at least one image of child pornography, as defined in
 7   Title 18, United States Code, Section 2256(8)(A), that had been
 8   produced using materials that had been mailed, shipped, and
 9   transported in and affecting interstate and foreign commerce by any
10   means, including by computer.
11   //
12   //
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                       3
```

The child pornography that defendant GARCIA possessed on the iPad included, but was not limited to:

- A video titled IMG_0502;
- A video titled IMG_0503;
- A video titled IMG_0504;
- A video titled IMG_0505; and
- A video titled IMG_0506.

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JOSH O. MAUSNER
Assistant United States Attorney
Chief, Violent & Organized Crime Section

CATHARINE A. RICHMOND
Assistant United States Attorney
Violent & Organized Crime Section

4

# EXHIBIT C

Exhibit C
14

**Reed Aljian**

| | |
|---|---|
| **From:** | Daniel S. Cha <DCha@GGTrialLaw.com> |
| **Sent:** | Friday, November 3, 2023 4:29 PM |
| **To:** | Reed Aljian |
| **Cc:** | Geoff Neri; Bahar Ebe; Simon Kwak; Daisy Lopez; Eckley M. Keach III |
| **Subject:** | RE: Martin |

Reed,

Sorry for the delay. I was in another deposition that ran all day. After further consideration, Plaintiff still opposes Defendants' request for a stay. As previously noted, in connection with this position, Plaintiff will agree not to call the Jane Does as witnesses at trial. We will not agree to any further limitations on references to Jane Does through other evidence such as the charging document and guilty plea from Mr. García's criminal case. Otherwise, we will not be propounding interrogatories to the Jane Does.

In addition, this confirms our discussion yesterday, wherein I asked whether Defendants would oppose Plaintiff's potential ex parte application for additional time to oppose the Motion for Summary Judgment in order to take the deposition of Mr. García. You said Defendants would oppose the application, and that Mr. García's counsel would provide a declaration asserting that Mr. García would assert the Fifth Amendment to any questioning at deposition in conjunction with such an opposition and/or in conjunction with Defendants' potential request for a stay. Please advise immediately if the foregoing does not comport with your memory or understanding. Otherwise, please be advised that Plaintiff will proceed with the ex parte application and intends to file it no later than the end of business Monday.

Thank you for your patience.

**Daniel S. Cha**
**Counsel | Greenberg Gross LLP**

650 Town Center Drive | Suite 1700 | Costa Mesa, CA 92626
Direct 949.383.2795 | Main 949.383.2800
DCha@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** Reed Aljian <ra@dallp.com>
**Sent:** Friday, November 3, 2023 10:04 AM
**To:** Daniel S. Cha <DCha@GGTrialLaw.com>
**Cc:** Geoff Neri <geoff@bnsklaw.com>; Bahar Ebe <bahar@dallp.com>; Simon Kwak <sk@dallp.com>; Daisy Lopez <dlopez@dallp.com>
**Subject:** [EXT] Martin

Dear Daniel,

Please provide status on stay. I need to know so we can decide how to proceed, including stips, written rogs to DOES, expert designations, deposition scheduling, and motion to stay.

1

Exhibit C
Page 15

Reed Aljian

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.