Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Justin E.D. Daily (State Bar No. 209772)
  *jd@dallp.com*
Simon Kwak (State Bar No. 296362)
  *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:  949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASÓN JOAQUÍN GARCÍA, an individual.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>　　　　Defendants. | CASE NO.: 2:20-CV-01437-FWS (ASx)<br>Judge:  Hon. Fred W. Slaughter<br>Courtroom:  10D (Santa Ana)<br><br>**DECLARATION OF ALAN JACKSON IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION TO STAY CIVIL ACTION AND VACATE TRIAL RELATED DATES PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**<br><br>Discovery Cutoff:     September 29, 2023<br>Other Disc. Cutoff:  November 16, 2023<br>Pretrial Conf.:          March 14, 2024<br>Trial Date:               April 23, 2024 |

# **DECLARATION OF ALAN JACKSON**

I, Alan Jackson, hereby declare as follows:

1. I am a partner at the law firm of Werksman Jackson & Quinn LLP ("WJQ"). I have practiced criminal law since 1994 and am licensed to practice before all courts in the State of California. I am counsel of record for Defendant NAASÓN JOAQUÍN GARCÍA in the above-captioned action. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based upon my own personal knowledge.

2. I am the attorney primarily responsible for the representation of Mr. García in the matter of *United States v. García*, 2:23-cr-00521-FMO (C.D. Cal.) (the "Federal Criminal Action").

3. I have reviewed the complaint filed by Plaintiff Sochil Martin ("Plaintiff") against Mr. García in the above-captioned action. The allegations by Plaintiff against Mr. García overlap with the counts identified in the indictment against Mr. García in the Federal Criminal Action. Therefore, Mr. García will be advised to assert his Fifth Amendment privilege in the above-captioned civil action to any and all questions presented in order to protect his constitutional rights, to prevent any alleged waiver of the Fifth Amendment privilege, and to prevent any other related prejudice in the Federal Criminal Action.

4. I anticipate that Mr. García will follow my instructions and assert his Fifth Amendment rights in connection with all proceedings in the above-captioned civil action while the Criminal Action remains pending, including at any deposition in this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2023.

By: /s/ Alan Jackson
Alan Jackson