# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>    Defendants. | CASE NO.: 2:20-CV-01437-FWS (ASx)<br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D (Santa Ana)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO STAY CIVIL ACTION AND VACATE TRIAL RELATED DATES PENDING RESOLUTION OF CRIMINAL PROCEEDINGS** |

DAILY ALJIAN LLP
Newport Beach, California

This matter is before the Court on Defendants' *Ex Parte* Application to Stay Civil Action and Vacate Trial Related Dates Pending Resolution of Criminal Proceedings (the "*Ex Parte* Application"), filed November 13, 2023.

Good cause having been found, the Court hereby orders as follows:

1. Defendants' *Ex Parte* Application is GRANTED;

2. All discovery in this case is stayed with respect to all parties in this Action until the matter of *United States v. García*, 2:23-cr-00521-FMO (C.D. Cal.) (the "Federal Criminal Action") is resolved by way of a judgment of conviction, acquittal, or dismissal with prejudice;

3. Except as set forth herein, the current trial date, which is set for April 23, 2024, and all related dates set forth in the October 3, 2023, Order (ECF No. 237) are vacated;

4. Defendants' Motion for Summary Judgment currently set for hearing on January 18, 2024, and the briefing schedule set forth in the November 8, 2023, Order (ECF No. 265) shall remain on calendar and unaffected by this Order; and

5. Defendants shall file a notice every six months informing the Court of the status of the matter in the Federal Criminal Action.

**IT IS SO ORDERED.**

DATED:

                                        Hon. Fred W. Slaughter
                                        United States District Judge

1

[PROPOSED] ORDER GRANTING DFS.' *EX PARTE* APPLICATION TO STAY CIVIL ACTION AND VACATE TRIAL RELATED DATES PENDING RESOLUTION OF CRIMINAL PROCEEDINGS