Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Justin E.D. Daily (State Bar No. 209772)
  *jd@dallp.com*
Simon Kwak (State Bar No. 296362)
  *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:  949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASÓN JOAQUÍN GARCÍA, an individual.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>            Plaintiff,<br><br>    v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>            Defendants. | CASE NO.: 2:20-CV-01437-FWS (ASx)<br>Judge:  Hon. Fred W. Slaughter<br>Courtroom:  10D (Santa Ana)<br><br>**JOINT STATUS UPDATE ON STATUS OF DEFENDANT GARCIA'S FEDERAL CRIMINAL PROCEEDINGS PER MINUTE ORDER DATED NOV. 16, 2023**<br><br>Discovery Cutoff:     Vacated<br>Pretrial Conf.:           Vacated<br>Trial Date:                 Vacated |

# JOINT STATUS REPORT

## I. INTRODUCTION

On October 25, 2023, Defendant Garcia was named as a defendant in a federal criminal indictment (the "Federal Criminal Action"). On November 16, 2023, the Court granted Defendants' *ex parte* application to stay the above-captioned matter. The Court expressly ordered as follows:

1. This case is STAYED, initially for ninety (90) days, pending Defendant García's federal criminal proceedings in United States v. Garcia, 2:23-cr-00521-FMO (C.D. Cal.), subject to subsequent requests to extend the stay or further order of the court.

2. The parties are DIRECTED to file a joint status update on the status of Defendant García's federal criminal proceedings every forty-five (45) days, with the first joint status report due on January 3, 2024.

3. The parties are ORDERED to jointly file a notice with the court within ten (10) days of any resolution of Defendant García's federal criminal proceedings, including a status report and proposed deadlines, including those related to outstanding filings for the motion for summary judgment (Dkt. 258) and accompanying hearing, in the case.

4. Defendants' hearing on the motion for summary judgment (Dkt. 258) is VACATED and TAKEN OFF CALENDAR, to be rescheduled once any stay is lifted. The motion for summary judgment (Dkt. 258) and all related filings are to be heard following the lift of the stay in this case.

## II. STATUS OF CRIMINAL PROCEEDINGS

The Federal Criminal Action remains pending. (Declaration of Alan Jackson, ¶ 3.) Mr. Garcia has yet to be arraigned on the indictment. (*Id*.) No trial has been set. (*Id*.) Attached as <u>Exhibit A</u> to the declaration of Alan Jackson is a true and correct copy of the docket from the court website in that action providing relevant information for this Court's review, including the identity and timing of all filings in

that action. (*Id.*, Ex. A.)

**DAILY ALJIAN LLP**

By: /s/ Reed Aljian
Reed Aljian
Attorneys for Defendants named as
LA LUZ DEL MUNDO, an alleged
unincorporated association,
COMMUNICATION CENTER BEREA
U.S.A. LLC (erroneously sued as
INTERNATIONAL BEREA USA), and
NAASÓN JOAQUÍN GARCÍA

DATED: January 3, 2024

**GREENBERG GROSS LLP**

By: /s/ Daniel Cha
Daniel Cha
Attorneys for Plaintiff
SOCHIL MARTIN