Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Justin E.D. Daily (State Bar No. 209772)
  *jd@dallp.com*
Simon Kwak (State Bar No. 296362)
  *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:   949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASÓN JOAQUÍN GARCÍA, an individual.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>　　　　Defendants. | CASE NO.: 2:20-CV-01437-FWS (ASx)<br>Judge:  Hon. Fred W. Slaughter<br>Courtroom:  10D (Santa Ana)<br><br>**DECLARATION OF ALAN JACKSON IN SUPPORT OF JOINT STATUS UPDATE ON STATUS OF DEFENDANT GARCIA'S FEDERAL CRIMINAL PROCEEDINGS PER MINUTE ORDER DATED NOV. 16, 2023**<br><br>Discovery Cutoff:　　Vacated<br>Pretrial Conf.:　　　Vacated<br>Trial Date:　　　　　Vacated |

# DECLARATION OF ALAN JACKSON

I, Alan Jackson, hereby declare as follows:

1. I am a partner at the law firm of Werksman Jackson & Quinn LLP ("WJQ"). I have practiced criminal law since 1994 and am licensed to practice before all courts in the State of California. I am counsel of record for Defendant NAASÓN JOAQUÍN GARCÍA in the above-captioned action. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based upon my own personal knowledge.

2. I am the attorney primarily responsible for the representation of Mr. García in the matter of *United States v. García*, 2:23-cr-00521-FMO (C.D. Cal.) (the "Federal Criminal Action").

3. The Federal Criminal Action remains pending. Mr. Garcia has yet to be arraigned on the indictment. No trial has been set.

4. Attached as Exhibit A hereto is a true and correct copy of the docket downloaded from the court's website in that action providing relevant information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 3, 2024.

By: /s/ Alan Jackson
Alan Jackson

**EXHIBIT A**

WESTERN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:23−cr−00521−FMO−1

| Case title: USA v. Garcia | Date Filed: 10/25/2023 |
|---|---|

Assigned to: Judge Fernando M. Olguin

**Defendant (1)**

**Naason Joaquin Garcia**

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251(a), (e): Production of Child Pornography<br>(1) | |
| 18:2252A(a)(5)(B), (b)(2): Possession of Child Pornography<br>(2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 18:2251(a),(e); 2252A(a)(2); 2252A(a)(5)(A) | |

**Plaintiff**

| **USA** | represented by | **Catharine Richmond**<br>AUSA − Office of US Attorney<br>Violent and Organized Crime Section<br>312 North Spring Street Suite 1300<br>Los Angeles, CA 90012<br>213−894−7162<br>Fax: 213−894−0141<br>Email: catharine.richmond@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2023 | 11 | PROTECTIVE ORDER 10 by Judge Fernando M. Olguin. *See Order for Details.* (iv) (Entered: 11/03/2023) |
| 11/02/2023 | 10 | Joint STIPULATION for Order Protective Order filed by Plaintiff USA as to Defendant Naason Joaquin Garcia (Attachments: # 1 Proposed Order)(Richmond, |

|            |   | Catharine) (Entered: 11/02/2023)                                                                                                                                                                                                          |
|------------|---|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 10/25/2023 | 9 | MEMORANDUM filed by Plaintiff USA (See attachment) (mhe) (Entered: 10/25/2023)                                                                                                                                                            |
| 10/25/2023 | 8 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Naason Joaquin Garcia (mhe) (Entered: 10/25/2023)                                                                                                                  |
| 10/25/2023 | 6 | CASE SUMMARY filed by AUSA Catharine Richmond as to Defendant Naason Joaquin Garcia; defendants Year of Birth: 1969 (mhe) (Entered: 10/25/2023)                                                                                           |
| 10/25/2023 | 5 | INDICTMENT Filed as to Naason Joaquin Garcia (1) count(s) 1, 2. Offense occurred in LA. (mhe) (Entered: 10/25/2023)                                                                                                                       |
| 07/24/2020 | 4 | ORDER by Magistrate Judge Pedro V. Castillo granting 3 EX PARTE APPLICATION to Seal Case as to Naason Joaquin Garcia (1) (ja) [2:20–mj–03487–DUTY *SEALED*] (Entered: 07/27/2020)                                                          |
| 07/24/2020 | 3 | EX PARTE APPLICATION to Seal Case Filed by Plaintiff USA as to Defendant Naason Joaquin Garcia. (ja) [2:20–mj–03487–DUTY *SEALED*] (Entered: 07/27/2020)                                                                                  |
| 07/24/2020 | 1 | COMPLAINT filed as to Defendant Naason Joaquin Garcia in violation of 18:2251(a),(e); 2252A(a)(2); 2252A(a)(5)(A). Approved by Magistrate Judge Pedro V. Castillo as to Naason Joaquin Garcia (1). (ja) [2:20–mj–03487–DUTY *SEALED*] (Entered: 07/27/2020) |