Reed Aljian (State Bar No. 211010)
  *ra@dallp.com*
Justin E.D. Daily (State Bar No. 209772)
  *jd@dallp.com*
Simon Kwak (State Bar No. 296362)
  *sk@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone: 949.861.2524
Facsimile: 949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASÓN JOAQUÍN GARCÍA, an individual.

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>    Defendants. | CASE NO.: 2:20-CV-01437-FWS (ASx)<br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D (Santa Ana)<br><br>**DECLARATION OF CALEB E. MASON IN SUPPORT OF JOINT STATUS UPDATE ON DEFENDANT NAASÓN GARCIA'S FEDERAL CRIMINAL PROCEEDINGS AND DEFENDANTS' REQUEST FOR EXTENSION OF STAY**<br><br>Discovery Cutoff: Vacated<br>Pretrial Conf.: Vacated<br>Trial Date: Vacated |

MASON DECL. ISO JOINT STATUS UPDATE RE CRIMINAL MATTER

# DECLARATION OF CALEB E. MASON

I, Caleb E. Mason, hereby declare as follows:

1. I am a partner at the law firm of Werksman Jackson & Quinn LLP and I am licensed to practice before all courts in the State of California. I am counsel of record for Defendant NAASÓN JOAQUÍN GARCÍA in the above-captioned action. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based upon my own personal knowledge.

2. I am one of the attorneys primarily responsible for the representation of Mr. García in the matter of *United States v. García*, 2:23-cr-00521-FMO (C.D. Cal.). Mr. Garcia was indicted on October 25, 2023, but has not yet been arraigned and remains in state custody.

3. It is anticipated that Mr. Garcia's arraignment will occur within the next two months, but no date has been set.

4. The scheduling of the arraignment is dependent upon coordination between state and federal authorities regarding logistics.

5. Attached hereto as Exhibit A is a true and correct copy of the docket from the court website in that action providing relevant information for this Court's review, including the identity and timing of all filings in that action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 13, 2024.

By: /s/ Caleb E. Mason
Caleb E. Mason

# EXHIBIT "A"

**2:23-cr-00521-FMO All Defendants** USA v. Garcia
**Date filed:** 10/25/2023
**Date of last filing:** 11/03/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 07/24/2020<br>*Entered:* 07/27/2020 | Complaint |
| 3 | *Filed:* 07/24/2020<br>*Entered:* 07/27/2020<br>*Terminated:* 07/24/2020 | Motion to Seal Case |
| 4 | *Filed:* 07/24/2020<br>*Entered:* 07/27/2020 | Order on Motion to Seal Case |
| 5 | *Filed & Entered:* 10/25/2023 | Indictment |
| 6 | *Filed & Entered:* 10/25/2023 | Case Summary (CR-72) |
| 8 | *Filed & Entered:* 10/25/2023 | Notice of Request for Detention |
| 9 | *Filed & Entered:* 10/25/2023 | Memorandum by US Attorney |
| 10 | *Filed & Entered:* 11/02/2023 | Stipulation for Order |
| 11 | *Filed & Entered:* 11/03/2023 | Order on Stipulation |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/13/2024 08:55:09 | | | |
| **PACER Login:** | geoffneri | **Client Code:** | 1111111 |
| **Description:** | History/Documents | **Search Criteria:** | 2:23-cr-00521-FMO |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 14, 2024.

DATED: February 14, 2024

BROWN, NERI, SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
      Geoffrey A. Neri