Reed Aljian (State Bar No. 211010)
  ra@dallp.com
Justin E.D. Daily (State Bar No. 209772)
  jd@dallp.com
Simon Kwak (State Bar No. 296362)
  sk@dallp.com
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:  949.861.2524
Facsimile:   949.269.6364

Attorneys for Defendants named as LA LUZ DEL MUNDO, an alleged unincorporated association; COMMUNICATION CENTER BEREA U.S.A. LLC (erroneously sued as International Berea USA); and NAASÓN JOAQUÍN GARCÍA, an individual.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCHIL MARTIN,<br><br>             Plaintiff,<br><br>     v.<br><br>LA LUZ DEL MUNDO (LLDM), an unincorporated association, et al.<br><br>             Defendants. | CASE NO.: 2:20-CV-01437-FWS (ASx)<br>Judge:  Hon. Fred W. Slaughter<br>Courtroom:  10D (Santa Ana)<br><br>**DECLARATION OF CALEB E. MASON IN SUPPORT OF JOINT STATUS UPDATE ON DEFENDANT NAASÓN GARCIA'S FEDERAL CRIMINAL PROCEEDINGS AND DEFENDANTS' REQUEST FOR EXTENSION OF STAY**<br><br><br>Discovery Cutoff:         Vacated<br>Pretrial Conf.:              Vacated<br>Trial Date:                    Vacated |

MASON DECL. ISO JOINT STATUS UPDATE RE CRIMINAL MATTER

# DECLARATION OF CALEB E. MASON

I, Caleb E. Mason, hereby declare as follows:

1. I am a partner at the law firm of Werksman Jackson & Quinn LLP and I am licensed to practice before all courts in the State of California. I am counsel of record for Defendant NAASÓN JOAQUÍN GARCÍA in the above-captioned action. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based upon my own personal knowledge.

2. I am one of the attorneys primarily responsible for the representation of Mr. García in the matter of *United States v. García*, 2:23-cr-00521-FMO (C.D. Cal.). Mr. Garcia was indicted on October 25, 2023, but has not yet been arraigned and remains in state custody.

3. It is anticipated that Mr. Garcia's arraignment will occur in the fall of this year, but no date has been set.

4. The scheduling of the arraignment is dependent upon coordination between state and federal authorities, as well as defense counsel, regarding logistics and timing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2024.

By: /s/ Caleb E. Mason
Caleb E. Mason

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 1, 2024.

DATED: August 1, 2024

BROWN, NERI, SMITH & KHAN LLP

By:  /s/ Geoffrey A. Neri
        Geoffrey A. Neri