**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



2:20CV1437
FWS

NEOPOST
08/05/2024
US POSTAGE $001

NIXIE 731 5E 1 0108/21/2
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299

Case: 2:20cv1437  Doc: 275

Scott Ogle
2028 W. Ben White Blvd.
Austin, TX 78704

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38397083@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-01437-FWS-AS Sochil Martin v. La Luz Del Mundo et al Generic Text Only Entry Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/2/2024 at 11:32 AM PDT and filed on 8/2/2024

| | |
|---|---|
| **Case Name:** | Sochil Martin v. La Luz Del Mundo et al |
| **Case Number:** | 2:20-cv-01437-FWS-AS |
| **Filer:** | |
| **Document Number:** | 275 |

**Docket Text:**
(IN CHAMBERS) ORDER by Judge Fred W. Slaughter: The court is in receipt of the Joint Status Update on Defendant Naasn Garcia's Federal Criminal Proceedings, (Dkt. [274]) ("Report"), filed on August 1, 2024. In the Report, in summary, the parties indicate that the criminal proceedings are ongoing, (Report at 3), and that "Defendants (but not Plaintiff) request that the Courtextend the current stay for another ninety (90) days," (Id.). Based on the state of the record, as applied to the applicable law, including Keating v. Off. of Thrift Supervision, 45 F.3d 322, 324 (9th Cir. 1995), Landis v. North American Co., 299 U.S. 248 (1936), Ryan v. Gonzales, 568 U.S. 57, 74 (2013), Clinton v. Jones, 520 U.S. 681 (1997), Leyva v. Certified Grocers of California, Ltd., 593 F.2d 857 (9th Cir.1979), Dependable Highway Exp., Inc. v. Navigators Ins. Co., 498 F.3d 1059 (9th Cir. 2007), and Yong v. I.N.S., 208 F.3d 11 16(9th Cir. 2000), and for the good cause shown in the Report, the STAY in this matter is EXTENDED from August 8, 2024, to and including November 6, 2024. The parties shall file a joint report on or before October 30, 2024, regarding the status of Defendant Garcia's pending criminal proceedings and whether either party seeks a further extension of the stay issued in this case. Failure to file any documents further prosecuting this case on or before October 30, 2024, may result in dismissal without further notice from the court. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); Ash v. Cvetkov, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution."). THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrp) TEXT ONLY ENTRY