UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No.: 2:20-cv-01437-FWS-AS                                        Date: January 9, 2025
Title: Sochil Martin v. La Luz del Mundo *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                       Attorneys Present for Defendant:

Not Present                                                           Not Present

**PROCEEDINGS: ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' APPLICATION TO SEAL [251] AND MOTION FOR SUMMARY JUDGMENT [258]**

On February 12, 2020, Plaintiff Sochil Martin ("Plaintiff") initiated this suit, asserting claims under the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1589 *et seq.*, the Fair Labor Standard Act, 29 U.S.C. § 201 *et seq.*, and the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et. seq.*, as well as related state law claims, against sixteen defendants. (*See generally* Dkt. 1.) On October 30 and November 2, 2023, Defendants La Luz del Mundo, Communication Center Berea U.S.A. LLC,[1] and Naasón Joaquín García (collectively, "Defendants") filed an Application to File Plaintiff's Deposition Under Seal ("Application"), (Dkt. 251), and a Motion for Partial Summary Judgment, (Dkt. 258), respectively.

Shortly thereafter, on November 16, 2023, Defendants filed an *ex parte* application requesting that the court stay all discovery and vacate the trial and related dates pending resolution of Defendant García's criminal indictment and proceedings. (Dkt. 266.) The same day, the court granted in part Defendants' *ex parte* application, vacated the hearing on Defendants' Motion for Partial Summary Judgment, and stayed the case for ninety days pending resolution of Defendant García's criminal proceedings, subject to subsequent requests to extend the stay or further order of the court. (Dkt. 268 at 5-6.) The November 16, 2023, order also

---

[1] Defendant Communication Center Berea U.S.A. LLC states it was erroneously sued as International Berrea USA. (Dkt. 266 at 2.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

JS-6

| | |
|---|---|
| Case No.: 2:20-cv-01437-FWS-AS | Date: January 9, 2025 |
| Title: Sochil Martin v. La Luz del Mundo *et al.* | |

stated that the motion for summary judgment and all related filings would be heard following the lift of the stay in this case. (*Id.* at 6.) The case has been stayed since the court's November 16, 2023, order. (*See* Dkts. 272-75, 277-78.)

Given that this matter has been stayed for over one year and Defendant García's criminal proceedings remain pending, (*see, e.g.*, Dkt. 272, 274, 277), the court **DENIES** Defendants' Application and Motion for Partial Summary Judgment **WITHOUT PREJUDICE** to Defendants refiling after the stay is lifted and if and when it becomes appropriate. All other orders remain in place, including the order requiring the parties to: (1) file a joint status update on the status of Defendant García's federal criminal proceedings **every ninety (90) days**, with the next status report due on **January 30, 2025**; and (2) jointly file a notice with the court within **ten (10) days** of any resolution of Defendant García's federal criminal proceedings, including a status report and proposed deadlines.

**IT IS SO ORDERED.**