# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 20-01437-FWS (ASx) | Date | May 8, 2025 |
|---|---|---|---|
| Title | Sochil Martin v. La Luz Del Mundo et al | | |

**PRESENT:**

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | C/S - 05/08/2025 |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Daniel Cha | Reed Aljian |
| | Caleb Mason |
| | Geoffrey Neri |

**PROCEEDINGS: HEARING ON THE JOINT STATUS REPORT [282]**

Hearing on the Joint Status Report [282] held. The Court hears oral argument from the parties. For the reasons stated on the record, all orders to remain.

                                                                                    : 52

Initials of Deputy Clerk   rrp

cc: